# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 10-3074-MWB
(No. CR 01-3047-MWB)

**INITIAL REVIEW ORDER**

_____

This case is before the court on initial review pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings For the United States District Courts. The court has now reviewed petitioner Honken's December 13, 2010, Motion For Relief Pursuant To 28 U.S.C. § 2255 Or In The Alternative Pursuant To 28 U.S.C. § 2241 (Civ. docket no. 1; Crim. docket no. 798) (Honken's § 2255 Motion). The court cannot say that "it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief. . . ." R. 2255 P. 4(b).

THEREFORE,

1. The respondent shall have **to and including January 13, 2011,** to file an Answer pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings to all claims asserted in Honken's § 2255 Motion. However, any request for a reasonable extension of time to file an Answer will be granted, in light of the intervening holidays, even over petitioner's objections;

2. Petitioner's deadline for any Reply pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings shall be established in the Proposed Scheduling Order to be

submitted by the parties, on or before January 7, 2011,[1] if the court finds the proposed deadline acceptable.

**IT IS SO ORDERED.**

**DATED** this 14th day of December, 2010.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

---

[1]This deadline is established by the Order (docket no. 797), filed November 30, 2010.

2