**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

DUSTIN LEE HONKEN,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C 10-3074-MWB
(No. CR 01-3047-MWB)

**ORDER REASSIGNING CASE**

_____

After consultation with Chief Judge Linda R. Reade, this case is **reassigned** to her.

**IT IS SO ORDERED.**

**DATED** this 15th day of December, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA