# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-3047-MWB |
| Plaintiff, | |
| vs. | **ORDER REGARDING MOTION TO MODIFY LITIGATION SCHEDULE** and **ORDER SETTING EVIDENTIARY HEARING** |
| DUSTIN LEE HONKEN, | |
| Defendant. | |

_____

This case is before the court on defendant Honken's November 29, 2010, Unopposed Motion To Extend Time For Filing Joint Scheduling Order And For Extension Of Time To Continue Investigation And Amendment Of To-Be Filed Petition (Motion To Modify Litigation Schedule) (docket no. 796). Honken asserts that counsel originally appointed to represent him on his anticipated § 2255 Motion had to withdraw, that they were replaced several months after appointment, and that replacement counsel has, consequently, had less than the full year for investigation of claims prior to the deadline to file his anticipated § 2255 Motion that the court contemplated when § 2255 counsel was originally appointed. Therefore, defendant Honken requests the following: (1) that the deadline for the filing of his § 2255 Motion remain December 14, 2010; (2) that the parties' deadline to submit a proposed scheduling order be extended; (3) that he have an additional six months to file any amendments to his § 2255 Motion; and (4) that there be no motion by the government for disposition of any ground for relief or *sua sponte* consideration by the court of the merits of any ground for relief during the six-month period before the filing of anticipated amendments to his § 2255 Motion.

The court finds good cause for extension of the deadline for amendments and the deadline for the filing of a proposed scheduling order. However, the court is not convinced that there should be any sort of moratorium on the court's initial review of Honken's anticipated § 2255 Motion or on the government's response to it. Moreover, the court finds that it is appropriate to set a date for the evidentiary hearing on the anticipated § 2255 Motion, so that it can be resolved in a timely manner.

THEREFORE, defendant Honken's November 29, 2010, Motion To Modify Litigation Schedule (docket no. 796) is **granted in part and denied in part**, as follows:

1. The deadline for the filing of defendant Honken's anticipated § 2255 Motion **remains** December 14, 2010.

2. The parties shall now have **to and including January 7, 2011,** within which to file the Proposed Scheduling Order in this case. The court previously provided the parties, by e-mail, a copy of the original scheduling order from Angela Johnson's case, *United States v. Angela Johnson*, No. CR 01-3046-MWB (N.D. Iowa) (docket no. 807), to use as a template for their proposed scheduling order. The court now attaches a copy of the original scheduling order in *United States v. Johnson* so that it is readily available to replacement counsel. In their Proposed Scheduling Order, with the exception noted in paragraph 4, below, the parties are to indicate proposed deadlines as **specific dates**, rather than as days after filing of the § 2255 Motion or before (or after) the evidentiary hearing, because the deadline for the filing of the § 2255 Motion and the date for the evidentiary hearing are set in this order.

3. The defendant shall have **to and including June 1, 2011,** within which to file any amendments to the § 2255 Motion to be filed on or before December 14, 2010, and that deadline shall be indicated in the parties' Proposed Scheduling Order.

2

4.	The defendant's request to prohibit any motion by the government for disposition of any ground for relief or *sua sponte* consideration by the court of the merits of any ground for relief prior to the filing of any amendments to the § 2255 Motion is **denied**.  The court shall promptly conduct a preliminary review of defendant Honken's § 2255 Motion, pursuant to Rule 4, after the filing of that motion, and the government's Answer to the § 2255 Motion, pursuant to Rule 5, shall be due 30 days after the filing of the court's Preliminary Review Order.[1]  The answer deadline shall be indicated in the parties' Proposed Scheduling Order.

IT IS FURTHER ORDERED THAT an **evidentiary hearing** on defendant Honken's § 2255 Motion **is scheduled for five days beginning October 31, 2011.**

**IT IS SO ORDERED.**

**DATED** this 30th day of November, 2010.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

---

[1]References to rules are to the Rules Governing Section 2255 Proceedings For the United States District Courts.

3