# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DUSTIN LEE HONKEN,

      Defendant.

No. C 10-3074-LRR
No. CR 01-3047

**ORDER**

_____

      The undersigned judge, newly assigned the Capital 2255 proceedings, hereby adopts in full the deadlines set by the Honorable Mark W. Bennett in CR01-3047 docket no. 797.

      The evidentiary hearing set for October 31, 2011 - November 4, 2011, will be held at the United States Courthouse, 4200 C Street SW, Cedar Rapids, Iowa 52404, during the hours 8:00 a.m. - 5:00 p.m.

      **IT IS SO ORDERED.**

      **DATED** this 22nd day of December, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA