# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. C 10-3074– LRR |
|  | : |  |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. LINDA R. READE |
|  | : | Chief, U.S.D.J. |
| DUSTIN LEE HONKEN, | : |  |
|  | : |  |
| Petitioner. | : |  |

_____ :

## SO ORDERED JOINT SCHEDULING ORDER

The Parties, represented by the Capital Habeas Corpus Unit of the Federal Community Defender, Eastern District of Pennsylvania and by the Office of the United States Attorney, Northern District of Iowa, hereby submit the following *Joint Scheduling Order.* The Court hereby adopts it.

The following scheduling order will not preclude the parties from filing such other motions as they deem appropriate based on developments in the litigation.

The parties and Court agree that any expansion of the record pursuant to Rule 7, will take place during the evidentiary hearing.

Requests to modify the deadlines will be made in writing and filed with the Clerk of Court, shall allege circumstances constituting good cause for the requested modification(s), and shall indicate whether the opposing party has been consulted and

1

whether the opposing party agrees to the requested modification.

| Date | Event |
| --- | --- |
| January 13, 2011 | Government's Rule 5 Answer to Honken's § 2255 Motion |
| March 1, 2011 | Discovery requests pursuant to Rule 6, to be served (but not filed). Leave of Court is not required to serve such requests. |
| March 15, 2011 | Responses to discovery requests to be served, but not filed |
| June 1, 2011 | Honken's Amendment to § 2255 Motion and Accompanying Brief providing legal authority in support of grounds for relief set forth in the Initial and Amended § 2255 Motion |
| July 1, 2011 | Government's Answer to Amended § 2255 Motion; Government's Answering Brief addressing legal authority in support of grounds for relief set forth in the Initial and Amended § 2255 Motion |
| July 22, 2011 | Honken's Reply Brief addressing Initial and Amended § 2255 Motion |
| August 15, 2011 | Exchange of expert witness disclosures pursuant to Fed.R.Civ.P. 26(a)(2) |
| September 15, 2011 | Honken's Pre-Hearing Brief |
| September 19, 2011 | Exchange of Witness List and Exhibits |
| September 30, 2011 | Government's Hearing Brief |

2

| Date | Event |
|---|---|
| October 3, 2011 | Pre-Hearing Conference |
| October 31 – November 4, 2011 | Evidentiary Hearing |
| December 5, 2011 | Honken's Post-Hearing Brief |
| January 5, 2012 | Government's Post-Hearing Brief |
| January 19, 2012 | Honken's Post-Hearing Reply Brief |
| February 17, 2012 | Oral argument on hearing |

**SO AGREED:**

/s/ Michael Wiseman                      /s/ Charles J. Williams

_____               _____

Michael Wiseman                           Charles J. Williams
Shawn Nolan                                  United States Attorney's Office
Timothy Kane                                Northern District of Iowa
Capital Habeas Corpus Unit            401 First Street, SE
Federal Community Defender          Hatch Building, Suite 400
Eastern District of Pennsylvania     Cedar Rapids, Iowa 52401-1825
Suite 545 West – The Curtis Center
Philadelphia, PA 19106

**SO ORDERED:**


_____
Chief Judge Linda R. Reade


Dated:        Cedar Rapids, Iowa
                    _____, 2011

3