# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 12, 2011

Mr. Timothy Patrick Kane
Mr. Shawn Nolan
Mr. Michael Wiseman
FEDERAL COMMUNITY DEFENDER OFFICE
215-928-0520]
601 Walnut Street
545W The Curtis Center
Philadelphia, PA  19106

     RE:  11-1086  In Re: Dustin Honken

Dear Counsel:

     We have assigned your petition for a writ the case number shown above. Your case will be referred to a panel of judges for review. We will promptly advise you of the Court's ruling.

     Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

                        Michael E. Gans
                        Clerk of Court

JMH

Enclosures

cc:    Honorable Mark W. Bennett
       Mr. Dustin Lee Honken
       Mr. Rob Phelps
       Honorable Linda R. Reade
       Mr. Charles J. Williams

     District Court Case Number:  3:10-cv-03074-LRR

**Caption For Case Number: 11-1086**

**In re: Dustin Lee Honken**

       **Petitioner**

**Addresses For Case Participants:   11-1086**

Mr. Timothy Patrick Kane
Shawn Nolan
Mr. Michael Wiseman
FEDERAL COMMUNITY DEFENDER OFFICE
215-928-0520]
601 Walnut Street
545W The Curtis Center
Philadelphia, PA  19106-0000

Honorable Mark W. Bennett
Room 311
320 Sixth Street
U.S. Courthouse
Sioux City, IA  51101-0000

Honorable Linda R. Reade
Suite 304B
4200 C Street, S.W.
Cedar Rapids, IA  52404

Mr. Dustin Lee Honken
FEDERAL CORRECTIONAL INSTITUTION
06951-029
FCI Terre Haute Inmate Mail
P.O. Box 33
Terre Haute, IN  47808-0000

Mr. Rob Phelps
U.S. DISTRICT COURT
Northern District of Iowa
4200 C Street, S.W.
Building A
Cedar Rapids, IA  52404

Mr. Charles J. Williams
U.S. ATTORNEY'S OFFICE
401 First Street, S.E.
400 Hach Building
Cedar Rapids, IA  52401-1825