# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  11-1086
_____

In re: Dustin Lee Honken

Petitioner

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:10-cv-03074-LRR)

_____

## JUDGMENT

The petition for writ of mandamus has been considered by the court and is denied.

The mandate shall issue forthwith.

January 18, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans