# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 18, 2011

Mr. Michael Wiseman
FEDERAL COMMUNITY DEFENDER OFFICE
601 Walnut Street
545W The Curtis Center
Philadelphia, PA  19106-0000

    RE:  11-1086  In Re: Dustin Honken

Dear Counsel:

    Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

    Michael E. Gans
    Clerk of Court

DMS

Enclosure(s)

cc:    Mr. Dustin Lee Honken
    Mr. Timothy Patrick Kane
    Shawn Nolan
    Mr. Rob Phelps
    Mr. Charles J. Williams

    District Court/Agency Case Number(s):  3:10-cv-03074-LRR