# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1086

In re: Dustin Lee Honken

Petitioner

---

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:10-cv-03074-LRR)

---

## MANDATE

In accordance with the judgment of 01/18/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 18, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit