IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | No. 10-CV-03074-LRR |
| Petitioner/Defendant, | ) | No. 01-CR-3047-MWB |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**MOTION FOR EXTENSION OF TIME
REGARDING DISCOVERY REQUESTS**

The United States of America respectfully requests an extension of time within which to file their discovery requests in this matter.

Petitioner timely served the United States with his discovery requests on March 1, 2011. The Joint Scheduling Order filed in this case on January 5, 2011, at Docket # 9, states that responses to discovery requests are due March 15, 2011.

The undersigned is currently in Sioux City for the Angela Johnson 2255 hearing which is scheduled to conclude sometime the week of March 14, 2011. The undersigned will not have the opportunity to respond to Petitioner's discovery requests until that hearing concludes. The government is seeking an extension of time until March 22, 2011.

The government contacted attorney Michael Wiseman and he had no objection to this motion.

WHEREFORE, the United States respectfully requests the Court extend the deadline for responding to Petitioner's discovery requests to March 22, 2011.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-1990)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on March 11, 2011.

UNITED STATES ATTORNEY

BY:  s/ S. Van Weelden

COPIES TO: Counsel of Record

2