# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

      Petitioner,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C10-3074

**ORDER EXTENDING DEADLINE**

_____

This matter comes before the Court on the Motion for Extension of Time Regarding Discovery Requests (docket number 13) filed by the Respondent on March 11, 2011. Respondent requests until March 22, 2011 to respond to Petitioner's discovery requests. According to the motion, counsel for Petitioner has "no objection." For the reasons stated in the motion, the Court finds that the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED as follows:

1.    The Motion for Extension of Time (docket number 13) filed by the Respondent on March 11, 2011 is **GRANTED**.

2.    The deadline for Respondent to respond to Petitioner's discovery requests is **EXTENDED** to **March 22, 2011**.

DATED this 14th day of March, 2011.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA