IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | No. 10-CV-03074-LRR |
| Petitioner/Defendant, | ) | No. 01-CR-3047-MWB |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**AMENDED <u>JOINT</u> MOTION FOR EXTENSION OF TIME
REGARDING DISCOVERY RESPONSES**

The United States of America and Petitioner respectfully request an extension of time within which to file their discovery responses in this matter.

The parties have served each other their discovery requests and responses to discovery requests are due March 15, 2011.

The undersigned is currently in Sioux City for the Angela Johnson 2255 hearing which is scheduled to conclude sometime the week of March 14, 2011. The undersigned will not have the opportunity to respond to Petitioner's discovery requests until that hearing concludes. The government is seeking an extension of time until March 22, 2011.

The government contacted attorney Michael Wiseman and he had no objection to this motion, and has no objection to filing jointly.

WHEREFORE, the United States and Petitioner respectfully request the Court extend the deadline for responding to each other's discovery requests to March 22, 2011.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on March 14, 2011.

UNITED STATES ATTORNEY

BY:   s/ S. Van Weelden

COPIES TO: Counsel of Record

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-1990)
cj.williams@usdoj.gov

By: s/ MICHAEL WISEMAN

MICHAEL WISEMAN
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West-The Curtis Center
Philadelphia, PA 19106
215-928-0520

2