# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C10-3074

**ORDER EXTENDING DEADLINE**

_____

This matter comes before the Court on the Amended Joint Motion for Extension of Time Regarding Discovery Responses (docket number 15) filed by the parties on March 14, 2011. The parties request until March 22, 2011 to respond to discovery requests. According to the motion, counsel for Petitioner has "no objection to this motion, and has no objection to filing jointly." For the reasons stated in the motion, the Court finds that the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. The Amended Joint Motion for Extension of Time (docket number 15) filed by the parties on March 14, 2011 is **GRANTED**.

2. The deadline for the parties to respond to discovery requests is **EXTENDED** to **March 22, 2011**.

DATED this 14th day of March, 2011.

_____

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA