# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,     :     No. 3:10– cv– 3074 (LRR)

          Respondent,     :     **CAPITAL 2255 PROCEEDINGS**

        -v-     :     HON. LINDA R. READE
     :     CHIEF, U.S.D.J.

DUSTIN LEE HONKEN,     :

          Petitioner.     :

_____     :

### PETITIONER'S UNOPPOSED MOTION FOR FIVE DAY EXTENSION OF TIME TO MAKE JUNE 1, 2011 SUBMISSIONS

Petitioner, Dustin Lee Honken, through counsel, moves for a five day extension of time to file a *Memorandum of Law*, *Supplemental Petition*, and supporting documents, that are currently due on June 1, 2011. The Government does not object to this extension of time. In support, Petitioner states the following.

1. Pending before the Court is Petitioner's motion pursuant to 28 U.S.C. § 2255 challenging his convictions and sentences, including his death sentences imposed in the above-captioned matter.

2. On November 29, 2010 Petitioner filed a motion seeking to extend deadlines with respect to his to-be-filed § 2255 Motion. United States v. Honken,

1

01–CR–3047, document # 796. In that motion, counsel explained that they planned to meet the one year limitations period governing the filing of the § 2255 Motion. Counsel also explained that because of their entry into the litigation with over half the limitations period already having run (undersigned counsel relieved prior counsel about half-way through the limitations period when prior counsel discovered a conflict of interest), counsel required additional time to investigate and, if needed, to amend or supplement the § 2255 Motion. Finally, counsel wished to have this additional time to provide the Court and the Government with a memorandum of law and documents in support of the claims that would be contained in the § 2255 Motion.

3. On November 30, 2010 Judge Bennett partially granted Petitioner's motion. United States v. Honken, CR - 01-3047, document # 797. In that order, Petitioner was afforded until June 1, 2011 to make these various submissions.

4. Counsel filed a timely § 2255 Motion on December 14, 2010 (United States v. Honken, No. 3:10–cv–3074 (LRR), document # 1. Since that filing, counsel have been diligently investigating and drafting supplements to the § 2255 Motion, and gathering supporting documents.

5. Due to lead counsel's (Michael Wiseman) various competing deadlines, counsel respectfully request five (5) additional days to make these filings. Counsel

have an evidentiary hearing in the United States District Court, Eastern District of Pennsylvania starting on May 31, 2011 (<u>Wilson v. Beard</u>, 02-374 (E.D. Pa.)). In addition, counsel has a capital brief due in the Delaware Supreme Court on May 31, 2011 and a Petition for Reargument or Reargument *En Banc* in a third capital matter, <u>Williams v. Beard</u>, 07-9002 (3d Cir.) that is due on May 26, 2011.

6. Additionally, counsel have had unanticipated difficulty with regard to the schedules of trial counsel which has presented logistical obstacles to obtaining their views on the issues pled in the § 2255 Motion.

7. This request is based on a good-faith need for the additional time in order for counsel to provide his client and the Court with a set of properly prepared and concise submissions in this important matter.

8. Counsel has communicated with Government counsel, C.J. Williams, who has authorized the undersigned to represent that the Government has no objection to this request.

WHEREFORE, Petitioner respectfully requests that he be afforded five

additional days to make the submissions contemplated in the Court's November

30, 2010 Order.

Respectfully Submitted,

/s Michael Wiseman

Michael Wiseman
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0520

Dated:        Philadelphia, Pennsylvania
              May 25, 2011

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 25th day of May, 2011, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Michael Wiseman

_____
Michael Wiseman