# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,    :    No. 3:10 – CV – 3074 (LRR)

        Respondent,    :

           :    **CAPITAL 2255 PROCEEDINGS**

          :

      -v-    :    HON. LINDA R. READE

          :    CHIEF, U.S.D.J.

DUSTIN LEE HONKEN,    :

          :

       Petitioner.    :

_____    :

## ORDER

AND NOW, this ___ day of _____, 2011, upon consideration of

*Petitioner's Unopposed Motion for Five Day Extension of Time to Make June 1, 2011*

*Submissions*, it is hereby ORDERED:

The Motion is GRANTED. Petitioner will make the submissions contemplated

by the order of November 30, 2010 (document # 797) on or before June 6, 2011.

_____
LINDA R. READE,
CHIEF, U.S.D.J.