**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

DUSTIN LEE HONKEN,

        Movant,

vs.

UNITED STATES OF AMERICA.

No. C10-3074-LRR
No. CR01-3047-MWB

ORDER

This matter appears before the court on Dustin Lee Honken's unresisted motion for extension of deadline (docket no. 17). Dustin Lee Honken ("the movant") filed such motion on May 25, 2011. The instant motion is granted as requested. The movant is directed to file his submissions by no later than June 6, 2011.

**IT IS SO ORDERED**.

**DATED** this 25th day of May, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA