**3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

96 APR 11 PM 1:06

CEDAR RAPIDS HDQTRS. OFFICE
BY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DUSTIN LEE HONKEN and
TIMOTHY CUTKOMP,

    Defendants.

No. CR 96-3004-MWB

Count 1: 21 USC §§846; 841(a)(1);
841(b)(1)(A)
(Conspiracy)

Count 2: 21 USC §841(d); 18 USC §2
(Possession of Chemicals)

Count 3: 21 USC §843(a)(6);
18 USC §2 (Possession of
Glassware With Intent
to Manufacture)

## INDICTMENT

The Grand Jury charges:

### Count 1

Between about 1993 and February 7, 1996, in the Northern District of Iowa and elsewhere, DUSTIN LEE HONKEN and TIMOTHY CUTKOMP, did knowingly and unlawfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to commit the following offenses against the United States:

    1.    Distribution of 1000 grams or more a mixture or substance containing a detectable amount of methamphetamine and 100 grams or more of pure methamphetamine, a schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A);

    2.    To knowingly manufacture 1000 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 100 grams or more of pure methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A);

1

Docketing
ONE

Case 3:10-cv-03074-LTS-KEM   Document 19-3   Filed 06/06/11   Page 2 of 7

3. To knowing attempt to manufacture 1000 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 100 grams or more of pure methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A);

This in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## Count 2

On or about February 7, 1996, in the Northern District of Iowa, DUSTIN LEE HONKEN and TIMOTHY CUTKOMP did knowingly, intentionally and unlawfully possess and aid and abet the possession of listed chemicals, that is, benzyl chloride, benzyl cyanide and phenylacetic acid, with the intent to manufacture, methamphetamine, a Schedule II Controlled Substance.

This in violation of Title 21, United States Code, Section 841(d) and Title 18, United States Code, Section 2.

## Count 3

On or about February 7, 1996, in the Northern District of Iowa, DUSTIN LEE HONKEN and TIMOTHY CUTKOMP did knowingly and intentionally possess and aid and abet the possession of two triple neck round-bottom flasks knowing, intending, and having reasonable cause to believe they would be used to unlawfully manufacture and attempt to manufacture a controlled substance, namely methamphetamine, and listed chemicals, including benzyl chloride, benzyl cyanide, phenylacetic acid and methylamine.

2

Case 3:10-cv-03074-LTS-KEM    Document 19-3    Filed 06/06/11    Page 3 of 7

This in violation of Title 21, United States Code, Section 843(a)(6) and Title 18, United States Code, Section 2.

A TRUE BILL

_____

Date _April 9, 1996_

_____
PATRICK J. REINERT
Assistant United States Attorney

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 96-3004-MWB |
| vs. | ) Count 1: 21 USC §§846; 841(a)(1); 841(b)(1)(A) (Conspiracy) |
| DUSTIN LEE HONKEN and TIMOTHY CUTKOMP, | ) Count 2: 21 USC §841(d); 18 USC §2 (Possession of Chemicals) |
| Defendants. | ) Count 3: 21 USC §843(a)(6); 18 USC §2 (Possession of Glassware With Intent to Manufacture) |
| | ) Count 4: 21 USC §§ 846; 841(a)(1); 841(b)(1)(A); 18 USC §2 (Attempt to Manufacture) |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

Between about 1992 and February 7, 1996, in the Northern District of Iowa and elsewhere, DUSTIN LEE HONKEN and TIMOTHY CUTKOMP, did knowingly and unlawfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to commit the following offenses against the United States:

1. Distribution of 1000 grams or more a mixture or substance containing a detectable amount of methamphetamine and 100 grams or more of pure methamphetamine, a schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A);

2. To knowingly manufacture 1000 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 100

1

Case 3:10-cv-03074-LTS-KEM    Document 19-3    Filed 06/06/11    Page 5 of 7

grams or more of pure methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A);

3.    To knowing attempt to manufacture 1000 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 100 grams or more of pure methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A);

This in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## Count 2

On or about February 7, 1996, in the Northern District of Iowa, DUSTIN LEE HONKEN and TIMOTHY CUTKOMP did knowingly, intentionally and unlawfully possess and aid and abet the possession of listed chemicals, that is, benzyl chloride, benzyl cyanide and phenylacetic acid, with the intent to manufacture, methamphetamine, a Schedule II Controlled Substance.

This in violation of Title 21, United States Code, Section 841(d) and Title 18, United States Code, Section 2.

## Count 3

On or about February 7, 1996, in the Northern District of Iowa, DUSTIN LEE HONKEN and TIMOTHY CUTKOMP did knowingly and intentionally possess and aid and abet the possession of two triple neck round-bottom flasks knowing, intending, and having reasonable cause to believe they would be used to unlawfully manufacture and attempt to manufacture a controlled substance,

2

namely methamphetamine, and listed chemicals, including benzyl chloride, benzyl cyanide, phenylacetic acid and methylamine.

This in violation of Title 21, United States Code, Section 843(a)(6) and Title 18, United States Code, Section 2.

### Count 4

On or about February 7, 1996, DUSTIN LEE HONKEN, did knowingly and unlawfully attempt to manufacture and aid and abet the attempted manufacture of more than 100 grams of pure methamphetamine and one kilogram of a mixture or substance containing a detectable amount of methamphetamine.

This in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_July 10, 1996_
Date

_Patrick J. Reinert_
PATRICK J. REINERT
Assistant United States Attorney

3