# 13

**AFFIDAVIT/DECLARATION OF** Anthony Johnson
**PURSUANT TO 28 U.S.C. § 1746**

My name is Anthony Johnson.

I was incarcerated with Dostin Honken at the Woodbury County Jail for approximately one month in January of 1997.

I eventually was sentenced on my federal drug charges and was moved to the Federal prison in Yankton, South Dakota. While I was serving my sentence in Yankton, I was brought

Page 1 of 6

Case 3:10-cv-03074-LTS-KEM    Document 19-13    Filed 06/06/11    Page 2 of 7

back down to Sioux City to the

Woodbury County Jail. At first I

did not know why I was being

brought down, but I soon learned that

the Feds wanted to talk to me about

Dustin Honken.

One federal agent met with me

and told me that he wanted to

ask me questions about Dustin. I

told him that I had nothing to

say. ~~becomes reported to go telling~~

He brought up that he knew how I

bought my camper (with money from

illegal drug sales). I don't recall exactly the

Case 3:10-cv-03074-LTS-KEM   Document 19-13   Filed 06/06/11   Page 3 of 7

words that he used but

my thoughts were that I might be charged with more crimes. At that point I asked for a lawyer.

After a month to six weeks, I got a lawyer. I met with my lawyer and told him that I did not want any new charges. My lawyer negotiated a deal with the government

Case 3:10-cv-03074-LTS-KEM    Document 19-13    Filed 06/06/11    Page 4 of 7

where I would not get new charges if I told them what I knew about Dustin. I was happy to take this deal and I signed an agreement with the government saying that I wouldn't be charged regarding the company or any other illegal activities they could come up with if I told them what I know.

Once I signed the agreement, I met with government agents again, along with my lawyer, and told them

Case 3:10-cv-03074-LTS-KEM    Document 19-13    Filed 06/06/11    Page 5 of 7

what I knew, which was not

much.

The escape attempt that I spoke

about with the agents was silly.
con for money by Dustin and
It was a ~~whole bunch~~ of ~~nothing~~ Tony Bugh.

and I was foolish for believing

all the talk about it. At the time

me, Tony, and Dustin were
~~everyone was~~ talking about escaping

I was coming down from

being addicted to methamphetamine,

so I was not really thinking

Page 5 of 6

clearly at the time.

No one from Dustin's trial team spoke with me prior to me testifying. I would have honestly testified about everything contained in this statement.

I hereby certify that the facts set forth above are true and correct to the best of my personal

knowledge, information, and belief, subject to penalty of perjury, pursuant to 28 U.S.C. § 1746.

Executed on: 3-8-11

Signature: Tony Johnson

Page 6 of 6

Case 3:10-cv-03074-LTS-KEM    Document 19-13    Filed 06/06/11    Page 7 of 7