# 14

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

## MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/17/09 | Admin Note! |
| 1450 | I.m arrived from FCI Waseca. Face Sheet |
| 1430 | Xeroxed at FTC last nite, but 2nd face sheet |
| | (BP-S 653) not copied. Chart not available & |
| | patient profile faxed to FTC from Waseca |
| | |
| | Medications: |
| | Trazadone 100mg daily at 4:30PM |
| | Omeprazole 20mg - caps ## 7AM |
| | Prazosin 1mg po T.I.D |
| | Lisinopril 40mg po q AM |
| | TNG 0.4mg - tabs ## SL prn |
| | Amitriptyline 150mg daily at 4:30PM |
| | Glucose Gel 40% prn |
| | Glyburide 10mg in AM & 10mg in PM |
| | Metformin 500mg po. AM & PM |
| | NPH (Human) insulin - 10u at 6:30AM & |
| | 5u NPH each evening |
| | Hydrochlorothiazide 12mg po q AM |
| | Naproxen 275mg po q (AM & PM |
| | over |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Bregar, Terry
02664-030

REGISTER NO.

WARD NO.
5A

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USP LVN

FTC Oklahoma City, OK

## MEDICAL RECORD | CONSULTATION SHEET

### REQUEST

TO: Dr. Wilson, Psychiatry

FROM: *(Requesting physician or activity)*

DATE OF REQUEST: 5-23-00

FOR REQUEST *(Complaints and findings)*

3 wk F/u.

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION
- [ ] BEDSIDE
- [ ] ON CALL
- [x] ROUTINE
- [ ] 72 HOURS
- [ ] TODAY
- [ ] EMERGENCY

### CONSULTATION REPORT

RECORD REVIEWED [ ] YES [ ] NO   PATIENT EXAMINED [ ] YES [ ] NO   TELEMEDICINE [ ] YES [ ] NO

Diag: Major Depression.

S: "I'm getting to sleep better." Less irritable. Zoloft "I think it helps. I really do." He enjoys things more. "I seem to have plenty of energy." Amitriptyline "absolute miracle drug" for feet pain and back pain.

O: alert, pleasant, euthymic.

A: Great response to addition of Zoloft

P: Cont. Zoloft 50q AM. Return in 3 months

Meds:
Major depression or
Mixed subst dep.
Zoloft 50mg
amitript. 50mg q HS
for pain.

*(Continue on reverse side)*

SIGNATURE AND TITLE: Joseph R Wilson MD   J.R. WILSON PSYCHIATRIST

DATE 6/27/00

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME *(Last, first, middle)*

SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*

REGISTER NO.

WARD NO.

BREGAR, TERRY WILLIAM

02664-030

DOB ▮▮▮▮▮

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

**HEALTH SERVICES**
**FCI WASECA**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

5/20/04

1015 — 3. Toenails dremeled + fingernails clipped

L.K. Brandt, PA-C
LCDR USPHS
FCI Waseca          5/20/04

M.A. Gray, M.D.
Clinical Director
FCI Waseca

5/20/04

Ord. Date 05/21/04  BREGAR TERRY WILLIAM  L. BRANDT
Exp. Date 05/25/04
TAKE TWO TABLETS BY MOUTH THREE TIMES DAILY UNTIL GONE **TAKE WITH FOOD OR MILK**
Rx # 56499  METRONIDAZOLE 250 MG TAB    #30

Ord. Date 05/21/04  BREGAR TERRY WILLIAM
Exp. Date 08/18/04
PLACE 1-2 DROPS UNDER AFFECTED NAIL(S) ** RUB IN WITH AN OLD TOOTHBRUSH ** **EXTERNAL USE ONLY**
Rx # 56500  CLOTRIMAZOLE 1% SOL    #1

J. HIEBERT
PHARMACY TECH.
FCI WASECA, MN

Above order (s) reviewed by pharmacist.
Prescription (s) processed
Verbal counseling given: _____
Written patient information given: X

ALAN R. JORGENSON, R.Ph.
CAPT. USPHS

7/1/04
0630 — **Blood collected for lab tests:** BMP, ALT, GlyHgb

C. SKELLY, LPN
LAB & RADIOLOGY TECH.

7/1/04
1045 — S— Patient states he has noticed increasing trouble c̄ short term memory over the last several months. He states both of his parents had Alzheimer's and he is very concerned about his symptoms. He c/o short term memory problems along with the feeling that "my mind is racing"

O – I discussed this c̄ Dr. Frenzel, Chief Psychologist, and he recommends that I place a consult to Psychology for memory testing

A  C/o memory loss

P – Consult placed to Psychology.

L.K. BRANDT, PA-C
LCDR USPHS

Case 3:10-cv-03074-LTS-KEM     Document 19-14     Filed 06/06/11     Page 4 of 5

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | (1.) VASCULAR ACCIDENT IN (1.) RTC : PHOTOS, MACULAR EXAM. |
| | LEFT EYE IN PAST, POSSIBLY |
| | TEMPORAL ARTERITIS. |
| 9 Oct '97 | PATIENT MAY BE MOVED TO 1-3. SSmith 10/9/97 1430 |
| 1100 | PATIENT MAY EAT MAINLINE |

Date 12/15/97

Time 1200

Inmate Name **Bregar**

Register Number 02664-030

pER

S Reports he exercises 1-2 X/week

( 11/15/97

HT 5'6 WT 174 Pt attended diabetic diet class. Discussed diet

**O**

relation to blood glucose control and the importance of exercise.

BOP diabetic materials provided.

123 % ideal weight. Comprehension: good. Expected compliance good.

**A**

Pt to contact dietitian if additional dietary assistance is desired.

**P**

Provider O Gateman, RD

USP LVN

**Federal Bureau of Prisons** Previous editions not usable BP–355(60) January 1981

BREGAR
    TERRY WILLIAM   02664-C30
W/M/O/█████████
HT/507WT/175HR/BKEY/HL
CUSTODY/IN

**MCFP
SPRINGFIELD, MO**

*U.S. Government Printing Office: 1994 — 300-892/10025

STANDARD FORM 600 BACK (REV. 5-84)

Case 3:10-cv-03074-LTS-KEM    Document 19-14    Filed 06/06/11    Page 5 of 5