**15**

_Mailed 6/9_

# UNITED STATES GOVERNMENT
# Memorandum



Federal Correctional Institution, Oxford, Wisconsin

Date: June 8, 1999

From: J. T. O'Brien, Warden

Subj: TOKARS, Fredric
Reg. No. 40099-004

To: G. L. Hershberger, Regional Director
North Central Regional Office

Attn: Mark Bezy, Correctional Services Administrator

1. <u>Name</u>: **TOKARS, Fredric**
Reg. No. 40099-004

2. <u>RATIONAL FOR REDESIGNATION</u>: On May 7, 1999 inmate Tokars was placed in the Special housing Unit. Information received from the SIS office verified the national television show "Dateline" was airing a one-hour special regarding inmate Tokars' case. The SIS office subsequently gathered information indicating inmates within our general population were discussing the television special as well as Tokars' case (documentation attached). In addition, information has recently been received verifying inmate Tokars is providing information to the U.S. Attorney's Office concerning the criminal activities of an inmate confined at FCI, Oxford (Marino, Louis #01094-424) as well as his son, Dino Marino who is not presently incarcerated. It has been discovered Tokars was maintaining written notes regarding this inmate's case and it is quite likely this inmate has discovered these notes.

3. <u>PROPOSED TRANSFER CODE</u>: Close Supervision - 323 (Verified)

4. <u>CIMS ASSIGNMENT</u>: Separation

5. <u>RELEASE DESTINATION</u>: Life Sentence - Sentenced out of Northern Georgia.

FOI EXEMPT

6.  RECOMMENDED INSTITUTION: Due to the notoriety Tokars' case received in the Atlanta, Georgia area and his difficulty encountered during his confinement at USP, Florence as well as this facility, we are recommending redesignation within the Western Region.

7.  MODE OF TRANSPORTATION: Prisoner coordinator

8.  MEDICAL STATUS: Regular Duty (lower bunk, no prolonged standing, 15 pound weight restriction).

9.  DOES INMATE CONCUR WITH TRANSFER: Due to the nature of this referral, the inmate has not been consulted.

10. ADDITIONAL PERTINENT INFORMATION: Inmate Tokars is currently serving a Life sentence for Racketeering, Kidnaping, Use of Telephone to Commit Murder, Conspiracy to Distribute Cocaine and Money Laundering.  During his confinement, although he has experienced difficulties within general populations, he is not considered a management problem.  He has maintained employment within UNICOR, completed his financial obligation and has not received any incident reports.

PREPARED BY: _J. Bomske_____ _6/4/55_
             M. Bomske,  Case Manager        Date

ROUTING SLIP

REVIEWED BY: _J. Bomske-jcr_____ _6/4/5_
             W. J. Seely, Unit Manager       D DATE: 6-7-99

                                             TO:  J. T. O'Brien, Warden
REVIEWED BY: _____ 6/7
             P. Frederick, CMC            D  RE: Tokars, 40099-004

REVIEWED BY: _____ 6/8
             J. Moorhead, Captain         I  FROM:___C. Paige_____

                        Bomske    Case Manager   WS
                        Seely     Unit Manager
                        Frederick CMC  6/7/9
                        Moorhead  Captain
                        Paciorek  AW(P)
                        O'Brien   Warden

FOI EXEMPT