# 16

Case 3:10-cv-03074-LTS-KEM    Document 19-16    Filed 06/06/11    Page 1 of 3

County of Fremont) SS. Affidavit of John T. Hunter
State of Colorado)

I, John T. Hunter #05837-424, do hereby state the following facts
under penalty of perjury:

1. I am a prisoner incarcerated in cell #212, Unit B/B, in
   Florence Colorado U.S. Penitentiary.

2. I arrived at U.S.P. Florence on or about June 18, 1998.

3. In September of 1999 I was approached by prisoner Ron
   MacIntosh #12053-086 who requested to purchase food items
   from the store I operated out of my cell. I agreed to extend
   him credit because I knew he made money from hustling drugs,
   legal services, and homosexual favors inside the prison.

4. After several weeks of purchasing items from my store, he
   inquired about the nature of my case and the length of my
   sentence.

5. During the last conversation I had with prisoner MacIntosh:

   a. He inquired whether I wanted to help myself get
      a time-cut or transfer to another institution.

   b. MacIntosh stated that he was working on a
      "project" to get the government to give him
      a "break" on his sentence.

   c. MacIntosh inquired how well I knew Dustin Honken
      #06951-029 and whether the latter trusted me
      enough to discuss details of his case. He
      stated that he had read Honken's legal paper-
      work under the guise of helping him.

   d. MacIntosh stated that he planned to concoct a
      story against, and testify against, Honken
      regarding the murder of two FBI informants, a
      woman, and her two children. [He personally did
      not believe Honken was guilty but characterized
      such belief as "irrelevant"]. He inquired whether
      I would be interested in collaborating with him to
      support his story (by testimony) to frame Honken
      and "do ourselves some good".

   e. MacIntosh further stated that regardless of whether
      or not Honken was convicted, the government would
      be bound by their agreement with us.

1

Case 3:10-cv-03074-LTS-KEM     Document 19-16     Filed 06/06/11     Page 2 of 3

f. Insulted by the scandalous nature of MacIntosh, and further by the fact that he sought my complicity in fabricating a story regarding Honken, I told him I was not interested, to leave my cell, settle his account with my store A.S.A.P., and discontinue **any** association with me in the future.

g. MacIntosh requested that I keep our conversation confidential, and that it was nobody's business but his and mine.

h. I made no commitment to honor his parting request and told him (again) to leave.

I, John T. Hunter #05837-424, swear, declare, and affirm under penalty of perjury, that I am the person in the above Affadavit and that the information contained therein is True and Correct. Pursuant to Title 28 U.S.C. § 1746; Title 18 § 1621

Dated: _AUGUST 24, 2000_

Signed: _John T Hunter_
John T. Hunter
#05837-424 / Unit BB
Florence U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226

cc: file

2

Case 3:10-cv-03074-LTS-KEM     Document 19-16     Filed 06/06/11     Page 3 of 3