# 17

County of Fremont) SS. Affidavit of Joseph Dougherty
State of Colorado)

I, Joseph Dougherty, do hereby make the following statement under penalty of perjury:

1. I am a prisoner incarcerated in the Federal Penitentiary in Florence, Colorado;

2. I arrived at this federal institution on August 26, 1998;

3. I am housed in cell No. 220, in cellblock B/B;

4. In May of 1999, a fellow prisoner named R. MacIntosh, No. 12053-086, who I met in December 1986, asked me to help him. He stated that if I helped him, both him and I would get a "time-cut" and/or a transfer out of U.S.P. Florence Colorado;

5. When I agreed to listen to what he had to say MacIntosh told me he was helping another prisoner with his legal case, that prisoner's name was Dustin Honken No. 06951-029 who was at the time being housed in cellblock C/B;

6. MacIntosh informed me that he had already read all of Mr. Honken's legal papers and could put together a good factual story for the F.B.I. about Honken killing two federal witnesses and three other people, two of which were young children.

7. MacIntosh went on to state that he didn't really believe Honken killed these five people, but that it wouldn't make any difference to us. MacIntosh said that the F.B.I. would have to honor their agreement with us once we testified in court whether or not Honken was convicted.

8. What MacIntosh stated that he needed of me was to collaborate his madeup story for the F.B.I., and he said we would both be out of U.S.P. Florence for good;

9. MacIntosh assured me that he had studied Honken's whole legal case and insisted that he could create a plausible story that the F.B.I. would buy;

10. I told MacIntosh that I wanted nothing to do with his scheme because firstly, I didn't think framing Honken was right, and secondly, I didn't believe MacIntosh could concoct a believable story to fool the F.B.I.;

Page 1 of 2

11. MacIntosh then swore me to secrecy and told me to forget our/this conversation.

I, Joseph Dougherty, swear, declare, and affirm, under penalty of perjury, that I am the person in the above Affidavit and the information contained therein is True and Correct. Pursuant to Title 28 U.S.C. § 1746; Title 18 § 1621.

Dated: *August 23, 2000*

Signature: *Joseph Dougherty*
              Joseph Dougherty

Page 2 of 2

cc: file

Case 3:10-cv-03074-LTS-KEM    Document 19-17    Filed 06/06/11    Page 3 of 3