**21**

County of Fremont)
State of Colorado)   SS. Affidavit of Luis Lua

I, Luis Lua, do hereby make the following statement under penalty of perjury:

1. I am a prisoner incarcerated in the Federal Penitentiary in Florence, Colorado.

2. I arrived in August of 1998 at this federal institution.

3. I am currently housed in cellblock B/B, cell no. 218.

4. On or about the month of December 1997, I was being held in Sioux City county jail on federal charges. During that time in December, one weekend night I was escorted from my cell block to the attorney area of the jail where I was questioned by various federal officials.

5. I was asked to whether I knew Dustin Honken #06951-029 and if we talked frequently. I said that I did know him and that we did occasionally talk. Then I was asked if Mr. Honken ever made any statements to me that he murdered people or that he buried people. I told them that I did not know anything about it and that he did not say anything like that to me.

6. It was after me saying I did not know anything about Mr. Honken and criminal things that all but one of the Feds got up and left the room. The remaining individual told me that I was going to do life in prison but that he could possibly help me. He then passed a piece of paper to me and stated that he would be able to help me if I would agree that Mr. Honken had made some of the statements to myself that were on the piece of paper he handed me.

7. I looked at the piece of paper and it had a whole bunch of statements on it. The first one said something like Mr. Honken stated that he murdered two federal informants, one woman, and two small children. The second statement said something like Mr. Honken said that he buried the bodies in a farm field.

8. After I read the second statement I pushed the piece of paper back to the federal official and told him that I wanted no part of framing Mr. Honken. He then told me to enjoy my life sentence. He then called for the jail officials to come and get me.

9. Immediately upon returning to the block I called Mr. Honken to the fire door and told him that the Feds were trying to get me to lie about him and frame him. Mr. Honken told me thanks for telling him about it and that he would handle it.

10. On or about the month of July 1998, Dennis Putzier was placed in the cellblock with me in the Sioux City County Jail.

1

11. Mr. Putzier immediately approached me and stated that he knew that I associated with Mr. Honken and that I had just recently received a life sentence. Mr. Putzier told me that he knew that I knew he had informed on Mr. Honken in court proceedings. Mr. Putzier told me that he did not want any problems with me because of it. I told him that it was between him and Mr. Honken and I was not going to get involved.

12. Mr. Putzier and I associated together while we were in the block. We played cards and other games together. Mr. Putzier told me that he regretted testifying against Honken but he had to in order to get less time on his state sentence. He also told me that the government agents told him what to say against Mr. Honken about murders. He told me that he did not want to lie but that he felt he did not have a choice if he ever wanted to get out of jail. I told him that the Feds had tried to get me to lie also but that I would rather do life than frame an innocent man. Mr. Putzier agreed that he was wrong in lying for the government but it was too late now to change things. He was afraid that the government would try to frame him for something like they were doing to Mr. Honken if he didn't do what they wanted him to do.

13. Over many conversations Mr. Putzier continued to tell me that Mr. Honken had never told him anything about murders or other crimes. He told me that Mr. Honken only talked to him because he needed to find a friend of his. Not long after those conversations I was moved from Sioux City.


I, Luis Lua, swear, declare, and affirm, under penalty of perjury, that I am the person in the above Affidavit and the information contained therein is True and Correct. Pursuant to Title 28 U.S.C. § 1746; Title 18 § 1621.

Dated: 8-30-00          Signed: _Luis Lua_
                                  Luis Lua

cc: file