# 22

I, Melissa Friesenborg, do hereby declare, affirm, and verify under penalty of perjury the following:

1.      When I was 18 or 19 years old, I met Dusitn Honken through Tim Cutkomp in Iowa.  We dated briefly from a distance, then reconnected a few years later in 1992.  I moved to Arizona with Dustin, and we dated for the rest of 1992 and into 1993.

2.      I later testified in grand jury proceedings and at Dustin's trial about our relationship and about events following his arrest.  I am providing this Declaration after meeting with one of Mr. Honken's current attorneys in Tucson in September 2010.  It seems to me that the questions he asked about Dustin should have been asked years ago, and are important in trying to understand how Dustin ended up where he is.

3.      As I testified previously, I did not know about Dustin's methamphetamine manufacturing at the time it was happening.  But some things about Dustin at the time were the type of things you see in people who abuse and get addicted to methamphetamine.  First of all, I hardly ever saw Dustin sleep.  He stayed awake at all hours of the night, often coming and going from the apartment no matter what time it was.  Even if we were in bed together at night, I would go to sleep but he would get up and stay awake.

4.      Even though he hardly ever slept, Dustin had lots of energy.  He was hyperactive and jumpy.  Dustin would fidget and be amped up, always bouncing a leg or moving around.  He rarely stayed still.  He would get really focused on things that he was thinking and talking about and sometimes it was hard to follow him.  He also had weird rules about the food he ate, although he did not eat very much at all.

5. Sometimes Dustin complained about having a heart problem. He would put his hand on his chest and complain that his heart was fluttering.

6. Although I did not know at the time that Dustin was abusing meth, I realize now that many of those things were probably related to meth addiction. And by the last time I talked to Dustin, he had definitely changed from who he was before, in the same way that other people I have known have been changed so completely by meth. It was like Dustin was totally different from the nice, caring man I had known at first.

7. Dustin's older brother, Jeff, was living in Arizona when I moved down there. Jeff had just split up with his wife and was living in an apartment in Tucson, and later he moved to Phoenix.

8. Jeff had a very strong, aggressive personality. Dustin was usually smart and confident, but around Jeff he became dumb and totally unsure of himself. It was like all of a sudden Dustin would be 9 years old again and lose all his confidence. Dustin was always trying to impress Jeff and get his approval, but Jeff just talked down to him, like an adult talking to a little kid.

9. In some ways, Jeff and Dustin were like other siblings who act like they did when they were kids. But with Jeff and Dustin, it was more obvious and extreme. I remember always being surprised to see the way Dustin was around Jeff.

10. From the way they interacted and from my knowledge of their "business" – which at the time I thought was legitimate, it was clear that the hierarchy was Jeff first, then Dustin below him, then Tim below Dustin. There's just no way, with Jeff and Dustin's relationship, that Jeff was working for Dustin. That's not something that Jeff would have put up with.

11. If before or at Dustin's trial, I had been asked about the topics and information

contained in this Declaration, I would have stated under oath the same things I have stated here.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746.

Melissa Friesenborg

Dated: 11/16/10