# 24

# DECLARATION OF DAVID HONKEN
## PURSUANT TO 28 U.S.C. § 1746

1.    My name is David Honken. Jim Honken is my younger brother, and Dustin Honken's father. Dustin Honken is my nephew. Jim was just one year younger than me and my only brother. He passed away in the late summer of 2010.

2.    I am retired from owning and operating a number of convenience stores in Iowa, South Dakota and Wisconsin. I have four children, two daughters and two sons. When Dustin was growing up, my wife, children and I went to Jim and Marvea's house for Thanksgiving and Christmas. We would spend time with them at rental cabins in Clear Lake. Dustin was a friendly and smart kid. He was polite and obedient. My kids liked him. I never saw or heard of Dustin behaving violently or acting out at all.

3.    My brother Jim was a bad influence. I liked and got along better with Jim's wife, Marvea, than with my own brother. Don't get me wrong, Jim was my brother and I loved him, but he had a chip on his shoulder. Something was really wrong with him mentally. I just never knew what could happen when I was around him. He'd be friendly one minute and hostile the next. He had a drinking problem for his whole adult life. He hid bottles around the house so that he could drink all the time without being noticed. Drinking made his behavior even worse. He was incredibly violent. Unfortunately, he was that way around his children too.

4.    A person could end up dead with my brother if you said something against him. He claimed to know people who he could hire to murder anyone he wanted. He offered to hire someone to kill anyone that was bugging me and he meant it. Jim also would have done anything to keep Dustin out of jail. He said that if Angela Johnson hadn't told them where the bodies were, Dustin would not have been charged with the murders. He also told me Angela Johnson was a mean and tough woman

who would rather shoot you than look at you. After the bodies were found, I thought if Angela Johnson got out of prison, Jim would have her killed her for sure.

5.       In the late 1980's, a man named Robert Driesman killed his parents, his sister and her children before he shot himself. A friend of mine that Jim and I grew up with said at the time that I had better be careful because something like that could happen to my family. I agreed with him–Jim definitely had the capacity to do something like that.

6.       I'd never know how Jim would treat me or my family. Sometimes he was neutral, other times he was hostile. He was a loose canon. My wife was afraid Jim would take me out somewhere and shoot me. She told me that if Jim pulled up and asked me to go somewhere with him, I shouldn't go.

7.       Jim resented me because he thought my parents favored me when we were younger. My father was an easygoing person who worked as an electrician and general fix-it man for the entire town of Titonka, Iowa. He repaired TVs, wired houses, you name it. He didn't care if he got paid or not. When someone called him up to ask him if he could fix something, he would say, no, if I came by now I'd have to charge you for a house call. Wait a few hours and I'll stop by on my way home. If he fixed your toaster and you asked him what you owed, he'd say, "Oh just take it. I'll charge you another time." He never made any money. Everyone in the town liked him and everyone in the town knew him. Our mom was a church going type who believed us kids should be seen and not heard. Both of my parents came from farming families.

8.       Jim and my dad didn't get along. Jim cared about money and tried to impress our father with the things he had or could get. My dad wasn't impressed one bit.

9.       My dad believed Jim caused my mother's death. She had a stroke when Jim was on the run after robbing a bank. The stress Jim caused her unquestionably took a toll on her health. She was

placed in a nursing home in 1987 and stayed there until she passed away in 1995. My father was devastated. After our mom passed away, Jim brought some groceries over to my father. Jim left but came back because he had forgotten something. When Jim arrived back at our dad's house, he saw all of the groceries he had just bought were in the trash. Our dad didn't want to accept anything from Jim because he knew where Jim's money came from.

10. Jim's money came from illegal activities of all sorts. Even prior to the bank robbery in Missouri that landed him in federal prison for four years, Jim had some fraud or another going all the time. His house in Britt burnt down three times and then there was his trailer in Cherokee that burnt down. His cars would burn up, his garage caught fire, you name it. He collected insurance money every time. I told my brother he should be careful because sooner or later the insurance company wasn't going to pay him after he destroyed his property. He dismissed what I said because the insurance companies were always glad to take his money to insure things. He wasn't ever caught.

11. You didn't dare tell Jim if you needed anything because he would go right out and steal it and bring it to you. Once, our dad needed an outboard motor and Jim showed up with one that had the serial number filed off of it. Our dad was angry and told Jim to get it off his property. Jim bragged about stealing all kinds of things. He acquired a number of things he shouldn't have had through working with The Boilermakers Union. They had something called "cost-plus" on the job meaning if anything was needed for a job it would be purchased and billed to the company getting the work done. At the end of the job there would be excess equipment and Jim packed it up and took it home. Jim really took advantage of that system.

12. When Jim was working as a welder in Lansing, he came home early one night and a man Marvea was having an affair with was at the house visiting her. Jim saw the car and started hollering

and screaming outside. The guy's car was there and Jim smashed the windows out of the car with a hammer. The guy was afraid to come out of the house. I don't blame him. Jim was capable of anything– murder included. When Jim told me about that, I told him he should just pick up and move the whole family if he wanted to save his marriage. But he wasn't able to. His drinking got in the way.

13.	Jim remarried Carol but that marriage didn't go well either. They were both drinkers and eventually she put him out. He called to tell me he was getting out of town and needed money. I was on the road working, so my wife Nancy went to the Western Union and wired him some money. The FBI called us up and told me that my brother had robbed a bank. Jim was on the run then for awhile and they couldn't find him. They said if we gave him more money we'd be charged for helping him out. I thought he might shoot himself and they would find him in a cornfield in the fall when the crops were harvested. They found him alive months later.

14.	My brother and I weren't that close but I went to see him in federal prison for my parents' sake. We'd be sitting in the visiting room and he would point out all of the criminals who were his friends. He really enjoyed and thought we would be impressed by the criminal activities of his "friends." He really glamorized the criminal lifestyle. He said the guys he met there were the best type a person could find.

15.	Sometime after he got out of jail, Jim was working for somebody and said he fell off a piece of equipment. I don't know if he did or not. He went on disability but he didn't seem disabled to me. I'd ask him to help me out with my convenience stores because before he went on disability he would paint them and the like. After going on disability he said he couldn't help me out in case they caught him working and stopped his disability payments. He never looked or acted disabled otherwise.

16.     I set Jim up in a house in Steam Boat Rock near one of my stores. A few times a month I would have to drive by his house to check on other stores across the state. I often avoided stopping in to see him because when he was drinking he was bad news. One day, when I did stop, he called me a SOB and asked me why I hadn't stopped in before. He could see me passing on the road outside and his tone was threatening. After that I'd stop in more often. One time, I came in and he looked terrible. There were bruises all over him. When I asked him what happened, he said he beat the crap out of some guy at the VFW. I told him it didn't look like that to me. It looked like the guy had beat the you-know-what out of him. I told Jim he turned into a different person when he was drinking. He said he agreed and that he turned into a nice guy while he was drinking. I told him he had that backwards.

17.     With Jim, if I didn't hear from him or about him, it was good news. If I heard from him or about him, it was bad news. One day, when Jim was living in Steamboat Rock, the police called me and said they arrested Jim because he was outside dancing naked. He ended up hospitalized shortly after that incident and was in a coma in Iowa City. I went to see him and the nurse told me he wasn't going to leave the hospital alive. I was relieved thinking I wouldn't need to live in fear of him anymore– he wouldn't be able to hurt anyone or any of my family members if he was in a coma or dead. However, just five days later he called me and told me he needed a ride home. I couldn't believe it. I went to pick him up because he was my blood and only brother. I helped him out when I could even though he was frightening.

18.     Jim was a big instigator of things. He taught both of his boys that it was okay to do anything wrong as long as they weren't caught. His message was, "whatever you can get away with is fine." Jim was anti-police, anti-judges, and anti-attorneys. He thought they were all corrupt gangsters. He didn't trust any of them. Jim coached Dustin and Jeff to have loose morals and to steal stuff for him.

He glorified criminal behavior and was a terrible example for his kids. For some reason Dustin looked up to Jim. Dustin shouldn't have. There is no way Dustin would be in the trouble he is in today if it weren't for Jim. Jim taught, coached and encouraged criminal behavior.

19. Jeff, Dustin's older brother, reinforced this criminal behavior. Jeff was also a bad influence on Dustin. Jeff took advantage of Dustin and told Dustin what to do. When Jeff got Dustin involved in the drug making business, Jeff was living the high life and needed money to keep that life going. Dustin went to Arizona to help Jeff out. It was Jeff's idea and Jeff was in charge of the drug making plans.

20. While I was sad that my brother passed away, his passing came as a relief. Now that Jim is dead, I do not have to worry about him hurting other people or hurting himself. When he was alive, I lived with a constant fear.

21. Prior to Dustin's trial, I spoke with a woman working for his defense and I testified at Dustin's trial. I told them some of the information above and would have told them all of the information above had they asked. I would have been willing to testify about this information at Dustin's trial.

22. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_David Honken_
David Honken

4 - 19 - 11
Date: