**25**

## DECLARATION OF KATHY SCHEUSS
## PURSUANT TO 28 U.S.C. § 1746

1.      My name is Kathy Scheuss. Prior to getting married six years ago, my name was Kathy Rick. I met Dustin Honken when we both worked at Welborn Industries in Mason City. We started dating in 1990. In 1993, I gave birth to my third son and Dustin's only biological son, Ryan.

2.      In 1990, shortly before Dustin and I started dating, I gave birth to my second son, Brandon. When Brandon's father and I separated, Dustin stepped in and acted like a parent to Brandon. Dustin spent a lot of time with Brandon. This was extremely important to me and Brandon because his biological father, and my ex-husband, Stan, was not very involved. Unlike Stan, Dustin interacted frequently with Brandon in a positive, patient and loving way.

3.      Dustin treated Brandon with just as much love as he later showed our son Ryan. He changed their diapers, fed them, took them for rides in their strollers and took them to the park. He was not afraid of doing any sort of infant care. He'd hang out with them and do regular sorts of things that toddlers like to do. They had a swing set Dustin would play with them on. Brandon especially loved anything to do with tractors. So, Dustin would take Brandon to his dad's house to ride on the lawnmower. Brandon thought it was the coolest thing in the world.

4.      Dustin would also take the boys to his step-father Ron's junk yard. Dustin would show Brandon the cars he was working on and let Brandon help him with the tools. Dustin took Brandon and Ryan to Steamboat Rock to meet his father. When Dustin and I cooked together, he would want the kids to be involved. He'd ask them to mix something together something so that they could also help us cook. He enjoyed teaching the boys things. It was very sweet.

5.      Unlike his father, Dustin just wanted a normal life. He wanted to settle down, to be involved with his kids.

6. After we started seeing each other, Dustin left Welborn Industries and went to school at North Iowa Area Community College (NIACC). Dustin was very motivated to become a teacher. He wanted to teach high school students. He was good with kids and mild mannered, so this made a lot of sense. He studied hard.

7. In 1991, I went with Dustin to visit his brother Jeff in Arizona. We stayed with him and his wife Patty for a week. They were having financial and marital problems. The phone rang and rang with creditors calling, so nobody dared to answer the phone.

8. Jeff struck me as a domineering older brother. From what I understood and from what Dustin told me, Jeff and Dustin competed for their father's attention. Especially when they were younger, both wanted to be their father's favorite son. Dustin talked to me about how Jeff and their dad were not always involved in the right things. Dustin told me about how Jeff and their dad torched a car when Jeff was a teenager.

9. Dustin's dad, Jim, was an alcoholic. Dustin told me how after Jim got out of prison he could not drink. Eventually Jim did, even though he was not supposed to.

10. Dustin was bothered by his parents' divorce, even as an adult. He told me about how after their divorce, his mom remarried very quickly. Dustin thought he was his dad's little buddy, but just like that his dad was gone. The family moved right away and his lifestyle changed so quickly. Dustin remembered the day his dad moved out in detail. He thought his dad seemed shocked by the divorce. When Dustin's mom remarried Ron, Ron didn't get involved with her children. He wasn't a chatty guy. He didn't play ball with Dustin. He didn't do any sort of hands on parenting with Dustin or his siblings. On top of this, Ron's adoptive daughter Karman brought a lot of drama into the house.

11. When Dustin moved to Arizona, in early 1992, it was very abrupt. He just said he had to go

there to help Jeff. As I was told, Jeff and Dustin were doing gold reclamation on circuit boards from Jeff's company. Although I didn't find out until later that they were really making methamphetamine, my understanding about Jeff's involvement in the operation and Jeff's dominance over Dustin did not change.

12. When Dustin came back from Arizona, he seemed like a different person in a lot of ways. He was way more energetic, and would stay up all night sometimes for no reason. His schedule was very different for him. Prior to 1992, Dustin had a very controlled schedule. He went to bed at the same time and got up at the same time everyday– whether he had to or not. After he changed, he would be on the go for days at a time, and then he would crash out and do nothing but sleep for a day or two. He would lose track of days. He was had more energy and he was on the go. Even when he called, he was antsy and jittery. He was more interested in sex; and we had sex more frequently. At the time, I didn't know why his personality had changed so much, but I knew that he had gotten involved with Angie Johnson and that she was heavy into drugs. Even in the following years, he would come to my house crash and sleep all day. I think a lot of Dustin's personality changes were because of drugs.

13. My life was a big three ring circus for a few years once Angela Johnson knew about me. That woman is crazy. She doesn't act crazy, she is crazy. There is a difference. I had many encounters with her and none were ever good. I testified at Angela Johnson's trial about how she chased me in her car, banged on my car windows and screamed at me. I was headed to Dustin's mom's house that day and Dustin had called, warning his mother that Angie might have a gun on her. I also told the jury at Angela's trial how Angela came to my house, pounded on my door and screamed at me. Angela tried to break into my house. She grabbed a brick and was threatening to throw it through my window. When I called the Mason City police, the dispatcher could hear her

screaming in the background. Another time, someone broke into my garage, slashed all of my tires and scraped up my car. Angela is the only person I knew who would do that to me. Plus, some of the scratch marks appeared to be the letter "A." I testified at Angie's trial about how I was under the impression that Dustin was afraid of Angela Johnson.

14. Prior to Dustin's trial, his mitigation specialist Lisa Rickert met with me. I also met with Dustin's lawyers during Dustin's trial. I was subpoenaed to testify so I traveled down in order to do so. However, they did not have me testify. I would have been willing to tell Dustin's defense team all of the information above. I would have been willing to testify at Dustin's trial.

15. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Kathy (Rick) Scheuss

Date: 5/5/11