# 27

## DECLARATION OF JEFFREY HONKEN
## PURSUANT TO 28 U.S.C. § 1746

I, Jeffrey Honken, do hereby declare and affirm as follows:

1. My name is Jeff Honken. I am the oldest child of Marvea Smidt and James Honken. Dustin Honken is my younger brother. My mother gave birth to a second son, Matthew, who passed away shortly after his birth. Dustin is her third born. I am six years older than Dustin. We also have a younger sister named Alyssa.

2. Dustin has had heart trouble since he was young. He would complain about his heart fluttering and worry that he was about to pass out. He would need to lay down on the couch to try to slow down his heart when it was beating out-of-control.

3. Our age difference was significant when we were growing up. Dustin's childhood was a lot harder than mine. Our father was an alcoholic and our mother was unfaithful. When I was young, I spent time with my grandparents. Both sets lived within ten miles of us. They were important role models to me. My grandfathers took me fishing and took me on trips to visit my cousins out-of-state. As soon as I was old enough to drive, I drove myself to see them– they were my refuge. From what my mom has said, it seems things weren't good at home when she was growing up. However, compared to my household, and during my childhood, my grandparents were stable. Dustin never had the attention and relationship with our grandparents that I had.

4. When our parents were married, our father would be away working all week. When he came home on the weekends, he would be drinking from Friday night until Saturday night. He'd either sleep it off on Sundays or he would wake up and start drinking again. Then Sunday nights he got back in his car to spend another week away at his work site. My mother stayed home during the weekdays but she would go out at night. After I got home from school, she would feed us dinner and

then go into town. I was left to take care of my younger siblings. This started when I was around eight-years-old and Dustin was just two-years-old. After our sister Alyssa was born, it continued. It happened a lot. When I was ten-years-old, I was caring for a young child and an infant. I was responsible for changing Alyssa's diapers and putting both kids to bed. We were way too young to be left on our own, and I remember how scary it was.

5. There wasn't much for us to do while my mom was away. We were left to raise ourselves with an old black and white TV and not much else. We lived in an old creaking house and the sound of the wind at night scared me. I was too afraid to go to sleep at night. So I would wait up until all hours and watch for my mom. On the flat country road, I could see her coming a mile away. When I saw her headlights coming, I would jump into bed. I knew what my mom was doing when she went out. The guys she went out with would stop by the house to talk to her. They would pull their cars up into the drive. This continued until my parents divorced and my mom married Ron Smidt when I was fifteen. about I

6. My father, James Honken, was an alcoholic who didn't stop drinking until around ten years before his death. He would have a new fifth of vodka Friday night and it would be gone by Saturday night. Once, while drunk, he told me you can always tell an alcoholic because they drink vodka so co-workers and bosses can't smell the alcohol on them. I said, "Dad, you drink vodka." The connection stopped him in his tracks for a moment. It was as though his own use hadn't occurred to him.

7. My father's brother and my uncle David Honken was a hard worker. David and my father never got along. My dad always fought for their dad's attention and David always got their dad's attention. At one point, David was working as a butcher in a grocery shop making very little money while my father worked for The Boilermakers Union making good money. My dad was upset and

didn't understand why their father still liked David better than him. David ended up being a successful businessman, while our father ended up as a felon and an alcoholic.

8.     When my father drank, he gloated. He told stories about how great he was. Looking back, I know he wasn't great. He would say he was smarter than the insurance company because he was successful in committing fraud. He'd tell me and Dustin about arson he had done, the money he got for it, and how that resulted in him not needing to work for a period of time. He also believed that money was everything. If you had money, you were someone. If you didn't have money, you were a nobody. He carried on like he was the greatest because he was able to cheat and take advantage of people. My dad thought he was smarter than everyone and he was always looking for the easy way out. That was a deadly combination. He talked about acting violently. One of his favorite sayings was "capping them off" meaning kill people. Dustin believed what our dad told us in including that Dad killed people. Especially when Dustin was younger, he took our father at his word and thought our father was the coolest person in the world. But Dad was a terrible role model because he believed the best way to get ahead was by lying and cheating. He didn't teach us to work hard or to go to college. Worst of all for Dustin, our father was the only male role model Dustin ever had.

9.     Dustin was an outcast and fell through the cracks in our family. Alyssa, as the baby girl, got more attention from our mother. I had our grandparents, and there was never a question that I was our mom's favorite son. She would openly say it. She catered to me and gave me special treatment in a way she never did for Dustin. I was like the chosen child and Dustin was like the black sheep. Dustin only had our father. Because of this, Dustin was bombarded with our Dad's messages about how doing illegal things is the smart way to make money. He wasn't nurtured or guided or parented in the way a child needs. If you take what Alyssa and I went through, Dustin went through it a hundred times worse.

10. It was no secret that our father was involved in illegal activities. Where we all lived in Hutchins, he built a garage specifically for the purpose of storing stolen goods. He'd have equipment, welder tools, and large outboard boat motors. The Boilermakers Union did jobs for a variety of different companies and after my dad was on a job some of their tools and equipment disappeared into my dad's garage. Then, my dad would brag to people around town about how he had taken things. I think he got his sense of worth from bragging about his stealing. It would have been much better for Dustin if my dad hadn't needed to gloat because his gloating sent the wrong message to Dustin. My dad burned down property or had property burned to collect insurance money on it.

11. This happened multiple times to his garage in Hutchins, a house in Britt, and a few cars. At the time the garage in Hutchins burnt down, I had kittens who lived inside it. I remember telling him how glad I was that the kittens had escaped. He told me he took the kittens out before it burnt down. That's when I first learned that he was responsible for these fires. He didn't take my other belongings, or any of Dustin's belongings out of the garage. He didn't have any regard for our things. Once, he stole my coin collection. When he burned down his house in Britt, I was a young adult and staying there alone. All of my personal property burned up in that fire. He didn't apologize or give me any of the insurance money he received to replace it.

12. Nothing my siblings or I owned was safely ours. From pets to possessions, if our father wanted something we had or wanted to dispose of something we had, he would do what he wanted to do with it. If a cat or dog we had got even the slightest bit sick, he would give the animal what he called the twenty-five cent solution. The twenty-five cent solution was a bullet. He refused to call a vet and didn't like imperfect animals around. Dustin and I had three dogs as a child and each one got the twenty-five cent solution. One of the dogs was hit by a car but survived with just a limp in his back leg. He got the twenty-five cent solution. After awhile, Dustin and I learned to not have pets.

13. Our father would play the disability game to try to get money for free. He'd claim ailments so that he could get on disability payments and not have to work. Sometimes he succeeded. Other times he did not.

14. My dad took advantage of the way Dustin looked up to him. Dustin called me in Arizona before my dad committed the bank robbery in Britt. Dustin told me our dad was living in a cornfield and didn't have any money. I told Dustin I didn't care what our dad's problems were. Looking back, I wish I would have done something so that our dad wouldn't have taken advantage of Dustin that time. Our dad was upset that no one was helping him. Dustin felt like he was the only one who could help him but he was too young to know how to help him. So, our dad talked Dustin into copying the key from the Britt bank so that our dad could rob it.

15. Our father was verbally abusive and mentally abusive. He was mean verbally and *After my Parents Divorce* psychologically. For example, he would openly call Alyssa fat, right to her face. If we told him anything about school, he would tell us we were stupid for caring about school. He would do the opposite of what a good parent would do. If we had good grades– he made fun of us. Neither of our parents praised us when we did well or punished us when we did poorly. My mom ignored our accomplishments and problem areas. No one asked us about school. No one tucked us in at night.

16. Our father was not affectionate. He didn't do anything to parent us. His idea of parenting was to throw money at us if we had a problem. If we went to him for any kind of emotional support, he'd say, here's twenty dollars. Then he'd want something in return for the money. There were strings attached to everything. For example, when I was still a teenager, he gave me a hundred dollars for something. A short time after this, he decided that I owed him for it. He asked me to burn something down so he could collect insurance money. After awhile, I learned to not be indebted to him because it could only bring me problems.

17. Our father would promise us things and then not deliver on his promises. When I had just finished high school, he promised me that he would get me and my friend a job through The Boilermakers Union. He said he had all of these connections and friends looking out for us. He told us all we needed to do was to go to the headquarters in Kansas City and everything else was set. We bought new shoes and clothing and headed all the way down to Kansas City to find out that my father hadn't made any arrangements for us at all.

18. Our father would promise things he couldn't give or give us things and take them back over and over again. For a long time, he promised me that he would give me a car when I turned 16. He didn't. Years later, he ~~gave me a Pontiac Grand Am~~ loaned me a Mercury Marquis to drive. It wasn't long before he took it back. The next thing I knew, the car had caught fire and my father collected insurance money for it.

19. After the Boilermakers Union didn't work out, I decided to enroll in college in Iowa City. My father said he would pay for my courses and living expenses so I took off, with nothing but gas money for the three and a half hour drive to Iowa City. Had I been any older than an adolescent, I would have known my father couldn't be trusted. I got down there to find out my tuition hadn't been paid and I didn't have any money to live on. It really screwed me up. Luckily for me, I had a friend from high school in the area who let me sleep on her couch. A counselor at the school helped me to enroll in financial aid.

20. For a long time, my dad wanted to start up a counterfeit operation. Once I had my company in Arizona, I had some dark room equipment and knowledge about how to use it. I knew my dad would be interested in the equipment so I told him I could buy equipment for him at a sum of money far greater than its actual cost. I'm not proud of it, but it was my way of getting back at him for all of the problems he caused me when I was younger. My dad somehow came up with the exorbitant amount of money that I had said I needed to get him this equipment. So, I gave it to him. He started

the counterfeit process but as far as I know, he never made any convincing bills.

21. I stopped talking to my dad for years because I refused to talk to him when he was drunk. I was in Arizona and he was in Iowa. I could tell right away if we were on the phone that he was drunk by the way he would gloat. He was just stupid when he was drunk. His conversations would always roll around to something he was taking advantage of– insurance companies, unemployment, you name it. I got tired of hearing his bullshit.

22. Our mom married Ron very shortly after divorcing my dad. At that point, Ron became her only priority. She came right out and said it. It was unquestionably true from her actions. Ron came first. Everything centered around Ron and her kids were second class citizens, especially Dustin. She made dinner for Ron at the same time everyday. Then the two of them would go into the only room that was air conditioned, their bedroom, and be locked away for the rest of the night. We were left alone. Throughout my highschool years, there weren't any rules in the house. If any of us wanted to eat, we needed to be there at 6 o'clock. Everything else was a free for all. It wasn't as bad for me because I had friends who could drive and I got my license not long after my mom married Ron. But Dustin was just left to fend for himself every night at home. He lived in his own little world.

23. Ron's daughter Carmen lived with us all in Britt. She could be spiteful and mean, like she was angry all the time. Carmen and my mom would argue, sometimes to the point of being in screaming matches.

24. Ron was a quiet guy. He was not a father figure in any way. Our mom just waited on him hand-and-foot. He seemed happy to have a built in maid to take care of him. ~~All three~~ Both of us, ~~Alyssa~~, Dustin and I, worked in his shop at one point or another. He was around but he didn't interact with us much.

25. I first became involved in Dustin's legal proceedings in 1998 when I was interviewed by

federal law enforcement officers. I testified in 1998 and again in 2001 at a grand jury, and I also testified as a government witness at Dustin's trial and at Angela Johnson's trial.

26. Dustin came down to live in Arizona for two different periods – first, soon after he graduated high school from about 1986 to 1989 and second, from 1992 until soon before his arrest in 1993. Dustin and I had a falling out when he left the first time, but we reestablished contact before too long. When Dustin was going to NIACC in about 1991, he was selling marijuana that he got through contacts in Arizona. Marijuana was not a big deal in Arizona at that time, and it didn't seem to catch anyone's attention unless you had a truckload of it or something like that. Anyway, after Dustin was selling marijuana for a while, he came to Arizona and started trying to make methamphetamine.

27. In 1992, Dustin came down first, and Tim Cutkomp joined him soon. Dustin was trying to make methamphetamine and other chemical-based drugs to sell back in Iowa. I loaned him money to get started and along the way as he needed it, and I was well aware what he was using it for. I would give him cash to buy supplies, to pay rent, and for living expenses as well. Dustin also bought chemicals through an account at my company.

28. Dustin moved in with me and my wife at first. Later, he and Tim got an apartment, which I paid the rent for. But the operation had to be moved somewhere more remote because of the chemicals that were being used – many of them were toxic and smelled. So, through a real estate agent, we found a house south of Tucson and moved the operation there and, again, I paid the rent.

29. At the time, I was having a lot of personal problems. My business was failing, my marriage was falling apart, and I really needed a way to make money. The idea was for me to loan him money and to make a good profit on it after he sold the drugs. I kick myself about it now– if I could go back I would act differently. But back then I was too worried about myself and didn't think enough about what we were doing. I ignored the trouble Dustin was getting himself into and just pressured him to

give me the money he owed me.

30.     I never took orders from Dustin, and I was never managed or supervised by him during the meth operation. He did not recruit me to join the operation and he surely didn't control me. At the time of Dustin's trial, I do not recall anyone ever explaining to me that Dustin was being charged as a manager of a drug operation and that I was supposedly one of the people Dustin managed. That is completely ludicrous. Dustin never told me what to do. I am six years his senior and, at the time of the meth operation, I had been married, had run my own business, and had lived in Arizona for a long time where I knew a lot of people. There is just no way that Dustin came down to Arizona and managed me in the course of the meth operation. If the government's charge had been explained to me at trial, I would have testified so that the jury understood that. I considered my role in the meth operation was just as a financer. Basically, I was just an older brother who hoped to make a buck by providing the funds for the operation.

31.     When Melissa Friesenborg called me after Dustin's arrest, I remember her saying that there was some stuff at her place that she needed to get rid of. We were both pretty freaked out by what was happening. I knew that there was stuff stored at my storage shed that needed to be gotten rid of as well. I never considered my phone call with Melissa as conveying an instruction or request from Dustin that I dispose of the stuff in the storage shed. In fact, I don't even know if Melissa had heard directly from Dustin or from Tim or from someone else. We were all just scared and wanted to make sure we didn't get in trouble. That's why I got rid of the stuff in the storage shed – certainly not because Dustin ordered me to. In fact, afterwards, when Dustin found out I had thrown away the stuff in the storage shed, he got really upset with me.

32.     Dustin was not a drug kingpin. I don't think he ever made large quantities of drugs. He never had any real money. As I explained at trial, I was surprised that he even had a stereo and couch at Melissa's place, but that was really all he had to his name. He didn't have a car, a house, nice clothes,

and so forth, and he didn't live extravagantly at all.

33. I knew that Dustin used meth he was making, and I saw him snort it. I remember him telling me that it gave him a whole new sex life. I also recall that over the time Dustin was making meth, he became more and more secretive. It was like he was paranoid for no reason at all. When we were young, and because of our father's alcoholism, Dustin was very opposed to substance abuse. He was teased because he never drank. The fact that he started using meth was a really big change for him.

34. I've never known Dustin to hurt anyone or to be violent. I can't believe he could be responsible for killing anyone, especially those kids. It's completely out of his character. On the other hand, Terry DeGeus has always been a mean and violent person. He was mean from the word go. He'd beat you up for looking at him wrong. I went to high school with Terry and even then he was involved with people who did drugs. It was never a quiet thing– everyone knew. He was the kind of kid others would cross the hall to avoid. And he had access to a backhoe from his dad's company. If those bodies were buried more than a foot deep, Terry or Tim must have dug that hole. Dustin couldn't run a backhoe. I told the FBI they should look into DeGeus for those murders. I don't know if they ever did.

35. Prior to Dustin's trial, I spoke with a woman who said she was working on the penalty phase of Dustin's trial. I also spoke to a male investigator on the phone. I never had a conversation with any of Dustin's lawyers, even though I visited their office. Dustin's lawyer's colleague represented me in custody proceedings for Dustin's daughter Marvea. I do not recall them ever explaining to me that there might be a concern with the same law firm representing both me and Dustin.

36. Had Dustin's lawyers or anyone else asked me ~~at of~~ *or* before trial, I would have told them all of the information stated above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Jeff Honken_

Date:    5-18-11