# 28

L93-2360    bd                              **LABORATORY CASE NO.**           Official Report Of:

Please use the Laboratory case number in all inquiries    Iowa Department of Public Safety
                                                          DCI Criminalistics Laboratory
__April 28, 1993_____Date                              Wallace Building
                                                          Des Moines, Iowa 50319
        691 Code of Iowa    State Criminalistics Laboratory    (515) 281-3666

Section 691.2 Presumption of Qualification - acceptance in evidence. It shall be presumed that any employee or technician of the criminalistics laboratory is qualified or possesses the required expertise to accomplish any analysis, comparison, or identification done by him in the course of his employment in the criminalistics laboratory. Any report, or copy thereof, or the findings of the criminalistics laboratory shall be received in evidence in any court, preliminary or administrative hearing, criminal proceeding, forfeiture proceeding, and grand jury proceeding in the same manner and with the same force and effect as if the employee or technician of the criminalistics laboratory who accomplished the requested analysis, comparison, or identification had testified in person. An accused person or his attorney may request that such employee or technician testify in person, by notifying the proper county attorney at least ten days before the date of such criminal trial.

All evidence mentioned in this report has been handled in conformity with the rules of the DCI Laboratory as cited in the Iowa Administrative Code, while in the laboratory.

Case Name___GREG NICHOLSON (S):_____

_____CONTROLLED SUBSTANCE INVESTIGATION_____

| Laboratory Designation of Exhibits | Report of Laboratory Analyst __Debra J. Davis, Criminalist__ *Debra J. Davis* |
|---|---|
| A1,E1, E2,E3, E4 | The white powders in Exhibits A1 and E1 and the residues in Exhibits E2, E3 and E4 were found to contain methamphetamine, a Schedule II controlled substance. |
| A2,F | No controlled substances were found in the white powders in Exhibits A2 and F. |
| B,C | Plant material recovered from Exhibits B and C was identified as marijuana, a Schedule I controlled substance. |
| D | The residue in Exhibit D was found to contain cocaine, a Schedule II controlled substance. |

| EXHIBIT | NET WEIGHT | % METHAMPHETAMINE (calculated as the hydrochloride salt) |
|---|---|---|
| A1 | 6.52 grams | N/A |
| A2 | 0.43 grams | N/A |
| B | 97.7 grams | N/A |
| C | 3.2 grams | N/A |
| E1 | 148.34 grams | 97% |
| F | 344.81 grams | N/A |

The submitted evidence will remain in laboratory custody until picked up by your agency.

GOVERNMENT
EXHIBIT
25
CR01-3047

Cerro Gordo                              Reviewed By:

L93-2360    bd    **LABORATORY CASE NO.**

Please use the Laboratory case number in all inquiries

Page 2 of 2

Official Report Of:
Iowa Department of Public Safety
DCI Criminalistics Laboratory
Wallace Building
Des Moines, Iowa 50319
(515) 281-3666

## DESCRIPTION OF EXHIBITS

Received from ___Kleinow/in person___ , Agency Case No ___93-4170 F 33593___

___Mason City Police Department___    ___March 25, 1993___    ___1:14 P.M.___

Agency    Date    Time

| Laboratory Designation | Quantity | All evidence mentioned in this report has been handled in conformity with the rules of the DCI Laboratory as cited in the Iowa Administrative Code, while in the laboratory. | Agency Designation |
|---|---|---|---|
| A | 1 | Package with white residue. | 7 |
| B | 1 | Plastic bag with green leafy substance. | 8 |
| C | 2 | Plastic bags with seeds. | 11 |
| D | 1 | Brown bottle with white residue. | 11 |
| E | 4 | Brown bottles, one with a large quantity of white substance. | 13A,B,C,D |
| F | 1 | Clear plastic bottle labeled Super Inositol. | 14 |

Received By:
Terry L. Rowe, Criminalist

Cerro Gordo