**40**

Juror No. **916**

## BACKGROUND INFORMATION

1. Are you able to read and understand the English language?

   Yes _✓_ With difficulty _____ No _____

2. Are you able to write and understand the English language?

   Yes _✓_ With difficulty _____ No _____

3. Age: _62 +11 mo_

4. State and City of Birth: _Christi Ash, Ia_

5. Sex: M _____ F _✓_

6. Race: _W_

7. City of Residence: _Anawa, Ia_

8. County: _Monona_

9. Number of years at current residence: _35 yrs_

10. Do you currently _____ own, _✓_, rent, _____ or live with homeowners?

11. Who else lives with you?

| RELATIONSHIP TO YOU (son, sister, etc.) | AGE | OCCUPATION | EDUCATION |
|---|---|---|---|
| ▓▓▓▓▓ (husband) | 70 | Retired | — H. School |
| ▓▓▓▓▓ (cc. daughter) | 16 ¾ | School | 11 ¾ gr. |
| | | | |
| | | | |
| | | | |

4

12. Name previous cities or towns where you lived for a substantial period of time?

_____

_____

13. How much education do you have?

Grade school or less_____
Some high school ____ _____ _____
High school graduate_____
Technical or business school_____
Some college_____
Graduated from college with a degree in_____
Major areas of study in college included_____
Post graduate degree_____
Field of study_____

14. Are you currently a student, or are you planning to be a student in the near future?

(1) _____ Yes, currently a student
(2) _____ Yes, planning to be a student
(3) __✓__ No

## PHYSICAL CONDITION

15. How would you describe your health?
(1) _____ Excellent
(2) __✓__ Fair
(3) _____ Average
(4) _____ Poor

16. Do you have any hearing difficulties? Yes _____ No __✓__
Please explain _____

_____

17. Do you have any trouble seeing? Yes _____ No __✓__
Please explain _____

_____

18. Do you have physical or medical problems which would make jury duty difficult for you? Yes _____ No __✓__
If yes, please explain: _____

_____

5

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 3 of 28

19. Are you taking any medications regularly? Yes _____ No ✓

    a. If so, do any of these medications affect your memory, concentration or ability to see and listen? Yes _____ No ✓

    If yes, please explain: _____

## EMPLOYMENT

20. a. What is your current employment status:

    (1) _____ Employed full time     (5) _____ Looking for work
    (2) _____ Employed part time     (6) ✓ Retired - when: _____
    (3) _____ Homemaker     (7) _____ Disabled
    (4) _____ Full-time student     (8) _____ Other, please specify: _____

    b. What is your occupation? Or what was it if retired, unemployed, or disabled?
    _retired 15 years_____

21. Without disclosing the name of your employer, please describe nature of your employment (e.g., manufacturer, retail, trucking, doctor's office, etc.):
    _Retail_____

    a. Length of employment: _15 years , 7 yrs_
    b. Present job description: _____
    c. Please describe the major job responsibilities you have at work.
    _____

22. List all prior jobs you have had below:

| JOB | NATURE OF BUSINESS | HOW LONG |
|---|---|---|
| Doug Store | Sales help | 7 y |
| Simpson R/c Sales | office Help | 11 y |
| | | |

23. a. Do you have any supervisory responsibilities at work?

    Yes _____ No _____

    If yes, how many people are under your supervision? _____

6

b. Do you have responsibility for:

| | | | |
|---|---|---|---|
| (1) Hiring? | _____ Yes | _____ No |
| (2) Firing | _____ Yes | _____ No |
| (3) Giving reviews | _____ Yes | _____ No |
| (4) Taking or enforcing disciplinary action? | _____ Yes | _____ No |

24. Are you: Married _✓_ Single _____ Living with significant other _____

   Separated _____ Divorced _____ Widowed _____

25. Spouse or significant other:

   Race: _____ W _____

   Occupation: _Retired Postal Worker_

   Prior occupations: _none_

   Highest level of education: _12 th grade_

26. If you have children, please list their age, sex and occupation:

| AGE | SEX | OCCUPATION |
|---|---|---|
| 44 | M | Conc~r~t temp~le~ Worker |
| 42 | M | mfg |
| | | |

## ASSOCIATIONS

27. Do you have a religious affiliation? Yes _____ No _✓_

   If yes, please describe any positions you have held in your church, synagogue, mosque, temple, etc.:

   _____

   _____

7

28. a. What social, religious, political or interests groups do you belong to?

_____

_____

_____

b. Have you ever held any office or positions of leadership in these groups?

_____ Yes

___✓___ No

IF YES: Please describe the positions you hold/held:

_____

_____

29. Have you, or has anyone close to you, ever worked for or been associated with:

| | YES, SELF | YES, SOMEONE CLOSE | YES, BOTH | NO |
|---|---|---|---|---|
| (a) A law firm | | | | ✓ |
| (b) The Public Defender's Office | | | | ✓ |
| (c) The Federal Defender's Office | | | | ✓ |
| (d) Legal Aid Office | | | | ✓ |
| (e) A District Attorney's Office | | | | ✓ |
| (f) A Prosecutor's Office | | | | ✓ |
| (g) A United States Attorney's Office | | | | ✓ |

a. If yes to any of the above, please identify that person: _____

b. If yes, what is the name and location of the office (city and state)?

_____

c. Dates of service: _____

d. Duties: _____

e. Current status: _____

f. Relationship to you: _____

8

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 6 of 28

30. Have you, or has anyone close to you, ever been employed by:

| | YES, SELF | YES, SOMEONE CLOSE | YES, BOTH | NO |
|---|---|---|---|---|
| (a) Police | | | | ✓ |
| (b) Highway Patrol | | | | ✓ |
| (c) Sheriff's Office | | | | ✓ |
| (d) Military Police | | | | ✓ |
| (e) Correctional Officers | | | | ✓ |
| (f) Probation | | | | ✓ |
| (g) Parole Officers | | | | ✓ |
| (h) Juvenile Officers | | | | ✓ |
| (i) Security Guards | | | | ✓ |

a. If yes to any of the above, please identify that person:

b. If yes, what is the name and location of the office (city and state)? _____

c. Dates of service: _____

d. Duties: _____

e. Current status: _____

f. Relationship to you: _____

31. Have you, or has anyone close to you, ever worked:

| | YES, SELF | YES, SOMEONE CLOSE | YES, BOTH | NO |
|---|---|---|---|---|
| (a) As a lawyer | | | | ✓ |
| (b) In a law office | | | | ✓ |
| (c) In a court system | | | | ✓ |
| (d) In a government agency | | | | ✓ |

9

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 7 of 28

a.  If yes to any of the above, please identify that person:

_____

b.  If yes, what is the name and location of the office (city and state)?

_____

c.  Dates of service: _____

d.  Duties: _____

e.  Current status: _____

f.  Relationship to you: _____

32.  Have you, or has anyone close to you, ever worked as, with or for:

|  | YES, SELF | YES, SOMEONE CLOSE | YES, BOTH | NO |
|---|---|---|---|---|
| (a) A psychiatrist |  |  |  | ✓ |
| (b) A psychologist |  |  |  | ✓ |
| (c) A therapist |  |  |  | ✓ |
| (d) A counselor |  |  |  | ✓ |
| (e) A mental health professional |  |  |  | ✓ |
| (f) A substance abuse program |  |  |  | ✓ |
| (g) A mental health facility |  |  |  | ✓ |
| (h) A social services organization |  |  |  | ✓ |
| (i) A church, synagogue, mosque or other religious organization |  |  |  | ✓ |

a.  If yes to any of the above, please identify that person:

_____

b.  If yes, what is the name and location of the office (city and state)?

_____

c.  Dates of service: _____

d.  Duties: _____

e.  Current status: _____

10

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 8 of 28

f.  Relationship to you: _____

33. a.  Have you, any family members or any close friends ever undergone counseling treatment or hospitalization for psychiatric, emotional, family, behavioral or substance abuse problems?  Yes _✓_ No _____

If yes, please give details: _____

_____

_____

b.  Was the treatment successful:
(1) _✓_ Yes
(2) _____ No
(3) _✓_ Do not know

c.  What impact did the problems have on the person and their family?

_____

_____

d.  Do you blame anyone for the problem?
(1) _____ Yes
(2) _✓_ No

If yes: Why do you blame and why?

34. What are your hobbies and leisure activities?

_____ genealogy _____

_____

35. Have you, or has anyone close to you ever served in the military?

a.  (1) _____ Yes, self
(2) _____ Yes, someone close
(3) _____ Yes, both
(4) _✓_ No

b.  If yes, please describe who (their relationship to you), branch of service, dates of service, assignments, highest rank attained, and nature of discharge:

_____

_____

11

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 9 of 28

36. What newspapers and magazines do you read regularly?

_S.C. journal_

37. Indicate whether you agree or disagree with the following statements:

   a. Ethnic Minorities are getting too demanding in pushing for equal rights.
      (1) _____ Agree
      (2) _✓_ Disagree

   b. Over the past years, the government and news media have shown more respect to Ethnic Minorities than they deserve.
      (1) _____ Agree
      (2) _✓_ Disagree

   c. It is easy to understand the anger of Ethnic Minorities in America.
      (1) _____ Agree
      (2) _____ Disagree

   d. I feel that Ethnic Minorities have all the support they need now.
      (1) _____ Agree
      (2) _____ Disagree

   e. The streets are not safe these days without police around.
      (1) _____ Agree
      (2) _____ Disagree

   f. Over the past years Ethnic Minorities have gotten more economically than they deserve.
      (1) _____ Agree
      (2) _____ Disagree

   g. Ethnic Minorities have more influence on school desegregation plans than they ought to have.
      (1) _____ Agree
      (2) _____ Disagree

   If yes, explain: _I don't have an opinion on these questions._

38. a. Do you belong to any organization that advocates the liberalization or strengthening of criminal laws relating to narcotics or the possession of firearms?

      Yes _____ No _✓_

12

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 10 of 28

If the answer is yes, what is the name of the organization? _____

_____

b.      Have you, or has someone close to you, ever been active in or contributed money to any victims rights groups, victims support groups, or other groups advocating increased law and order or crime control?

(1) _____ Yes, self
(2) _____ Yes, someone close
(3) ___✓___ No

IF YES, Please explain: _____

## CONTACT WITH JUDICIAL SYSTEM

39.     Have you ever had prior jury trial service?

Yes ___✓___ No _____

If yes, please answer the following questions a-k.

Dates of Service? _____ *about 1975* _____

a.     Dates of Service? _____

b.     Where? *Monana County* _____

b.     Which type of jury service was it?
Criminal _____ Civil ____✓____ Both _____

c.     If criminal, type of case(s): _____

d.     Did you reach a verdict? Yes ___✓___ No _____

If yes, what was it? *Law suit against a Contractor*

If no, were you part of the majority or the minority in the group? _____

e.     Did you set the punishment? Yes _____ No ___✓___

f.     Were you ever the jury foreperson? Yes _____ No ___✓___

g.     Have you ever been a grand juror? Yes _____ No ___✓___

h.     Have you ever served on a special or general court martial?

13

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 11 of 28

Yes _____ No _✓___

i. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case? Yes _____ No _✓___

If yes, please explain: _____

_____

_____

j. Has your previous experience as a juror left you with positive, negative or neutral thoughts or feelings about the criminal justice system?

(1) _____ Positive
(2) _✓_ Neutral
(3) _____ Negative

Please explain: _____

40. Have your spouse or significant other ever been a grand juror?

Spouse: Yes _____ No _✓___

Significant other: Yes _____ No _✓___

41. Has your spouse or your significant other ever served on a special or general court martial?

Spouse: Yes _____ No _✓___

Significant other: Yes _____ No _✓___

42. Have you or has anyone close to you filed a lawsuit, grievance or administrative complaint (including workers compensation, social security disability claim or an EEO complaint)?

(1) _____ Yes, self
(2) _____ Yes, someone close
(3) _____ Yes, both
(4) _✓_ No

Please describe the nature of the proceeding: _____

_____

_____

14

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 12 of 28

Were you/ they satisfied with the outcome?
(1) _____ Yes (2) _____No (3) _____ I do not know

Why/why not? _____

_____

43. Have you, or has anyone close to you, been a party to a lawsuit, grievance or administrative complaint?

(1) _____ Yes, plaintiff (the one bringing the suit)
(2) _____ Yes, defendant (the one being sued)
(3) _____ Yes, both
(4) ✓ No

Who was a party to a lawsuit? _____

Please describe the nature of the proceeding(s): _____

_____

_____

Were you/they satisfied with the outcome?

(1) _____ Yes (2) _____ No (3) _____ I do not know

44. a. Have you, a family member or relative, or a close friend ever been involved in a criminal case as a:

Defendant _____ Yes _____ No

Victim _____ Yes _____ No

Witness _____ Yes _____ No

Complainant _____ yes _____ No

If yes, please describe your/their experience: _____

_____

b. Were you/they satisfied with the outcome?

Yes _____ No _____

Please explain: _____

_____

15

45. a. Have you, or has anyone close to you, ever been arrested for or charged with an offense other than a simple traffic violation? (Driving under the influence and driving while intoxicated or similar offenses must be included).

(1) _____ Yes, self
(2) _____ yes, someone close
(3) _____ Yes, both
(4) __✓__ No

If yes, please describe your/their experience:_____

b. Have you, or has anyone close to you, ever been charged with or investigated for a crime which did not result in a conviction?

(1) _____ Yes,
(2) __✓__ No

If yes, what was the nature of the crime/person involved: _____

_____

What was the outcome? _____

46. Have you ever pleaded guilty or been convicted of a crime other than a simple traffic violation?

Yes _____ No __✓__

a. If yes, what was the crime? _____

b. Was it a felony or a misdemeanor? _____

c. What punishment did you receive (including probation)? _____

_____

d. If a felony, have your civil rights been restored? Yes _____ No _____

47. Are there any criminal charges pending against you now?

Yes _____ No __✓__

If yes, please explain: _____

_____

_____

16

48. Do you know personally, or have you ever known personally, anyone who has been convicted or pleaded guilty to a crime?

Yes _____ No ✓

If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation: _____

_____

49. a. Have you, or has anyone close to you, ever been the victim of a crime?

(1) _____ Yes, self
(2) _____ Yes, someone close
(3) _____ Yes, both
(4) ✓ No

If yes, please explain: _____

_____

_____

b. Did the authorities pursue the crime? (1) _____ Yes (2) _____ No

Were you/they satisfied with any investigation process?
(1) _____ Yes (2) _____ No (3) _____ I do not know

Were you/they satisfied with any courtroom process?

_____

_____

Please explain your satisfaction or dissatisfaction:

_____

_____

c. Did you/they suffer any lasting psychological, emotional, physical or material damage?
CHECK ALL THAT APPLY
(1) _____ Yes, psychological damage
(2) _____ Yes, emotional damage
(3) _____ Yes, physical damage
(4) _____ Yes, material damage
(5) _____ None of the above

Please explain your satisfaction or dissatisfaction?

_____

_____

17

d. Is that damage still an issue today?

(1) _____ Yes (2) _____ No (3) _____ I do not know
Please explain: _____

e. Are you grateful to the police or investigating body because of what happened? (1) _____ Yes (2) _____ No

Please explain: _____

_____

50. Do you believe that you, or any friend or relative, has ever been treated unfairly or been the victim of misconduct by the local, state or federal law enforcement authorities? Yes _____ No ⌐✓

If yes, please explain: _____

_____

## TRIAL PROCESS

51. If you are chosen to serve as a juror in this matter, the court will instruct you that the defendant is presumed to be innocent and the presumption of innocence can be overcome only if the government proves, beyond a reasonable doubt, each essential element of the crimes charged. There is no burden on the defendant to prove that he is innocent. Do you agree or disagree with thus rule of law?

(1) _____ Strongly agree
(2) ✓ Agree
(3) _____ Disagree
(4) _____ Strongly disagree

52. Can you follow the law that tells you to presume that the defendant is innocent until proven guilty?

(1) _____ Yes, definitely
(2) ✓ Yes, probably
(3) _____ No, probably not
(4) _____ No, definitely not

18

53. Which of the following comes closest to your opinion on the use of informants in investigating criminal activity or the use of testimony from persons who are testifying as part of a plea agreement reached with the government?

(1) _____ The information that Informants give us is always reliable
(2) _____ The information that Informants give us is usually reliable
(3) __✓__ The information that Informants give us is sometimes reliable
(4) _____ The information that Informants give us is rarely reliable

54. a. Would you give more, equal or less weight to testimony from a law enforcement officer than you would to any other witness?

(1) _____ I would give more weight to testimony from a law enforcement officer
(2) __✓__ I would give a law enforcement officer's testimony equal weight to that I would afford any other witness
(3) _____ I would give less weight to testimony from a law enforcement officer

b. In criminal trials, do you think the government's legal burden of proving its case beyond a reasonable doubt is:

(1) _____ Too high a burden
(2) _____ The correct burden
(3) __✓__ Too low a burden

c. Please indicate whether you agree or disagree with the following statements:

|  |  | YES | NO |
|---|---|---|---|
| (1) | Defendants in criminal trial should be required to prove their innocence. | (1) _____ | (2) __✓__ |
| (2) | The city needs to hire more police officers. | (1) _____ | (2) __✓__ |
| (3) | The law is soft on criminals, and the rest of society pays for it. | (1) _____ | (2) __✓__ |

## FIREARMS

55. This case involves allegations of the use of firearms. Does that fact cause you to question whether you can sit as a fair and impartial juror?

Yes _____ No __✓__

If yes, please explain: _____

19

56. Do you have any opinions about the firearms laws, or those law enforcement officers who enforce those laws, that would make it difficult or impossible for you to decide this case fairly and impartially on the evidence presented and the law as stated by the judge?

Yes _____ No ✓

If yes, please explain: _____

_____

57. Do you own, or have you ever owned, any type of gun or other firearm?

(1) _____ yes, in the past  (2) _____ yes, currently   (3) ✓ No

If yes: What type(s)? _____

Is the gun (are the guns) used for (CIRCLE APPROPRIATE RESPONSE):

Sports      Hobby      Protection

58. a.   Have you ever used or handled a firearm?

Yes ✓ No _____

If yes, please explain: _target_ _practice_ _once_

b.   Do you have strong opinions about any of the following?

|     |                      | YES        | NO         |
|-----|----------------------|------------|------------|
| (1) | Ethics of lawyers    | (1) _____  | (2) ✓      |
| (2) | Defendants           | (1) _____  | (2) ✓      |
| (3) | The court system     | (1) _____  | (2) ✓      |
| (4) | Crimes involving guns| (1) _____  | (2) ✓      |
| (5) | Prosecutors          | (1) _____  | (2) ✓      |
| (6) | Defense attorneys    | (1) _____  | (2) ✓      |

IF YES TO ANY OF THE ABOVE: Please explain those opinions: _____

_____

c.   Have you ever known someone who was injured or killed with a gun/firearm?

(1) _____ Yes, injured
(2) _____ Yes, killed
(3) _____ Yes, both
(4) ✓ No

20

Case 3:10-cv-03074-LTS-KEM     Document 19-40     Filed 06/06/11     Page 18 of 28

IF YES: How would this make you feel about a person accused of being involved with an incident in which people were killed with a gun?

(1) _____ Positive
(2) __✓__ Neutral
(3) _____ Negative

## CONTROLLED SUBSTANCES

59. The defendant is charged with drug offenses. **The defendant has pled "not guilty" to these charges.** Do you have any preconceived opinions about controlled substances or drug laws that would make you unable to decide this case based on the evidence presented and the law as stated by the judge?

Yes _____ No __✓__

If yes, please explain: _____

60. Do you believe that the possession or sale of drugs should be lawful, and that it should not be a crime to possess or sell drugs?

Yes _____ No __✓__

61. Do you have such negative feelings about drugs that you would be unable to evaluate the evidence fairly as to the defendant?

Yes _____ No __✓__

If yes, please explain: _____

62. Has any member of your family, or a close personal friend, used any drugs, been addicted to drugs, or been placed in a drug treatment program?

Yes __✓__ No _____

If yes, please explain: _my son - 20 years ago_

a. Was the treatment successful?

(1) __✓__ Yes
(2) _____ No

21

(3) _____ Do not know

b. What impact did the problems have on the person and their family? ____

_____Don't Know_____

c. Do you blame anyone for the problem?

(1) _____ Yes
(2) __✓__ No

If yes: Whom do you blame and why?

d. Do you believe your personal experience regarding drugs affects your ability to be a fair and impartial juror in this case? If so, please explain:

_____

_____

## CRIME

63. The defendant is charged with the crimes of violence. **Defendant has pled "not guilty" to these charges.** Does the fact that the charges allege crimes of violence affect your ability to decide this case fairly and impartially on the evidence presented and the law as stated by the judge?

Yes _____ No __✓__

If yes, please explain: _____

_____

64. a. The evidence in this case might include testimony and photographs that describe and depict injuries and damage caused by violent crime. Does the possibility of exposure to that type of evidence affect your ability to decide this case fairly and impartially on the evidence presented and the law as stated by the judge?

Yes _____ No __✓__

If yes, please explain: _____

_____

22

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 20 of 28

b. How serious a problem is crime for residents in your area?

(1) _____ Very serious
(2) _____ Somewhat serious
(3) __✓__ Not very serious

c. How serious a problem are drug crimes for residents in your area?

(1) _____ Very serious
(2) _____ Somewhat serious
(3) __✓__ Not very serious

d. How serious a problem is violent crime for residents in your area?

(1) _____ Very serious
(2) _____ Somewhat serious
(3) __✓__ Not very serious

e. Are there any particular types of crimes that are especially upsetting to you or that you worry about?

(1) _____ Yes
(2) __✓__ No

IF YES: Please explain:_____

f. Have you seen or heard anything about this case from the news media or from any other sources, including family or friends?   *No*

(1) IF YES: Please describe the information, how you obtained it and how it may have affected you: _____

_____

(2) How does this information affect the views you have of this case?
_____

_____

g. How closely do you follow news of current events?

(1) _____ Almost never
(2) _____ Occasionally
(3) __✓__ Once a day
(4) _____ Several time a day

h. In reference to this case, would you say you:

23

(1) _____ Followed the case closely/know a lot
(2) _____ Followed the case occasionally/know something about it
(3) _____ Know just a little
(4) __✓__ Have no knowledge at all about the case

## KNOWLEDGE OF PARTICIPANTS OR CASE

65.    The Judge in this case is Mark W. Bennett, Chief Judge of the Northern District of Iowa. Do you know or have you heard of him?

Yes _____ No __✓__

If yes, how do you know him and what have you heard about him?

_____

_____

66.    The attorneys for defendant Dustin Honken are Alfredo Parrish from Des Moines, Iowa, Leon Spies from Iowa City, Iowa, and Charles Rogers from Kansas City, Missouri. Do you know or have you heard of any of these attorneys?

Yes _____ No __✓__

If yes, how do you know them or what have you heard about them?

_____

_____

67.    The prosecutors in this case are C.J. Williams, an Assistant United States Attorney from Cedar Rapids, Iowa, and Tom Henry Miller from Des Moines, Iowa, a Special Assistant United States Attorney and an Assistant Iowa Attorney General (in the office of Thomas J. Miller, the Attorney General of the State of Iowa and no relation to Thomas Henry Miller). Do you know or have you heard of either of these attorneys?

Yes _____ No __✓__

If yes, how do you know them or what have you heard about them?

_____

_____

68.    Do you know or do you think you might know the defendant in this case, Dustin Lee Honken, or any of defendant's family?

24

Yes _____ No __✓__

If yes, in what capacity? _____

_____

69. This trial may take as long as eight (12) weeks to complete. Do you have any problem or pending matter which would prevent you from sitting as a juror for that length of time? Yes _____ No __✓__ *But*

If yes, please explain: *that is a long time and a lot of miles to travel.*

70. The charges in this case include the killing of witnesses, solicitation of murder, conspiracy to murder witnesses, committing murders while engaged in a drug conspiracy, and committing murders while engaged in and in furtherance of a continuing criminal enterprise. These charges arise out of a series of incidences which occurred from 1993, through about 2000, and involved the alleged murders of five people (including two children) in or near Mason City, Iowa, and elsewhere, in 1993. **The defendant has pled "not guilty" to these charges.**

a. Have you seen or heard anything about the alleged offense from the news media or from any other sources, including family or friends?

Yes _____ No __✓__

(1) If yes, please describe the information how and where you obtained it:

_____

(2) How does this information affect the views you have of this case?

_____

_____

b. Do you have any personal knowledge of the facts or charges in this case?

Yes _____ No __✓__

(1) If yes, please explain: _____

c. Would the information that you heard, received, or read from any source affect your ability to be fair and impartial in this case?

Yes _____ No __✓__

(1) If yes, please describe how: _____

25

71. The victims in this case were Gregory Nicholson, Lori Duncan, Kandi Duncan, Amber Duncan and Terry DeGeus. Were you or anyone you know acquainted with any of the victims or the victims' families?

Yes _____ No _____

If yes, which victim and in what capacity? _____

## PENALTY QUESTIONS

This section of the questionnaire contains questions regarding your thoughts and opinions about the death penalty. The law requires that, in any case where there is a possibility that the death penalty could be considered, the prospective jurors be asked these questions before the jury selection process begins. This is because, if the jury convicts a defendant of crimes for which the death penalty can be considered, then the same jury must determine the appropriate punishment, which can be only a sentence of death or a sentence of life imprisonment without the possibility of release or parole. In this case, Dustin Lee Honken is charged with crimes which are punishable by either the death penalty or life imprisonment.

In all cases where the government gives notice that it intends to seek the death penalty if there are convictions for certain crimes, the law provides for a two-part proceeding. The first part is what people normally consider as the trial, during which the jury hears evidence and decides if any of the defendants are guilty of any of the crimes charged. If the defendants are found not guilty of the crimes for which the death penalty may be considered, then the proceedings end so far as concerns the jury. However, if a defendant is found guilty of one or more of the crimes for which the death penalty is a possible punishment, then there will be a second proceeding, sometimes referred as the "penalty phase", for that defendant. At that proceeding, the government presents what it contends to be aggravating factors that weigh in favor of sentencing the defendant to death, and the defense presents what it contends to be mitigating factors that weigh in favor of sentencing the defendant to life imprisonment without the possibility of release or parole. The jury then weighs all of these factors together with the judge's instructions on the law in order to determine the sentence.

The fact that these questions are being asked at this time does not in any way suggest that Mr. Honken is guilty of any of the charges alleged against him. However, the questions must be asked now because there will be no opportunity to ask them later in the event that it becomes necessary for the jury to consider the penalty. Your answers to these questions will assist the judge and the lawyers for the government and Mr. Honken

26

to select jurors who can follow the procedures required by the law and who will be fair to both sides in making the important decisions in this case. Because the issue of the death penalty is one in which there are a variety of personal and philosophical opinions and differences, it is vital that you be candid and straightforward in your responses to the questions that follow. (Where answers call for a **"Yes __ No ___ "** response, place a checkmark to the right of the appropriate response.)

72. Regarding the death penalty, which of the following ten statements most accurately represents your beliefs? Please read all ten statements, take some time to reflect, and then circle the appropriate statement(s):

   a. I am personally, morally, religiously or otherwise opposed to the death penalty, and will never vote to impose it under any circumstances.

   b. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it,

   c. I am philosophically, morally, or religiously opposed to the death penalty. Nonetheless, I believe that I can vote to impose the death penalty if it is called for by the facts and the law in the case.

   d. I am generally opposed to the death penalty. Nonetheless, I believe I can vote to impose the death penalty if it is called for by the facts and the law in the case.

   e. In a case in which the defendant is convicted and in which the death penalty is requested, I can vote to impose the death penalty, or a sentence other than death, which ever is appropriate based on the facts and the law in the case.

   f. I am generally in favor of the death penalty. Nonetheless, I believe I can vote to impose a sentence other than death if it is called for by the facts and the law in the case.

   g. I am philosophically, morally, or religiously in favor of the death penalty. Nonetheless, I believe that I can vote to impose a sentence other than death if it is called for by the facts and the law in the case.

   h. I am strongly in favor of the death penalty and I will have a difficult time voting against it.

   i. In a case in which the defendant is convicted and in which the death penalty is requested, I will always vote to impose the death penalty.

27

j.    None of the above.

73.    Please describe your feelings about the death penalty in your own words. How strong are they and how long have you had them?

*I Have Never Felt the death Penalty was Right. I Would Try to qut past this*

74.    Please read the following two statements carefully, take time to reflect and indicate whether each statement applies to you.

I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the first (not guilty versus guilty) phase of the trial. (YOU MUST CHECK ONE OF THE TWO OPTIONS BELOW)

(1) _____ Yes, this applies to me
(2) _____ No, this does not apply to me

I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the first (not guilty versus guilty) phase of the trial. (YOU MUST CHECK ONE OF THE TWO OPTIONS BELOW)

(1) _____ yes, this applies to me
(2) __✓__ No, this does not apply to me

## PART IV - FINAL PORTION

75.    So far as you know at this time, is there anything that would affect your ability to be a fair and impartial juror for the trial of this case?

Yes _____ No __✓__

If yes, please explain:_____

76.    a.    Is there anything about your opinion of the judicial system that might affect your ability to be a fair and impartial juror?

        Yes _____ No __✓__

28

Case 3:10-cv-03074-LTS-KEM   Document 19-40   Filed 06/06/11   Page 26 of 28

If yes, please explain: _____

_____
_____
_____
_____

b.   Will you have any problems setting aside any personal opinions and deciding this case based on the evidence presented in court, and on the instructions of law that the court gives you?

(1) _____ Yes
(2) __✓__ No `

If yes, Please explain:_____

77.   Is there anything about your background, life experience, political, social, religious, moral or personal views that could affect your ability to be fair and impartial in this case?  If yes, please explain:

   *No*  _____

_____

78.   Is there anything else that you wish to bring to the attention of the court or the attorneys in this case:

Yes _____ No _____

If yes, please explain: _____

_____
_____
_____
_____

29

Case 3:10-cv-03074-LTS-KEM   Document 19-40   Filed 06/06/11   Page 27 of 28

**Use this page if you need additional space to answer any of the questions above**

30

Case 3:10-cv-03074-LTS-KEM    Document 19-40    Filed 06/06/11    Page 28 of 28