**43**

| Subj: | **Letter to Bennett** |
| --- | --- |
| Date: | 7/27/2004 10:15:25 PM Central Daylight Time |
| From: | aparrish@ParrishLaw.com |
| To: | Spieslegal@aol.com |

I checked the fax and could not find it. You can e-mail or fax in the a.m. I will be at a 7 a.m. with the reporter who is going to cover our case.(nothing on the record) We are meeting at the Drake Diner.I have depos in a murder case at 8 and then golf at 12:37 p.m. The sheriff is speaking at the local defense lawyers meeting at 5 pm so I will be back in the office around 6:30 p.m. I will be available by phone so give me a call if something comes up. We need to discuss Charlie and what role he should play. He is very smart but I am beginning to have some real concerns about some of his comments. The shackling issue still bothers me and his persistence on it—The juror agreement was ok but there were issues- he tends to get on a track and stays on it long after everyone else has moved on to something else— He also tends to repeat himself quite a bit— even in argument— I am going to pull him up in Westlaw tonight— he also appears to get a bit lost in arguments (other people lose me but to get lost in one's own argument is a bit troublesome- Of course that happens to me too). I know it might not be kosher but I am thinking about asking him what his story is— I mean the "real story." Well, so much for my thoughts— what should we do? That is a story for another day. I will talk with you later.