# 48

Case 3:10-cv-03074-LTS-KEM    Document 19-48    Filed 06/06/11    Page 1 of 6

# MELISSA PIASECKI, M.D.
### FORENSIC PSYCHIATRY
561 KEYSTONE AVE. #104
RENO, NV 89503
775 722-1077 FAX 866 500-7716
piaseckimd@gmail.com
BOARD CERTIFIED IN PSYCHIATRY AND FORENSIC PSYCHIATRY

Aren Adjoian
Federal Community Defender Office
Eastern District of Pennsylvania
Curtis Center, Suite 545-W
601 Walnut Street
Philadelphia, PA 19106

**Re: United States v Dustin Lee Honken, Cr 01-3047-MWB**

May 26, 2011

Dear Mr. Adjoian:

This letter is a report of my findings to the referral questions stated in the letter dated May 6, 2011. In this letter, Mr. Wiseman describes the mental health and drug use history of your client, Dustin Lee Honken. This description is notable for a family history of substance use and mood disorders, paternal violence, a history of anxiety symptoms in Mr. Honken and a significant history of exposure to substances.

In the stated history, Mr. Honken began to manufacture and use methamphetamine in 1992. He self administered the drug by smoking, snorting, and ingestion. The history includes approximately four years of regular methamphetamine use at the same time as he was using alcohol, marijuana and LSD. Mr. Honken's pattern of methamphetamine included binges of heavy use for several days during which time he had little or no sleep. Mr. Honken also has a history of occupational exposure to heavy metal fumes.

The referral questions are:
1. What are the short and long term effects of Mr. Honken's polysubstance abuse, especially methamphetamine?
2. What is the impact of substance use and toxin exposure, as described in your letter, on a person's behavior, impulse control and judgment?
3. How long would such an impact last after peak use of methamphetamine?
4. Could such use be responsible in whole or in part for violent conduct in a person with no previous history of this type of violence?
5. Could the social and mental health history exacerbated the effects of methamphetamine and other drug use and toxic exposure.

My response to your questions follows in the next three pages. The totality of the research on the effects of chronic methamphetamine use supports my conclusion that methamphetamine is responsible at least in part for violent conduct in someone with no previous history of this type of violence, with early life adversity contributing to the overall risk of violence.

The short and long term effects of substance use are specific to the substance. In cases such as Mr. Honken's, where the drug of choice is methamphetamine, the short and long term drug effects are well known. Also available is information on the neuropsychological impact of marijuana use and chemical exposures associated with methamphetamine manufacture in a home-like structure.

Both short term and long term effects of methamphetamine are the direct result of the drug's pharmacologic effect on brain cells. Acutely, methamphetamine stimulates rapid rises in specific brain chemicals with resulting euphoria, rapid heart rate, appetite suppression and wakefulness. Over time, methamphetamine has toxic effects on brain cells which lead to changes in brain structure and function. These brain changes are associated with behavioral changes including irrational and violent behavior.

Since the 1980's researchers have identified and studied the structural and functional changes in the brain related to chronic methamphetamine use. Structural changes identified in chronic users include shrinkage of the gray matter and hippocampus as well as hypertrophy of white matter. The pattern and degree of structural abnormalities is noted to be comparable to brain changes in early dementia. Other structural brain changes include decreased density of dopamine receptors in the brain. Changes in brain metabolism are found in chronic methamphetamine users as well.

Amphetamine's association with violence in chronic users has been noted since the 1970's and the association has been confirmed for methamphetamine. A survey of 1,000 users entering treatment found that interpersonal violence was frequently reported by chronic methamphetamine users. A review of fatalities involving methamphetamine found a significant elevation of death by homicide and suicide in users relative to users of other substances, suggesting that methamphetamine has specific effects that led to violent deaths. A 2009 case control study of inmates convicted of homicide found that a history of recent methamphetamine use increased the odds of being involved with a homicide nearly nine-fold, linking methamphetamine use to violence at a much higher rate that other substances of abuse and further suggesting a specific pharmacological basis for the violence in addition to general factors associated with substance use such as criminal culture. A 2006 survey of young adults with heavy methamphetamine use found that nearly half of those reporting violence had never committed a violent crime prior to methamphetamine-related violence.

Researchers have reported a number of measurable cognitive impairments and

2

psychiatric changes associated in chronic methamphetamine use during active use and early abstinence. These impairments are dose and duration dependent. Neuropsychological research studies have found memory deficits, decreased impulse control, difficulty manipulating information, distractibility, impaired abstract reasoning, impaired problem solving, decreased ability to shift tasks and decreased learning. These deficits may be significant enough to impact everyday functioning in chronic users. Chronic marijuana use is also associated with cognitive changes. Heavy chronic use leads to specific deficits in executive functioning such as mental flexibility and learning in a dose dependent fashion.

Psychiatric symptoms, especially psychosis, are linked to violence in methamphetamine users. Psychiatric symptoms include general effects, such as irritability and agitation, as well as methamphetamine induced psychosis (changes in perception such as delusions and hallucinations). Methamphetamine induced paranoia can manifest along a broad continuum. Sometimes methamphetamine induced paranoia takes the form of minor fears, such as when an individual believes that others are talking about him. At other times, the paranoia escalates to beliefs that someone, or a group of people, is trying to kill the individual. The paranoia may lead to violence in cases where the user acts defensively upon delusional fears. Most methamphetamine users with psychosis experience resolution of the psychotic symptoms with prolonged abstinence although some users have chronic drug induced psychotic symptoms. Chronic users tend to experience depression and anxiety during the periods of withdrawal and early abstinence.

When methamphetamine is manufactured in a dwelling, very small particles of the drug are suspended in the air and deposit on the interior surfaces. People living in a dwelling are exposed to methamphetamine for days following the period of manufacture through multiple modalities: absorption via skin, inhalation of suspended drug and ingestion of the drug from contamination of food and surfaces. The long term exposure related to methamphetamine manufacture in the home would add to the cumulative drug toxicity from voluntary ingestion. The method of methamphetamine manufacture used by Mr. Honken involved the use of the volatile organic chemicals toluene. This substance is toxic to multiple organ systems including the central nervous system. Chronic exposure to toluene vapor may lead to central nervous system damage in the form of changes in thinking, memory and learning.

Mr. Honken's pattern of methamphetamine use is consistent with the chronic use examined in multiple studies. During manufacture, he was additionally exposed to volatile organic compounds and methamphetamine throughout the building where the drug was manufactured. His chronic methamphetamine use in combination with marijuana use was at the level associated with cognitive and psychiatric impairments.

Methamphetamine related neuropsychological impairments, especially memory

3

deficits, tend to worsen in the weeks immediately following abstinence and then slowly improve over a two to three year period. Some of the structural changes identified in neuroimaging studies (dopamine receptors) also appear to normalize after many months of abstinence. Psychotic and depressive symptoms sometimes resolve following months of abstinence but on occasion persist for years.

The last referral question asked about the effects of Mr. Honken's social and mental health history on the sequela of toxic exposures. Research examining the relationship between early childhood adversity and methamphetamine use describes an increasing relative risk of adult problems with increasing levels of childhood adversity. There is a positive relationship between adult methamphetamine use and childhood physical abuse, sexual abuse, neglect, emotional abuse, parental substance abuse, parental mental health disturbance, marital discord among parents and parental involvement with the criminal justice system. The information you provided about Mr. Honken's family of origin describes multiple adversities: parental mental illness, parental incarceration, paternal alcoholism and violence against his mother as well as possible psychological neglect and physical abuse of Mr. Honken. The cumulative effect of this of childhood adversity is associated with significant positive relationship with mental health and general medical outcomes. Predictors of violence in adult methamphetamine users group are family deviance (defined as parental arrests and partner violence), previous substance related violence and social functioning problems, such as school, family and work problems.

I hope I have addressed the referral questions related to Mr. Honken and the role of substance use and exposure and family factors. Please do not hesitate to contact me if you have any questions about this report. In the attached appendix are some articles from peer reviewed scientific publications prior to fall of 2004 that present or summarize research findings related to childhood adversity and methamphetamine's effects on brain and behavior.

Sincerely,

Melissa Piasecki, M.D.

4

Appendix
The articles below were published prior to August, 2004. Although I also refer to more recent research in my report, the articles below form the basis of my findings.

Thompson, Hayashi, Simon, Gedaga, Hong, Sui, Yee, Toga, Ling and London, Structural abnormalities in the brains of human subjects who use methamphetamine. The Journal of Neuroscience, 24(26):6028-6036, June, 2004.

Volkow, Chang, Wang, Fowler, Franceschi, Sedler, Gatley, Hitzmann, Ding, Wong and Logan, Higher cortical and lower subcortical metabolism in detoxified methamphetamine users. American Journal of Psychiatry, 158(3): 383-389, March, 2001

Logan, Fligner and Haddix, Cause and manner of death in fatalities involving methamphetamine. Journal of Forensic Sciences, 43(1):28-34, 1998

Felitti, The relationship of adverse childhood experiences to adult heath: Turning gold into lead. Z psychosom Med Psychother 4(4):359-369, 2002

Nordahl, Salo and Leamon, Neuropsychological effects of chronic methamphetamine use on neurotransmitters and cognition: A review. Journal of Neuropsychology and Clinical Neuroscience, 15(3):317-325, 2003

Cohen, Dickow, Horner, Zweben, Balabis, Vandersloot, Reiber, Abuse and violence history of men and women in treatment for methamphetamine dependence. The American Journal on Addictions, 12:377-385, 2003

Ellinwood, Assault and homicide associated with amphetamine use. American Journal of Psychiatry, 127:90-95, 1971

Zweben, Cohen, Christian, Galloway, Salinardi, Parent and Iguchi, Psychiatric symptoms in methamphetamine users. The American Journal on Addictions, 13: 181-190, March/April 2004