**50**



# DIVISION OF CRIMINAL INVESTIGATION

**CASE:** 9605382

## SECTION #12 – EXCAVATION ACTIVITY - PREFACE

A theory among investigators involved with the investigation of the disappearances of GREG NICHOLSON, LORI DUNCAN, and DUNCAN's two children was that TERRY DEGEUS had been involved with the disappearance of the aforementioned individuals and then later killed due to his involvement.

At the time of the NICHOLSON and DUNCAN disappearances, TERRY DEGEUS was employed by his father, ED, who operated a demolition and excavation business in Britt.

The investigators learned that TERRY DEGEUS had been involved with a job at the Charles Hartwig farm in Kanawha, Iowa on July 26, 1993. DEGEUS' business records indicate that this job at the Hartwig farm involved three hours of crawler backhoe operation and four hours of caterpillar operation.

The investigators met with Mr. Hartwig, who related that ED DEGEUS, assisted by TERRY DEGEUS, had removed and buried the foundations on two houses which since has been turned into farm ground.

It was decided that due to the fact that this excavation had been done on the day that NICHOLSON and the DUNCANS disappeared, it would be prudent for the investigators to excavate that site in the event that the bodies had been disposed of at that location.

Exhibit #12-A contains a police report prepared by Special Agent Basler detailing the activities involved with this excavation and also detailing those individuals involved.

Exhibit #12-B contains information prepared by Investigator Frank Stearns, Mason City Police Department, in regards to a second excavation done at the Hartwig property, with this second excavation taking place during October, 1999.

The following is a list of exhibits contained in this section of the report:

| Exhibit #12-1 | Interview with JOANN DEGEUS. |
|---|---|
| Exhibit #12-A | Police report by Special Agent Basler. |

**CASE #:  9605382**

## SECTION #12 – (con't)

Exhibit #12-B                    Police report, Investigator Frank Stearns.