# 52

DURING 1993, TERRY DEGEUS WAS EMPLOYED BY HIS FATHER, ED, WHO OWNED AND OPERATED AN EXCAVATION BUSINESS IN BRITT. A MAJORITY OF ED'S BUSINESS INVOLVED THE DEMOLITION AND SUBSEQUENT BURIAL OF OLD FARM BUILDINGS.

THE INVESTIGATORS CHECKED WITH JOANNE DEGEUS, ED'S WIFE, WHO DOES THE BOOKKEEPING FOR THE BUSINESS, IN AN ATTEMPT TO FIND WHERE ED AND TERRY WERE WORKING ON JULY 25/26, 1993, THE DATE OF THE DISAPPEARANCE OF GREG NICHOLSON, LORI DUNCAN, AMBER DUNCAN, AND KANDI DUNCAN.

MRS. DEGEUS STATED THAT SHE NORMALLY BILLS THE JOBS ON THE DAY THE WORK IS COMPLETED. IN CHECKING HER RECORDS, SHE FOUND THAT ON JULY 26, 1993, SHE HAD BILLED CHARLES HARTWIG, 565 120TH ST., KANAWHA, FOR A JOB THAT INVOLVED 3 HOURS ON THE "CRAWLER BACKHOE ", AND 4 HOURS ON THE CATERPILLER.

THE INVESTIGATORS THEN MET WITH CHUCK HARTWIG, REGARDING THIS WORK THAT HAD BEEN DONE. CHUCK SAID THAT IN 1993, HE HAD PURCHASED A PARCEL OF GROUND NEAR HIS FARM, THIS PARCEL LOCATED JUST NORTH AND EAST OF HIS FARM, NEAR THE INTERSECTION OF 130TH ST. AND ECHO AVENUE IN HANCOCK COUNTY. AT THE TIME OF THE PURCHASE, CHUCK SAID THE GROUND HAD 2 HOUSES, A BARN, AND NUMEROUS OUTBUILDINGS. THE HOUSES HAD BEEN BURNED BY THE KANAWHA FIRE DEPARTMENT.

CHUCK HARTWIG SAID IN 1993, HE HIRED ED DEGEUS TO REMOVE AND BURY THE FOUNDATIONS AND BASEMENTS OF THE TWO HOUSES. HE ALSO SAID THAT THE BARN AND OTHER OUTBUILDINGS WERE REMOVED AND BURIED BY ED IN 1996. CHUCK SAID THAT HE HAD A SPECIFIC MEMORY OF TERRY DEGEUS OPERATING THE BACKHOE, DURING THE 1993 EXCAVATIONS.

THE INVESTIGATORS THEN VIEWED THE SITE, WHICH HAD ONE HOG BUILDING REMAINING. THE REMAINDER OF THE AREA HAD A CROP OF ALFALFA, APPROXIMATELY 6 INCHES HIGH.

S/A BASLER EXPLAINED TO CHUCK HARTWIG THAT THE INVESTIGATORS WOULD BE INTERESTED IN EXCAVATING THE SITES AROUND THE 2 HOUSES, AS A POSSIBLE SITE WHERE THE NICHOLSON AND DUNCAN BODIES MIGHT HAVE BEEN BURIED. HARTWIG WAS AGREEABLE TO THIS, AS LONG AS THE SITE WAS RETURNED TO ITS PRESENT CONDITION.

THE INVESTIGATORS WENT TO THE HANCOCK COUNTY EXTENSION OFFICE, AND OBTAINED A 1990 AERIAL SLIDE TAKEN OF THE SECTION CONTAINING THE SITE, WHEN ALL THE BUILDINGS WERE STILL INTACT. AN ENLARGED PHOTO OF THE APPROPRIATE PORTION OF THE SLIDE WAS MADE BY THE DCI LAB.

USING THE PHOTO, THE INVESTIGATORS WERE ABLE TO DETERMINE THE PROBABLE SITES OF WHERE THE 2 HOUSES HAD BEEN LOCATED.

DURING THE MORNING OF SEPTEMBER 3, 1997, A SEARCH AND RESCUE K-9 UNIT, SUPERVISED BY CAROL CHELIN, CAME TO THE SITE LOCATION. CHELIN IS FROM MURRAY, NEBRASKA, (402) 978-8889. HER DOGS HAVING BEEN TRAINED IN THE RECOVERY OF HUMAN REMAINS. THE DOGS DID NOT ALERT STRONGLY TO ANY AREAS AT THE SITE, AFTER A THOROUGH EXAMINATION.

12·A

*12-A*

DURING THE AFTERNOON OF SEPTEMBER 3, AND ALL DAY ON SEPTEMBER 4, 1997, AN EMPLOYEE OF THE HANCOCK COUNTY ENGINEERING DEPARTMENT EXCAVATED THE AREA WHERE THE 2 HOUSES HAD BEEN LOCATED, USING A LARGE SELF-PROPELLED BACKHOE.

THE INVESTIGATORS FOUND THAT THAT THE BASEMENT FLOORS HAD BEEN LEFT INTACT ON BOTH HOUSES. THE BASEMENT WALLS HAD BEEN REMOVED, AND BURIED IN HOLES ADJACENT TO THE HOUSES.

THE LARGER HOUSE'S BASEMENT WALLS HAD BEEN BURIED IN A HOLE RUNNING NORTH AND SOUTH, JUST EAST OF THE BASEMENT FLOOR. THE SMALLER HOUSE'S BASEMENT WALLS HAD BEEN BURIED IN A HOLE RUNNING EAST AND WEST, JUST NORTH OF THE BASEMENT FLOOR. THIS HOLE ALSO CONTAINED A QUANTITY OF TRASH AND TREE PARTS.

NO EVIDENCE OF THE MISSING PERSONS WAS FOUND AS A RESULT OF THESE EXCACATIONS. IT SHOULD BE NOTED THAT A CHILD'S SHOE WAS FOUND ON TOP OF THE GROUND IN THE VICINITY OF THE LARGER HOUSE. THIS SHOE IS A HUSH PUPPY BRAND TENNIS SHOE, AND HAS A LENGTH OF APPROXIMATELY 6 INCHES.