# 53



# *Mason City* Police Department

## INVESTIGATIVE

## R E P O R T

Investigator Frank Stearns, Criminal Investigations Division

Re: open missing persons case Duncan-Nicholson

On 09/15/99 I met with members of the Northstar Search and Rescue who are a group of search dog handlers who have dogs certified as cadaver dogs. This group was in Clear Lake training for the week and I thought it might be a good idea to run some of their dogs over the field that had been dug in 1996 in Hancock Co. Looking for the above missing people that we believe to be buried in that field.

A group of five different handlers agreed to run their dogs over the area so I advised them that I would meet with them at the field the next day. The field is owned by Charles Hartwig Hm ph# 515-762-3233. The address of the field is 510 130th Hancock Co. ( Directions to the site are straight south out of Britt on the Hiway to 130th which is approx 12 miles south of Britt, and then west on 130th five miles the field is on the south side of the road.)

On 09/16/99 I met with the group of handlers and spoke with Mark Haskins who was the team leader out of Minneapolis Mn. Pg# 612-680-3728. Five dogs were ran over the field separately, and all five dogs hit in the same area which was located 228ft south of the ditch, and 36 ft west of the bean field, and 228ft east of the west fence line. After talking with the handlers they suggested that we make some probe holes in the ground in the area that the dogs were hitting on, and then they would come back with the dogs, and see how they react again.

We did probe the ground, and then the same dogs were brought in again, again five dogs hit on a scent in the same area as before. In talking with the handlers they all felt that there was something in the ground in that area, and that we should explore the area the dog's were hitting on by digging that up.

After having an investigative meeting between our department and the D.C.I. it was decided that we would go ahead and dig in the field again, concentrating on the area that the dogs hit on. I contacted Chuck the owner of the land who had no problem with us digging in there again, and I also contacted a local excavator who agreed to volunteer to do the digging for us.

On 10/11/99 members of our department, and the D.C.I. and the same group of dog handlers as well as the excavator met at the field, and the ground was dug where the dogs were hitting and nothing was found. Another suspicious area was also dug which was located approx. 100 ft. East of the brick chicken house. Again nothing was found. One last area was dug which was approx. 200 ft. South of the ditch and 50 ft. East of the west fence line, with the same results.

At approx. 5:00 p.m. after finding nothing everyone left the location.

*F. M. Stearns*

↓N

<u>Tom E Crolly</u>
_LINDA (OBS)_

Before

↑③  ↑④  ↑①  passes

area of interest
dug here second time by
dug here 1st time by

12 pace        16 paces

+ Probe hole made after dog worked

✕ Main hit pass ③

On pass ③ dog alerted by digging
enthusiastically at marked site above

On return pass ④ she showed a strong interest
in the circled area, simply pawing at ground.
She then tried to dig about 2′ to SE
of original point where she dug on pass ③.

Pass ③ ~~WBS~~ after rest ~ H₂O.
Prob hole put of where dog dug.
Start ≈16:00 → 16:30 for work. ZKW

Case 3:10-cv-03074-LTS-KEM    Document 19-53    Filed 06/06/11    Page 3 of 3

A001324