**54**

INTERVIEW

NAME: **MIKE BILLICK**

ADDRESS: ██ ██ ████████

**MASON CITY, IOWA**

SEX: **MALE**

RACE: **CAUCASIAN**

BIRTH DATE: ████████

SSN:

EMPLOYMENT: **NONE**

OCCUPATION: **NONE**

PHONE: (RES) ████████

(BUS): **NONE**

DATE: **DECEMBER 15, 1993**

TIME: **10:27 A.M.**

PLACE: **BILLICK RESIDENCE, MASON CITY**

CASE AGENT/GEO: **SPECIAL AGENT WILLIAM BASLER**

BY: **SPECIAL AGENT WILLIAM BASLER**

DATE DICTATED: **FEBRUARY 24, 1994**

PURPOSE: **THE PURPOSE OF THIS INTERVIEW WAS TO ASCERTAIN INFORMATION FROM BILLICK IN REGARD TO TERRY DEGEUS.**

DURING THE INTERVIEW, BILLICK STATED THAT HE HAS KNOWN TERRY DEGEUS FOR ABOUT THREE MONTHS, HAVING MET DEGEUS THROUGH KRIS THOMPSON. BILLICK STATED THAT KRIS THOMPSON LIVES IN KANAWHA AND DID WORK AT A BAR IN THAT TOWN.

BILLICK STATED THAT AFTER THAT MEETING, DEGEUS WOULD STOP BY AND SEE HIM WITH BILLICK REMEMBERING THAT HE ONCE SAW HIM AT TOMMY'S NORTH END LOUNGE IN MASON CITY. BILLICK STATED THAT DEGEUS SHOWED UP ON THAT OCCASION WITH TWO GIRLS, ONE BEING KIND OF CHUBBY AND ONE BEING KIND OF SKINNY.

BILLICK STATED THAT HE HAS NOT SEEN TERRY DEGEUS SINCE LAST DECEMBER, WITH BILLICK EXPLAINING THAT HE HAS BEEN "OUT OF TOWN" FOR A YEAR AND DID NOT GET BACK TO MASON CITY UNTIL NOVEMBER 10.

BILLICK STATED THAT ON ONE OCCASION, BILLICK HAD BEEN LIVING IN A TRAILER HOUSE LOCATED ON QUINCY TERRACE IN MASON CITY, WITH THE TRAILER BEING NUMBER 33. BILLICK STATED THAT TERRY DEGEUS DID VISIT HIM THERE ON OCCASION.

BILLICK STATED THAT GREG NICHOLSON HAD DISAPPEARED AT ABOUT THE SAME TIME AS DEGEUS AND THAT BILLICK HAD HEARD THAT IT WAS A CASE OF DEALING WITH THE SAME PEOPLE. BILLICK WENT ON TO STATE THAT SOMETIME LATE LAST YEAR, DEGEUS HAD MENTIONED

4-12

CASE: 9309932

<u>INTERVIEW – MIKE BILLICK – (CON'T)</u>

KNOWING A METHAMPHETAMINE SOURCE FROM ARIZONA WHO HAD BEEN SUPPLYING A GUY BY THE NAME OF "GREG", WHO BILLICK ASSUMED TO BE GREG NICHOLSON. DEGEUS WENT ON TO TELL BILLICK THAT THIS GREG HAD APPARENTLY BEEN MAKING MISTAKES IN THE DRUG OPERATION AND THAT DEGEUS HAD PLANNED TO TAKE OVER GREG'S TERRITORY. BILLICK FURTHER STATED THAT HE KNOWS THAT BOTH TERRY DEGEUS AND DUSTIN HONKEN ALL ARE ACQUAINTED WITH ONE ANOTHER.

BILLICK STATED THAT HE WAS AWARE THAT DEBBIE HUGI JOHNSON WAS ALSO A FRIEND OF TERRY DEGEUS'S.

HAVING NOTHING FURTHER TO ADD, THE INTERVIEW WAS CONCLUDED.

END OF INTERVIEW

END OF DOCUMENT.