# 55

Case 3:10-cv-03074-LTS-KEM    Document 19-55    Filed 06/06/11    Page 1 of 4

# IOWA DIVISION OF CRIMINAL INVESTIGATION
## DEPARTMENT OF PUBLIC SAFETY

BATES A755

EXHIBIT #

INTERVIEW:

CASE# 6905382

NAME: BRANDY JO WILSON

TYPED BY:

ADDRESS: ▮▮▮▮▮▮▮▮▮

SEX: FEMALE

RACE: CAUCASIAN

BIRTH DATE: ▮▮▮▮

SOC SEC#: ▮▮▮▮

EMPLOYMENT: NONE

OCCUPATION: UNEMPLOYED

PHONE: (RES) ▮▮▮▮

(BUS): NONE

DATE: 10-23-00

TIME: 3:02 PM

PLACE: CASEY'S CONVENIENCE STORE, MANLY

CASE AGENT / GEO: S/A WILLIAM BASLER

BY: S/A WILLIAM BASLER AND S/A JOHN GRAHAM

DATE DICTATED: S/A WILLIAM BASLER

PURPOSE: ASCERTAIN INFORMATION IN REGARD TO DUSTIN HONKEN AND ANGELA JOHNSON.

2

IT SHOULD BE NOTED THAT THIS INTERVIEW WAS CONDUCTED AS THE RESULT OF INFORMATION PROVIDED BY FBI S/A CRAIG TOMLINSON, THIS INFORMATION BEING INCLUDED IN THIS SECTION OF THE REPORT AS EXHIBIT 5-L.

DURING THE INTERVIEW, BRANDY STATED THAT SHE USED TO DATE TERRY DEGEUS, STARTING THIS DATING DURING JANUARY 1993 AND QUITTING THE DATING DURING JULY 1993.

BRANDY STATED THAT SHE HAS HEARD THAT A GIRL BUT THE FIRST NAME OF DENISE WAS A FRIEND OF ANGELA JOHNSON WITH BRANDY FURTHER STATING THAT SHE DOES NOT KNOW WHO DENISE IS. BRANDY FURTHER STATED THAT SHE HAS HEARD RUMORS ABOUT DENISE AND HAS HEARD THAT DENISE ONCE DATED TODD GRAHAM. ADDITIONALLY, BRANDY HAD HEARD THE RUMOR THAT ANGELA JOHNSON AND DENISE WERE LIFELONG FRIENDS.

EXHIBIT:# 5-17

3

BATES A756

CASE # 6905382

INTERVIEW – BRANDY JO WILSON – (CON'T)

ADDITIONALLY, BRANDY STATED THAT SHE HAS HEARD THAT DENISE USED TO LIVE NEAR THE PROPERTY WHERE THE FOUR BODIES WERE DISCOVERED OR ELSE NEAR THE PROPERTY WHERE THE HOUSE BURNT DOWN.

BRANDY FURTHER STATED THAT SHE HAS HEARD RUMOR THAT ANGIE JOHNSON AND DENISE BABYSAT THE TWO LITTLE GIRLS THAT WERE KILLED WHILE THE KILLER TOOK THE TWO ADULTS OUT AND SHOT THEM THEN TAKING THE TWO LITTLE GIRLS OUT ONE AT A TIME AND SHOOTING THEM.

BRANDY STATED THAT SHE WAS NO LONGER DATING TERRY GEDEUS WHEN THE FOUR INDIVIDUALS DISAPPEARED DURING JULY 1993.

BRANDY STATED THAT SHE WAS NOT AWARE THAT TERRY DEGEUS WAS INVOLVED WITH DUSTIN HONKEN SELLING METHAMPHETAMINE.

WHILE SHE WAS DATING TERRY DEGEUS, BRANDY REMEMBERED THAT TERRY DEGEUS ONCE MENTIONED THAT TERRY WAS GOING TO BE SUBPOENAED TO FEDERAL COURT TO TESTIFY AGAINST SOMEONE. BRANDY FURTHER STATED THAT TERRY DID NOT MENTION WHOM HE WOULD HAVE TO TESTIFY AGAINST, ONLY SAYING THAT TERRY HOPED TO BE GONE BEFORE THE GOVERNMENT SUBPOENAED HIM. BRANDY FURTHER STATED THAT TERRY ONCE MADE THE COMMENT, "SEE YOU IN SEVEN YEARS," POSSIBLY REFERRING TO SOME TYPE OF STATUTE OF LIMITATIONS.

HAVING NOTHING FURTHER TO ADD, THE INTERVIEW WAS CONCLUDED.

END OF DOCUMENT