# 56

1

Bates A1015

# IOWA DIVISION OF CRIMINAL INVESTIGATION
## DEPARTMENT OF PUBLIC SAFETY

EXHIBIT #22-9

INTERVIEW:                                    CASE# 9605340
                                              TYPED BY: VJG

NAME:              CHRISTI MARIE GAUBATZ

ADDRESS:           ███████████████

                   █████████████

SEX:               FEMALE

RACE:              CAUCASIAN

BIRTH DATE:        ███████

SOC SEC#:          ████████

EMPLOYMENT:        MIDWEST CONSTRUCTION

OCCUPATION:        CLERK

PHONE: (RES)       ████████

       (BUS):

DATE:              FEBRUARY 13, 1997

TIME:              3:20 P.M.

PLACE:             DIVISION OF NARCOTICS ENFORCEMENT OFFICE

                   MASON CITY, IOWA

BY:                SPECIAL AGENT LORI LEWIS (DNE)

                   DETECTIVE STEVE PALMER (ALTOONA PD)

DATE DICTATED:  FEBRUARY 16, 1997

PURPOSE:  FRIEND OF ANGIE JOHNSON

2

**SYNOPSIS**

GAUBATZ STATED SHE FIRST MET DEGUES IN 1992. HE WAS AWARE

JOHNSON WAS SEEING GAUBATZ'S HUSBAND. DEGUES WAS NEVER VIOLENT

TOWARDS GAUBATZ BUT WAS VERY ANGRY TOWARDS JOHNSON.

ACCORDING TO GAUBATZ, DEGUES LOVED HIS DAUGHTER, ASHLEY,

WHO LIVES WITH HIS EX-WIFE IN KANAWHA.

3

BATES A1016

**CASE # 9605340**
**EXHIBIT # 12-9  PAGE 2**

IN RESPONSE TO QUESTIONING, GAUBATZ WAS AWARE DEGUES WAS INVOLVED IN DRUGS AND WAS AWARE HE DID "A LOT" OF CRANK.  DEGUES WAS VERY PARANOID AND BELIEVED EVERY CAR THAT WENT BY WAS SOMEONE AFTER HIM.

GAUBATZ WAS AT DEGUES' RESIDENCE ON THREE (3) OCCASIONS. SHE STATED SHE NEVER OBTAINED ANY DRUGS FROM DEGUES, BUT WAS AWARE HE ALWAYS CARRIED IT ON HIM.   GAUBATZ DESCRIBED DEGUES AS BEING "PRETTY WIRED"  MOST OF THE TIME AND HE SELDOM SLEPT. GAUBATZ NEVER SAW DEGUES SELL DRUGS TO ANYONE.

GAUBATZ STATED ON ONE (1) OCCASION SHE WAS WITH DEGUES AND THEY STOPPED AT A  FARM HOUSE.  GAUBATZ STAYED IN THE CAR WHILE DEGUES WENT INSIDE.   HE WAS INSIDE THE RESIDENCE NO MORE THAN TEN MINUTES (10 MIN.)   GAUBATZ DID NOT KNOW  WHO LIVED AT THE FARM AND COULD NOT PROVIDE INFORMATION AS TO ITS LOCATION.

GAUBATZ INDICATED THERE WERE TIMES WHEN JOHNSON AND DEGUES WOULD BE TOGETHER AND JOHNSON SEEMED VERY CAREFUL

4

ABOUT WHAT SHE WOULD SAY AROUND DEGUES.  JOHNSON GAVE THE
IMPRESSION TO GAUBATZ SHE THOUGHT DEGUES WAS STALKING HER.

JOHNSON TOLD GAUBATZ THAT ONE (1) MORNING SHE LOOKED OUT
HER BACK WINDOW AND SAW  A LAWN CHAIR SET UP NEAR THE SHED.
THERE WAS A BUCKET TURNED UPSIDE DOWN WITH AN ASHTRAY ON IT.   THE
PACK OF CIGARETTES ON THE BUCKET WERE DEGUES' BRAND.   JOHNSON
BELIEVED DEGUES HAD BEEN SITTING OUT THERE WATCHING HER BEDROOM
WINDOW.  GAUBATZ THOUGHT JOHNSON FILED A REPORT WITH THE CLEAR
LAKE POLICE DEPARTMENT  CONCERNING THIS INCIDENT.

ON ANOTHER OCCASION,  GAUBATZ PASSED JOHNSON ON THE
HIGHWAY.  DEGUES WAS FOLLOWING JOHNSON.  JOHNSON AND DEGUES
ENDED UP IN A "HIGH SPEED CHASE".  JOHNSON DROVE TO THE CLEAR LAKE
POLICE DEPARTMENT AND DEGUES TURNED OFF.  AGAIN, GAUBATZ BELIEVE
JOHNSON FILED CHARGES AGAINST DEGUES.  GAUBATZ BELIEVES THIS
INCIDENT OCCURRED DURING THE WINTER MONTHS.

GAUBATZ STATED DEGUES WOULD GO INTO TIRADES ABOUT JOHNSON
AND REFER TO HER AS  "THAT WOMAN."   ACCORDING TO GAUBATZ, JOHNSON
WAS VERY AFRAID OF DEGUES.

IN RESPONSE TO QUESTIONING, GAUBATZ NEVER HEARD HONKEN MENTION DEGUES' NAME OR VICE VERSA.   GAUBATZ WAS NOT AWARE IF THERE WAS ANY ASSOCIATION  BETWEEN DEGUES AND HONKEN.

6

BATES A1017

CASE# 9605340

EXHIBIT # 12-9   PAGE 3

GAUBATZ STATED THE LAST TIME SHE SAW DEGUES WAS JULY 04, 1993 AT THE CARNIVAL IN CLEAR LAKE.   GAUBATZ WAS WALKING THROUGH THE MIDWAY AND SAW  DEGUES.  THEY TALKED BRIEFLY.  DEGUES ASKED IF SHE HAD SEEN OR TALKED WITH JOHNSON.   GAUBATZ STATED THERE WAS NEVER A TIME SHE SAW DEGUES THAT HE DIDN'T ASK ABOUT JOHNSON.

IN RESPONSE TO QUESTIONING, GAUBATZ FIRST LEARNED DEGUES HAD DISAPPEARED WHEN SHE SAW HIS PARENTS ON KIMT ( THE LOCAL TELEVISION STATION ) SAYING HE WAS GONE AND THAT NONE OF HIS BELONGINGS WERE MISSING.   GAUBATZ THOUGHT IT WAS "WEIRD" THAT HE WOULD JUST LEAVE.

JOHNSON LATER TOLD GAUBATZ THAT DEGUES' CAR WAS SUPPOSEDLY FOUND IN A PARKING LOT IN MASON CITY.   GAUBATZ NEVER HEARD ABOUT THE CAR BEING LOCATED FROM ANYONE OTHER THAN JOHNSON.  GAUBATZ THOUGHT ANGIE HAD INDICATED SHE HAD BEEN TOLD ABOUT THE CAR BY A FOREST CITY POLICE OFFICER.  JOHNSON DID NOT INDICATE WHICH OFFICER GAVE HER THE INFORMATION.   GAUBATZ DESCRIBED JOHNSON AS BEING RELIEVED ABOUT DEGUES BEING GONE.

GAUBATZ RECALLED ONCE SEEING DEGUES WEARING A T-SHIRT WITH A HOMEMADE DESIGN REFERRING TO "DOUG BOOK SUCKS." GAUBATZ WAS TOLD BY DEGUES THAT ON ONE (1) OCCASION HE HAD TAKEN BOOK'S NIGHT STICK AND BEATEN HIM WITH IT.

GAUBATZ WAS AWARE OF ANOTHER INCIDENT WHERE DEGUES AND JOHNSON WERE IN THE CAR TOGETHER AND TERRY WAS BEATING ANGIE. BOOK SUPPOSEDLY DROVE BY, LOOKED OVER AND SAW JOHNSON WAS BLEEDING FROM THE MOUTH AND DID NOTHING.

THE DAY SHE MET HIM AT THE CARNIVAL, DEGUES WAS WITH A MALE NAMED JD FROM BRITT. DEGUES INTRODUCED JD TO GAUBATZ AND STATED HE WAS DEGUES' "BEST BUD."

JOHNSON HAD REPORTEDLY TOLD DEGUES THAT JD WAS A "NARC" AND SHE CONVINCED DEGUES TO STRIP SEARCH JD TO CHECK FOR A WIRE. JD IS DESCRIBED AS A WHITE MALE, SHORT WITH SHAGGY LIGHT BROWN GAUBATZ DID NOT RECALL ANY TATTOOS.

IN RESPONSE TO QUESTIONING, GAUBATZ STATED THAT FIRST TIME SHE SPOKE TO JOHNSON AFTER DEGUES DISAPPEARED, JOHNSON TOLD HER SHE WAS RELIEVED DEGUES WAS NOT COMING AROUND HARASSING

8

HER ANYMORE.   JOHNSON TOLD GAUBATZ SHE THOUGHT DEGUES HAD GONE TO FLORIDA TO LIVE WITH A BROTHER.

GAUBATZ STATE SHE KNEW JOHNSON HAD SEEN DEGUES PRIOR TO HER SEEING HIM AT THE CARNIVAL.  DEGUES HAD GIVEN JOHNSON AN UNKNOWN NUMBER  OF "HITS" OF LSD.   THE ACID DID NOT BELONG TO JOHNSON, SHE WAS JUST TO HOLD ON  TO THEM FOR

9

A1018

CASE # 9605340

EXHIBIT # 12-9  PAGE 4

DEGUES.   JOHNSON GAVE GAUBATZ TWO (2) OF THE "HITS".   JOHNSON TOLD HER THEY WERE NOT DEGUES', BUT SHE KNEW WHEN SHE SAW HIM AT THE CARNIVAL THAT THE LSD DID BELONG TO HIM.   HE MADE HER UNCOMFORTABLE, AS THOUGH HE KNEW SHE HAD RECEIVED THE LSD FROM JOHNSON.   GAUBATZ STATED SHE GAVE THE LSD BACK TO JOHNSON THE NEXT DAY.   GAUBATZ WAS UPSET WITH ANGIE FOR PUTTING HER IN AN UNCOMFORTABLE POSITION WITH DEGUES.

GAUBATZ STATED SHE DID NOT HAVE ANY CONTACT OR CONVERSATION WITH DEGUES AFTER THE MEETING AT THE CARNIVAL.

GAUBATZ INDICATED SHE NEVER KNEW DEGUES TO CARRY A GUN.

IN RESPONSE TO QUESTIONING, JOHNSON TOLD GAUBATZ ABOUT THE INCIDENT WHERE DEGUES HELD THE OFFICERS AT BAY FOR A PERIOD OF TIME WHEN THEY WERE TRYING TO EXECUTE A SEARCH WARRANT.  DEGUES WAS IN THE HOUSE AND WOULD NOT COME OUT.   THE POLICE WOULD NOT ENTER THE HOUSE.   ACCORDING TO JOHNSON, THE POLICE EVENTUALLY TOOK GUNS FROM THE HOUSE.  GAUBATZ WAS UNAWARE  OF WHAT

10

PRECIPITATED THE INCIDENT BUT THOUGHT IT WAS STRANGE DEGUES WAS NOT ARRESTED.   JOHNSON THOUGHT HE WAS WORKING FOR THE POLICE. ACCORDING TO GAUBATZ,   THIS CONCERNED JOHNSON ENOUGH THAT SHE WAS VERY SUSPICIOUS OF DEGUES.   JOHNSON THOUGHT DEGUES WAS TRYING TO SET HER UP FOR A DRUG CHARGE.

IN RESPONSE TO QUESTIONING, GAUBATZ STATED JOHNSON DID NOT DO ACID REGULARLY AND COULD NOT ACTUALLY RECALL EVER SEEING JOHNSON TAKE ANY LSD.

GAUBATZ STATED SHE FELT DEGUES WAS TRYING TO CATCH HER IN A LIE THE DAY SHE SAW HIM AT THE CARNIVAL.

GAUBATZ RECALLED AN INCIDENT IN WHICH GAUBATZ, DEGUES AND JOHNSON WERE ALL AT JOHNSON'S RESIDENCE WHEN GAUBATZ' EX-HUSBANDED CALLED.   GAUBATZ WAS TALKING TO COLE ON THE TELEPHONE WHEN DEGUES TOOK THE RECEIVER AND TOLD COLE HE "COULD RUN BUT HE COULD NOT HIDE-THAT HE WOULD ALWAYS HAVE TO LOOK OVER HIS SHOULDER".   GAUBATZ STATED SHE NEVER SAW DEGUES EXHIBIT  A TEMPER WITH ANYONE OTHER THAN JOHNSON.

IN RESPONSE TO QUESTIONING,  GAUBATZ WAS AWARE HONKEN LIVED IN ARIZONA AT ONE (1) TIME.   GAUBATZ WAS NOT CERTAIN IF,   WHEN

11

JOHNSON AND HONKEN WOULD MEET AT THE MOTELS,  HONKEN WAS LIVING

IN ARIZONA AT THAT TIME OR NOT.

ACCORDING TO GAUBATZ, JOHNSON WAS VERY UPSET ABOUT THE

MOTEL RAID IN 1993.   JOHNSON TOLD GAUBATZ "THEY GOT HIM".  JOHNSON

COULD NOT BELIEVE WHAT

12

BATES A1019

CASE # 9605340

EXHIBIT# 12-9 PAGE 5

WAS HAPPENING.  GAUBATZ GOT THE IMPRESSION THERE WAS A LARGE QUANTITY OF DRUGS IN THE ROOM.  TIM CUTKOMP WAS ALSO RESENT IN THE ROOM.   GAUBATZ WAS UNAWARE HOW THE  POLICE KNEW HONKEN AND CUTKOMP WERE IN THE ROOM.

GAUBATZ STATED SHE KNEW A FEDERAL WITNESS IN THE CASE AGAINST HONKEN (IN 1993) WAS MISSING.   HONKEN'S ATTORNEY HAD SAID IF THE WITNESS WAS NOT FOUND IN A CERTAIN AMOUNT OF TIME HONKEN WAS "FREE AND CLEAR."   JOHNSON NEVER OFFERED AN OPINION AS TO WHERE THE WITNESS WENT.

GAUBATZ STATED AGAIN SHE NEVER MET NICHOLSON.  JOHNSON NEVER SPOKE TO HER ABOUT NICHOLSON OTHER THAN SO SAY HE WAS THE WITNESS AGAINST HONKEN.

GAUBATZ DID HEAR  DEGUES MENTION NICHOLSON ON ONE (1) OCCASION. SHE WAS WESTBOUND ON COUNTRY ROAD ON COUNTY ROAD B-35 ON HER WAY TO CLEAR LAKE WHEN SHE MET DEGUES.  DEGUES TURNED AROUND AND STOPPED GAUBATZ.   HE GOT INTO HER VEHICLE AND SHOWED

13

HER A PIECE OF PAPER WITH NICHOLSON'S NAME ON IT. DEGUES WAS RANTING AND WAS VERY PARANOID. DEGUES GOT OUT OF THE CAR BECAUSE HE THOUGHT TWENTY "FEDS" HAD JUST PASSED THEM. GAUBATZ THOUGHT THIS OCCURRED WHEN THE WEATHER WAS WARM BECAUSE DEGUES WAS WEARING HIS LEATHER JACKET WITHOUT A SHIRT. HE SMELLED BAD, APPEARING NOT TO HAVE TAKEN A SHOWER FOR SEVERAL DAYS.

GAUBATZ WAS AWARE DEGUES OWED SOMEONE A LOT OF MONEY, WHICH GAUBATZ ASSUMED WAS FOR DRUGS. DEGUES NEVER MENTIONED A DOLLAR AMOUNT HE OWED. GAUBATZ STATED SHE KNEW IT WAS A LOT BECAUSE OF THE WAY DEGUES WAS BEHAVING. DEGUES TOLD HER ANGIE WAS GOING TO GET HIM INTO TROUBLE WITH THE PERSON HE OWED THE MONEY TO. DEGUES WAS UPSET AND TOLD GAUBATZ HE HAD NOT SLEPT IN TWELVE (12) DAYS. GAUBATZ STATED DEGUES WOULD NORMALLY SHOWER AND THAT WHEN SHE SAW HIM ON THAT DAY, HE HAD NOT.

GAUBATZ STATED THE WAY DEGUES WAS TALKING, NICHOLSON SEEMED TO BE SOMEONE WHO COULD HAVE SEEN OR DONE SOMETHING THAT CAUSED DEGUES' CONCERN. DEGUES PUT THE PAPER BACK IN HIS POCKET. THE PAPER CONTAINED ONLY NICHOLSON'S NAME, NOT HIS ADDRESS OR TELEPHONE NUMBER. THE NAME WAS HANDWRITTEN AS GAUBATZ RECALLED.

14

IN RESPONSE TO QUESTIONING, GAUBATZ STATED SHE MOVED INTO HER APARTMENT IN CLEAR LAKE IN JUNE OF 1993. SHE THOUGHT THE INCIDENT WITH DEGUES SHOWING HER THE NOTE HAD OCCURRED PRIOR TO HER MOVING INTO HER APARTMENT.

GAUBATZ STATED SHE NEVER TALKED TO DEGUES ABOUT NICHOLSON AGAIN.

**BATES A1020**

SHORTLY AFTER THIS INCIDENT, DEGUES WAS AT JOHNSON'S RESIDENCE.   GAUBATZ WAS PRESENT.  DEGUES WANTED TO TALK TO JOHNSON PRIVATELY, SO THEY WENT INTO THE BATHROOM.  BOTH JOHNSON AND DEGUES CAME OUT OF THE BATHROOM AND WENT TO THE BASEMENT.  A SHORT WHILE LATER,  GAUBATZ HEARD A COMMOTION, WENT DOWNSTAIRS AND SAW DEGUES BOUNCING OFF THE WALLS "LIKE A PIN BALL."   JOHNSON WAS UPSET AND DIDN'T KNOW WHAT WAS HAPPENING.   DEGUES LAID ON THE FLOOR AND SHOOK LIKE HE WAS HAVING AN EPILEPTIC SEIZURE.  AFTER A TIME, BOTH JOHNSON AND DEGUES CAME UPSTAIRS.  DEGUES SEEMED "NORMAL" AT THIS TIME.

GAUBATZ STATE SHE USED TO CALL DUSTIN "DIRT" BECAUSE "HE WAS SO MUCH MORE THAN DUST."

ON ONE (1) OCCASION, HONKEN HAD TAKEN GAUBATZ'S CAR TO FIX THE MUFFLER.  HONKEN HAD THE CAR ALL DAY AND WHEN HE BROUGHT IT BACK HE TOLD HER IT WAS FIXED.  HE HAD USED A MOUNTAIN DEW CAN TO FIX THE MUFFLER.

16

IN RESPONSE TO QUESTIONING, GAUBATZ STATED SHE DID TAKE A TRIP TO ARIZONA WITH CUTKOMP. SHE TOOK HER DAUGHTER TO SEE HER FATHER. THEY HAD MADE ARRANGEMENTS TO MEET IN MESA AS HE WAS LIVING IN CALIFORNIA AT THE TIME. GAUBATZ'S DAUGHTER STAYED WITH COLE FOR APPROXIMATELY ON MONTH (1 MO). GAUBATZ THOUGHT THE TRIP TOOK PLACE IN LATE FALL OR EARLY WINTER 1993, AFTER DEGUES HAD DISAPPEARED.

CUTKOMP WAS TO SET UP AN ANSWERING SERVICE IN TUCSON, ARIZONA. CUTKOMP WANTED GAUBATZ TO PICK UP A PACKAGE BUT WEN SHE ATTEMPTED TO DO SO, THE COMPANY REQUIRED AUTHORIZATION WHICH SHE DID NOT HAVE. THE COMPANY WOULD NOT GIVE HER THE PACKAGE. SHE AND CUTKOMP STAYED ONE (1) MORE NIGHT AND THEN RETURNED TO IOWA. GAUBATZ STATED THE PACKAGE WAS FOR HONKEN AND SHE WAS NOT AWARE OF WHAT THE PACKAGE CONTAINED. ACCORDING TO GAUBATZ, CUTKOMP DID NOT ATTEMPT TO RETRIEVE THE PACKAGE. GAUBATZ DESCRIBED THE BUILDING AS LOOKING LIKE A DISTRIBUTION CENTER.

GAUBATZ STATED HONKEN HAD ARRANGED THE TRIP. WHEN HE FOUND OUT SHE WAS GOING TO ARIZONA TO TAKE HER DAUGHTER, HE THOUGHT SHE AND CUTKOMP SHOULD RIDE TOGETHER. HONKEN SAID

17

CUTKOMP HAD SOME ERRANDS TO RUN FOR HIM, SO GAUBATZ SHOULD JUST RIDE ALONG WITH CUTKOMP.

GAUBATZ STATED IT WAS HONKEN'S IDEA THEY RETURN THE NEXT DAY AFTER SHE WAS UNABLE TO RETRIEVE THE PACKAGE FOR HONKEN. HONKEN HAD CALLED THE MOTEL JUST AS SHE WAS GOING DOWN TOT HE POOL. WHEN SHE RETURNED TOT HE ROOM TWENTY TO THIRTY MINUTES (20-30 MIN) LATER, CUTKOMP WAS JUST CONCLUDING HIS CONVERSATION WITH HONKEN. GAUBATZ RECALLED ASKING CUTKOMP HOW THINGS WERE GOING AND HE TOLD HER HONKEN HAD SAID FOR THEM TO RETURN HOME.

18

BATES A1021

CASE # 9605340

EXHIBIT # 12-9 PAGE 7

IN RESPONSE TO QUESTIONING, GAUBATZ STATED THERE AS NO DOUBT IN HER MIND THAT HONKEN HAD COMPLETE CONTROL OF CUTKOMP. SHE STATED THERE WAS SOMETHING ABOUT HONKEN SHE DID NOT TRUST AT ALL. CUTKOMP SEEMED LIKE A NICE GUY TO GAUBATZ AND HONKEN COMPLETELY DOMINATED HIM. GAUBATZ STATED IT WAS SIMILAR TO THE CONTROL JOHNSON HAD OVER HER IN THAT SHE NEVER QUESTIONED ANYTHING JOHNSON TOLD HER. GAUBATZ DID NOT THINK HONKEN HAD ENOUGH CONTROL OVER CUTKOMP TO MAKE HIM DO ANYTHING ELSE CRIMINAL. SHE WAS AWARE CUTKOMP HAD AT ONE (1) TIME WANTED TO BECOME A MINISTER. SHE DESCRIBED CUTKOMP AS HAVING CHRISTIAN VALUES AND THINKS HONKEN TOOK ADVANTAGE OF CUTKOMP.

CUTKOMP NEVER TALKED TO HER ABOUT BEING INVOLVED IN THE LAB WITH HONKEN.

GAUBATZ STATED SHE WAS TOLD THERE WAS A LAB IN ARIZONA BY JOHNSON. SHE WAS TOLD ABOUT THE LAB AFTER IT WAS DISMANTLED BUT BEFORE THE RAID AT THE MOTEL IN MARCH, 1993. JOHNSON GAVE NO INDICATION CUTKOMP WAS INVOLVED IN THE LAB. JOHNSON HAD TOLD HER

19

THE LAB WAS SET UP IN OR NEAR HONKEN'S CONDOMINIUM IN ARIZONA AS PARTS OF THE LAB WERE STORED IN HIS GARAGE. GAUBATZ WAS NOT AWARE THEY HAD STARTED A LAB IN IOWA.

GAUBATZ STATED SHE HAD MET CUTKOMP PRIOR TO THE RAID AT THE MOTEL IN 1993. SHE WAS INTRODUCED TO HIM BY ANGIE AND THOUGHT HE WAS A NICE GUY.

IN RESPONSE TO QUESTIONING, GAUBATZ NEVER SAW ANYTHING AT JOHNSON'S RESIDENCE THAT MADE HER THINK THEY WERE OPERATING A LAB THERE.

DUE TO TIME CONSTRAINTS, THIS INTERVIEW WAS CONCLUDED AT 4:30 P.M. TO BE CONTINUED ON FEBRUARY, 15, 1997.