# 58

INTERVIEW

**NAME:**            CHERRYL JEAN BACHMAN

**ADDRESS:**         ▮▮▮▮▮▮▮▮▮▮

                     ▮▮▮▮▮▮▮

**SEX:**             FEMALE

**RACE:**            CAUCASIAN

**BIRTH DATE:**      ▮▮▮▮

**SSN:**             ▮▮▮▮▮

**EMPLOYMENT:**      JO-JO'S BAR AND GRILL, SWALEDALE

**OCCUPATION:**      WAITRESS

**PHONE: (RES)**     ▮▮▮▮▮

  **(BUS):**   515-995-2224

**DATE:**            FEBRUARY 22, 2000

**TIME:**            10:01 A.M.

**PLACE:**           MASON CITY DCI OFFICE

**CASE AGENT/GEO:**  S/A WILLIAM BASLER

**BY:**              S/A WILLIAM BASLER AND S/A LORI LEWIS

**DATE DICTATED:**   FEBRUARY 23, 2000 – BY S/A BASLER

**PURPOSE:**         THE PURPOSE OF THIS INTERVIEW WAS TO ASCERTAIN INFORMATION FROM BACHMAN IN REGARDS TO CHRISTIE (PHONETIC) GAUBATZ.

IT SHOULD BE NOTED THAT DURING THE INTERVIEW S/A BASLER AND S/A LEWIS WERE JOINED BY DEPUTY JERRY CAMPBELL, CERRO GORDO COUNTY SHERIFF'S OFFICE. IT WAS DEPUTY CAMPBELL WHO FACILITATED THE MEETING BETWEEN CHERRYL BACHMAN AND THE INVESTIGATORS.

DURING THE INTERVIEW, CHERRYL STATED THAT SHE ALSO HAD A BUSINESS INTEREST IN MASON CITY CALLED DIAMOND UPHOLSTERY, LOCATED AT 3225 19TH STREET S.W., WITH THE TELEPHONE NUMBER AT DIAMOND UPHOLSTERY BEING 515-422-0067.

CHERRYL STATED THAT SHE WAS DIVORCED FROM HER HUSBAND, KEVIN.

CHERRYL STATED THAT SHE HAD RUN INTO CHRISTIE COLE GAUBATZ AT A SCHOOL FUNCTION IN ROCKWELL APPROXIMATELY ONE YEAR AGO, FURTHER STATING THAT CHERRYL HAD NOT SEEN CHRISTIE FOR A LONG TIME, AND THEY ENDED UP EXCHANGING PHONE NUMBERS. CHERRYL STATED THAT SHE LATER CALLED CHRISTIE AND INVITED HER TO COME OVER FOR COFFEE. CHERRYL DESCRIBES THIS AS BEING APPROXIMATELY A YEAR AGO, DURING THE WINTER TIME.

CASE: 9605382
INTERVIEW – <u>CHERRYL JEAN BACHMAN</u> – (CON'T)

DURING THIS COFFEE VISIT, CHERRYL STATED THAT, AMONG OTHER TOPICS OF CONVERSATION, CHERRYL AND CHRISTIE BEGAN TALKING ABOUT THE PEOPLE WHO WERE MISSING IN MASON CITY WITH CHERRYL COMMENTING THAT IT WAS WEIRD THAT NOBODY WAS EVER ARRESTED AND THAT THERE WERE NEVER ANY BODIES FOUND.

CHERRYL STATED THAT CHRISTIE THEN COMMENTED THAT CHRISTIE KNEW WHO WAS RESPONSIBLE FOR THE MISSING PERSONS, AND WHEN CHERRYL ASKED WHO, CHRISTIE RESPONDED THAT IT WAS ANGIE JOHNSON AND DUSTIN HONKEN.

IN RESPONSE TO QUESTIONING, CHERRYL STATED THAT CHRISTIE WAS SCARED WHEN SHE MENTIONED THESE NAMES AND SWORE CHERRYL TO SECRECY. CHERRYL FURTHER STATED THAT CHRISTIE MENTIONED THAT CHRISTIE HAD TO TESTIFY ABOUT THE MURDERS AND HAD HAD TO LIE DUE TO THE FACT THAT CHRISTIE WAS REALLY SCARED.

CHERRYL WENT ON TO STATE THAT CHRISTIE MENTIONED ANGIE JOHNSON HAD COME TO CHRISTIE AND HAD CONFESSED IT ALL TO HER. CHERRYL STATED THAT SHE WAS NOT SURE WHEN THIS OCCURRED BUT DID STATE THAT AFTER IT HAPPENED CHRISTIE CHANGED JOBS TO KEEP ANGIE FROM FINDING HER.

CHERRYL STATED THAT CHRISTIE MENTIONED THAT CHRISTIE AND ANGIE WERE THE BEST OF FRIENDS.

CHERRYL WENT ON TO RELATE INFORMATION TOLD TO HER BY CHRISTIE, WITH CHRISTIE LEARNING THIS INFORMATION FROM ANGIE JOHNSON. CHRISTIE MENTIONED THAT TERRY DEGEUS HAD AN OBSESSION WITH ANGIE AND THAT ONE DAY ANGIE TALKED WITH DEGEUS AT THE KENTUCKY FRIED CHICKEN STORE IN CLEAR LAKE, AND DEGEUS FOUND OUT THAT ANGIE WAS PREGNANT. CHRISTIE

ADVISED CHERRYL THAT TERRY DEGEUS THREATENED TO ABORT THE BABY WITH A COAT HANGER AND THAT IT WAS AT THAT TIME THAT ANGIE AND DUSTIN DECIDED TO GET RID OF DEGEUS. SHORTLY AFTER THIS INCIDENT, CHRISTIE TOLD CHERRYL THAT ANGIE AGAIN MET TERRY, THIS MEETING BEING AT A PARK OR BY A LAKE, WITH CHERRYL NOT BEING SURE WHERE.

CHERRYL STATED THAT CHRISTIE THEN MENTIONED THAT DUSTIN HONKEN SHOT TERRY DEGEUS THREE TIMES IN THE CHEST AND THAT ANGIE JOHNSON WAS PRESENT. CHERRYL STATED THAT CHRISTIE DID NOT MENTION WHETHER A LONG GUN OR A PISTOL WAS USED BUT THAT CHRISTIE DID MENTION THAT THEY HAD ALSO BEATEN DEGEUS IN THE HEAD WITH A BASEBALL BAT, DUE TO THAT FACT THAT DEGEUS WAS STILL "GURGLING." CHERRYL FURTHER STATED THAT CHRISTIE MENTIONED THAT ANGIE AND HONKEN HAD HAD TO CLEAN UP DEGEUS' CAR WITHOUT SAYING WHAT TYPE OF CAR DEGEUS WAS DRIVING.

CHERRYL WENT ON TO STATE THAT CHRISTIE MENTIONED THAT ANGIE HAD SAID THAT TERRY DEGEUS WAS KILLED DUE TO THE FACT THAT THEY WANTED HIM OUT OF THE WAY BECAUSE DEGEUS HAD BEEN STALKING ANGIE AND "BUGGING HER."

CASE: 9605382
INTERVIEW – <u>CHERRYL JEAN BACHMAN</u> – (CON'T)

CHERRYL STATED THAT CHRISTIE ALSO MENTIONED THAT CHRISTIE TOLD ANGIE THAT CHRISTIE DID NOT WANT TO KNOW WHAT HAD HAPPENED TO TERRY DEGEUS'S BODY.

CHERRYL STATED THAT SHE DID NOT HAVE ANY INFORMATION AS TO WHERE OR WHEN ANGIE AND CHRISTIE HAD HAD THIS CONVERSATION.

CHERRYL WENT ON TO STATE THAT CHRISTIE ALSO MENTIONED THE FOUR PEOPLE THAT WERE MISSING FROM MASON CITY WITH CHRISTIE SEEMING TO KNOW DETAILS, BUT ALSO ACTING RELUCTANT TO TALK ABOUT THESE DETAILS.

CHERRYL REMEMBERED THAT CHRISTIE MENTIONED SOMETHING ABOUT HONKEN AND ANGIE TAKING LORI (PHONETIC) DUNCAN AND GREG NICHOLSON (PHONETIC) FIRST AND THEN TAKING THE TWO CHILDREN. CHERRYL FURTHER REMEMBERED CHRISTIE MENTIONING SOMETHING ABOUT A SCHOOL BEING INVOLVED.

CHERRYL STATED THAT CHRISTIE MENTIONED THAT ALL FOUR OF THESE MISSING PERSONS FROM MASON CITY WERE SHOT, WITH THE MOTHER BEING SHOT MORE THAN ONCE WHILE TRYING TO PROTECT HER CHILDREN.

CHERRYL STATED THAT CHRISTIE WAS VERY UPSET ABOUT THE TWO CHILDREN BEING KILLED, WITH CHRISTI STATING THAT THE CHILDREN HAD NOT DONE ANYTHING.

CHERRYL STATED THAT CHRISTIE DID NOT MENTION WHERE THESE FOUR BODIES WERE CURRENTLY LOCATED.

CHERRYL STATED THAT CHRISTIE DID MENTION THAT THE FOUR MURDERS IN MASON CITY WERE DRUG RELATED IN ORDER TO KEEP DUNCAN AND/OR NICHOLSON FROM TESTIFYING AGAINST DUSTIN HONKEN.

CHERRYL STATED THAT SHE HAS NOT TALKED TO CHRISTIE GAUBATZ SINCE THE TIME APPROXIMATELY A YEAR AGO WHEN THEY HAD THIS CONVERSATION. CHERRYL STATED THAT SHE DID TRY TO TALK CHRISTIE INTO SHARING THIS INFORMATION WITH THE POLICE WITH CHRISTIE REFUSING DUE TO THE FACT THAT SHE WAS "SCARED TO DEATH."

CHERRYL REMEMBERED THAT CHRISTIE ALSO MENTIONED THAT ANGIE JOHNSON WAS HAVING NIGHTMARES ABOUT THE KILLINGS AND NEEDED TO TALK. CHERRYL AGAIN STATED THAT CHRISTIE AND ANGIE JOHNSON WERE BEST FRIENDS AT THE TIME.

CHERRYL STATED THAT CHRISTIE MENTIONED THAT CHRISTIE HAD ALSO TOLD THIS INFORMATION TO HER HUSBAND SCOTT, AND THAT SCOTT HAD FORBID CHRISTIE FROM EVER SEEING ANGIE AGAIN.

CASE: 9605382
INTERVIEW – <u>CHERRYL JEAN BACHMAN</u> – (CON'T)

CHERRYL STATED THAT CHRISTIE MENTIONED THAT ANGIE HAD CALLED CHRISTIE ONCE AND HAD ASKED IF CHRISTIE WAS AVOIDING HER AND HAD ALSO ASKED IF CHRISTIE HAD TOLD ANYONE ABOUT THE INFORMATION THAT ANGIE HAD SHARED.

IN RESPONSE TO QUESTIONING. CHERRYL STATED THAT SHE DID NOT HAVE A BIT OF DOUBT THAT CHRISTIE WAS TELLING THE TRUTH ABOUT WHAT ANGIE HAD TOLD HER.

CHERRYL STATED THAT SHE DOES NOT BELIEVE THAT CHRISTIE KNOWS WHERE THE BODIES ARE LOCATED, DUE TO THE FACT THAT CHRISTIE DIDN'T WANT TO KNOW.

CHERRYL STATED THAT SHE DID NOT HAVE ANY MORE INFORMATION ABOUT WHERE THE GUN OR THE BASEBALL BAT WERE CURRENTLY LOCATED.

PRIOR TO THE DISAPPEARANCES, CHERRYL STATED THAT SHE DID NOT KNOW GREG NICHOLSON OR LORI DUNCAN AT ALL, BUT KNEW TERRY DEGEUS WELL. CHERRYL STATED THAT SHE HAD BEEN FRIENDS WITH DEGEUS FOR YEARS AND REMEMBERED THAT IN 1991 OR 1992 CHERRYL HAD GONE WITH TERRY DEGEUS TO A PARK LOCATED OUTSIDE OF FOREST CITY TO MEET WITH AN INDIVIDUAL SO THAT DEGEUS COULD GIVE THIS INDIVIDUAL "A BIG WAD OF MONEY." CHERRYL FURTHER STATED THAT AFTER DUSTIN HONKEN'S PHOTOGRAPH APPEARED IN THE NEWSPAPER CHERRYL RECOGNIZED DUSTIN AS BEING THE GUY IN THE PARK TO WHOM DEGEUS HAD GIVEN THE MONEY.

CHERRYL STATED THAT SHORTLY AFTER THIS AFOREMENTIONED EPISODE IN THE PARK DEGEUS TOLD CHERRYL NOT TO COME AROUND HIM ANYMORE DUE TO

THE FACT THAT DEGEUS DID NOT WANT TO PUT CHERRYL'S LIFE NOR THE LIVES OF CHERRYL'S KIDS IN DANGER.

CHERRYL STATED THAT HER CONVERSATION WITH CHRISTIE ABOUT THE MISSING PERSONS LASTED APPROXIMATELY TWO HOURS.

CHERRYL STATED THAT CHRISTIE WAS AFRAID OF BOTH ANGIE JOHNSON AND DUSTIN HONKEN.

CHERRYL AGAIN STATED THAT CHRISTIE'S HUSBAND, SCOTT, KNEW THIS MISSING PERSON INFORMATION AS WELL, WITH CHERRYL REMEMBERING SCOTT CALLED ANGIE "THE EVIL WOMAN."

CHERRYL WAS ASKED WHO ELSE SHE HAD SHARED THE MISSING PERSON INFORMATION WITH. CHERRYL STATED THAT SHE HAS TOLD HER HUSBAND, KEVIN, HER AUNT, CONNIE BARLOW, AND HER COUNSELOR, TOM LANG, WHO WORKS AT THE MENTAL HEALTH CENTER IN MASON CITY.

CHERRYL STATED THAT SHE HAS KNOWN ANGIE JOHNSON FOR A LONG TIME, FURTHER STATING THAT ANGIE HAD HAD AN AFFAIR WITH CHERRYL'S EX-HUSBAND, CLARK CONROY, APPROXIMATELY 12 OR 13 YEARS AGO.

CASE: 9605382
INTERVIEW – <u>CHERRYL JEAN BACHMAN – (CON'T)</u>

HAVING NOTHING FURTHER TO ADD, THE INTERVIEW WAS CONCLUDED AT

APPROXIMATELY 10:47 A.M.

END OF INTERVIEW

END OF DOCUMENT