# 59

Case 3:10-cv-03074-LTS-KEM    Document 19-59    Filed 06/06/11    Page 1 of 6

Bates R686

# IOWA DIVISION OF CRIMINAL INVESTIGATION

| | | | |
|---|---|---|---|
| **INTERVIEW:** | | **CASE: 9309932** | |
| | | **TYPED BY: SHARON** | |
| **NAME:** | SHERRI LYNN KUNKEL | | |

**ADDRESS:** Redacted

Redacted

**SEX:** FEMALE

**RACE:**

**BIRTH DATE:** Redacted

**SOC SEC#:** Redacted

**EMPLOYMENT:** WINNEBAGO INDUSTRIES

**OCCUPATION:** LABORER

**PHONE: (RES)** Redacted

**(BUS):** Redacted

**DATE:** FEBRUARY 15, 1994

**TIME:** 12:43 P.M.

**PLACE:** WINNEBAGO INDUSTRIES, FOREST CITY

**CASE AGENT:** SPECIAL AGENT WILLIAM BASLER

**BY:** SPECIAL AGENT BASLER; DEPUTY SCOTT DODD

**DATE DICTATED:** FEBRUARY 24, 1994

**PURPOSE:** THE PURPOSE OF THIS INTERVIEW WAS TO ASCERTAIN INFORMATION FROM KUNKEL IN REGARD TO TERRY DEGEUS.

2

DURING THE INTERVIEW, KUNKEL STATED THAT SHE WAS EMPLOYED IN THE DOOR DEPARTMENT AT WINNEBAGO INDUSTRIES.

KUNKEL STATED THAT SHE HAS KNOWN TERRY DEGEUS APPROXIMATELY EIGHT YEARS, HAVING MET DEGEUS AT APPROXIMATELY THE SAME TIME THAT SHE MET HER HUSBAND.

KUNKEL RECALLED THAT TERRY DEGEUS HAD COME TO THEIR HOME IN CRYSTAL LAKE ON TUESDAY OR WEDNESDAY NIGHT, THE WEEK PRIOR TO DEGEUS'S DISAPPEARANCE.  KUNKEL STATED THAT DEGEUS WAS ALONE THAT EVENING AND HAD JUST STOPPED TO VISIT. STAYING ONLY 10 OR 15 MINUTES.

KUNKEL STATED THAT SHE DID NOT REALLY CARE FOR DEGEUS SO SHE DID NOT STAY AROUND HIM THAT MUCH THAT EVENING AT THEIR RESIDENCE, BUT DOES RECALL THAT DEGEUS WAS TALKING ABOUT AN INVESTIGATION THAT PEOPLE WERE BEING QUESTIONED ABOUT.

KUNKEL STATED THAT ONE OR TWO DAYS LATER,  RHONDA HANSON AND MISSY BAKER STOPPED BY THEIR RESIDENCE ASKING IF THEY HAD SEEN DEGEUS, INDICATION THAT DEGEUS HAD BEEN GONE A COUPLE OF DAYS.

3

KUNKEL STATED THAT HER FRIEND ANGIE JOHNSON HAD TOLD

KUNKEL THAT ONE EVENING WHEN ANGIE GOT OFF WORK AT THE

MASON

4

BATES R687

CASE: 9399032

INTERVIEW- SHERRI LYNN KUNKEL – (CON'T)

CITY COUNTRY CLUB, A BLUE CAR WAS WAITING IN THE PARKING LOT FOR HER AND IT WAS TERRY DEGEUS. ANGIE WENT ON TO RELATE THAT TERRY WAS UPSET THAT EVENING DUE TO THE FACT THAT ANGIE WAS PREGNANT AND THAT DEGEUS HAD MADE COMMENT THAT HE WOULD BE BETTER OFF IF HE WAS GONE OR DEAD.

KUNKEL STATED THAT TERRY DEGEUS USED TO STOP AT ANGIE'S CLEAR LAKE RESIDENCE WHEN SHERRI WAS LIVING THERE AND THEY WOULD HAVE CALL THE POLICE IN ORDER TO GET HIM TO LEAVE.

IN RESPONSE TO QUESTIONING, KUNKEL STATED THAT ANGIE JOHNSON DID NOT MENTION IF SHE AND DEGEUS HAD TALKED ABOUT THE FEDERAL GRAND JURY THAT EVENING IN THE COUNTRY CLUB PARKING LOT.

KUNKEL STATED THAT SHE HAS NOT TALKED TO ANGIE JOHNSON ABOUT DEGEUS SINCE THAT TIME.

IN RESPONSE TO QUESTIONING, KUNKEL STATED THAT SHE WAS NOT AWARE THAT DUSTIN HONKEN WAS UNDER INVESTIGATION FOR DRUG DISTRIBUTION. KUNKEL STATED THAT SHE HAD JUST ASSUMED THAT ANGIE HAD TO GO TO THE CEDAR RAPIDS GRAND JURY BECAUSE OF TERRY DEGEUS.

KUNKEL STATED THAT IN HER OPINION, DEGEUS JUST TOOK OFF DUE TO HIS VARIOUS PROBLEMS.

KUNKEL STATED THAT SHE HAS HEARD RUMORS ABOUT TERRY DEGEUS BEING INVOLVED WITH DRUGS, FURTHER STATING THAT SHE HAS NEVER SEEN ANGIE JOHNSON USE DRUGS.

HAVING NOTHING FURTHER TO ADD, THE INTERVIEW WAS CONCLUDED AT APPROXIMATELY 1:00 P.M.

END OF INTERVIEW

END OF DOCUMENT