**60**

1

Bates R688

# IOWA DIVISION OF CRIMINAL INVESTIGATION
## DEPARTMENT OF PUBLIC SAFETY

| | | |
|---|---|---|
| **INTERVIEW:** | | **CASE: #9605340** |
| | | **TYPED BY:** |
| **NAME:** | SHERRI LYNN KUNKEL | |
| **ADDRESS:** | Redacted | |
| **SEX:** | FEMALE | |
| **RACE:** | CAUCASIAN | |
| **BIRTH DATE:** | Redacted | |
| **SOC SEC#:** | Redacted | |
| **EMPLOYMENT:** | WINNEBAGO INDUSTRIES | |
| **OCCUPATION** | LABORER | |
| **PHONE: (RES)** | Redacted | |
| **(BUS):** | | |
| **DATE:** | APRIL 10, 1997 | |
| **TIME:** | 9:10 A.M. | |
| **PLACE:** | WINNEBAGO INDUSTRIES | |
| **BY:** | SPECIAL AGENT LORI LEWIS (DNE) | |
| | SPECIAL AGENT BILL BASLER (DCI) | |

DATE DICTATED: APRIL 11, 1997

PURPOSE:  FRIEND OF TERRY DEGUES; LIVED WITH ANGIE

JOHNSON

2

████████████████

████████████████

## SYNOPSIS

████████████████

KUNKEL INDICATED SHE MET DEGUES THROUGH HER HUSBAND, TERRY. SHE HAS KNOWN DEGUES FOR APPROXIMATELY TEN YEARS. KUNKEL STATED HE WAS IN THEIR WEDDING BUT SHE NEVER REALLY CARED FOR HIM. SHE INDICATED SHE WAS AFRAID OF HIM. WHEN SHERRI MET DEGUES, HE WAS MARRIED TO WENDY.

████████████████

SHERRI INDICATED SHE WAS ORIGINALLY FROM FOREST CITY AND DID NOT GROW UP WITH DEGUES. SHERRI STATED SHE ACTUALLY KNEW ANGIE BETTER THAN DEGUES. KUNKEL WAS DATING DAVE NEIMAN AND WAS INTRODUCED TO ANGIE THROUGH HIM.

████████████████

3

BATES R689

CASE #9605340

EXHIBIT #  ' – PAGE 2

KUNKEL STATED ANGIE WAS JUST AN ACQUAINTANCE AND IT TOOK A LONG TIME TO GET TO KNOW HER.  SHE DESCRIBED ANGIE AS A HARD PERSON TO GET TO KNOW.  ANGIE DOES NOT LIKE OR TRUST ANYONE AND IS DETERMINED TO RUN HER OWN LIFE.

KUNKEL THOUGHT ANGIE AND DEGUES MAY HAVE MET AT THE KUNKEL'S WEDDING.  ACCORDING TO KUNKEL,  DEGUES PROBABLY JUST STARTED GOING TO THE BAR ANGIE OWNED IN FOREST CITY. KUNKEL WAS UNAWARE ANGIE AND DEGUES HAD STARTED DATING UNTIL THEY JUST SHOWED UP TOGETHER AT THE KUNKEL RESIDENCE ONE EVENING.

KUNKEL INDICATED SHE HAD LIVED WITH ANGIE AT HER RESIDENCE ON S. 19TH STREET IN CLEAR LAKE FOR APPROXIMATELY EIGHT MONTHS.  KUNKEL RECALLED HER LIVING WITH JOHNSON IN 1992 AS KUNKEL'S SON TURNED THREE YEARS OLD WHILE THEY WERE AT JOHNSON'S. HER SON IS NOW EIGHT.  KUNKEL COULD NOT SAY IF JOHNSON AND DEGUES WERE ACTUALLY DATING AT THE TIME.  SHE

4

DESCRIBED ANGIE AS BEING THE TYPE TO ENJOY STAYING HOME. DEGUES WOULD COME OVER TO THE HOUSE ON OCCASION.

KUNKEL WAS PRESENT ON OCCASIONS WHEN CALLS WERE MADE TO THE CLEAR LAKE POLICE DEPARTMENT TO HAVE DEGUES REMOVED OR TO MAKE A REPORT OF HARASSING CALLS BY HIM.

DURING THE TIME SHE LIVED WITH JOHNSON, ANGIE WAS ALSO DATING MARTIN COLE. KUNKEL INDICATED HE WOULD OCCASIONALLY SPEND THE NIGHT WITH JOHNSON. KUNKEL WAS AWARE COLE WAS MARRIED AND THAT HIS WIFE, CHRISTI, INITIALLY HATED JOHNSON BUT THEY LATER BECAME GOOD FRIENDS.

KUNKEL STATED JOHNSON WAS NOT YET DATING HONKEN WHEN SHE AND ANGIE WERE LIVING TOGETHER. THE FIRST TIME KUNKEL RECALLS MEETING HONKEN WAS THAT THE BABY SHOWER FOR MEAVEA THAT WAS GIVEN BY ANGIE'S CO-WORKERS AT THE MASON CITY COUNTRY CLUB. KUNKEL IS NOT AWARE HOW ANGIE AND HONKEN MET.

KUNKEL INDICATED SHE MOVES OUT OF ANGIE'S RESIDENCE AND INTO A TRAILER IN FOREST CITY AS SHE NO LONGER WANTED TO LIVE

WITH ANGIE. KUNKEL DESCRIBED ANGIE'S LIFESTYLE AS "TOO EXCITING" FOR HER, REFERRING TO THE PROBLEMS WITH DEGUES.

ACCORDING TO KUNKEL, ANGIE NEVER REALLY EXPRESSED ANY FEAR OF DEGUES AND IN FACT, ALMOST SEEMED TO THRIVE ON HIS ATTENTION. KUNKEL RECALLED INSTANCES WHERE THE DOORBELL WOULD RING IN THE MIDDLE OF THE NIGHT, KUNKEL WOULD ANSWER THE DOOR AND FIND FLOWERS LEFT THERE BY DEGUES FOR ANGIE.

ANGIE WOULD TELL KUNKEL THAT DEGUES WAS DOING ALL SORTS OF THINGS TO HER BUT KUNKEL DID NOT GET THE IMPRESSION ANGIE WAS DOING VERY MUCH TO STOP HIS ADVANCES. KUNKEL STATED SHE THOUGHT ANGIE LIKE TO "LIVE ON THE EDGE."

6

BATES R690

CASE # 9605340

EXHIBIT #   - PAGE 3

KUNKEL WAS TOLD BY ANGIE THAT SHE HAD TAPES OF CONVERSATIONS WITH DEGUES THAT WERE TURNED OVER TO THE POLICE.  KUNKEL IS NOT AWARE WHAT THE TAPES CONTAINED, OR IF THIS REALLY HAPPENED.

KUNKEL STATED SHE AND ANGIE HAVE NOT TALKED VERY MUCH SINCE KUNKEL MOVED FROM ANGIE'S RESIDENCE.  KUNKEL TOLD HER AT THAT TIME THAT SHERRI AND HER HUSBAND WERE TRYING TO GET BACK TOGETHER, WHICH ANGIE DID NOT LIKE.  ANGIE WANTED KUNKEL TO BE HER FRIEND AND NO ONE ELSE'S.  ANGIE WAS DESCRIBED AS BEING VERY  POSSESSIVE AND MANIPULATIVE.

ANGIE WOULD TELL KUNKEL THAT DEGUES HAD BEATEN HER UP BUT KUNKEL NEVER SAY ANY PHYSICAL SIGNS OF THE ABUSE.  KUNKEL STATED THAT, AT THE TIME, SHE JUST BELIEVED WHATEVER ANGIE TOLD HER.

KUNKEL WAS AWARE ANGIE DID CRANK AS ANGIE WOULD SOMETIMES SHARE THE DRUG WITH KUNKEL.

7

IN RESPONSE TO QUESTIONING, KUNKEL STATED JOHNSON GAVE HER CRANK ON THREE OR FOUR OCCASIONS AND IT WAS ONLY PERSONAL USE QUANTITIES.

KUNKEL INDICATED ANOTHER FRIEND OF ANGIE'S IS TERRIE ELIASON OF CLEAR LAKE. KUNKEL WAS AWARE ELIASON HAD BEEN IN TREATMENT AND THUS WOULD NEVER USE ANY DRUGS. ELIASON WAS A FREQUENT VISITOR TO THE JOHNSON HOME.

IN RESPONSE TO QUESTIONING, KUNKEL WAS NOT AWARE HONKEN WAS IN ANY LEGAL TROUBLE PRIOR TO HIS ARREST IN 1996. WHEN SHE HEARD ABOUT THE ARREST, KUNKEL STATED SHE COULD NOT BELIEVE IT AS THE LAST SHE KNEW, HONKEN WAS LIVING WITH JOHNSON.

ON ONE OCCASION, KUNKEL HAD HEARD A RUMOR ABOUT HONKEN HAVING BEEN INVOLVED IN A BANK ROBBERY WITH HIS FATHER. KUNKEL WENT TO ANGIE AND ASKED IF IT WAS TRUE. HONKEN WAS THERE AND ANGIE LAUGHED AND TOLD KUNKEL IT WAS NOT. KUNKEL KNEW AT THAT POINT JOHNSON WAS LYING TO HER.

8

IN RESPONSE TO QUESTIONING, KUNKEL THOUGHT ANGIE HAD TO TESTIFY BEFORE THE GRAND JURY. KUNKEL SEEMED TO RECALL ANGIE MENTIONING SOMETHING TO HER ABOUT HAVING TO TESTIFY. ANGIE DID NOT SEEM UPSET ABOUT HAVING TO TESTIFY AND IN FACT SEEMED "COCKY" ABOUT IT.

KUNKEL INDICATED ANGIE WOULD BE ONE TO FIGHT AND THAT SHE WAS A FORMER STRIPPER.

9

BATES R691

CASE #9605340

EXHIBIT# - PAGE 4

KUNKEL STATED SHE WOULD STOP AT ANGIE'S AFTER KUNKEL

YOUNGEST SON WAS BORN IN AN ATTEMPT TO REKINDLE THEIR

FRIENDSHIP.  ANGIE WAS "DIFFERENT"  AFTER SHE BEGAN DATING

HONKEN AND NO LONGER SEEMED INTERESTED IN A FRIENDSHIP WITH

KUNKEL.

AS KUNKEL HAD NOTHING FURTHER TO ADD, THE INTERVIEW WAS

CONCLUDED AT 9:50 A.M.

END OF DOCUMENT