**61**

BATES 706

# DIVISION OF NARCOTICS ENFORCEMENT
## DEPARTMENT OF PUBLIC SAFETY
### EXHIBIT

| INTERVIEW | | CASE #9605340 |
|---|---|---|
| NAME: | HOLLY JUSTINE JOHNSON | TYPED BY: |

ADDRESS:  ███ ████ Redacted

████████████

SEX: FEMALE

RACE: CAUCASIAN

BIRTH DATE: Redacted

██  ██████

EMPLOYMENT: AMI-CARE

OCCUPATION: HOME HEALTH-CARE AID

PHONE: (RES) ████████ Reda

(BUS):

DATE: FEBRUARY 17, 1997

TIME: 2:00 P.M.

PLACE: FOREST CITY POLICE DEPARTMENT, FOREST CITY, IOWA

BY: SPECIAL AGENT LORI LEWIS (DNE)

SPECIAL AGENT BILL BASLER (DCI)

DATE DICTATED: MARCH 3, 1997

PURPOSE: SISTER OF ANGIE JOHNSON

## SYNOPSIS

HOLLY STATED THAT SHE LIVED WITH JOHNSON FOR A PERIOD OF TIME, MOVING OUT APPROXIMATELY TWO YEARS AGO. ACCORDING TO HOLLY, SHE AND ANGIE HAVEN'T SPOKEN MUCH SINCE. HOLLY LIVED WITH ANGIE FOR APPROXIMATELY SIX MONTHS IN 1994.

IN RESPONSE TO QUESTIONING, HOLLY STATED ANGIE'S RELATIONSHIP WITH DEGUES WAS PHYSICALLY ABUSIVE. SHE STATED DEGUES WAS CONSTANTLY BEATING ON ANGIE. HOLLY INDICATED SHE NEVER ACTUALLY SAW HIM HIT ANGIE, BUT "SAW THE AFTERMATH."

2

CASE #9605340

**BATES A707**

EXHIBIT # ___ - PAGE 2

IN RESPONSE TO QUESTIONING, HOLLY WAS NOT AWARE OF ANGIE HAVING ANY DRUG RELATIONSHIP WITH DEGUES.

HOLLY STATED SHE DID NOT KNOW HOW ANGIE MET HONKEN AND IS NOT AWARE WHEN ANGIE BEGAN SEEING HONKEN.

HOLLY DESCRIBED HONKEN AS BEING A VERY SMART INDIVIDUAL AND A GOOD FATHER. SHE STATED SHE HAS NEVER KNOWN HONKEN TO HAVE A TEMPER.

HOLLY STATED SHE DID NOT KNOW IF THERE WAS AN ASSOCIATION BETWEEN DEGUES AND HONKEN OR IF THEY EVEN KNEW EACH OTHER.

HOLLY STATED SHE WAS NOT AWARE IF DEGUES CARRIED A GUN BUT STATED ANGIE WOULD NEVER CARRY A GUN AS SHE HAS CHILDREN.

ACCORDING TO HOLLY, JOHNSON AND HONKEN HAD A NORMAL RELATIONSHIP AND BOTH LOVE MARVEA VERY MUCH.

IN RESPONSE TO QUESTIONING, HOLLY SAW THE REPORT OF THE RAID ON HONKEN'S HOUSE ON TELEVISION AND ASKED ANGIE ABOUT IT. ANGIE TOLD HER IT WAS "BULLSHIT" BUT GAVE NE EXPLANATION WHY THE CHEMICAL, ETC. WERE AT THE RESIDENCE.

HOLLY IS NOT AWARE OF ANY DRUG ASSOCIATION BETWEEN HONKEN AND ANGIE.

JOHNSON TOLD HOLLY THAT KATHY WAS "PSYCHO" AND WAS TAKING PROZAC. HOLLY STATED SHE HAS NEVER MET KATHY.

HOLLY STATED ANGIE NEVER TALKED WITH HER ABOUT DEGUES' DISAPPEARANCE. SHE DID STATED ANGIE WAS WORRIED AND THAT SOMEONE ANGIE WAS SCARED OF WAS SUDDENLY NO LONGER AROUND. ANGIE NEVER GAVE HOLLY ANY KIND OF OPINION AS TO WHAT HAPPENED TO DEGUES.

HOLLY STATED DEGUES COULD BE "IN A PIT OR IN CANADA, WHO KNOWS?" HOLLY WAS THEN ASKED IF SHE EVER MADE THE STATEMENT DEGUES WAS IN A PIT BETWEEN MASON CITY AND DES MOINES, HOLLY RESPONDED "THAT DEPENDS ON WHO SAID I MADE THE STATEMENT."

HOLLY KNOWS HONKEN IS IN PRISON AWAITING TRIAL. ANGIE HAS GIVEN NO INDICATION THAT ANGIE IS FEARFUL SHE MAY GET INVOLVED WITH HONKEN'S CHARGES.

CASE #9605340
EXHIBIT # ___ - PAGE 3

IN RESPONSE TO QUESTIONING, HOLLY STATED SHE HAS A SISTER NAMED WENDY JACOBSON WHO LIVES IN RICHARDSON, TEXAS; AND A SISTER NAMES JAMIE HAYES WHO LIVES IN FAIRBAULT, MINNESOTA.

IN RESPONSE TO QUESTIONING, HOLLY STATED SHE LAST SPOKE WITH ANGIE A COUPLE OF DAYS AGO.

HOLLY STATED SHE DID NOT KNOW NICHOLSON AND HAD NOT HEARD AVOUT HIM MISSING.

IN RESPONSE TO QUESTIONING, HOLLY STATED SHE WOULD NEVER THINK HONKEN WAS THE "KIND OF GUY WHO WOULD WHACK SOMEONE AND ANGIE IS NOT THE KIND OF GIRL TO HELP."

IN RESPONSE TO QUESTIONING, HOLLY STATED SHE HAS NEVER HEARD OF PATTY PACA.

HOLLY STATED SHE WAS AWARE OF THE SEARCH WARRANT EXECUTED AT ANGIE'S RESIDENCE IN CLEAR LAKE LAST SUMMER. ANGIE HAD TOLD HER MOTHER, WHO IN TURN TOLD HOLLY. HOLLY WAS NOT GIVEN ANY DETAILS AS TO WHAT THE POLICE WERE LOOKING FOR.

HOLLY STATED SHE KNEW THE POLICE WERE IN ANGIE'S APARTMENT IN DES MOINES BUT DOES NOT KNOW THE DATE.

IN RESPONSE TO QUESTIONING, HOLLY STATED SHE CALLED ANGIE AND TOLD HER ABOUT HER APPOINTMENT TO BE INTERVIEWED TODAY. ANGIE ASKED WHY SHE WAS BEING INTERVIEWED BUT DID NOT SEEM UPSET BY IT. IN REFERENCE TO ANGIE HAVING A TEMPER, HOLLY STATED ANGIE'S TEMPER IS "PROBABLY NO WORSE THAN ANYONE ELSE'S."

HOLLY INDICATED SHE LAST SPOKE WITH HONKEN TWO YEARS AGO AND THEY WERE NOT FRIENDS. HOLLY STATED SHE ONLY KNEW HONKEN THROUGH THE RELATIONSHIP HE HAD WITH HER SISTER. HOLLY STATED SHE THOUGHT HE WAS "AN ALL RIGHT GUY."

IN RESPONSE TO QUESTIONING, HOLLY STATED SHE DID NOT KNOW HER SISTER'S TELEPHONE NUMBER IN TEXAS AND WOULD TELL US IF SHE KNEW.

4

HOLLY STATED SHE KNEW HONKEN WAS LIVING WITH ANGIE AND THAT HE HAS LIVED IN ARIZONA FOR A PERIOD OF TIME. HOLLY WAS NOT AWARE OF HONKEN'S PREVIOUS LEGAL PROBLEMS.

HOLLY STATED WHEN SHE WAS LIVING WITH ANGIE, HONKEN WAS WORKING AT GENERAL FOODS AND ANGIE WAS WORKING AT THE MASON CITY COUNTRY CLUB. MARVEA WAS APPROXIMATELY FOUR MONTHS OLD AT THE TIME. HOLLY INDICATED DEGUES WAS NOT AROUND AT ALL DURING THE TIME SHE WAS LIVING WITH ANGIE.

BATES A709

CASE #9605340
EXHIBIT # ___ - PAGE 4

AS HOLLY HAD NOTHING FURTHER TO ADD, THIS INTERVIEW WAS

CONCLUDED AT 2:25 P.M.

END OF DOCUMENT