# 64

## IOWA DIVISION OF CRIMINAL INVESTIGATION
### DEPARTMENT OF PUBLIC SAFETY

INTERVIEW:                                    CASE# 9605382
                                              TYPED BY: JANA/9742

NAME:           RICHARD LEROY SUMMERS

ADDRESS:        Redacted

                Redacted

SEX:            MALE

RACE:           CAUCASIAN

BIRTH DATE:     Redacted

SOC SEC#:       Redacted

EMPLOYMENT:     KINSETH PLUMBING AND HEATING, BELMOND

OCCUPATION:     PLUMBER

PHONE: (RES)    Redacted

       (BUS):   Redacted

DATE:           5/12/2000

TIME:           9:06 AM

PLACE:          MASON CITY DCI OFFICE

CASE AGENT / GEO:    S/A WILLIAM BASLER

BY:                  S/A BASLER & S/A JOHN GRAHAM

DATE DICTATED:       5/23/2000

PURPOSE:        ASCERTAIN INFORMATION REGARDING ANGELA JOHNSON

2

## SYNOPSIS

DURING THE INTERVIEW, SUMMERS STATED THAT HE HAS BEEN WORKING FOR KINSETH PLUMBING AND HEATING SINCE NOVEMBER, 1998.   SUMMERS FURTHER STATED THAT HE WAS LIVING WITH HIS GIRLFRIEND,  JOYCE SCHWICTENBERG AND SUMMERS'S TWO YOUNG SONS.

SUMMERS STATED THAT HE FIRST MET ANGIE JOHNSON A LONG TIME AGO,  FURTHER STATING THAT  HE GOT TO KNOW HER WELL DURING THE SUMMER OF 1997,  WHILE RICK WAS LIVING AT 21436 400TH ST.,  ALONE, WITH HER TWO CHILDREN.   SUMMERS THEN CORRECTED HIMSELF AND STATED THAT ANGIE JOHNSON HAD MOVED FROM DES MOINES TO SUMMER'S

3

BATES A1133

CASE # 9605382

INTERVIEW- RICHARD LEROY SUMMERS- (CON'T)

RESIDENCE, AND AFTER MOVING OUT, MOVED INTO A HOUSE OF HER OWN IN FOREST CITY, SUMMERS STATED THAT ANGELA LIVED WITH RICK FROM OCTOBER 1997 UNTIL JANUARY OR FEBRUARY 1998, FURTHER STATING THAT WHEN ANGELA MOVED OUT, "THINGS WEREN'T GOING TOO GOOD" BETWEEN THE TWO OF THEM, DUE TO BOTH PEOPLE USING METHAMPHETAMINE. SUMMERS STATED THAT HE NEVER MET DUSTIN HONKEN, BUT FURTHER STATED THAT ANGIE TALKED ABOUT DUSTIN A LOT. SUMMERS STATED THAT HE WAS AWARE THAT DUSTIN WAS GOING THROUGH THE COURT PROCESS AT THE TIME, AND WAS INCARCERATED IN THE COUNTY JAIL IN SIOUX CITY, BEING ARRESTED FOR COOKING METHAMPHETAMINE.

SUMMERS STATED THAT HE WAS AWARE THAT DUSTIN WAS A SUSPECT IN THE MISSING PERSONS CASE IN MASON CITY, HAVING READ THIS INFORMATION IN THE NEWSPAPER. SUMMERS ALSO STATED THAT HE KNEW ABOUT ANGIE'S INVOLVEMENT WITH TERRY DEGUES, PRIOR TO SUMMERS AND ANGIE GETTING INVOLVED. SUMMERS STATED THAT HE ALWAYS ASSUMED THAT TERRY WAS A SUSPECT IN A DRUG SELLING OPERATION, AND PROBABLY TOOK OFF, TO AVOID PROSECUTION.

4

SUMMERS STATES THAT ANGELA JOHNSON NEVER SAID ANYTHING TO HIM ABOUT ANGELA BEING INVOLVED WITH, OR KILLING THE PEOPLE THAT WERE MISSING.

SUMMERS STATED THAT OTHER THAN DEGEUS, SUMMERS DID NOT KNOW ANY OF THE OTHER PERSONS THAT WERE MISSING.

SUMMERS STATED THAT ANGIE NEVER MENTIONED THAT ANGIE HAD OWNED A GUN, BUT SUMMERS FURTHER STATED THAT HE THINKS THE POLICE SEARCHED SUMMER'S RESIDENCE, THINKING, "IF SHE HAD A GUN, HE HAD A GUN".

SUMMERS STATED THAT ANGIE JOHNSON NEVER MENTIONED GREG NICHOLSON, LORI DUNCAN, OR THE TWO LITTLE GIRLS THAT WERE MISSING, OTHER THAN TO SAY THAT THEY WERE MISSING, AND THAT THE POLICE THOUGHT THAT ANGIE WAS INVOLVED WITH THEIR DISAPPEARANCE. SUMMERS FURTHER STATED THAT ANGIE JOHNSON NEVER MENTIONED TERRY DEGUES, OTHER THAN TO ALSO MENTION THAT HE WAS MISSING, AND THAT THE POLICE SUSPECTED ANGIE IN HIS DISAPPEARANCE AS WELL.

SUMMERS STATED THAT HE KNEW PERSONALLY THAT TERRY DEGEUS USED TO BEAT ANGIE JOHNSON, FURTHER STATING THAT HE DID NOT WITNESS IT, BUT "SAW THE AFTERMATH", WHICH INCLUDED A BUSTED UP

FACE AND BLACK EYES.  SUMMERS STATED THAT THIS WAS WHEN ANGIE AND

TERRY WERE DATING, AS LONG AS TEN YEARS AGO.

Case 3:10-cv-03074-LTS-KEM     Document 19-64     Filed 06/06/11     Page 6 of 12

6

BATES A1134

CASE# 9605382

INTERVIEW- RICHARD LEROY SUMMERS – (CON'T)

SUMMERS STATED THAT HIS RELATIONSHIP WITH ANGIE STARTED WHEN ANGIE WAS LIVING IN DES MOINES, AND HAD RETURNED TO CLEAR LAKE FOR A WEEKEND. SUMMERS STATED THAT THEY EVENTUALLY STARTED CALLING EACH OTHER, BACK AND FORTH.

SUMMERS STATED THAT HE HAS STAYED IN DES MINES AT ANGIE JOHNSON'S APARTMENT, WHICH ANGIE MENTIONED HAD BEEN SEARCHED BY THE POLICE. SUMMERS STATED THAT THE REASON GIVEN BY ANGIE FOR THIS SEARCH WAS "BECAUSE OF DUSTIN". SUMMERS STATED THAT HE DID NOT KNOW WHAT THE POLICE WERE LOOKING FOR WHEN THEY SEARCHED ANGIE'S APARTMENT, BUT ASSUMES IT WAS DRUGS.

SUMMERS STATED THAT EVENTUALLY ANGIE JOHNSON LEFT DES MOINES, AND MOVED IN WITH SUMMERS AT HIS RURAL LAKE MILLS RESIDENCE. SUMMERS STATED THAT ANGIE EVENTUALLY MOVED OUT OF HIS HOUSE, DUE TO THE FACT THAT THEY HAD BOTH AGREED TO QUIT USING DRUGS, BUT HAD BOTH STATED USING METHAMPHETAMINE AGAIN.

7

SUMMERS STATED THAT ANGIE JOHNSON'S CHILDREN WERE LIVING AT SUMMER'S RESIDENCE AS WELL, WITH SUMMERS STATING THAT THE TELEPHONE THERE WAS IN SUMMER'S NAME,  515-567-3011.  SUMMERS STATED THAT HE WAS NOT AWARE OF DUSTIN HONKEN'S PLAN TO BREAK OUT OF THE WOODBURY COUNTY JAIL,  NOR WAS HE AWARE THAT ANGIE JOHNSON WAS GOING TO HELP DUSTIN WITH HIS ESCAPE ATTEMPT.

SUMMERS STATED THAT HE WAS NOT SURE WHO ANGIE JOHNSON'S CLOSE FRIENDS WERE,  FURTHER STATING THAT MIKELL OLSON LIVED WITH ANGIE IN DES MOINES, AND ALSO WORKED WITH HER.  SUMMERS STATED THAT OTHER FRIENDS OF ANGIES' WOULD INCLUDED ANGIE'S SISTER, HOLLY. SUMMERS THEN RECALLED THAT AFTER ANGIE MOVED OUT OF SUMMER'S HOUSE, ANGIE MOVED IN WITH HOLLY FOR A MONTH OR TWO, BEFORE FINDING A PLACE OF HER OWN IN FOREST CITY.

SUMMERS STATED THAT HE KNEW TERRY DEGEUS FROM THE GOOD OLD DAYS, WHEN BOTH OF THEM WERE LIVING NEAR LELAND, IOWA. SUMMERS STATED THAT HE NEVER RECEIVED ANY DRUGS FROM TERRY DEGEUS.

IN REGARDS TO MASON CITY MISSING PERSONS, SUMMERS STATED THAT ANGIE SAID WHAT WAS IN THE PAPERS WAS "BULLSHIT",  AND FURTHER STATED THAT DUSTIN WOULD NEVER DO ANYTHING LIKE THAT.  SUMMERS

8

STATED THAT ANGIE ALSO COMMENTED THAT ANGIE DID NOT THINK THAT DUSTIN CAUSED THESE PEOPLE TO DISAPPEAR, ESPECIALLY THE CHILDREN.

SUMMERS STATED THAT HE LAST TALKED TO ANGIE JOHNSON OVER A YEAR AGO, WHEN SUMMERS SOLD HER A REFRIGERATOR. SUMMERS STATED THAT ANGIE WAS LIVING IN

9

BATES A1135

CASE # 9605382

INTERVIEW – RICHARD LEROY SUMMERS – (CON'T)

AN APARTMENT OVER THE NORTH BEACH RESTAURANT IN CLEAR LAKE AT THE TIME. SUMMERS STATED THAT HE HAS ALSO NOT TALKED TO ANGIE ON THE TELEPHONE SINCE THAT OCCASION.

SUMMERS STATED THAT HE KNEW THAT ANGIE HAD A TEMPER, BUT FURTHER STATED THAT ANGIE NEVER ACTED LIKE SHE WANTED TO HIT SUMMERS.

SUMMERS STATED THAT ANGIE DOES NOT APPEAR TO HAVE A LOT OF CLOSE FRIENDS.

SUMMERS STATED THAT THE POLICE HAD SEARCHED HIS HOME TOW YEARS AGO THIS SAME WEEKEND, AFTER ANGIE HAD ALREADY MOVED OUT. AFTER THE SEARCH, SUMMERS TOLD ANGIE THAT THE POLICE WERE LOOKING FOR A GUN, AND ANGIE RESPONDED THAT THE COPS WERE CRAZY. SUMMERS STATED HE THEN QUESTIONED ANGIE ABOUT GUNS, WITH ANGIE TELLING SUMMERS THAT ANGIES HAD NEVER HAD A GUN, WITH SUMMERS FURTHER STATING THAT HE NEVER FOUND OUT DIFFERENTLY.

10

SUMMERS STATED THAT HE WENT TO SIOUX CITY WITH ANGIE ON TWO OCCASIONS, AND WAS NOT AWARE OF ANGIE PICKING UP ANDY DRUGS DURING THOSE VISITS. SUMMERS STATED THAT HE NEVER WENT TO SOUTH SIOUX CITY WITH ANGIE, NOR DID ANYONE EVER VISIT ANGIE AT THE MOTEL WHILE THEY WERE IN SIOUX CITY. SUMMERS FURTHER STATED THAT HE IS NOT AWARE OF ANGIE VISITING WITH ANYONE, WHILE THEY WERE ON THE GAMBLING BOAT IN SIOUX CITY.

SUMMERS STATED THAT BOTH SUMMERS AND ANGIE USED TO SUPPLY EACH OTHER THE METHAMPHETAMINE.

SUMMERS STATED THAT ANGIE NEVER HAS MENTIONED KILLING ANY CURRENT WITNESSES, AGAINST DUSTIN HONKEN.

SUMMERS STATED THAT HE KNOWS TODD GRAHAM. SUMMERS STATED THAT GRAHAM WAS TRYING TO DATE ANGIE, RIGHT BEFORE SUMMERS STARTED DATING ANGIE. SUMMERS STATED THAT GRAHAM AND ANGIE NEVER DATED, BUT WERE "GOOD FRIENDS".

BATES A1136

CASE # 960382

INTERVIEW – RICHARD LEROY SUMMERS – (CON'T)

SUMMERS STATED THAT TODD GRAHAM NEVER MENTIONED BEING QUESTIONED BY THE POLICE, IN REGARDS TO ANGIE JOHNSON OR DUSTIN HONKEN.

HAVING NOTHING FURTHER TO ADD, THE INTERVIEW WAS CONCLUDED AT APPROXIMATELY 9:59 AM.