**69**

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 1 of 55

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Doctor | DATE: 2/23/04 |
| FROM: Dustin Honken | REGISTER NO.: 06951-029 |
| WORK ASSIGNMENT: | UNIT: ZA7 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Doctor,

I am on the low fat/low salt food program. Recently sugar and pepper were taken off the trays. What does sugar and pepper have to do with fat or sodium? I have high cholesterol not diabetes. If you are making it a diabetic tray, why can't they just not eat the sugar packets that are on the side anyway? And, pepper does not influence either heart disease or diabetes. Can you please have food service put back the sugar packets and pepper. Oatmeal and cereal are terrible without it!

Thank you

(Do not write below this line)

DISPOSITION:

Responses sent on 02/24/04.

| Signature Staff Member | Date |
| Herman J. Lyle Jr. MD | 02/24/04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)              This form replaces BP-148.070 dated Oct 86
                                                  and BP-S148.070 dated Oct 86

Case 3:10-cv-03074-LTS-REM    Document 19-69    Filed 06/06/11    Page 2 of 55

_Copout_

<span>[illegible heading lines]</span>

You have been added to the dental list

2 Oct 03

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 3 of 55

<u>Copout</u>

Add to diet list
↓ faf ↓ died ↓ NA
6-9-03 [signature]
F. BARGER, PA

To: P/A Welch

Date: June 8, 20[

Fr: Dustin Honken
    #06951-029
    FC-15

Dear Sir:

I have arrived at this institution recently from USP Florence, Colorado. I wish to be placed on your "Heart Healthy" diet plan as soon as possible. In lockdown situations where I am unable to self-select what to eat off the main line I have had to go on "Common Fare" usually because USP Florence did not offer a "Heart Healthy" diet plan.

Since I was young, I have had heart fibrilations if I do not diet and exercise properly. I had an echo-cardiogram and treadmill test done in 1998 while I was at CCA Leavenworth but I was transferred into the B.O.P. before I received the result. The doctor that did those tests wanted me put on one of those 24-hour heart recorders to further investigate my heart problems but it didn't get done. As of now, I am okay as long as I exercise and diet properly as it doesn't do it constantly. Please

# CONSENT TO USE OF SEROTONIN REUPTAKE INHIBITOR ANTIDEPRESSANT MEDICATION

The physician should initial numbers 1 thru 5 after discussing each with the inmate.

I, _D. MONKER_, Reg. No. _____ hereby authorize Dr. _JEANINS_ or his/her relief (designee), to prescribe fluoxetine (Prozac), paroxetine (Paxil), sertraline (Zoloft), or fluvoxamine (Luvox) an antidepressant medication to me and to continue said medication as is recommended for my psychiatric treatment.

1. This medication is useful because it has been found to be effective in treating depression and its associated symptoms including sadness, fatigue, hopelessness, sleeplessness, loss of appetite, loss of interests, loss of concentration, suicide, or self harm ideation. This medication may also be effective in treating other disorders, such as panic disorder, phobias, PTSD, and obsessive-compulsive disorders.

2. This medication may improve your condition by relieving all or some of the symptoms mentioned above.

3. Common side effects to this medication include, but are not limited to, diarrhea, tremor, drowsiness, dizziness, headache, tiredness, insomnia, nausea, and increased sweating. These effects are frequently temporary or can be controlled with a change in dosage. Less common complaints include skin rash, hives, chills, fever, swelling in feet or legs, fast heartbeat, excessive hunger, lack of energy, abnormal dreams, fast or irregular heartbeat, flushing, joint or muscle pain, seizures, and decreased sex drive. We have reviewed the fact that if you have conditions such as liver function impairment or kidney function impairment, it may be preferable to use other medication.

If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as possible.

4. Not taking this medication as prescribed by the physician's instruction may lead to a worsening of symptoms. However, some symptoms of depression and related disorders may get better or even go away without taking medication. Also, the risk of suicide may be increased by not taking this medication.

5. Other treatment options include other medication with similar benefits. Other drugs may cause some of the same side effects you might experience with this medication. Other treatments may not include any medication, but may involve counseling by a psychologist or other medical professional.

Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, and is competent to give consent.
Physician Signature _____

Based upon interview, assessment, and medical record review, it is my opinion that this patient is not competent to give consent. Physician Signature _____

Other issues discussed _____

_____

The undersigned certifies that he/she has read the foregoing, or has had it explained in a language they understand, and hereby consents to treatment and has no additional questions.

| | | |
|---|---|---|
| _(signature)_ | _06951-029_ | _10/27/99_ |
| Inmate Signature | Inmate Number | Date |
| _(signature)_ | | _10/27/99_ |
| Witness Signature | | _10/27/99_ Date |
| _(signature)_ | | _10/27/99_ |
| Attending Psychiatrist or Physician | | Date |

I understand that I may stop taking this medication at any time by contacting the physician. However, I understand that discontinuing the medication abruptly is generally not advisable.

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 5 of 55

## CONSENT TO USE OF SEROTONIN REUPTAKE INHIBITOR ANTIDEPRESSANT MEDICATION

The physician should initial numbers 1 thru 5 after discussing each with the inmate.

I, _MUNKEN D_____, Reg. No. _____ hereby authorize
Dr. _JANWIN)_____ or his/her relief (designee), to prescribe fluoxetine (Prozac), paroxetine (Paxil), sertraline (Zoloft), or fluvoxamine (Luvox) an antidepressant medication to me and to continue said medication as is recommended for my psychiatric treatment.

1. _X_ This medication is useful because it has been found to be effective in treating depression and its associated symptoms including sadness, fatigue, hopelessness, sleeplessness, loss of appetite, loss of interests, loss of concentration, suicide, or self harm ideation. This medication may also be effective in treating other disorders, such as panic disorder, phobias, PTSD, and obsessive-compulsive disorders.

2. _X_ This medication may improve your condition by relieving all or some of the symptoms mentioned above.

3. _X_ Common side effects to this medication include, but are not limited to, diarrhea, tremor, drowsiness, dizziness, headache, tiredness, insomnia, nausea, and increased sweating. These effects are frequently temporary or can be controlled with a change in dosage. Less common complaints include skin rash, hives, chills, fever, swelling in feet or legs, fast heartbeat, excessive hunger, lack of energy, abnormal dreams, fast or irregular heartbeat, flushing, joint or muscle pain, seizures, and decreased sex drive. We have reviewed the fact that if you have conditions such as liver function impairment or kidney function impairment, it may be preferable to use other medication.

If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as possible.

4. _X_ Not taking this medication as prescribed by the physician's instruction may lead to a worsening of symptoms. However, some symptoms of depression and related disorders may get better or even go away without taking medication. Also, the risk of suicide may be increased by not taking this medication.

5. _X_ Other treatment options include other medication with similar benefits. Other drugs may cause some of the same side effects you might experience with this medication. Other treatments may not include any medication, but may involve counseling by a psychologist or other medical professional.

Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, and is competent to give consent.
Physician Signature _____

Based upon interview, assessment, and medical record review, it is my opinion that this patient is not competent to give consent. Physician Signature _____

Other issues discussed _____

_____

The undersigned certifies that he/she has read the foregoing, or has had it explained in a language they understand, and hereby consents to treatment and has no additional questions.

| _X Dust Hah_ | _06951-029_ | _8-29-99_ – error - month Sept. |
| Inmate Signature | Inmate Number | Date _eluera, R.A_ |

_Wilhela_
Witness Signature                                        _9/29/99_                    Date

_____                              _9/24/99_
Attending Psychiatrist or Physician                 Date

I understand that I may stop taking this medication at any time by contacting the physician. However, I understand that discontinuing the medication abruptly is generally not advisable.

7-8-99  10:30  S) I would like my teeth cleaned

O) Exam - Reviewed health history, charting update, slight calculus/stain

A) Prophylaxis

P) Prophylaxis - Cavitron / Scale / Polish

OHI Stressed - Proper brushing or brushing

R. SCHOPPERT, D.D.S.

DENTAL

*(Continued On Reverse Side)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name- last, first, middle; grade; date; hospital or medical facility).*

| REGISTER NO. | WARD NO. |
|---|---|
| 06951-029 | |

DENTAL TREATMENT RECORD

Honken, Dustin C.

USP-HS FLORENCE
BOX 7500, HEALTH SVCS.
FLORENCE, CO 81226

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| | DSM IV | | |
| 9/24/99 | AXIS I: A. DYSTHYMIA | | |
| | D. HX AMPHETAMINE ABUSE | | |
| | II — | | |
| | III IRRITABLE BOWEL SYNDROME | | |
| | POSSIBLE HISTORY OF TACHYCARDIA | | |

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

NKDA

(This form may be replicated via WP)

| Name HONKEN, DUSTIN L | | | |
|---|---|---|---|
| Date of Birth ▮▮▮▮ | Sex M | Institution FLP | Date of Photo 03/26/98 |
| Height 603 | Weight 170 | Hair Color BL | Eye Color BD |
| Custody / OTR | Spec. Cond. | | Register Number 06951-029 |
| CC / CSW | WRK | | |

X400076109        10/27/99

AXIL 30MG TABLETS        #15

IV  2 REFILL(S)       EXPIRES 01/25/00

Ord.Date  HONKEN, DUSTIN LEE    C. GARCIA
1/01    06951-029
Exp.Date  APPLY TO THE AFFECTED AREA(S)
06/07/01  TWICE DAILY AS DIRECTED

Rx #
16178    HYDROCORTISONE CREAM 1%    # 1

Ord.Date  HONKEN, DUSTIN LEE    C. SANTO
08/22/01  06951-029        (0)Refills
Exp.Date
09/20/01  TAKE ONE TABLET THREE TIMES DAILY
Rx #    AS NEEDED WITH FOOD
18738    IBUPROFEN 400 MG TAB    #30

Ord.Date  HONKEN, DUSTIN LEE    P. SCHEIB
01/09/02  06951-029        (1)Refills
Exp.Date
02/07/02  TAKE TWO TABLETS FOUR TIMES
Rx #    DAILY AS NEEDED WITH FOOD
2430    ASPIRIN 325 MG TAB    #30

Ord.Date  HONKEN, DUSTIN LEE    M. MEDIN
6/07/02  06951-029        (1)Refills
Exp.Date
7/06/02  TAKE 1 TABLET EVERY 6 HOURS AS
Rx #    NEEDED HEADACHE
979    ASPIRIN 325 MG TAB    #45

Ord.Date  HONKEN, DUSTIN LEE    C. SANTOS
/12/02  06951-029        (11)Refills
Exp.Date  TAKE ONE TABLET FOUR TIMES DAILY
/11/03  WITH FOOD AS NEEDED

Rx #
466    ASPIRIN 325 MG TAB    #40

Ord.Date  HONKEN, DUSTIN LEE    C. SANTOS
3/21/03  06951-029        (11)Refills
Exp.Date  TAKE ONE TABLET WITH FOOD AS
/18/03  NEEDED

Rx #
5238    ASPIRIN 325 MG TAB    #7

Ord.Date  HONKEN, DUSTIN LEE    C. GARCIA
4/08/03  06951-029        (2)Refills
Exp.Date  AS DIRECTED
7/06/03

Rx #
5897    DIBUCAINE OINTMENT 1% GM    #1

Ord.Date  HONKEN, DUSTIN LEE    C. GARCIA
04/08/03  06951-029        (2)Refills
Exp.Date  AS DIRECTED
07/06/03

Rx #
35896    HYDROCORTISONE OINTMENT 1% GM    #1

Ord.Date  HONKEN, DUSTIN LEE    C. POLLAND,DO
/29/03  06951-029        (0)Refills
Exp.Date  APPLY FOUR TIMES DAILY
/28/03

Rx #
665    DIBUCAINE OINTMENT 1% GM    #1

Ord.Date  HONKEN, DUSTIN LEE    C. GARCIA
/29/03  06951-029        (0)Refills
Exp.Date  APPLY FOUR TIMES DAILY
7/27/03

Rx #
8668    HYDROCORTISONE CREAM 1% GM    #1

HONKEN, DUSTIN NSHU          05/02/03
06951029
                              06951-029
APPLY TO AFFECTED AREA 4 TIMES
DAILY


HC 1% CREAM OTC                    #  1
RLH  3  REFILL(S)      EXPIRES: 06/01/03

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189    405-682-4075

RX 240491  DR.GOFORTH          05/02/03
HONKEN, DUSTIN NSHU
06951029                      06951-029
APPLY TO AFFECTED AREA 4 TIMES
DAILY

L. Wiles, MD
FTC Oklahoma City, OK

DIBUCAINE OINT, USP 1%         # 30
RLH  3  REFILL(S)      EXPIRES: 06/01/03


Place medication label here.


Place medication label here.


Robert Harkey, Rph
Federal Transfer Center, OK

## Medication Sheet--Health Services Unit

Federal Transfer Center                 Inmate Name: _____
Oklahoma City, OK                       Inmate Number: _____

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 10 of 55

DATE OF EXAM 4/1/98

**1. LAST NAME–FIRST NAME–MIDDLE NAME**
Houken, Dustin

**2. IDENTIFICATION NUMBER**
06951-029

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)*
971 Hwy 18 East
Britt, Iowa 50423

**5. EMERGENCY CONTACT** *(Name and address of contact)*
Marbea Smidt
Same

**6.** [redacted]

**7. AGE** 30

**8. SEX** ☐ FEMALE ☒ MALE

**9. RELATIONSHIP OF CONTACT**
Mother

**10. PLACE OF BIRTH**
Burlington Iowa

**11. RACE** ☒ WHITE ☐ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY**
BOP

**12b. ORGANIZATION UNIT**

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY | b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
USP F/p. Co.

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION**
Interval Hx & P.E.

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| | A. HEAD, FACE, NECK AND SCALP | ✓ | ✓ | O. PROSTATE (Over 40 or clinically indicated) Signed refusal form | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | | P. TESTICULAR for refusal form | |
| ✓ | C. DRUMS (Perforation) | | ✓ | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae, Hemocult Results) | |
| ✓ | D. NOSE | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| | F. MOUTH AND THROAT | ✗ | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | BB. BREASTS | |
| | | | | CC. PELVIC (Females only) | |

NOTES: *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

F. Tonsils out – 1974

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0 / | | X | | X X X | Replaced | | Fixed |
| 1 2 3 Restorable | 1 2 3 Non-restorable | 1 2 3 Missing | 1 2 3 by | 1 2 3 Partial |
| 32 31 30 Teeth | 32 31 30 teeth | 32 31 30 Teeth | 32 31 30 Dentures | 32 31 30 Dentures |

R I G H T

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

**URINALYSIS: (1) SPECIFIC GRAVITY**

**(2) URINE ALBUMIN**

**(3) URINE SUGAR**

**(4) MICROSCOPIC**

**B. CHEST X-RAY OR PPD** *(Place, date, film number and result)*

**C. SYPHILIS SEROLOGY** *(Specify test used and results)*

**D. EKG**

**E. BLOOD TYPE AND RH FACTOR**

**F. OTHER TESTS**

Case 3:10-cv-03074-LTS-KEM   Document 19-69   Filed 06/06/13   Page 11 of 55

STANDARD FORM 88 (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

## TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|---|---|---|---|---|---|---|---|
| 3-1-04 | Aventis Pastur | OO838AA | 11/18/04 | Deltoid | 0.5cc IM | Aslee | USP-Marion |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|---|---|---|---|---|---|---|---|---|---|
| 14April98 | Connaught | 2446-11 | 8/98 | forearm | 5Tu/ID | USP Florence CO/wo | 16April98 | Red — 0×0mm | M.Willia... |
| 5-10-99 | Connact | 2480-11 | 7/99 | LFA | .1cc 1g | USP FLP | J-12-99 | 0×0 | mDK |
| 7/8/00 | Patrodale | 008308 | 3/01 | LFA | 0.1cc | USP P/p Go | 7/20/00 | 0×0 | V.ming |
| 7/31/01 | Connaught | C0153AB | 10/6/01 | LFA | 0.1cc ID | FLP Chanozia | 8/2/01 | Ø mm | T. Havnach |
| 10.24.01 | Conn | C0521AA | 03/02 | LFA | 1ml ID | SA/FLP | 10/26/01 | 0mm | SA |
| 5-5-03 | AVENTIS | C1622AA | 093005 | LFA | 0.1cc ID | Duster USMAR | 5-7-03 | Ø | MCCo |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

(This form may be replicated via WP)

| | |
|---|---|
| **Name** HONKEN, DUSTIN L | |

| Date of Birth | Sex M | Institution FLP | Date of Photo 03/26/98 |
|---|---|---|---|
| Height 603 | Weight 170 | Hair Color BL | Eye Color BD |
| Custody / QTR | Spec. Cond. | | Register Number 06951-029 |
| CCC / CSW | WRK | | |

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 12 of 55

| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|------|----------------------|------------------------|
| Houten, Dustin | 06951-029 | |

## MEASUREMENTS AND OTHER FINDINGS

| HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | 25. TEMPERATURE |
|--------|-----------|----------------|----------------|-----------|-----------------|
| 89 | 179 | Brown | Blue | ☐ SLENDER ☑ MEDIUM ☐ HEAVY ☐ OBESE | 98.4 |

### 26. BLOOD PRESSURE (Arm at heart level) / 27. PULSE (Arm at heart level)

| A. SITTING | SYS. 131 | B. RECUMBENT | SYS. | C. STANDING (5 mins.) | SYS. | A. SITTING | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|------------|----------|--------------|------|----------------------|------|------------|--------------|----------------------|-------------------|------------------|
| | DIAS. 77 | | DIAS. | | DIAS. | 93 | | | | |

### 28. DISTANT VISION / 29. REFRACTION / 30. NEAR VISION

| | | | | | | |
|--|--|--|--|--|--|--|
| RIGHT 20/ 70 | CORR. TO 20/ 20 | BY | S. | CX | CORR. TO | BY |
| LEFT 20/ 20 | CORR. TO 20/ 20 | BY | S. | CX | CORR. TO | BY |

### 31. HETEROPHORIA (Specify distance)

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|-----|-----|------|------|------------|----------------|----|----|
| | | | | | | | |

### 32. ACCOMMODATION / 33. COLOR VISION / 34. DEPTH PERCEPTION

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | |
|-------------------|--|------------------------------------------|--------------------------------------------|--|
| RIGHT | LEFT | Ishihara Art normal | UNCORRECTED | |
| | | | CORRECTED | |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---------------------|--|----------------------------------------|-------------------|-------------------------|--|
| RIGHT | LEFT | | | RIGHT | LEFT |

### 39. HEARING / 40. AUDIOMETER / 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

| 39. HEARING | | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|-------------|--|--|--|----------------|--|--|--|--|--|--|--|--|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| | | | LEFT | | | | | | | | | |

### 42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

Denies STD. Suicidal idiation, Hx.

Uk marijuana met, Cocaine LSD

Wears Reading glasses -10y/o.

*(Use additional sheets if necessary)*

### 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

Essentially Healthy Male

### 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

Optometry Consult. UA CBC, Serology

| 45A. PHYSICAL PROFILE | | | | | |
|------------------------|--|--|--|--|--|
| P | U | L | H | E | S |
| | | | | | |

### 46. EXAMINEE (Check)

A. ☐ IS QUALIFIED FOR

B. ☐ IS NOT QUALIFIED FOR

| 45B. PHYSICAL CATEGORY |
|------------------------|

### 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| A | B | C | E |
|---|---|---|---|
| | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|----------------------------------------|-----------|
| Virgilio D. Camagay Physician Assistant | V-Camagay 4/1/98 1300 |
| TYPED OR PRINTED NAME OF PHYSICIAN Robert E. Williams, D.O., MPH Clinical Director | SIGNATURE Robert E. Williams |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

STANDARD FORM 88 (Rev. 10-94) BACK

(THIS INFORMATION IS FOR OFFICIAL AND MEDICAL CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Honken, Dustin Lee | 06951-029 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINATION FACILITY |
|---|---|---|
| | | |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATION CURRENTLY USED (Follow by description of past history, if complaint arises)

### 7. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| | | Cough up blood |
| | | Bled excessively after injury or tooth extraction |
| | | Attempted suicide |
| X | | Been a sleepwalker |

### 8. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| X | | Wear glasses or contacts lens |
| X | | Have vision in both eyes |
| | X | Wear hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Scarlet fever | | X | | Adverse reaction to | | X | | Epilepsy or fits |
| | | | Rheumatic fever | | | | drug or medicine | | | | Car, train, sea or air sickness |
| | | | Swollen or painful | | | | Broken bones | | | | Frequent trouble sleeping |
| | | | joints | | | | Tumors, growth, cyst, cancer | | | | Depression or excessive worry |
| | | | Frequent or severe | | | | Rupture/hernia | | | | Loss of memory or amnesia |
| X | | | headache  *peppered* | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| X | | | Dizziness or fainting | | | | Frequent or | | | | Periods of unconsciousness |
| | | | spells | | | | painful urination | | | | Have you ever had homosexual contact? |
| | | | Eye trouble | | | | Bed wetting since age 12 | | | | |
| | | | Ear, nose, throat trouble | | | | Kidney stone or | | | | Been exposed to AIDS |
| | | | Hearing loss | | | | blood in urine | | | | Alcohol Use (Excessive) |
| | | | Chronic, frequent colds | | | | Sugar, albumin in urine | | | | Drug Use/Addiction |
| | | | Sever tooth, gum trouble | | | | VD-Syphilis, gonorrhea, | | | | Marijuana |
| | | | Sinusitis | | | | ect. | | | | Cocaine |
| | | | Hay Fever | | | | Recent gain or loss of | | | | Heroin |
| | | | Head injury | | | | weight | | | | L.S.D. |
| | | | Skin disease | | | | Arthritis, Rheumatism, | | | | Amphetamines |
| | | | Thyroid trouble | | | | or Bursitis | | | | Others: (Specify) |
| | | | Tuberculosis | | | | Bone, joint or | | | | |
| | | | Asthma | | | | other deformity | | | | Alcohol or drug |
| | | | Shortness of breath | | | | Lameness | | | | Withdrawal Problems |
| | | | Pain, pressure in chest | | | | Loss of finger or toe | | | | |

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 14 of 55

(This form may be replicated via WP)                    This form replaces BP-360(60) dated January 1986

| YES | NO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ✗ | Chronic cough | | ✗ | / | Painful or "Trick" | | |
| ✓ | | Palpitation or pounding | | | | shoulder or elbow | 10. FEMALES ONLY HAVE YOU EVER | |
| ✗ | | heart | | | | Recurrent back pain | | Been treated for a |
| ✗ | | Heart trouble | | | | "Trick" or locked | | female disorder |
| | ✗ | High or Low blood | ✗ | | | Foot trouble | | Had a change in |
| | | pressure | | ✗ | | Neuritis | | menstrual pattern |
| | | Cramps in your legs | | | | Paralysis (include | | ARE YOU PREGNANT |
| | | Frequent indigestion | | | | infantile) | | SUSPECT YOU ARE |
| | | Stomach, liver, or | | | | Gall bladder trouble | | PREGNANT |
| | | intestinal trouble | | | | or gallstones | | |
| | | Jaundice or hepatitis | | | | | | |

11. WHAT IS YOUR OCCUPATION?

12. ARE YOU (check one) ☐ Right handed ☐ left handed

---

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✗ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✗ | 18. Have you ever had any illness or injury notes? (If yes, specify when, where, and give details.) |
| | | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | | |
| | | 14. Have you, ever been treated for mental condition? (If yes, specify when, where, and give details.) | | | 20. Have you ever been rejected for military service because of physical, mental or other reason? (If yes, give date, and reason for rejections.) |
| | | 15. Have you ever been denied life insurance? Reason give details.) | | | 21. Have you ever been discharged from military service because of physical mental, or other reasons? (If yes give date, reason, and type Of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, what amount, when, why.) |
| | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where why, and name of doctor and complete address of hospital.) | | | |

---

I certify that I have reviewed the forgoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of my doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE

SIGNATURE

INTAKE SCREENING:

HAVE THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL?

INMATE RECEIVED FROM: COURT_____ TRANSFER_____ P.V._____

OTHER_____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES_____ NO_____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

WHAT ARRANGEMENTS HAVE BEEN MADE?_____

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG HOW MUCH, HOW OFTEN HOW "SED. WHEN WERE THEY LAST USED:

DUTY STATUS: TEMPORARY WORK ___ RESTRICTED_____
GENERAL POPULATION _____ YES _____ NO_____
TYPE EXTENT OF LIMITATION_____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

D. Mann, RN
Clinical Nurse
Federal Transfer Ctr. OKC, OK

| TYPE OR PRINT NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE MAY 01 2003 | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

Reviewed 5/5/03

Food or Drug Allergies: NKA. Allergies: _____

Case 3:10-cv-03074-LTS-KEM Document 19-69 Filed 06/06/11 Page 15 of 55

TB Signs and Symptom(s): None, cough, hemoptysis, night sweats, wt.los

HEALTH SERVICES UNIT

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| Honken, Dustin, Lee | 06951-029 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake | 10-14-01 | FLP |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

"OK"

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to serum drug or medicine | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | ✓ | | Broken bones | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | | ✓ | | | | | | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | | | | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | | | Rupture/hernia | | | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | | | Frequent or painful urination | | | | Periods of unconsciousness |
| | ✓ | | Hearing loss | | | | Bed wetting since age 12 | | | | Have you ever had |
| | ✓ | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | | | homosexual contact? |
| | ✓ | | Severe tooth or gum trouble | | | | Sugar or albumin in urine | | | | Been exposed to AIDS |
| | ✓ | | Sinusitis | | | | VD—Syphilis, gonorrhea, etc. | | | | Alcohol Use (Excessive) |
| | ✓ | | Hay Fever | | | | Recent gain or loss of weight | | | | Drug Use/Addiction |
| | ✓ | | Head injury | | | | Arthritis, Rheumatism, or Bursitis | | | | Marijuana |
| | ✓ | | Skin diseases | | | | Bone, joint or other deformity | | | | Cocaine |
| | ✓ | | Thyroid trouble | | | | Lameness | | | | Heroin |
| | ✓ | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| | ✓ | | Asthma | | | | Painful or "Trick"shoulder or elbow | | | | Amphetamines |
| | ✓ | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| | ✓ | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| | ✓ | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | ✓ | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | ✓ | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | ✓ | | High or low blood pressure | | | | | | | | |
| | ✓ | | Cramps in your legs | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | | |
| | ✓ | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | ✓ | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | ✓ | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | ✓ | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

**11. WHAT IS YOUR USUAL OCCUPATION?**

**12. ARE YOU** (Check one)

☑ Right handed ☐ Left handed

Case 3:10-cv-03074-LTS-KEM   Document 19-69   Filed 06/06/11   Page 16 of 55

BP–360(60
JANUARY 19

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons *(If yes, give reasons.)* | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | | |
| | | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| | | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | | |
| | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |

EXPLANATION: (#13-22 ABOVE)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| ?ED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Dustin Honken | Dustin Honken |

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ✓ TRANSFER _____ P.V. _____

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL·STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ✓ NO _____

WHAT ARRANGEMENTS HAVE BEEN MADE? _____

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| Celestino Garcia, Physician Assistant | 10/14/ | | |

REVERSE

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME-FIRST NAME-MIDDLE NAME Ronken Dustin Lee | 2. REGISTER NUMBER 06951-029 |
|---|---|

| 3. PURPOSE OF EXAMINATION Intake Screening | 4. DATE OF EXAMINATION MAR 18 1998 | 5. EXAMINING FACILITY Federal Transfer Center, Oklahoma City, OK |
|---|---|---|

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)

7. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| ✓ | | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

8. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Scarlet fever | | ✓ | | Adverse reaction to | | | | Epilepsy or fits |
| | | | Rheumatic fever | | ✓ | | drug or medicine | | ✓ | | Car, train, sea or air sickness |
| | | | Swollen or painful | | ✓ | | Broken bones | | | | Frequent trouble sleeping |
| ✓ | | | joints | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Depression or excessive worry |
| ✓ | | | Frequent or severe | | ✓ | | Rupture/hernia | | | | Loss if memory or amnesia |
| | | | headache | | ✓ | | Piles or rectal disease | | | | Nervous trouble of any sort |
| | | | Dizziness or fainting | | | | Frequent or | | ✓ | | Periods of unconsciousness |
| | | | spells | | ✓ | | painful urination | | | | Have you ever had |
| | | | Eye trouble | | | | Bed wetting since age 12 | | ✓ | | homosexual contact? |
| | | | Ear, nose, throat trouble | | | | Kidney stone or | | ✓ | | Been exposed to AIDS |
| | | | Hearing loss | | | | blood in urine | | ✓ | | Alcohol Use (Excessive) |
| | | | Chronic, frequent colds | | | | Sugar, albumin in urine | ✓ | | | Drug Use/Addiction |
| | | | Sever tooth, gum trouble | | | | VD-Syphilis, gonorrhea, | | | | Marijuana |
| | | | Sinusitis | | | | etc. | | | | Cocaine |
| | | | Hay Fever | | | | Recent gain or loss of | | | | Heroin |
| | | | Head injury | | ✓ | | weight | | | | L.S.D. |
| | | | Skin diseases | | ✓ | | Arthritis, Rheumatism, | ✓ | | | Amphetamines |
| | | | Thyroid trouble | | | | or Bursitis | | | | Others: (Specify) |
| | | | Tuberculosis | | | | Bone, joint or | | | | |
| | | | Asthma | | | | other deformity | | ✓ | | Alcohol or drug |
| ✓ | | | Shortness of breath | | ✓ | | Lameness | | ✓ | | Withdrawal Problems |

(This form may be replicated via WP)                     This form replaces BP-360(60) dated January 1986.

BP-S354.060 INTAKE SCREENING (MEDICAL) CDFRM
NOV 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| USF Hermil | 10-24-01 | |

| Inmate's Name | Register Number |
|---|---|
| Huhu, Vista | 00057-054 |

### M E D I C A L     C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities? ☐ yes   ☐ no  (If yes, enter code(s) into MDS)
                                 Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
|  |  |  |

| Medical Staff Title |
|---|

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

BP-S354.060 INTAKE SCREENING (MEDICAL)
NOV 94

U.S. DEPARTMENT OF JUSTICE

HONKEN
    DUSTIN LEE                    06951-029
W/M/O/█████████
HT/603    WT/170    HR/BD    EY/BL
CUSTODY/IN

(Medical staff shall complete this s
Institution)

| Institution | Date c |
|---|---|

Inmate's Name

M E D I C A L     C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

5. Disabilities?   ☐ yes  ☐ no  (If yes, enter code(s) into MDS)
                              Code(s)

6. Remarks:

| Medical Staff Signature | Date OCT 1 8 2001 | Time |
|---|---|---|
| Medical Staff Title | | |

Mark Coover NR.EMT-P
Federal Transfer Center, OK

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

# INTAKE SCREENING *(MEDICAL)*

*(Medical staff shall complete this screening form on all arrivals to the institution)*

| INSTITUTION | DATE OF ARRIVAL | TIME. OF ARRIVAL |
|---|---|---|
| USP FLORENCE | 03-26-98 | *1405H* |

| INMATE'S NAME | REGISTER NUMBER |
|---|---|
| HONKEN, DUSTIN | 06951-029 |

## MEDICAL CLEARANCE

[1] BP-149(60) REVIEWED? ☒ YES ☐ NO  *(Explain)*:

[2] General Population Housing Approved? ☒ YES ☐ NO  *(Specify limitation or need)*:

| | | |
|---|---|---|
| MANDATORY LOWER BUNK | YES ___ | NO ✓ |
| PPD ADMINISTERED | YES ___ | NO ___ |
| TETANUS ADMINISTERED | YES ___ | NO ✓ |

*~ ~ ~p 5/03/95*

[3] Approved for Temporary Work Assignment? ☒ YES ☐ NO  *(Specify limitations or exclusions)*:

NO FOOD SERVICE UNTIL MEDICALLY CLEARED

[4] For Holdovers:  OK for Continued Transport? ☐ YES ☐ NO  *(Explain)*:

ANY MEDICAL COMPLAINTS: *No complaints*

ALLERGIES: *✗*

MEDICATONS: *[illegible]*

SUCIDIAL IDEATIONS: *✗*

[5] Remarks:  *[illegible]*

| MEDICAL STAFF SIGNATURE | DATE |
|---|---|
|  | 3/26/98 |
| MEDICAL STAFF TITLE | TIME |
|  | *1405H* |

ORIGINAL – INMATE CENTRAL FILE

CANARY – FILE

Previous editions not usable

BP-354(60)
APRIL 1990

(Medical staff shall complete thi: Institution)

HONKEN
DUSTIN LEE          06951-029
W/M/O/█████████
HT/603WT/170HR/BDEY/BL
CUSTODY/IN

| Institution | Dat: |
|---|---|

Inmate's Name

## M E D I C A L

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☐ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☐ yes; ☐ no (Explain)

5. Disabilities? ☐ yes ☐ no (If yes, enter code(s) into MDS)
Code(s)

6. Remarks:

| Medical Staff Signature | Date **MAR 1 6 1998** | Time |
|---|---|---|
| Medical Staff Title | Jason Genzer, LTJG  Registered Nurse  F.T.C., Oklahoma City, OK | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 22 of 55

SF_513

513-110 NSN 7540-00-634-4127

| MEDICAL RECORD | | | CONSULTATION SHEET |

REQUEST

TO: _Dr Jennings_ FROM: (Requesting physician or activity) _follow up_  DATE OR REQUEST _11-24-99_

REASON FOR REQUEST (Complaints and findings)

( ) Emergency    ( ) New Patient    ( ) Quarterly (Follow-up)

Psychiatric Diagnostic Evaluation

SUBJECTIVE CONCERNS: _THE PAXIL HAS HELPED SOMEWHAT. I CAN SLEEP AS MUCH._

LABS/DIAGNOSITICS RECORDS/REVIEWED:   Y N

MENTAL STATUS RATING----NONE-MIN-MLD-MOD-MDS-SEV-EXT-----------------COMMENTS BELOW--------------------

| | NONE | MIN | MLD | MOD | MDS | SEV | EXT |
|---|---|---|---|---|---|---|---|
| ABNL APPEARANCE | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| PSYCHOMOTO:HYPO/HYPER | 0 | 1 | (2) | 3 | 4 | 5 | 6 |
| ABNL SPEECH | 0 | 1 | (2) | 3 | 4 | 5 | 6 |
| DEPRESSION/ELATION | 0 | (1) | 2 | 3 | 4 | 5 | 6 |
| ANXIETY/TENSION/ANGER | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| AFFECT:LABILE/BLUNTED | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| THOUGHT DISORDER | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| HALLUCINOSIS | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| DELUSION/PREOCCUPATIO | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| ...F DESTRUCTIVNESS | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| ...AULTIVENESS | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| COGNITIVE IMPAIRMENT | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| INSIGHT IMPAIRMENT | (0) | 1 | 2 | 3 | 4 | 5 | 6 |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 |

_Jere G. Sutton, D.O. Clinical Director_

SIDE EFFECTS/ AIMS:      Y (N)

ISSUES ADDRESSED:

ASSESSMENT/GLOBAL PROGRESS: WORSE - SAME - (IMPROVING) - STABLE     CURRENT GAF: _65_

DIAGNOSIS (DSM-IV CODE) CHANGE?   Y (N)

AXIS I: _DYSTHYMIA._

AXIS II:

AXIS III: _NONE_

PLAN/TREATMENT RECOMMENDATIONS: _↑ PAXIL TO 30 mg @ 11:15 OR HS X 90_

RTC: _4_

SIGNATURE AND TITLE    DATE _1/19/200_

NAME: _MUNKIN, AUSTIN_    USP ADX FCI FPC FLORENCE 5880 STATE HIGHWAY 67 SOUTH

REG. NO. _06467-024_

Case 0:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 23 of 55

CLARK L. JENNINGS M.D.

SF_513

513-110                                                    NSN 7540-00-634-4127

| MEDICAL RECORD | | CONSULTATION SHEET |

REQUEST

TO: *Dr Jennings*    FROM: (Requesting physician or activity) *follow up*    DATE OR REQUEST *10-27-99*

REASON FOR REQUEST (Complaints and findings)

( ) Emergency          ( ) New Patient          ( ) Quarterly (Follow-up)    *Paxil main.*

Psychiatric Diagnostic Evaluation

SUBJECTIVE
CONCERNS: _____
LABS/DIAGNOSITICS
RECORDS/REVIEWED:    Y  N_____

MENTAL STATUS RATING----NONE-MIN-MLD-MOD-MDS-SEV-EXT---------------COMMENTS BELOW--------------

| | NONE | MIN | MLD | MOD | MDS | SEV | EXT |
|---|---|---|---|---|---|---|---|
| ABNL APPEARANCE | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| PSYCHOMOTO:HYPO/HYPER | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| ABNL SPEECH | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| DEPRESSION/ELATION | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| ANXIETY/TENSION/ANGER | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| AFFECT:LABILE/BLUNTED | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| THOUGHT DISORDER | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| HALLUCINOSIS | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| DELUSION/PREOCCUPATIO | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| SELF DESTRUCTIVNESS | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| ASSAULTIVENESS | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| COGNITIVE IMPAIRMENT | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| INSIGHT IMPAIRMENT | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 |

*No Show*

SIDE EFFECTS/
AIMS:       Y    N_____

ISSUES
ADDRESSED: _____

ASSESSMENT/GLOBAL PROGRESS: WORSE - SAME - IMPROVING - STABLE       CURRENT GAF:_____

DIAGNOSIS (DSM-IV CODE)
CHANGE?          Y    N_____

AXIS I:_____

AXIS II:_____

AXIS III:    NONE

PLAN/TREATMENT RECOMMENDATIONS:

_____

_____

_____

                                                          RTC:
SIGNATURE AND TITLE                                       DATE *11/24/99*

NAME: *HONKEN, AUSTIN*          USP AOX
                               FCI FPC FLORENCE
REG. NO. *06451-024*           5880 STATE HIGHWAY 67 SOUTH

CLARK L. JENNINGS M.D.
CONTRACT PSYCHIATRIST

SF_513

513-110                                                                NSN 7540-00-634-4127

| MEDICAL RECORD | | CONSULTATION SHEET |

## REQUEST

TO: Dr Jennings    FROM: (Requesting physician or activity)    DATE OR REQUEST
following                                                      9-29-99

REASON FOR REQUEST (Complaints and findings)

( ) Emergency        ( ) New Patient        ( ) Quarterly Follow-up

Psychiatric Diagnostic Evaluation

SUBJECTIVE
CONCERNS:  IT WAS TORTURING ME ... I CCULDNT TAKE IT...
LABS/DIAGNOSITICS
RECORDS/REVIEWED:    Y N _____

MENTAL STATUS RATING----NONE-MIN-MLD-MOD-MDS-SEV-EXT------------------COMMENTS BELOW------------------
ABNL APPEARANCE--------(0)    1    2    3    4    5    6
PSYCHOMOTO:HYPO/HYPER   0    1   (2)   3    4    5    6    -mono.
ABNL SPEECH            0    1   (2)   3    4    5    6
DEPRESSION/ELATION     0    1    2   (3)   4    5    6
ANXIETY/TENSION/ANGER  0   (1)   2    3    4    5    6
AFFECT:LABILE/BLUNTED  0   (1)   2    3    4    5    6
THOUGHT DISORDER      (0)   1    2    3    4    5    6
HALLUCINOSIS          (0)   1    2    3    4    5    6
DELUSION/PREOCCUPATIO (0)   1    2    3    4    5    6
SELF DESTRUCTIVNESS   (0)   1    2    3    4    5    6
.. SAULTIVENESS       (0)   1    2    3    4    5    6
COGNITIVE IMPAIRMENT  (0)   1    2    3    4    5    6
INSIGHT IMPAIRMENT    (0)   1    2    3    4    5    6

                       0    1    2    3    4    5    6 _____
SIDE EFFECTS/ (Y) N_   HEADACHES , SOB,
AIMS:

ISSUES
ADDRESSED:   DISCUSS MED OPTIONS - CURRENT TREATMENT PLAN

ASSESSMENT/GLOBAL PROGRESS: WORSE - (SAME) IMPROVING - STABLE       CURRENT GAF: 60

DIAGNOSIS (DSM-IV CODE)
CHANGE?          Y  (N)
AXIS I:   DYSTHYMIA

AXIS II:_____

AXIS III:   NONE

PLAN/TREATMENT RECOMMENDATIONS:
   DC PROZAC                                                V0. DR JENNINGS
                                                                 Nott
   ZOLOFT  50 mg  Q 1145  X  9d — DC
   STO PAXIL  15MG  Q 1145 X 9OD.
        (1/2 x 30 MG)                              RTC: 30 0945

SIGNATURE AND TITLE                                DATE  10 27 99

NAME:  WONKEN  AUSTIN            (USP) ADX
                                  FCI FPC FLORENCE
REG. NO.  06951-029              5880 STATE HIGHWAY 67 SOUTH    CLARK L. JENNINGS M.D.
                                                               CONTRACT PSYCHIATRIST

Case 3:10-cv-03074 LTS-KEM    Document 19-69    Filed 06/06/11    Page 25 of 55

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3-15-04 ZA8 0050 | S/ PER MEDS FOR H.A. CONSISTS OF MIGRAINE H.A. |
| | O/ PT ASX AT THIS TIME |
| | N H.A. OCCASSIONAL |
| | P/ MOTRIN 400#30 TID |

HEALTH SERVICES UNIT
USP/FPC MARION, IL

Ord.Date HONKEN, DUSTIN LEE    F. CASTILLO
03/15/04  06951-029    (0)Refills
Exp.Date TAKE ONE TABLET THREE TIMES A
03/24/04 DAY WITH FOOD
Rx #
2022307   IBUPROFEN 400 MG TAB    #30

| 4-12-04 0800 | Adm Note Request to sign refusal for medical diet, had requested heart healthy diet. Will provide refusal. _____ F.W. BARGER, PA HEALTH SERVICES UNIT FPC/USP MARION, IL |
| 4-20-04 0715 ?-A-12 | S. my allergies are killing me, sneezing eyes itch been watering, nose running |
| | O. No Antihistamine Avail. Clear rhinorrhea, sclera c erythema, ↑ tearing |
| | A. Seasonal allergies |
| | P. ① Vasacon A eye gtts ī or ii gtt BID AD _____ F.W. BARGER, PA HEALTH SERVICES UNIT FPC/USP, MARION, IL |

Ord.Date HONKEN, DUSTIN LEE    F. BARGER
04/20/04  06951-029    (0)Refills
Exp.Date INSTILL 1-2 DROPS IN AFFECTED
07/18/04 EYE(S) TWICE DAILY AS DIRECTED
Rx #
2023598   NAPHAZOLINE/ANTAZOLINE OPHTH 0.05%/0.5% ML   #1

STANDARD FORM 600 (REV. 6-97) BACK

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 26 of 55

## MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

5-5-03 1500 S| RVD TO DSP-MAR THIS DATE. p/c/o DENIES Bloody
SPUTUM, COUGH, NIGHT SWEATS, SUICIDAL THOUGHTS

O| 35 y/o W/M    NKDA    PPD GIVEN LFA TODAY
Dx: EXT HEMHORRHOIDS, IBS, POSS Hx OF TACHYCARDIA
MEDS: HC CREAM 1% APPLY QID
     DIBUCAINE OINT 1% APPLY QID

A| INTAKE SCREEN

P| CONT/REISSUE   HC CRM + DIBUCAINE OINT.   Ø REFILLS
    - S/c EXPLAINED ————————————— Y.R. Overton RN

Y.R. OVERTON, RN
HEALTH SERVICES UNIT
FPC/USP, MARION, IL

| 05/05/03 | 06951-029 | (0)Refills | 05/05/03 | 06951-029 | (0)Refills |
|---|---|---|---|---|---|
| Exp Date | APPLY TO AFFECTED AREA FOUR TIMES A DAY | | Exp Date | APPLY TO AFFECTED AREA FOUR TIMES A DAY | |
| 2004661 | DIBUCAINE OINTMENT 1% GM    #1 | | 2004662 | HYDROCORTISONE CREAM 30 GM 1% CRM   #1 | |

AUGUSTINE F. LI, MD
CLINICAL DIRECTOR, HSU
USP/FPC MARION, IL

6-9-03  0755
F C I S

S. Request Heart Healthy diet
O. No specific heart healthy diet at this constitution
A. As above
P. Place on ↓fat ↓ chol ↓ na diet per pt request.
                                              F. BARGER, PA

---

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| **HSU, USP, MARION, IL** | A-DES H/O | DOJ    BOP | **USP, MARION IL** |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|
| N/A | | N/A | |

Last Name
**HONKEN**
First Name
**DUSTIN**
Middle Name
**LEE**
Ht. 6' 03"   Wt. 170
Hr. BD   Ey. BL

REG# 06951-029

| | middle; ID No or SSN; Sex; | REGISTER NO. | WARD NO. |
|---|---|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Federal Transfer Center
Oklahoma City, OK
Date MAY 0 1 2003
Medication: ___ Yes ___ No
Hot Meds: ___ Yes ___ No
Meds Issued: ___ Yes ___ No
Lice Seen: ___ Yes ___ No

Signature & Stamp

D. Mann, RN
Clinical Nurse
Federal Transfer Ctr., OKC, OK

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189 405-682-4(
RX240491 DR.GOFORTH 05/02
HONKEN, DUSTIN NSHU
06951029 06951-(
APPLY TO AFFECTED AREA 4 TIMES DAILY

DIBUCAINE OINT, USP 1% #
RLH 2 REFILL(S) EXPIRES: 06/01

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189 405-682-40
RX240490 DR.GOFORTH 05/02/(
HONKEN, DUSTIN NSHU
06951029 06951-0
APPLY TO AFFECTED AREA 4 TIMES DAILY

HC 1% CREAM OTC #
REFILL(S) EXPIRES: 06/01/(

MEDICATION TIMES:
once daily = 8:00 a.m.
2 x daily = 8:00 a.m. & 8:00 p.m.
3 x daily = 8:00 a.m., 12:00 p.m. & 8:00 p.m.
4 x daily = 8:00 a.m., 12:00 p.m., 4:00 p.m. & 8:00 p.m.
Cleared Pharmacy for Transfer
FTC, Oklahoma City, OK

MAY 0 2 2003

| EDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 1-9-02 10.15 | S) Pt seen today requesting ASA for occassional they (complained. |
| BB 211 | O) N/A, AOx 3, Ambulatory PPE clear - Cerebellum |
| | A) HA |
| | P) ASA 325mg Sig ī PO QPM, PRN x 30days #30 (RF Pt counseled on meds |

Capt. Dennis Vettese, Rph
Chief Pharmacist

Iovita Meier, CphT.
Pharmacy Technician

Paul F. _____

| 2/6/07 0925 | Actin Well= Pt seen for AS NE - clear |

| Date 6-7-02 | Inmate Name Houlen, Dustin L. | Register Number 06951-029 |
|---|---|---|
| Time 0831 | S Reg. med for occassional HA. | |
| SHU A218 | O Gen: AOx3, NAD. | |
| | A Tension HA. | |
| | P ① ASA 325 mg ī tab PO q 6h prn HA x 30d. #45 pref x 1.  ② Med. discussed. | |

Provider
J. Miguel Medina, P.A.-C.
Staff Physician Assistant

Federal Bureau of Prisons

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name last, first, middle; Date of Birth; Rank/Grade.)*

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR

Houlen, Dustin
06951- 029 USP-HS Florence
Health Services Unit
P.O. Box 7500

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 12-12-02 | S- requesting ASA 325 mg for HA |
| 1000 | O  O x 3, and, (NAD) |
| SHU | Head: Normocephalic |
| 240 | A  Headache |
|  | NKDA |
|  | Rx  ASA 325 mg 1 (BID) WF prn with refills |
|  | x 90 days |

Capt. Dennis Vettese, Rph.
Chief Pharmacist

Reviewed
C.L. Polland, D.O.
Clinical Director

Reviewed
Layba, D.O.
Clinical Director

Celeste Santos
Physician Assistant

| 3-21-03 | S- requesting renewal of ASA for headache |
| 1000 | O  O x 3, ambulatory, NAD |
| SHU | Head: Normocephalic |
| 223 | limited exam in SHU |
|  | A  Hx Headache |
|  | NKDA |
| Rx | P- ASA 325 mg 1 tablet prn WF #7 |
|  | weekly refills x 90 days |
|  | → LTC if s/s H |
|  | → ff-up prn |

Capt. Dennis Vettese, Rph
Chief Pharmacist

C. L. POLLAND, D.O.
CLINICAL DIRECTOR

MAR 2 2 2003

U.S.P. FLORENCE, CO

C.S. Collins PA

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 30 of 55

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---|
| 10/24/01 1154 | 33 yow 67 |
| | S) INMATE RECEIVED AT USP Florence, Colorado: |
| | O) Normal Male: Yes____ No__✓__ |
| | Medical Complaints: Yes____ No__✓__ |
| | Suicidal Ideations: Yes____ No__✓__ |
| | Lice seen on Wood Lamp Exam: Yes____ No____ |
| | Allergies: Yes____ No__✓__ |
| | Medications: Yes____ No__/__ |
| | A) Intake Screening |
| | P) PPD Given: Yes __✓__ No ___ (current but on unit) done |
| | If yes, Hx of Cough: Yes____ No__✓__   If yes, Hx of hemoptysis: Yes____ No__✓__ |
| | Hx of fevers: Yes____ No__✓__   Hx of night sweats: Yes____ No__✓__ |
| | Unexplained Wt. Loss: Yes____ No__✓__   Contact with anyone known or suspected to have TB: Yes___ N |
| | UA, CBC, and RPR ordered: Yes____ No__✓__ |
| | CHRONIC CARE CLINIC: CARDIAC, DIABETIC, ENDO/LIPID, GASTRO, GENERAL, HYPERTENSIO |
| | INFECT DISEASE, NEUROLOGY, ORTHO / RHEUM, PULMONARY |
| | Mental Health referral: Yes____ No__✓__ |
| | Inmate Instructed on Sick Call/ Emergency procedures: Yes____ No__✓__ |
| | Medications:  CHART REVIEWED                BP-149 REVIEWED |
| | Celestino Garcia Physician Assistant |
| 11-7-01 1100 | No sh/w Ag/D  Celestino Garcia Physician Assistant |

SENSITIVE LIMITED OFFICIAL USE

| PATIENT'S IDENTIFICATION (Use this space for Mechanical imprint) | RECORDS MAINTAINED AT | USP Florence |
|---|---|---|
| | PATIENT'S NAME (Last, First, Middle initial) Honken, Dustin | SEX: M |
| | DEPARTMENT: HSU | SSN/IDENTIFICATION NO. 06951-029 | DATE OF B |

CHRONOLOGICAL RECORD OF MEDICAL CARE          STANDARD FORM 600 (R)

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| EDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT; TREATING ORGANIZATION *(Sign each entry)* |

10/22/01
09:10

H.c. cream /OTC protocol

c.Williams ARNP-C
WILLIAMS CHRISTIAN
FTC, OKC, OK

B71 Kent Officer, Rph
Federal Transfer Center, OK

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 06957 —029   WARD NO. 3Hu

Homken, Druskin

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

ETC Oklahoma City, OK

Federal Transfer Center
Oklahoma City, OK
Date _____

| | | |
|---|---|---|
| Medication: | ___ Yes | ___ No |
| Hot Meds: | ___ Yes | ___ No |
| Meds Issued: | ___ Yes | ___ No |
| Lice Seen: | ___ Yes | ___ No |

Signature & Stamp

Mark Coover NR.EMT-P
Federal Transfer Center, OK

Food or Drug Allergies:
NKA; Allergies: _____

Current Medical Status:
No Complaints; Complaint of _____

TB Signs and Symptom (s): NONE ;
cough, hemoptysis, night sweats, wt. loss

**Medication Times:**
Once Daily = 6:00 AM
2x Daily = 6:00 AM & 3:30 PM
3x Daily = 6:00 AM, 11:30 AM, 3:30 PM
4x Daily = 6:00 AM, 11:30 AM, 3:30 PM, 8:30 PM
Cleared Pharmacy for Transfer.
FTC, Oklahoma City, OK

OCT 16 2001

**Medication Times:**
Once Daily = 6:00 AM
2x Daily = 6:00 AM & 3:30 PM
3x Daily = 6:00 AM, 11:30 AM, 3:30 PM
4x Daily = 6:00 AM, 11:30 AM, 3:30 PM, 8:30 I
Cleared Pharmacy for Transfer.
FTC, Oklahoma City, OK

OCT 2 3 2001

Rev'd
10/2/01

USP Florence
P.O. Box 7500
Florence, CO 81226

BP-149 REVIEWED

CHART REVIEWED

Sick-call and pill line procedures discussed.

Celestino Garcia
Physician Assistant

0730 | V O×3, amb, NAD

SHY NED

224 A LBP
NRDT

R/P + Motrin 400 mg ¾ TID WF prn
#30 × 1 month

? Educ - on back stretching exercise

Jovita Meier, CphT.
Pharmacy Technician

Celeste Santos
Physician Assistant

TIENT'S IDENTIFICATION (Use this space for Mechanical print)

Honken, Dustin
06951-029
DOB

| RECORDS MAINTAINED AT: | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|
| 6-4-98 0900 | S) Asking for HC because his rash peels off |
| | O) No peeling or rashes at the nasal area |
| | A) Nothing found |
| | P) Advised to 1 fluid intake and to come to Sick call if peeling becomes persistent. ___ 6-4-98 ___ PA |
| 7-1-98 1200 | Seen by optometrist eyeglasses ordered. *Cheri A. Myhand* H.I.T. |
| 10/23/98 0600 | admin note: See BP 362 this date V. BOUDET, P.A. |
| 11/3/98 10:25 | Admin note: I/m on sick call if he can have his glasses (new) rechecked. He ___ the new (L) lens doesn't work. I/m was advised by ms. Powe to write a cop out to his myhand to be seen by the Optometrist on the the next consult day. ___ |

PATIENT IDENTIFICATION (Use this space for Mechanical Imprint)

HINTON, Austin
#6957
06951-021

RECORDS MAINTAINED AT: ▶ USP FLORENCE, CO

Virgilio D. Camagay
Physician Assistant

PATIENT'S NAME (Last, First, Middle initial) | SEX
RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE
SPONSOR'S NAME | ORGANIZATION
DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE STANDARD FORM 600, REV. 5-84
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/26/98 1400 hrs. | S—INTAKE SCREENING |
| | O—NORMAL MALE: YES (circled) NO |
| | MEDICAL COMPLAINTS: YES (NO) No current complaints |
| | MEDICATIONS: YES (circled) NO Elavil 25 mg |
| | ALLERGIES: YES NO ✓ |
| | A—AS ABOVE |
| | P—PPD GIVEN: YES NO |
| | TETANUS: YES NO |
| | REFER TO SICK CALL PRN. |
| | R 1— Elavil 25g TIT PO qHs. x 5ds. THEN DC |
| | *E. Garcia* |
| 3/26/98 1525 | RX400055477        03/26/98<br>AMITRIPTYLINE HCL 25 MG TABLET    #1<br>1#      0 REFILLS     EXPIRES 03/30/98 |
| | *Jere G. Sutton, D.O.*<br>Jere G. Sutton, D.O. |
| 4-28-98 1000 Admin Not. | The A&O lab reviewed and shows ↑ RBC & HCO but not significant No further w/u at This Time<br>*Robert E. Williams*<br>Robert E. Williams, D.O., MPH<br>Clinical Director |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Honken, Dustin
06951-029

| RECORDS MAINTAINED AT: | USP FLORENCE, CO. | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE SSN/IDENTIFICATION NO. | | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201—45.505

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 36 of 55

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

4/30/98
10³⁰
137
BP 86
Temp 97.6
pulse 78

(S) pt. c/o fungal overgrowth Boll palms & feet. Also c/o sunburn, feet itching during.
(O) Slight Redness on Boll arm due to sun. Burn Boll feet & Boll palm c fungal gnth
(A) Sun Burn, Fungal overgrowth, Athletic feet.
(P) ask him t use his medicine, make him Body sprity feet & hand clean & dry, and come Back i two weeks if still ill.
Rx Sun Tan lotion AAA for 30 dys R₀ DC
Rx Mycelix Solution for 60 days R₂
Rx CTM 4 mg one at bed time #20 R₀ 4x TR - 5x mls, 1 pA

```
RX400056522                        04/30/98
CLOTRIMAZOLE 1% TOPICAL SOLUTION      #1
DJV          0 REFILLS     EXPIRES 05/30/98
                                   04/30/98
RX400056523                          #20
CHLORPHENIRAMINE MALEATE 4 MG TABLET
DJV          0 REFILLS     EXPIRES 05/20/98
```

Dennis J. Vettese, Capt, USPHS
Chief Pharmacy Services

6-2-98
0925

(S) Inmate wants refill on Clotrimazole
(O) No exam done Today
(A) Hx of Tinea pedis
(P) Since institution is in lockdown will have him keep feet dry and recheck when lockdown is over

___ E. Williams, D.O., MPH
Clinical Director

*U.S. Government Printing Office: 1992 — 342-199/50126

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 37 of 55

BP-S149.060 **MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT** CDFRM
JUL 96
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PR.

| TB Clearance | |
|---|---|
| PPD Completed: 2/28/98 Date | |
| Results: _____ mm | |
| Interpreted as: (Positive or Negative) | |
| CXR Completed: _____ (Date) | |
| Results: _____ | |

Note: Date(s) listed above must be within one year of this transfer.

No inmate may be transferred to any BOP facility unless either PPD or CXR results are satisfactory for medical clearance.

Name: Honken, Dustin          Reg. No. 06951-029

Departed From: _UCA-of LUV_     Date Departed: 3-16-98

Destination: _____     Reason for Transfer: _____
            Name of Institution

Special Instructions: Blood and Body Fluid Precautions

NK PA _____

_____

Diagnoses:  1. Depression    4. _____
            2. _____        5. _____
            3. _____        6. _____

MEDICATION FOR CARE ENROUTE

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| Elavil | 25mg | po | HS | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature of Certifying Medical Staff Member | Title | Date Signed |
|---|---|---|
| _____ RN | ____ nurse | 3-15-98 |

PROGRESS NOTES ENROUTE

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|
| Federal Transfer Center Oklahoma City, OK Date MAR 16 1998 | | Wm | |

Medication: X Yes ____ No
Hot Meds: X Yes ____ No
Meds Issued: ____ Yes X No
Lice Seen: ____ Yes X No

Signature & Stamp

Jason Genzer, LTJG
Registered Nurse
F.T.C., Oklahoma City, OK

Attach SF-600 if additional space is required.

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 38 of 55

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

3-19-98
0840
NKA

S. reg ASA gargle; Actifed OTC;
Motrin foraches

O INAD afebrile Throat = PND

A. aches

P ^rx Motrin 800 TID pain X100
^m Actifed OTC TP, ⊆ ASA gargle
↑os NP

Kent Officer, Rph
Federal Transfer Center, OK

Marti Jones, NP
Contract Nurse
FTC, Oklahoma City, OK

3-23-98
0830

S. I'm out of actifed, my
throat hurts, ears stopped
up

O INAD skin warm, flushed,
afebrile, TMs clear Im
boggy ⊆ exudate - Throat
inj, PND, mild bil ant
adenop ch clear

A URI/FLU

P ^rx Amantadine 100 BID X 5d
cont Actifed; ^m Afrin, H ^m Humabid
ASA for gargles ⊆ red x tx Rx
⊆ comp

Hal Kessler Rph ^m
Federal Transfer Center, OK

Marti Jones, NP
Contract Nurse
FTC, Oklahoma City, OK

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORD MAINTAINED AT: | FTC OKC |  |
|---|---|---|---|
| Horton Dustin<br>06951029<br>3D | PATIENT'S NAME *(Last, First, Middle Initial)* |  | SEX |
|  | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
|  | SPONSOR'S NAME |  | ORGANIZATION |
|  | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3-24-98 0835 | reg$^m$ HC $\rightarrow$ Actified OTC $\downarrow$ <br><br> Marti Jones, NP <br> Contract Nurse <br> FTC, Oklahoma City, OK |

Case 3:10-cv-03074-LTS-KEM   Document 19-69   Filed 06/06/11   Page 40 of 55

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2D REPORT WITH TOP AT THIS LINE ↑

SPECIMEN/LAB RPT NO

URINALYSIS

USP-HS Florence
Health Services Unit  *HONKEN, DUSTIN*
P.O. Box 7500
Florence, CO. 81226  #06951-029

USP FLORENCE 719-784-9454

PATIENT STATUS
☐ BED          ☑ AMB
OUTPATIENT ☑
☐ IP          ☐ DOM

SPECIMEN SOURCE
☑ ROUTINE
☐ OTHER (Specify)

LAB. ID NO.

REW

Robert E Williams, D.O., MPH
Clinical Director

SA          3/28/98

Yellow  1.005  .2  |  |  |  1  5  |

PATIEN

middle; grade; date; hospital or medical facility)

REGISTER NO.          WARD NO.

Honken, Dustin
06951-029

LABORATORY REPORTS
Standard Form 514

Prescribed by GSA/ICMR
FIRMR (4)(CFR) 201-45.605
OCT 1975          514-108

Case 3:10-cv-03074-LTS-KEM   Document 19-69   Filed 06/06/11   Page 41 of 55

Sample No.: ERR000000000003　　Rack: 50　　Tube: 5　　　　　03/09/2004　18:57:01
Patient ID:　　　　　　　　　　Ward:　　　　　　　　　Dr.:
Name:　　　　　　　　　　　　　　　　　　　　　Birth:　　　　　　　Sex:
Comments: *Honker Dustin*　　　　　　　　　　　Inst.ID:　XE-2100

Negative



| WBC | 5.03 | [10^3/uL] | | |
|---|---|---|---|---|
| RBC | 4.93 | [10^6/uL] | | |
| HGB | 14.8 | [g/dL] | | |
| HCT | 44.7 | [%] | | |
| MCV | 90.7 | [fL] | | |
| MCH | 30.0 | [pg] | | |
| MCHC | 33.1 | [g/dL] | | |
| PLT | 227 | [10^3/uL] | | |
| RDW-SD | 41.8 | [fL] | | |
| RDW-CV | 12.7 | [%] | | |
| MPV | 11.7 | [fL] | | |
| NEUT | 2.89 | [10^3/uL] | 57.4 | [%] |
| LYMPH | 1.60 | [10^3/uL] | 31.8 | [%] |
| MONO | 0.40 | [10^3/uL] | 8.0 | [%] |
| EO | 0.12 | [10^3/uL] | 2.4 | [%] |
| BASO | 0.02 | [10^3/uL] | 0.4 | [%] |
| NRBC | 0.00 | [10^3/uL] | 0.0 | [/100WBC] |
| RET | 1.11 | [%] | 5:47 | [10^4/uL] |
| IRF | 0.117 | [Ratio] | | |

WBC IP Message(s)　　　　　RBC/RET IP Message(s)　　　　PLT IP Message(s)

Case 3:10-cv-03074-LTS-KEM　　Document 19-69　　Filed 06/06/11　　Page 42 of 55

U. S. MEDICAL    NTER FOR FEDERAL PRISONERS
LABORA  RY,   1900 W. SUNSHINE
SPRINGFIELD,  MISSOURI  65808
(417) 862-7041, EXT. 454

========================= F I N A L    R E P O R T =========================

egister Number: 06951-029                          Age              : 30
ame           : HONKEN, DUSTIN                      Sex              : M
ocation       : USP FLORENCE                        Accession Number: 2900
hysician      : Dr. Sutton                          "X" if Complete :  [X]
ollection Date: 10/13/1998
ollection Time: 17:31
ests  | HIV-AB
rdered|

=============================================================================
est Name              Result        Flag      Reference Range              Tech

ollection Cmt.        Random
IV-AB                 Negative                                    NR        SY TE
                  DO NOT REMOVE REPORT FROM PATIENT CHART
                  -- End of Laboratory Report --

JERE G. SUTTON, D.O.

Name     : HONKEN, DUSTIN              Doctor  : Dr. Sutton
egister#: 06951-029

U. S. :DICAL CENTER FOR FEDERAL PI    ONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

========================== F I N A L   R E P O R T ==========================

Register Number: 06951-029                  Age                : 98
Name       : HOMKEN,DUSTIN                   Sex                : M
Location   : USP FLORENCE                    Accession Number: 2713
Physician  : MISCELLANEOUS DOCTOR            "X" if Complete :  [X]
Collection Date: 04/24/1998
Collection Time: 11:32
Tests  | CBC; RPR
Ordered|

=============================================================================

| Test Name | Result | Flag | Reference Range | | | Tech |
|---|---|---|---|---|---|---|
| Collection Cmt. | No Collection Date Given | | | | | |
| | No Age DOB Given | | | | | |
| CBC | | | | | | |
| White Blood Cell | 4.9 | | mm3 | 4.3 | - 11.1 | MB JD |
| Red Blood Cells | 5.88 | HI | mm3 | 4.46 | - 5.78 | MB JD |
| Hemoglobin | 17.4 | | g/dL | 13.6 | - 17.6 | MB JD |
| Hematocrit | 53.0 | HI | % | 40.2 | - 51.4 | MB JD |
| MCV | 90.2 | | fL | 82.5 | - 96.5 | MB JD |
| MCH | 29.6 | | pg | 27.1 | - 34.3 | MB JD |
| MCHC | 32.8 | LO | g/dL | 33.0 | - 35.0 | MB JD |
| RDW | 14.2 | HI | % | 12.0 | - 14.0 | MB JD |
| PLT | 160 | | 10~3/uL | 130 | - 374 | MB JD |
| MPV | 10.9 | HI | fL | 6.9 | - 10.5 | MB JD |
| RPR | Non-Reactive | | | NR ‾ | | RL TE |

-- End of Laboratory Report --

Robert E. Williams, D.O., MPH
Clinical Director

Name       : HOMKEN,DUSTIN              Doctor  : MISCELLANEOUS DOCTOR
Register#: 06951-029                    Location: USP FLORENCE
Printed : 04/24/1998 @ 14:05

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 44 of 55

# Preliminary X-Ray Reading

U.S. Penitentiary
5880 Hwy 67 South
Florence, CO 81226
719-784-9454

Inmate Name: Nonken, Dustin

Exam: _____

Register Number: 06951-029

Exam Date: _____

Date Of Birth ████████ 8

Interpretation:

*No Evidence of acute / chronic Pulmonary disease*

Clinician: ~~~~~~~~~~~~~~~~ Date: 29 April 03

**C. L. POLLAND, D.O.
CLINICAL DIRECTOR**

APR 2 9 2003

**U.S.P. FLORENCE, CO**

## Medications

**Pharmacy Services**

USP FLORENCE HIGH, CO 81226          719-784-5156

| | | |
|---|---|---|
| RX400078610 | J. SUTTON | 01/19/00 |
| HONKEN,DUSTIN | | 06951-029 |

***PILL LINE PASS*** GIVE 1 TABLET AT 1145 OR
2000

PAXIL 30MG TABLETS                    #1
DJV  2 REFILL(S)          EXPIRES 04/18/00

**Rx Label**

**Rx Label**

*PILL LINE MEDICA*

**U.S. DEPARTMENT OF JUSTICE**
Bureau of Prisons

INSTITUTION

REG. NO.

Previous editions not usable

NAME

USP LVN

BP-521(60)
JUNE 1993

| DATE: | 1 | 2 | 3 | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | | | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DATE: | 1 | 2 | 3 | 4 | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | | 29 | 30 | 31 |

Pharmacy Interventiion

| NAME | SIGNATURE | INITIAL |
|------|-----------|---------|
| Finnegan, T. PA | | |
| Bisla, Mac PA | M. BISLA | |
| Reiter, D. PA | | |
| Eldred, M. DDS | | NE |
| Meier, J. CPhT | Cenita Meier CPhT | Jm |
| Medina, Miguel PA | M medina | Mm |
| Hernandez, V. PA | | VH |
| Schoppert, R, DDS | | |
| Haunschild, T DDS | | |
| Boudet, V. PA | | |
| Camagay, V. PA | camagay | VDC |
| Garcia, T. PA | | |
| Rueda, Carlos R. PA | | |
| Guiang, M, PA | | MAG |
| Sutton, J.G. DO | | |
| Erzouki, H.E. | H.e. b 2 | HE |

The following table appears rotated 180° (upside-down) on the left side of the page:

| NAME | |
|------|--|
| | |

INITIALS



Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 48 of 55

Pharmacy Interventiion

| NAME | INITIALS |
|------|----------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

X=Refused
O=No Show          Updated 11/97

| NAME | SIGNATURE | INITIAL |
|------|-----------|---------|
| Finnegan, T. -PA | | |
| Bisla, Mac  PA | M. BISLA | |
| Reiter, D. PA | | |
| Eldred, M. DDS | M Eldred | ME |
| Meier, J. CPhT | Guenita Meier CPhT | |
| Medina, Miguel PA | M Medina | |
| Hernandez, V. PA | | VH |
| Schoppert, R. DDS | Roy t Schoppert | RDS |
| Haunschild, T DDS | | |
| Boudet, V. PA | | B |
| Camagay, V. PA | CAMAGAY | VC |
| Garcia, T. PA | | CG |
| Rueda, Carlos R. PA | | CR |
| Guiang, M, PA | | MG |
| Sutton, J.G. DO | | JGS |
| Erzouki, H.E. | H.e. b. 2 | HE |

## Medications

| | DATE: | 1 | 2 | 3 | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

start:     stop:

AM

Pharmacy Services
USP FLORENCE HIGH, CO 81226    719-784-5156    9/99

NOON

PM

RX400075091     C. RUEDA     09/29/99
HONKEN,DUSTIN     06951-029

HS

***PILL LINE PASS*** GIVE 1 CAPSULE AT 1145

AM

NOON

FLUOXETINE HCL 20 MG CAPSULE    #1
DJV    2 REFILL(S)    EXPIRES 12/28/99    10/99

PM

HS

start:     stop:    11/99

AM

NOON

PM

HS

**Rx Label**    12/99

AM

NOON

PM

HS

start:     stop:

AM

NOON

PM

HS

**Rx Label**

AM

NOON

PM

HS

| DATE: | 1 | 2 | 3 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PILL LINE MEDIC.

INSTITUTION

REG. NO.

NAME

DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

Case 3:10-cv-03074-LTS-KEM    Document 19-69    Filed 06/06/11    Page 50 of 55

Pharmacy Interventiion

X=Refused
O=No Show          Updated 11/97

| NAME | SIGNATURE | INITIA |
|---|---|---|
| Finnegan, T. PA | | |
| Bisla, Mac PA | M. BISLA | |
| Reiter, D. PA | | DRE |
| Eldred, M. DDS | M. Eldred | NE |
| Meier, J. CPhT | Juanita Meier CPhT | Jm |
| Medina, Miguel PA | M Medina | Mlu |
| Hernandez, V. PA | | VH |
| Schoppert, R, DDS | Roy t Shoppert Dse | RJS |
| Haunschild, T DDS | | |
| Boudet, V. PA | | B |
| Camagay, V. PA | V Camagay | VDC |
| Garcia, T. PA | | G |
| Rueda, Carlos R. PA | | R |
| Guiang, M, PA | M Guiang | MAG |
| Sutton, J.G. DO | | JF |
| Erzouki, H.E. | H E. Erzouki | |

INITIALS          NAME

| Medications | DATE: | 1 | 2 | 3 | . | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PILL LINE MEDICATION SHEET**

start:     stop:

Pharmacy Services

USP FLORENCE HIGH, CO 81226    719-784-9454

RX400055477    T. GARCIA    03/26/98
HONKEN,DUSTIN    06951-029
***PILL LINE PASS*** TAKE 25MG AT 2000
(3/26-3/30 THEN DC)

AMITRIPTYLINE HCL 25 MG TABLET    #1
4N    0 REFILLS    EXPIRES 03/30/98

Rows for each medication block: AM / NOON / PM / HS (repeated)

start:     stop:

**Rx Label**

start:     stop:

**Rx Label**

S. DEPARTMENT OF JUSTICE
deral Bureau of Prisons

BP-521(60)
JUNE 1993

INSTITUTION

REG. NO.

Previous editions not usable

NAME

USP LVN

| DATE: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

X=Refused
O=No Show

Updated 11/96

| NAME | SIGNATURE | INITIALS |
|---|---|---|
| Finnegan, T. PA | | |
| Williams, R. DO | | |
| Reiter, D. PA | | |
| Eldred, M. DDS | | |
| SUTTON, Jere G. DO | | |
| Martin, H. Rph | | |
| Hernandez, V. PA | | |
| H.K. Erzaoui, M | | |
| Boudet, V. PA | | |
| Camagay, V. PA | | |
| Garcia, T. PA | | |
| Guiang, M. PA | | |
| Willis, M. RN | | |
| Jev.la Meier Tech | | |

| NAME | INITIALS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

NO SHOW = 1

SED = 0.

PILL LINE MEDICATION SHEET

BP-521(60)
JUNE 1993

Previous editions not usable

| Medications | DATE: | 1 | 2 | | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| start:    stop: | AM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx Label | PM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | |
| start:    stop: | AM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx Label | HS | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | |
| start:    stop: | AM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HS | | | | | | | | | | | | | | | | | | | | | | | | | | |

Pharmacy Services    405-680-4000
FTC OKLAHOMA, OK 73189

RX400113110    Dr. L. DR HUBER    03/17/98
   06951-029
HONKEN,DUSTIN
TAKE 1 TABLET AT BEDTIME **3D**

AMITRIPTYLINE HCL 25 MG TABLET    #30
   EXPIRES 06/15/98
KO    2 REFILL(S)
U.S
Fede

INSTITUTION

REG. NO.

NAME

USP LVN

DATE: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

K. Bryzan RN    KMB
Deborah M. Carter R.N   DMC
Gregory Allman RN

M. Jones RN    MJ
J. Underwood RN

Eloise Knapp LPN    EK
Cathy Kendrick LPN    CK
Carlin Xavier    P.A.
Kim Haines LPN    KG

| NAME | INITIALS |
|---|---|
| Daniel Maxon PA | DM |
| GREGORY YOUENS RN | GY |
| Susan Ford RN DP | SF |
| Robin T. Allen RN | RA |
| Amy Jones NP | AJ |
| J. Nash Wilson NP | JN |
| E. S. Tollett DDS | E.T. |
| Christina Casso LPN | CC |

Edwina Fitz LPN    EF
Rasonda Chisholm LPN    R.C.
Mark Horn RPh    MH
Hal Keesler RPh    HP
Russell R. Rooms EMTP    RR
Kent Officer RPh    KO
R Alexander RN Alexander    LN
M Winlock RN WINLOCK    MW

| NAME | INITIALS |
|---|---|
| Tammy Jordan LPN | TJ |
| Vicki L. Wold LPN | LW |
| Becky Miles LPN | BB |
| Amy Braund LPN | AB |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |