# 70

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Medical Records/Health Services | Feb. 04, 2009 |
| FROM: Dustin Honken | REGISTER NO.: 06951029 |
| WORK ASSIGNMENT: Unassigned | UNIT: SCU - C306 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting copies of my medical records dated October 01, 2005 thru the date that this request is provided. The records I am requesting are to be all inclusive, specifically I request all consultations with cardiologists (ie: correspondence, reports, lab reports, testing results, chronological entries. Also provide all U.R.C. decisions and recommendations.

Thank you,

Dustin Honken
2/04/09

Received 2/4/2009

(Do not write below this line)

DISPOSITION:                                        **FCC Terre Haute**

(91 page count)

Requested copies enclosed.

| Signature Staff Member | Date |
|---|---|
| K. Jackson MA | 2-13-09 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 2 of 90

Printed on Recycled Paper

# Bureau of Prisons
# Health Services
# Clinical Encounter

Sick Call/Triage encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Klink, Kimberly MS, FNP

**Chief Complaint:** Other Problem

**Subjective:** Inmate states that his SVT is still bothering him. He states it is slightly better with the metoprolol but still having occasional palpitations. He states they are intermittent. Sometimes are daily but usually at least 2-3 times a week. He states it is usually worse when he bends over or with exertion. He was wanting to know cardiac cath results and if there is anything more to be done.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:** No

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/12/2009 | 07:21 THX | 88 | | | Klink, Kimberly MS, FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/12/2009 | 07:21 THX | 18 | Klink, Kimberly MS, FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/12/2009 | 07:21 THX | 121/81 | | | | Klink, Kimberly MS, FNP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/12/2009 | 07:21 THX | 193.0 | 87.5 | | Klink, Kimberly MS, FNP |

**Exam:**

**General**

**Appearance/Nutrition**

Appears Well (yes), Alert and Oriented x 3 (yes)

**Affect**

Pleasant (yes), Cooperative (yes)

**Pulmonary**

**Observation/Inspection**

Normal (yes)

| Inmate Name: | HONKEN, DUSTIN LEE | | Reg #: 06951-029 |
|---|---|---|---|
| Date of Birth: | ▮▮▮▮▮▮ | Sex: M | Race: WHITE |
| Encounter Date: 02/12/2009 07:08 | | Provider: Klink, Kimberly MS, FNP | Facility: THP |

## Exam:

### Auscultation
Clear to Auscultation Bilaterally (yes)
### Cardiovascular
#### Observation
Normal Rate (yes), Regular Rhythm (yes)
#### Auscultation
Regular Rate and Rhythm (RRR) (yes)

## ASSESSMENT:

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Cardiac dysrhythmia, unspecified | 427.9 | Current | 07/02/2008 | Improved | Chronic |

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Cardiology | 02/19/2009 | Routine | No | |

#### Reason for Request:
S/p cardiac cath, still having increased palpitations.
#### Current Medications:
Metoprolol Tartrate 25 MG Tab Exp: 05/11/2009 SIG: Take one tablet by mouth twice daily

## Disposition:
Follow-up at Sick Call as Needed

## Other:
Will place inmate back on to see the cardiologist and will discuss case with CCC MD. Continue medications as ordered.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/12/2009 | Counseling | Access to Care | Klink, Kimberly | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

**Clinical Encounter completed on HONKEN, DUSTIN LEE by Klink, Kimberly MS, FNP on 02/12/2009 07:08.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | HONKEN, DUSTIN LEE | | | Reg #: | 06951-029 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮▮▮▮ | Sex: | M | Race: | WHITE |
| Note Date: | 02/10/2009 08:27 | Provider: | Klink, Kimberly MS, FNP | Facility: | THP |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:** Klink, Kimberly MS, FNP
        Medication refill


**ASSESSMENTS:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| THX-44803 | Metoprolol Tartrate  25 MG Tab | 02/10/2009 08:27 | Take one tablet by mouth twice daily x 90 day(s) |

        **Indication:** Cardiac dysrhythmia, unspecified


**Cosign Required:**   No
**Telephone/Verbal Order:**  No


**Administrative Note completed on HONKEN, DUSTIN LEE by Klink, Kimberly MS, FNP on 02/10/2009 08:27**

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 5 of 90

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HONKEN, DUSTIN LEE | | Reg #: 06951-029 |
| Date of Birth: ▮▮▮▮ | Sex: M | Race: WHITE |
| Encounter Date: 12/02/2008 15:40 | Provider: Mize, Stephen RN | Facility: THP |

Evaluation encounter performed at Other.

**SUBJECTIVE:**

**COMPLAINT 1**  **Provider:** Mize, Stephen RN

**Chief Complaint:** Chest Pain

**Subjective:** INMATE STATES THAT AROUND 1300 HIS HEART WAS BEATING FAST FOR APPROX. 4-5 MIN. HE ALSO STATES HE HAD CHEST PAIN, BUT IT WAS GONE AT THE TIME OF THIS ASSESSMENT. DENIES SOB.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:** No

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/02/2008 | 18:09 THX | 98.1 | 36.7 | Oral | Mize, Stephen RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/02/2008 | 18:09 THX | 69 | Via Machine | | Mize, Stephen RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/02/2008 | 18:09 THX | 20 | Mize, Stephen RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/02/2008 | 18:09 THX | 143/88 | Left Arm | Sitting | Adult-large | Mize, Stephen RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/02/2008 | 18:09 THX | 100 | Room Air | Mize, Stephen RN |

**Exam:**

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

ECG WAS NORMAL, NO PAIN OR ANY OTHER SYMPTOMS PRESENT DURING ASSESSMENT. SKIN PWD. F/U

Case 3:10-cv-03074-LTS-KEM Document 19-70 Filed 06/06/11 Page 6 of 90

Inmate Name:  HONKEN, DUSTIN LEE
Date of Birth:  ███████████
Encounter Date:  12/02/2008 15:40

Sex:  M
Provider:  Mize, Stephen RN

Reg #:  06951-029
Race:  WHITE
Facility:  THP

WITH SICK CALL IN AM.  REPORT IF SYMTOMS RETURN OR BECOME WORSE.

**PLAN:**

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/02/2008 | Counseling | Access to Care | Mize, Stephen | Verbalizes Understanding |

**Copay Required:** No

**Cosign Required:** No

**Telephone/Verbal Order:** No

**Clinical Encounter completed on HONKEN, DUSTIN LEE by Mize, Stephen RN on 12/02/2008 15:40.**

Case 3:10-cv-03074-LTS-KEM   Document 19-70   Filed 06/06/11   Page 7 of 90

| Inmate Name: HONKEN, DUSTIN LEE | | Reg #: 06951-029 |
|---|---|---|
| Date of Birth: ███████ | Sex: M | Race: WHITE |
| Encounter Date: 11/18/2008 12:55 | Provider: Bixler, Tracy RN | Facility: THP |

Emergency encounter performed at Special Housing Unit.

## SUBJECTIVE:

**COMPLAINT 1**          **Provider:** Bixler, Tracy RN

**Chief Complaint:** Pain

**Subjective:** Inmate reports chest palpitations. "feels like my heart is beating hard. I have SVT and palpitations."

**Pain Location:** Chest-Sternal

**Pain Scale:** 5

**Pain Qualities:**

**History of Trauma:** No

**Onset:** 1-5 Hours

**Duration:** 1-5 Hours

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:** Reports as constant pressure with tingling in left arm.

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/18/2008 | 12:59 THX | 98.0 | 36.7 | | Bixler, Tracy RN |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/18/2008 | 12:59 THX | 64 | Apical | Regular | Bixler, Tracy RN |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/18/2008 | 12:59 THX | 16 | Bixler, Tracy RN |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/18/2008 | 12:59 THX | 150/85 | | | | Bixler, Tracy RN |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/18/2008 | 12:59 THX | 100 | | Bixler, Tracy RN |

### Exam:
**General**
**Appearance/Nutrition**
Appears Well (yes), Alert and Oriented x 3 (yes), Diaphoretic (no)

## ASSESSMENT:

| Inmate Name: | HONKEN, DUSTIN LEE | | Reg #: | 06951-029 |
| Date of Birth: | ▓▓▓▓▓ | Sex: M | Race: | WHITE |
| Encounter Date: 11/18/2008 12:55 | | Provider: Bixler, Tracy RN | Facility: | THP |

Affect-Anxious

Inmate brought to special confinement exam room. Reports feels like heart is beating hard. Pressure mid-sternal with left arm tingling. Respirations easy and unlabored. Appears a little anxious. Skin warm and dry. No N/V. No SOB. Reports felt clammy earlier. EKG done at this time. Shows sinus bradycardia at 54 BPM. Inmate seems to be more relaxed after exam. Reports pressure still there but tolerable. Denies need for pain medications. To notify medical if condition worsens.

## PLAN:

### Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

### Other:

Called and talked to PA Klink. Obtain EKG. EKG taken to PA. No new orders.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 11/18/2008 | Counseling | Access to Care | Bixler, Tracy | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes          **By:** Klink, Kimberly MS, FNP

**Telephone/Verbal order read back and verified.**

**Clinical Encounter completed on HONKEN, DUSTIN LEE by Bixler, Tracy RN on 11/18/2008 12:55.**

**Clinical Encounter requested to be cosigned by Klink, Kimberly MS, FNP.**

**Clinical Encounter cosigned by Klink, Kimberly MS, FNP on 11/19/2008 06:44.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | HONKEN, DUSTIN LEE | | | Reg #: | 06951-029 |
| Date of Birth: | ▆▆▆▆▆ | Sex: | M | Race: | WHITE |
| Note Date: | 11/14/2008 14:06 | Provider: | Morris, Jaime RPh | Facility: | THP |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**        **Provider:** Morris, Jaime RPh
>
> Medication refill

**ASSESSMENTS:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| THX-37251 | Metoprolol Tartrate  25 MG Tab | 11/14/2008 14:06 | Take one tablet by mouth twice daily x 90 day(s) |

> **Indication:**

**Cosign Required:**   Yes
**Telephone/Verbal Order:**   No

**Administrative Note completed on HONKEN, DUSTIN LEE by Morris, Jaime RPh on 11/14/2008 14:06**
**Requested to be cosigned by  Lukens, David MD.**
**Cosigned by Lukens, David MD on 11/14/2008 14:34.**

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 10 of 90

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HONKEN, DUSTIN | | | Reg #: | 06951-029 |
| Date of Birth: | ▮▮▮▮▮ | Sex: | M | Race: | WHITE |
| Note Date: | 09/09/2008 08:00 | Provider: | Klink, Kimberly MS, FNP | Facility: | THP |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Klink, Kimberly MS, FNP

Medication refill-metoprolol tartrate

**ASSESSMENTS:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| THX-34790 | Metoprolol Tartrate  25 MG Tab | 09/09/2008 08:00 | Take one tablet by mouth twice daily **SICK CALL OR CHRONIC CARE FOR MORE** x 60 day(s) |

**Indication:** Cardiac dysrhythmia, unspecified

**Cosign Required:**    No
**Telephone/Verbal Order:**   No

**Administrative Note completed on HONKEN, DUSTIN by Klink, Kimberly MS, FNP on 09/09/2008 08:00**

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 11 of 90

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: HONKEN, DUSTIN | | Reg #: 06951-029 | |
| Date of Birth: █████████ | Sex: M | Race: WHITE | |
| Encounter Date: 07/02/2008 15:02 | Provider: Wilson, William E. MD | Facility: THP | |

Admin Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Wilson, William E. MD

**Chief Complaint:** Other Problem

**Subjective:** PHONE CALL FROM DR LAMIY WHO SAYS THE PT NEEDS FOLLOW UP WITH INTERVENTIONAL CARDIOLOGIST FOR A POSITIVE STRESS TEST AND THEN POSSIBLE ABLATION THERAPY AFTER THAT. THE PATIENT ALREADY HAS CONSULT PENDING WITH PROVIDENCE MEDICAL LATER THIS MONTH. WE WILL AWAIT THE RESULTS OF THAT CONSULT.

**Pain Location:**

**Pain Scale:**

**Pain Qualities:**

**History of Trauma:**     No

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

## OBJECTIVE:

**Exam:**

## ASSESSMENT:

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Cardiac dysrhythmia, unspecified | 427.9 | Current | 07/02/2008 | Initial | Chronic |

## PLAN:

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/02/2008 | None/Severe | | Wilson, William | No Participation |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal**     No

**Clinical Encounter completed on HONKEN, DUSTIN by Wilson, William E. MD on 07/02/2008 15:02.**

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 12 of 90

Honken, Dustin
ID: 06951029

Male

2-Dec-2008 15:54:30

Vent rate: 59 BPM
PR int: 144 ms
QRS dur: 91 ms
QT/QTc: 399/398 ms
P-R-T axes: 42 72 55

SINUS BRADYCARDIA
NORMAL ECG

UNCONFIRMED REPORT

USP



Thomas Webster, MD
Clinical Director

No Site Name

WelchAllyn    Version 1.06  Sequence #00050   P/N    Frequency response [0.05-40] Hz

Webster
344-422

# PROVIDENCE MEDICAL GROUP

## Cardiac Catheterization Preliminary Report

Patient Name:  (117652)Honken, Dustin
              DOB: ███████

**Date of Birth:**

**Date of Procedure:** 10-24-08

**Doctor:** N. Kabous, MD

**Procedure Performed:**

Cardiac Cath

<u>Coronary Angiography:</u>

Left Main:  ptm̄

Left Anterior Descending Artery:

Left Circumflex Artery:

Right Coronary Artery:

<u>**Abdominal Aortagram:**</u>

<u>**Carotid Arteriogram:**</u>

<u>**Femoral Arteriogram:**</u>

<u>**Plan of action:**</u>

___ Medical Therapy
___ Aggressive risk factor modification
___ Percutaneous Transluminal Coronary Angioplasty Intervention
___ Surgical Consult

# PROVIDENCE MEDICAL GROUP

## CARDIOVASCULAR MEDICINE

George Bittar, M.D.
F.A.C.P., F.A.C.C., F.C.C.P.

Nawar Mercho, M.D.
F.A.C.C.

Robert Oehler, M.D.
F.A.C.C.

Elias Dalloul, M.D.
F.A.C.C.

Thomas F. Orman, M.D.
F.A.C.C.

Neil Kabous, M.D.

Sameh Lamiy, M.D.

Jean Yacoub, M.D.

July 30, 2008

Thomas Webster, M.D.
P.O. Box 33
Terre Haute, IN 47801

RE:   Dustin Honken
DOB:  ███████
ID#:  117652

Dear Dr. Webster,

Thank you for allowing me to participate in your patient's care. As you know, Mr. Honken is a 40-year-old with past medical history significant for supraventricular tachycardia who presented to the office for a followup. He had undergone a stress test that was abnormal suggestive of possible ischemia and had undergone a 2D echocardiogram that revealed a normal ejection fraction. He is to undergo SVT ablation and prior to ablation it was recommended that he undergo a cardiac catheterization.

He states that he has been having some chest discomfort on and off for the two to three months. He thinks it is only associated with his palpitations or SVT. He denies any current chest pain. Denies any lightheadedness or nausea and vomiting.

**PAST MEDICAL HISTORY:** As mentioned above, significant only for supraventricular tachycardia.

**PAST SURGICAL HISTORY:** Significant for tonsillectomy.

**SOCIAL HISTORY:** He denies tobacco usage. He states that he has had some cocaine usage in the past for approximately two years, two to months' duration. He denies any current drugs. He denies any ethanol; denies any other illicit drugs other than mentioned above.

**FAMILY HISTORY:** Positive for coronary artery disease in his father in his 40s.

**REVIEW OF SYSTEMS:** As mentioned above; all other systems within normal limits.

**OUTPATIENT MEDICATIONS:** Metoprolol 25 mg b.i.d.

D. Lukens, MD
FCC Terre Haute

2723 South 7th Street, Suite A • Terre Haute, Indiana 47802
(812) 232-8164 • (812) 234-6391

Page Two

RE: Dustin Honken
    July 30, 2008

**ALLERGIES:** No known drug allergies.

**PHYSICAL EXAMINATION:** On examination his blood pressure is 133/88; heart rate is 55 and respirations 14-16. His weight is 192.5 lb. His neck is supple. No JVD. No carotid bruits. His lungs are clear to auscultation and percussion bilaterally. Her heart is regular rate. Normal S1, S2. The abdomen is soft. Bowel sounds are positive. Nontender, nondistended. Extremities show no evidence if cyanosis, clubbing or edema. Neurologically he is alert, awake and oriented times three.

**ASSESSMENT/PLAN:** This is a 40-year-old with a history of supraventricular tachycardia who is to undergo SVT ablation with chest discomfort most likely associated with his palpitations and abnormal stress test. From a cardiac perspective I recommend that he undergo cardiac catheterization to exclude any possibility of coronary artery disease prior to SVT ablation as recommended by the EP consultant. The pros and cons of the ablation were explained to the patient in detail including but not limited to bleeding of the groin site, infection, dye allergies, anaphylaxis, renal failure from the dye, stroke, heart attack and even possibly death. We will continue to follow with you after the above examination.

Thank you, again, for allowing me to participate in this patient's care.

Sincerely,

Neil G. Kabous, M.D.

NGK/lkm
Dictated but not proofread.
Job ID: 08906



# PROVIDENCE MEDICAL GROUP

### CARDIOVASCULAR MEDICINE



George Bittar, M.D.
F.A.C.P., F.A.C.C., F.C.C.P.

Nawar Mercho, M.D.
F.A.C.C.

Robert Oehler, M.D.
F.A.C.C.

Elias Dalloul, M.D.
F.A.C.C.

Thomas F. Orman, M.D.
F.A.C.C.

Neil Kabous, M.D.

Sameh Lamiy, M.D.

Jean Yacoub, M.D.

July 2, 2008

Thomas Webster, M.D.
Terre Haute Federal Penitentiary
P.O. Box 33
Terre Haute, Indiana 47801

> RE: Dustin Honken
> DOB: ▓▓▓▓▓
> ID#: 117652

Dear Dr. Webster:

I had the pleasure of seeing Mr. Honken today for a follow up regarding his echo and stress test.

As you know he has an SVT, it is either AVNRT or AVRT and he has PVC's with some chest pain, so we decided to do a treadmill nuclear stress test and it is positive for ischemia with isolated PVC's during the peak exercise. Also the nuclear stress test showing inferior changes might be diaphragmatic attenuation or it might be ischemia after I showed it to Dr. Kabous. His echo showed normal EF, it is not officially read yet. The patient said he stopped metoprolol because it wasn't working for SVT. His SVT is still going on. He did not have a new Holter but he stopped it 2 weeks ago and he is also feeling the heart beating hard. It might be related to the isolated PVC's he also has.

**PHYSICAL EXAMINATION:** He is sitting in the chair in no acute distress. Blood pressure is 132/66 and pulse is 75. Chest is clear to auscultation bilaterally. Cardiac exam shows normal S1 and S2. Extremity exam revealed no edema, clubbing or cyanosis.

**IMPRESSION:** He is a 40-year-old male patient with SVT not controlled by medication. I believe that the best way to proceed is to do an EP study, possible ablation but he will need to see an interventional cardiologist first to see if he needs a heart cath prior to that with abnormal stress test. And if

2723 South 7th Street, Suite A · Terre Haute, Indiana 47802
(812) 232-8164 · (812) 234-6391

Page two

RE:    Dustin Honken
       07/02/08

it is negative, then we will proceed with the EP study, if it is OK with Dr. Webster. I am actually calling Dr. Webster and he should be calling me back and for now, we are going to continue on Lopressor. The patient agreed to go back on Lopressor since he stopped it 2 weeks ago and that will help his PVC's. Mr. Honken actually wanted to go with the ablation and then medication. He knows the risks and benefits. I explained risks, benefits and alternatives of the procedure. The risks include but not limited to perfusion of the heart or the lungs, stroke, heart attack or death, pain, bleeding, hematoma, infection or respiratory arrest requiring intubation or nausea and vomiting from sedation.

Thank you for allowing me to participate in the care of Mr. Honken.

Sincerely,

Sameh Lamiy, M.D.

SL/dls
Dictated, but not proofread
Job ID#: 06998

NSN 7540-00-634-4176

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | 08/21/20 SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|------|

## FCC TERRE HAUTE
## UTILIZATION REVIEW COMMITTEE

UTILIZATION REVIEW COMMITTEE MEETS _8-21-08_

DATE

### DECISION REGARDING CARDIAC CATHETERIZATION:

LEVEL 1    **Medically mandatory** - immediate, urgent, or emergency care required to maintain or treat a life threatening illness or injury.

LEVEL 2    **Presently medically necessary** - routine care/treatment that cannot be reasonably delayed without the risk of further complication, serious complication, significant pain or discomfort, provide to maintain a chronic non life threatening condition.

LEVEL 3    **Medically acceptable** - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, non cancerous skin lesion, etc.).

LEVEL 4    **Exclusively for the convenience of the inmate** - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

Priority 1 within 14 days     Priority 2 within 30 days     Priority 3 within 60 days     Priority 4 within 90 days

APPROVED   Level 1 (2) 3 4    PRIORITY 1 (2) 3 4     DENIED
DEFERRED

PLAN OF
TREATMENT:_____

FCC Terre Haute
Health Services Unit

Thomas A. Webster MD
Clinical Director

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO.

**HONKEN, DUSTIN-3**
**06951-029**

**USP SCU**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
**Medical Record**
STANDARD FORM 600 (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1    USP LVN

PRINTED ON RECYCLED PAPER



NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

# MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 07/17/2008 07:30 | **SUBJECTIVE:** <br> Inmate states that he has noticed increased pain in heels of feet. States the increased pain started about a week ago. Denies any injury to the feet. States the pain is worse in the morning. <br><br> **OBJECTIVE:** <br> Patient is in no acute distress. Breathing is at a normal rate and unlabored. Speech is clear and unlabored. Gait is steady and even without ataxia. Skin appears healthy without cyanosis, flushing or diaphoresis and there is no generalized rash or lesions. Interview and limited physical examination performed through the inmate's locked door. There is no breakdown on feet. No redness noted. <br><br> **ASSESSMENT:** <br> Bilateral heel pain <br><br> MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-16-2006 <br> NOT TESTED NOT HIV TESTED 07-28-1997 <br> RANDOM HIV RANDOM SAMPLE TESTING 10-13-1998 <br> V74.1 NEG PPD-NEXT DUE DATE 05-18-2006 <br> OMM PPD RESULT - OMM 05-18-2005 <br> 311 DEPRESSION 09-29-1999 <br><br> 1. History for Dysthymia - on no medications. <br> 2. History for Irritable Bowel Syndrome. <br> 3. S/P Tonsillectomy - 1976. <br> 4. Care Level I <br><br> **PLAN:** <br> Will order motrin for the pain. <br><br> **MEDICATION:** <br> Motrin 800mg - Take one tablet by mouth with food three times a day. Stop and follow up with PA / Doctor if there is any stomach irritation, or blood in stool. <br> Disp#21 RF#0 <br> ****************************** <br> (over) |

| OSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| PONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

ITIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

HONKEN, DUSTIN-3
06951-029
DOB: ███████, AGE: 40
USP SCU
Care Level: 1

CHRONOLOGICAL RECORD OF MEDICAL CARE <br> Medical Record <br> STANDARD FORM 600 (REV. 6-97) <br> FIRMR (41 CFR) 201-9.202-1 <br> USP LVN

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 20 of 90

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------|

07/17/2008 07:30       (continued from previous page)

Bureau of Prisons
Health Services
Medication Summary
Complex: THX--TERRE HAUTE FCC
HONKEN, DUSTIN LEE Inmate: Reg #: 06951-029 Qtr: X03-315L
Active Prescriptions
Doctor:
Start: Exp:
Take one tablet by mouth twice daily **SICK CALL OR CHRONIC CARE FOR MORE**
07/07/08 08/06/08
Klink, Kimberly MS, FNP
Metoprolol Tartrate 25 MG Tab
60 TAB in 10 days
Rx #: 31975
Recently Expired Prescriptions
Doctor:
Start: Exp:
Take one tablet by mouth twice daily
03/20/08 06/18/08
Klink, Kimberly MS, FNP
Metoprolol Tartrate 25 MG Tab
118 TAB in 91 days
Rx #: 20189
Generated 07/17/2008 07:30 by Klink, Kimberly MS, Bureau of Prisons - THP Page 1 of 1

FOLLOW UP:
Verbal understanding returned by inmate with above instruction and medication.
Kimberly S. Klink FNP
Nurse Practitioner
USP/FPC Terre Haute

HONKEN, DUSTIN-3 07/17/2008 07:30 *PAGE:* 2

06951-029 Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/12  Page 21 of 90 STANDARD FORM 600 (REV. 6-97) BACK

NSN 7540-00-634-4176
AUTORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

05/16/2008 11:00

## FCC TERRE HAUTE
## UTILIZATION REVIEW COMMITTEE

### UTILIZATION REVIEW COMMITTEE MEETS : *5-15-08*

### DECISION REGARDING CONSULTATION WITH CARDIOLOGIST:

LEVEL 1  **Medically mandatory** - immediate, urgent, or emergency care required to maintain or treat a life threatening illness or injury.

LEVEL 2  **Presently medically necessary** - routine care/treatment that cannot be reasonably delayed **without the risk of further complication**, serious complication, significant pain or discomfort, provide to maintain a chronic non life threatening condition.

LEVEL 3  **Medically acceptable** - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, non cancerous skin lesion, etc.).

LEVEL 4  **Exclusively for the convenience of the inmate** - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

Priority 1 within 14 days      Priority 2 within 30 days      Priority 3 within 60 days      Priority 4 within 90 days

**APPROVED**  Level  1 (2) 3  4      **PRIORITY**  1 (2) 3  4              **DENIED**

**DEFERRED**

**PLAN OF**
**TREATMENT:** _____

**FCC Terre Haute**
**Health Services Unit**

**Thomas A. Webster MD**
**Clinical Director**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**HONKEN, DUSTIN-3**
**06951-029**
████████8  **USP SCU**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1        USP LVN


PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

## MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------|

05/14/2008 12:14

### SUBJECTIVE:

Inmate states having terrible pain in left ear that continues to throb. Denies any discharge or fevers. States the pain at times is unbearable. Rates as a 5/10 and horrible throbbing feeling. Denies any hearing loss.

### OBJECTIVE:

Patient is in no acute distress. Heart is with regular rate and rhythm without murmur, gallop or rub. Lungs are clear to auscultation and without adventitious sounds. Pharynx without erythema or exudate, no lymphadenopathy. Right TM intact, without erythema, dullness or retraction and canals clear. Left tympanic membrane visualized with increased fluid and mild inflammation. Gait is steady and even without ataxia. Skin appears healthy without cyanosis, flushing or diaphoresis and there is no generalized rash or lesions.

### ASSESSMENT:

Serous otitis media

MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-16-2006
NOT TESTED NOT HIV TESTED 07-28-1997
RANDOM HIV RANDOM SAMPLE TESTING 10-13-1998
V74.1 NEG PPD-NEXT DUE DATE 05-18-2006
OMM PPD RESULT - OMM 05-18-2005
311 DEPRESSION 09-29-1999

1. History for Dysthymia - on no medications.
2. History for Irritable Bowel Syndrome.
3. S/P Tonsillectomy - 1976.
4. Care Level I

### PLAN:

Will order amoxicillin.
Could benefit from a decongestant but unavailable in pharmacy or commissary.
Increase clear fluids, preferably water, and stop all dairy products.
Instructed to advise nurse or sign up for sick call for any further problems.

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO.

**HONKEN, DUSTIN-3**
**06951-029**
**DOB:** ▓▓▓▓ **AGE: 40**
**USP SCU**
**Care Level:    1**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1      USP LVN



PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

05/14/2008 12:11                                                    (continued from previous page)

## MEDICATION:

Amoxicillin 500mg - Take one tablet by mouth every eight hours for 10 days.  Disp#30  RF#0
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bureau of Prisons
Health Services
Medication Summary
Complex: THX--TERRE HAUTE FCC
HONKEN, DUSTIN LEE Inmate: Reg #: 06951-029 Qtr: X03-314L
Active Prescriptions
Doctor:
Start: Exp:
Take one tablet by mouth twice daily
03/20/08 06/18/08
Klink, Kimberly MS, FNP
Metoprolol Tartrate 25 MG Tab
60 TAB in 56 days
Rx #: 20189
Doctor:
Start: Exp:
Take one tablet by mouth twice daily
04/09/08 06/08/08
Klink, Kimberly MS, FNP
Simethicone 80 MG Chew Tab
60 TAB in 36 days
Rx #: 22104

Generated 05/14/2008 12:11 by Klink, Kimberly MS, Bureau of Prisons - THP Page 1 of 1

## FOLLOW UP:

Verbal understanding returned by inmate with above instruction and medication.
Kimberly S. Klink FNP
Nurse Practitioner
USP/FPC Terre Haute

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 24 of 90

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |
|---|---|

**04/30/2008 09:41**

## SUBJECTIVE:

Inmate still complains of palpitations with exertion including high impact exercise and jerking movements. States the palpitations can last up to 2-3 minutes at a time. Denies any association with breathing or holding breath. Denies any shortness of breath. Also complains of dull ache in in left ear that is intermittent.

## OBJECTIVE:

Patient is in no acute distress. Heart is with regular rate and rhythm without murmur, gallop or rub. Lungs are clear to auscultation and without adventitious sounds. Pharynx without erythema or exudate, no lymphadenopathy. AU TMs intact, without erythema, dullness or retraction and canals clear. Gait is steady and even without ataxia. Skin appears healthy without cyanosis, flushing or diaphoresis and there is no generalized rash or lesions.

## ASSESSMENT:

Supraventricular tachycardia #427.89.

MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-16-2006
NOT TESTED NOT HIV TESTED 07-28-1997
RANDOM HIV RANDOM SAMPLE TESTING 10-13-1998
V74.1 NEG PPD-NEXT DUE DATE 05-18-2006
OMM PPD RESULT - OMM 05-18-2005
311 DEPRESSION 09-29-1999

1. History for Dysthymia - on no medications.
2. History for Irritable Bowel Syndrome.
3. S/P Tonsillectomy - 1976.
4. Care Level I

## PLAN:

Is scheduled to receive a nuclear stress test and a echocardiogram.
To then be followed up with Cardiologist.
Continue light exercise.
Instructed to advise nurse or sign up for sick call for any further problems.

**(over)**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

HONKEN, DUSTIN-3
06951-029
████████, AGE: 40
**USP SCU**
Care Level: 1

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1



04/30/2008 09:41                                        (continued from previous page)

## MEDICATION:
Bureau of Prisons
Health Services
Medication Summary
Complex: THX--TERRE HAUTE FCC
Inmate: HONKEN, DUSTIN LEE Reg #: 06951-029 Qtr: X03-314L
Active Prescriptions
Doctor:
Start: Exp:
Take one tablet by mouth twice daily
03/20/08 06/18/08
Klink, Kimberly MS, FNP
Metoprolol Tartrate 25 MG Tab
60 TAB in 41 days
Rx #: 20189
Doctor:
Start: Exp:
Take one tablet by mouth twice daily
04/09/08 06/08/08
Klink, Kimberly MS, FNP
Simethicone 80 MG Chew Tab
60 TAB in 21 days
Rx #: 22104
Generated 04/30/2008 09:43 by Klink, Kimberly MS, Bureau of Prisons - THP Page 1 of 1

## FOLLOW UP:
Verbal understanding returned by inmate with above instruction and medication.
Kimberly S. Klink FNP
Nurse Practitioner
USP/FPC Terre Haute

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

## MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

**04/09/2008 13:42**

### SUBJECTIVE:

States he noticed a thumping in his ear about 3 days ago however it has gone away. Denies any pain just a twitching feeling that is quite annoying. States he also has a history of supraventricular tachycardia and has been noticing increased episodes of heart fluttering. States it can last up to 10 minutes. Was placed on lopressor which he states has not helped. States he needs his simethicone refilled.

### OBJECTIVE:

Patient is in no acute distress. Heart is with regular rate and rhythm without murmur, gallop or rub. Lungs are clear to auscultation and without adventitious sounds. Pharynx without erythema or exudate, no lymphadenopathy. AU TMs intact, without erythema, dullness or retraction and canals clear. Gait is steady and even without ataxia. Skin appears healthy without cyanosis, flushing or diaphoresis and there is no generalized rash or lesions.   BP: 136/086. P: 088.

### ASSESSMENT:

Supraventricular tachycardia #427.89.

MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-16-2006
NOT TESTED NOT HIV TESTED 07-28-1997
RANDOM HIV RANDOM SAMPLE TESTING 10-13-1998
V74.1 NEG PPD-NEXT DUE DATE 05-18-2006
OMM PPD RESULT - OMM 05-18-2005
311 DEPRESSION 09-29-1999

1. History for Dysthymia - on no medications.
2. History for Irritable Bowel Syndrome.
3. S/P Tonsillectomy - 1976.
4. Care Level I

### PLAN:

Ear examination is normal.
Refill simethicone.
Will discuss with chronic care md the current condition.
May need to follow-up with cardiology.

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

HONKEN, DUSTIN-3
06951-029
DOB: ███████  AGE: 40
USP SCU
Care Level:   1

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USP LVN


PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

04/09/2008 13:42  (continued from previous page)

Instructed to advise nurse or sign up for sick call for any further problems.

## MEDICATION:

Simethicone 80 mg by mouth twice daily
Dispense #60 Refills 1
**************************************************

Bureau of Prisons
Health Services
Medication Summary
Complex: THX--TERRE HAUTE FCC
HONKEN, DUSTIN LEE Inmate: Reg #: 06951-029 Qtr: X03-314I
Active Prescriptions
Doctor:
Start: Exp:
Take one tablet by mouth twice daily
03/20/08 06/18/08
Klink, Kimberly MS, FNP
Metoprolol Tartrate 25 MG Tab
60 TAB in 21 days
Rx #: 20189
Generated 04/09/2008 13:42 by Klink, Kimberly MS, Bureau of Prisons - THP Page 1 of 1

## FOLLOW UP:

Verbal understanding returned by inmate with above instruction and medication.
Kimberly S. Klink FNP
Nurse Practitioner
USP/FPC Terre Haute

HONKEN, DUSTIN-3 04/09/2008 13:42 PAGE: 2  STANDARD FORM 600 (REV. 6-97) BACK
06951-029

Case 3:10-cv-03074-LTS-KEM   Document 19-70   Filed 06/06/11   Page 28 of 90

NSN 7540-00-634-4176

AUTORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

03/19/2008 14:23

## FCC TERRE HAUTE
## UTILIZATION REVIEW COMMITTEE

### UTILIZATION REVIEW COMMITTEE MEETS : 4-03-08

### DECISION REGARDING CONSULTATION WITH CARDIOLOGIST:

LEVEL 1    **Medically mandatory** - immediate, urgent, or emergency care required to maintain or treat a life threatening illness or injury.

LEVEL 2    **Presently medically necessary** - routine care/treatment that cannot be reasonably delayed **without the risk of further complication**, serious complication, significant pain or discomfort, provide to maintain a chronic non life threatening condition.

LEVEL 3    **Medically acceptable** - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, non cancerous skin lesion, etc.).

LEVEL 4    **Exclusively for the convenience of the inmate** - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

Priority 1 within 14 days        Priority 2 within 30 days        Priority 3 within 60 days        Priority 4 within 90 days

**APPROVED**  Level  1  ②  3  4    **PRIORITY**  1  2  ③  4        **DENIED**
**DEFERRED**

**PLAN OF**
**TREATMENT:**

**FCC Terre Haute**
**Health Services Unit**

**Thomas A. Webster MD**
**Clinical Director**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**HONKEN, DUSTIN-3**
**06951-029**
**USP SCU**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
**Medical Record**
STANDARD FORM 600 (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN



PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4178

**AUTHORIZED FOR LOCAL REPRODUCTION**

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |

03/19/2008 14:23

## FCC TERRE HAUTE
## UTILIZATION REVIEW COMMITTEE

### UTILIZATION REVIEW COMMITTEE MEETS : 4-03-08

### DECISION REGARDING NUCLEAR STRESS TEST AND ECHOCARDIOGRAM:

LEVEL 1 **Medically mandatory** - immediate, urgent, or emergency care required to maintain or treat a life threatening illness or injury.

LEVEL 2 **Presently medically necessary** - routine care/treatment that cannot be reasonably delayed without the risk of further complication, serious complication, significant pain or discomfort, provide to maintain a chronic non life threatening condition.

LEVEL 3 **Medically acceptable** - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, non cancerous skin lesion, etc.).

LEVEL 4 **Exclusively for the convenience of the inmate** - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

Priority 1 within 14 days     Priority 2 within 30 days     Priority 3 within 60 days     Priority 4 within 90 days

### APPROVED Level 1 ②3 4  PRIORITY 1 ②3 4       DENIED

### DEFERRED

### PLAN OF TREATMENT:

FCC Terre Haute
**Health Services Unit**

**Thomas A.Webster MD**
**Clinical Director**

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**HONKEN, DUSTIN-3**
**06951-029**
███████  **USP SCU**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1      USP LVN

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 30 of 90


PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

**03/19/2008 11:43**

### SUBJECTIVE:

RETURN TRIP (RTRP) REVIEW---OUTSIDE TRIP IN THE PREVIOUS 14 DAYS
Returned from cardiology appt.

### OBJECTIVE:

Inmate denies any problems

### ASSESSMENT:

Return trip-s/p cardiologist visit.

MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-16-2006
NOT TESTED NOT HIV TESTED 07-28-1997
RANDOM HIV RANDOM SAMPLE TESTING 10-13-1998
V74.1 NEG PPD-NEXT DUE DATE 05-18-2006
OMM PPD RESULT - OMM 05-18-2005
311 DEPRESSION 09-29-1999

1. History for Dysthymia - on no medications.
2. History for Irritable Bowel Syndrome.
3. S/P Tonsillectomy - 1976.
4. Care Level I

### PLAN:

Add lopressor
Cardiologist recommended a nuclear stress test and an echocardiogram
Will schedule follow-up 1 month with Dr. Lamiy after treatment and tests.

### MEDICATION:

Add
Lopressor 25mg (Disp=#60 ) Take 1 twice daily (Refills-2). *
*****************************************

### FOLLOW UP:

Kimberly S. Klink FNP

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**HONKEN, DUSTIN-3**
**06951-029**
**DOB:** ███8, **AGE: 39**
**USP SCU**
**Care Level: 1**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
**Medical Record**
**STANDARD FORM 600** (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER


Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 31 of 90

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | 01/17/2008 SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) |

### FCC TERRE HAUTE
### UTILIZATION REVIEW COMMITTEE

## UTILIZATION REVIEW COMMITTEE MEETS : *1-17-08*

## DECISION REGARDING CONSULTATION WITH CARDIOLOGIST:

LEVEL 1    **Medically mandatory** - immediate, urgent, or emergency care required to maintain or treat a life threatening illness or injury

LEVEL 2    **Presently medically necessary** - routine care/treatment that cannot be reasonably delayed **without the risk of further complication,** serious complication, significant pain or discomfort, provide to maintain a chronic non life threatening condition.

LEVEL 3    **Medically acceptable** - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, non cancerous skin lesion, etc.).

LEVEL 4    **Exclusively for the convenience of the inmate** - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

Priority 1 within 14 days    Priority 2 within 30 days    Priority 3 within 60 days    Priority 4 within 90 days

**APPROVED** Level 1 2 3 4    **PRIORITY** 1 2 3 4    **DENIED**
**DEFERRED**

**PLAN OF**
**TREATMENT:** *ASAP*

**FCC Terre Haute**
**Health Services Unit**

**Thomas A. Webster MD**
**Clinical Director**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| **SPONSOR'S NAME** | **SSN/ID NO.** | **RELATIONSHIP TO SPONSOR** | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**HONKEN, DUSTIN-3**
**06951-029**
**USP SCU**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | 01/09/2008 13:44 |
| | **SUBJECTIVE:** |
| | "I get some discomfort and it isn't heartburn. I think it's gas". |
| | **OBJECTIVE:** |
| | Inmate states he get stomach and abdominal pain, that is not relieved with over the counter antacids. He is requesting Simethicone for gas. He is also asking about his Cardiology follow up. Patient is in no acute distress. Breathing is at a normal rate and unlabored. Speech is clear and unlabored. Gait is steady and even without ataxia. Skin appears healthy without cyanosis, flushing or diaphoresis and there is no generalized rash or lesions. |
| | **ASSESSMENT:** |
| | Abdominal discomfort secondary to gas. |
| | H/O Dysrhythmia. |
| | **PLAN:** |
| | Simethicone |
| | E-mail sent to Hollie Bowman, Clinic nurse, to find out if inmate is scheduled to see Dr. Bittar. |
| | **MEDICATION:** |
| | NONE |
| | ************************************************* |
| | Simethicone 80 mg. Take one by mouth twice daily as needed #30. One refill |
| | ************************************************* |
| | **FOLLOW UP:** |
| | Verbal understanding returned by inmate with above instruction and medication. Amy McDonald |
| | PA-C |
| | FCC Terre Haute |
| | |
| | Thomas Webster, MD |
| | Clinical Director |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

HONKEN, DUSTIN-3
06951-029
USP SCU   DOB: ▮▮▮▮▮   AGE:39
CARE LEVEL:

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

**12/19/2007 11:59**

## SUBJECTIVE:

"I've had this growth on my face about 6 months. My heart skips a beat, sometimes all day".

## OBJECTIVE:

Inmate admits the growth on his face is not painful, or warm to touch. He thinks it has increased in size slightly over the past 6 months.

The patient is in no acute distress. Blood pressure is 146/93, pulse 72, respirations 14 and regular. T Weight: 199 lbs. Heart and lung examinations are normal. There is a single, 2-3 mm slightly raised hair follicle that has a regular edge. There is no discharge.

## ASSESSMENT:

Benign folliculitis.
Symptomatic Supraventricular tachycardia #427.89, per Holter monitor. Consult with Dr. Bittar has been requested and will be scheduled.

## PLAN:

Instructed inmate to monitor the facial lesion and to have follow-up if the follicle changes size, shape or color.

Inmate was also instructed to watch the call-out list for his Cardiology Consult, probably in Jan. of 2008.

## MEDICATION:

NONE

## FOLLOW UP:

Verbal understanding returned by inmate with above instruction and medication. Amy McDonald
PA-C
FCC Terre Haute

Thomas Webster, MD
Clinical Director

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

HONKEN, DUSTIN-3
06951-029
DOB: ▮▮▮▮▮▮, AGE: 39
USP SCU
Care Level: 1

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 34 of 90

NSN 7540-00-634-4176    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
| 12/13/2007 09:02 | |

# FCC TERRE HAUTE
## SICK CALL SIGN UP TRIAGE RECORD

1.    Subjective: Growth on face

2.    Objective:
Temp:
Pulse:
Resp:
B/P:

3.    Appointment Date and time: 12/19/2007

4.    Triage personnel's signature:  T. Bixler, RN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

HONKEN, DUSTIN-3
06951-029
Institution: USP    Date of Birth: ███████

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1        USP LVN

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 11/28/2007 08:14 | |

## FCC TERRE HAUTE
## SICK CALL SIGN UP TRIAGE RECORD

1.     Subjective: Small mole like growth on the left side of jawline.

2.     Objective:
       Temp:
       Pulse:
       Resp:
       B/P:

3.     Appointment Date and time: 12/05/2007

4.     Triage personnel's signature:  T. Bixler, RN  𝓉𝑏

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

HONKEN, DUSTIN-3
06951-029
**Institution: USP     Date of Birth:** █████████

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9-202.1

USP LVN

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 36 of 90


PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| **MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE** |
|---|---|

| DATE | 10/31/2007 08:51 DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

## FCC TERRE HAUTE
## UTILIZATION REVIEW COMMITTEE

### UTILIZATION REVIEW COMMITTEE MEETS : 11-8-7

### DECISION REGARDING CONSULTATION WITH CARDIOLOGIST:

LEVEL 1    **Medically mandatory** - immediate, urgent, or emergency care required to maintain or treat a life threatening illness or injury.

LEVEL 2    **Presently medically necessary** - routine care/treatment that cannot be reasonably delayed **without the risk of further complication**, serious complication, significant pain or discomfort, provide to maintain a chronic non life threatening condition.

LEVEL 3    **Medically acceptable** - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, non cancerous skin lesion, etc.).

LEVEL 4    **Exclusively for the convenience of the inmate** - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

Priority 1 within 14 days        Priority 2 within 30 days        Priority 3 within 60 days        Priority 4 within 90 days

APPROVED Level 1 2 3 4    PRIORITY 1 2 3 4        DENIED
DEFERRED — *do in House*

PLAN OF
TREATMENT:_____

**FCC Terre Haute**
Health Services Unit

**Thomas A. Webster MD**
**Clinical Director**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**HONKEN, DUSTIN-3**
**06951-029**
███████  **USP SCU**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USP LVN



NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/10/2007 13:19 | |

## FCC TERRE HAUTE
## SICK CALL SIGN UP TRIAGE RECORD

1.  Subjective: Request to be seen about holtor monitor results

2.  Objective:
    Temp:
    Pulse:
    Resp:
    B/P:

3.  Appointment Date and time: 10/17/2007

4.  Triage personnel's signature:  T. Bixler, RN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

HONKEN, DUSTIN-3
06951-029
Institution: USP    Date of Birth: ███████

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1




NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

02/16/2006 09:27

## FCC TERRE HAUTE
## SICK CALL SIGN UP TRIAGE RECORD

1.  ~~Subjective: complaining of an increased frequency of palpatations. Denies~~
complaint of pain or presence of palpatations at the present time.

2.  Objective:
Temp:
~~Pulse:~~
Resp:
~~B/P:~~

3.  Appointment Date and time: 02/21/2006

4.  Triage personnel's signature:  D. Farris RN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

HONKEN, DUSTIN
06951-029
USP-THP SCU     Date of Birth: ███████

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1     USP LVN


PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | 01/09/2006 17:15 |
| | **SUBJECTIVE:** |
| | NEW INTAKE MEDICAL OFFICER CHART REVIEW |
| | **OBJECTIVE:** |
| | SEE MEDICATION LIST |
| | NA |
| | **ASSESSMENT:** |
| | MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-16-2006 |
| | NOT TESTED NOT HIV TESTED 07-28-1997 |
| | RANDOM HIV RANDOM SAMPLE TESTING 10-13-1998 |
| | V74.1 NEG PPD-NEXT DUE DATE 05-18-2006 |
| | OMM PPD RESULT - OMM 05-18-2005 |
| | 311 DEPRESSION 09-29-1999 |
| | |
| | 1. History for Dysthymia - on no medications. |
| | 2. History for Irritable Bowel Syndrome. |
| | 3. S/P Tonsillectomy - 1976. |
| | 4. Care Level I |
| | **PLAN:** |
| | SEE HEALTH MAINTENANCE PLAN |
| | **MEDICATION:** |
| | NONE |
| | **FOLLOW UP:** |
| | IN CCC |
| | *D. Williams, MD* |
| | D.Williams, M.D. |
| | Medical Officer |
| | FCC Terre Haute |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|
| **HONKEN, DUSTIN** <br> **06951-029** <br> **USP SCU**  DOB ▇▇▇▇  AGE:37 <br> **CARE LEVEL:** | CHRONOLOGICAL RECORD OF MEDICAL CARE <br> Medical Record <br> **STANDARD FORM 600** (REV. 6-97) <br> Prescribed by GSA/ICMR <br> FIRMR (41 CFR) 201-9.202-1 | USP LVN |



| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: *DR. LAMIY* **CARDIOLOGIST** | FROM: K KLINK MS FNP | DATE OF REQUEST: 03/20/2008 |
|---|---|---|

**Reason for request:**

*F/U WITH DR. LAMIY AFTER TESTS*

MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-16-2006
NOT TESTED NOT HIV TESTED 07-28-1997
RANDOM HIV RANDOM SAMPLE TESTING 10-13-1998
V74.1 NEG PPD-NEXT DUE DATE 05-18-2006
0MM PPD RESULT - 0MM 05-18-2005
311 DEPRESSION 09-29-1999

1. History for Dysthymia - on no medications.
2. History for Irritable Bowel Syndrome.
3. S/P Tonsillectomy - 1976.
4. Care Level I

*Outside Trips:*
*03/19/2008 06951-029 DUSTIN HONKEN FCI Terre Haute LAMIY, SAMEH 2723 SOUTH 7TH STREET STE. A TERRE HAUTE IN 47802 9999999999 PRE-OP: Time: 0900 Details: FREQUENT EPISODES OF SYMPTOMATIC SVT/SEE HOLTER MONITOR REPORT SPOKE W/PATTY*

**Provisional Diagnosis:**

## CAD

| Doctor's Signature: FCC Terre Haute Health Services Unit Thomas A. Webster MD Clinical Director | Approved | Place of Consultation | —Routine    —Today |
|---|---|---|---|
| **Thomas A Webster, MD Clinical Director FCC Terre Haute** | | —Bedside — On Call | —72 hours    —Emergency |

W. Eric Wilson MD
Staff Physician

Doris Williams MD
Staff Physician    *D. Williams, MD*    4-03-08

## CONSULTATION REPORT

*See dictated Report*

*Needs to be seen by interventional cardiology, possible HD cath before any ablation prudent*

*7/2/08*

LEVEL ___2___    PRIORITY ___3___

| Signature and Title: | | | Date: |
|---|---|---|---|
| INDENTIFICATION: | ORGANIZATION: | REGISTER NO:: | WARD NO: |

## HONKEN, DUSTIN-3
## 06951-029

Age: 39

## USP TERRE HAUTE    CARE LEVEL:

USP

06951-029



# PROVIDENCE MEDICAL GROUP

### CARDIOVASCULAR MEDICINE

George Bittar, M.D.
F.A.C.P., F.A.C.C., F.C.C.P.

Nawar Mercho, M.D.
F.A.C.C.

Robert Oehler, M.D.
F.A.C.C.

Elias Dalloul, M.D.
F.A.C.C.

Thomas F. Orman, M.D.
F.A.C.C.

Neil Kabous, M.D.

Sameh Lamiy, M.D.

Jean Yacoub, M.D.

March 19, 2008

Thomas Webster, M.D.
P.O. Box 33
Terre Haute, IN 47801

D. Williams, MD
FCC Terre Haute
5-05-0Y

     RE:   Dustin Honken
     DOB:
     ID#:   117652

REASON FOR CONSULTATION: I am seeing Mr. Honken in consultation from Dr. Webster for abnormal Holter and SVT and palpitations.

Dear Dr. Webster,

Mr. Honken is a 39-year-old prison inmate with a past medical history of palpitations since he was a teenager. He said that no one discovered anything when he was in Iowa but in the prison they did a 24-hour Holter about a year ago. I read it and it showed episodes of SVT on bending over, also isolated PVCs and PACs. He also has SVT sometimes with aberrancy; sometimes with a wide complex SVT and when they are wide complex they are faster than on the narrow complex one. He said the episodes usually happen with the SVT three times per week, and the are precipitated by bending over, especially if he has a stomach upset, he will get skipped beats. With that skipped beat he would feel chest pain and shortness of breath. He said that he did a treadmill stress test in 1998 that said that he did not get anything else; no syncope or near syncope. With these palpitations he will usually train himself to do vagal maneuver to stop the episodes. The longest episode is 30-40 minutes. He said that he starts to cardio exercise now and he exercises for 40 minutes and with the cardio and more exercise he also can get the episodes.

**ALLERGIES:** None.

**MEDICATIONS:** None other than sometimes antacids.

ENTERED
APR 16 2008
BY: DW

223 South 6th Street, Suite A • Terre Haute, Indiana 47807
(812) 232-8164 • (812) 234-6391

Page Two

RE: Dustin Honken
    March 19, 2008


**PAST MEDICAL HISTORY:** None.

**PAST SURGICAL HISTORY:** Tonsillectomy when he was 8 years old.

**FAMILY HISTORY:** His dad had a CABG in his 40s and his brother had a hole in his heart and died young.

**SOCIAL HISTORY:** He denied smoking. No alcohol and no drugs. He only did drugs for six months in his 20s.

**REVIEW OF SYSTEMS:** Negative for eyes, ears, nose and throat problems. Only occasional stomach upset. Otherwise, all other systems are negative.

**PHYSICAL EXAMINATION:** He is sitting in the chair in no acute distress. Alert, awake and oriented to time, place and person. Blood pressure is 120/70, pulse is 82. HEENT: Unremarkable. Neck exam shows no JVD, no carotid bruit or thyroid swelling. No lymphadenopathy. Chest is clear to auscultation bilaterally. Cardiac exam: Normal S1, S2. No murmur, gallop or rub. Abdominal exam: No tenderness or rebound tenderness. Extremities: No edema, clubbing or cyanosis. Neuro exam is nonfocal. Skin exam is unremarkable. Psychiatric exam: Normal affect.

**INVESTIGATIONS:** An EKG done in the office today showed normal sinus rhythm. No evidence of WPW syndrome and normal intervals.

**IMPRESSION/PLAN:** He is a 39-year-old white male patient with SVT, narrow complex and wide complex. The wide complex is faster than the narrow complex, so it is probably SVT with aberrancy and most probably he has either AVNRT or AVRTs since they are AV node dependent, since I was precipitated by bending over and it goes away by vagal maneuver. I gave the patient the option of medications so we can go ahead and start him

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 43 of 90

Page Three

RE: Dustin Honken
    March 19, 2008

on metoprolol 25 mg twice a day. He tends to do lean towards the
procedure but in the meanwhile we need to get an echo and stress test since
he gets chest pain with isolated PVCs that are frequent. I explained to him
the risks, benefits and alternatives of the procedure. The major risks include
but are not limited to perforation of the heart or the lungs, stroke, heart
attack or death, pain, bleeding, hematoma, infection as well as respiratory
arrest from sedation or nausea and vomiting from sedation. There is also the
risk of heart block requiring a pacemaker implantation. He understood the
risks and benefits and we will do the echo and stress test. I will see him after
that and see how effective the medication is.

Thank you for allowing me to participate in the care of Mr. Honken.

Sincerely,

Sameh Lamiy, M.D.

SL/lkm

Dictated but not proofread.
Job ID: 02895

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 44 of 90

| MEDICAL RECORD | CONSULTATION SHEET | | |
|---|---|---|---|
| | REQUEST | | |
| TO: DR LAMIY | FROM: THOMAS WEBSTER MD | | DATE OF REQUEST: 01/17/2008 |

**Reason for request:**

**_FREQUENT EPISODES OF SYMPTOMATIC SVT//SEE HOLTER MONITOR REPORT_**

MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-16-2006
NOT TESTED NOT HIV TESTED 07-28-1997
RANDOM HIV RANDOM SAMPLE TESTING 10-13-1998
V74.1 NEG PPD:NEXT DUE DATE 05-18-2006
0MM PPD RESULT - 0MM 05-18-2005
311 DEPRESSION 09-29-1999

1. History for Dysthymia - on no medications.
2. History for Irritable Bowel Syndrome.
3. S/P Tonsillectomy - 1976.
4. Care Level I
_Outside Trips:_

**Provisional Diagnosis:**

## FREQUENT EPISODES OF SYMPTOMATIC SVT//SEE HOLTER MONITOR REPORT

| Doctor's Signature: FCC Terre Haute Health Services Unit Thomas A.Webster MD Clinical Director | Approved | Place of Consultation | ---Routine    ---Today |
|---|---|---|---|
| W. Eric Wilson MD — Staff Physician    Doris Williams MD Staff Physician | THOMAS WEBSTER MD CLINICAL DIRECTOR USP/FPC TERRE HAUTE | ---Bedside --- On Call | ----72 hours    ---Emergency |

**CONSULTATION REPORT**

LEVEL _____ PRIORITY _____ SVT → AVNRTw AVRT

ASAP

① Metoprolol 25mg 1 tab orally trial

② vads an echo

③ vads treadmill Nuclear stress test
FIV in ___ after these tests

Signature and Title: _____    Date: 3/19/08

| INDENTIFICATION: | ORGANIZATION: | REGISTER NO:: | WARD NO: |
|---|---|---|---|

**HONKEN, DUSTIN-3**
**06951-029**

DOB: ▮▮▮▮    Age: 39

## USP TERRE HAUTE    CARE LEVEL:

# Edit Authorizations - BOP
# Off-Site Healthcare Referral

## Inmate Information

| | |
|---|---|
| **Entry Date:** | 2/12/2008 |
| **Inmate #** | 06951-029 |
| **Inmate:** | DUSTIN  HONKEN |
| **DOB:** | ██████ |
| **Sex:** | Male |
| **Active:** | True |
| **Type:** | BOP |

## Provider Information

| | |
|---|---|
| **Facility:** | FCI Terre Haute |
| **Provider:** | LAMIY, SAMEH |
| **Address:** | 2723 SOUTH 7TH STREET STE. A |
| | TERRE HAUTE , IN 47802        9999999999      Map? |
| **Auth. Scenario:** | CONSULT-CARDIOLOGY/CARDIO SURG |
| **Auth. Status:** | Approved |
| **Date(s) of Service:** | 3/19/2008 to 3/19/2008 *(For example 1/1/2000)* |
| **Unit Type:** | 1  day |
| **Details:** | FREQUENT EPISODES OF SYMPTOMATIC SVT/SEE HOLTER MONITOR REPORT SPOKE W/PATTY |
| **Time Details:** | 0900 |
| **Special Instructions:** | |

## Billing Information

**Approval Number:** 031908CNCD06951
**PerSe Approval Number:** --
**Approval Date:** 2/12/2008 12:14:23 PM
**FCN:**

**Estimate:**

**NaphCare Estimate:** There was a problem retrieving data: Internal Server Error

\* Estimate is given per occurrence/NaphCare authorization number. Each authorization estimate must be added to get the total FCN estimate. If additional occurrences have been added to FCN that are not listed please call NaphCare immediately; the estimate will need to be adjusted. On inpatient stays, estimate does not include cost of hospitalization until we receive a UB92 from the hospital. Estimate is not final until authorization is closed. \*

## Pre-Op Testing Information

**NPO:**
**CXR:**
**EKG:**
**BMP:**
**CBC:**
**PT:**
**PTT:**
**Platelets:**
**BUN:**
**Creatnine:**
**U/A:**
**CMP:**

**Other:**
*Authorization Information*

**Report Received Date:**

**Old Notes**

*Add New Note*

[Update Authorization]     [Back]

[print]

Last Change: erica.young @ 2/12/2008 12:14:23 PM

USP

06751-027

# Providence Medical Group

2723 S 7th St
Terre Haute, IN 47802

## *Holter Report*

**Patient Name:** **DUSTIN HONKEN**

| | | | | | |
|---|---|---|---|---|---|
| Patient ID: | | Recorded at: | 09/17/2007 00:00 | Report Date: | 09/18/2007 |
| DOB/Sex: | Male | Scanned: | 23 hours 53 minutes | Rejected: | N/A |
| Physician: | | Technician: | THINES | Requested by: | WEBSTER |
| Analyzed Channels: | (1), 2, 3 | Artifact: | 4.9 % | | (This report is unconfirmed) |

**Medication:**

**Indication:** PALPITATIONS

## Analysis Summary

**HEART RATE** — Total Beats: 104285

| | |
|---|---|
| Average HR: | 69 bpm (869 msec) |
| Minimum HR: | 42 bpm (1428 msec) at 13:58:16 |
| Maximum HR: | 227 bpm (264 msec) at 02:00:40 |
| Tachycardia (>120 bpm): | 31 min, Longest: 2 min at 01:50:16 |
| Bradycardia (<40 bpm): | N/A |

**HEART RATE VARIABILITY**

| | |
|---|---|
| SDNN: | 227 |
| SDANN: | 231 |
| RMSSD: | 43 |
| Triangular Index: | 59 |

**VENTRICULAR**

| | | |
|---|---|---|
| Total Ectopics: | 170 | ( <1%) |
| Isolated: | 143 | ( 1 Interpolated) |
| Pair: | 4 | |
| Bigeminy: | 1 | ( 3 VE beats) |
| Trigeminy: | 0 | ( 0 VE beats) |
| Run: | 3 | ( 16 VE beats) |
| Longest: | 233 bpm, | 8 beats, 2.0 sec at 02:00:04 |
| Fastest: | 242 bpm, | 4 beats, 1.0 sec at 02:00:07 |
| Slowest: | 219 bpm, | 4 beats, 1.1 sec at 02:00:02 |

**SUPRAVENTRICULAR**

| | | |
|---|---|---|
| Total Ectopics: | 5 | ( <1%) |
| Isolated: | 1 | |
| Pair: | 2 | |
| Run: | 0 | ( 0 SVE beats ) |
| Longest: | N/A | |
| Fastest: | N/A | |

**ST SEGMENT**

| | Ch1 | Ch2 | Ch3 |
|---|---|---|---|
| Minutes of depression | 17 | 0 | 0 |
| Minutes of elevation | 0 | 22 | 45 |
| Average (mm) | 1.6 | 2.5 | 1.9 |

| | Max | Ch | Time | Length |
|---|---|---|---|---|
| Depression | -1.7 mm | 1 | 02:15 | 1 min |
| Elevation | 5.9 mm | 3 | 01:51 | 21 min |

**OTHERS**

| | |
|---|---|
| Pause > 2.5 sec : | 0 |
| Longest: | N/A |
| R on T: | 0 |

Thomas A. Webster, M.D.
Clinical Director/USPTH

**Interpretation:**

- Predominant rhythm is SR
- Frequent episodes of symptomatic SVT (AVNRT or AVRT) precipitated by bending over sometimes a narrow complex sometimes with Aberrancy (wide box)
- Needs cardiac / EP evaluation
- Isolated PACs, PVCs.

*ENTERED*

*Reviewed by:*

Date: 9/19/07
SEP 19 2007

BY:


# Narrative / Comments Report

The patient's Holter monitoring period was 23 hours and 53 minutes. There were a total of 104285 QRS complexes detected.

The average heart rate was 69 BPM with a maximum heart rate of 227 BPM at 02:00:40 and a minimum heart rate of 42 BPM at 13:58:16.

Tachycardia (heart rate > 120 BPM) was noted 2.2% of the time. There were 31 Tachycardia minutes with the longest episode occurred at 01:50:16 for 2 minutes.

Bradycardia (heart rate < 40 BPM) was noted 0% of the time.

No Pauses exceeding 2.5 seconds were noted.

170 Ventricular ectopics, which represented < 1% of the total beat count, were noted. Ventricular ectopics were observed as 143 isolated beat(s) and as 4 couplet(s). 3 runs were noted. 3 of the ventricular beats occurred in 1 bigeminal cycles. None of the ventricular beats occured in 0 trigeminal cycles.

5 Supraventricular ectopics, which represented < 1% of the total beat count, were noted.

8 episodes of ST depression (defined as -1.0 mm or more for longer than 1 minute) were noted in channel 1. The maximum depression of -1.7 mm occurred in channel 1 at 02:15.

Channel 1 was the Primary channel during the analysis.

*Reviewed by:*  _____ *Date:* _9/19/17_

Case 3:10-cv-03074-LTS-KEM   Document 19-70   Filed 06/06/11   Page 49 of 90


# Hourly Tabular Report

| Time | Heart Rate | | | | Ventricular | | | SupraVentricular | | | Pause | Bigem | Trigem | RonT | STD | NA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg | Min | Max | #QRS | VE | Pair | Run | SVE | Pair | Run | | | | | (mm) | (min.) |
| 00:00 | 76 | 55 | 115 | 4678 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.7(1) | 0 |
| 01:00 | 131 | 113 | 167 | 9022 | 91 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | -1.4(1) | 0 |
| 02:00 | 112 | 87 | 227 | 7006 | 21 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1.7(1) | 0 |
| 03:00 | 93 | 77 | 115 | 5625 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.2(1) | 0 |
| 04:00 | 86 | 70 | 103 | 5209 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.7(1) | 0 |
| 05:00 | 75 | 59 | 102 | 4532 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2(1) | 0 |
| 06:00 | 78 | 56 | 99 | 4737 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.3(1) | 0 |
| 07:00 | 80 | 59 | 97 | 4854 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.7(1) | 0 |
| 08:00 | 78 | 58 | 100 | 4765 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.1(1) | 0 |
| 09:00 | 74 | 55 | 104 | 4527 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9(1) | 0 |
| 10:00 | 54 | 48 | 84 | 3317 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9(1) | 0 |
| 11:00 | 56 | 48 | 95 | 3430 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9(1) | 0 |
| 12:00 | 51 | 45 | 77 | 3144 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.8(1) | 0 |
| 13:00 | 52 | 42 | 92 | 3206 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.7(1) | 0 |
| 14:00 | 48 | 43 | 79 | 2981 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.8(1) | 0 |
| 15:00 | 48 | 44 | 70 | 2966 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9(1) | 0 |
| 16:00 | 57 | 43 | 86 | 3491 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0.8(1) | 0 |
| 17:00 | 64 | 49 | 86 | 3939 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2(1) | 0 |
| 18:00 | 66 | 53 | 87 | 4056 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.1(3) | 0 |
| 19:00 | 66 | 54 | 89 | 4028 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.4(1) | 0 |
| 20:00 | 61 | 50 | 83 | 3717 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.5(3) | 0 |
| 21:00 | 61 | 48 | 90 | 3729 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.1(3) | 0 |
| 22:00 | 62 | 52 | 93 | 3797 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.6(1) | 0 |
| 23:00 | 65 | 53 | 95 | 3529 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2(3) | 0 |
| Summary | 69 | 42 | 227 | 104285 | 143 | 4 | 3 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | -1.7 | 0 |

## Measurement Criteria

| | |
|---|---|
| Analyzed: | All channels. |
| Total Beats: | Total number of beats excludes artifact. |
| Heart Rate: | Average, minimum and maximum heart rates are based on 1 minute averages of each hour. |
| VE: | Isolated ventricular beats. |
| VE Pair: | Two successive VE beats. |
| V Run: | Three or more successive VE beats. |
| SVE: | Isolated supraventricular beats. |
| SVE Pair: | Two successive premature SVE beats. |
| SV Run: | Three or more successive premature SVE beats. |
| Pause: | No detected beat occurs for an R-R interval which exceeds the threshold value. |
| Bigeminy: | Bigeminy pattern for at least 6 beats. |
| Trigeminy: | Trigeminy pattern for at least 9 beats. |
| R on T: | VE within the QT interval of a normal beat. |
| ST Level: | Maximum Delta ST (minute average) of normal beats with respective lead in (). |
| No Analysis: | Sections of recording containing excessive artifact, where no analysis was performed (minutes). |

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 50 of 90


## Patient Events/Diary Report

| Time | Activity | Symptoms | Comments |
|---|---|---|---|
| 01:21:44 | Recorder Event | | |
| 01:59:50 | Recorder Event | | |
| 02:01:47 | Recorder Event | | |
| 04:25:03 | Recorder Event | | |
| 05:19:30 | Recorder Event | | |
| 05:21:07 | Recorder Event | | |
| 05:22:48 | Recorder Event | | |
| 05:25:52 | Recorder Event | | |
| 05:27:26 | Recorder Event | | |
| 05:29:02 | Recorder Event | | |
| 05:30:28 | Recorder Event | | |
| 05:32:50 | Recorder Event | | |
| 05:36:16 | Recorder Event | | |
| 05:41:32 | Recorder Event | | |

Case 3:10-cv-03074-LTS-KEM      Document 19-70      Filed 06/06/11      Page 51 of 90



01:21:44  09/17   280 bpm      Patient Event        25mm/sec

01:59:50  09/17   177 bpm      Patient Event        25mm/sec

02:01:47  09/17   207 bpm      Patient Event        25mm/sec

Case 3:10-cv-03074-LTS-KEM        Document 19-70        Filed 06/06/11        Page 52 of 90

04:25:03  09/17   87 bpm    Patient Event    25mm/sec

05:19:30  09/17   73 bpm    Patient Event    25mm/sec

05:21:07  09/17   63 bpm    Patient Event    25mm/sec

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 53 of 90

05:22:48 09/17 74 bpm    Patient Event    25mm/sec

05:25:52 09/17 66 bpm    Patient Event    25mm/sec

05:27:26 09/17 68 bpm    Patient Event    25mm/sec

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 54 of 90



05:29:02  09/17   63 bpm      Patient Event                    25mm/sec

05:30:28  09/17   61 bpm      Patient Event                    25mm/sec

05:32:50  09/17   63 bpm      Patient Event                    25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 55 of 90



05:36:16 09/17 65 bpm    Patient Event    25mm/sec

05:41:32 09/17 80 bpm    Patient Event    25mm/sec

Printed: September 18, 2007 17:16    Midmark Diagnostics Group    IQmark EZ Holter Version 6.3.3

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 56 of 90



High Heart Rate    02:00:40  09/17    227 bpm    25mm/sec

High Heart Rate    02:01:04  09/17    221 bpm    25mm/sec

High Heart Rate    02:01:28  09/17    213 bpm    25mm/sec

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 57 of 90

Ch1

Ch2

Ch3

Low Heart Rate                    13:58:16  09/17   42 bpm                                          25mm/sec

Ch1

Ch2

Ch3

Low Heart Rate                    14:02:32  09/17   43 bpm                                          25mm/sec

Ch1

Ch2

Ch3

Low Heart Rate                    13:57:52  09/17   43 bpm                                          25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 58 of 90



Ch1

Ch2

Ch3

ST Segment: -1.7mm (1)          02:15:19  09/17   138 bpm          25mm/sec

Ch1

Ch2

Ch3

ST Segment: -1.6mm (1)          02:07:00  09/17   132 bpm          25mm/sec

Ch1

Ch2

Ch3

ST Segment: -1.4mm (1)          02:12:23  09/17   139 bpm          25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 59 of 90



VE - Isolated    00:00:46 09/17   78 bpm    25mm/sec

VE - Isolated    01:31:08 09/17   170 bpm    25mm/sec

VE - Isolated    23:52:22 09/17   95 bpm    25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 60 of 90



VE - Interpolated　　　12:00:58　09/17　75 bpm　　　25mm/sec

VE - Pair　　　01:59:48　09/17　159 bpm　　　25mm/sec

VE - Pair　　　02:00:00　09/17　233 bpm　　　25mm/sec

Ch1
Ch2
Ch3
VE - Pair    13:13:36  09/17   70 bpm    25mm/sec

Ch1
Ch2
Ch3
VE - Run    01:59:59  09/17   231 bpm    25mm/sec

Ch1
Ch2
Ch3
VE - Run    02:00:01  09/17   233 bpm    25mm/sec

Ch1

Ch2

Ch3

VE - Run                          02:00:03  09/17   237 bpm                              25mm/sec

Ch1

Ch2

Ch3

Bigeminy                          01:29:45  09/17   168 bpm                              25mm/sec

Ch1

Ch2

Ch3

SVE                               10:11:41  09/17   57 bpm                               25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 63 of 90




## Heart Rate Trend





High Heart Rate    02:00:40  09/17   227 bpm    Maximum Heart Rate  227    25mm/sec



Low Heart Rate    13:58:16  09/17   42 bpm    Minimum Heart Rate  42    25mm/sec



## ST Tabular Report

| Time | Heart Rate ( bmp ) | | | Avg RR (ms) | ST Segment Level ( mm ) | | | | | |
| | Min | Max | Avg | | Ch.1 | | Ch.2 | | Ch.3 | |
| | | | | | Avg | Min | Avg | Min | Avg | Min |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00 | 55 | 115 | 76 | 789 | 1.5 | 0.7 | 2.4 | 1.0 | 1.6 | 0.8 |
| 01:00 | 113 | 167 | 131 | 458 | 0.0 | -1.4 | 1.7 | 0.0 | 2.8 | 0.0 |
| 02:00 | 87 | 227 | 112 | 535 | 0.5 | -1.7 | 3.0 | 1.4 | 3.5 | 2.6 |
| 03:00 | 77 | 115 | 93 | 645 | 1.8 | 0.2 | 3.2 | 1.8 | 2.6 | 2.0 |
| 04:00 | 70 | 103 | 86 | 697 | 2.4 | 1.7 | 3.5 | 3.0 | 2.9 | 2.3 |
| 05:00 | 59 | 102 | 75 | 800 | 2.1 | 1.2 | 2.9 | 2.0 | 2.2 | 1.2 |
| 06:00 | 56 | 99 | 78 | 769 | 2.0 | 1.3 | 3.1 | 2.3 | 2.3 | 1.7 |
| 07:00 | 59 | 97 | 80 | 750 | 2.1 | 0.7 | 3.1 | 2.1 | 2.3 | 1.7 |
| 08:00 | 58 | 100 | 78 | 769 | 2.1 | 1.1 | 2.8 | 2.3 | 2.0 | 1.7 |
| 09:00 | 55 | 104 | 74 | 810 | 1.7 | 0.9 | 2.5 | 1.6 | 1.9 | 1.2 |
| 10:00 | 48 | 84 | 54 | 1111 | 1.4 | 0.9 | 1.8 | 1.3 | 1.5 | 1.1 |
| 11:00 | 48 | 95 | 56 | 1071 | 1.4 | 0.9 | 2.0 | 1.5 | 1.4 | 1.1 |
| 12:00 | 45 | 77 | 51 | 1176 | 1.0 | 0.8 | 1.6 | 1.3 | 1.4 | 1.2 |
| 13:00 | 42 | 92 | 52 | 1153 | 1.3 | 0.7 | 1.9 | 1.3 | 1.5 | 0.8 |
| 14:00 | 43 | 79 | 48 | 1250 | 1.0 | 0.8 | 1.5 | 1.3 | 1.1 | 0.8 |
| 15:00 | 44 | 70 | 48 | 1250 | 1.1 | 0.9 | 1.7 | 1.5 | 1.6 | 1.5 |
| 16:00 | 43 | 86 | 57 | 1052 | 1.6 | 0.8 | 2.2 | 1.5 | 1.7 | 1.0 |
| 17:00 | 49 | 86 | 64 | 937 | 2.0 | 1.2 | 2.8 | 1.9 | 1.9 | 1.3 |
| 18:00 | 53 | 87 | 66 | 909 | 1.9 | 1.1 | 2.5 | 2.0 | 1.5 | 1.1 |
| 19:00 | 54 | 89 | 66 | 909 | 2.0 | 1.4 | 2.5 | 2.1 | 1.6 | 1.4 |
| 20:00 | 50 | 83 | 61 | 983 | 2.1 | 1.5 | 2.8 | 2.3 | 1.8 | 1.5 |
| 21:00 | 48 | 90 | 61 | 983 | 2.2 | 1.3 | 2.9 | 2.1 | 1.8 | 1.1 |
| 22:00 | 52 | 93 | 62 | 967 | 1.8 | 0.6 | 2.3 | 1.2 | 1.4 | 0.8 |
| 23:00 | 53 | 95 | 65 | 923 | 1.8 | 1.3 | 2.4 | 1.8 | 1.5 | 1.2 |
| Summary | 42 | 227 | 69 | 869 | 1.6 | -1.7 | 2.5 | 0.0 | 1.9 | 0.0 |

**Summary:**

| | Max | Channel | Time | Length |
|---|---|---|---|---|
| Depression | -1.7 mm | 1 | 02:15 | 1 min |
| Elevation | 5.9 mm | 3 | 01:51 | 21 min |

**Criteria:**

Heart Rate:    Average, minimum and maximum heart rates are based on 1 minute averages of each hour.

RR Interval:    Average RR intervals are based on 1 minute averages of each hour.

ST Level:    Average and minimum ST level ( minute average ) of normal beats of each hour.

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 66 of 90


# ST Segment Trend

( ST point after J point : 80 ms )

| | Depression ( -mm ) | Total Ischemic Time (min) | Number of Episodes | 1 Minute Episodes | 2-4 Minutes Episodes | 5+ Minutes Episodes |
|---|---|---|---|---|---|---|
| **Ch.1** | 1.0 - 1.9 | 17 | 8 | 5 | 2 | 1 |
| | 2.0 - 2.9 | 0 | 0 | 0 | 0 | 0 |
| | 3.0 + | 0 | 0 | 0 | 0 | 0 |
| | Total | 17 | 8 | 5 | 2 | 1 |
| **Ch.2** | 1.0 - 1.9 | 0 | 0 | 0 | 0 | 0 |
| | 2.0 - 2.9 | 0 | 0 | 0 | 0 | 0 |
| | 3.0 + | 0 | 0 | 0 | 0 | 0 |
| | Total | 0 | 0 | 0 | 0 | 0 |
| **Ch.3** | 1.0 - 1.9 | 0 | 0 | 0 | 0 | 0 |
| | 2.0 - 2.9 | 0 | 0 | 0 | 0 | 0 |
| | 3.0 + | 0 | 0 | 0 | 0 | 0 |
| | Total | 0 | 0 | 0 | 0 | 0 |

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 67 of 90

(Cont.) The first episode of fibrillation occurred while I was exercising. The second occurrence happened when I was just walking around and I bent over to pick something up.

(1:21?)

I think the timer on the monitor read 1:20 for the first fibrillation and 2:01 for the second. I pushed the button several times during each fibrillation period.

Note #1: When fibrillation occurs, it feels like my heart is fluttering in my chest, not pumping all the way; my vision becomes fuzzy (I see little sparkles) and the longer the fibrillation occurs the vision starts to tunnel, there is pressure in my chest, the tops of my shoulders ache considerably, and I have an immediate 50% decrease in overall energy levels. The moment my heart resets, starts pumping normal again, everything returns to normal.

| TIME / REC. # | ACTIVITY | SYMPTOM | TIME / REC. # | ACTIVITY | SYMPTOM |
|---|---|---|---|---|---|
| | Note #2: My heart fibrillations | and | skipping heart | beat episodes | |
| | increase in number and | | duration when: 1) | I do not exercise | |
| | routinely; 2) I do not | get | enough sleep; 3) | I do not eat | |
| | enough or for a period of | time; 4) I am sick for a period | | | |
| | of time; or 5) I am physically exhausted from working too | | | | |
| | many hours or ~~else~~ over exercising. Acid indigestion (buildup | | | | |
| | of gas in my stomach) appears to make my heart pound | | | | |
| | harder (or at least it feels that way), and it either makes | | | | |
| | my heart skip more beats | or perhaps if not more, it makes | | | |
| | it more noticeable to me when it does skip a beat. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MIDMARK**

Diagnostics Group

**PATIENT ACTIVITY DIARY**

Recording Start Date: 8/30/07

Recording Start Time: 1235 AM (PM)

Honken, Dustin — 06951-029
Patient Name — ID

USP - THA
Patient Address

Phone No.     Age   Sex

Medication(s)

Ordering Physician

Indication for test

Ordering Physician    Recorder Serial Number

PACEMAKER __YES __NO

T. Bixler, RN
Hook Up Technician

**Brentwood Medical Technology Corp.**
3300 Fujita Street
Torrance, CA 90505

U5P

# Providence Medical Group

2723 S 7th St
Terre Haute, IN 47802

## *Holter Report*

**Patient Name:   DUSTIN  HONKEN**

| | | |
|---|---|---|
| Patient ID: | Recorded at:   09/17/2007  00:00 | Report Date:   09/18/2007 |
| DOB/Sex:  ▉  Male | Scanned:   23  hours  53 minutes | Rejected:   N/A |
| Physician: | Technician:   THINES | Requested by:  WEBSTER |
| Analyzed Channels:   (1), 2, 3 | Artifact:   4.9 % | (This report is unconfirmed) |

**Medication:**

**Indication:**   PALPITATIONS

## Analysis Summary

**HEART RATE**                     Total Beats:   104285

Average HR:          69  bpm (869 msec)
Minimum HR:          42  bpm (1428 msec)    at 13:58:16
Maximum HR:          227 bpm (264 msec)     at 02:00:40
Tachycardia (>120 bpm):31 min, Longest: 2 min at 01:50:16
Bradycardia (<40 bpm):  N/A

**HEART RATE VARIABILITY**

SDNN:                227
SDANN:               231
RMSSD:               43
Triangular  Index:   59

**VENTRICULAR**

| | | |
|---|---|---|
| Total Ectopics: | 170 | ( <1%) |
| Isolated: | 143 | (  1  Interpolated) |
| Pair: | 4 | |
| Bigeminy: | 1 | (  3  VE beats) |
| Trigeminy: | 0 | (  0  VE beats) |
| Run: | 3 | ( 16  VE beats) |
| Longest: | 233 bpm, | 8 beats, 2.0 sec  at 02:00:04 |
| Fastest: | 242 bpm, | 4 beats, 1.0 sec  at 02:00:07 |
| Slowest: | 219 bpm, | 4 beats, 1.1 sec  at 02:00:02 |

**SUPRAVENTRICULAR**

| | | |
|---|---|---|
| Total Ectopics: | 5 | ( <1%) |
| Isolated: | 1 | |
| Pair: | 2 | |
| Run: | 0 | (  0  SVE beats ) |
| Longest: | N/A | |
| Fastest: | N/A | |

**ST SEGMENT**

| | | Ch1 | Ch2 | Ch3 |
|---|---|---|---|---|
| Minutes of depression | | 17 | 0 | 0 |
| Minutes of elevation | | 0 | 22 | 45 |
| Average (mm) | | 1.6 | 2.5 | 1.9 |

| | Max | Ch | Time | Length |
|---|---|---|---|---|
| Depression | -1.7 mm | 1 | 02:15 | 1 min |
| Elevation | 5.9 mm | 3 | 01:51 | 21 min |

**OTHERS**

| | |
|---|---|
| Pause > 2.5 sec : | 0 |
| Longest: | N/A |
| R on T: | 0 |

Thomas A. Webster, M.D.
Clinical Director/USPTH

**Interpretation:**

- Predominant rhythm is SR
- Frequent episodes of symptomatic SVT (AVNRT or AVRT) precipitated by bending over sometimes a narrow complex sometimes with Aberrancy (wide box
- Isolated PACs, PVCs.   Needs Cardiac EP evaluation

ENTERED

**Reviewed by:**                                              Date: 9/19/07
                                                                        SEP 19 2007

BY: _____

Printed: September 18, 2007  17:16          Midmark Diagnostics Group          Midmark EZ Holter Version 6.3.3

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 69 of 90

# Narrative / Comments Report

The patient's Holter monitoring period was 23 hours and 53 minutes. There were a total of 104285 QRS complexes detected.

The average heart rate was 69 BPM with a maximum heart rate of 227 BPM at 02:00:40 and a minimum heart rate of 42 BPM at 13:58:16.

Tachycardia (heart rate > 120 BPM) was noted 2.2% of the time. There were 31 Tachycardia minutes with the longest episode occurred at 01:50:16 for 2 minutes.

Bradycardia (heart rate < 40 BPM) was noted 0% of the time.

No Pauses exceeding 2.5 seconds were noted.

170 Ventricular ectopics, which represented < 1% of the total beat count, were noted. Ventricular ectopics were observed as 143 isolated beat(s) and as 4 couplet(s). 3 runs were noted. 3 of the ventricular beats occurred in 1 bigeminal cycles. None of the ventricular beats occured in 0 trigeminal cycles.

5 Supraventricular ectopics, which represented < 1% of the total beat count, were noted.

8 episodes of ST depression (defined as -1.0 mm or more for longer than 1 minute) were noted in channel 1. The maximum depression of -1.7 mm occurred in channel 1 at 02:15.

Channel 1 was the Primary channel during the analysis.

*Reviewed by:* _____  *Date:* 9/19/07

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 70 of 90



# Hourly Tabular Report

| Time | Heart Rate | | | | Ventricular | | | SupraVentricular | | | Pause | Bigem | Trigem | RonT | STD | NA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg | Min | Max | #QRS | VE | Pair | Run | SVE | Pair | Run | | | | | (mm) | (min.) |
| 00:00 | 76 | 55 | 115 | 4678 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.7(1) | 0 |
| 01:00 | 131 | 113 | 167 | 9022 | 91 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | -1.4(1) | 0 |
| 02:00 | 112 | 87 | 227 | 7006 | 21 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1.7(1) | 0 |
| 03:00 | 93 | 77 | 115 | 5625 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.2(1) | 0 |
| 04:00 | 86 | 70 | 103 | 5209 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.7(1) | 0 |
| 05:00 | 75 | 59 | 102 | 4532 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2(1) | 0 |
| 06:00 | 78 | 56 | 99 | 4737 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.3(1) | 0 |
| 07:00 | 80 | 59 | 97 | 4854 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.7(1) | 0 |
| 08:00 | 78 | 58 | 100 | 4765 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.1(1) | 0 |
| 09:00 | 74 | 55 | 104 | 4527 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9(1) | 0 |
| 10:00 | 54 | 48 | 84 | 3317 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9(1) | 0 |
| 11:00 | 56 | 48 | 95 | 3430 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9(1) | 0 |
| 12:00 | 51 | 45 | 77 | 3144 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.8(1) | 0 |
| 13:00 | 52 | 42 | 92 | 3206 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.7(1) | 0 |
| 14:00 | 48 | 43 | 79 | 2981 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.8(1) | 0 |
| 15:00 | 48 | 44 | 70 | 2966 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.9(1) | 0 |
| 16:00 | 57 | 43 | 86 | 3491 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0.8(1) | 0 |
| 17:00 | 64 | 49 | 86 | 3939 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2(1) | 0 |
| 18:00 | 66 | 53 | 87 | 4056 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.1(3) | 0 |
| 19:00 | 66 | 54 | 89 | 4028 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.4(1) | 0 |
| 20:00 | 61 | 50 | 83 | 3717 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.5(3) | 0 |
| 21:00 | 61 | 48 | 90 | 3729 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.1(3) | 0 |
| 22:00 | 62 | 52 | 93 | 3797 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.6(1) | 0 |
| 23:00 | 65 | 53 | 95 | 3529 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2(3) | 0 |
| Summary | 69 | 42 | 227 | 104285 | 143 | 4 | 3 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | -1.7 | 0 |

## Measurement Criteria

| | |
|---|---|
| Analyzed: | All channels. |
| Total Beats: | Total number of beats excludes artifact. |
| Heart Rate: | Average, minimum and maximum heart rates are based on 1 minute averages of each hour. |
| VE: | Isolated ventricular beats. |
| VE Pair: | Two successive VE beats. |
| V Run: | Three or more successive VE beats. |
| SVE: | Isolated supraventricular beats. |
| SVE Pair: | Two successive premature SVE beats. |
| SV Run: | Three or more successive premature SVE beats. |
| Pause: | No detected beat occurs for an R-R interval which exceeds the threshold value. |
| Bigeminy: | Bigeminy pattern for at least 6 beats. |
| Trigeminy: | Trigeminy pattern for at least 9 beats. |
| R on T: | VE within the QT interval of a normal beat. |
| ST Level: | Maximum Delta ST (minute average) of normal beats with respective lead in (). |
| No Analysis: | Sections of recording containing excessive artifact, where no analysis was performed (minutes). |

Case 3:10-cv-03074-LTS-KEM　　　Document 19-70　　　Filed 06/06/11　　　Page 71 of 90



## Patient Events/Diary Report

| Time | Activity | Symptoms | Comments |
|------|----------|----------|----------|
| 01:21:44 | Recorder Event | | |
| 01:59:50 | Recorder Event | | |
| 02:01:47 | Recorder Event | | |
| 04:25:03 | Recorder Event | | |
| 05:19:30 | Recorder Event | | |
| 05:21:07 | Recorder Event | | |
| 05:22:48 | Recorder Event | | |
| 05:25:52 | Recorder Event | | |
| 05:27:26 | Recorder Event | | |
| 05:29:02 | Recorder Event | | |
| 05:30:28 | Recorder Event | | |
| 05:32:50 | Recorder Event | | |
| 05:36:16 | Recorder Event | | |
| 05:41:32 | Recorder Event | | |

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 72 of 90



01:21:44  09/17    280 bpm      Patient Event                    25mm/sec

01:59:50  09/17    177 bpm      Patient Event                    25mm/sec

02:01:47  09/17    207 bpm      Patient Event                    25mm/sec

Case 3:10-cv-03074-LTS-KEM      Document 19-70      Filed 06/06/11      Page 73 of 90



Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 74 of 90



05:22:48  09/17   74 bpm:     Patient Event                    25mm/sec

05:25:52  09/17   66 bpm:     Patient Event                    25mm/sec

05:27:26  09/17   68 bpm      Patient Event                    25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 75 of 90

05:29:02  09/17   63 bpm     Patient Event                                    25mm/sec

05:30:28  09/17   61 bpm     Patient Event                                    25mm/sec

05:32:50  09/17   63 bpm     Patient Event                                    25mm/sec

Printed: September 18, 2007  17:16         Midmark Diagnostics Group          IQmark EZ Holter Version 6.3.3



05:36:16  09/17   65 bpm          Patient Event                                        25mm/sec

05:41:32  09/17   80 bpm          Patient Event                                        25mm/sec

Printed: September 18, 2007  17:16                    Midmark Diagnostics Group                    IQmark EZ Holter Version 6.3.3



High Heart Rate     02:00:40  09/17  227 bpm     25mm/sec

High Heart Rate     02:01:04  09/17  221 bpm     25mm/sec

High Heart Rate     02:01:28  09/17  213 bpm     25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 78 of 90

Ch1
Ch2
Ch3
Low Heart Rate    13:58:16  09/17   42 bpm    25mm/sec

Ch1
Ch2
Ch3
Low Heart Rate    14:02:32  09/17   43 bpm    25mm/sec

Ch1
Ch2
Ch3
Low Heart Rate    13:57:52  09/17   43 bpm    25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 79 of 90



ST Segment: -1.7mm (1)     02:15:19  09/17    138 bpm     25mm/sec

ST Segment: -1.6mm (1)     02:07:00  09/17    132 bpm     25mm/sec

ST Segment: -1.4mm (1)     02:12:23  09/17    139 bpm     25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 80 of 90

VE - Isolated          00:00:46  09/17    78 bpm          25mm/sec

VE - Isolated          01:31:08  09/17    170 bpm          25mm/sec

VE - Isolated          23:52:22  09/17    95 bpm          25mm/sec

Case 3:10-cv-03074-LTS-KEM          Document 19-70          Filed 06/06/11          Page 81 of 90

VE - Interpolated  12:00:58 09/17  75 bpm  25mm/sec

VE - Pair  01:59:48 09/17  159 bpm  25mm/sec

VE - Pair  02:00:00 09/17  233 bpm  25mm/sec

Case 3:10-cv-03074-LTS-KEM  Document 19-70  Filed 06/06/11  Page 82 of 90

Ch1

Ch2

Ch3

VE - Pair                    13:13:36  09/17    70 bpm                                    25mm/sec

Ch1

Ch2

Ch3

VE - Run                    01:59:59  09/17    231 bpm                                    25mm/sec

Ch1

Ch2

Ch3

VE - Run                    02:00:01  09/17    233 bpm                                    25mm/sec

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 83 of 90

Ch1
Ch2
Ch3
VE - Run    02:00:03  09/17   237 bpm    25mm/sec

Ch1
Ch2
Ch3
Bigeminy    01:29:45  09/17   168 bpm    25mm/sec

Ch1
Ch2
Ch3
SVE    10:11:41  09/17   57 bpm    25mm/sec

Case 3:10-cv-03074-LTS-KEM    Document 19-70    Filed 06/06/11    Page 84 of 90

SVE - Pair    01:23:07 09/17   147 bpm    25mm/sec

SVE - Pair    16:27:24 09/17   78 bpm    25mm/sec



## Heart Rate Trend





High Heart Rate     02:00:40 09/17 227 bpm     Maximum Heart Rate 227     25mm/sec



Low Heart Rate     13:58:16 09/17 42 bpm     Minimum Heart Rate 42     25mm/sec



## ST Tabular Report

| Time | Heart Rate ( bmp ) | | | Avg RR (ms) | ST Segment Level ( mm ) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ch.1 | | Ch.2 | | Ch.3 | |
| | Min | Max | Avg | | Avg | Min | Avg | Min | Avg | Min |
| 00:00 | 55 | 115 | 76 | 789 | 1.5 | 0.7 | 2.4 | 1.0 | 1.6 | 0.8 |
| 01:00 | 113 | 167 | 131 | 458 | 0.0 | -1.4 | 1.7 | 0.0 | 2.8 | 0.0 |
| 02:00 | 87 | 227 | 112 | 535 | 0.5 | -1.7 | 3.0 | 1.4 | 3.5 | 2.6 |
| 03:00 | 77 | 115 | 93 | 645 | 1.8 | 0.2 | 3.2 | 1.8 | 2.6 | 2.0 |
| 04:00 | 70 | 103 | 86 | 697 | 2.4 | 1.7 | 3.5 | 3.0 | 2.9 | 2.3 |
| 05:00 | 59 | 102 | 75 | 800 | 2.1 | 1.2 | 2.9 | 2.0 | 2.2 | 1.2 |
| 06:00 | 56 | 99 | 78 | 769 | 2.0 | 1.3 | 3.1 | 2.3 | 2.3 | 1.7 |
| 07:00 | 59 | 97 | 80 | 750 | 2.1 | 0.7 | 3.1 | 2.1 | 2.3 | 1.7 |
| 08:00 | 58 | 100 | 78 | 769 | 2.1 | 1.1 | 2.8 | 2.3 | 2.0 | 1.7 |
| 09:00 | 55 | 104 | 74 | 810 | 1.7 | 0.9 | 2.5 | 1.6 | 1.9 | 1.2 |
| 10:00 | 48 | 84 | 54 | 1111 | 1.4 | 0.9 | 1.8 | 1.3 | 1.5 | 1.1 |
| 11:00 | 48 | 95 | 56 | 1071 | 1.4 | 0.9 | 2.0 | 1.5 | 1.4 | 1.1 |
| 12:00 | 45 | 77 | 51 | 1176 | 1.0 | 0.8 | 1.6 | 1.3 | 1.4 | 1.2 |
| 13:00 | 42 | 92 | 52 | 1153 | 1.3 | 0.7 | 1.9 | 1.3 | 1.5 | 0.8 |
| 14:00 | 43 | 79 | 48 | 1250 | 1.0 | 0.8 | 1.5 | 1.3 | 1.1 | 0.8 |
| 15:00 | 44 | 70 | 48 | 1250 | 1.1 | 0.9 | 1.7 | 1.5 | 1.6 | 1.5 |
| 16:00 | 43 | 86 | 57 | 1052 | 1.6 | 0.8 | 2.2 | 1.5 | 1.7 | 1.0 |
| 17:00 | 49 | 86 | 64 | 937 | 2.0 | 1.2 | 2.8 | 1.9 | 1.9 | 1.3 |
| 18:00 | 53 | 87 | 66 | 909 | 1.9 | 1.1 | 2.5 | 2.0 | 1.5 | 1.1 |
| 19:00 | 54 | 89 | 66 | 909 | 2.0 | 1.4 | 2.5 | 2.1 | 1.6 | 1.4 |
| 20:00 | 50 | 83 | 61 | 983 | 2.1 | 1.5 | 2.8 | 2.3 | 1.8 | 1.5 |
| 21:00 | 48 | 90 | 61 | 983 | 2.2 | 1.3 | 2.9 | 2.1 | 1.8 | 1.1 |
| 22:00 | 52 | 93 | 62 | 967 | 1.8 | 0.6 | 2.3 | 1.2 | 1.4 | 0.8 |
| 23:00 | 53 | 95 | 65 | 923 | 1.8 | 1.3 | 2.4 | 1.8 | 1.5 | 1.2 |
| Summary | 42 | 227 | 69 | 869 | 1.6 | -1.7 | 2.5 | 0.0 | 1.9 | 0.0 |

**Summary:**

| | Max | Channel | Time | Length |
|---|---|---|---|---|
| Depression | -1.7 mm | 1 | 02:15 | 1 min |
| Elevation | 5.9 mm | 3 | 01:51 | 21 min |

**Criteria:**

Heart Rate:   Average, minimum and maximum heart rates are based on 1 minute averages of each hour.

RR Interval:   Average RR intervals are based on 1 minute averages of each hour.

ST Level:   Average and minimum ST level ( minute average ) of normal beats of each hour.

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 87 of 90


## ST Segment Trend

( ST point after J point : 80 ms )

|  | Depression ( -mm ) | Total Ischemic Time (min) | Number of Episodes | 1 Minute Episodes | 2-4 Minutes Episodes | 5+ Minutes Episodes |
|---|---|---|---|---|---|---|
| **Ch.1** | 1.0 - 1.9 | 17 | 8 | 5 | 2 | 1 |
|  | 2.0 - 2.9 | 0 | 0 | 0 | 0 | 0 |
|  | 3.0 + | 0 | 0 | 0 | 0 | 0 |
|  | Total | 17 | 8 | 5 | 2 | 1 |
| **Ch.2** | 1.0 - 1.9 | 0 | 0 | 0 | 0 | 0 |
|  | 2.0 - 2.9 | 0 | 0 | 0 | 0 | 0 |
|  | 3.0 + | 0 | 0 | 0 | 0 | 0 |
|  | Total | 0 | 0 | 0 | 0 | 0 |
| **Ch.3** | 1.0 - 1.9 | 0 | 0 | 0 | 0 | 0 |
|  | 2.0 - 2.9 | 0 | 0 | 0 | 0 | 0 |
|  | 3.0 + | 0 | 0 | 0 | 0 | 0 |
|  | Total | 0 | 0 | 0 | 0 | 0 |

Case 3:10-cv-03074-LTS-KEM     Document 19-70     Filed 06/06/11     Page 88 of 90

(cont.) The first episode of fibrillation occurred while I was exercising. The second occurrence happened when I was just walking around and I bent over to pick something up.

(1:21?)

I think the timer on the monitor read 1:20 for the first fibrillation and 2:01 for the second. I pushed the button several times during each fibrillation period.

Note #1: When fibrillation occurs, it feels like my heart is fluttering in my chest, not pumping all the way; my vision becomes fuzzy (I see little sparkles) and the longer the fibrillation occurs the vision starts to tunnel, there is pressure in my chest, the tops of my shoulders ache considerably, and I have an immediate 50% decrease in overall energy levels. The mome. my heart resets, starts pumping normal again, everything returns to normal.

| TIME / REC. # | ACTIVITY | SYMPTOM | TIME / REC. # | ACTIVITY | SYMPTOM |
|---|---|---|---|---|---|
| | Note #2: My heart fibrillations increase in number and routinely; 2) I do not enough or for a period of time; or 5) I am ph many hours or ~~else~~ over of gas in my stomach) harder (or at least it | and skipping heart get enough sleep; of time; 4) I am si ysically exhausted f exercising. Acid appears to make my feels that way), and | | duration when: 1) a) I do not eat ck for a period rom working too indigestion (build up heart pound it either makes | beats episode is I do not exercise |
| | my heart skip more beats it more noticeable to me when | or perhaps if not more, it makes it does skip a beat. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MIDMARK
Diagnostics Group

PATIENT ACTIVITY DIARY

Recording Start Date: 8/30/07
Recording Start Time: 1235 AM (PM)

Patient Name: Honken, Dustin          ID: 06951-029

Patient Address: USP-THA

Phone No. _____ Age ___ Sex ___

Medication(s) _____

Ordering Physician _____

Indication for test _____

Ordering Physician _____   Recorder Serial Number _____

PACEMAKER __YES __NO

Hook Up Technician: T. Bixler, RN

Brentwood Medical Technology Corp.
3300 Fujita Street
Torrance, CA 90505

Case 3:10-cv-03074-LTS-KEM   Document 19-70   Filed 06/06/11   Page 89 of 90

## PATIENT INSTRUCTIONS

Your doctor has prescribed "Holter" Monitoring to record your heart activity continuously while you go about your daily routine. To make an effective diagnosis, your doctor must know what you are doing and how you feel as the recording is being made. Carry this diary and a pencil with you at all times and enter your activities, symptoms, and times of occurrence. Follow the specific instructions of your doctor or technician. Generally, you should record:

**TIME / RECORD #:** For every entry in the diary.

**ACTIVITIES:** Sitting, walking, strenuous exercise, eating, smoking, urinating, bowel movements, intercourse, taking medication, or emotional upsets, such as anger or sorrow.

**SYMPTOMS:** Chest, neck, arm, or face pain; heart pounding, dizziness, nausea, shortness of breath, or any other - whether or not you feel they are important. If in doubt, write it down.

**IMPORTANT:**

• DO NOT tamper with the recorder, electrodes, or electrode lead wires.

• DO NOT get the recorder wet; do not bathe, shower or swim.

• DO keep an accurate diary of normal daily activity.

- 2 -

### SAMPLE DIARY (A portion of a sample diary is shown below.)

| TIME /<br>REC. # | ACTIVITY | SYMPTOM |
|---|---|---|
| 8:30 a.m. | Climbed Stairs | Chest Pain |
| 9:15 a.m. | Smoked Cig | Pain in Arm |

### PATIENT DIARY
Begin patient activity below.

| TIME / REC. # | ACTIVITY | SYMPTOM |
|---|---|---|
| 12:30 to 1:30 | Standing / Walking | a few skipped beats |
| 1:40 -2:10 | Cardio exercise some what intense | 1 Episode fluttering heart Pushed button Pain in chest/loss of energy and shoulders |
| 2:10- 3:30 | Walked 1 episode Pushed button | Pain in chest fluttering heart pain in shoulders no energy |
| 3:30 to 5:00 | Sitting - Heart skipping beats every so often pushed button on a couple of them | uneasy feeling in chest when heart skips |

1st occ.

2nd occ.

| TIME / REC. # | ACTIVITY | SYMPTOM |
|---|---|---|
| 6:00 to 6:30 PM | Lay down to rest, couldn't because of skipping heart | Heart skipping beats, pushed button numerous |
| 6:30 to 10:00 PM | Kept moving around, pacing, standing, etc. | some infrequent skipped heart beats. |
| 10:00 PM to 5:15 am | Laid down for the evening. Heart skipping beats for awhile. | Difficulty falling asleep because heart skipping beats |
| 7:00 Am | sitting, standing | Shortness of breath this morn. Heart skipping ever so often. |
|  |  | Shortness of breath perhaps caused by Stomach gas this morn! |
| 7:00 am to 12:00 PM | Sitting around, some pacing | heartbeat relatively normal this morn; some skipped beats |
|  |  | Some days good, some bad. |

- 4 -

※ I exercised rather intensely to (to show you my heart does fibrilate.) initially induce the fibrillation. The fibrillation occurs at random times, during the week even when I am doing nothing, just bending ver to pick something up can do it metimes. I exercise my cardiovascular ystem because it reduces the number -episodes. the worse shape I am in the ore it does it. (over) (cont.)

※ Heart will continue to skip beats as long as I am inactive. Resting heart rate is problematic. That is why I get up and continue to move around when my heart is skipping beats. Activity heart rate lessens skipping problem. I'm not pushing button every time it does it, too numerous. I push it a few times to show you when I am especially uncomfortable with it. Skipping beats causes me problems when I try to go to sleep. The slight pressure from it, the buildup of pressure slight before it stops, makes it difficult for me to fall asleep.