# 71

BS

Mar veq

*Statement of Account*

**NORMAN D. THEDE, M.D.**
Box 276
Britt, Iowa 50423

Telephone: (515) 843-4466

Dustin Honken
83 3rd St. S.W.
Britt, IA 50423

| NUMBER | DATE | DESCRIPTION · CODE | CHARGE | | PAYMENT | | BALANCE | |
|---|---|---|---|---|---|---|---|---|
| 11-16-89 1-12-90 | 6-21-89 | Dustin - Surg. deduct | 35 | 00 | — | | 35 | 00 |
| 1-30-90 5-30-90 12-15-89 | 12-15-89 | PD IN FULL | — | | 35 | 00 | — | |
| 6-29-90 10-30-90 12-15-89 | 12-15-89 | OC + Hbg. sent | 29 | 00 | — | | 29 | 00 |
| 11-30-90 | 1-12-90 | BS deduct 12-15 | (75) | | — | | 28 | 25 |
| | 2-2-90 | PD IN FULL | — | | 28 | 25 | — | |
| ✓ | 4-7-90 | Excision + path BS deduct 5-4-90 sent | 65 | 00 | — | | 65 | 00 |
| | 7-9-90 | Excision and | 45 | 00 | 110 | 00 | — | |
| | 9-4-90 | OC 10-3-90 BS deduct sent | 24 | 00 | — | | 24 | 00 |
| | 12-5-90 | PD IN FULL | — | | 24 | 00 | — | |

*Student – covered under Menvea (RomSmidt)*

#10135 Me...
AT—Aller...
BI—Biopsy
BMR—Basal M...
CS—Cash
CA—Cast
CK—Check
C—Consultation
DR—Supplies & Dressings
DI—Diathermy
MI—Milage
MS—Minor Surgery
PX—Partial Exam
PE—Physical Examination
...one
...sonic
...tra Violet
WBC—White Blood Count
X—X-Ray

**LISA A. RICKERT, MSSW**
Mitigation Specialist
5170 Ridge Oak Drive
Madison, Wisconsin 53704
(608)245-0356
FAX(608)245-0410

# FAX COVER SHEET

Date: 10/13/03

Transmitted to: Name Britt Medical Clinic / records / Pat
Fax No. 641 843 5051
641 843-5100

Transmitted from: Lisa Rickert

Regarding: Dustin Lee Honken

Number of pages including cover sheet 3

Comments: _____

**Lisa A. Rickert, MSSW**

# MEMO

Mitigation Specialist
5170 Ridge Oak Drive
Madison, Wisconsin 53704
Phone:   (608)245-0356
Fax:       (608)245-0410

---

Date:           October 13, 2003

To:             Britt Medical Clinic
                Pat/ Records Dept.

From:           Lisa Rickert

Subject:        Dustin Lee Honken

---

Pat:

I talked with you on the phone on October 7th regarding Dustin Honken's medical records. I'm sending you a release of information signed by Dustin. I apologize for the poor quality but that is how it was sent back to me from Marion prison.

I will be in Iowa the week of October 20-24th. I would like to pick them up Monday afternoon, October 20th. If there is any problem with that date please let me know.

Thank you for your assistance.

Lisa Rickert
Mitigation Specialist

## AUTHORIZATION TO DISCLOSE INFORMATION TO:

**LISA A. RICKERT, MSSW**
Mitigation Specialist
5170 Ridge Oak Drive
Madison, WI 53704
Phone: 608-245-0356
Fax: 608-245-0419

## REGARDING:

Name: _Dustin Lee Honken_

DOB: ▮▮▮▮▮▮▮▮▮▮

SSN: ▮▮▮▮▮▮▮▮▮▮

## INFORMATION TO BE OBTAINED FROM: _Britt Medical Center_

**Specific Information Authorized for Release Including Paper, Oral, and Electronic Interchange:**

✓ Hospital and medical records, including HIV testing, AIDs testing, sexually transmitted diseases, and disability-related information (Specify dates and/or conditions treated if applicable).

✓ Psychiatric, psychological, and counseling records: social history, evaluations, treatment plans, diagnosis, summaries, and medications prescribed.

___ School records: grades, disciplinary or progress notes, activities, M-team reports, Individual Education Plan, psychiatric or psychological records.

___ Alcohol and drug treatment information including: assessments, treatment plan, diagnosis, progress notes, admission and discharge summaries.

___ Employment records including: dates, position(s) held, duties performed, performance evaluations, salary, and reason terminated.

___ Probation and parole file; court records, agent notes, chronological history, revocation summaries, alcohol and drug treatment information, psychiatric/psychological treatment information.

___ Other:_____

- Written and verbal exchange of information is authorized at the request of the individual for purpose of legal proceedings.
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- This authorization is good for 12 months from the date signed below.
- I understand that information disclosed pursuant to this authorization may be re-disclosed and may no longer be protected by federal law. This information may be released to any of the following, but not limited to, experts, other parties, and/or attorneys involved in my case.
- I may write to Lisa Rickert and my sources to revoke this authorization at any time except to the extent that action has already been taken.
- Lisa Rickert will give me a copy of this form if I ask. I may ask the source to allow me to inspect or get a copy of the material to be disclosed.
- This authorization is voluntary. Refusal to sign this form will not prohibit, but may obstruct Lisa Rickerts' ability to provide services to me. I understand that any treatment, payment, enrollment, or eligibility for benefits is not conditioned upon me signing this authorization.

X _____        X Date: _10-9-03_
**Individual Authorizing Disclosure**

**If not signed by subject of disclosure, specify basis for authority to sign.**

_____        Date: _____
**Signature/Relationship**

This authorization form was developed to comply with provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 (HIPAA); 45 CFR parts 160 and 164; 42 US code Section 290dd-2; 42 CFR part 2; 38 US Code Section 7332; 38 CFR 1.475; 20 US Code.

Dustin Honken

83 3rd St SW

Page_____

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | PLANS |
|---|---|---|
| 8-19-94 10:45 | Swollen gland (No) | |

Kristin Hooken



| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | PLANS |
|---|---|---|
| 4-7-90 11:05 | Growth under tongue, lesion under tongue, again | R̆ 2% Xylocaine local, Excised lesion & sent to Path, Electrocautery of base — 30 + 35 = 65°° path exc. |
| 4-9-90 | BS | |
| 9-9-90 2:30 | to ret, mucocele recurrent on tongue (prob. caused by being tongue tied) | R̆ 2% Xylocaine local, Excision + Electrocaut of base — +45 |
| 7-12 | BS | |
| 9-4-90 11:30 | ? hernia, left varicocele | |
| 9-4-90 | BS some heaviness but OK — | Ret prn $24 |
| 10-20-90 11:00 | √ tongue, Dex. cyst on tongue again, Dextrostix 92 mgm% — UA = neg — Inc thirst + urination, Fx Hx of diabetes | R̆ 2% Xylocaine local, Excised cyst + Electrocautery of base + cauterized frenulum of tongue too — 35 + 8 + 6 = 49 |
| 10-22-90 | BS | |
| 4-6-91 11:30 | Cold — lt ear hurts, left ceruminosis, sl redness | R̆ irrigated, R̆ oil bid x 2-3 day |
| 4-8-91 | BS | 24 + 10 = 34 |
| 9-23-91 3:30 | cold, Burn off warts on R hand, warts x 4 of rt hand, R̆ debrided + acid applied, URI - afebrile - rec ASA + fluids, ret. 9-28 | $25 |
| 9-24 | BS | |
| 9-28-91 10:15 | √ wart (NS) | |
| 12-24-91 11:00 | ST, cold, URI c̄ cough + pharyngitis — Chest clear | stuffed up, ST, cough, R̆pt Vibramycin 100 mgm (#8) $24 |
| 12-27 | BS | |

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column only. (OVER)
16 03 008 00  1/82   Copyright © 1971, 1972 Miller Communications, Inc., Norwalk, CT 06856. All Rights Reserved. Printed in U.S.A.

Dustin Honken                    Page_____        83 3rd St SW

| Date/Problems (No. and Description) | FINDINGS (Subjective and Objective) | PLANS |
|---|---|---|
| 8-29-84 11:30 | c/o lump by ear. Rt preauricular node & A+P cx node - SL pharyngitis | ppt Veillin K 500 mgm tid (15-60 tabs) Ret prn $17 |
| 10-18-84 10:45 | Clean ears —  c/o R ear feels plugged — lt. ceruminosis irrigated - partially removed Auralgan otic gtts instilled c/o 2 PVC's - 2 Austral murmur rec. PA & lat chest x-ray & EKG ret. 10-19-84 | ch 16 |
| 10-19-84 5:30 | to return. Ceruminosis R yet. pharyngitis + ant. nodes | R irrigated Rec PA + lat chest x-ray = EKG = disp Ceclor 250 mgm tid $16 (x 6 days) |
| 11-8-84 | Ltr. to BC/BS (Iowa Bankers Ins. & Serv., Inc.) | |
| 1-29-85 | bronchitis — cough congestion Rx Amoxil 500 tid H cy Needed RH | S.C.E. Chr n B |
| 10-8-85 13:30 | sorethroat — pharyngitis + ant. cx nodes BP 128/80 Hx of P.A. Fib .?? | ppt Veillin K 250 mgm qid (24) $16 |
| 10-14-85 | Utm | |
| 1-9-86 | pllppt Keflex 250 mgm tid x 5 days (W) 0300 | |
| 10-21-89 10:15 | wash ears, ✓ growth on tongue ears OK fibroma on tip of tongue | Rx 2% Xylocaine local Electrocautery + Excision x1 $35 |
| 10-31 | BS | |
| 12-15-89 11:00 | sores in + tongue mouth - been using Hydrogen Perox. Hgb. 16% gm% numerous apthous ulcer in oral cavity | Rec milk neg disp Xylocaine viscous prn for pain |
| 12-18-8 | | 21-8-29 |

| Date / Problems (No. and Description) | FINDINGS (Subjective and Objective) | PLANS |
|---|---|---|
| 8-9-79 | ph - prob. anal fissure | ph. ppt Mycolog oint tid X 1 sm tube |
| | | & mineral oil po    030 prn |
| 12-6-79 | ph ppt Vcillin K 250 mgm tid x 5 days | 0300 |
| 3-25-80 | Re- problem c̄ ear | |
| 10:45 | furuncle rt otic canal | Rec warm Auralgan |
| | | 1/2cc |
| 9-8-80 | ph ppt Vcillin K 250 mgm tid x 5 d (st.) | 030c |
| 3-31-82 | ph ppt Keflex 250 mgm qid x 100cc  (w | 03 0c |
| 8-5-82 | stepped on a nail - puncture wound of lt. foot | |
| 2:00 | DT 0.5 cc given - also OPV + T.B. Aplic. given wound debrided + cleansed c̄ H₂O₂ dressed c̄ neopolycin oint. + disp. tube | |
| | rec. Bid soaks | |
| | ret. prn | 20+17+6+1+2   ch36 |
| 8-9-82 | Bill to Smith | |
| 8-■■-82 | 9th grade pe | |
| 10:15 | ht.         wt. | |
| | na | |
| 7-25-83 | | |
| 2:15 | Ht. 71½"      Wt. 137½+ | |
| | Wart of lt. foot - Rx debrided + acid applied ret 7-28- | Ins ch. |
| 7-28-83 | ✓ wart - debrided + acid applied | |
| 10:30 | ppt. Duofilm gd ret. 1 wk. | Ins ch8 |
| 8-4-83 | ✓ wart - debrided + acid applied | |
| 11:30 | ret. 1 wk. | Ins ch8 |
| 8-11-83 | ✓ wart - " and acid applied | |
| 11:30 | ret. 1 wk | Ins ch8 |
| 8-18-83 | ✓ wart - debrided - 2 gone | |
| 11:30 | ret. 3 wks | Ins ch8 |
| 9-8-83 | ✓ wart - gone | post |
| 9-12-83 | Itm to Marw at Bank   7/25 to 9/8 | |
| 4-24-84 | X-ray OP — See enclosure | $ |
| | sprain rt wrist | 25 |
| 4-26-84 | Itm to Marwa | |

⬥ROCOM

**Progress Notes**

Patient Name HONKEN, DUSTIN    Number

| Date / Problems (No. and Description) | FINDINGS (Subjective and Objective) | PLANS |
|---|---|---|
| 4-17-73 | Pre-school P.E. 44" - 42#<br>U.A. neg.<br>exam neg - Rhomberg neg. | DPT + OPV given<br><br>O9oo |
| 10-24-74 | Talk about T. & A.<br>large cryptic + fissured tonsils + adenoid facies<br>+ speech - Rec T & A — | post |
| 2-1-75<br>10:45 C | S - Earache (L)<br>O      sl U R I<br>A<br>P      ppt Erythrocin 200mgm/dr ʒ tid x 100 cc | ov² O6oo |
| 5-13-75 | Rt ear - ceruminosis lt - irrigated<br>lt otitis - disp Ilosone 250mg dr + tid<br>ppt. auralgan otic gtts<br>ppt. novahistine DH (o.6) dr + tid or qid  ch 8° | |
| 10-1-75 | X-ray outpat — fell at school<br>injury (RT) elbow<br>x-ray neg - R sling — | ch 10°° |
| 10-7-75 | Boilermakers ins. | |
| 3-18-76<br>3:30 | l thumb, mumps shot given<br>sl infected lesion (R) thumb = OK —<br>OK for T + A — | ch 12°° |
| 3-20-76 | admitted to hospital - operation T + A | ch 100° |
| 3-21-76 | dismissed | post |
| 3-23-76 | Boilermakers ins. to Honkens | |
| 3-25-76<br>2:45 | post-op OK — | post |
| 4-13-78<br>10:45 | l hand, hurt it Wed. at school<br>x-ray = neg for fracture<br>(L) hand + all fingers<br>esp (L) 4th — | Rec warm soaks -<br>Dus $15°° |
| 7-20-78 | Boilermakers direct | |
| 1-15-79<br>10:00 | fever & cold<br>temp - 99.8° viral URI<br>+ bronchitis | ppt Veillin K 250mgm tid x 5d<br>ppt novahistine DH x 8oz<br>$10°° |

Record your findings in the unshaded column, writing through the shaded area if you wish. Record Plans in the shaded column only.<br>16 03 008 00 11/72 Copyright © 1971, 1972   Patient Care Systems, Inc.   All rights reserved. Printed in U.S.A.

(OVER)

PROGRESS SHEET (SMALL)                                          R.R.3

NAME Dustin Honk                James                    Britt

DATE  4 months

8-14-68    cramps + vomiting c̄ all liquids
           on Enfamil -
           ppt - El Donnatol ¼ - ½ qid
           to Sobee if nec -              Ch 4

8-24-68    U R I -     Rt drum red & throat Red
           vomits freq c̄ much mucous
           ppt Bicillin susp dr + ted
                                    X 6 d   — Ch 4

N 25 68    D T P
           ō palio                              Ch 8

11-22-68   croupy cough when naps or sleeps -
           E N T - neg
           Chest = clear
           Rec vaporizer
           ppt Benylin Exp prn          Ch 4

WITMER RECORD CO., KANSAS CITY, MO. WI-RE-CO. DIVISION

NAME Dustin Horton (James)                                    Britt

| DATE | | |
|------|--|--|
| 12-10-68 | D T P ms ✓ | ch 4 |
| 1-18-68 | croup       D. 1½ cc<br>ampicillin    ℥ i T id<br>Tri cough | Ch 6 |
| 1-21-68 | ox ~       ulbramycin 25 mg a day | Ch 4 |
| 1-17-69 | Cold<br>Tri Cough.<br>Valli∫k (25 ℥ i T ib<br>tyzine Nasal sol-ped. | Ch 5 |
| 2-25-69 | crampy cough + sl pharyngitis<br>ℜpt Mysteclin F dr ÷ tid X2 ℥<br>ℜpt T H c̄ Cod dr 55 q 4-6 h | post |
| 3-7-69 | novahistine DH | |
| 3-11-69 | no tva | |
| 4-7-69 | D P T #3    or oral polio # 2 | Ch 8 |

Case 3:10-cv-03074-LTS-KEM    Document 19-71    Filed 06/06/11    Page 12 of 26

NAME *Dustin Larken (Jaris) Britt*

| DATE | |
|------|--|
| 4-14-69 | barking cough + fever + pharyngitis + ex nodes |
| | ppt Omnipen dr i qid x 80 cc (125 mgm) |
| | ppt Phenergan VC Exp c̄ Cod dr i qid x 6 oz + vaporizer  Ch 5 |
| 6-23-69 | ears OK |
| | measles vac given  Ch 8 |
| 9-13-69 | URI + croupy cough — |
| | ppt Ve illin K dr s̄ qid x 75 cc ——— Ch 3 |
| | ppt Novahistine DH prn + vaporizer |
| 12-26-69 | cont'd cough — cont Novahistine + vaporizer |
| | throat OK — ch 3 |
| 1-17-70 | fever — URI — |
| | ppt Bicillin + Crematres dr i tid x 2 oz |
| | ppt El Dimetapp dr ss q 4-6 h prn (4 oz)  ch 5 |

WITMER RECORD CO., KANSAS CITY, MO. WI-RE-CO. DIVISION

Case 3:10-cv-03074-LTS-KEM    Document 19-71    Filed 06/06/11    Page 13 of 26

| DATE | NAME ~~[illegible]~~ |
|---|---|
| 2-18-70 | fh ppt Pamine c̄ ph 10 gtts qid X 30cc — + |
| 3-2-70 | ceruminosis left — tonsils 3+ |
| | washed — otomosan gtts — ch 5 |
| 3-17-70 | fh ppt Omnipen 250 mgm /dr X 75 cc — + |
| 4-9-70 | tonsillitis + cx nodes + fever |
| | ppt V cillin K 250 tid X 80 cc — Ch 4 |
| 4-12-70 | tonsillitis + Rt otitis — |
| | R̆ 3 cc Pen & Lincocin IM — Ch 7 |
| | |
| 6-26-70 | fever — 104° — pain — runny nose — |
| | exam ess neg — sl epigastric tenderness |
| | No joint pain — |
| | Rec ASA gr 1¼ q 3-4 h c̄ fluids |
| | cont Novahistine D H — Ch 4 |
| | |
| 8-8-70 | fever — tonsillitis (3+ & cryptic) + cx nodes — |
| | ppt Ilosone liq 250 mgm tid X 80 cc |
| 3 yrs — discussed T & A later on in Fall — Ch 4 |
| | |
| | |

Case 3:10-cv-03074-LTS-KEM    Document 19-71    Filed 06/06/11    Page 14 of 26

## PROGRESS SHEET (SMALL)

NAME _Dustin Herman (James)_ — _Britt, Ia_

| DATE | |
|---|---|
| 1-10-72 | tonsillitis + ex nodes. + fever - ppt Ilosone 250 tid x 80cc |
| | rash + pruritis (gen) - ppt "Dronactin" dr ÷ qid (4 oz) |
| | T & A later     Ch 5 |
| 1-11-72 | rash worse — Inc "Dronactin" syrup |
| | tonsils better —     Ch 5 |
| 5-16-72 | caught left 5th finger in car door = laceration |
| | Rx cleansed & steristripped + dressed |
| | Ret 3 d —     Inz   ch 6 |
| 5-19-72 | Redressed c̄ Neopolycin + Bandaide     + |
| | healing f. well —     ch 7 |
| 7-18-72 | tonsillitis + ex nodes + nosebleeds (Rt)   $10 |
| | ppt Omnipen 250 tid x 80cc     Ch 5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

WITMER RECORD CO., KANSAS CITY, MO. WI-RE-CO. DIVISION

Case 3:10-cv-03074-LTS-KEM    Document 19-71    Filed 06/06/11    Page 15 of 26



Laboratory of Clinical Medicine

1212 S. Euclid Ave.
Sioux Falls, SD 57105
S.D. 1-800-952-3544
Outside S.D. 1-800-843-6811

P.O. Box 3288
Mankato, Minn. 56001
MN 1-800-722-0587
Outside MN 1-800-533-0300

1150 Sixth Avenue
Des Moines, IA 50314
IA 1-800-532-1166
Outside IA 515-244-5075



Honken, Dustin          3-120-800-1

BR-90-0002      2 503 818-4

AGE:   22      M

LABORATORY SERVICES AS REQUESTED BY:

DOCTOR:     Thede N D MD
            Box 276 400 1st NW
            Britt IA 50423

BILL TO:    Requestor
            020-5

SPECIMEN DATE: 4-7-90

SPECIMEN:   Recurrent lesion under the tongue

CLINICAL:

---

DIAGNOSIS:
LESION, BENEATH TONGUE - BENIGN MUCOCELE.

---

GROSS:
The specimen is labeled lesion under tongue.  The specimen consists of a red
brown cystic 0.5 cm soft tissue fragment.  Bisected (ESB).
          LJR:jkv

MICROSCOPIC:
Sections demonstrate a small fragment of stratified squamous mucosal
epithelium.   There is a pocket of inflammatory material in the edematous
subjacent stroma.   This ill-defined pocket contains acute and chronic
inflammatory cells and is surrounded by granulation tissue.

L. J. Rissman, MD
kg
4/11/90

Diagnosis by _____, M.D.
                                        Pathologist

M/CAUC          16-25 YRS
H.T. 00   W.T. 00

REPORT 65  I.D. 480023402
19 OCT 84    15:13
LOCATION 37 OPTION 4 39

DUR PR 128 QRS   85 QT 384
AXES P  69 Q     88 T   68

LUIS CONSTANTIN MD

\* NORMAL SINUS RHYTHM, RATE      61
\*    WITH SINUS ARRHYTHMIA
\* NORMAL ECG
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

UNIVERSITY OF IOWA HOSPITALS AND CLINICS — ELECTROCARDIOGRAM



Case 3:10-cv-03074-LTS-KEM   Document 19-71   Filed 06/06/11

*Hankin, Dustin*

Case 3:10-cv-03074-LTS-KEM    Document 19-71    Filed 06/06/11    Page 18 of 26

M.CAUC          16-25 YRS
H.T. 00  W.T. 00

REPORT 85  I.D. 480023402
19 OCT 84   15:13
LOCATION 37 OPTION 4 39

DUR PR 128 QRS .85 QT 384
AXES P  49 C    88 T   68

LUIS CONSTANTIN MD
* NORMAL SINUS RHYTHM, RATE    61
*      WITH SINUS ARRHYTHMIA
* NORMAL ECG

*Dr. Thule*

NAME Honken Dustin  ADDRESS: Britt

ROOM NO. op  HOSP. NO.____

DOCTOR Thede  DATE 4-24-84 nb

EXAMINATION Rt. wrist

RADIOGRAPHIC FINDINGS:

X-RAY NO. 14658  AGE 16

CLINICAL HISTORY

TEMP.____

Rt. hand sore  Wrist
? broken blood vessel

RIGHT WRIST, 4-24-84: There is no evidence of fracture. There is some swelling about the proximal portion of the hand and about the upper wrist area. This could be part of contusion, but there is no history of trauma. This could be part of inflammation.

J. Bellomo, M.D.

PK
4-25-84

HANCOCK COUNTY MEMORIAL HOSPITAL — X-RAY REQUEST & REPORT FORM

_____M. D.
RADIOLOGIST

Case 3:10-cv-03074-LTS-KEM    Document 19-71    Filed 06/06/11    Page 19 of 26

Fa Ron Smidt

NAME Honken, Dustin     ADDRESS: Britt          X-RAY NO. 14658          AGE 16

ROOM NO. OP          HOSP. NO.

CTOR Thede M.D.     DATE ms 10-19-84

EXAMINATION PA & Lat Chest

CLINICAL HISTORY

TEMP.

          Pt. has been having chest pain
Check of heart.

RADIOGRAPHIC FINDINGS:

CHEST, 10-19-84:  There is no evidence of active disease in the lungs.  The heart is within normal limits.  There is no pleural reaction.  There are no other films for comparison study.

                                        J. Bellomo, M.D.

pk
10-24-84

HANCOCK COUNTY MEMORIAL HOSPITAL — X-RAY REQUEST & REPORT FORM          _____ M. D.
                                                                              RADIOLOGIST

Case 3:10-cv-03074-LTS-KEM     Document 19-71     Filed 06/06/11     Page 20 of 26

# OUT-PATIENT & EMERGENCY RECORD

☐ Medicare Patient

**S. S. or H. I. B. No.**

| Last Name | First Name | Middle Name | Home Phone | Admission Date | | A.M. | Hosp. No. |
|---|---|---|---|---|---|---|---|
| Hooker | Dustin | | 843-3124 | 4/24/84 | 3:46 | P.M. | |

| Address | City | State | | Age | | Sex | Civil Status | Religion |
|---|---|---|---|---|---|---|---|---|
| 83 - 3rd St SW. Britt, Iowa | | | | 16 | | M F | M S W D Sep. | |

Nearest relative or friend _____ Relationship _____

Address _____ Phone _____

Employer _____ Address _____ Phone _____

Occupation _Independent Financial Corporation_ Brought by _PO Box 1258_

Blue Cross ☐   Other Ins. _5 West State Street_ Contract # _____ Group # _____ Code _____

Insured Through: Self ☐ Spouse ☐ Father ☐ Mother ☐   _Mason City, Iowa 50401_ Admitted by _Marvea M. Smith_

| CHARGES | |
|---|---|
| ☐ Emergency Room | $ |
| ☐ Central Supply | |
| ☐ Laboratory | |
| ☐ X-ray | |
| ☐ Pharmacy | |
| ☐ Oxygen | |
| ☐ Other | |
| **TOTAL** | $ |

Bill rendered to _____

Address _____

☐ Billed   ☐ Paid   Date _____

## AUTHORIZATION FOR MEDICAL AND/OR SURGICAL TREATMENT

I, the undersigned, a patient in this hospital, hereby authorize Dr. _Thede_

_____ (and whomever he may designate as his assistants)

to administer such treatment as is necessary, and to perform the following operation _____

_medical_ and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said operation. I also consent to the administration of such anesthetics as are necessary, with the exception of _none_

Any tissues or parts surgically removed may be disposed of by the hospital in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Authorization for Medical and/or Surgical Treatment, the reasons why the above named surgery is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained

to me by Dr. _Thede_ . I also certify that no guarantee or assurance has been made as to the results that may be obtained.

Signature of Patient X_____

Signed for Patient by _____

Relationship _____ Date _4/24_ Time _3:46_ A.M. P.M.

Witness _A.M. McKinney_

Reason Patient cannot sign _____

## PHYSICIAN'S REPORT

State Where and How Accident Occurred _Rt. Hand (wrist) sore_

Patient's General Condition, Reactions, or Other Remarks _NKA_

Diagnosis _Sprain Rt wrist_

Treatment _exam + x-ray_

(TRANSFUSIONS, RECORD QUANTITY & TIME START, TIME ENDING)

**TETANUS TOXOID CANDIDATE**

**NOT REQUIRED**

**REQUIRED**

| | Time | A.M. P.M. | | | A.M. P.M. | By |
|---|---|---|---|---|---|---|
| ☐ Referred to Dr. | | | ☐ Relatives Notified | | | |
| ☐ Police | | | | | | |
| ☐ Coroner Notified | A.M. P.M. By | | Nurse in Attendance | | | R.N. |

INSTRUCTIONS TO PATIENT: _Use elevation + ice pack_

Condition on Release: _Stable_

_____ _4/24/84_ _4:00_ A.M.
(Physician's Signature)   Date   (Patient's Signature)

Case 3:10-cv-03074-LTS-KEM   Document 19-71   Filed 06/06/11   Page 21 of 26

NAME Honken, Dustin   ADDRESS: Britt   X-RAY NO. 14658   AGE 10

ROOM NO. op   HOSP. NO.

OCTOR Thede   DATE 4-13-78

EXAMINATION Lt. Hand—4th finger

CLINICAL HISTORY

TEMP.

Hurt at school

RADIOGRAPHIC FINDINGS:

LEFT HAND, FOURTH DIGIT 4-13-78: There is swelling about the base of the fourth digit and about the interphalangeal joint due to sprain and contusion. No evidence of definite fracture.

dt

J. Bellomo, M.D.

HANCOCK COUNTY MEMORIAL HOSPITAL — X-RAY REQUEST & REPORT FORM

_____ M. D.
RADIOLOGIST

NAME Honkon, Dustin  ADDRESS: Britt  |  X-RAY NO. 14658  AGE 7

ROOM NO._____  HOSP. NO. OP

DOCTOR Thede  DATE 10-1-75

EXAMINATION R. elbow

CLINICAL HISTORY

TEMP._____

fell at school

RADIOGRAPHIC FINDINGS:

RT.ELBOW, 10-1-75:  There is no evidence of fracture.  A true AP view was not taken. There is swelling over the posterior aspect suggesting contusion.

pk

J. Bellomo, M.D.

HANCOCK COUNTY MEMORIAL HOSPITAL — X-RAY REQUEST & REPORT FORM

_____ M. D.
RADIOLOGIST

# ST. JOSEPH MERCY HOSPITAL
### MASON CITY, IOW
GEORGE T. JOYCE, M.D.

# DEPARTMENT OF PATHOLOGY
Volker E. Dube, M. D.

Bong S. Han, M. D.

| NAME | AGE | SEX | ROOM | CASE NO. | PATHOLOGY NO. | DATE |
|---|---|---|---|---|---|---|
| HONKEN, DUSTIN LEE (F:James) | 7 | M | ~ | Hancock Co. | 1551-76 | 3-22-76 |

| SURGEON | REFERRING PHYSICIAN |
|---|---|
| Dr. Thede | |

**PRE-OPERATIVE DIAGNOSIS:**

**OPERATIVE FINDINGS:**

**TISSUE:**

TONSILS & ADENOIDS

**GROSS DESCRIPTION:**

The specimen consists of tonsils and multiple pieces of adenoids. The larger tonsil measures 3.1 cms. in maximum diameter. The largest piece of adenoid measures 2 cms. in greatest length. BSH:ja

**MICROSCOPIC DESCRIPTION:**

Sections show chronic tonsillitis and adenoiditis. No evidence of malignancy is noted in the sections.

**DIAGNOSIS:**

Chronic tonsillitis and adenoiditis.

510-2

BSH:ja

Case 3:10-cv-03074-LTS-KEM    Document 19-71    Filed 06/06/12    Page 24 of 26

# PATHOLOGIC REPORT

_____M.D.

# IDENTIFICATION DATA

HONKEN | DUSTIN    STATUS |    CHART # _____
Last          First           (SMDW)

RESS _____ BRITT _____    TELEPHONE 843-4014
        Street        City       Zip

DATE march 22, 1968 ____ SEX M _____

OF KIN

NAME JAMES _____ RELATIONSHIP FATHER TELEPHONE _____

ADDRESS Mother Marvea Smidt (Ron) _____

NG NAME (if other than patient)

NAME JAMES _____ RELATIONSHIP FATHER TELEPHONE _____

ADDRESS _____

OYER _____ ADDRESS _____

IPATION _____ TELEPHONE _____

AL SECURITY # _____

RANCES

Blue Shield # ✓ 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    Group GL-8973    Wellborn Ind Ltd

Medicare # _____

Others _____

| IMMUNIZATIONS | | Dates | | | | EDUCATION: | CHILDRENS' NAMES | | Birthdates |
|---|---|---|---|---|---|---|---|---|---|
| allpox | 4-69 | | | | | ____ Years Elementary | | | |
| bin | 1973 4-69 | 8-82 | | | | ____ Years High School | | | |
| lk | | | | | | ____ Years College | | | |
| TP | 1973 4-69 | | | | | Technical, Business, etc. | | | |
| T | 8-82 | | | | | | | | |
| t Tox | | | | | | **Dates** | **HOSPITALIZATION DESCRIPTION** | | |
| easles | 1973 | | | | | 3-20-76 | T. & A. | | |
| bella | 1973 | | | | | | | | |
| umps | 1976 | | | | | | | | |
| T | | | | | | | | | |
| u | | | | | | | | | |
| Adli. | 8-82 | | | | | | | | |

| Date | SPECIAL NOTES |
|---|---|
| | |
| | |
| | |

DUSTIN HONKEN

◇ROCOM

**PATIENT RECORD**

9-1-90 Maruca
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 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
Dustin

| NAME | Dustin Nonken (Ron & Mar... | | | | ALLERGIES/SENSITIVITIES | | |
|---|---|---|---|---|---|---|---|

Number [ ]  Blood Type: Smidt)

| TESTS | Dates and Results | | | | | Problem No. | Date | PROBLEM DESCRIPTION | In |
|---|---|---|---|---|---|---|---|---|---|
| CBC | | | | | | | | | |
| Hcrit | | | | | | | | | |
| Hgb | | | | | | | | | |
| RBC | | | | | | | | | |
| WBC | | | | | | | | | |
| Differential | | | | | | | | | |
| ESR | | | | | | | | | |
| | | | | | | | | | |
| Chemical Screen | | | | | | | | | |
| Cholesterol | | | | | | | | | |
| Glucose | | | | | | | | | |
| Uric Acid | | | | | | | | | |
| BUN | | | | | | | | | |

**CONTINUING MEDICATIONS**

| | | | | | Medication | Start | Stop | Medication | Start | S |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| PBI | | | | | | | | | | |
| $T_3$ or $T_4$ | | | | | | | | | | |
| Urinalysis | | | | | | | | | | |
| Pap | | | | | | | | | | |
| Tuberculin | | | | | | | | | | |
| | | | | | | | | | | |
| ECG | | | | | | | | | | |
| Pulmonary function | | | | | | | | | | |

**CONSULTATIONS**

| Vision | | | | | | Date | Name | + or − | Date | Name | + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tonometry | | | | | | | | | | | |
| Audiometry | | | | | | | | | | | |
| | | | | | | | | | | | |
| Chest X-ray | | | | | | | | | | | |

| Periodic Health Examinations | Dates | | | | |
|---|---|---|---|---|---|