# 76

## DECLARATION OF LAUREL CHRISTIANSON
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Laurel Christianson. I am Marvea Smidt's younger sister. Dustin Honken is my nephew. My sister Marvea was born in 1941. My father enlisted in the navy in 1943. Both of my parents went to California before my father was deployed and Marvea stayed with my mother's sister, Sadie. Following this, our mother lived with her parents after my father was sent to the Phillippines. My father returned and I was born in 1949. My brother Tim was born in 1953. I was eighteen years old when my sister gave birth to Dustin.

2. I have a lifelong history of very serious mental health problems. Growing up, I struggled with depression, nightmares, sleepwalking, and shyness. I had "fits" where I would throw myself on the floor, tear out my hair and scratch my face. When I was in fifth grade, I was hospitalized for a week. I remember having horrible stomach aches while I was in the ward. I'm not entirely sure why I was hospitalized but believe it had to do with my mental health problems. It seems like they were doing some testing on me. Mental health care and treatment was not then what it is now, especially in rural Iowa. I was what the doctors at the time called a "nervous child."

3. In high school, I had low self-esteem despite my good grades. My experience in high school was horrible and traumatic. I would cross the street to avoid encounters with my classmates.

4. I went to college at the University of Northern Iowa. I was emotionally ill prepared. I had the grades and my intellect was fine, but I could not handle college social life. I was depressed and have sad memories and feelings about my college years.

5. My real problems started in my mid to late 20's. I was in the middle of my first marriage when my mental health problems started to snowball. I began having manic and depressive periods. I began scratching my arms in order to physically hurt myself. In my late 20's, I attempted to commit

Case 3:10-cv-03074-LTS-KEM    Document 19-76    Filed 06/06/11    Page 2 of 5

suicide, on two different occasions. I was hospitalized and treated for depression. I was not an ideal patient because I had a lot of difficulty participating in my treatment. I eventually checked myself out.

6.  I had been working at the Minnesota Star Tribune at the time of my suicide attempts. I stayed home for one month after my first suicide attempt. I was prescribed and took lithium and elavil to treat was was then called manic depressive disorder.

7.  I currently suffer from the symptoms of bipolar disorder. Sometimes, I am so depressed, I pray to God at night that I won't wake up in the morning. Other times, I have manic phases. I also have obsessive compulsive behaviors. I am on depression medication now and that helps me manage some of my symptoms.

8.  Both of my parents had their own mental health problems. My mother, Opal Hamilton, was an unemotional, unaffectionate woman. She wouldn't kiss us or hug us or tell us that she loved us. She showed her love by interacting with us. She read to us and played Chinese Checkers with us. When she was upset, she punished my father, brother and me by acting like we didn't exist. My dad would beg her to yell or say anything when she was upset but she wouldn't. She ignored us and acted like she didn't see us. She would up and leave the house without telling anyone where she was going. She would just be gone. At one point in my childhood, my mom was gone for one or two weeks. I was told she went on vacation. But our family did not go on vacations. Looking back, I believe she left my dad or was hospitalized for mental health problems. She suffered from depression. She held so much inside.

9.  After Tim's first wife left him, my mother went through a period where she was drinking heavily and mixing the alcohol with prescription drugs. She was upset and worried about Tim. Tim had purchased Jim Honken's union card from Jim and moved to Pennsylvania to work. Creditors

kept calling my mom looking for Tim.

10.     My father, Verner Hamilton, was an alcoholic. He would get very emotional when he was drunk. He would promise us the world but was unable to deliver what he promised. He was the manager of a state run liquor store. It was the perfect job for an alcoholic. Anytime a bottle arrived with a broken seal or other damage, it was fair game from him to drink. He'd drink on the job, until the store closed at 8, and after work at the pool hall. He went out with his cronies who were World War II veterans like him. He was an emotional person. Once I moved away from Iowa, he would call me and start crying just at the sound of my voice.

11.     I am eight years younger than my sister Marvea. When she married to Jim Honken, I was ten years old. Jim was an alcoholic. He drank hard liquor a lot. He was not sober very often in his life. He went out drinking and would drink at home. He could be nice at times and then exceedingly mean at other times. He had mood swings. He would turn on a dime. Jim would put my dad down by telling my dad how he could have done something better. Jim made my dad feel bad about himself. Jim would shame my family members. He'd say you don't have anything, you don't know how to do anything, and you don't know anything. Jim had a lot of bravado. He had to have the best and would go out of his way to try to impress people. He acted like he could top whatever you had.

12.     When I was 18, the summer after my first year in college, I went and stayed with Marvea and Jim. Jim was verbally abusive to my sister and Jeff. For instance, Jim didn't call Marvea by her name. He called her "fat-so" or just "fat." Jim was on the road a lot but he kept Marvea tied to the house. She wasn't allowed to work. Jeff was six years old and Dustin was just a few months old that summer. I don't recall Jim interacting with Dustin. Jeff was older and Jim acted as though he actively disliked Jeff. Jim would tell Jeff that he was going to flush Jeff down the toilet. I remember

Jim grabbing Jeff and pushing him right up next to the toilet when he said this. I don't recall Marvea stepping in and trying to defend her son. It wasn't until I was older that I learned how terrible those times must have been for Marvea. Marvea never told me, but my mother told me that Jim repeatedly raped Marvea.

13. Dustin has always been quieter than Jeff. I didn't know Dustin as well because Dustin is more introverted and so am I. Dustin and I are alike in a lot of ways.

14. Angie Johnson would join our family for holiday when she and Dustin were together. She was scary and frightening. She looked hard and had a black cloud around her even at Christmas time. She seemed angry and it was hard to understand what Dustin saw in her. I didn't know what Angie's appeal was to Dustin.

15. My son has also dealt with, and been treated for the same types of problems that I and many of the members of the family have, including depression, ADD, bipolar disorder and substance abuse issues.

16. Had I been asked to testify at Dustin's trial, I would have provided the same information as set forth above.

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Laurel Christianson

Date: 4/18/11