77

## SANDRA FIEMS
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Sandra Fiems. In the early 1990's, I dated and eventually lived with Jim Honken, Dustin Honken's father. I lived with him once in the early ninety's and again in the later ninety's. The first time I moved in because we were a couple. The second time we lived together because Jim could not live alone. I am a licensed practical nurse. We were still friends so I moved in to take care of him.

2. I testified at Dustin's trial about Jim's alcoholism and how Jim was inebriated ninety-eight percent of the time. I said Jim's drinking disappointed Dustin. I also testified about how Jim lied and told big stories. Once, when Jim was drinking, I was with him when he almost got into a fight at a bar. I told the jury that I admired the way Dustin was as a father with his kids.

3. I did not testify about the details of Jim's drinking. Jim was a terrible alcoholic. He'd wake up and start drinking vodka first thing in the morning. After he moved to Steamboat Rock and we met, he started back into alcohol slowly. At first, he just drank beer. In time, he was drinking vodka. He'd wake up at 4 am sometimes to start. He'd drink through to supper time. The food cut his high and he would go to sleep.

4. When Jim drank, he would just want to be alone. When I wasn't home or living with him, he would sit at the kitchen table and drink. When I was home, he would go off by himself into the garage and drink. Jim's drinking really hurt Dustin. If Dustin was planning to come visit, he would call first to ask me if his dad was drinking. He'd still come visit, regardless of whether Jim was sober or not. He'd just want to be prepared for the state his father would be in. Jim's drinking made Dustin sad and disappointed. Sometimes, when Jim was drinking, Dustin would call and only talk to me. We were both so concerned about Jim's drinking and neither of us knew what to do about

it. It was terrifying to see someone we cared about hurting themselves in that way. It was terrifying to feel powerless and unable to help him.

5.     Jim was a totally different person when he was drunk. He was obnoxious. If we went out, people at the bar avoided him because he was so unpleasant. He told lies and tall tales to make himself look bigger and more important than who he really was. Sometimes the lies seemed to be for no reason at all. For example, he told me that he was in jail for tax evasion– even though he was in jail for bank robbery. Another time, he told me he had been a prisoner of war. He lied so much, I wasn't even sure if he was had been in the service. He was just completely different when he was drunk. Once, he asked me to marry him. I told him I would if he asked me while he was sober. He never did.

6.     I didn't testify about how Jim's drinking caused a whole bunch of problems. It took a toll on his children because they couldn't rely on him. Alcohol can hurt so much and do so much damage. In Jim and Dustin's case it really did. Jim first started drinking in the army. He only stopped when he was in jail.

7.     After I moved out of Jim's place, he called me up and said he wasn't doing well. I asked what I could do and he said he needed me to make him something to eat. I did and after that he slept the alcohol off. Another time, he called me and said that he needed help. I went to his house and found a disaster. There was blood all over; the stench was overwhelming. Jim looked like he had been bleeding from all over his body. I called 911 and they took him to Iowa Falls. From there, they wanted to take him by helicopter to Iowa City, but the weather was foggy and it wouldn't have been safe. They took him by ambulance down. He was in a coma long enough that no one thought he would make it. They had just pulled the plug on his life support when he woke up.

8.     A few months later, he was arrested for walking around town without pants or underwear

on. He was holding a tomato. Jim wasn't eating and was drinking a lot. The hospital said he had an electrolyte imbalance. He was court ordered to live in a nursing home because they wouldn't allow him to live by himself. His home was his safe haven. He wanted to go back there so I agreed to stay with him.

9. I didn't testify about how Dustin loved and looked up to his father. He'd come down to see him at least once every two weeks. Every time he said goodbye to Jim, Dustin would tell him that he loved him.

10. I didn't testify about Jim's nightmares. He would not tell me what the nightmares were about, but I got the impression they were the result something traumatic he had seen while in the army. His sleep was disturbed by the nightmares both times I lived with him. He was so afraid of having a nightmare, I think his fear was worse than the nightmares themselves. He bought a water gun that looked like a real gun and slept with it under his pillow. I'm not sure what he was afraid of, but there was something.

11. Prior to Dustin's trial, I spoke with one of Dustin's lawyers and then a woman working on his case. Prior to my testimony, I did not speak with either of them again. I wasn't sure what they were going to ask me about. If they had asked me the information above, I would have testified truthfully to the above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Sandra Fiems_
Sandra Fiems

Date: 5/9/11