# 82

## DECLARATION OF ALAN JAMES JOHNSON
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Alan James Johnson. I grew up in the small town of Britt, Iowa. I have known Dustin Honken since we were young, but we spent the most time together once we were in high school. I was a year ahead of Dustin in school and I left town for the Army the day after I graduated. I was discharged under honorable conditions from the Army and I moved to Florida in September of 1986.

2. It was well known that Jim Honken was a drinker and a mean drunk. My dad told me to be careful of Jim Honken because he was a crook.

3. When I knew him, Dustin was not a manipulative or malicious person. He wasn't mean just to be mean. He was more of a follower than anything else. When I hung out with Dustin and Tim Cutkomp, we wouldn't go looking for trouble or do anything illegal. Dustin never suggested doing any of that stuff when I was with him.

4. Dustin worked for his stepfather Ron. Dustin always had a job and money. He didn't have to try to get stuff for nothing.

5. Dustin and Tim were inseparable those days. They were good friends and Dustin cared a lot about Tim. Dustin didn't manipulate Tim. Dustin didn't take advantage of Tim.

6. Dustin and Tim taught me some karate and for awhile we would practice together. All of us were rough with each other when we were practicing. I hit Dustin as much as he hit me. I got him in the face really good once. After awhile though, it got to a point where Tim and Dustin were in better shape than I was because they took karate lessons and I did not. I stopped practicing with them because I wasn't at the same level anymore.

7. Once Tim brought a bullwhip to school and we were all playing with it. After school, Tim and Dustin got off of the school bus while I was still in it. I stuck my head out of the window and

said something stupid to them. Dustin flicked the bull whip at me. I doubt he knows he hurt me as much as he did. I don't think he was trying to hurt me. The school bus driver didn't think it was a problem and didn't stop the bus. We just all did stupid stuff that kids do. Dustin certainly wasn't the type of guy to try to hurt anyone. Dustin didn't like hurting people.

8. Around the time of Dustin's trial, I got a call saying that the prosecution was sending me a subpoena to testify. I was working at the time but trying to get hired as a customs officer at the airport. I didn't want to go up to Iowa because I was waiting for a call about the customs job. However, they told me I had to go. I told them I didn't know anything about the crimes but then they brought up how I was interviewed about the Britt bank robbery. They offered to pay my way, but rather than to mess with the paperwork and reimbursement process, I just got my own plane ticket home.

9. Honestly, I don't think Dustin had anything to do with that bank robbery. Tim, Dustin and I talked about how we could rob the bank, but I never thought anyone would do it. That was around a year and a half before the actually robbery occurred. Someone must have told Jim our idea and then Dustin was put in the middle of it because his mother had the key.

10. When I arrived in Iowa, they showed me the police report from 1986. I told them that it was all Greek to me and that I didn't have any good memory of it. The government told me to testify consistent with the report. So, I testified based on the information in that report.

11. Last summer, someone came to talk to me who was working for the woman also sentenced to death for the same murders Dustin was sentenced to death for. I was told her name is Angela Johnson. The man working for her was trying to get me to say Dustin manipulated the woman into everything. I told him I couldn't imagine that. Dustin wasn't a manipulative person who talked people into things. I also couldn't imagine Dustin as the hardened criminal the prosecution made

him out to be at his trial. That wasn't the Dustin I knew. I do not believe he did everything they said he did. I have taken courses in criminal justice and the Dustin that I knew in school just does not fit the kind of person who could be capable of doing what they said he did.

12. The man working for Angela Johnson kept telling me that Dustin manipulated her. I said no, I didn't think Dustin was a manipulative person. He wrote up a sworn statement for me to sign but it gave a negative view of Dustin I didn't agree with. I told him to take a few things out that went way too far before I signed the second draft. It made Dustin sound worse than he was. I don't think Dustin is evil. When I left, he was fine.

13. I told that man how Dustin and Tim would talk about going to Minneapolis to roll homosexuals. Dustin and Tim would talk about that, but I don't think they actually did it. Dustin liked to tell stories sometimes. I could tell when he was full of it because he would smile and raise his eyebrow when he did. To me, the point of that story was to say they were tough, real men, who didn't like homosexuals. Dustin wasn't the type of guy who would rob someone.

14. While we were waiting to testify, none of Dustin's lawyers and no one working for Dustin's lawyers came to talk to me about Dustin. I was wondering why they didn't. If they had I would have told them all of the information in this affidavit.

15. No one, including lawyers or investigators working for Dustin Honken, approached me or asked about him at the time of his trial or anytime prior to it. If they had, I would have told them the information above. I would have been willing to testify about this information at Dustin's trial.

16. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Alan James Johnson

Date: 11/4/2010