# 84

Case 3:10-cv-03074-LTS-KEM    Document 19-84    Filed 06/06/11    Page 1 of 5

## DECLARATION OF RONALD NELSON
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Ronald Nelson. I worked as an electrical engineer for around 30 years and for the past 20 years I have been working for Lincoln Heritage Funeral Planning. I have known Jim Honken and David Honken since we attended kindergarten, in the early 1940's. I first knew Jim and David when they lived with their parents, Lillian Honken and Alvin Honken, in Titonka, Iowa. David was older but they were only a year apart in age. I was the same year as Dave in school. I still consider Dave Honken my best friend.

2. Alvin Honken was an electrician. He would go out and wire farms in the area. He also owned and operated a radio repair shop. He was highly respected around town, but he didn't have much time or energy left over for his children. He was not engaged with his children on an emotional level. Alvin told Jim that he could never do any good. Alvin was disappointed with and dismissive of Jim. This was very hurtful to Jim. In that day, you did not disrespect your father. Jim was angry with his father but he totally internalized it. He couldn't deal with it out in the open. We are talking about a day when emotions with men just weren't happening– not out in the open anyway.

3. Alvin preferred his son David. David was personable and lovable. Jim struggled because he couldn't add up to his brother. We'd always say about Jim, that we don't know what the stick was, but Jim got the short end of it. Jim was teased by our classmates. His was not a life I would have wanted to live. Jim was weird and he made people uncomfortable. People didn't want to hang out with him because he upset them with what he would say. For example, he would insult the big athletes and say things that really offended people. He was a master at showing a lack of tact. He was a loner. People didn't like him, but they wouldn't pick a fight with him because there was this sense that he could be really dangerous. We knew that if he lost his self control he would go

ballistic.

4.      As far back as I can remember, Jim had a negative attitude.  He felt that the world was going to screw him over.  His basic attitude was everybody is a crook and it never works out.  He thought everyone was crooked.  He'd say that religion and morality were all bullshit.  It was never different with Jim.  From early on, Jim was a different kid.  He believed everyone was no good, the system was totally bad.  He was a very negative person.

5       There was a guy in town who went to med school but left under weird circumstances.  People talked about him.  He was gay and in his 30's when Jim was in late grade school.  I saw them around together but I don't know if anything inappropriate happened.  If Jim had been molested, that would explain a lot about his personality.

6.      When I was a teenager, I got into a confrontation with another kid from out-of-town.  We were facing down each other;  mostly we just wanted bragging rights.  We might have ended up in a fight, but nothing malicious or really seriously damaging anybody.  However, Jim was there and I'll never forget it.  He yelled at me, "Get your knife! You can castrate that bastard with one swipe!"  He encouraged me to take it to the next level and seriously hurt the guy.  I had no intention of doing that.  But Jim was living in his own little bubble, in his own little fantasy that included violent things like that.

7.      Jim was a total con man.  If he could find a way to freeload, he would do that.  He bragged about being on disability and about his insurance scams.  He would say that if you did the right thing, the insurance companies would take care of you.  What he meant was, he was could rob them blind.  I'd hear about the different fires he profited from.  Jim would take whatever was around if he wanted it.  If it wasn't nailed down, he would take it.  His thought paradigm was that if he didn't take it someone else would.

8. Years before his own bank robbery and arrest, Jim was bragging to me about a bank robbery in the paper. He talked about how they would have gotten away with it if they had been smart. His attitude wasn't that there was anything wrong with robbing a bank. He attitude was the problem was they were too stupid to do it. He didn't respect the bandits because they got caught, not because they robbed the bank.

9. Even when Jim was young, he drank a lot. He'd drink anything. He liked malt liquor a lot, but he'd drink whatever he could get his hands on. After I moved away from Iowa, I'd try to keep up with Jim so I'd call on occasion to say hello. I could tell when he was drinking even over the phone. Jim would get into really black moods. It crossed my mind that he would be boozing in one of these moods, get to feeling that there wasn't any point in living and go on a shooting rampage. In the late 1980's, a family in Algona was killed in a murder-suicide by one of the family members. I was friends with one of their sons, David Driesman who committed suicide years before. Their family was just star crossed. Jim had the same darkness about him. It was like an aura or black cloud following him. I worried for my friend David Honken. Jim threatened to kill David. I told Dave that Jim seemed capable of it. I thought the threat was serious.

10. Jim was a terrible role model. I would hate to grow up in a household with someone like Jim as an authority figure. Any child who might have taken Jim's word as the gospel would have a terrible perspective on the world. I wasn't around much when Dustin was young, but from what I knew he was a bright good kid. And he absorbed a lot of bad information from Jim. Jim's attitude was the sort that could brain wash a kid. This mental and emotional abuse was worse than straight forward physical abuse.

11. Prior to today, no one working on Dustin Honken's defense has ever spoken to me about Dustin Honken, Jim Honken or the Honken family. If anyone had approached me around the time

of Dustin's trial I would have told them the information above. If I had been asked to, I would have testified about the information above at Dustin's trial.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Ronald Nelson

Date: 2/16/11