# 85

Snater CAS

**DECLARATION OF COURTNEY HAMILTON**
**PURSUANT TO 28 U.S.C. § 1746**

Snater CAS

1. My name is Courtney Hamilton. My father, Tim Hamilton, is Marvea Smidt's brother. I am Dustin Honken's maternal cousin. My mother and stepfather raised me, but when I was a young, I spent weeks at a time, during the summers, with Dustin's family (Ron, Marvea and Alyssa). I'd also see Dustin at holiday get togethers and for Sunday dinners at my grandma and grandpa Hamilton's house. Dustin is around six and a half years older than me.

2. I, like many members of my family, have struggled with mental health problems and alcohol use. Alcoholism and depression are common in my family. My paternal grand parents, my uncle Jim and my dad were or are alcoholics. My grandparents are gone, my uncle Jim recently passed away and my brother just called me to let me know our father is currently drinking himself to death. I stopped drinking because I didn't want to teach my two little girls that behavior. They told me they didn't like it when I came home drunk. It was real scary for awhile though. I would wake up in the morning and not remember coming home, yet I knew I somehow drove myself.

3. Depression also runs in my family. I go in phases where I get real sad and don't have any motivation to do anything. Depression affects different people differently; when I'm depressed I isolate myself. For me, sometimes, it takes all I have just to get out of bed. I had a week like that recently. I'd wake up in the morning, take my girls to school, then go home and get back in bed. I'd stay in bed all day and get out just to go pick my girls up from school. I'd go to bed early, then do the same routine the following day. Even though I was sleeping all day, I would try to hide my feelings from my kids. If they see me upset, they get upset. So I do my best to pretend everything is okay.

4. I went to school for an Associates of Applied Science at Kaplan University in Mason City.

In my criminal justice class, instructors and students frequently talked about Dustin. I would get so upset sitting there listening to them. They didn't know Dustin. People made him out to be a monster. The Dustin I knew wasn't a monster. He and I got along well; we were really close when I was little. We had fun together. He taught me how to drive. I looked up to him. I eventually approached an administrator and asked her to tell the professors to stop talking about him. It hit too close to home.

5. Dustin was quiet and shy, but he was a little more outgoing when he was with family. He used to tease me because when our whole family ate dinner at my Grandma Hamilton's house, as one of the youngest, I had to sit on the piano bench with his sister Alyssa. It was a tight fit to get us all around the table.

6. During the summers, Dustin and Alyssa were more like siblings to me than cousins. We'd wake up, fight over who took the first shower and then go about our days. Dustin would let me go with him to cruise the loop at night before I was old enough to drive myself. His best friend was Tim Cutkomp. Dustin and Tim were a lot alike, and to me they seemed like equals.

7. This is the first time someone working on Dustin's defense came to talk to me about Dustin. If anyone, lawyers or investigators, had asked me questions about Dustin or my family at the time of Dustin's trial, I would have told them the information above. I would have been willing to testify about this information at Dustin's trial.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/20/11

Courtney Hamilton/Snater CAS