IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

DUSTIN LEE HONKEN, )
)          No. 10-CV-03074-LRR
Petitioner/Defendant, )          No. 01-CR-3047-MWB
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Respondent/Plaintiff. )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The United States of America respectfully requests an extension of time within which to file its response to Petitioner's Memorandum of Law and Supplemented Motion Pursuant to 28 U.S.C. § 2255 for the following reasons:

Petitioner's supplemented motion and attachments contain 21 claims and more than 2,000 pages of material. This will require a great deal of time for the undersigned to review.

The undersigned will be in Sioux City, Iowa for the continuation of the Angela Johnson 2255 hearing from June 13th through June 21st. The following week, the undersigned is scheduled to be out of state working on another potential death penalty case on June 27th through June 30th, 2011.

The government's response is currently due July 1. The government is seeking an extension of time until July 15, 2011, to file its response.

The government has contacted counsel for petitioner and they have no objection

1

to this motion. Petitioner's counsel requests that if the government's motion is granted, that the Court adjust their reply date accordingly.

WHEREFORE, for the reasons set forth above, the United States respectfully requests an extension of time within which to file its response to petitioner's supplemented 2255 motion and if granted, that petitioner's reply date be adjusted accordingly.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-1990)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on June 7, 2011.

UNITED STATES ATTORNEY

BY:  s/ S. Van Weelden

COPIES TO: Counsel of Record

2