# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent

No. C10-3074

**ORDER EXTENDING DEADLINE TO RESPOND**

This matter comes before the Court on the Motion for Extension of Time (docket number 20) filed by the Government on June 7, 2011. The Government requests additional time to respond to Petitioner's supplemental motion pursuant to 28 U.S.C. § 2255. According to the motion, counsel for Petitioner "have no objection to this motion." The Court finds that the motion should be granted.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Motion for Extension of Time (docket number 20) filed by the Government on June 7, 2011 is **GRANTED**.

2. The deadline for the Government to respond to Petitioner's supplemental 2255 motion is **EXTENDED** to **July 15, 2011**.

DATED this 8th day of June, 2011.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA