## MELLON & SPIES
### ATORNEYS AT LAW

SHARON A. MELLON  
LEON F. SPIES

102 S. CLINTON STREET, SUITE #411  
IOWA CITY, IA 52240-4024

FAX  319-337-2396  
PHONE  319-337-4193

### FACSIMILE TRANSMITTAL

DATE:   July 29, 2004

NUMBER OF PAGES: 3  
(Including cover sheet)

FROM:   Mr. Leon F. Spies

TO:   Mr. C. J. Williams  
FAX NUMBER: 319-363-1990

TO:   Mr. Alfredo Parrish  
FAX NUMBER: 515-284-1704

TO:   Mr. Charles Rogers  
FAX NUMBER: 816-221-3280

RE:   United States v. Dustin Honken

PURPOSE:   Attached is the list of prospective jurors we believe the parties have either agreed to challenge for cause based on their Q72 responses, or based on hardship. The government has not yet decided on hardship cases 278 and 772.

IF THERE ARE ANY DIFFICULTIES WITH THIS TRANSMISSION, OR FURTHER QUESTIONS, PLEASE CONTACT 319-337-4193 (OR FAX 319-337-2396).

CONFIDENTIALITY NOTICE: The document accompanying this telecopy transmission contains confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone to arrange for the return of the original documents to us.

Received Time Jul.29.  5:48AM



**013690**

**Jurors Struck for Cause**
*Based on Answer to 72*

| Juror # | 72 Ans | Juror # | 72 Ans | Juror # | 72 Ans | Juror # | 72 Ans |
|---|---|---|---|---|---|---|---|
| 3 | A | 12 | B | 60 | H | 7 | I |
| 18 | A | 85 | B | 63 | H | 22 | I |
| 30 | A | 184 | B | 77 | H | 36 | I |
| 62 | A | 237 | B | 108 | H | 42 | I |
| 64 | A | 238 | B | 127 | H | 45 | I |
| 74 | A | 242 | B | 176 | H | 82 | I |
| 122 | A. | 264 | B | 196 | H | 151 | I |
| 150 | A | 338 | B | 239 | H | 264 | I |
| 178 | A | 426 | B | 288 | H | 274 | I |
| 195 | A | 497 | B | 297 | H | 292 | I |
| 201 | A | 586 | B | 315 | H | 309 | I |
| 228 | A | 630 | B | 335 | H | 326 | I |
| 263 | A | 635 | B | 435 | H | 330 | I |
| 295 | A | 668 | B | 452 | H | 343 | I |
| 348 | A | 692 | B | 456 | H | 354 | I |
| 356 | A | 701 | B | 477 | H | 379 | I |
| 398 | A | 713 | B | 596 | H | 400 | I |
| 421 | A | 807 | B | 601 | H | 413 | I |
| 438 | A | 809 | B | 610 | H | 454 | I |
| 459 | A | 822 | B | 615 | H | 473 | I |
| 485 | A | 828 | B | 639 | H | 478 | I |
| 506 | A | 839 | B | 699 | H | 479 | I |
| 507 | A | 847 | B | 740 | H | 484 | I |
| 540 | A | 887 | B | 757 | H | 500 | I |
| 541 | A | 916 | B | 793 | H | 502 | I |
| 558 | A | 922 | B | 796 | H | 561 | I |
| 563 | A | 935 | B | 816 | H | 579 | I |
| 579 | A | 945 | B | 824 | H | 580 | I |
| 581 | A | | | 859 | H | 582 | I |
| 604 | A | | | 873 | H | 753 | I |
| 607 | A | | | 874 | H | 778 | I |
| 623 | A | | | 880 | H | 792 | I |
| 628 | A | | | 920 | H | 796 | I |
| 728 | A | | | 972 | H | 821 | I |
| 777 | A | | | 994 | H | 834 | I |
| 799 | A | | | | | 866 | I |
| 811 | A | | | | | 868 | I |
| 833 | A | | | | | 871 | I |
| 850 | A | | | | | 877 | I |
| 854 | A | | | | | 883 | I |
| 862 | A | | | | | 917 | I |
| 870 | A | | | | | 918 | I, A |
| 876 | A | | | | | 921 | I |
| 881 | A | | | | | 936 | I |
| 884 | A | | | | | 950 | I |
| 891 | A | | | | | | |
| 896 | A | | | | | | |
| 897 | A | | | | | | |
| 906 | A | | | | | | |
| 932 | A | | | | | | |
| 936 | A | | | | | | |
| 947 | A | | | | | | |
| 957 | A | | | | | | |
| 964 | A | | | | | | |
| 966 | A | | | | | | |
| 969 | A | | | | | | |
| 971 | A | | | | | | |

Received Time Jul.29. 5:48AM

**013691**

**Jurors Struck for Hardship**
*Based on health, work or residency*

| Juror # | Juror # |
|---------|---------|
| 21 | 818 |
| 48 | 823 |
| 49 | 826 |
| 54 | 835 |
| 75 | 839 |
| 76 | 842 |
| 112 | 845 |
| 123 | 858 |
| 128 | 863 |
| 135 | 869 |
| 143 | 872 |
| 156 | 874 |
| 158 | 885 |
| 164 | 886 |
| 184 | 899 |
| 200 | 900 |
| 202 | 904 |
| 222 | 907 |
| 223 | 908 |
| 238 | 909 |
| 254 | 912 |
| 262 | 913 |
| 266 | 923 |
| 278 | 937 |
| 331 | 945 |
| 334 | 952 |
| 338 | 956 |
| 361 | 970 |
| 381 | |
| 430 | |
| 484 | |
| 487 | |
| 497 | |
| 511 | |
| 568 | |
| 594 | |
| 601 | |
| 630 | |
| 644 | |
| 653 | |
| 662 | |
| 713 | |
| 722 | |
| 732 | |
| 742 | |
| 746 | |
| 757 | |
| 760 | |
| 766 | |
| 772 | |
| 780 | |
| 786 | |
| 795 | |
| 801 | |
| 802 | |
| 817 | |

Received Time Jul.29.  5:48AM

013692