## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

Caption: __UNITED STATES OF AMERICA__ v. ____Dustin Lee HONKEN____ SEP 08 2004

Case No.: __CR01-3047-MWB__  Date Drawn: __September 8, 2004__
Jury impaneled at: 10:15  (am)/p.m.
Presiding Judge: The Honorable Mark W. Bennett, Chief Judge
Plaintiff's Attnys: C.J. Williams & Tom Miller
Defendant's Attnys: Alfredo Parrish, Leon Spies, Charles Rogers - defendant personally present

| # | | STRIKE # | # | | STRIKE # |
|---|---|---|---|---|---|
| 1. | 387 | △14 | 41. | 395 | P6 |
| 2. | 806 | | 42. | 953 | P11 |
| 3. | 140 | △1 | 43. | ~~998~~ | — |
| 4. | 139 | P18 | 44. | 8 | △11 |
| 5. | 642 | △2 | 45. | 287 | P14 |
| 6. | 882 | △18 | 46. | 368 | △19 |
| 7. | 963 | | 47. | 685 | P5 |
| 8. | 183 | P16 | 48. | 570 | △7 |
| 9. | ~~131~~ | — | 49. | 505 | P9 |
| 10. | 99 | △16 | 50. | 14 | |
| 11. | 827 | P8 | 51. | 376 | P1 |
| 12. | 383 | △20 | 52. | 857 | |
| 13. | 849 | P17 | 53. | 498 | |
| 14. | 855 | | 54. | 804 | P19 |
| 15. | 5 | △3 | 55. | 902 | |
| 16. | 170 | △4 | 56. | 105 | P2 |
| 17. | 931 | △15 | 57. | 948 | △1 |
| 18. | 707 | P13 | 58. | 523 | |
| 19. | 371 | P7 | 59. | 731 | P3 |
| 20. | 2 | P12 | 60. | 914 | |
| 21. | 80 | P4 | 61. | 142 | △2 |
| 22. | 572 | P3 | 62. | 556 | △3 |
| 23. | 439 | P2 | 63. | 425 | |
| 24. | ~~305~~ | — | 64. | 280 | |
| 25. | 552 | △9 | 65. | 589 | |
| 26. | 808 | △8 | 66. | 968 | |
| 27. | 38 | | 67. | 212 | P1 |
| 28. | 976 | △10 | 68. | 724 | |
| 29. | 646 | | 69. | ~~892~~ | — |
| 30. | 540 | P10 | 70. | 537 | |
| 31. | 548 | P15 | 71. | 942 | |
| 32. | 836 | △17 | 72. | ~~161~~ | — |
| 33. | 562 | P20 | 73. | 620 | |
| 34. | 370 | △5 | 74. | 867 | |
| 35. | 474 | △13 | 75. | 889 | |
| 36. | 365 | △6 | 76. | | |
| 37. | 204 | | 77. | | |
| 38. | 636 | | 78. | | |
| 39. | 711 | △12 | 79. | | |
| 40. | 513 | | 80. | | |

GOVERNMENT EXHIBIT E