STATE OF IOWA      )
               ) SS

COUNTY OF LINN     )

## AFFIDAVIT

I, Duane Walhof, being duly sworn depose and state as follows:

1.     I am employed as a Deputy United States Marshal and have been so employed since 1988. I am the Supervisor for the Marshal office in Sioux City. I also assist in prisoner transportation and handling, court security, judicial security and building security.

2.     At the time Dustin Honken was tried on capital murder charges in 2004, I was the supervisory Deputy in charge of security at the courthouse and for the jurors during the trial.

3.     I base the information in this affidavit upon my own personal knowledge and based on information provided by Deputy United States Marshals Mike Fuller, Tim Fredrikson, Pete Zellmer, and Chad McCormick, all of whom were on duty and participated in providing security during the trial of Dustin Honken in 2004.

4.     Dustin Honken was transported to and from the United States Courthouse in Sioux City, Iowa, before and after the jurors were transported to and from the United States Courthouse in Sioux City, Iowa.

5.     Security measures in place while Dustin Honken was transported into and out of the Courthouse were not visible to the jurors when they arrived and departed from the Courthouse.

6.     While Deputy Marshals were armed while transporting the jurors from remote locations to the Courthouse, they wore only sidearms concealed by their plain clothes. While transporting the jurors, the Deputy Marshals did not display any long guns.

7.     Neither "snipers" nor counter-snipers were used or deployed during the trial of Dustin Honken in Sioux City, Iowa, in 2004.



FURTHER AFFIANT SAYETH NOT

Duane Walhof
Deputy United States Marshal


Subscribed and sworn to before me this 13ᵗʰ day of July, 2011,

by _Linda S. Mersch_.
Notary Public

My commission expires: _3-5-12_



LINDA S MERSCH
COMMISSION NUMBER 113200
MY COMMISSION EXPIRES
3-5-12