MELLON & SPIES
ATTORNEYS AT LAW
411 IOWA STATE BANK & TRUST BUILDING
IOWA CITY, IOWA 52240

SHARON A. MELLON
LEON F. SPIES

FAX 319-337-2396
PHONE 319-337-4193

December 19, 2002

Mr. Alfredo Parrish
Attorney at Law
Parrish, Kruidenier, Moss, Dunn &
Montgomery
2910 Grand Avenue
Des Moines, IA 50312-4297

Mr. Charles Rogers
Attorney at Law
Wyrsch, Hobbs and Mirakian, PC
1101 Walnut, Suite 1300
Kansas City, MO 64106-2122

Re: United States v. Dustin Honken
Criminal No. CR96-3004

Dear Al and Charlie:

As you know, I submitted a huge amount of material to Dr. Earl Rose relating to the government's investigation into the deaths described in the indictment. Dr. Rose is board certified in anatomic, clinical and forensic pathology, and is widely considered one of the premier (though now retired) forensic pathologists in the United States.

I met with Dr. Rose on December 19, and he reviewed some of the photographic evidence compiled during the investigation. After reviewing all of the forensic medical and dental work done in the case, it was his conclusion that he could not disagree with the conclusions reached in the government's investigation. Significantly, he noted that the investigation and documentation was some of the most thorough work he has ever seen in his professional life. I have enclosed a letter to me summarizing his assessment, including his findings that there is "no shortcoming that would alter the diagnoses and conclusions" of the government's investigation. You will also note that he editorializes on the second page of his letter about possible efforts to explain the behavior giving rise to these deaths. He hastened to add during our meeting that his editorial assumes that Mr. Honken was responsible for the killings – an assumption he made only for convenience of discussion.

**011433**

Mr. Alfredo Parrish
and Mr. Charles Rogers
December 19, 2002
Page 2

Dr. Rose will be eager to confer with us in the future, but sees little benefit in challenging the government's forensic findings.

I regret that this was not a more fruitful exercise.

Yours very truly,

LEON F. SPIES

LFS:jm

Enclosures

cc:    Mr. Dustin Honken

**011434**