IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | No. 10-CV-3074 LRR |
| | ) | 01-CR-3047 MWB |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO SEAL GOVERNMENT'S 2255 EXHIBITS**

The United States of America requests that the following 2255 exhibits currently

filed at Docket # 22, be filed under seal:

Exhibits A, G & H.

These exhibits need to be filed under seal because they are medical records.

Respectfully Submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 1st Street SE, Suite 400
Cedar Rapids, IA 52401
319-363-6333
319-363-1990 (Fax)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on July 15, 2011.

UNITED STATES ATTORNEY

BY: s/ S. Van Weelden

COPIES TO: Counsel of Record