# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.

No. C10-3074

**ORDER SEALING EXHIBITS**

This matter comes before the Court on the Motion to Seal Government's 2255 Exhibits (docket number 23) filed by the Defendant on July 15, 2011. The Defendant requests that Exhibits A, G, and H (docket numbers 22-9, 22-10, and 22-11) be sealed. The Court finds that the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion to Seal (docket number 23) filed by the Defendant is **GRANTED**. The Clerk of Court shall seal Exhibits A, G, and H (docket numbers 22-9, 22-10, and 22-11).

DATED this 15th day of July, 2011.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA