# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:10– cv– 3074 (LRR) |
|  | : |  |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. LINDA R. READE |
|  | : | CHIEF, U.S.D.J. |
| DUSTIN LEE HONKEN, | : |  |
|  | : |  |
| Petitioner. | : |  |

_____ :

**PETITIONER'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF**

Petitioner, Dustin Lee Honken, through counsel, moves for a two-week extension of time to file a Reply Brief in support of his Motion Under 28 U.S.C. § 2255. The Government does not object to this extension of time. In support, Petitioner states the following:

1.     Pending before the Court is Petitioner's motion pursuant to 28 U.S.C. § 2255 challenging his convictions and sentences, including his death sentences.

2.     Under the parties' original scheduling stipulation, the Government's Answer to the Supplemented § 2255 Motion was initially due on July 1, 2011, and Petitioner's Reply Brief was due three weeks later, on July 22, 2011. *See* Doc. # 9

1

(Jan. 5, 2011). On June 7, 2011, the Government asked for a two-week extension, until July 15, 2011, to file its Answer. *See* Doc. # 20 (June 7, 2011). Petitioner did not object to this request, but asked that the due date for the Reply brief be adjusted accordingly. *See id.* On June 8, 2011, the Magistrate Court granted the Government's request for a two-week extension, but did not issue an order with regard to the due date for Petitioner's Reply Brief. *See* Doc. # 21 (June 8, 2011).

3. Petitioner respectfully requests that the Court grant a two-week extension for the filing of his Reply Brief, until August 5, 2011. This request is based on a good-faith need for counsel to have three weeks – as initially contemplated in the parties' scheduling stipulation – to provide their client and the Court with a thorough and appropriate Reply Brief in this important matter.

4 Counsel has communicated with Government counsel, C.J. Williams, who has authorized the undersigned to represent that the Government has no objection to this request.

2

WHEREFORE, Petitioner respectfully requests a two-week extension, until August 5, 2011, to submit his Reply Brief in support of his Supplemented § 2255 Motion.

Respectfully Submitted,

/s Michael Wiseman

Michael Wiseman
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0520

Dated:      Philadelphia, Pennsylvania
            July 15, 2011

3

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 15th day of July, 2011, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Michael Wiseman

_____

Michael Wiseman