# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C10-3074

**ORDER EXTENDING REPLY BRIEF DEADLINE**

_____

This matter comes before the Court on the Unopposed Motion for Extension of Time to File Reply Brief (docket number 25) filed by the Petitioner on July 15, 2011. The Petitioner requests a two-week extension of time to file his reply brief. According to the motion, counsel for the Government "has no objection to this request." The Court finds that the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Unopposed Motion for Extension of Time (docket number 25) filed by the Petitioner on July 15, 2011 is **GRANTED**. The deadline for Petitioner to file his reply brief is **EXTENDED** to **August 5, 2011**.

DATED this 15th day of July, 2011.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA