IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | No. 10-CV-03074-LRR |
| Petitioner/Defendant, | ) | No. 01-CR-3047-MWB |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## GOVERNMENT'S MOTION FOR A COURT ORDER REGARDING THE GOVERNMENT'S MENTAL HEALTH EXAMINATION OF PETITIONER

In Petitioner's Motion for Relief Pursuant to 28 U.S.C. § 2255, he claims, inter alia, ineffective assistance of counsel based on trial counsel's failure to seek a pre-sentence mental health evaluation.  (Petitioner's Memorandum, pages 94–117).

In response, the United States provided Petitioner with notice of its desire to have Petitioner evaluated by its experts.  The United States identified its experts and the nature of the examination as set forth in Fed. R. Civ. P. 35.

Petitioner's habeas counsel indicated they did not object to the government's proposed examination; however, they conditioned Petitioner's acquiescence on either (1) the presence of counsel at the examination; or (2) having the examination video or audio recorded.

For the reasons set forth in the Memorandum filed with this motion, the United States resists Petitioner's conditions and respectfully moves this court to order

1

Petitioner be subject to a mental health examination without either the presence of

counsel (or any third parties) or the production of any video or audio recordings.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-1990)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on July 18, 2011.

UNITED STATES ATTORNEY

BY: s/ S. Van Weelden

COPIES TO: Counsel of Record

2