IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COPY

United States of America         :

                                 :

                                 :

    vs                           :    96-CR-239

                                 :

                                 :

David Paul Hammer                :


        BEFORE:        Honorable Malcolm Muir

        PLACE:         Williamsport, Pennsylvania

        PROCEEDINGS:   Rule 2255 Hearing

        DATE:          Monday, August 29, 2005

        VOLUME:        Sixteen


APPEARANCES:

For the United States:   Frederick E. Martin, Esquire
                         United States Attorney's Office
                         240 West Third St., Suite 316
                         Williamsport, PA   17701


For the Defendant:       Anne L. Saunders, Esquire
                         Federal Public Defender's Office
                         Suite 306, 100 Chestnut Street
                         Harrisburg, PA   17101

APPEARANCES, (Cont'd.)

FOR THE DEFENDANT:          Michael Wiseman, Esquire
                           James J. McHugh, Esquire
                           James Moreno, Esquire
                           Federal Court Division
                           Defender Assoc. of Philadelphia
                           Capital Habeas Corpus Center
                           Suite 545 West
                           Independence Square West
                           Philadelphia, PA    19106

51

MARTELL – DIRECT

to do that, and he knows cognitively what happens in court, he would be fit to proceed.

Q     Now, in addition to referring to Dr. Gelbort's examinations in October or the fall of 1997, did you also examine Dr. Wolfson's testing such as it was done and reported in defendant's exhibit 139.1?

A     I reviewed what he wrote about his testing.  I didn't have the advantage of the actual test data.

Q     And with respect to the testing and his results, how if at all do you compare yourself with your testing results with Dr. Wolfson?

A     Well, actually I think Dr. Wolfson's testing was done by Richard Frederick, who is a Ph.D. psychologist in the Bureau of Prisons that works with Dr. Wolfson.  And I found his finding to be quite consistent with my own.  They did not do as much neuropsych testing, but overall found strong memory and average IQ and a lack of malingering on psychopathology of faking mental disorder, that he was not doing that.

Q     With respect to, again, Mr. Hammer's evaluation, you said that Dr. Matthews was there for day one, but not for day two, is that correct?

A     That's correct.

Q     And first of all, was your evaluation of Mr. Hammer -- yours and Dr. Matthews, was it videotaped?

A    Yes, it was.

Q    Why did you allow for videotaping?

A    I try and do this in every case unless I'm precluded by the parties.  I feel that it protects everyone involved.  It provides the defense with an absolute record of everything that I said, everything that I did, so their experts can look for mistakes, can question my methods if they choose to do so.  It protects me because I don't have to spend as much time writing notes which can be quite cumbersome, and so it makes it a more efficient test process, and it gives me an absolute record of the answers that were given so I'm not trying to paraphrase a defendant.

So I think overall it's good forensic practice to videotape the exams and preserve the record.

Q    Now, on the second day of testing you were by yourself, is that correct?

A    Yes.

Q    And with respect to when you were alone with Mr. Hammer, did he indicate that he had any knowledge of your -- your background or experience?

A    Yes, he did.

Q    And how did that come about?

A    He was actually quite cordial.  He waited until the second day to tell me that he had heard some things about my background, that he heard that maybe I was a prosecution

Case 3:10-cv-03074-LTS-KEM   Document 28-5   Filed 07/19/11   Page 4 of 4