IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | No. 10-CV-03074-LRR |
| Petitioner/Defendant, | ) | No. 01-CR-3047-MWB |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME
REGARDING EXCHANGE OF EXPERT WITNESS DISCLOSURES**

The United States of America and Petitioner respectfully request an extension of time within which to exchange their expert witness disclosures in this matter.

The parties are to exchange expert witness disclosures on August 15, 2011.

The government's expert has yet to examine Petitioner. The Court has not yet ruled on the government's July 18, 2011, motion for a court order regarding the government's mental health examination of petitioner. (Docket # 27.) In addition, the government has been awaiting receipt of Petitioner's medical records from the Bureau of Prisons, which were received this week. The government intends to schedule its examination of Petitioner to take place sometime during the last two weeks of August once the government can coordinate it's expert's schedule with the Bureau of Prisons.

Petitioner's counsel has indicated to the undersigned that they would also like, and agree to, an extension until September 15, 2011.

WHEREFORE, the United States and Petitioner respectfully request the Court extend the deadline within which to exchange their expert witness disclosures in this matter until September 15, 2011.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ C.J. WILLIAMS

C.J. WILLIAMS
Assistant United States Attorney
401 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
319-363-6333
(Fax 319-363-1990)
cj.williams@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on August 12, 2011.

UNITED STATES ATTORNEY

BY:　s/ S. Van Weelden

COPIES TO: Counsel of Record

By: s/ MICHAEL WISEMAN

MICHAEL WISEMAN
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West-The Curtis Center
Philadelphia, PA 19106
215-928-0520

2