# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. C10-3074

**ORDER EXTENDING EXPERT WITNESS DISCLOSURES**

_____

This matter comes before the Court on the Joint Motion for Extension of Time Regarding Exchange of Expert Witness Disclosures (docket number 30) filed by the parties on August 12, 2011. The parties ask that the August 15, 2011 deadline to exchange expert witness disclosures be extended to September 15, 2011. The Court finds that the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Joint Motion for Extension of Time (docket number 30) filed by the parties on August 12, 2011 is **GRANTED**. The deadline to exchange expert witness disclosures is **EXTENDED** to **September 15, 2011**.

DATED this 12th day of August, 2011.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA