# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 10-CV-3074-LRR |
|  | : |  |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. LINDA R. READE |
|  | : | Chief U.S.D.J. |
| DUSTIN LEE HONKEN, | : |  |
|  | : |  |
| Petitioner. | : |  |

_____ :

### PETITIONER'S MOTION FOR ADDITIONAL HEARING DATES

Petitioner, Dustin Lee Honken, through undersigned counsel, respectfully moves for additional hearing dates in which to present evidence relating to the claims raised in his Motion pursuant to 28 U.S.C. § 2255. Petitioner specifically notes that one of his expert witnesses, Dr. John Warren, has advised undersigned counsel that he is unavailable during the currently scheduled hearing dates of October 31, 2011 through November 4, 2011. In support of this motion, Petitioner states:

1. Now pending before this Court is Petitioner's *Memorandum of Law and Supplemental Motion Pursuant to 28 U.S.C. § 2255*. Petitioner's capital § 2255 proceedings previously were assigned to the Honorable Mark W. Bennett. By order of November 30, 2010, Judge Bennett set a hearing on this matter for five

1

days, beginning on October 31, 2011. This Court re-entered Judge Bennett's previously-filed order on December 22, 2010. Dkt #4.

2. Dr. John Warren, one of Petitioner's expert witnesses, has advised undersigned counsel that he is unavailable during the currently scheduled hearing week. As such, Petitioner respectfully requests that he be provided additional hearing dates, later in the year, to take Dr. Warren's testimony. The addition of new hearing dates would further enable this Court to hear the testimony of any of Petitioner's or Respondent's witnesses who, due to scheduling conflicts or time constraints, are not able to testify during the original hearing week.

3. Petitioner makes this request in good faith and not for the purpose of delay. Petitioner notes that as of the filing of this motion, the § 2255 hearing of his co-defendant, Angela Johnson, is entering its 19th day, spanning five months. While Petitioner certainly does not imagine that the hearing in his § 2255 proceedings will take the same course, he mentions the Johnson hearing solely to show that the addition of a small number of hearing dates would not be unprecedented for a complex capital case. Most importantly, of course, the addition of dates would permit this Court to hear the live testimony of a key expert witness.

4. Undersigned counsel has conferred with counsel for the Respondent,

Assistant United States Attorney C.J. Williams, who has advised that he does not oppose this motion to the extent it requests additional time in which to present the testimony of Dr. Warren.  Counsel for Respondent has advised, however, that at this time he does not agree to the extent the request is made out of concern that the currently scheduled dates may not provide enough time to complete the hearing.

WHEREFORE, for the reasons stated above, Petitioner respectfully requests that this Court schedule additional hearing dates in this matter at the Court's earliest convenience.

Respectfully Submitted,

/s/ Michael Wiseman

_____

Michael Wiseman
Shawn Nolan
Timothy Kane
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
Phone: 215-928-0520
Fax: 215-928-0826
michael_wiseman@fd.org

Dated:       August 15, 2011
             Philadelphia, PA

3

# Certificate of Service

I, Michael Wiseman, hereby certify that on this 15th day of August, 2011, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Michael Wiseman

_____

Michael Wiseman