----- Original Message -----
From: Michael Wiseman [mailto:Michael_Wiseman@fd.org]
Sent: Monday, August 08, 2011 03:31 PM
To: Williams, CJ (USAIAN)
Subject: Honken

Dear CJ:  we are preparing to file a motion seeking a number of intermediate orders and wanted to obtain your position.  Some of these matters may have been discussed with you before, but we don't feel as though we have a firm answer.

Discovery
We would like discovery regarding the United States Marshal Service related to our Brady claim.  Specifically, we would like to obtain a list of all Marshal personnel involved in transport of the jail house informants and then be able to interview each such person;  We would also like access to information related to the security measures that were in place during the trial.  We are agreeable to receipt of such information with an appropriate protective order keeping this information confidential within our office.

We would like access to those jail house informants who are in witness protection.  Again, we are agreeable to a protective order keeping names and locations confidential, even from our client.

We would like permission to interview the trial jurors and will move for it pursuant to the local rule.  We believe that the jurors may have relevant information related to the impact of security measures, and the judge's alleged emotional display during penalty, and the impact of the Juror 523 incident on the other jurors.

Hearing Dates
We have one expert who will not be available during the week that has been set aside.  We would like to ask the court for another couple of days, later in the year, to accommodate this particular witness and any other spillover witnesses for either side.

Let me know what you think about these requests.  Thanks, Michael



2