UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

DUSTIN LEE HONKEN,               :
                                 :
        Petitioner,              :
                                 :        No. 10-cv-3074
            v.                   :        No. 01-cr-3047
                                 :
UNITED STATES OF AMERICA,        :
                                 :
        Respondent.              :
                                 :

**WITHDRAWAL OF APPEARANCE**

     **PLEASE TAKE NOTICE** that the undersigned has left the employ of the Federal Community Defender for the Eastern District of Pennsylvania, and accordingly withdraws his appearance as co-counsel for Petitioner in the above captioned matter.

Respectfully Submitted

/s/ Michael Wiseman

_____

Michael Wiseman
Post Office Box 120
Swarthmore, PA 19081
215-450-0903
Wiseman_Law@Comcast.Net

**Certificate of Service**

I, Michael Wiseman, hereby certify that I served the foregoing upon the following persons by filing the same with this Court ECF Filing System:

C.J. Williams
Assistant United States Attorney

/s/ Michael Wiseman

_____
Michael Wiseman