# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

      Movant,

vs.

UNITED STATES OF AMERICA.

No. C10-3074-LRR
No. CR01-3047-LRR

ORDER

This matter appears before the court on Dustin Lee Honken's motion for additional hearing dates (docket no. 33). Dustin Lee Honken ("the movant") filed such motion on August 15, 2011. In the instant motion, the movant asks the court to set additional hearing dates because one of his expert witnesses is unable to appear during the hearing that is set to occur from October 31, 2011 to November 4, 2011. The court does not believe that additional hearing dates are necessary. The movant raises 21 claims in the instant action. Although the movant likens his claims to those claims of his co-defendant, the movant's claims are different. The movant raises fewer claims, and, contrary to the movant's assertion, the issues that the court must address do not appear to be either factually complex or legally complex. Nothing in the record indicates that five days is an insufficient amount of time to hear the evidence that relates to the movant's claims. If any witness is unable to testify during the October 31, 2011 to November 4, 2011 period, the parties can depose such witness and they can submit to the court the transcript of the witness's deposition during the October 31, 2011 to November 4, 2011 period. Based on

the foregoing, the motion for additional hearing dates (docket no. 33) is denied.

**IT IS SO ORDERED**.

**DATED** this 12th day of September, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA