# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

      Movant,

vs.

UNITED STATES OF AMERICA,

No. C10-3074

ORDER

_____

On September 14, 2011, the Court held a telephone conference with Assistant U.S. Attorney Charles J. Williams and lead defense attorney Shawn Nolan at their request. A number of requests for changes to the Joint Scheduling Order (doc. 9) were made and granted by the Court. In addition, Shawn Nolan confirmed that Mr. Honken is not requesting to be transported to the October 31 - November 4, 2011 hearing. If he wishes to testify, Mr. Nolan will make arrangements with BOP to have a telephone connection made with the Court.

The following amended schedule was adopted by the parties and the Court. The * indicates a schedule change.

| Date | Event |
|---|---|
| January 13, 2011 | Government's Rule 5 Answer to Honken's § 2255 Motion |
| March 1, 2011 | Discovery requests pursuant to Rule 6, to be served (but not filed). Leave of Court is not required to serve such requests. |
| March 15, 2011 | Responses to discovery requests to be served, but not filed. |

| **Date** | **Event** |
|---|---|
| June 1, 2011 | Honken's Amendment to § 2255 Motion and Accompanying Brief providing legal authority in support of grounds for relief set forth in the Initial and Amended § 2255 Motion |
| July 1, 2011 | Government's Answer to Amended § 2255 Motion; Government's Answering Brief addressing legal authority in support of grounds for relief set forth in the Initial and Amended § 2255 Motion |
| July 22, 2011 | Honken's Reply Brief addressing Initial and Amended § 2255 Motion |
| *September 15, 2011 | Honken's Witness List transmitted to Government and Court. |
| *September 19, 2011 | Exchange of expert witness disclosures pursuant to Fed.R.Civ.P. 26(a)(2) |
| *September 30, 2011 | Government's Witness List transmitted to Honken and Court. |
| October 3, 2011 | Pre-Hearing Conference at 4:00 p.m. CST |
| *October 17, 2011 | Exhibit Lists Exchanged and sent to Court |
| October 31-November 4, 2011 | Evidentiary Hearing 8:00 am - 5:00 pm |
| December 5, 2011 | Honken's Post-Hearing Brief |
| January 5, 2012 | Government's Post-Hearing Brief |

| Date | Event |
|------|-------|
| January 19, 2012 | Honken's Post-Hearing Reply Brief |
| February 17, 2012 | Oral argument on hearing |

**IT IS SO ORDERED.**

**DATED** this 14th day of September, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA