# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,    :    No. 3:10– cv– 3074 (LRR)

             Respondent,    :    **CAPITAL 2255 PROCEEDINGS**

      -v-    :    HON. LINDA R. READE
           :    CHIEF, U.S.D.J.

DUSTIN LEE HONKEN,    :

            Petitioner.    :

_____

### PETITIONER'S MOTION FOR ORDER FOR ISSUANCE OF SUBPOENAS FOR WITNESSES TO BE PRESENTED AT THE EVIDENTIARY HEARING

Petitioner, Dustin Lee Honken, requests for the issuance of witness subpoenas and states as follows:

1.    Petitioner is scheduled for an evidentiary hearing commencing on October 31, 2011. Petitioner is indigent. Undersigned counsel has been appointed to represent him in this capital case because of Petitioner's indigency. Petitioner is financially unable to pay for service or for the fees of witnesses.

2.    Petitioner requests that the Court order the United States Marshals to subpoena the witnesses listed below. Petitioner also requests that the Court order that the costs incurred by the process and the fees of the witnesses be paid in the same

1

manner in which similar costs and fees are paid in the case of witnesses subpoenaed

on behalf of the government.

3.      Petitioner requests that the Court order the following witnesses to be

subpoenaed by the Marshals:[1]

Terry Bregar
Des Moines

Daniel Cobeen
Mason City, IA

Tim Cutkomp
West Des Moines, IA

Missy Friesenborg
Tuscon, AZ

David Honken
Stoddard, WI

Jeff Honken
Crestwood, KY 40014

Alan Johnson
Davie, FL

Anthony Johnson
Fort Dodge, IA 50501

---

[1]In accordance with the requirements of the ECF filing system, addresses have been redacted.  They have previously been provided to the government and to the Court and will be provided to the Marshals.

Pastor Gerald Melby
St. Charles, MN

Alyssa Nelson
South Sioux City, NE 68776

Alfredo Parrish, Esq.
Des Moines, IA 50312

Charles Rogers, Esq.
Kansas City, MO 64106

Kathy Scheuss
Crosslake, MN

Marvea Smidt
Britt, IA

Bruce Smidt
Phoenix, AX 85015

Leon Spies, Esq.
Iowa City, IA 52240

4.      Counsel for the government does not oppose this request.  Petitioner respectfully requests that the Court rule in an expedited manner so as to provide the Marshals with sufficient time to issue subpoenas

3

WHEREFORE, Petitioner respectfully requests that the Court grant his motion

for the issuance of subpoenas.


Respectfully Submitted,


/s Shawn Nolan
Shawn Nolan
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0520

Dated:       Philadelphia, Pennsylvania
             October 5, 2011

4

## Certificate of Service

I, Shawn Nolan, hereby certify that on this 5th day of October, 2011, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Shawn Nolan
Shawn Nolan