# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

_____
:
UNITED STATES OF AMERICA,      :     No. 3:10– cv– 3074 (LRR)
:
              Respondent,      :    **CAPITAL 2255 PROCEEDINGS**
:
     -v-                  :       HON. LINDA R. READE
                          :         CHIEF, U.S.D.J.
DUSTIN LEE HONKEN,       :
:
              Petitioner.       :
_____ :

### ORDER FOR ISSUANCE OF
### SUBPOENAS FOR WITNESSES

AND NOW, this _____ day of October, 2011, upon consideration of

Petitioner's motion for issuance of subpoenas for witnesses, the Court has

determined:

     (1)     That the Petitioner has made a satisfactory showing that he is

            financially unable to pay the fees of the witnesses; and

     (2)     that the presence of the following witnesses is necessary to an

            adequate defense of this cause.

It is hereby ORDERED that witness subpoenas for the following witnesses

shall be served by the United States Marshals and that the costs incurred by the

process and the fees of the witnesses shall be paid in the same manner in which

similar costs and fees are paid in the case of a witness subpoenaed on behalf of the

government.

Terry Bregar
Des Moines

Daniel Cobeen
Mason City, IA

Tim Cutkomp
West Des Moines, IA

Missy Friesenborg
Tuscon, AZ

David Honken
Stoddard, WI

Jeff Honken
Crestwood, KY 40014

Alan Johnson
Davie, FL

Anthony Johnson
Fort Dodge, IA 50501

Pastor Gerald Melby
St. Charles, MN

Alyssa Nelson
South Sioux City, NE 68776

Alfredo Parrish, Esq.
Des Moines, IA 50312

Charles Rogers, Esq.
Kansas City, MO 64106

Kathy Scheuss
Crosslake, MN

Marvea Smidt
Britt, IA

Bruce Smidt
Phoenix, AX 85015

Leon Spies, Esq.
Iowa City, IA 52240

SIGNED and ORDERED this _____ day of October, 2011.

_____

Honorable Linda R. Reade
Chief, USDJ