# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

—————————————————————— :
:
UNITED STATES OF AMERICA, : No. 3:10– cv– 3074 (LRR)
:
Respondent, : **CAPITAL 2255 PROCEEDINGS**
:
-v- : HON. LINDA R. READE
: CHIEF, U.S.D.J.
DUSTIN LEE HONKEN, :
:
Petitioner. :
—————————————————————— :

### PETITIONER'S MOTION FOR ORDER FOR SUBPOENA AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM[1]

Petitioner, Dustin Lee Honken, requests for a Writ of Habeas Corpus ad Testificandum and states as follows:

1. Petitioner is scheduled for an evidentiary hearing commencing on October 31, 2011. Petitioner is indigent. Undersigned counsel has been appointed to represent him in this capital case because of Petitioner's indigency. Petitioner is financially unable to pay for service or for the fees of witnesses.

2. Petitioner requires the presence of Dennis Putzier (US marshal number 07675029) at the evidentiary hearing. Mr. Putzier is currently in custody at the

---

[1]Petitioner filed this motion separately from the motion for subpoenas filed on October 5, 2011, because this witness is in custody.

Plymouth County Jail, 451 14th Avenue, NE, LeMars, Iowa.

3. Petitioner requests that the Court order a subpoena and a writ of habeas corpus ad testificandum to the United States Marshals and to the warden of the Plymouth County Jail so that Mr. Putzier will be transported to the hearing.

4. Counsel for the government does not oppose this request. Petitioner respectfully requests that the Court rule in an expedited manner so as to provide the Marshals with sufficient time to arrange for the transportation.


WHEREFORE, Petitioner respectfully requests that the Court grant his motion and order a subpoena and a writ of habeas corpus ad testificandum. A proposed order for each is attached.

Respectfully Submitted,


/s Shawn Nolan
Shawn Nolan
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520
fax 215-928-0520

Dated:       Philadelphia, Pennsylvania
             October 6, 2011

# Certificate of Service

I, Shawn Nolan, hereby certify that on this 5th day of October, 2011, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Shawn Nolan
Shawn Nolan