## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,　　　　:　　　　No. 3:10– cv– 3074 (LRR)
　　　　　　　　　　　　　　　　:
　　　　　　　　Respondent,　　:　　**CAPITAL 2255 PROCEEDINGS**
　　　　　　　　　　　　　　　　:
　　　　　-v-　　　　　　　　:　　　HON. LINDA R. READE
　　　　　　　　　　　　　　　　:　　　　CHIEF, U.S.D.J.
DUSTIN LEE HONKEN,　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner.　　:
_____:


## ORDER FOR ISSUANCE OF
## SUBPOENA FOR DENNIS PUTZIER


AND NOW, this _____ day of October, 2011, upon consideration of

Petitioner's motion for issuance of a subpoena, the Court has determined:

(1)　　That the Petitioner has made a satisfactory showing that he is

　　　　financially unable to pay the fees of the witness; and

(2)　　that the presence of the witness is necessary to an adequate defense of

　　　　this cause.

It is hereby ORDERED that a witness subpoena for Dennis Putzier (US

marshal number 07675029), who is currently in custody at the Plymouth County

Jail, 451 14th Avenue, NE, LeMars, Iowa, shall be served by the United States

Marshals and that the costs incurred by the process and the fees of the witnesses

shall be paid in the same manner in which similar costs and fees are paid in the

case of a witness subpoenaed on behalf of the government.

SIGNED and ORDERED this _____ day of October, 2011.

_____
Honorable Linda R. Reade
Chief, USDJ