UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:10– cv– 3074 (LRR) |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
| -v- | : | HON. LINDA R. READE |
| | : | CHIEF, U.S.D.J. |
| DUSTIN LEE HONKEN, | : | |
| Petitioner. | : | |

**ORDER FOR ISSUANCE OF
SUBPOENA FOR DENNIS PUTZIER**

AND NOW, this _6th_ day of October, 2011, upon consideration of Petitioner's motion for issuance of a subpoena, the Court has determined:

(1) That the Petitioner has made a satisfactory showing that he is financially unable to pay the fees of the witness; and

(2) that the presence of the witness is necessary to an adequate defense of this cause.

It is hereby ORDERED that a witness subpoena for Dennis Putzier (US marshal number 07675029), who is currently in custody at the Plymouth County Jail, 451 14th Avenue, NE, LeMars, Iowa, shall be served by the United States

Case 3:10-cv-03074-LTS-KEM Document 47 Filed 10/06/11 Page 1 of 2

Marshals and that the costs incurred by the process and the fees of the witnesses

shall be paid in the same manner in which similar costs and fees are paid in the

case of a witness subpoenaed on behalf of the government.

SIGNED and ORDERED this 6th day of October, 2011.

Honorable Linda R. Reade
Chief, USDJ