# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

       Respondent,

    -v-

DUSTIN LEE HONKEN,

       Petitioner.

:
:
:
:
:
:
:
:
:
:
:
:

No. 3:10– cv– 3074 (LRR)

**CAPITAL 2255 PROCEEDINGS**

HON. LINDA R. READE
CHIEF, U.S.D.J.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   Warden, Plymouth County Jail, 451 14th Avenue, NE, LeMars, Iowa

GREETINGS:

You are hereby commanded to deliver Dennis Putzier (US Marshal number 07675029) into the custody of the United States Marshal for the Northern District of Iowa, Cedar Rapids, Texas, on October 31, 2011, for the purpose of having ~~sad~~ said witness available for a hearing in the above-captioned case. Said witness will remain in the custody of the United States Marshal until the consummation of the hearing at which time the witness shall be returned to your custody.

SIGNED and ORDERED this __6th__ day of October, 2011.

Honorable Linda R. Reade
Chief, USDJ