# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,       :      No. 3:10– cv– 3074 (LRR)

     Respondent,      :      **CAPITAL 2255 PROCEEDINGS**

     -v-      :      HON. LINDA R. READE
     :      CHIEF U.S.D.J.

DUSTIN LEE HONKEN,

     Petitioner.

_____

### NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that the undersigned hereby enter their appearances

on behalf of the Petitioner in the above captioned action.  Judge Bennett previously

ordered that attorneys from undersigned counsel's office should enter appearances

and be deemed admitted *pro hac vice* without separate application or payment of fees.

*See* Doc. 791, No. CR 01-3047-MWB.

Respectfully Submitted,

/s/ Aren Adjoian                      /s/ Ayanna Williams
Aren Adjoian                            Ayanna Williams
Federal Community Defender          Federal Community Defender
Eastern District of Pennsylvania       Eastern District of Pennsylvania
Suite 545 West – The Curtis Center    Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106    Philadelphia, Pennsylvania 19106
215-928-0520                          215-928-0520
Aren_Adjoian@fd.org                 Ayanna_Williams@fd.org

1

## Certificate of Service

I, Shawn Nolan, hereby certify that on this 11th day of October, 2011, I filed the foregoing with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Shawn Nolan
Shawn Nolan