STATE OF IOWA )
) SS
COUNTY OF LINN )

## AFFIDAVIT

I, Duane Walhof, being duly sworn depose and state as follows:

1. I am employed as a Deputy United States Marshal and have been so employed since 1988. I am the Supervisor for the U.S. Marshals office in Sioux City. As part of my duties, I am responsible for prisoner transportation and handling, court security, judicial security and building security.

2. At the time Dustin Honken was tried on capital murder charges in 2004, I was the Supervisory Deputy in charge of security at the courthouse and for the jurors during the trial.

3. I base the information in this affidavit upon my own personal knowledge and based on information provided by WitSec personnel.

4. During the 2004 capital trial of Dustin Honken, witnesses in the so-called "WitSec" program were segregated from all other inmates from the time of their pickup at the facility where they were incarcerated, during transportation to the Northern District of Iowa, while housed in the District and during their return to their original location.

5. The WitSec witnesses were held in segregation from all other prisoners, including other WitSec witnesses, at all times.

FURTHER AFFIANT SAYETH NOT

_Duane Walhof_
Duane Walhof
Deputy United States Marshal

Subscribed and sworn to before me this 13th day of October, 2011,

by _Jami L. Gollhofer_ .
Notary Public

My commission expires: March 21, 2014

**NOTARIAL SEAL**
State of Iowa
Jami L. Gollhofer
Commission Number, 733454
My Commission Expires. March 21, 2014

GOVERNMENT
EXHIBIT
2255 App.
10-CV-03074