| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "*Instructions for Service of Process by U.S. Marshal*" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV10-3074-LRR; CR01-3047-LRR |
|---|---|
| DEFENDANT<br>Dustin Lee Honken | TYPE OF PROCESS<br>Subpoena |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Daniel Cobeen

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawn Nolan, Esq.<br>Suite 545 West – The Curtis Center<br>Philadelphia, Pennsylvania 19106<br>215-928-0520 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 17 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>215-928-0520 | DATE<br>10/7/11 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 39 | District to Serve<br>No. 39 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/7/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Daniel Cobeen | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date<br>10/12/11 | Time<br>1156 | ☒ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>8.00 | Total Mileage Charges including *endeavors*)<br>153.00 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

**NORTHERN**      **DISTRICT OF**      **IOWA**

UNITED STATES

v.

DUSTIN LEE HONKEN

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:    CV-10-3074; CR01-3047-LRR

TO:   Daniel Cobeen

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time or any subsequent place, date and time set by the court, to testify in the above referenced case. This remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the

| PLACE<br><br>UNITED STATES COURTHOUSE<br>4200 C Street SW<br>Cedar Rapids, IA 52404 | COURTROOM<br>Chief District Judge Linda R. Reade - Courtroom 1 Building B |
|---|---|
| | DATE AND TIME<br>Tuesday, 11/1/11 at 8:00 a.m. |

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Not applicable

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>ROBERT L. PHELPS, CLERK | DATE |
|---|---|
| (By) Deputy Clerk<br><br>*[signature]* | *10/7/11* |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
SHAWN NOLAN, 601 Walnut St., Ste 545 West, Philadelphia, PA 19106, (215)928-0520

AO89  (Rev. 7/95)  Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | **DATE** 10/12/11 | **PLACE** 4200 C. ST SW, Cedar Rapids, IA |
| **SERVED** | **DATE** 10/12/11 | **PLACE** |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Daniel Cobeen | ☐ YES  ☒ NO  AMOUN _____ |
| SERVED BY (PRINT NAME) | TITLE |
| Richard E. Manning | Deputy U.S. Marshal |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on _____10/12/11_____
                        DATE

_____
SIGNATURE OF SERVER

_____4200 C. STreet SW_____
ADDRESS OF SERVER

_____Cedar Rapids, IA 52404_____

ADDITIONAL INFORMATION