# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>     **DISTRICT OF**     **IOWA**

| UNITED STATES | |
|---|---|
| **V.** | **SUBPOENA IN A CRIMINAL CASE** |
| DUSTIN LEE HONKEN | Case Number:   CV-10-3074; CR01-3047-LRR |

TO:   Anthony Johnson

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time or any subsequent place, date and time set by the court, to testify in the above referenced case.   This remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the

| PLACE | COURTROOM |
|---|---|
| UNITED STATES COURTHOUSE<br>4200 C Street SW<br>Cedar Rapids, IA 52404 | Chief District Judge Linda R. Reade - Courtroom 1 Building B |
| | DATE AND TIME<br>Tuesday, 11/1/11 at 8:00 a.m. |

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Not applicable

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>ROBERT L. PHELPS, CLERK | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
SHAWN NOLAN, 601 Walnut St., Ste 545 West, Philadelphia, PA 19106, (215)928-0520

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| | PROOF OF SERVICE | |
|---|---|---|
| **RECEIVED BY SERVER** | **DATE** 10/07/2011 | **PLACE** U.S. Court House, Sioux City, IA |
| **SERVED** | **DATE** 10/13/2011 | **PLACE** |
| **SERVED ON (PRINT NAME)** Anthony Johnson | | **FEES AND MILEAGE TENDERED TO WITNESS** ☐ YES ☐ NO AMOUN ____ |
| **SERVED BY (PRINT NAME)** Peter Zellmer | | **TITLE** Deputy U.S. Marshal |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on   10/13/2011
             DATE

SIGNATURE OF SERVER

320 6th St Room 308, Sioux City, IA 51106
ADDRESS OF SERVER

**ADDITIONAL INFORMATION**