**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF United States of America | COURT CASE NUMBER CV10-3074-LRR; CR01-3047-LRR |
|---|---|
| DEFENDANT Dustin Lee Honken | TYPE OF PROCESS Subpoena |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Bruce Smidt

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawn Nolan, Esq. Suite 545 West – The Curtis Center Philadelphia, Pennsylvania 19106 215-928-0520 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 17 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER 215-928-0520 | DATE 10/7/11 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 39 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk | Date 10/7/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address (*complete only if different than shown above*) | Date OCT 14, 2011 | Time 09:00 | ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $55 | $3.67 | | $58.67 | | $0.00 $58.67 |

REMARKS: 1st Endeavor : OCT 12, 2011

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

SHAWN NOLAN, 601 Walnut St., Ste 545 West, Philadelphia, PA 19106, (215)928-0520

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE 401 W. Washington St |
| RECEIVED BY SERVER | OCT 12, 2011 | PHX, AZ |
| SERVED | DATE OcT 14 2011 | PLACE |
| SERVED ON (PRINT NAME) Bruce Smidt | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO   AMOUN _____ |
| SERVED BY (PRINT NAME) Jay-Jay Janabajel | | TITLE DUSM |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on _____OCT 14 201_____
　　　　　　　　　　　DATE

SIGNATURE OF SERVER

_____401 W Washington_____
ADDRESS OF SERVER

PHX AZ 85003

ADDITIONAL INFORMATION