**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV10-3074-LRR; CR01-3047-LRR |
|---|---|
| DEFENDANT<br>Dustin Lee Honken | TYPE OF PROCESS<br>Subpoena |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Leon Spies, Esq. |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 312 E. College Street, Iowa City, IA 52240 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawn Nolan, Esq.<br>Suite 545 West -- The Curtis Center<br>Philadelphia, Pennsylvania 19106<br>215-928-0520 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 17 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Telephone: (319) 337-4193

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>215-928-0520 | DATE<br>10/7/11 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 09 | District to Serve<br>No. 09 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/7/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>10/14/11 — Time 1430 — ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>8.00 | Total Mileage Charges including *endeavors)*<br>115.26<br>206 x .51 = | Forwarding Fee | Total Charges<br>123.26 | Advance Deposits | Amount owed to U.S. Marshal° or (Amount of Refund°)<br>123.26  $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

SHAWN NOLAN, 601 Walnut St., Ste 545 West, Philadelphia, PA 19106, (215)928-0520

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE _10/11/11_ | PLACE _4200 C. ST SW, Cedar Rapids, IA_ |
| **SERVED** | DATE _10/14/11_ | PLACE _Iowa City_ _312 East College Street_ |
| SERVED ON (PRINT NAME) _Leon Spies, Esq._ | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☑ NO AMOUN _____ |
| SERVED BY (PRINT NAME) _Richard E. Manning_ | | TITLE _Deputy U.S. Marshal_ |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on _10/14/11_
DATE

_____ _X. E. M._
SIGNATURE OF SERVER

_4200 C ST SW_
ADDRESS OF SERVER

_Cedar Rapids, IA 52404_

ADDITIONAL INFORMATION