# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

CASE NO. 10-CV-3074-LRR

| United States of America | )( | Judge: Linda R. Reade |
|---|---|---|
| | )( | Courtroom: Courtroom 1, Building B |
| vs. | )( | Court Reporter: Shelly Semmler |
| Dustin Honken | )( | Proceeding: Evidentiary Hearing under 28 U.S.C. § 2255 |
| | )( | Date: October 31, 2011 |
| | )( | Exhibit List of: Petitioner |
| | )( | Attorney: Shawn Nolan |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1. | Letters from Dustin Honken to Alfredo Parrish (12/4/1997); (12/19/1997); (2/1/1998) | | | | | |
| 2. | Notes of Interview: Alyssa Nelson (3/1/2003) | | | | | |
| 3. | Letter from Leon Spies to Alfredo Parrish and Charles Rogers (6/9/2003) | | | | | |
| 4. | Letter from Judge Bennett to Pat Reinert and Alfredo Parrish forwarding Dr. Greenstein Report, written report attached (10/21/1997) | | | | | |
| 5. | Letter from Earl Rose to Leon Spies (12/2002) | | | | | |

Case 3:10-cv-03074-LTS-KEM     Document 55     Filed 10/17/11     Page 1 of 11

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 6. | Curriculum Vita of Lisa Rickert, MSSW | | | | | |
| 7. | Preliminary Summary of Lisa Rickert to Leon Spies (5/15/2003) | | | | | |
| 8. | Updated Preliminary Summary of Lisa Rickert to Leon Spies (4/27/2004) | | | | | |
| 9. | Declaration of Lisa Rickert, MSSW (5/16/2011) | | | | | |
| 10. | Curriculum Vita of Michael M. Gelbort | | | | | |
| 11. | Neuropsychological Evaluation of Dustin Honken by Dr. Gelbort (7/19/2004) | | | | | |
| 12. | Email from Alfredo Parrish to Leon Spies re: Letter to Judge Bennett (7/27/2004) | | | | | |
| 13. | Letter from Leon Spies to Alfredo Parrish and Charles Rogers re: Juror Questionnaire (6/9/2003) | | | | | |
| 14. | Declaration of Michael Gelbort (6/6/2011) | | | | | |
| 15. | Curriculum Vita of John F. Warren, III | | | | | |
| 16. | Declaration of John F. Warren, III (6/3/2011) | | | | | |
| 17. | Curriculum Vita of Richard G. Dudley, Jr. | | | | | |

Case 3:10-cv-03074-LTS-KEM    Document 55    Filed 10/17/11    Page 2 of 11

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 18. | Declaration of Richard G. Dudley, Jr. (6/2/2011) | | | | | |
| 19. | Curriculum Vita of Melissa Piasecki, M.D. | | | | | |
| 20. | Report of Melissa Piasecki, M.D. (5/26/2011) | | | | | |
| 21 | Hypothetical to Dr. Piasecki (12/1/2010) | | | | | |
| 22 | Hypothetical to Dr. Piasecki (5/6/2011) | | | | | |
| 23 | Declaration of Alan Johnson (11/4/2010) | | | | | |
| 24 | Transcript of Alan Johnson Testimony at Angela Johnson Hearing (5/3/2011) | | | | | |
| 25 | Unsigned Declaration of Dennis Putzier | | | | | |
| 26 | Undated Letter from Dennis Putzier to Judge Bennett | | | | | |
| 27 | Dennis Putzier Video | | | | | |
| 28 | Dennis Putzier Report of interview (7/25/2011) | | | | | |
| 29 | Dennis Putzier Grand Jury Testimony (4/22/1997) | | | | | |
| 30 | Declaration of Kathy Scheuss (5/5/2011) | | | | | |
| 31 | Dustin Honken Birth Records | | | | | |
| 32 | Dustin Honken Britt Medical Center Records | | | | | |

Case 3:10-cv-03074-LTS-KEM     Document 55     Filed 10/17/11     Page 3 of 11

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 33 | Dustin Honken Kraft Employment Records | | | | | |
| 34 | Dustin Honken W. Hancock H.S. Records | | | | | |
| 35 | Dustin Honken Northern Iowa Community College Transcript | | | | | |
| 36 | Dustin Honken Pima Community College Transcript | | | | | |
| 37 | Dustin Honken Woodbury County Jail Records | | | | | |
| 38 | Dustin Honken Bureau of Prisons Records | | | | | |
| 39 | James Honken V.A. Medical Center Records | | | | | |
| 40 | Amended and Final Presentence Report for Dustin Honken (3/15/2005) | | | | | |
| 41 | Marvea Smidt Britt Hospital Records | | | | | |
| 42 | Marvea Smidt Great River Records | | | | | |
| 43 | Marvea Smidt Hancock Hospital Records | | | | | |
| 44 | Marvea Smidt Mason City Clinic Records | | | | | |
| 45 | Jim Honken Britt Medical Records | | | | | |
| 46 | Jim Honken Care Initiatives Records | | | | | |
| 47 | Jim Honken Ellsworth Hospital Records | | | | | |

Case 3:10-cv-03074-LTS-KEM    Document 55    Filed 10/17/11    Page 4 of 11

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 48 | Jim Honken Hancock Hospital Records | | | | | |
| 49 | Alyssa Nelson Dr. Sherman Medical Records | | | | | |
| 50 | Alyssa Nelson Siouxland Women's Health Care Records | | | | | |
| 51 | Laurel Christianson Abbott Northwestern Hospital Records | | | | | |
| 52 | Email from Jean Barrett, Esq. (1/4/2006) | | | | | |
| 53 | Memos and emails from Lisa Rickert (12/16/2003); (5/10/2004); (6/11/2004); (7/5/2004) | | | | | |
| 54 | Dustin Honken Plea Transcript (6/2/1997) | | | | | |
| 55 | Dustin Honken Sentencing Transcript (12/15/1997) | | | | | |
| 56 | Dustin Honken Sentencing Transcript (12/16/1997) | | | | | |
| 57 | Dustin Honken Sentencing Transcript (2/17/1998) | | | | | |
| 58 | Dustin Honken Sentencing Transcript (2/18/1998) | | | | | |
| 59 | Dustin Honken Sentencing Transcript (2/24/1998) | | | | | |

Case 3:10-cv-03074-LTS-KEM    Document 55    Filed 10/17/11    Page 5 of 11

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 60 | Dustin Honken Sentencing Transcript (1/25/2000) | | | | | |
| 61 | Division of Criminal Investigation Report re: Excavation | | | | | |
| 62 | Division of Narcotics Enforcement Report re: Joann Louise DeGeus (7/11/1997) | | | | | |
| 63 | Investigative Notes re: Terry DeGeus | | | | | |
| 64 | Mason City Police Department Investigative Report re: Missing Persons case Duncan-Nicholson (9/15/1999) | | | | | |
| 65 | Investigative Interview Notes re: Mike Billick (12/15/1993) | | | | | |
| 66 | Investigative Interview Notes re: Brandy Jo Wilson (10/23/2000) | | | | | |
| 67 | Investigative Interview Notes re: Christi Marie Gaubatz (2/13/1997) | | | | | |
| 68 | Investigative Interview Notes re: Kristin Roxanne Thompson (1/31/1994) | | | | | |
| 69 | Investigative Interview Notes re: Cherryl Jean Bachman (2/22/2000) | | | | | |
| 70 | Investigative Interview Notes re: Sherri Lynn Kunkel (2/15/1994) | | | | | |

Case 3:10-cv-03074-LTS-KEM    Document 55    Filed 10/17/11    Page 6 of 11

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 71 | Investigative Interview Notes re: Sherri Lynn Kunkel (4/10/1997) | | | | | |
| 72 | Investigative Interview Notes re: Holly Justine Johnson (2/17/1997) | | | | | |
| 73 | Investigative Interview Notes re: Arlyn Johnson (2/20/1997) | | | | | |
| 74 | Investigative Interview Notes re: Mikell Marie Olson (2/24/1997) | | | | | |
| 75 | Investigative Interview Notes re: Richard Leroy Summers (5/12/2000) | | | | | |
| 76 | Investigative Interview Notes re: Christi Marie Gaubatz (2/16/1997) | | | | | |
| 77 | Drug Enforcement Administration Report of Investigation (3/26/1993) | | | | | |
| 78 | Investigative Interview Notes re: Wendy Jensen (2/19/1994) | | | | | |
| 79 | Investigative Interview Notes re: Terry Henry Kunkel (4/9/1997) | | | | | |
| 80 | Declaration of Laurel Christianson (4/18/2011) | | | | | |
| 81 | Declaration of Sandra Fiems (5/9/2011) | | | | | |
| 82 | Declaration of Carol Hilgenberg (12/1/2010) | | | | | |
| 83 | Declaration of Carol Honken (5/12/2011) | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 84 | Declaration of Steve Honken (4/19/2011) | | | | | |
| 85 | Declaration of Mark Johnson (9/9/2009) | | | | | |
| 86 | Declaration of Ronald Nelson (2/16/2011) | | | | | |
| 87 | Declaration of Courtney Snater (4/20/2011) | | | | | |
| 88 | United States v. Angela Johnson, Trial Transcript Excerpts | | | | | |
| 89 | U.S. Government Memorandum re: Frederic Tokars (6/8/1999) | | | | | |
| 90 | Juror #12 Questionnaire | | | | | |
| 91 | Juror #24 Questionnaire | | | | | |
| 92 | Juror #338 Questionnaire | | | | | |
| 93 | Juror #538 Questionnaire | | | | | |
| 94 | Juror #556 Questionnaire | | | | | |
| 95 | Juror #574 Questionnaire | | | | | |
| 96 | Juror #635 Questionnaire | | | | | |
| 97 | Juror #668 Questionnaire | | | | | |
| 98 | Juror #701 Questionnaire | | | | | |
| 99 | Juror #809 Questionnaire | | | | | |
| 100 | Juror #813 Questionnaire | | | | | |

Case 3:10-cv-03074-LTS-KEM    Document 55    Filed 10/17/11    Page 8 of 11

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 101 | Juror #916 Questionnaire | | | | | |
| 102 | Juror #935 Questionnaire | | | | | |
| 103 | Juror #945 Questionnaire | | | | | |
| 104 | Affidavit of John Hunter (8/24/2000) | | | | | |
| 105 | Affidavit of Joseph Dougherty (8/23/2000) | | | | | |
| 106 | Affidavit of Artie DuFur (8/7/2001) | | | | | |
| 107 | Affidavit of Jesse J. Mack (8/29/2000) | | | | | |
| 108 | Affidavit of Wayne A. Byerly (3/28/2001) | | | | | |
| 109 | Affidavit of Luis Lua (8/30/2000) | | | | | |
| 110 | Declaration of Melissa Friesenborg (11/16/2010) | | | | | |
| 111 | Declaration of Timothy Cutkomp (12/1/2010) | | | | | |
| 112 | Declaration of David Honken (4/19/2011) | | | | | |
| 113 | Declaration of Alyssa Nelson (5/26/2011) | | | | | |
| 114 | Declaration of Jeffrey Honken (5/18/2011) | | | | | |
| 115 | Dustin Honken Bureau of Prisons Medical Records - (10/1/2005 - 2/4/2009) | | | | | |

Case 3:10-cv-03074-LTS-KEM    Document 55    Filed 10/17/11    Page 9 of 11

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 116 | Dustin Honken Bureau of Prisons Medical Records - USP Marion and Florence | | | | | |
| 117 | Declaration of Leon Spies, Esq. (6/6/2011) | | | | | |
| 118 | Declaration of Alfredo Parrish, Esq. (6/6/2011) | | | | | |
| 119 | Declaration of Charles Rogers, Esq. (6/6/2011) | | | | | |
| 120 | Declaration of Marvea Smidt (5/26/2011) | | | | | |
| 121 | Declaration of Teri Fry (10/20/2010) | | | | | |
| 122 | Declaration of Anthony Johnson (3/8/2011) | | | | | |
| 123 | Division of Narcotics Enforcement Report of Interview with Anthony Johnson (1/22/1998) | | | | | |
| 124 | Letter from Steven Colloton to Frank Cosgrove re: Anthony Johnson (1/22/1998) | | | | | |
| 125 | Terry Bregar Bureau of Prisons Records - Excerpts | | | | | |
| 126 | Declaration of Terry Bregar (12/1/2010) | | | | | |
| 127 | Letter from Leon Spies (4/8/2003) | | | | | |
| 128 | Letter from Alfredo Parrish (5/28/2003) | | | | | |
| 129 | Letter from Dean Stowers (9/4/2003) | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 130 | Marvea and James Honken Divorce Records | | | | | |
| 131 | Dustin Honken Britt Community School District Records | | | | | |
| 132 | Dustin Honken USP Terre Haute Medical Records | | | | | |

Case 3:10-cv-03074-LTS-KEM     Document 55     Filed 10/17/11     Page 11 of 11