U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF <br> United States of America | COURT CASE NUMBER <br> CV10-3074-LRR; CR01-3047-LRR |
|---|---|
| DEFENDANT <br> Dustin Lee Honken | TYPE OF PROCESS <br> Subpoena |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Charles Rogers, Esq.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1000 Walnut Street, Suite 1600, Kansas City, MO 64106

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawn Nolan, Esq. <br> Suite 545 West – The Curtis Center <br> Philadelphia, Pennsylvania 19106 <br> 215-928-0520 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 17 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Telephone: (816) 221-0080

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF <br> ☒ DEFENDANT | TELEPHONE NUMBER <br> 215-928-0520 | DATE <br> 10/7/11 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process <br> 1 | District of Origin <br> No. 09 | District to Serve <br> No. 45 | Signature of Authorized USMS Deputy or Clerk | Date <br> 10/7/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only if different than shown above)* | Date <br> 10-14-11 | Time <br> 1:25 ☐ am ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee <br> $55 | Total Mileage Charges including *endeavors)* <br> $1.02 | Forwarding Fee <br> 8.00 | Total Charges <br> $64.02 | Advance Deposits <br> — | Amount owed to U.S. Marshal* or *(Amount of Refund*)* <br> $0.00 $64.02 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | | |
|---|---|---|---|
| **RECEIVED BY SERVER** | **DATE** 10/12/11 | **PLACE** USMS-KCMO | |
| **SERVED** | **DATE** 10/14/11 | **PLACE** 1000 Walnut St | |
| **SERVED ON (PRINT NAME)** Charles Roper | | **FEES AND MILEAGE TENDERED TO WITNESS** ☐ YES ☑ NO   AMOUN _____ | |
| **SERVED BY (PRINT NAME)** Michael Jacobson | | **TITLE** DUSM | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on ___10/14/11___   
DATE

_____   
SIGNATURE OF SERVER

400 E 9th St, Rm 3740   
ADDRESS OF SERVER   
KCMO 64106

ADDITIONAL INFORMATION