FILE COPY

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

**NORTHERN**     DISTRICT OF     **IOWA**

UNITED STATES

v.

DUSTIN LEE HONKEN

### SUBPOENA IN A CRIMINAL CASE

Case Number:    CV-10-3074; CR01-3047-LRR

TO:   David Honken

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time or any subsequent place, date and time set by the court, to testify in the above referenced case. This remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the

| PLACE | COURTROOM |
|---|---|
| UNITED STATES COURTHOUSE<br>4200 C Street SW<br>Cedar Rapids, IA 52404 | Chief District Judge Linda R. Reade - Courtroom 1 Building B |
| | **DATE AND TIME**<br>Monday, 10/31/11 at 8:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Not applicable

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>ROBERT L. PHELPS, CLERK | DATE |
|---|---|
| (By) Deputy Clerk<br>*Sarah K. Helm* | 10/7/11 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Case 3:10-cv-03074-LTS-KEM    Document 57    Filed 10/19/11    Page 1 of 2

SHAWN NOLAN, 601 Walnut St., Ste 545 West, Philadelphia, PA 19106, (215)928-0520

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | **DATE** 10/17/2011 | **PLACE** Madison, WI |
| SERVED | **DATE** 10/17/2011 | **PLACE** |
| **SERVED ON (PRINT NAME)** David Honken | | **FEES AND MILEAGE TENDERED TO WITNESS** ☐ YES ☐ NO AMOUN _____ |
| **SERVED BY (PRINT NAME)** Gene Finn | | **TITLE** Deputy U.S. Marshal |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on ___10/17/2011___
DATE

_____
SIGNATURE OF SERVER

___120 N Henry St.,___
ADDRESS OF SERVER

___Madison, WI 53703___

ADDITIONAL INFORMATION

242 R/T miles $123.42
1 Dusm 5 hrs. $275.00
_____
$388.42