**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF United States of America | COURT CASE NUMBER CV10-3074-LRR; CR01-3047-LRR |
|---|---|
| DEFENDANT Dustin Lee Honken | TYPE OF PROCESS Subpoena |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeff Honken

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawn Nolan Suite 545 West – The Curtis Center Philadelphia, Pennsylvania 19106 215-928-0520 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 17 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER 215-928-0520 | DATE 10/7/11 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 29 | District to Serve No. 35 | Signature of Authorized USMS Deputy or Clerk | Date 10/7/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) Norma Honken (spouse) | ☒ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 10/18/2011 | Time 7:00 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 8.00 55.00 | Total Mileage Charges including endeavors) $22.44 | Forwarding Fee $8.00 | Total Charges $85.44 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 $85.44 |
|---|---|---|---|---|---|

REMARKS: 1 hour Service   44 miles @ $0.51 a mile

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>        **DISTRICT OF**        <u>IOWA</u>

| | |
|---|---|
| UNITED STATES<br><br>V.<br><br>DUSTIN LEE HONKEN | **SUBPOENA IN A CRIMINAL CASE**<br><br>Case Number: CV-10-3074; CR01-3047-LRR |

TO: Jeff Honken

⊠ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time or any subsequent place, date and time set by the court, to testify in the above referenced case. This remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the

| PLACE<br><br>UNITED STATES COURTHOUSE<br>4200 C Street SW<br>Cedar Rapids, IA 52404 | COURTROOM<br>Chief District Judge Linda R. Reade - Courtroom 1 Building B |
|---|---|
| | DATE AND TIME<br>Monday, 10/31/11 at 8:00 a.m. |

⊠ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Not applicable

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>ROBERT L. PHELPS, CLERK | DATE |
|---|---|
| (By) Deputy Clerk<br><br>*Sarah K. Mullin* | 10/7/11 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

SHAWN NOLAN, 601 Walnut St., Ste 545 West, Philadelphia, PA 19106, (215)928-0520

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE<br>10/7/2011 | PLACE 601 W Broadway<br>Louisville, KY 40202 |
| **SERVED** | DATE<br>10/18/2011 | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUN _____ |
| SERVED BY (PRINT NAME)<br>Ronald Wallen | | TITLE<br>Ousm |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on  10/18/2011
　　　　　　　　　DATE

_____
SIGNATURE OF SERVER

601 W Broadway
ADDRESS OF SERVER

Louisville, KY 40202

ADDITIONAL INFORMATION

Case 3:10-cv-03074-LTS-KEM    Document 58    Filed 10/21/11    Page 3 of 3