# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN<br><br>Plaintiff(s)<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s) | **HEARING MINUTES**   Sealed:   No<br><br>Case No.:   10-CV-3074-LRR<br><br>Presiding Judge:   Chief Judge Linda R. Reade<br><br>Deputy Clerk:   Erin M. Snider<br><br>Court Reporter:   Patrice Murray   Contract?   No<br><br>(If yes, send copy to financial)<br><br>Recording:   Yes   Method:   FTR Gold |

| Date: | 11/01/2011 | Start: | 8:57 A.M. | Adjourn: | 12:11 P.M. | | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|---|

| Recesses: | 10:21 - 10:39 A.M. | | Time in Chambers: | -- | | Telephonic? | No |
|---|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Shawn Nolan; Aren Adjoian; Ayanna Sala Williams; Petitioner not present | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | AUSA Charles J. Williams | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone | - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | | Yes |
|---|---|---|---|---|---|---|

| **TRIAL:** | Jury: | | Non-jury: | X | Day: | 2 | |
|---|---|---|---|---|---|---|---|
| | Motion(s): | | | | Ruling: | | |
| | Time: | Event: | (Insert more rows as needed.  Page numbering is automatic.) | | | | |
| | 8:57 - 10:21 A.M. | Petitioner presented evidence. | | | | | |
| | 10:21 - 10:39 A.M. | Recess. | | | | | |
| | 10:39 A.M. - 12:11 P.M. | Petitioner presented evidence; scheduling matters discussed. | | | | | |
| | **Verdict:** | not applicable. | | | | | |
| | **Criminal defendant detained pending sentencing?** | | not applicable. | | | | |
| | **Witness/Exhibit List is** | to be filed at conclusion of hearing. | | | | | |
| | **Miscellaneous:** | Hearing continued. | | | | | |

Case 3:10-cv-03074-LTS-KEM   Document 66   Filed 11/02/11   Page 1 of 1