# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN<br><br>Plaintiff(s)<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s) | **HEARING MINUTES** Sealed: No<br><br>Case No.: 10-CV-3074-LRR<br><br>Presiding Judge: Chief Judge Linda R. Reade<br><br>Deputy Clerk: Erin M. Snider<br><br>Court Reporter: Patrice Murray Contract? No<br><br>(If yes, send copy to financial)<br><br>Recording: Yes Method: FTR Gold |

| Date: | 11/02/2011 | Start: | 8:54 A.M. | Adjourn: | 2:14 P.M. | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|

| Recesses: | 10:21 - 10:43 A.M.; 11:30 A.M. - 12:52 P.M. | Time in Chambers: | -- | | Telephonic? | No |
|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Shawn Nolan; Aren Adjoian; Ayanna Sala Williams; Petitioner not present | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | AUSA Charles J. Williams | | | | |
| | U.S. Probation: | – | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone | - |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | Yes | Continued from a previous date? | Yes |
|---|---|---|---|---|---|

| **TRIAL:** | Jury: | | Non-jury: | X | Day: | 3 | |
|---|---|---|---|---|---|---|---|
| | Motion(s): | | | | Ruling: | | |
| | Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) | | | | |
| | 8:54 - 10:21 A.M. | Scheduling matters discussed; Petitioner presented evidence. | | | | | |
| | 10:21 - 10:43 A.M. | Recess. | | | | | |
| | 10:43 - 11:30 A.M. | Petitioner presented evidence. | | | | | |
| | 11:30 A.M. - 12:52 P.M. | Recess. | | | | | |
| | 12:52 - 2:14 P.M. | Petitioner presented evidence; government presented evidence. | | | | | |
| | **Verdict:** | not applicable. | | | | | |
| | **Criminal defendant detained pending sentencing?** | | not applicable. | | | | |

Case 3:10-cv-03074-LTS-KEM    Document 73    Filed 11/03/11    Page 1 of 2

| | | |
|---|---|---|
| | **Witness/Exhibit List is** | to be filed at conclusion of hearing. |
| | **Miscellaneous:** | Hearing continued. |

Case 3:10-cv-03074-LTS-KEM    Document 73    Filed 11/03/11    Page 2 of 2