# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN | **HEARING MINUTES**   Sealed:   No |
| Plaintiff(s) | Case No.:   10-CV-3074-LRR |
| vs. | Presiding Judge:   Chief Judge Linda R. Reade |
| UNITED STATES OF AMERICA | Deputy Clerk:   Erin M. Snider |
| Defendant(s) | Court Reporter:   Patrice Murray   Contract?   No |
| | (If yes, send copy to financial) |
| | Recording:   Yes   Method:   FTR Gold |

| Date: | 11/03/2011 | Start: | 7:54 A.M. | Adjourn: | 10:22 A.M. | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|

| Recesses: | 9:28 - 9:47 A.M. | | Time in Chambers: | -- | | Telephonic? | No |
|---|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | Shawn Nolan; Aren Adjoian; Ayanna Sala Williams; Petitioner not present | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | AUSA Charles J. Williams | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone | - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | Yes |
|---|---|---|---|---|---|

| **TRIAL:** | Jury: | | Non-jury: | X | Day: | 4 | |
|---|---|---|---|---|---|---|---|
| | Motion(s): | | | | Ruling: | | |
| | Time: | Event: | | (Insert more rows as needed.  Page numbering is automatic.) | | | |
| | 7:54 - 9:28 A.M. | Petitioner presented evidence. | | | | | |
| | 9:28 - 9:47 A.M. | Recess. | | | | | |
| | 9:47 - 10:22 A.M. | Petitioner presented evidence; exhibits admitted; scheduling matters discussed. | | | | | |
| | **Verdict:** | not applicable. | | | | | |
| | **Criminal defendant detained pending sentencing?** | | not applicable. | | | | |
| | **Witness/Exhibit List is** | attached. | | | | | |
| | **Miscellaneous:** | Hearing concluded. | | | | | |

Case 3:10-cv-03074-LTS-KEM   Document 74   Filed 11/03/11   Page 1 of 1