# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CENTRAL   DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN | **WITNESS & EXHIBIT LIST** |
| Plaintiff(s), | Case No.   10-CV-3074-LRR |
| vs. | Presiding Judge   Chief Judge Linda R. Reade |
| | Deputy Clerk   Erin M. Snider |
| UNITED STATES OF AMERICA | Court Reporter   Patrice Murray |
| Defendant(s). | Plaintiff Att'y   Shawn Nolan et al. |
| Trial Dates   Evidentiary hearing 10/31/2011 - 11/03/2011 | Defendant Att'y   AUSA Charles J. Williams |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Alfredo Parish | 10/31/11 | 8:07 A.M. | 10/31/11 | 10:31 A.M. |
| 2 | Jeffrey Allen Honken | 10/31/11 | 10:31 A.M. | 10/31/11 | 11:53 A.M. |
| 3 | David Honken | 10/31/11 | 1:05 P.M. | 10/31/11 | 1:48 P.M. |
| 4 | Dennis Leroy Putzier | 10/31/11 | 1:49 P.M. | 10/31/11 | 2:17 P.M. |
| 5 | Charles Rogers | 11/01/11 | 8:58 A.M. | 11/01/11 | 10:21 A.M. |
| 6 | Anthony Johnson | 11/01/11 | 10:40 A.M. | 11/01/11 | 11:01 A.M. |
| 7 | Daniel Ross Cobeen | 11/01/11 | 11:02 A.M. | 11/01/11 | 11:14 A.M. |
| 8 | Timothy Cutkomp | 11/01/11 | 11:15 A.M. | 11/01/11 | 12:04 P.M. |
| 9 | Marvea Smidt | 11/02/11 | 8:57 A.M. | 11/02/11 | 9:59 A.M. |
| 10 | Alyssa Nelson | 11/02/11 | 10:00 A.M. | 11/02/11 | 11:09 A.M. |
| 11 | Kathy Scheuss | 11/02/11 | 11:11 A.M. | 11/02/11 | 11:29 A.M. |
| 12 | Terry Bregar | 11/02/11 | 1:00 P.M. | 11/02/11 | 1:40 P.M. |
| 13 | Leon Spies | 11/03/11 | 7:54 A.M. | 11/03/11 | 10:05 A.M. |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | John Graham | 11/02/11 | 1:41 P.M. | 11/02/11 | 1:51 P.M. |
| 2 | Lori Lewis | 11/02/11 | 1:51 P.M. | 11/02/11 | 1:56 P.M. |
| 3 | Duane Walhof | 11/02/11 | 1:56 P.M. | 11/02/11 | 2:12 P.M. |

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1 | Letters (under seal) | 11/03/2011 | A |
| 2 | Notes of Interview (under seal) | 11/03/2011 | A |
| 3 | Letter (under seal) | 11/03/2011 | A |
| 4 | Letter (under seal) | 11/03/2011 | A |
| 5 | Letter (under seal) | 11/03/2011 | A |
| 6 | Curriculum vita | 11/03/2011 | A |
| 7 | Preliminary summary (under seal) | 11/03/2011 | A |
| 8 | Updated preliminary summary (under seal) | 11/03/2011 | A |
| 9 | Declaration | 11/03/2011 | RSO |
| 10 | Curriculum Vita | 11/03/2011 | A |
| 11 | Neuropsychological evaluation (under seal) | 11/03/2011 | A |
| 12 | Email (under seal) | 11/03/2011 | A |
| 13 | Letter (under seal) | 11/03/2011 | A |
| 14 | Declaration (under seal) | 11/03/2011 | A |
| 15 | Curriculum vita | 11/03/2011 | A |
| 16 | Declaration (under seal) | 11/03/2011 | A |
| 17 | Curriculum vita | 11/03/2011 | A |
| 18 | Declaration (under seal) | 11/03/2011 | A |
| 19 | Curriculum vita | 11/03/2011 | A |
| 20 | Report (under seal) | 11/03/2011 | A |
| 21 | Hypothetical (under seal) | 11/03/2011 | A |
| 22 | Hypothetical (under seal) | 11/03/2011 | A |
| 23 | Declaration | 11/03/2011 | RSO |
| 24 | Transcript | 11/03/2011 | A |
| 25 | Unsigned declaration | Withdrawn |  |
| 26 | Letter | 11/03/2011 | RSO |

2

| | | | |
|---|---|---|---|
| 27 | Video | 11/03/2011 | RSO |
| 28 | Report | 11/03/2011 | A |
| 29 | Testimony | 11/03/2011 | A |
| 30 | Declaration | 11/03/2011 | RSO |
| 31 | Birth records (under seal) | 11/03/2011 | A |
| 32 | Medical records (under seal) | 11/03/2011 | A |
| 33 | Employment records (under seal) | 11/03/2011 | A |
| 34 | High school records (under seal) | 11/03/2011 | A |
| 35 | Community college transcript (under seal) | 11/03/2011 | A |
| 36 | Community college transcript (under seal) | 11/03/2011 | A |
| 37 | Jail records (under seal) | 11/03/2011 | A |
| 38 | Bureau of Prisons records (under seal) | 11/03/2011 | A |
| 39 | Medical records (under seal) | 11/03/2011 | A |
| 40 | Presentence investigation report (under seal) | 11/03/2011 | A |
| 41 | Medical records (under seal) | 11/03/2011 | A |
| 42 | Medical records (under seal) | 11/03/2011 | A |
| 43 | Medical records (under seal) | 11/03/2011 | A |
| 44 | Medical records (under seal) | 11/03/2011 | A |
| 45 | Medical records (under seal) | 11/03/2011 | A |
| 46 | Medical records (under seal) | 11/03/2011 | A |
| 47 | Medical records (under seal) | 11/03/2011 | A |
| 48 | Medical records (under seal) | 11/03/2011 | A |
| 49 | Medical records (under seal) | 11/03/2011 | A |
| 50 | Medical records (under seal) | 11/03/2011 | A |
| 51 | Medical records (under seal) | 11/03/2011 | A |
| 52 | Email (under seal) | 11/03/2011 | A |
| 53 | Memos and emails (under seal) | 11/03/2011 | A |
| 54 | Transcript | 11/03/2011 | A |
| 55 | Transcript | 11/03/2011 | A |
| 56 | Transcript | 11/03/2011 | A |
| 57 | Transcript | 11/03/2011 | A |
| 58 | Transcript | 11/03/2011 | A |
| 59 | Transcript | 11/03/2011 | A |

3

| 60 | Transcript | 11/03/2011 | A |
|----|------------|------------|---|
| 61 | Report | 11/03/2011 | A |
| 62 | Report | 11/03/2011 | A |
| 63 | Investigative notes | 11/03/2011 | A |
| 64 | Report | 11/03/2011 | A |
| 65 | Interview notes | 11/03/2011 | A |
| 66 | Interview notes | 11/03/2011 | A |
| 67 | Interview notes | 11/03/2011 | A |
| 68 | Interview notes | 11/03/2011 | A |
| 69 | Interview notes | 11/03/2011 | A |
| 70 | Interview notes | 11/03/2011 | A |
| 71 | Interview notes | 11/03/2011 | A |
| 72 | Interview notes | 11/03/2011 | A |
| 73 | Interview notes | 11/03/2011 | A |
| 74 | Interview notes | 11/03/2011 | A |
| 75 | Interview notes | 11/03/2011 | A |
| 76 | Interview notes | 11/03/2011 | A |
| 77 | Report | 11/03/2011 | A |
| 78 | Interview notes | 11/03/2011 | A |
| 79 | Interview notes | 11/03/2011 | A |
| 80 | Declaration | 11/03/2011 | A |
| 81 | Declaration | 11/03/2011 | A |
| 82 | Declaration | 11/03/2011 | A |
| 83 | Declaration | 11/03/2011 | A |
| 84 | Declaration | 11/03/2011 | A |
| 85 | Declaration | 11/03/2011 | A |
| 86 | Declaration | 11/03/2011 | A |
| 87 | Declaration | 11/03/2011 | A |
| 88 | Transcript excerpts | 11/03/2011 | A |
| 89 | Memorandum | 11/03/2011 | A |
| 90 | Juror questionnaire | 11/03/2011 | A |
| 91 | Juror questionnaire | 11/03/2011 | A |
| 92 | Juror questionnaire | 11/03/2011 | A |

4

| 93 | Juror questionnaire | 11/03/2011 | A |
|---|---|---|---|
| 94 | Juror questionnaire | 11/03/2011 | A |
| 95 | Juror questionnaire | 11/03/2011 | A |
| 96 | Juror questionnaire | 11/03/2011 | A |
| 97 | Juror questionnaire | 11/03/2011 | A |
| 98 | Juror questionnaire | 11/03/2011 | A |
| 99 | Juror questionnaire | 11/03/2011 | A |
| 100 | Juror questionnaire | 11/03/2011 | A |
| 101 | Juror questionnaire | 11/03/2011 | A |
| 102 | Juror questionnaire | 11/03/2011 | A |
| 103 | Juror questionnaire | 11/03/2011 | A |
| 104 | Affidavit | 11/03/2011 | A |
| 105 | Affidavit | 11/03/2011 | A |
| 106 | Affidavit | 11/03/2011 | A |
| 107 | Affidavit | 11/03/2011 | A |
| 108 | Affidavit | 11/03/2011 | A |
| 109 | Affidavit | 11/03/2011 | A |
| 110 | Declaration | 11/03/2011 | RSO |
| 111 | Declaration | 11/03/2011 | RSO |
| 112 | Declaration | 11/03/2011 | RSO |
| 113 | Declaration | 11/03/2011 | RSO |
| 114 | Declaration | 11/03/2011 | RSO |
| 115 | Medical records (under seal) | 11/03/2011 | A |
| 116 | Medical records (under seal) | 11/03/2011 | A |
| 117 | Declaration | 11/03/2011 | RSO |
| 118 | Declaration | 11/03/2011 | RSO |
| 119 | Declaration | 11/03/2011 | RSO |
| 120 | Declaration | 11/03/2011 | RSO |
| 121 | Declaration | 11/03/2011 | RSO |
| 122 | Declaration | 11/03/2011 | RSO |
| 123 | Report | 11/03/2011 | A |
| 124 | Letter | 11/03/2011 | A |
| 125 | Bureau of Prisons records (under seal) | 11/03/2011 | A |

| 126 | Declaration | 11/03/2011 | A |
|---|---|---|---|
| 127 | Letter | 11/03/2011 | A |
| 128 | Letter | 11/03/2011 | A |
| 129 | Letter | 11/03/2011 | A |
| 130 | Divorce records (under seal) | 11/03/2011 | A |
| 131 | School records (under seal) | 11/03/2011 | A |
| 132 | Medical records (under seal) | 11/03/2011 | A |
| 133 | Document (under seal) | 11/03/2011 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| A | Document (under seal) | 11/03/2011 | A |
| B | Document | 11/03/2011 | A |
| C | Document | 11/03/2011 | A |
| D | Document | 11/03/2011 | A |
| E | Document | 11/03/2011 | A |
| F | Document | 11/03/2011 | A |
| G | Document | Withdrawn | |
| H | Document | Withdrawn | |
| I | Document (under seal) | 11/03/2011 | A |
| J | Document | Withdrawn | |
| K | Letter (under seal) | 10/31/2011 | A |
| L | Document (under seal) | 11/03/2011 | A |
| M | Document (under seal) | 11/03/2011 | A |
| N | Document | 11/03/2011 | A |
| O | Document (under seal) | 11/03/2011 | A |
| P | Letter (under seal) | 11/03/2011 | A |
| Q | Letter (under seal) | 11/03/2011 | A |
| R | Document | 11/03/2011 | A |
| S | Document (under seal) | 11/03/2011 | A |
| T | Document | Withdrawn | |
| U | Document | Withdrawn | |

6

| V | Document (under seal) | 11/03/2011 | A |
|---|---|---|---|
| W | Document | 11/03/2011 | A |

Case 3:10-cv-03074-LTS-KEM     Document 74-1     Filed 11/03/11     Page 7 of 7