## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

Caption: __UNITED STATES OF AMERICA__ v. __Dustin Lee HONKEN__ SEP 08 2004

Case No.: __CR01-3047-MWB__  Date Drawn: __September 8, 2004__
Jury impaneled at: __10:15__ (am)/p.m.
Presiding Judge: __The Honorable Mark W. Bennett, Chief Judge__
Plaintiff's Attnys: __C.J. Williams & Tom Miller__
Defendant's Attnys: __Alfredo Parrish, Leon Spies, Charles Rogers - defendant personally present__

| # | | STRIKE # | | # | | STRIKE # |
|---|---|---|---|---|---|---|
| 1. | 387 | △ 14 | | 41. | 395 | P 6 |
| 2. | 806 | | | 42. | 953 | P 11 |
| 3. | 140 | △ 1 | | 43. | ~~998~~ | — |
| 4. | 139 | P 18 | | 44. | 8 | △ 11 |
| 5. | 642 | △ 2 | | 45. | 287 | P 14 |
| 6. | 882 | △ 18 | | 46. | 368 | △ 19 |
| 7. | 963 | | | 47. | 685 | P 5 |
| 8. | 183 | P 16 | | 48. | 570 | △ 7 |
| 9. | ~~431~~ | — | | 49. | 505 | P 9 |
| 10. | 99 | △ 16 | | 50. | 14 | |
| 11. | 827 | P 8 | | 51. | 376 | P 1 |
| 12. | 383 | △ 20 | | 52. | 857 | |
| 13. | 849 | P 17 | | 53. | 498 | |
| 14. | 855 | | | 54. | 804 | P 19 |
| 15. | 5 | △ 3 | | 55. | 902 | |
| 16. | 170 | △ 4 | | 56. | 105 | P 2 |
| 17. | 931 | △ 15 | | 57. | 948 | △ 1 |
| 18. | 707 | P 13 | | 58. | 523 | |
| 19. | 371 | P 7 | | 59. | 731 | P 3 |
| 20. | 2 | P 12 | | 60. | 914 | |
| 21. | 80 | P 4 | | 61. | 142 | △ 2 |
| 22. | 572 | P 3 | | 62. | 556 | △ 3 |
| 23. | 439 | P 2 | | 63. | 425 | |
| 24. | ~~305~~ | — | | 64. | 280 | |
| 25. | 552 | △ 4 | | 65. | 589 | |
| 26. | 808 | △ 8 | | 66. | 968 | |
| 27. | 38 | | | 67. | 212 | P 1 |
| 28. | 976 | △ 10 | | 68. | 724 | |
| 29. | 646 | | | 69. | ~~892~~ | — |
| 30. | 540 | P 10 | | 70. | 537 | |
| 31. | 548 | P 15 | | 71. | 942 | |
| 32. | 836 | △ 17 | | 72. | ~~161~~ | — |
| 33. | 562 | P 20 | | 73. | 620 | |
| 34. | 370 | △ 5 | | 74. | 867 | |
| 35. | 474 | △ 13 | | 75. | 889 | |
| 36. | 365 | △ 6 | | 76. | | |
| 37. | 204 | | | 77. | | |
| 38. | 636 | | | 78. | | |
| 39. | 711 | △ 12 | | 79. | | |
| 40. | 513 | | | 80. | | |

GOVERNMENT EXHIBIT E C10-3074