**CURRICULUM VITAE**

**CHRISTOPHER LEE GROTE, Ph.D., ABPP CN**

Citizenship:    United States of America

Address:    Dept. of Behavioral Sciences
Rush University Medical Center
1645 W. Jackson, Suite 400; Chicago IL 60612
Phone: 312-942-5523
Fax: 312-942-4990    Email: cgrote@rush.edu
(UPS and US mail should be sent to above address;
FedEx packages should be sent to:
  RUMC; 1653 W. Congress Parkway, Chicago IL 60612)

## EDUCATION

1979-1983    Xavier University, Cincinnati, Ohio
B.A. Psychology (Summa Cum Laude)

1983-1989    University of Louisville, Louisville, Kentucky
M.A., Clinical Psychology (APA Approved), 1987
Ph.D., Clinical Psychology (APA Approved), 1989

## RESIDENCY

1988-1989    Vanderbilt-VA Medical Center Internship
in Professional Psychology (APA Approved)
Nashville, Tennessee

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1989-2002 | Assistant Professor/Scientist |
| 2002-2011 | Associate Professor/Scientist (with tenure) |
| 2011-preseent | Professor (with tenure) |
| 2002-Present | Director of Neuropsychology, Behavioral Sciences |
| 2002-2010 | Director of Education, Behavioral Sciences |
| 2006-Present | Associate Chairman, Behavioral Sciences |
| 2006-2008 | Acting Chairman, Behavioral Sciences |

Primary Appointment: Department of Behavioral Sciences
Secondary Appointment: Department of Neurological Sciences
Rush University Medical Center.
Chicago, IL 60612

8/11

GOVERNMENT EXHIBIT
N
PENGAD 800-631-6989

## SCIENTIFIC AND SCHOLARLY ACTIVITIES

1992-present    Manuscript Reviewer, *Neurology, Journal of Clinical and Experimental Neuropsychology, Child Neuropsychology, Assessment, Epilepsia, Epilepsy and Behavior, Journal of Clinical Psychology in Medical Settings, Journal of Clinical Psychology; Neuropsychology; Clinical Neuropharmacology; Tropical Medicine and International Health; International Journal of Behavioral Medicine*

1996-present    Work Sample Reviewer, American Board of Clinical Neuropsychology

2003-present    Editorial Board, *The Clinical Neuropsychologist*

## MEMBERSHIP AND OFFICES IN PROFESSIONAL SOCIETIES

1995-present    Member, American Academy of Clinical Neuropsychology
1990-present    Member, American Psychological Association
1990-present    Member, APA Division 40 (Clinical Neuropsychology)
1990-present    Member, International Neuropsychological Society
1998-2002       Director, Midwest Neuropsychology Group
1990-present    Member, Midwest Neuropsychology Group

## PREVIOUS CLINICAL TRIAL SUPPORT

1. Local Site Co-Investigator: "Double-Blind Randomized, Placebo-Controlled Parallel GroupStudy of Vigabatrin in Patients with Uncontrolled Complex Seizures", 1990-94; Marion Merrell Dow Pharmaceuticals.

2. Local Site Co-Investigator: "Safety and efficacy of three dose levels of Tiagabine HCl versus Placebo as adjunctive treatment for complex partial seizures"; 1992-1993; Abbott Laboratories.

3. Local Site Co-Investigator: "Efficacy and safety of oral adjunctive vigabatrin therapy compared to placebo in children with uncontrolled complex partial seizures: a parallel group study"; 1995-1996; Abbott Laboratories.

4. Local Site Co-Investigator: "Safety and efficacy of tiagabine HCL as adjunctive therapy", 1995-1996; Glaxo-Welcome.

## PREVIOUS CLINICAL TRIAL SUPPORT (cont'd)

5. Local Site Co-Investigator: "Assessment of vagus nerve stimulation for adjunctive treatment of patients with epilepsy who have refractory partial onset seizures"; 1995-1997; Cyberonics.

6. Local Site Co-Investigator: "Randomized, double-blind, parallel-design multicenter trial to evaluate two titration rates of oral topamax (Topirimate) in subjects with epilepsy"; 1995-1997; Ortho-McNeil.

7. Local Site Co-Investigator: "A double-blind, placebo-controlled, parallel study to evaluate the efficacy of Topamax (topirimate) compared to Valproate as add-on therapy to Carbamazepine with special emphasis on cognitive function in subjects with partial-onset seizures", 1998-9; Ortho-McNeil.

8. Local Site Co-Investigator (PI: Kimford Meador, Medical College of Georgia): "Neurodevelopmental Effects of Antiepileptic Drugs"; 2001-2006; National Institute of Neurologic Disease and Stroke (NIH).

9. Local Site Co-Investigator (PI: Kimford Meador, Medical College of Georgia): "Retrospective Study of In Utero Antiepileptic Drug Effects on Neurodevelopment"; 2001-2003. Glaxo SmithKline, Ortho McNeil, Pfizer & Shire.

10. Local Site Co-Investigator (Local PI: Robert Higgins, M.D. A Phase II study designed to evaluate the safety, tolerability, and effect of a single, rising dose of intravenous AL-208 on mild cognitive impairment following coronary artery bypass graft surgery. 2007-2009, Allon Therapeutics.

11. Co-Investigator (PI: Andres Kanner, Rush Medical College). "Efficacy and safety of Rivastigmine in the treatment of memory problems associated with temporal lobe epilepsy: a controlled study.

## CURRENT CLINICAL TRIAL SUPPORT

1. Local Site Co-Investigator: "Responsive neurostimulator system feasibility clinical investigation". 2003-2011, Neuropace.

2. Local Site Co-Investigator: "Stimulation of the anterior nucleus of the thalamus for epilepsy", 2003-11. Medtronics.

3

N-P03

## TEACHING AND SUPERVISING

| | |
|---|---|
| 1989 to present | Neuropsychology intern supervisor, APA accredited clinical psychology internship; Rush University Medical Center, Chicago, IL |
| 1991 to 1999 | Undergraduate externship supervisor, with students from Calvin College, Augustana College, Elmhurst College, Loyola University |
| 2002-2010 | Director of Medical Education, Behavioral Sciences Department, Rush Medical College |

### Courses Taught or Directed

| | |
|---|---|
| 1990 to 1997 | Observation and Communication, Rush Medical College |
| 1994 | Assessment and Treatment of Traumatic Brain Injury, Rush Medical College (with David Nyenhuis, Ph.D.) |
| 1992 to 2009 | Director of Brain-Behavior Module, Fundamentals of Behavior |
| 1997 to 2009 | Interviewing and Communication |
| 1997 to 2002 | Generalist Preceptorship Program |
| 1995; 2000-2002 | Ethics and Law in Medicine |
| 2002-2010 | Course Director, Interviewing and Communication; (Physicianship) |
| 2003-2004 | Shared Medical Decision Making |
| 2010-present | Physicianship |

### Lectures

"Clinical Neuropsychology"; Neurology Clerkship Lecture; Psychiatry Resident Lecture
"Physical Medicine and Rehabilitation"; Resident Lecture
"Brain-Behavior Relationships"; Rush Medical College
"Behavioral Neuroanatomy"; Rush Medical College
"Intelligence and Intellectual Testing"; Rush Medical College
"The Mental Status Examination"; Rush Medical College
"The Psychologist in Court"; Rush Medical College
"Ethics in Psychology"; Rush Medical College

## CERTIFICATION AND LICENSURE
Licensed Clinical Psychologist, Illinois License Number 071-004236; Effective 1989
Limited Scope Psychologist, Indiana License, 99048398A, 2011-2013
Diplomate, Clinical Neuropsychology; Effective 1995
American Board of Professional Psychology (ABPP)
American Board of Clinical Neuropsychology (ABCN)

4

## HONORS AND AWARDS

Elected to Mark Lepper, M.D. Society (Rush Medical College award for those
 Making distinguished teaching and educational contributions), 2009
Graduate School Fellowship, University of Louisville, 1983-85
Outstanding undergraduate awards, Xavier University Psychology
Department, 1981, 1982, 1983

## RUSH UNIVERSITY COMMITTEE AND ADMINISTRATIVE SERVICES

| | |
|---|---|
| 1989-1990, 1994-1998, 2001-present | Curriculum Committee, Behavioral Sciences Department, Rush Medical College |
| 2004-2010 | Chairperson |
| 1990-1991; 1993-1994 | Colloquium Committee, Behavioral Sciences Department, Rush Medical College |
| 1991-1992; 2000-2001; 2004-present | Advisory Committee, Psychology Department, Rush Medical College. Chairperson, 1991-1992; 2000-2001; 2004-present |
| 1991-1994 | Student Judiciary Review Committee, Rush Medical College. Chairperson, 1993-1994 |
| 1991-1994 | Committee on Student Evaluation and Promotion, Rush Medical College |
| 1993-2001, 2008-present | Quality Assurance Committee, Psychology Department, Rush Medical College |
| 1995-1998 | Medical Evaluation Committee Presbyterian-St. Luke's Medical Center |
| 2000-2003 | Committee on Educational Appraisal, Rush Medical College Vice Chairperson 2001-2003 |
| 2001-2004 | Institutional Review Board, Rush University Medical Center |
| 2004-2010 | Curriculum Committee, Rush University Medical Center Educational Program Management Committee |
| 2004-2007 | Faculty Council, Rush University Medical Center |
| 2007-present | Executive Committee of the Medical Staff |
| 2008-2010 | Chairperson, Physicianship Subcommittee of CCE |
| 2011-present | Committee on Committees |

## OTHER COMMITTEE AND LEADERSHIP POSITIONS

| | |
|---|---|
| 1992-1994 | Membership Committee, Illinois Psychological Association |
| 1993-2002 | American Psychological Association, Division 40 (Neuropsychology), Practice Advisory Committee. Chairperson, 1999-2002 |

N-P05

| 1996; 2002 | Host and Organizer, Annual Meeting of the Midwest Neuropsychology Group |
|---|---|
| 1998-2002 | Executive Director, Midwest Neuropsychology Group |
| 2001-present | Local Arrangements Coordinator, Oral Exams for American Board of Clinical Neuropsychology |
| 2002-2007 | Member of the Board of Directors American Academy of Clinical Neuropsychology |
| 2003-2006 | American Psychological Association, Division 40 (Neuropsychology), Ethics Committee |
| 2008 | AACN Consensus Conference of Effort, Response Bias and Malingering Member, Psychological Issues Subcommittee |
| 2010-present | Membership Committee of AITCN and APPCN |

## BIBLIOGRAPHY

Peer-Reviewed Journal Articles

1. **Grote, C.**, & Salmon, P. (1986). Spatial complexity and hand usage on the block design test. Perceptual and Motor Skills, 62, 59-67.

2. **Grote, C.**, Shanahan, P., Salmon, P., Meyer, R., Barrett, C., & Lansing, A. (1992).Cognitive outcome following cardiac operations: relationship to intraoperative, computerized EEG data. Journal of Thoracic and Cardiovascular Surgery, 104, 1405-1409.

3. **Grote, C.**, Pierre-Louis, S., Smith, M., Roberts, R. (1995). Significance of unilateral ear extinction on the dichotic listening test. Journal of Clinical and Experimental Neuropsychology, 17, 1-8.

4. Roberts, M., Persinger, M., **C. Grote**, et al. (1995). The dichotic word listening test: preliminary observations in American and Canadian samples. Applied Neuropsychology, 1, 45-56.

3. **Grote, C.**, Pierre-Louis, S., Durward, A. (1997). Deficits in delayed memory following cerebral malaria: A case study. Cortex, 33, 385-389.

6

4. **Grote, C.**, Van Slyke, P., & Hoeppner, J. (1999). Language outcome following multiple subpial transection for Landau- Kleffner Syndrome. Brain, 122, 561-566.

**BIBLIOGRAPHY** (cont'd)

Articles published, in press or submitted for publication in peer reviewed journals (cont'd)

5. **Grote, C.**, Wierenga, C., Smith, M., Kanner, A., Bergen, D., Geremia, G., & Greenlee, W. (1999) Wada difference a day makes: interpretive cautions regarding same day injections. Neurology, 52, 1577-1582.

6. **Grote, C.**, Lewin, J., Sweet, J., van Gorp, W. (2000). Responses to perceived unethical practices in clinical neuropsychology: ethical and legal considerations. The Clinical Neuropsychologist, 14, 119-134.

7. **Grote, C.**, Kooker, E., Garron, D., Nyenhuis, D., Smith, C., Mattingly, M. (2000). Performance of compensation seeking and non-compensation seeking samples on the Victoria Symptom Validity Test: Cross validation and extension of a standardization study. Journal of Clinical and Experimental Neuropsychology, 22, 709-719.

8. **Grote, C.**, Robiner, W., & Haut, A. (2001). Disclosure of negative information in letters of recommendation: Writers' intention and readers' experiences. Professional Psychology: Research and Practice, 32, 655-661.

9. Martin, R. & **Grote, C.** (2002). Does the "Wada" test predict memory decline following temporal lobectomy? Epilepsy and Behavior, 3, 4-15.

10. **Grote, C.** & Parson, T. (2005). Threats to the livelihood of the forensic neuropsychological practice: Avoiding ethical misconduct. Journal of Forensic Neuropsychology, 4, 79-93.

11. Nelson, N.W., Parsons, T.D., **Grote, C.L**, Smith, C.A., & Sisung II, J.R. (2006). The MMPI-2 fake bad scale: Concordance and specificity of true and estimated scores. Journal of Clinical and Experimental Neuropsychology, 28, 1-12.

12. Attix, D., Donders, J., Johnson-Greene, D., **Grote, C.**, Harris, J. & Bauer, R. (2007). Disclosure of neuropsychological test data: official position of Division 40 (Clinical Neuropsychology) of the American Psychological Association, Association of Postdoctoral Programs in Clinical Neuropsychology, and American Academy of Clinical Neuropsychology (2007). The Clinical Neuropsychologist, 21, 232-238.

13. Bush, S., **Grote, C.,** Johnson-Greene, D. & Macartney-Filgate, M. (2008). An interview

Case 3:10-cv-03074-LTS-KEM    Document 74-12    Filed 11/03/11    Page 7 of 15

N-P07

of neuropsychology ethic experts. The Clinical Neuropsychologist, 22, 321-344.

14. Heilbronner, Robert L. , Sweet, Jerry J. , Morgan, Joel E. , Larrabee, Glenn J. , Millis, Scott R. and Conference Participants(2009) ' American Academy of Clinical Neuropsychology Consensus Conference Statement on the Neuropsychological Assessment of Effort, Response Bias, and Malingering', The Clinical Neuropsychologist, 23: 7,1093 — 1129. (1Conference Participants (by working group): Definitions and Differential Diagnosis: Robert L.Heilbronner (Chair), Kevin J. Bianchini, Paul Kaufmann, Daniel J. Slick, H. Gerry Taylor. Ability Issues: Jerry J. Sweet (Chair), Kyle Brauer Boone, Shane S. Bush, Kevin W. Greve, Thomas J. Guilmette. Somatic Issues: Glenn J. Larrabee (Chair), Manfred F. Greiffenstein, Nathaniel W. Nelson, Julie Suhr, David T. R. Berry*. Psychological Issues: Joel E. Morgan (Chair), Robert L. Denney, Robert J. McCaffrey, **Christopher L. Grote**, Roger O. Gervais. Research Evidence and Scientific Issues: Scott R.Millis (Chair), William B. Barr, Jacobus Donders, Grant L. Iverson, Martin L. Rohling. External ReviewPanel: Laurence M. Binder, Paul Lees-Haley, George J. Demakis, Wiley Mittenberg, Richard I.Frederick.

15. Kalkut, Erica, **Grote, Christopher L,** Weathers, Allison. (under review). An Integrated Theory of Acquired Mirror Writing as an Interhemispheric Disconnection Syndrome.

16. **Grote, Christopher L** (in final preparation). Giving feedback to patients diagnosed with Malingering.

Invited Contributions

Chapters

1. **Grote, C.,** Kaler, D., & Meyer, R. (1987). Personal injury law and psychology. In M. Kurke (Ed.), Psychology in product liability and personal injury litigation (pp. 83-102). Washington, D.C.: Harper and Row Publishing Corp.

2. Murrell, S., Norris, F., & **Grote, C.** (1989). Life events in older adults. In L. Cohen (Ed.), Stressful life events: Theoretical and methodological issues (pp. 63-80). Beverly Hills, CA: Sage Publications.

3. **Grote, C.,** Smith C., Ruth, A. (2001). The neuropsychological evaluation of the patient with seizures. In A. Ettinger & A. Kanner (Eds.), Psychiatric issues in epilepsy: a practical

8

guide to diagnosis and management. (pp. 21-44). Baltimore: Lippincott, Williams and Wilkins.

4. Sweet, J., **Grote, C.,** & van Gorp, W. (2002). Ethical issues in forensic neuropsychology. In S. Bush & M. Drexler (Eds.), Ethical issues in clinical neuropsychology (pp. 103-133). Lisse, The Netherlands: Swets and Zeitlinger.

5. **Grote, C.** (2005). Ethical challenges in forensic neuropsychology, section 2. In S. Bush (Ed.), A casebook of ethical challenges in neuropsychology. (pp. 22-29). Lisse, NL: Swets & Zeitlinger Publishers.

6. **Grote, C.** (2005). Ethical practice of forensic neuropsychology. In G. Larrabbee (Ed.), Forensic Neuropsychology: A Scientific Approach. (Pp.92-114). Oxford, GB: Oxford University Press.

7. Harvison, K., Griffiths, R. & **Grote, C.** (2007). Neuropsychological Testing as Part of a Presurgical Evaluation. In A. Ettinger & A. Kanner (Eds).Psychiatric Issues in Epilepsy (2nd ed.). (pp. 185-202). Philadelphia: Lippincott, Williams and Wilkins.

8. **Grote, C.** & Hook, J. (2007). Forced Choice Recognition Tests of Malingering. In G Larrabbee (Ed). Assessment of Malingered Neuropsychological Deficits. Oxford, GB: (pp. 44-79). Oxford University Press.

9. **Grote, C.** & Marquine, M (2011). Psychogenic non-epileptic seizures: The Case of PS. In J. Morgan, I. Baron, J. Ricker (Eds). Casebook of Clinical Neuropsychology. (pp. 317-328). Oxford: Oxford University Press.

10. **Grote, C,** & Pyykkonen B. (in press). Ethical practice of forensic neuropsychology. In G. Larrabbee (Ed.), Forensic Neuropsychology: A Scientific Approach. (2nd edition). Oxford, GB: Oxford University Press.

11. Kalkut, E, & **Grote, C.** (in press). Neuropsychological Aspects of Depression. In A. Kanner (Ed). Depression in Neurologic Disorders: Diagnosis and Management. West Sussex, United Kingdom: Oxford University Press.

Invited Reviews/Editorials

1. **Grote, C.** (1995). [Review of Neuropsychological perspectives on emotion]. Contemporary Psychology, 40, 153.

N-P09

2. **Grote, C.** (1996). [Review of Clinical Neuropsychology, 3rd ed]. Contemporary Psychology, 41, 146-7.

3. **Grote, C.** & Meador, K. (2005). Has Amobarbital Expired? Considering the Future of the Wada (Editorial). Neurology, 65, 1692-3.

Abstracts

1. **Grote, C.**, Salmon, P., & Shanahan, P. (1991). The use of intraoperative EEG data to predict and limit cognitive deficits following cardiopulmonary bypass surgery. Journal of Clinical and Experimental Neuropsychology, 13, 58.

2. **Grote, C.**, Morrell, F., & Whisler, W. (1991). Verbal memory following dominant hippocampal resection: a comparison of two approaches. Epilepsia, 32, 87.

3. **Grote, C.**, Smith, M., Pierre-Louis, S., Bergen, D., Kanner, A., & Ristanovic, R. (1992). The use of the dichotic listening test to detect lateralized lesions. Epilepsia, 32 (Supplement 3).

4. **Grote, C.**, Bergen, D., Kanner, A., Pierre-Louis, S, Ristanovic, R., Smith, M. (1993). Lateralized lesions and depression in epilepsy surgery patients. Journal of Clinical and Experimental Neuropsychology, 15, 40.

5. Morrell, F., Smith, M., Whisler, W., Bergen, D., deToledo- Morrell, L., **Grote, C.**, Hoeppner, T., Kanner, A., Pierre-Louis, S., & Ristanovic, R. (1993). Epilepsy surgery at Rush: Clinical outcome. Epilepsia, 34, (suppl. 6), 104.

6. **Grote, C.**, Hoeppner, J., & Morrell, F. (1995). Nonverbal abilities and EEG patterns in Landau-Kleffner Syndrome. Journal of the International Neuropsychological Society, 1, 156.

7. Hoeppner, J., **Grote, C.**, Morrell, F., Whisler, W., & Brocken, C. (1993). Long-term follow-up of cognitive and behavioral function following surgery for Landau-Kleffner Syndrome. Epilepsia, 34, (suppl. 6), 72.

8. Pierre-Louis, S., Kanner, A., Frey, M., **Grote, C.** & Bergen, D. (1994). The utility of psychiatric and sodium amytal interviews in predicting remission of pseudoseizures. Epilepsia, 35, 8.

9. **Grote, C.**, Morrell, F., deToledo-Morrell, L., Bergen, D., Kanner, A, Pierre-Louis, S., Ristanovic, R., & Smith, M. (1995). Relationship between IAP memory scores and

10

lateralization of speech and epileptogenic foci. Journal of the International Neuropsychological Society, 1, 192.

10. Garron, D., **Grote, C.**, D'Angelo, C., Menken, M., Oleske, D., & Ryan, W. (1996). Phobia in patients with transsphenoidal transections of pituitary adenomas. Journal of the International Neuropsychological Society, 2, 66.

11. **Grote, C.**, Pierre-Louis, S., & Durward, W. (1997). Amnesia and anomia following cerebral malaria. Journal of the International Neuropsychological Society, 3, 34-5.

12. **Grote, C.**, Nyenhuis, D., Bergen, D., Buelow, J., Gil-Nagel, A., Kanner, A., & Smith, M. (1998). Prevalence of and risk factors for depressive symptoms in epilepsy. Journal of the International Neuropsychological Society, 4, 18-19.

13. **Grote, C.**, Van Slyke, P., & Hoeppner J. (1999). Language outcome following multiple subpial transection for Landau-Kleffner Syndrome. Journal of the International Neuropsychological Society, 5, 148.

14. **Grote, C.**, Wierenga, C., Smith, M., Kanner, A., Bergen, D., Geremia, G., Greenlee, W. (2000). Wada difference a day makes: interpretive cautions regarding same-day injections. Journal of the International Neuropsychological Society, 6, 150.

15. **Grote, C.**, Smith, M., Kanner, A., Hoeppner T, Van Slyke J, Hoeppner J. (2000). Concordance of EEG patterns and clinical variables in Landau-Kleffner syndrome. Journal of the International Neuropsychological Society, 6, 161-2.

16. Smith, C., **Grote, C.**, Mattingly, M., Kooker, E., Bergen, D., Kanner, A., Smith, M. (2000). Executive dysfunction in temporal lobe epilepsy. Journal of the International Neuropsychological Society, 6, 414.

17. **Grote, C.**, Kooker, E., Garron, D., Nyenhuis, D., Smith, C., Mattingly, M. (2000). Relationship of a malingering measure to estimated and achieved IQ. The Clinical Neuropsychologist, 14, 242.

18. **Grote, C.**, van Gorp, W., Sweet, J. (2001). Ethical issues in Neuropsychology: Keeping yourself and others "honest" in adversarial cases. Journal of the International Neuropsychological Society, 7, 166.

19. **Grote, C.** (2001). Ethical and legal considerations in responding to perceived unethical practices of others. Journal of the International Neuropsychological Society, 7, 66.

20. **Grote, C.**, Kooker, E., Garron, D., Nyenhuis, D., Smith, C. & Mattingly, M. (2001). Cross validation of and alternative cut scores for the Victoria Symptom Validity Test.

11

Journal of the International Neuropsychological Society, 7, 146.

21. **Grote, C.,** Geary, E., Balabanov, A., Bergen, D., Kanner, A., Palac, S. & Smith, M. (2003). Evidence that the MMPI-2 differentiates patients with epileptic seizures from those with psychogenic nonepileptic seizures. Journal of the International Neuropsychological Society, 9, 535.

22. **Grote, C.,** Parsons, T., Nelson, N., Smith, C. & Geary, E. (2004). MMPI-2 Obvious-Subtle difference scores predict failure on the Victoria Symptom Validity Test. Journal of the International Neuropsychological Society, 10, S83.

23. Nelson, N., **Grote, C.,** Parsons, D., Smith, C., Geary & Geary, E. (2004). Do MMPI-2 "conversion V" profiles impact poor performance on the Victoria Symptom Validity Test? Journal of the International Neuropsychological Society, 10, S84.

24. Kanner, A, Byrne R, Van Slyke P, **Grote C,** et al. Functional language recovery following a surgical treatment of Landau-Kleffner Syndrome. Neurology, 2005; 64:(Suppl 1):A-359.

25. Stoub, R, A. Chicharro, G. T. Stebbins, **C. Grote,** C. Taute, A. M. Kanner, A. Hippocampal Disconnection Contributes to Memory Dysfunction in Individuals with Temporal Lobe Epilepsy. Epilepsia, Volume 48, Issue s6, Abstracts from the 2007 Annual Meeting of the American Epilepsy Society, Page 125-238, Oct 2007, doi: 10.1111/j.1528-1167.2007.01252_3.x.

26. Chicharro, A., Kanner, A. Stoub T, **Grote, C,** C. Taute. Relation Between Hippocampal Volumes and Psychiatric Profile. Epilepsia, Volume 48, Issue s6, Abstracts from the 2007 Annual Meeting of the American Epilepsy Society, Page 1-118, Oct 2007, doi: 10.1111/j.1528-1167.2007.01252_1.x.

27. **Grote, C.** Pykkonnen B, Kanner, A., Smith M, Byrne R. A validation of a popular WAIS-III short form in patients with epilepsy. Abstracts from the 2009 Annual Meeting of the International Neuropsychological Society, Helsinki Finland. Journal of the International Neuropsychological Society, 15, Suppl. 2. page 57, 200 . doi :10.1017/S135561770 056

28. **Grote C,** Pyykkonen B, Smith M, Kanner A, Byrne A. Improved cognitive performance following cranial resection for the treatment of epilepsy. Abstracts from the 2009 Annual Meeting of the International Neuropsychological Society, Helsinki Finland. Journal of the International Neuropsychological Society, 15, Suppl. 2. page 57, 200 . doi :10.1017/S135561770 056

12

29. **Grote, C,** Zukerman J, Byrne R, Kanner A, Smith M. Memory outcome after tailored temporal lobe resection. Abstracts from the 2010 Annual Meeting of the International Neuropsychological Society, Krakow Poland. Journal of the International Neuropsychological Society.

30. **Grote, C.,** Byrne R., Kanner A., Smith M., Zukerman J. Memory following temporal lobe surgery. Abstracts from the 2011 Annual Meeting of the International Neuropsychological Society. Boston MA. Journal of the International Neuropsychological Society.

## INVITED PRESENTATIONS AT INTERNATIONAL VENUES, NATIONAL MEETINGS, OR NATIONALLY-SPONSORED MEETINGS

1. Hermann, B., & **Grote, C**. (1997, October) "Temporal lobe personality disorder: does it exist?". Presentation at Epilepsy and Psychiatry conference, Chicago, IL.

2. **Grote, C**. (1998, April) "Language outcome following multiple subpial transection for Landau-Kleffner Syndrome". Presentation at Cornell-NYH Medical Center, New York.

3. Sweet, J., **Grote, C.,** van Gorp, W. (2000, October) "When Experts Collide: Neuropsychological Consultation, Testimony and Encountering Colleagues in Court". Presentation at the American Academy of Clinical Neuropsychology conference, Chicago, IL.

4. **Grote, C**. (2001, April). "Diagnosis and treatment of Landau-Kleffner Syndrome". Grand Rounds, Department of Neurology, University of Navarra Medical School, Pamplona, Spain.

5. **Grote, C**. & Morgan, J (2004, November). "Ethics in forensic neuropsychological practice". National Academy of Neuropsychology, Seattle Wa.

6. **Grote, C**. (2005, June). "Ethical practice of clinical and forensic neuropsychology". American Academy of Clinical Neuropsychology, Minneapolis, MN.

7. **Grote, C**. (2008, June). "Ethical practice of forensic neuropsychology". American Academy of Clnical Neuropsychology, Boston, MA.

8. Morgan, J., **Grote, C.** ((2009, June). The practice of forensic neuropsychology: Differential diagnosis and data analysis. American Academy of Clinical Neuropsychology, San Diego, CA.

13

N-P13

9. **Grote, C.** (2010, July). Ethics in Neuropsychology. University of Virginia, Psychiatry Rounds, Charlottesville, VA.

10. **Grote, C**, Spector, J., Morgan J. (2010, October). The ethical practice of forensic neuropsychology: Issues in adult civil cases. National Academy of Neuropsychology. Vancouver, BC, Canada

11. Morgan, J., Spector, J., **Grote, C.** (2010, October). The ethical practice of forensic neuropsychology: Issues in adult criminal and pediatric cases. National Academy of Neuropsychology. Vancouver, BC, Canada.

## INVITED PRESENTATIONS AT LOCAL INSTITUTIONS AND MEETINGS

1. Grote, C. (1993, May). "The neuropsychology of epilepsy". Colloquium at the University of Chicago Hospital Brain-Behavior lecture series.

2. Grote, C. (1993, October). "Effects of epilepsy and AEDS on cognition, academic achievement, and behavior in children". Lecture at Chicago conference Pediatric Epilepsy.

3. Grote, C. (1994, November). "Non-epileptic seizures". Colloquium at Evanston Hospital, Evanston, IL.

4. Grote, C. (1995, June). "Epilepsy, cognition and behavior". Colloquium at Oak Forest Hospital, Oak Forest, IL.

5. Grote, C. (1996, March). "Epilepsy and sexuality". Presentation at Epilepsy Foundation of America, Chicago, IL.

6. Grote, C. (1996, September). "Social life and epilepsy". Presentation at Epilepsy Foundation of America, Chicago, IL.

7. Grote, C. (1996, November). "The effects of epilepsy on the mind and body". Presentation at annual meeting of the Illinois Psychological Association, Chicago, IL.

8. Grote, C. (1997, January). "Children, epilepsy and psychology". Presentation at Naperville Parents/Epilepsy group, Naperville, IL.

9. Grote, C. (1998, March) "Psychosocial problems in epilepsy". Presentation at Caring for Epilepsy in the 90's conference, Chicago, IL.

14

## Christopher L. Grote

10. Grote, C. (1999, November) "Performance of compensation-seeking and non compensation-seeking patients on the Victoria Symptom Validity Test". Presentation at Evanston Hospital, Evanston, IL.

11. Grote, C. (2000, January) "Railway brain and spine 100 years later: assessment of effort of litigants and non-litigants". Presentation at the University of Chicago Hospitals, Chicago, IL.

12. Yufit, R.& Grote, C. (2001, November). "Value of Board Certification by the American Board of Professional Psychology". Presentation at the Illinois Psychological Association Meeting, Northbrook, IL.

13. Grote, C. (2003, March). "Neuropsychology of Nonepileptic Seizures". Presentation at the University of Illinois Medical Center Neuropsychology Colloquium, Chicago, IL.

14. Grote, C. (2004, January). "Memory Outcome Following Epilepsy Surgery". Presentation at Evanston Hospital Neuropsychology Colloquuium, Chicago, IL.

15. Grote, C. (2004, October). "Ethics in Neuropsychology". Presentation at the University of Illinois Medical Center Neuropsychology Colloquium, Chicago, IL.

16. Grote, C. (2006, March). "Update on Ethical Practice of Clinical Neuropsychology". Presentation at the University of Chicago Hospitals, Chicago, IL.

17. Grote, C. (2007, November). "Epilepsy and Neuropsychology". Epilepsy Foundation of America, Chicago Chapter.

18. Grote, C. (2009, April). Epilepsy for Neuropsychologists. University of Illinois at Chicago Medical Center, Neuropsychology Grand Rounds.

19. Grote, C. (2010, March). Memory after Epilepsy Surgery. University of Chicago Medical Center, Neuropsychology Grand Rounds

15

N-P15