**U. S. Department of Justice**
Drug Enforcement Administration



## REPORT OF INVESTIGATION

Page 1 of 6

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Mark E. Hein, SA<br>At Des Moines, IA | ☐ ☐ ☐ ☐ | | 6. File Title<br>HONKEN, Dustin | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared<br>March 5, 1997 | |
| 9. Other Officers: DNE SA Lori Lewis, AUSA Steven Colloton | | | | |
| 10. Report Re: Interview of Terry BREGAR on March 4, 1997 | | | | |

SYNOPSIS:

On March 4, 1997, Terry BREGAR was interviewed at the Plymouth County Jail in LeMars, IA, by SA Mark Hein, DNE SA Lori Lewis and AUSA Steven Colloton concerning his knowledge of defendant Dustin HONKEN. BREGAR stated HONKEN talked to him about manufacturing methamphetamine, witnesses disappearing, killing witnesses and HONKEN's girlfriends. BREGAR provided information concerning HONKEN's attempt to escape from the Woodbury County Jail in Sioux City, IA.

DETAILS:

. On March 4, 1997, SA Mark Hein, DNE SA Lori Lewis and AUSA Steven Colloton interviewed rry BREGAR at the Plymouth County Jail in LeMars, IA, concerning his knowledge of defendant Dustin HONKEN. BREGAR stated when he first arrived at the Woodbury County Jail he was placed in D block and HONKEN was in that block. BREGAR stated he was in the same block with HONKEN for about two and one-half weeks and then he was moved from the Woodbury County Jail. BREGAR stated HONKEN asked him why he was there and he told HONKEN for methamphetamine. BREGAR stated HONKEN told him he was in jail for manufacturing methamphetamine and BREGAR believed HONKEN told him for nine kilograms. HONKEN said he was waiting to go to trial.

2. BREGAR stated he and HONKEN talked about making methamphetamine and HONKEN said his lab was in his basement. HONKEN showed BREGAR pictures of his lab. HONKEN talked about the purity of methamphetamine he had made and said he could make 91%-92% testable methamphetamine. BREGAR stated HONKEN told him he started out in Arizona and had been making methamphetamine since 1993. HONKEN told BREGAR he had gone to school (taken chemistry courses) to learn how to make methamphetamine. HONKEN told BREGAR he wanted to make a bunch of methamphetamine and become a millionaire. BREGAR stated HONKEN appeared driven by money. BREGAR stated HONKEN's method of manufacturing methamphetamine was professional. BREGAR stated he (BREGAR) knew how to manufacture methamphetamine but it was a country bumpkin way.

| 11. Distribution:<br>Division<br><br>District<br><br>Other HQS:NIID | 12. Signature (Agent)<br>Mark E. Hein, SA<br><br>14. Approved (Name and Title)<br>David F. Lorino, RAC | 13. Date<br>3/2/97<br><br>15. Date |
|---|---|---|

A Form - 6
1 1996

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

GOVERNMENT EXHIBIT R
CIO-3074

U. S. Department of Justice
Drug Enforcement Administration

 



| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
| | 3. File Title HONKEN, Dustin | |
| 4. Page 2 of 6 | | |
| 5. Program Code | 6. Date Prepared March 5, 1997 | |

3. BREGAR stated from the pictures HONKEN had of his lab, he had all the nice fancy glassware. HONKEN told BREGAR that he had access to ephedrine sulfate in Arizona in five gallon containers. BREGAR stated ephedrine was difficult to obtain and he was aware of how to extract ephedrine from other products which was time consuming. BREGAR stated what chemicals HONKEN couldn't buy for his lab HONKEN said he could make. BREGAR stated HONKEN knew where to obtain pure ether. HONKEN told BREGAR he could order things he needed to make methamphetamine through work. BREGAR stated he told HONKEN he had watched the process of making methamphetamine twice in Madison County in September, 1996. BREGAR stated HONKEN wrote down his version of making methamphetamine.

4. BREGAR stated HONKEN told him he had a best friend who helped him make methamphetamine and his best friend turned on him. HONKEN told BREGAR his best friend went to his house wearing a wire and they got recorded conversations between them. HONKEN told BREGAR his best friend got him to talk about things he shouldn't have talked about. BREGAR stated HONKEN thought his best friend may not of turned on him if he hadn't gone out with his wife. BREGAR stated he doesn't know when HONKEN went out with his best friend's wife.

BREGAR stated HONKEN told him he smoked methamphetamine and sold it. BREGAR stated HONKEN told him he wished he had known BREGAR years ago as he would have sold him pounds for $8,000.00 per pound.

6. BREGAR stated HONKEN told him he was arrested in 1993 for methamphetamine and they had to drop their case against him. BREGAR stated on one occassion HONKEN told him they had to drop their case against him because witnesses left town and as he said that HONKEN made the motion of shooting someone with his thumb and finger. BREGAR stated another occasion, HONKEN told him the witness in 1993 disappeared and as he said that he made the motion of shooting a gun using his thumb and finger. BREGAR stated HONKEN said "they're all in one spot" referring to the people who are missing. BREGAR stated HONKEN told him if he could get out of jail for a week he would kill his prosecutor Pat Reinert and his whole family if he had to to get out of his charges. HONKEN said he knows where Reinert lives. HONKEN told BREGAR he would also kill his best friend.

7. BREGAR stated HONKEN said he had dated Jodie, the anchorwoman in Mason City, and she's missing/disappeared too. BREGAR stated the way HONKEN said that he led him to believe HONKEN had something to do with Jodie's disappearance.

8. BREGAR stated HONKEN said if he had a week out of jail it would be the same as 1993, there wouldn't be any witnesses. HONKEN told BREGAR he had bailed out a guy to take care of some things for him. HONKEN said the guy didn't do anything and then failed to show up for court. BREGAR stated HONKEN went nuts when he found out the guy didn't show up for court and he said he was going to kill the son-of-bitch. HONKEN said he can't hide from me. BREGAR stated HONKEN learned about the guy not showing up by talking to someone on the telephone. BREGAR believed it happened about halfway through the time he spent with

A Form - 6a kjl:031197     **DEA SENSITIVE**     Jul. 1996)    Drug Enforcement Administration     **1 – Prosecutor**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Case 3:10-cv-03074-LTS-KEM    Document 74-17    Filed 11/03/11    Page 2 of 6   13-2

R-P2

A001332

U. S. Department of Justice
Drug Enforcement Administration

 

| REPORT OF INVESTIGATION | 1. File No. | 2. G–DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title HONKEN, Dustin | |
| 4. Page 3 of 6 | | |
| 5. Program Code | 6. Date Prepared March 5, 1997 | |

HONKEN in jail. BREGAR believed HONKEN stood to lose $5,000.00 if the guy didn't show up. BREGAR stated HONKEN said he gave $500.00 to a bondsman. BREGAR stated someone on the outside had HONKEN's money. BREGAR stated when the guy didn't show up for court, HONKEN went to the telephone to try to get some help in locating the guy. HONKEN came back and said he had people on it.

9. BREGAR stated HONKEN talked about his girlfriend from Des Moines, ANGIE. BREGAR stated HONKEN and ANGIE have a child together and he believes it is a girl. BREGAR stated HONKEN said he had another girlfriend named KATHY and has a child by her. HONKEN told BREGAR that KATHY can't hurt him but ANGIE could bury him big time because of what they had done together. BREGAR stated HONKEN said ANGIE had been in the grand jury several times and stood up. HONKEN said ANGIE didn't talk. BREGAR stated when HONKEN was talking about his drug case he said things could be a lot more serious than they are. BREGAR stated HONKEN said ANGIE is the only loose link out there and he is concerned that she will talk.

10. BREGAR stated HONKEN is very intelligent. BREGAR stated he believed HONKEN could kill somebody and that he has killed someone. BREGAR stated HONKEN has a very cold side to him. BREGAR stated HONKEN said HONKEN's father had done time for robbery.

11. BREGAR sated that while he was in jail with HONKEN, the inmates HONKEN talked to or spent time with were Luis GARCIA, Dayton SABASTA, Danny FRYE, Jim BROWNLEE and himself. BREGAR stated HONKEN spent a lot of time talking to SABASTA and they were like shadows together. BREGAR stated HONKEN and SABASTA controlled the television in the cell block and SABASTA was like muscle for HONKEN. BREGAR stated HONKEN was always giving SABASTA commissary. BREGAR stated he heard HONKEN and SABASTA talking about HONKEN putting money on SABASTA's books.

12. BREGAR stated HONKEN said he had a way he could distribute methamphetaminne via a computer. BREGAR stated he didn't fully understand it and explained HONKEN's distribution method as follows: HONKEN would send a message via computer to someone to pick up methamphetamine and deliver it. Then he would send a message to another individual to pick up the money for the methamphetamine. HONKEN set his system up so nobody knows anyone else and people are picking up packages and delivering them with instructions not to look in the packages. HONKEN told BREGAR the way he set up the distribution system, he is not seen in connection with the delivery of methamphetmaine or the pickup of money from the sale of methamphetamine.

13. BREGAR stated he was in the Woodbury County Jail about a week and HONKEN asked him if he would like to get out of there. BREGAR stated he asked HONKEN what he meant and HONKEN said escape. BREGAR stated he told HONKEN it was impossible. HONKEN told BREGAR that they already had it figured out. BREGAR stated HONKEN led him to believe he was in charge of the escape. HONKEN told BREGAR something is in the planning which he wouldn't tell him

DEA Form – 6a kjl:031197
.ul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 – Prosecutor



A001333

**U. S. Department of Justice**
**Drug Enforcement Administration**



| REPORT OF INVESTIGATION | 1. File No. | 2. G–DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title HONKEN, Dustin | |
| 4. Page 4 of 6 | | |
| 5. Program Code | 6. Date Prepared March 5, 1997 | |

about than. BREGAR stated in the following day or two he went to HONKEN's cell and HONKEN said they had a hole busted to the outside brick in the next block (C block). BREGAR stated they were going out the top blocks of the cell in C block. HONKEN said he had to bust through his cell wall to get into C-block. BREGAR stated SABASTA busted the door handle off of one of the bottom cells which was Jim BROWNLEE and Danny FRYE's cell. BREGAR stated the whole place knew what was going on because of all the hammering.

14. BREGAR stated HONKEN and SABASTA got a coat hook off the wall just inside the cell block. HONKEN and SABASTA then used the brass door handle as a hammer and the coat hook as a chisel and busted a hole in HONKEN's cell wall until they found the brick was solid. BREGAR stated they beat on it a couple eveings when the TV was up loud and everyone was making a lot of noise. BREGAR stated because they found the cell wall to be solid they gave that up.

15. BREGAR stated he even took some soap up to HONKEN to cover the hole he made because HONKEN wasn't going to do anything about it. BREGAR was afraid everyone would get locked down because of HONKEN and SABASTA making the hole in HONKEN's cell. BREGAR stated the jail soap is the same color as the cell walls. BREGAR stated when HONKEN and SABASTA would take a break from making the hole the other inmates would go up to HONKEN's cell and see how they were doing.

16. BREGAR stated HONKEN said he had experience with locks and he needed a couple items to try to pick the fire door lock between C and D cellblocks. BREGAR stated his cell was right underneath HONKEN's cell and was next to the fire door. BREGAR stated HONKEN got the coat hook and used it as a tension bar on the fire door lock and used a bow off somebody elses glasses to manipulate the tumblers. BREGAR stated HONKEN worked on that a couple mornings early in the morning. BREGAR stated the stairway where HONKEN worked on the fire door lock was a total blind spot from the guards but the whole cell block knew what he was doing. BREGAR stated HONKEN said there were four tumblers and he got all of them to fall. BREGAR stated he saw HONKEN turn the lock on the fire door and HONKEN was very proud of being able to do it. BREGAR stated HONKEN didn't open the door because that would attract a lot of attention between the cell blocks. BREGAR stated everyone in there knew HONKEN was trying to get out and he was afraid some of the Mexicans would turn him in. BREGAR stated about half or better of the inmates in cell block D were hispanics and HONKEN could speak Spanish with them enough to communicate. BREGAR stated HONKEN spent a lot of time with Luis GARCIA in the cell block. BREGAR described GARCIA as a hispanic male, 35-40 years of age, 5'10" tall, approximately 160 pounds and had black hair with a little gray in it.

17. BREGAR stated when the inmates in cell block C were making the hole to the outside wall, they ran into a reinforcement bar they needed to cut through. BREGAR stated HONKEN broke off a piece of the nosing on the D block steps to use to cut through the reinforcement bar. The piece had abrasive material on it. BREGAR stated HONKEN used the

DEA Form - 6a    DEA SENSITIVE
(Jul. 1996)    Drug Enforcement Administration    1 – Prosecutor
kJl:031197

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

R-P4

A001334

**U. S. Department of Justice**
Drug Enforcement Administration



| REPORT OF INVESTIGATION | 1. File No. | 2. G–DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title <br> HONKEN, Dustin | |

| 4. | Page 5 of 6 | |
|---|---|---|
| 5. Program Code | 6. Date Prepared <br> March 5, 1997 | |

stike plate on the cell door of cell number one in D block to pry the abrasive off the stairs. BREGAR stated HONKEN took the screws out of the plate and then refastened them. BREGAR stated when he was in cell one the plate was missing a screw. BREGAR stated HONKEN told him he had been in cell one for awhile. BREGAR stated HONKEN had SABASTA put the abrasive piece on a jigger string and send it under the door of D block to underneath the door of C block. BREGAR stated they couldn't pass the abrasive piece to C block under the fire door between the cell blocks.

18. BREGAR stated HONKEN and SABASTA wouuld stand at the fire door between C and D cellblocks for hours and talk to DENNIS (not sure of his last name) and a Mexican. BREGAR stated DENNIS had his head shaved and was from Sioux City. BREGAR stated HONKEN said if they got out, they would be out of the country in twenty-four hours. BREGAR stated SABASTA said he was going to escape and that he must be crazy because he had only ten to eleven months and his sentence was discharged. SABASTA said he wanted to escape anyway because there was going to be a lot of money made as HONKEN was going to make methamphetamine for the Mexicans.

19. BREGAR stated the inmates that were planning to escape were HONKEN, SABASTA, Dennis J and a couple of Mexicans. BREGAR stated he didn't know if there were more inmates planning to escape with them. BREGAR stated they had been working on the escape for a month. HONKEN had paid someone to bring a rope to the outside wall. BREGAR stated they were going to let down the blanket rope that David LEAVITT made and bring up the big rope for them to climb down on. BREGAR stated HONKEN said he paid $200.00 for this person to bring the rope. HONKEN said the guy was supposed to show up with the rope and didn't show. BREGAR stated LEAVITT said he made the rope out of the bedding and he was just helping out. LEAVITT did not want to escape. BREGAR stated LEAVITT was a federal prisoner and believed he is now incarcerated in Duluth.

20. BREGAR stated about a week before he left, HONKEN asked him if he could look out BREGAR's cell window because he couldn't see a white car well enough. BREGAR stated he looked at the car after HONKEN and it was a white 1990s Chrysler of some kind with it's parking lights on. HONKEN told BREGAR he thought it was a go. HONKEN also told BREGAR that night if you hear some noise, don't pay attention. BREGAR stated HONKEN had already mailed out all his legal papers because he didn't want them to be left behind and he was getting more secretive. BREGAR stated he didn't know who was driving the white car. HONKEN said the rope guy didn't show up, so this escape attempt turned out to be a dry run. HONKEN said the rope guy and the white car were to show up separately. BREGAR stated after the rope guy didn't show, they started looking for someone else to bring the rope. BREGAR stated HONKEN was upset at the guy he hired to bring the rope because he beat him for $200.00, but he was more upset because he wanted to escape.

DEA Form – 6a    kjl:031197    **DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 – Prosecutor

13-2

R-P5

A001335

**U. S. Department of Justice**
Drug Enforcement Administration



## REPORT OF INVESTIGATION

*(Continuation)*

| | | | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|---|
| | | | ███████ | ███████ |

3. File Title
HONKEN, Dustin

4. Page 6 of 6

5. Program Code

6. Date Prepared
March 5, 1997

21. BREGAR stated HONKEN had someone pick up his personal stuff that he didn't want left behind about two days before he thought he was escaping. BREGAR stated HONKEN filled out a slip that allows someone from the outside to pick up his property.

22. BREGAR stated he heard the jailers found the hole they were making in C block after BREGAR left Woodbury County. BREGAR stated he heard that from an inmate named Henry LNU at Plymouth County who has a brother in law that's a jailer in Woodbury County.

INDEXING SECTION:

1. HONKEN, Dustin, NADDIS ███████
2. JOHNSON, Angela, NADDIS ███████
3. RICK, Kathy, NADDIS ███████
   SABASTA, Dayton, NADDIS ███████
5. GARCIA, Luis, NADDIS ███████
6. FRYE, Daniel, NADDIS ███████
7. BROWNLEE, James, NADDIS ███████
8. PUTZIER, Dennis, NADDIS ███████
9. LEAVITT, David, NADDIS ███████

DEA Form – 6a   kj1:031197
(Jul 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 – Prosecutor