**Lisa A. Rickert, MSSW**
**P.O. Box 44331**
**Madison, Wisconsin 53744-4331**
**Phone: 608-826-4271**
**Fax: 608-826-4275**
**lisarickert@charter.net**
**Website: www.lisarickert.com**

---

**EDUCATION:**

Master of Science in Social Work
University of Wisconsin-Madison
May 1996

Bachelor of Science in Social Work
University of Wisconsin-LaCrosse
May 1993

**PROFESSIONAL EXPERIENCE:**

Forensic Social Worker
Private Practice to include:
Sentencing Advocacy, September 1997-present
Death Penalty Mitigation, January 2000-present
Defense-Initiated Victim Outreach, 2003-present

Student Advisor, Criminal Justice Program (1/4-time)
U.W.-Madison
December 1997-December 2003

Client Services Specialist (Sentencing Advocacy)
State Public Defender's Office, Dane County, Wisconsin
June 1994-September 1997

Client Services Specialist (Sentencing Advocacy)
State Public Defender's Office, Rock County, Wisconsin
March 1993-June 1994

Dispositional Worker
Bayfield County Department of Social Services, Washburn, Wisconsin
August 1991-August 1992

Juvenile Intake Worker
LaCrosse County Human Services Department, LaCrosse, Wisconsin
August 1988-December 1990

Program Coordinator for Home Detention/Report Center, Intensive Tracking, Truancy Program, and Runaway Program.
LaCrosse County Human Services (Contracted Employee)
January 1987-August 1988

Intervention Counselor with Intensive Tracking Program
LaCrosse County Human Services (Contracted Employee)
August 1986-January 1987 (full-time)
August 1985-May 1986 (part-time)

Juvenile Court Worker (Limited Term Employee)
LaCrosse County Human Services Department
May 86-August 1986 (full-time)

1

August 1985-December 1985 (part-time)

**CERTIFICATIONS:**    Certified Social Worker in Wisconsin, # 2212-120

**PROFESSIONAL**
**AFFILIATIONS:**    Member of National Legal Aid & Defender Association
January 2001 - Present

Board Member of the National Association of Sentencing Advocates (NASA)
President of NASA in 2004
First term Board Member: July 1998-2001
Second term Board Member: September 2001-2004

Member of the National Alliance of Sentencing Advocates and Mitigation
Specialists (formerly NASA)
1993-Present

Member of Advisory Committee for Victim Offender Conferencing Program
May 1996- January 1999

Facilitator for the Victim Offender Conferencing Program
July 1997-January 1999

Member of Women in Corrections Task Force
Advisory sub-committee for Family Connections of Dane County
November 1997-2000

Member of Coordinated Community Response to Sensitive Crimes Task Force
August 1994 -September 1997

Member of Criminal Justice/Mental Health Interface Sessions
January 1996-September 1997

**ARTICLES:**    The Emerging Field of Sentencing Advocacy, Wisconsin Law Journal,
Litigation Support Guide, August 25, 2004

**AWARDS:**    National Association of Sentencing Advocates President's Award.
For contributions to the growth and vitality of the National Association of
Sentencing Advocates, April 14, 2000.

2