# COMPREHENSIVE CURRICULUM VITA

## John Frank Warren, III
*Clinical Psychologist*
*Physician Assistant (Family Medicine and Psychiatry)*

840 West Fourth Street * Winston-Salem, North Carolina  27101
Office:  336.773.0900 or 866.761.0764  *  FAX:  336.773.0097
Cell:  336.416.3938  *  DrWarren@JohnWarrenPhD.com

## Primary Professional Affiliations

***John F. Warren & Associates*** staff provides complex clinical, medical, neuropsychological, and forensic psychological evaluations, specializing in evaluations of medical patients and litigants in family, civil, criminal, and other legal proceedings.  In addition to currently conducting evaluations across the state and southeast, the practice staffed the 21st Judicial District's juvenile court psychology office 2005-08.  www.johnwarrenphd.com

Warren is the managing member of ***The FMRT Group*** – providing fitness, medical, risk of violence, and training services to over 220 NC law enforcement and public safety agencies.  The group provides online employment screening services, comprehensive medical-psychological-drug pre-employment evaluations, Fitness for Duty evaluations, risk of violence assessments and management, and other specialized assessment training for client agencies.  Warren is also the author of the *BRAINS*™ Assessment for public safety screening.  www.fmrt.com

***Ardmore Family Practice*** serves patients throughout the lifespan, obstetrics through geriatrics. John Warren practices part-time with board certified family physicians and physician assistants. His particular areas of interest include pediatrics, men's health, metabolic syndrome, and psychopharmacology / psychiatry.  www.ardmorefamilypractice.com

## Other Affiliations

Warren serves as a Peer Reviewer to the ***Journal of the American Academy of Physician Assistants*** and as reviewer to ***PsycCRITIQUES—Contemporary Psychology: APA Review of Books***.

With prior teaching experience as Adjunct Assistant Professor at High Point University, Wake Forest University, and Winston-Salem State University, Dr. Warren now lectures on medical and forensic psychology issues in undergraduate and graduate psychology courses, and in law school courses.  He has taught courses in abnormal, cognitive, introductory and social psychology.

Warren contracted in the past with the North Carolina Department of Correction, providing 1) assessment services for Correctional Officer selection, 2) training services for mental health staff members, and 3) development and treatment services for incarcerated sex offenders at two NC DOC facilities from 1998 to 2002.  From 1998-2002 he was the Behavioral Medicine Team coordinator for the Special Operations Response Team (SORT) in Winston-Salem, and through SORT was a charter member of the United States Department of Homeland Security.

**Education and Training:**

**Physician Assistant Studies Program**
East Carolina University, 6/02 - 5/05

Winston-Salem State University and Forsyth Technical Community College
Pre-medical curriculum, Clinical Laboratory Sciences, 1999-01

University of Virginia Institute of Law, Psychiatry and Public Policy
Forensic Training Certificate Program, Charlottesville, VA, 1988

Winston-Salem Police Academy
Winston-Salem, NC, 1987

Continuing Education Certification Program, biennial certification
North Carolina Psychological Association**,** since inception (1981) - present

Internship in Clinical Psychology (APA Approved) Completed Post-doctorally
Rotations in Acute Psychiatry, Neuropsychology, Forensic Psychology, and
Adolescent Psychiatry. Broughton State Hospital, Morganton, NC, 7/80 - 6/81

**Ph.D., Duke University**, Durham, NC
Counseling Psychology, 9/80

Pre-doctoral Internship in Clinical Psychology
Durham County CMHC, Durham, NC, 7/79 - 6/80

**M.Ed., University of North Carolina at Greensboro**
Counseling, 7/78

Practicum Experience
Student Health Services, UNC-Greensboro, 1/78 - 6/78

**A.B., Duke University**
Sociology / Religion, 9/75

Additional Undergraduate Coursework
East Carolina University and Elon College

Walter M. Williams High School
Burlington, NC, 1972

## Licensure

NC Board of Examiners of Practicing Psychologists
Licensed Psychologist (NC #871)
Health Services Provider - Psychology

NC Medical Board
Licensed Physician Assistant (NC #0010-00263)

## Board Certification

American Board of Forensic Psychology
American Board of Professional Psychology (ABPP)
Fellow and Diplomate

## Accreditations / Certifications

National Committee for the Accreditation of Physician Assistants
Physician Assistant, Certified (PA-C) (#1066948)

National Register of Health Service Providers in Psychology
Listed Psychologist (#35157)
Hospital Staff Membership Designation
Clinical Psychopharmacology

State of North Carolina Criminal Justice Education and Training Standards Commission
Criminal Justice Instructor Certification (#1937)
Medicine and Psychology

US Department of Justice, Drug Enforcement Administration, Diversion Control
DEA Registration, Prescriber (MWxxxxxxx)

**Memberships**

American Academy of Forensic Psychology
    Fellow

American Academy of Physicians Assistants
    Member

American Academy of Forensic Sciences
    Psychiatry and Behavioral Sciences Division, Elected Member

American Psychological Association
    Division 41, American Psychology - Law Society;
    Division 28, Psychopharmacology and Substance Abuse;
    Division 40, Clinical Neuropsychology

Association for the Treatment of Sexual Abusers
    Charter Member (Formerly the Association for the Behavioral Treatment of Sexual Abusers)
    Clinical Member

International Association of Chiefs of Police
    Psychological Services Section
        Police Consulting Guidelines Committee, 2009 - 2010
        Fitness for Duty Guidelines Committee, 2008 - 2009
        Conference Program Committee, 2007 - 2008

National Academy of Neuropsychologists (Inactive)
    Former Membership Committee

North Carolina Psychological Association
    Division of Professional Practice
    Psychology and Law Committee, 2006 - present
    Prior positions:
        Committee on Legal Issues, 7/93 – 6/96;
        Board of Directors, 7/81 - 6/89,
        Editor, <u>The North Carolina Psychologist</u>, 1985 to 1989;
        Chair, Public Information Committee, 1982 to 1985

North Carolina Academy of Physicians Assistants
    Member and Fellow

Professional Academy of Custody Evaluators (Inactive)
    Registered Custody Evaluator

**Academic Affiliations**

Wake Forest University
Adjunct Lecturer and Instructor: Psychology, education, law
Courses taught: Abnormal Psychology; Cognitive Psychology
Lectures given: Forensic psychology, Child abuse and neglect, Severe emotional distress
6/84 - present (currently limited to lectures)

High Point College
Adjunct Instructor: Psychology
Courses taught: Introductory Psychology, Abnormal Psychology, Social Psychology
9/84 - 6/94

Winston-Salem State University
Adjunct Instructor: Psychology
Courses taught: Introductory Psychology, Abnormal Psychology
1/85 - 5/86

**Hospital Affiliations**

Forsyth Medical Center / Novant Health, Winston-Salem
Allied Health Staff, 7/81 – present
Appointments in:      Family Practice
                              Psychiatry
                              Rehabilitation Medicine

Broughton State Hospital, Morganton, NC
Visiting Staff Privileges
7/06 – present

**Other**

*Aviation.* In addition to providing Part 135 pilot services in the past, Warren's current aviation interests include return to duty evaluation of pilots and employee assistance evaluation services for airline professionals. Warren is a 3000+ hour pilot.

Licensure:      Commercial Pilot;
Ratings:          Multi-engine land, Instrument;
Endorsements:  Variety of make and type aircraft;

*Music.* John Warren has written and performed for over 30 years with the regionally acclaimed folk-rock trio, WARREN, BODLE & ALLEN www.warrenbodleallen.com. The group has published three recordings, and performed with national artists visiting the North Carolina Triad.

**Publications**

Nicolleti, J, Campion, T, Green, L, Pilarc, M, & Warren, J. (in process). Guidelines for Consulting Police Psychologists. International Association of Chiefs of Police, Police Psychological Services Section.

Warren, J. (2010). Psychological services for law enforcement. In The North Carolina Psychologist, 01/10.

Fischler, G., Cappo, B., Forsberg, L., Rostow, C., Saxe-Clifford, S., Trompetter, P., Warren, J., & Zelig, M. (2009). Psychological Fitness for Duty Evaluation Guidelines. International Association of Chiefs of Police, Police Psychological Services Section.

Warren, J. (2008). Mental health diagnoses for lawyers: Classification of mental health disorders that impact mental state at the time of the offense, in Forsyth county criminal bar association workbook, Raleigh: NC, Academy of Trial Lawyers.

Warren, J. (2007). Those darned substance abusers! A review of Mace, E.P, & Tinsley, J.A. Patients with substance abuse problems: Effective identification, diagnosis, and treatment. *PsycCRITIQUES—Contemporary Psychology: APA Review of Books.*

Warren, J. (2007). Why do people drink? A review of Stimpson, G. et al Drinking in context: Patterns, interventions, and partnerships. *PsycCRITIQUES—Contemporary Psychology: APA Review of Books.* 52(25).

Warren, J. (1999). Evaluation of defendants' competency to confess: before and after *Dickerson.* In the North Carolina Bar Association Newsletter, Vol 20, No 1, 9/99.

Cochran, T. and Warren, J. (1999). Pornography and the internet. In Federal criminal practice update. Greensboro / Asheville: Federal Public Defender.

Warren, J. (1999). Human responses to health challenges. In Medicine for lawyers: 1999. Raleigh, NC: NC Academy of Trial Lawyers.

Warren, J. (1998). Forensic mental health perspectives on child pornography. In Federal criminal practice update. Greensboro/Raleigh: Federal Public Defender.

Warren, J. (1994). Psychological overlay to injury. In Medicine for attorneys. Raleigh: NC Academy of Trial Lawyers.

Warren, J. (1992). Psychopharmacology and neuropsychology: Implications for attorneys representing capital defendants. In Death Penalty Update. Raleigh: NC Death Penalty Resource Center.

Warren, J. (1992). Evaluation of defendants in child sex abuse cases. Trial briefs. Raleigh: NC Academy of Trial Attorneys.

Warren, J. (1992). Involuntary commitment for mental health treatment in North Carolina. In NCPA psychologist's legal handbook. Raleigh: North Carolina Psychological Association.

Warren, J. (1991) Roles and dilemmas of mental health professionals in child custody evaluations. The custody newsletter. 2/91. Doylestown, PA: Village Publishing, Inc.

Warren, J. (1990) Roles and dilemmas of mental health professionals in child custody evaluations. American journal of family law. 4/3.

Warren, J. (1989) Comprehensive evaluation of defendants in sex offense cases. Child sexual abuse casebook. Raleigh: NC Academy of Trial Lawyers.

Warren, J. (1988) Understanding and using psychometric testing and psychological testimony in child custody cases. In North Carolina divorce practice. Eau Claire, WI: PESI.

Siskind, J. (and named collaborator Warren, J.) (1988) Post-traumatic stress disorder. NC Academy of Trial Lawyers continuing education manual. Raleigh, NC.

Warren, J. and Noble, J. (1987) Substance abuse intervention manual. Winston-Salem: Wachovia Bank and Trust Company.

Warren, J. and Noble, J. (1986) Personnel professional development program manual. Winston-Salem: Wachovia Bank and Trust Company.

Warren, J. (1984) Informational brochure series: Psychological health care; depression; psychotherapy; "nerve problems" and forensic psychology. Raleigh: NCPA.

Warren, J. (1980) An investigation of children's beliefs in transcendent figures. Dissertation Abstracts International.

**Lectures and Seminars Presented**

The *BRAINS*™ Assessment in Police Screening / Retention
      Charlotte-Mecklenburg Police Department, 3 hours, 6/23/11
Psychological First Aid:
      FBI-NAA, NC Chapter, Wrightsville Beach, NC, 1 hour, 6/13/11
Innovative Services to Law Enforcement
      International Association of Chiefs of Police, PPSS, Orlando, FL, 1 hour, 10/23/10
Disorders in the Court! When You Have to Testify
      Solutions, Greensboro, NC, 6 hours, 9/17/10
Introduction to Crisis Intervention Teams for Law Enforcement and Using LEAP
      Guilford County Mental Health Association and Guilford County Sheriffs Office, 3 hours, 6/21/10.
Disorders in the Court 2010! Legal Issues and Professional Ethics in NC Systems
      Solutions, Greensboro, NC, 6 hours, 2/12/10
Using Biographical Information in Screening for Employment
      Winston-Salem Police Department, 3 hours, 1/7/10
The *BRAINS*™ Assessment in Police Screening / Retention
      Durham Police Department, 3 hours, 12/10/09
Fitness for Duty, Officer-Involved Shooting, and Police Specialty Assignment Evaluations
      Cary, NC, 3 hours, 9/09
Biographical Information in Law Enforcement Selection, Performance, and Retention
      Regional training hosted by:
      Knightdale (NC) Police Department, 4 hours, 8/09
      Graham (NC) Police Department, 4 hours, 6/09
      Pitt County Sheriff's Office, Greenville, NC, 4 hours, 5/09
Mental Health Diagnoses and Mental State at Time of Offense
      Forsyth County Criminal Bar Association, 2.5 hours, 9/26/08
Disorders in the Court 2008! Dealing with Legal Professionals in NC Systems
      Solutions of Hickory, Greensboro, NC, 6 hours, 9/5/08
Fitness for Duty: Tips for Investigators
      NC Association of Internal Affairs Investigators Associations, Asheville, 3 hours
The ABCs of Public Safety Screening: Implications for Selection, Performance and Retention
      The FMRT Group / Asheville Police Department, 4 hours, 5/08
Assessing Violence Risk in Healthcare Facilities
      Southeastern Safety and Security Healthcare Conference, North Myrtle Beach, SC, 2     hours, 5/08
Random Violence: Schools, Businesses, and Communities
      Western Piedmont Community College, Morganton, NC, 4 hours, 5/08
Biographical Information in Law Enforcement Screening: Implications for Selection, Performance, and Retention
      The FMRT Group / Greenville (NC) Police Department, 4 hours, 10/07
Random Violence? Assessing Threats on Campus
      NC Campus Law Enforcement Association, 4 hours, 9/07
Assessing Threats of Violence
      NC Justice Academy, 2 hours, 8/07
Biographical Information in Law Enforcement Screening: Implications for Selection, Performance, and Retention
      The FMRT Group / NCSA Police Department, Winston-Salem, NC 4 hours, 7/07
The Psychologist's Role in Child Custody Cases
      WFU School of Law, Winston-Salem, NC 3/07
Recognizing a Methamphetamine User: Understanding Meth's Effects on the Brain
      NC Academy of Trial Lawyers, Asheville, NC 3/07
Testifying in NC Courts
      Association of NC Licensed Practicing Counselors,    Greensboro, NC 9/06
Disorders in the Court: Malingering in Medical and Psychological Evaluations
      Solutions, Greensboro, NC 9/06
Disorders in the Court! Part III: Introduction to Complex Forensic Evaluations
      Solutions, Greensboro, NC 11/05
Disorders in the Court: Part I: Ethical Forensic Practice in NC
      Solutions, Greensboro 11/05
Malingering: Framing Referral Questions to Experts

2005 North Carolina Workers' Compensation Claims Seminar
Richmond, VA  9/05

Disorders in the Court!  Part II:  The Expert Witness
Solutions, Greensboro, NC  5/05

Disorders in the Court!  Part I:  Ethical Forensic Practice in NC
Solutions, Greensboro, NC  10/04, 11/05

Workers Compensation Patients
NC Workers Compensation Group.  Raleigh, NC  9/03

Update on Mental Health Issues
Federal Criminal Practice Seminar.  Asheville, NC  4/02

Working with At Risk Juveniles
Winston-Salem / Forsyth County Schools, NC  3/01

Mental Health Defenses
Federal Criminal Practice Seminar.  Wrightsville Beach, NC  9/00

Coping With Disasters:  Victims and Providers
Special Operations Response Team, Inc.  Winston-Salem, NC  10/99

Human Response to Health Challenges
NC Academy of Trial Lawyers.  Greensboro, NC  3/99

Behavioral Medicine Division:  Overview
Special Operations Response Team, Inc.  Winston-Salem, NC  3/99

Child Abuse and Neglect (2 hours).  Wake Forest University Law School
Winston-Salem, NC  11/98

Forensic Mental Health Perspectives on Pornography
Federal Public Defender Conference.  Wilmington, NC  4/98

The Insanity Defense in North Carolina
Department of Psychology, Wake Forest University.  1/98

Child Abuse and Neglect
Wake Forest University Law School.  Winston-Salem, NC  11/97

Child Abuse and Neglect
Wake Forest University Law School.  Winston-Salem, NC  4/97

What the Psychologist Needs From the Attorney
NC Bar Association Criminal Justice Section Annual Meeting, Greensboro, NC  9/20/96

Child Abuse and Neglect.
Wake Forest University Law School.  Winston-Salem, NC  4/96

Obtaining and Utilizing Mental Health Information:  A Workshop for Investigators
University of North Carolina, Institute of Government.  Chapel Hill, NC  3/96

Stress Management for Managed Care Nurses
MedCost.  Winston-Salem, NC  11/95

Workplace Violence
Winston-Salem Chamber of Commerce, 3/95

Competency Issues in NC after Godinez v. Moran
Dorothea Dix Hospital, Pre-trial Forensic Unit, Raleigh, NC  8/95

Psychological Overlay to Injury.
NC Academy of Trial Lawyers.  Raleigh, NC  11/94

Uses and abuses of expert testimony
Litigation Section Seminar, NC Bar Association.  Wrightsville Beach, NC  10/92

Psychopharmacology and Neuropsychology:  Implications for Attorneys Representing Capital Defendants.
NC Death Penalty Annual Workshop, Greensboro, NC  9/92

Understanding the psychological impact of differences
Winston-Salem Police Department, Police Academy, Winston-Salem, NC  3/92

Child Abuse and Neglect (2 hours).  Wake Forest University Law School
Winston-Salem, NC  4/91

Diversity Training
Winston-Salem Police Department academy.  Winston-Salem, NC  5/91

Date rape and male responsibility
Wake Forest University.  Inter-fraternity Council.  Winston-Salem, NC  12/91

Performing as an expert witness
National Rehabilitation Centers fall clinicians conference.  Myrtle Beach, SC  11/91

Burnout in the Workmen's Compensation family
       NC Association of Rehabilitation Insurance Professionals.  Winston-Salem, NC  9/91
Being an effective role model
       Drug and Alcohol Resistance Education (DARE) National Conference.  Winston-Salem, NC  7/91
Severe emotional distress
       Wake Forest University Law School.  Winston-Salem, NC  4/91
Mental health issues
       Wake Forest University Law School.  Winston-Salem, NC  2/91
Assessment and treatment of sexual deviance.
       NC Association of Vocational Rehabilitation Counselors.  Winston-Salem, NC  1/91
Comprehensive evaluation of defendants in sex offense cases.
       NC Association of Public Defenders.  Boone, NC      10/90
Quality of life.
       NC Association of Public Defenders.  Boone, NC  10/90
Quality of life.
       NC Association of Trial Attorneys.  Myrtle Beach, SC  6/90
Comprehensive evaluation of defendants in sex offense cases.
       NC Association of Trial Attorneys.  Charlotte, NC  4/90
Substance abuse and law enforcement:  occupational hazard.
       Winston-Salem Police Department.  Winston-Salem, NC  11/89.
The Domestic violence offender.
       North Carolina Institute of Government, Chapel Hill, NC  11/89
Abnormal functioning in law enforcement.
       Winston-Salem Police Department.  Winston-Salem, NC  8/89
Child neglect and abuse.
       Wake Forest University School of Law.  Winston-Salem, NC  5/89
Supervisory techniques.
       Winston-Salem Police Department.  Winston-Salem, NC  4/89
Understanding and using psychometric testing and psychological testimony in child custody          cases.
Professional Education Seminars, Inc.  Charlotte and Raleigh, NC  1988
Post-traumatic stress disorder.
       North Carolina  Academy of Trial Lawyers.  Raleigh, NC  1988
Learning from traumatic experience.
       Winston-Salem Police Department.  Winston-Salem, NC  1988
Stress and law enforcement.
       North Carolina  Association of Police Attorneys.  Pinehurst, NC  1988
Child neglect and abuse.
       Wake Forest University School of Law.  Winston-Salem, NC  1987
Medical-psychological practice for the 1990's (with J. Noble).
       North Carolina Psychological Association spring conference.  Winston-Salem, NC  1987
Involuntary commitment in the NC emergency room.
       Forsyth Memorial Hospital.  Winston-Salem, NC  1987
Man with a gun:  The dangerous employee.
       Medpsych Consulting Services business symposium.  Winston-Salem, NC  1987
Stress and burnout in the legal professions.
       North Carolina Association of Trial Lawyers legal assistants conference.  Raleigh, NC      1987

**Category I CE Completed**

First Do No Harm: Patient Safety, Parts I & II
      Novant, 2 hours, 6-11
25th Annual NCAPA Recertification Exam Review Conference
      NCAPA, Durham, NC, 35 hours, 2/21-25/11
Police Psychological Services Section: Ethical Issues, Promoting Health, Vicarious Traumatization, Promoting Fair and Impartial Policing: Research and Intervention, Selection and Use of Psychological Instruments, Legal Update, Technology in Police Psychology Practice
      International Association of Chiefs of Police (IACP) Conference, Orlando, FL, 11.5 hours, 10/22-25/10
CAC NC 16th Annual Symposium on Child Abuse and Neglect: Domestic Violence, Ordinary Magic, Building Consensus on Genital/Anal Findings, Mimics of Abuse, Genital/Anal Stumpers, Sexual Abuse of Males, HSV & HPV, When to Call a Genetics Consult, Advanced Medical Evaluation of CSA, Child Interviewing for Medical Providers, Mental Health Issues for Medical Providers
      UNC-Chapel Hill, CMEP, CAC, 14.5 hours, 9/28-29/10
PAPA 13th Annual Fall Conference: Headache and Facial Pain, Hereditary Cancer Syndromes, Complimentary and Alternative Medicine, Bariatric Surgical Option, Update on Pulmonary Disorders, Multiple Sclerosis and the Primary Care Patient
      PAPA, Winston-Salem, 6 hours, 9/25/10
Cutting Edge AD/HD
      Arthur D. Anastopoulos, Ph.D.
      Solutions, Greensboro, 9/20/10, 3 hours
Ethical Decision Making and Risk Management in Clinical Practice
      APAIT, Chapel Hill, NC, 6 hours, 6/12/10
Emergency Medicine Workshop, John Belinski, MS, PA-C
      NCAPA, Greensboro, NC, 6 hours, 1/9/10
Diabetes Mellitus
      Audio Digest Foundation, 2 hours, 11/9/09
Assessing Allegations of Child Sexual Abuse: Should Accepted Practice be Redefined in Light of New Research?
      Mark Everson, Ph.D., and Nancy Berson, ACSW
      Child Medical and Forensic Mental Health Evaluation Program, Wilmington, NC 6 hours, 10/09
Technology and Child Sexual Exploitation – Sharon Cooper, MD, FAAP
      Child Medical Evaluation Program, Lake Junaluska, NC, 2.5 hours, 9/29/09
Expert Testimony in CSE Cases – Cabinum-Foeller MD & Middleton, JD
      Child Medical Evaluation Program, Lake Junaluska, NC, 4 hours, 9/29/09
Gastrointestinal Dilemmas
      Audio Digest Foundation, 2 hours, 7/28/09
Preventing Atherosclerotic Vascular Disease
      Audio Digest Foundation, 2 hours, 5/26/09
Pulmonary Hypertension and Device-Based Therapy
      Audio Digest Foundation, 2 hours, 5/21/09
Asthma Update
      Audio Digest Foundation, 2 hours, 5/18/09
Women and Migraine: A Focused View
      Audio Digest Foundation, 2 hours, 5/14/09
Office Urgencies and Emergencies
      Audio Digest Foundation, 2 hours, 5/13/09
Optimizing Health and Hearing in Aging Patients
      Audio Digest Foundation, 2 hours, 5/11/09
Genetics and treatment of Bipolar Spectrum Disorders
      Audio Digest Foundation, 2 hours, 5/6/09
Issues for Women
      Audio Digest Foundation, 2 hours, 5/5/09
Contraception Update
      Audio Digest Foundation, 2 hours, 5/4/09
Migraine Headache: Diagnosis and Treatment
      Audio Digest Foundation, 2 hours, 5/4/09
Modern Epidemics of Childhood

Audio Digest Foundation, 2 hours, 3/5/09

Food:  Proceed with Caution

Audio Digest Foundation, 2 hours, 3/4/09

Correctional Psychiatry and Right to Treatment

Audio Digest Foundation, 2 hours, 2/24/09

Infection Prevention in Children

Audio Digest Foundation, 2 hours, 2/17/09

Dementia and Alzheimer's Disease

Audio Digest Foundation, 2 hours, 2/16/09

Primer in Primary OB-GYN

Audio Digest Foundation, 2 hours, 2/13/09

Options for Bad Night's Sleep

Audio Digest Foundation, 2 hours, 2/12/09

Treatment-Resistant Schizophrenia

Audio Digest Foundation, 2 hours, 2/11/09

Dizziness, Syncope, and Presyncope

Audio Digest Foundation, 2 hours, 2/5/09

The MMPI2-RF (Restructured Form) – Yossef Ben-Porath, Ph.D.

TN Psychological Association, 6 hours, 11/6/08

Abusive Head Trauma in Children / Child Medical Evaluation Program

NW AHEC, Winston-Salem, 6.25 hours, 10/24/08

Evaluating Child Abuse / Child Medical Evaluation Program

Lake Junaluska, NC, 11.5 hours, 9/10-11/08

Issues in the "Not So Golden Years" - Ethics

Audio Digest Foundation, 2 hours, 9/8/08

Depression Update

Audio Digest Foundation, 2 hours, 9/4/08

Infectious Diseases

Audio Digest Foundation, 2 hours, 8/25/08

Age-Old Problems - Geriatric

Audio Digest Foundation, 2 hours, 8/12/08

Painful and Inflamed Joints

Audio Digest Foundation, 2 hours, 7/29/08

Pediatric Concerns

Audio Digest Foundation, 2 hours, 7/22/08

Advances in Diabetes Care

Audio Digest Foundation, 2 hours, 7/21/08

Eye Problems, Cough, and Pain

Audio Digest Foundation, 2 hours, 7/3/08

Technology in Psychiatric Practice

Audio Digest Foundation, 2 hours, 6/26/08

Issues of the Heart

Audio Digest Foundation, 2 hours, 6/24/08

Update on Depression

Audio Digest Foundation, 2 hours, 6/23/08

Nicotine and Alcohol Dependence

Audio Digest Foundation, 2 hours, 6/19/08

Neurologic Pearls and Nuggets

Audio Digest Foundation, 2 hours, 4/28/08

Insomnia/Fibromyalgia

Audio Digest Foundation, 2 hours, 4/25/08

Bites, Stings and Toxic Exposures

Audio Digest Foundation, 2 hours, 4/24/08

Update on Dementia and Alzheimer's Disease

Audio Digest Foundation, 2 hours, 4/21/08

Psychopharmacology

Audio Digest Foundation, 2 hours, 4/17/08

Psychiatric Perspective on the Diagnosis and Treatment of Insomnia

Piedmont Association of Physician Assistants, 1 hour, 4/17/08
Oncologic Concerns in Women
Audio Digest Foundation, 2 hours, 4/15/08
Bipolar Disorder/Geriatric Psychiatry
Audio Digest Foundation, 2 hours, 4/14/08
Advances in Patient Care
Audio Digest Foundation, 2 hours, 3/31/08
Post-traumatic Stress Disorder: Part 2
Audio Digest Foundation, 2 hours, 3/25/08
Post-traumatic Stress Disorder: Part 1
Audio Digest Foundation, 2 hours, 3/18/08
Oh Doctor, I Hurt!
Audio Digest Foundation, 2 hours, 2/18/08
The Spectrum of Compulsive, Impulsive and Autistic Disorders
Audio Digest Foundation, 2 hours, 2/7/08
Pandemic Preparation/COPD
Audio Digest Foundation, 2 hours, 2/4/08
Cancer: From Beginning to End
Audio Digest Foundation, 2 hours, 1/15/08
Pediatric Psychiatry Potpourri
Audio Digest Foundation, 2 hours, 1/28/08
Pain Management
Audio Digest Foundation, 2 hours, 1/4/08
Heart Failure
Audio Digest Foundation, 2 hours, 1/3/08
Substance Abuse
Audio Digest Foundation, 2 hours, 1/3/08
Overactive Bladder / Foot Problems
Audio Digest Foundation, 2 hours, 12/17/07
Psychosis / Auditory Hallucinations
Audio Digest Foundation, 2 hours, 11/30/07
Diabetes Mellitus
Audio Digest Foundation, 2 hours, 11/29/07
ENT Problems / Back Pain
Audio Digest Foundation, 2 hours, 11/21/07
Dementia / Long-Term Care
Audio Digest Foundation, 2 hours, 11/14/07
Dermatologic Dilemmas
Audio Digest Foundation, 2 hours, 10/28/07
Police Psychological Services Section
International Association of Chiefs of Police (IACP)
New Orleans, LA, 11.25 hours, 10/13-15/07
Gastrointestinal Dilemmas
Audio Digest Foundation, 2 hours, 10/17/07
ICU Syndrome / Somatoform Phenomena
Audio Digest Foundation, 2 hours, 10/9/07
Child and Adolescent Depression
Audio Digest Foundation, 2 hours, 10/2/07
Hazards and Emergencies
Audio Digest Foundation, 2 hours, 10/8/07
HIV and AIDS: What Do We Know?
Audio Digest Foundation, 2 hours, 9/14/07
Food for Thought
Audio Digest Foundation, 2 hours, 9/11/07
Assessment and Management of Heart Failure
Audio Digest Foundation, 2 hours, 8/31/07
Patients in Pain
Audio Digest Foundation, 2 hours, 8/9/07

The Troubled Skin
> Audio Digest Foundation, 2 hours, 7/24/07

Pain Management
> Audio Digest Foundation, 2 hours, 6/25/07

Current Issues in Pediatrics
> Audio Digest Foundation, 2 hours, 6/27/07

Gastrointestinal Problems
> Audio Digest Foundation, 2 hours, 6/23/07

Update on Non-invasive Vascular Imaging
> Piedmont Association of Physician Assistants
> Winston-Salem, NC  1 hour, 5/22/07

The Troubled Heart
> Audio Digest Foundation, 2 hours, 4/21/07

Enhancing Physiologic Age / Restless Legs
> Audio Digest Foundation, 2 hours, 4/15/07

Neurologic Quandaries
> Audio Digest Foundation, 2 hours, 4/15/07

Perils of the Process
> Audio Digest Foundation, 2 hours, 4/15/07

Consequences of Too Little and Too Much Food
> Audio Digest Foundation, 2 hours, 4/15/07

Osteoporosis and Other Bone Problems
> Audio Digest Foundation, 2 hours, 4/15/07

Anxiety Disorders and Medical Comorbitities
> Clinician Reviews, 1 hour, 4/14/07

Mental Function and Cognition in the Elderly
> Audio Digest Foundation, 2 hours, 3/2/07

Wheezing, Sneezing, and Difficult Breathing
> Audio Digest Foundation, 2 hours, 3/2/07

Emergencies / Biochemical Markers
> Audio Digest Foundation, 2 hours, 3/2/07

Basic Life Support / Advanced Cardiac Life Support
> NCAPA Summer Conference
> Myrtle Beach, SC  16 hours, 8/17-18/06

Prescribing Controlled Medications
> NCAPA Summer Conference
> Myrtle Beach, SC  4 hours, 8/19/06

Child Psychiatry Day:  Assessment and Treatment
> Brody School of Medicine / Eastern AHEC
> Greenville, NC  5 hours, 5/18/06

Assessment and Treatment of Addictive Behaviors
> NCPA Spring Conference
> Charlotte, NC  3 hours, 4/29/06

Child/Adolescent Psychopharmacology
> NCPA Spring Conference
> Charlotte, NC  3 hours, 4/29/06

Attention Deficit Hyperactivity Disorder:  Latest Assessment and Treatment
> Compact Clinicals
> 4 hours, 3/26/06

Using the Personality Assessment Inventory in Clinical Practice
> Cornerstone Behavioral Medicine and NCPA
> High Point, NC  6 hours.  12/9/05

NCAPA 28th Annual Summer Conference
> NCAPA
> Myrtle Beach, SC  28 hours 8/22-27/04

WVAPA Spring Conference and Pharmaceutical Update
> WVAPA
> Roanoke, VA  23.5 hours.  4/29-5/2/04

Ethics, Law and Avoiding Liability in the Practice of Psychology
         Association of State and Provincial Psychology Boards
         Greensboro, NC  6 hours.  4/2/04
Treating Depression to Remission for Better Outcomes
         American Academy of Physician Assistants
         On-line. 3 hours.  October, 2003
Liability for Failure to Supervise Adequately
         National Register of Health Service Providers in Psychology
         On-line. 3 hours.  8/22/03
Effective Expert Testimony: Law & Practice
         American Academy of Forensic Psychology
         San Juan, PR  7 hours.  6/20/03
HIPAA for Psychologists
         American Psychological Association / The Trust
         Distance learning.  4 hours.  5/17/03
Coursework in Medical Biochemistry (4 hrs.), Parasitology (2 hrs.), Immunology (4 hrs.),
         Clinical Microbiology (4 hrs.), Medical Mycology (2 hrs.), Organic Chemistry (4 hrs.),
         Immunohematology (4 hrs., and Clinical Serology (2 hrs.)
         Winston-Salem State University, 2001
Coursework in Human Anatomy and Physiology (10 hrs); Chemistry (8 hrs); Emergency
         Medical Services (9 hrs)
         Forsyth Technical Community College, 2000
Assessment of Risk in Sex Offenders
         Specialized Training Services, Pam Phoenix, Ph.D.
         Las Vegas, NV  3 hours.  2/7/01
Sexual Crimes
         Specialized Training Services, MD
         Las Vegas, NV  3 hours.  2/7/01
Diabetes
         PA State Nurses Association, Blanchard & Loeb Publishers, 1 hour, 7/00
         Pathophysiology:  Heart Failure and Pulmonary Edema
         PA State Nurses Association, Blanchard & Loeb Publishers, 1 hour, 7/00
Brief Forensic Evaluation of Children
         Greensboro Area Health Education Center, Mark Everson, Ph.D., et al
         Greensboro, NC  11 hours.  6/5/00
Shaken Baby Syndrome Revisted
         20th Annual Conference on Child Abuse and Neglect, Patrick Lantz, MD
         Greensboro, NC  1.5 hours.  4/13/99
Assessing Preschool Children with Allegations of Sexual Abuse
         20th Annual Conference on Child Abuse and Neglect, Sandra Hewitt, Ph.D.
         Greensboro, NC  1.5 hours.  4/13/99
Leading and Suggestive Questions in the Child Forensic Interview
         20th Annual Conference on Child Abuse and Neglect, Mark Everson, Ph.D.
         Greensboro, NC  1.5 hours.  4/13/99
The Juvenile Justice Reform Act
         20th Annual Conference on Child Abuse and Neglect, Chief George Sweat
         Greensboro, NC  1.5 hours.  4/12/99
Criminal Investigation of Child Sexual Exploitation
         20th Annual Conference on Child Abuse and Neglect, NC SBI SA Mike Smith
         Greensboro, NC  1.5 hours.  4/12/99
Allegations of Child Sexual Abuse in Context of Custody Disputes
         20th Annual Conference on Child Abuse and Neglect, H.D. Kirkpatrick, Ph.D.
         Greensboro, NC  1.5 hours.  4/12/99
MacArthur Competence Assessment Tool – Criminal Adjudication (MacCAT-CA)
         American Academy of Forensic Sciences:  Randy K. Otto, Ph.D.
         Orlando, FL  2 hours.  2/18/99
Mass Fatality
         FBI, DMORT and SORT Command staff, Forsyth Technical College

Winston-Salem, NC  16 hours.  2/6-7/99

Terrorism Overview for the Executive
SBI, FBI, and SORT Command staff, Forsyth Technical College
Winston-Salem, NC  7 hours.  1/24/99

Personal Injury Evaluations: Ethics, Case Law and Practice
David A. Vore, Ph.D.; American Academy of Forensic Psychology
Hilton Head, SC  7 hours.  1/28/98

Advanced Topics in Risk Assessment:  A Two Day Seminar
Kirk Heilbrun, Ph.D.; American Academy of Forensic Psychology
Hilton Head, SC  14 hours.  1/29-30/98

Ethical Issues for the Forensic Practitioner
Donald N. Bersoff, Ph.D., J.D.; Amer. Acad. of Forensic Psychology
Hilton Head, SC  7 hours.  1/31/98

Critical Incident Stress Debriefing and Management:  The Advanced Course
Jeffrey Mitchell, Ph.D.; Greensboro AHEC
Chapel Hill, NC  12.5 hours.  12/11-12/97

U.S. Department of Transportation Substance Abuse Professional Training
Buckley Productions. Mill Valley, CA   8 hours.  12/97

Assessing and Managing Violence Risk in Clinical Practice; Randy Borum, Psy.D.
Southeast AHEC / Duke University / UNC AHEC
Southern Pines, NC  6 hours.  10/17/97.

Series Two Training in Psychopharmacology
Prescribing Psychologists' Register.          Miami, FL  18 hours.  10/97

Mental Retardation, Mental Illness, and the Death Penalty
North Carolina Central University School of Law
Durham, NC  15 hours.  4/18-19/97

The American Academy of Forensic Sciences, Annual Meeting
Nashville, TN  25 hours.  3/96

American Psychology-Law Society, Biennial Meeting
Hilton Head, SC.  8 hours.  3/96

Series One Training in Psychopharmacology
Prescribing Psychologists' Register
Miami, FL  12 hours.  9/95

Fall Forensic Symposium, Institute of Law, Psychiatry, and Public        Policy, UVa
Charlottesville, VA  5 hours.  11/95

The Psychology of Health, Immunity and Disease
NICABM
Hilton Head, SC  21 hours.  12/19-12/92

Erotomania, and Treatment of Incarcerated Sex Offenders
Fall Forensic Symposium, Institute of Law, Psychiatry and Public Policy, UVa
Charlottesville, VA  8 hours.  11/92

Seventh Annual Treatment Conference on Sexual Abuse
Aiken Barnwell Mental Health / Mental Health Association, SC Psychological    Association, Hilton Head,
SC  15 hours.  3/3-6/92

Diagnosis and treatment of seizures and epilepsy.
NC Association of Physician's Assistants.  Richard Bey, MD.
Wrightsville Beach, NC.  1 hour.  8/16/91

Annual treatment symposium for treatment of sex abuse.
SC Treatment Consortium.
Hilton Head, SC  18 hours.  2/91

Evaluating criminal competencies and mental state at the time of the offense.
American Academy of Forensic Psychology (AAFP).
Atlanta, GA.  7 hours.  2/91

Child custody evaluations and the assessment of child sex abuse complaints.
AAFP.  7 hours.  2/91

Assessment and treatment of sex offenders.
ECU School of Medicine.
Greenville, NC  8 hours.  5/90

Forensic training program.
> UVa Institute of Law, Psychiatry and Public Policy.
> Charlottesville, VA  30 hours.  4/90

The adolescent sex offender.
> Sexual Offender Training Consortium.
> Hilton Head, SC 12 hours.  11/89

Critical incident stress debriefing update.
> Northwest Piedmont Council of Government.
> Winston-Salem, NC  3 hours.  11/89

Neuropsychological assessment in forensic work.
> UVa Institute of Law, Psychiatry, and Public Policy (ILPPP).
> Charlottesville, VA  3 hours.  10/89

Criminal profiling in serial homicides.
> UVa ILPPP.  Charlottesville, VA  3 hours.  10/89

Medical and psychological evaluations of child abuse and neglect.
> UNC School of Medicine, Chapel Hill, NC  9.75 hrs.  10/89

DWI/TASC fall conference.
> State of North Carolina, Kill Devil Hills.  15 hours.  10/89

Clinical psychopharmacology.
> NCPA.  Raleigh.  6 hours.  4/89

Personal training with William Farrell, Ph.D. of Farrell Instruments
> Penile plethysmography.  6 hours.  3/89

Assessment and treatment of sexual disorders.
> ECU School of  Medicine.  Greenville, NC  6 hours.  1/89

Personality assessment with the MCMI-II.
> NCPA Fall Conference.  Research Triangle Park.  6 hours.  10/88

Distortion and malingering.
> UVa ILPPP.  Charlottesville, VA  2 hours.  10/88

Narcotherapy and hypnotherapy in truth detection.
> UVa ILPPP.  Charlottesville, VA  2 hours.  10/88

Consultation with law enforcement agencies.
> UVa ILPPP.  Charlottesville, VA  1 hour.  10/88

Critical incident stress debriefing.
> Northwest Piedmont Council         of Governments.
> Winston-Salem, NC  12 hours.  9/88

Competency, commitment, and criminal responsibility.
> American Academy of Forensic Psychology (AAFP).
> Atlanta, GA  16 hours.  8/88

Clinical neuropsychology.
> NCPA Spring Conference.  Wrightsville Beach, NC  4.5 hours.  4/88

Cocaine and crack:  Basic research and clinical issues.
> NCPA   Spring Conference.  Wrightsville Beach, NC  3.5 hours.  4/88

Spring Symposium.
> UVaILPPP, Charlottesville, VA.  5 hours.  4/88

Child sexual abuse:  offenders, ethics, survivors and special treatment populations.
> Forensic Mental Health Associates
> Richmond, VA.  18 hours.  1/88

Adult children of alcoholics:  Discussion of issues and treatment.
> NCPA Fall Conference.  Winston-Salem.  Total conference 10 hours.  10/87

Forensic evaluation
> American Psychological Association Annual Convention.
> New York.  3 hours.  8/87

American Academy of Forensic Psychology:  Clinical neuropsychology, 6 hours; Assessment of dangerousness, 6 hours; Competency to stand trial and criminal responsibility, 3 hours; Assessment of malingering, 3 hours. 8/87