# CURRICULUM VITAE

Richard G. Dudley. Jr, M.D.
210 West 101st Street, Suite 11-K
New York, New York 10025
(212) 222-5122

## EDUCATION:

\* Temple University School of Medicine Philadelphia, Pennsylvania
M.D., 1972

\* Northwestern University Medical Center Chicago, Illinois
R6 Internship

\* Northwestern University Institute of Psychiatry Chicago, Illinois
Psychiatric Residency, completed 1975

## LICENSURE AND CERTIFICATION:

\* License for the Practice of Medicine, State of New York

\* Diplomate, American Board of Psychiatry and Neurology

## PAST ACADEMIC APPOINTMENTS:

\* Visiting Associate Professor of Medicine, Department of Behavioral Sciences
City University of New York Medical School at City College

\* Adjunct Assistant Professor of Law, School of Law
New York University

## PROFESSIONAL EMPLOYMENT HISTORY:

\* January '76 to Present:                    Private Practice of Psychiatry

At present, the practice includes a clinical practice primarily focused on adolescents and adults (evaluation, consultation, and both individual and family psychotherapy); a forensic practice (I regularly appear as a psychiatric expert in various types of legal proceedings throughout the United States); and consultation/education (the development and/or presentation of continuing medical education programs, as well as education programs for other health professionals, attorneys, and the public).

\* September '85 to June '05:                 Associate Professor of Medicine
                                             Behavioral Sciences
                                             CUNY Med School at City College

From September, 1985 to August, 1992, I was Director of the Department of Behavioral Sciences, at which time my primary responsibility was to direct the full-year/required course in behavioral sciences. The goal of this course was to help students acquire knowledge, skills and attitudes which would assist them in becoming effective primary care physicians, for a range of persons from different cultural backgrounds, through the incorporation of contributions from the fields of psychiatry, psychology, social work, sociology, and anthropology. After I retired from the position of Director, I continued to teach in the course.

\* September '84 to April '05:                Adjunct Assistant Professor
                                             School of Law
                                             New York University

Initially, I team-taught full seminars on "Expert Evidence" and also team-taught Family Law. Then, I transferred to the Law Clinic where I team-taught "Expert Evidence" with various law professors in connection with clinical seminars. Lectures included an exploration of the interface between the behavioral and social sciences and the law, and how lawyers might more appropriately work with psychiatric experts. In other settings I have lectured on various other aspects of law and psychiatry to judges, attorneys, law students and others.

2

| * July '82 to June '94: | Teaching Attending Physician<br>Department of Psychiatry<br>New York Medical College<br>Lincoln Hospital Division |

Responsibilities included course, seminar and case conference teaching, as well as individual psychotherapy case supervision for psychiatry residents, and the direction of the psychotherapy group for psychiatry residents. Previously, through the department's Consultation and Liaison Service, I also taught as part of the Chairman's Rounds for the Department of Internal Medicine.

| * January '79 to October '84: | Assistant Director<br>Professional Services Dept.<br>Roche Laboratories, Div. of<br>Hoffmann-La Roche, Inc. |

The principal responsibilities were to actively and creatively participate in the medical aspects of marketing Roche products and services, and to direct the activities of the Professional Services Product Group. As a participant on Marketing Teams, I helped to develop marketing strategies and plans, train Roche Field Representatives and implement various promotional programs. My responsibilities also included the coordination of Phase IV research efforts, and the development of scientific exhibits, medical education films, monographs, and symposia for physicians.

| * April '76 to July '82: | Psychiatric Consultant<br>Mental Health Programs<br>Children's Aid Society of<br>New York City |

Responsibilities included teaching, diagnostic evaluations and treatment of selected cases.

| * December '77 to December '78: | Medical Director<br>Washington Heights-West Harlem<br>Community Mental Health Center |

Responsibilities included the design, development and then day-to-day operation of a full, twelve service community mental health center. When I accepted this position, the center had just been funded, and every program element and support system had to be developed. Once the twelve service chiefs and other key administrative staff were hired, and basic support systems were developed and put into place, I supervised the chiefs, developed in-service training programs and

3

worked towards the development of program elements not covered by the original grant, for example, research programs, transitional housing programs, and vocational rehabilitation programs.

\* January '76 to December '77:                 New York City Department of
                                               Mental Health, Mental Retardation
                                               & Alcoholism Services

Assistant to the Commissioner January '76 to November '76

         June Jackson Christmas, M.D. -        Commissioner

Deputy Commissioner              February '77 to December '77

Primary responsibilities included the development of new clinical programs/services, as well as the ongoing monitoring, evaluating, and upgrading of the existing mental hygiene service system. This system included all of the medical centers, voluntary hospitals and agencies, and the municipal hospitals and public mental hygiene programs in all five boroughs.

November '76 to January '77:                 [On leave from the Department]

Coordinator/Team Leader
Carter-Mondale Transition Planning Group

The focus of this effort was to develop policy options in the areas of mental health, mental retardation, alcoholism, drug abuse and the developmental disabilities for the incoming administration.

\* January '74 to December '75                 Staff Psychiatrist
                                               Lower North Community
                                               Mental Health Center
                                               Chicago Board of Health

Responsibilities included diagnostic evaluations, treatment and some supervision and teaching. In addition, there was primary responsibility for the Center's adolescent program.

4

## PROFESSIONAL ORGANIZATIONS:

*   American Psychiatric Association - Distinguished Fellow
    Scientific Program Committee, 1998-2001
    Delegate, APA Assembly 1979-1983

*   New York County District Branch (APA)
    Committee of Black Psychiatrists 1984-1986
    Committee on Legislation 1980-1983
    Committee on Emergency Psychiatry 1978-1979

*   American College of Psychiatrists – Fellow
    Awards Committee 1993-2001
    Nominations Committee 1989-1992

*   Black Psychiatrists of America
    Nominations Committee 1985-1987
    Program Committee 1980-1982
    President, Metropolitan New York Chapter 1978-1988

*   National Medical Association

*   New York Academy of Medicine - Fellow

*   One Hundred Black Men  1977-1982
    Health Committee 1979-1981

*   American Orthopsychiatric Association 1988-1991
    Program Committee 1989-1990

*   American Society for Adolescent Psychiatry 1984-1988

*   American Academy of Psychiatry & the Law 1984-1988

*   American Medical Association 1970-1976
    Council on Long Range Planning and Development 1973-1975
    Council on Mental Health 1971-1975

*   American Medical Student Association Foundation 1979-1980
    Board of Directors 1979-1980

*   American Medical Student Association 1970-1973
    Director, Video Journal 1971-1973
    Board of Trustees 1971-1972

*   Student National Medical Association 1969-1972

**OTHER PROFESSIONAL ACTIVITIES:**

* Consultant in creative approaches to medical education, using a variety of media

* Lecturer/speaker for professional health and/or law related organizations and groups, as well as non-professional groups throughout the United States and, to a limited extent, abroad -- frequent guest on various television programs, as well as host and guest on radio programs.

* Commission on Safety and Abuse in America's Prisons, 2005-2006

* Housing Works, Inc., Board of Directors 2005-present

* Vera Institute of Justice, Board of Directors 1989-present

* Hospital Audiences, Inc., Clinical Advisory Board

* Examiner in Psychiatry, American Board of Psychiatry & Neurology

* Highbridge-Woodycrest Center, Inc., Board of Trustees 1991-2004

* Co-Principal Investigator, Minority Education, Research & Training Institute [New York State Department of Mental Health] 1990-1994

* Public Member, Fatality Review Panel, Child Welfare Administration (formerly Special Services for Children), NYC Human Resources Admin. 1990-1992

* Family Court Advisory Committee, First Judicial Department 1987-1989

* Program Development Committee, NYU AIDS Mental Health Project (NIMH Contract No. 278-87-005) first 3 years

* Coordinator of Training for Volunteers Minority Task Force on AIDS 1986-1988

* Poison Control Advisory Committee, N.Y. City Department of Health 1980-1981

* Education/Training Consultant, N.Y. State Office of Mental Health 1979

* Consultant, Conference on Minority Mental Health Manpower, HEW-ADAMHA Minority Advisory Committee 1979

* Member, Mental Health Committee, Task Force on the New York City Fiscal Crisis 1978

* Chairperson, Task Panel on the Mental Health of Black Americans, The President's Commission Mental Health 1978

* Physician Resources, Inc. Board of Consultants 1977-1979

* Board of Directors, and Chairman of the Ambulance Committee, New York City Regional Emergency Services Council 1977-1978

* Task Force on Services to Emotionally Disturbed Adolescents, New York City Human Resources Administration 1977

* Advisory Board, Center for Physician Career Development, American Medical Student Association Foundation 1977

6

* American Bar Association -- Young Lawyer's Section Committee on Mental Health, Physician Member/Consultant, 1974-1975
* The Thresholds (rehabilitation program for young psychiatric patients) Board of Directors 1974-1975

**OTHER SELECTED ACTIVITIES:**

* Walter Nicks Dance Theatre Workshop
  Chairman, Board of Directors 1985-1994
* Amistad World Theatre
  Chairman, Board of Directors 1983-1989
* National Urban League
  Black Executive Exchange Program 1979-1981
  Committee on Mental Health 1976-1979
* National Association for the Advancement of Colored People Advisory Committee, Project Rebound 1977-1978
* National Advisory Committee on Ethics 1975-1978
* New York City Black Citizens for a Fair Media Psychiatric Consultant 1977-1978
* Young Life, Inc. 1968-1972
* Big Brothers of America 1970-1972

**SELECTED HONORS:**

* New Jersey Black Achiever of Business and Education 1982
* Award of Merit, Black Psychiatrist of America 1977
* "Who's Who in America" 1976–1977
* American Biographical Institute
  "Community Leaders and Noteworthy Americans" Ninth Edition
* Dictionary of International Biography – Cambridge, England
  "Men of Achievement" Fifth Edition
* Solomon Carter Fuller Institute
  Traveling Fellow 1975
* Outstanding Young Men of America 1972
* National Medical Fellowship Recipient 1969–1971

7

**PUBLICATIONS:**

Dudley R.G., Blume Leonard P: Getting It Right: Life History Investigation as the Foundation for a Reliable Mental Health Assessment. The Hofstra Law Review, 36 (No 3): 963-988, 2008.

Dudley RG: Offering Psychiatric Opinion in Legal Proceedings When Lesbian or Gay Sexual Orientation Is an Issue in Mental Health Issues in Lesbian, Gay, Bisexual, and Transgender Communities, Jones BE & Hill MJ (eds), APA Review Psychiatry, Vol. 21, American Psychiatric Publishing, Inc., Washington, D.C. 2002

Dudley RG: All alike but each one different: orphans of the HIV epidemic in Orphans of the HIV Epidemic, Levine C (ed) Unit Hospital Fund, New York. 1993

Dudley RG: Serotonin partial agonists in the treatment of anxiety and depression: Introduction. Journal of Clinical Psychiatry, 51:30, 1990.

Bing EG, Nichols SE, Goldfinger SM, Fernandez F, Cabaj R, Dudley RG, Krener P, Prager M, Ruiz P: The many faces of AIDS: Opportunities for intervention. New Directions For Mental Health Services - Psychiatric Aspects of AIDS, 48:69-81, 1990.

Dudley R.G: Blacks in policy-making positions in Black Families in Crisis- The Middle Class, Coner-Edwards AF and Spurlock J (eds), Brunner/Mazel, New York, 1988.

Davis PC, Dudley RG: The black family in modern slavery. The Harvard Blackletter Journal - Harvard School 4:9-15, 1987.

Davis P, Dudley RG: Family evaluation and the development of standards for child custody determination. Columbia Journal of Law and Social Problems, 19 (No. 4):505-515, 1985.

## LECTURES, PRESENTATIONS, AND EDUCATIONAL VIDEOTAPES

Described upon request

12/08

RGD:dw

8