## Curriculum Vitae

**MELISSA PIASECKI, M.D.**
**Forensic Psychiatry**
Telephone: (775) 722-1077     Fax: (866) 500-7716
piaseckimd@gmail.com

## Current Position:

1995—present University of Nevada School of Medicine
   —Assistant Professor of Psychiatry (1995)
   —Associate Professor of Psychiatry with Tenure (2002)
   ---Professor (2008)
   —Coordinator of Undergraduate Medical Education in Psychiatry
   —Vice Chair for Medical Education, Department of Psychiatry
   (Reno) (1998-2008)

2005— present Associate Clinical Professor in Psychiatry, University of Hawai'i
   John A. Burns School of Medicine

2005—present Faculty, National Judicial College

2005—present Faculty, National Council of Juvenile and Family Court Judges

2007—Assistant Dean for Faculty Development

2008—Associate Dean, Office of Faculty Affairs and Development

## Education:

Post Graduate:

2004-2005  Fellowship in Forensic Psychiatry
    University of Hawaii School of Medicine

1991-1995  University of Vermont, Burlington, Vermont
    General Psychiatry Residency
    Chief Resident 1994-95

Medical School:

1987-1991  Washington University in St. Louis
    —M.D. 1991
    —Alpha Omega Alpha

Undergraduate:

1983-1987  Washington University in St. Louis
    —Bachelor of Arts, 1987

—Scholar's Program in Medicine (combined undergraduate
and medical school admission, 1983)
—Phi Beta Kappa

## Certification:

1992   Diplomate of the National Board of Medical Examiners

1997   American Board of Psychiatry and Neurology Certification General
Psychiatry  (ABPN  #44436, expiration 2017)

2007   American Board of Psychiatry and Neurology Certification Forensic
Psychiatry  (ABPN  #1662, expiration 2017)

## Licensure:

Nevada #7478
Vermont #042-0008698
Hawaii #MD12982

## Memberships:
American Psychiatric Association
American College of Psychiatrists
American Academy of Psychiatry and the Law
Gold Foundation Honor Society, Inducted 2009

## Teaching Awards:

1995   Medical Student Teaching Award for Residents

1999   Tenth Annual Nancy Roeske Certificate for Excellence in Medical
Education (American Psychiatric Association)

1999   Junior Faculty Development Award, Association for Academic Psychiatry

1999   Department of Psychiatry Residents' Faculty Teaching Award

1999   Teacher of the Year, Region X, Association for Academic Psychiatry

2001   University of Nevada School of Medicine's E.W. Richardson Excellence
in Teaching Award

2002   Outstanding Full-time Clinical Teacher Award, University of Nevada

2

School of Medicine Class of 2002

2004   Outstanding Full-Time Clinical Teacher Award, University of Nevada School of Medicine Class of 2004

**Regular Teaching Activities:**

<u>Medical Students</u>

1995—present Clerkship in Psychiatry, Coordinator, Supervisor, Instructor, Examiner

1995—present Electives in Psychiatry Coordinator

1995—present Introduction to Patient Care I, small group leader MS1

1995—present Introduction to Patient Care II, small group leader MS2

1995—present Human Behavior: Instructor, small group leader, oral examiner MS1

1997—2002 Psychiatric Medicine Course Coordinator and instructor MS2

1997—2001 Integrated Clerkship Coordinator for Psychiatry module

1997—present Instructor Medical Neuroscience Complex Brain Function MS1

1997—present Instructor Med 610 MS4

2003—present Psychiatric Medicine Instructor, small group facilitator

<u>Residents</u>

1995—2008   Resident Seminars in Geriatric Psychiatry Psychopharmacology, Mood and Psychotic Disorders, Teaching Medical Students, Neuroscience of Emotions and Sexuality; Coordinator for Psychopathology seminar series (2004), Forensic Psychiatry seminar series (2006-present), and Psychopharmacology series (2007-present)

1995— present Resident Supervision: Inpatient, Consultation Liaison and Outpatient Psychiatry

1995—1999 Coordinator, Departmental Journal Club

<u>Other</u>

1997—present: Doctoral Dissertation Committees (Department of Psychology)

2000— Guest Instructor, Undergraduate Psychology Course

**Clinical and Forensic Activities:**

1992—1995 Vermont State Hospital; Waterbury, VT

1994—1995 Champlain Valley Physician's Hospital; Plattsburgh, NY

1994—1995 Psychiatric Consultant, Northwest Regional Correctional Facility; St. Albans, VT

1994—1995 Smoking Cessation Groups, Human Behavioral Pharmacology Laboratory, Burlington, VT

1995—present Outpatient Private Practice, University Health Systems, Reno, Nevada

1995—2002 Outpatient Psychiatry, Nevada Rural Clinics

1995—2004 Inpatient Psychiatry, Reno VAMC, Reno, Nevada

1995—2001 Department of Probation and Parole, Reno, Nevada

1998—present Consultation-Liaison Psychiatry, Renown Medical Center, Reno, Nevada

1998—2009 Consultant, Washoe County Detention Facility

2006—present Court Appointed Evaluator, Washoe County Commitment Court, Sparks, NV

**Selected Presentations:**

4

<u>For Legal Professionals:</u>

"Alternatives to Juvenile Detention in Rural Communities" Workshop Sponsored by National Council Juvenile and Family Court Judges, Redding, CA 11/05

"Attorney Stress and Burnout" Washoe County Public Defenders, Reno, NV 4/06

"Psychiatric Diagnosis and Not Guilty by Reason of Insanity" Nevada Bar Association, Reno and Las Vegas, NV 4/06

"Methamphetamine in Tribal Lands" National Council of Juvenile and Family Court Judges, Annual Conference Milwaukee, WI 7/06

"Assessment and Treatment Alternatives for Addictions" National Council of Juvenile and Family Court Judges, Reno, NV 9/06

"Understanding Methamphetamine" National Council Women Judges, Las Vegas, NV 10/06

"Assessments for Dangerousness" Nevada Bar Association, Las Vegas and Reno, NV 11/06

"Methamphetamine: Science and Ceremony" Navajo Tribal Judges, Window Rock, AZ 12/06

"Psychiatric Disabilities" National Judicial College, Reno NV, 10/05, 10/06, 6/07

"Essentials of DUI" National Judicial College, Reno NV

"Pre and Post-Conviction Matters" National Judicial College, Reno NV

"Substance Abuse and the Adolescent Brain", National Council of Juvenile and Family Court Judges, Fall College Reno, NV 9/07

"Mental Retardation in Capital Cases", Nebraska District Court Judges, Omaha, Nebraska 8/07.

"Mentally Ill Youth in the Justice System", National Meeting Juvenile Probation Officers, Albuquerque, NM, 9/07

"Understanding Mental Retardation in Capital Cases," Louisiana State Judicial Conference, Lafayette LA, 4/08

5

"The Many Faces of Malingering," State Bar of Nevada Annual Meeting, Santa Barbara, 6/08

"Impaired Driving Case Essentials:Drugs and Alcohol," National Judicial College and National Highway Traffic Safety Administration, Reno, Nevada, 8/08

"Understanding Mental Retardation in Capital Cases," Alabama State Judicial Conference, Orange Beach, AL, 9/08

"Persuasive Use of teaching Technology," Nevada Bar Association, Reno and Las Vegas, NV 11/08

"Mental Retardation and Risk Assessment in Capital Cases," Managing the Capital Case in Virgina, Richmond, VA 2/09

"Adolescent Brain Development: A Field Guide for Juvenile Justice Professionals" Keynote, 36th National Conference on Juvenile Justice, National Council of Juvenile and Family Court Judges, Orlando, FL 3/09

"Impaired Driving Case Essentials," National Judicial College, Reno, NV 8/09

"Competency for Immigration Hearings," Department of Justice, Executive Office of Immigration Review Legal Training Conference, Washington D.C., 8/09

"Driving Under the Influence," Arkansas AOC Impaired Driving Case Fundamentals, Eureka Springs, AR 9/09

"Mental Retardation in Capital Cases," Best practices in managing capital cases, National Judicial College, Oklahoma City, OK 8/09; Birmingham AL 10/09

"Managing Sex Offenders," Judicial Council of California - Administrative Office of the Courts, Winter Judicial Education Program, San Francisco, CA 1/10

"Mental Health Law," Grant Sawyer Center for Justice Studies Judicial degree program, Reno, NV 1/10

"A Methamphetamine Primer for Legal Professionals," CACJ Conference, Monterey, CA, 2/10

"Substances and the Adolescent Brain: A Field Guide for Judges," 37th National Conference on Juvenile Justice, National Council of Juvenile and Family Court Judges, Las Vegas, NV, 3/10

6

"Impaired Driving Case Essentials: Drugs and Alcohol," National Judicial College, Albuquerque, NM, 7/10

"Immigration Competency," Department of Justice, Executive Office of Immigration Review Legal Training Conference, Washington D.C., 7/10

"Addiction: Updates and Strategies," National Judicial College, Special Courts, Reno, NV, 8/10

"What were you *thinking*?-- Adolescent Brains and Behavior" Fall College, National Council of Juvenile and Family Court Judges, Reno, NV, 9/10

"Understanding Psychiatric Diagnosis" Alaska Bar Association Meeting, Anchorage, AK, 10/10

"Methamphetamine: Short and Long Term Impact on the Brain and Behavior," FDSI Conference, Boise, ID, 10/10

"Updates on Sex Offender Assessment," Nevada State Public Defender's Office, Carson City, NV, 12/10

"What Reseach Tells Us About Sex Offenders," Webinar National Judicial College, Reno, NV, 1/11

"Mental Health Trends in Child Psychiatry," Washoe County Public Defender & Washoe County Dept of Social Services, Reno, NV, 1/11

"Assessing Treatment Recommendations," Washoe County Public Defender & Washoe County Dept of Social Services, Reno, NV, 1/11

"You Did What? Understanding the Adolescent Brain and Substance Abuse" 38th National Conference on Juvenile Justice, National Council of Juvenile and Family Court Judges, Reno, NV, 3/11

"Trends in Child Psychiatry: Risks and Benefits of New Medications," 38th National Conference on Juvenile Justice, National Council of Juvenile and Family Court Judges, Reno, NV, 3/11

"Co-Occurring Disorders," Alaska Bar Association Annual Meeting, Fairbanks, AK, 4/11

"Managing the Capital Case in Oklahoma," National Judicial College, Oklahoma City, OK, 6/11

For Medical and Mental Health Professionals:

"Mixed Anxiety and Depression" at Depression Awareness Recognition and Treatment (DART) Conference, Stowe, VT 4/94

"P450 Drug Interactions." University of Nevada Family Medicine Residency, Reno, NV 1995

"Anxiety in Geriatric Patients" Veterans Administration Medical Center, Reno, NV 1996

"Antidepressant Medications: Their Potential for Toxicity" Convention of the American Association of Applied and Preventative Psychology, University of Nevada, Reno, NV 1996

"Nicotine and Psychiatric Illness" University of Nevada School of Medicine Department of Psychiatry Grand Rounds 8/97.

"Depression in Primary Care" Carson Tahoe Hospital, Carson City, NV 11/97

"Pathological Gambling" American Medical Student Association Regional Conference, Sparks, NV 10/97

"Psychiatric Implications of Nicotine" University of Nevada Family Medicine Residency, Reno, NV 1/98

"Nicotine and Psychiatric Illness" Nevada Mental Health Institute, Sparks, NV 1/98

"Bipolar Disorder and Look-Alikes " Carson Tahoe Hospital, Carson City, NV 6/98

"Treatment of Psychosis" Nevada Association of Family Practice, Annual Meeting, Lake Tahoe, NV 2/99

"Psychopharmacology in Women" First Lady's Conference on Women's Health, Las Vegas, NV 9/99

"Psychotropic Drug Interactions" Nevada Mental Health Institute, Sparks, NV

8

1/99

"Social Phobia." Nevada Association for Physician Assistants, Reno, NV 11/99

"Dopaminergic Agents for Depression." Nellis Hospital Department of Primary Care, Las Vegas, NV 2/99

"Smoking Cessation." University Medical Center, Las Vegas, NV 8/99

"What's New in Psychopharmacology." Vocational Rehabilitation, Reno, NV 5/00

"The Teaching Portfolio" Workshop, Association for Academic Psychiatry Meeting, Taos, NM10/00

"Assessment of Suicide Risk" Elko General Hospital, Elko, NV 10/00

"Clinician-Patient Communications" Workshop with Kohlenberg, K., University of Nevada School of Medicine Psychiatry Resident Retreat, Reno, NV11/00

"Evaluations of Not Guilty by Reason of Insanity" Workshop Nevada Division of Mental Health and Developmental Services, Reno and Las Vegas, NV 11/05

"NGRI and Antisocial Personality Disorder: A Challenge to State Hospitals" American Academy of Psychiatry and the Law Annual Meeting, Montreal, QC 10/05

"Prescription Drug Abuse" Workshops sponsored by the Nevada Bureau of Alcohol and Drug Treatment, Reno and Las Vegas, 7/05, 6/06

"Neuroscience of Addiction" Two Day Workshop Co-sponsored by Center for Substance Abuse Technology , Las Vegas, NV 4/06 and Phoenix, AZ 3/07

"Psychiatric and Legal Aspects of Methamphetamine" Northern Nevada Adult Mental Health Systems, Sparks, NV 5/06

"Correctional Psychiatry" CME Course American Psychiatric Association Annual Meetings, Co-Director Toronto, 5/06; Course Director San Diego, CA 5/07

"Methamphetamine: Science and Ceremony" Center for Substance Abuse Technology , Native American Consortium, Reno, 11/06, Reno and Las Vegas, NV 6/07

"Using Digital Video in Problem Based Learning" (Workshop) With Kohlenberg,

9

B., Kha, M., Shull, J. and Matuzak, J. WGEA, Honolulu, 4/07

"Forensic Aspects of Antipsychotic Use", University of Nevada School of Medicine, Atypical Antipsychotics, Statewide CME Event, (Program Chair) Reno and Las Vegas, NV 5/07

"Capacity", Renown Medical Center CME Program, 5/07

"Forensic Aspects of Child Abuse," Queen's Hospital, Bankok, Thailand, 11/07

"Co-Occuring Disorders" Center for Application of Substance Abuse Technology, Reno and Las Vegas, NV, 2/08

 "Finding the Right Words: How to Document Professionalism Behaviors", Workshop with Dupey, P., Gillis, M., Hug-English, C., Jacobs, N.N., Western Group Educational Affairs annual meeting, Asilomar, CA, 4/08; American Association of Medical Colleges national meeting, San Antonio, TX, 11/08

"Malpractice Stress," Nevada Independent Doctors Insurance Exchange, Las Vegas, NV, 4/08

"Negotiation Skills for Faculty," Co-Facilitator with Andreea Seritan, M.D. University of Nevada School of Medicine, Reno, 8/08

"Crafting the Conversation: Faculty Feedback of Student Professionalism" Workshop Piasecki, M,  Dupey, P., Gillis, M., Hug-English, C., Jacobs, N.N., Kuhls, D., Trong, H. Western Group Educational Affairs annual meeting, Santa Fe, NM, 4/09

"Developing a case-based program addressing errors in reasoning in child and adolescent psychiatry," with M. Gillis, PhD. Annual Meeting Association for the Advancement of Philosophy and Psychiatry, San Francisco, CA 5/09

"Critical Tools for Psychiatrists: Borrowing From the Forensic Toolbox," U.S. Psychiatric and Mental Health Congress, Las Vegas, NV 11/09

"Post Traumatic Stress Disorder," International Conference: Military Medicine and Disaster, Phramongkutklao Hospital, Bangkok, Thailand, 11/09

"Teaching Medical Professionalism: Using Technology to Create Tools" 10thThai Medical Education Conference , Phramongkutklao Hospital Bangkok, Thailand, 11/09

"Essential Skills in Medical Education" 10thThai Medical Education Conference , Phramongkutklao Hospital Bangkok, Thailand, 11/09

"Malpractice Myths and Evidence" Nevada Psychiatric Association Annual Meeting, Las Vegas, NV, 2/10

"Medication Assisted Treatment" Center for the Application of Substance Abuse Technology workshop, Reno and Las Vegas, NV, 3/10

"Six Easy Steps to Effective Feedback: A Guide for Addressing Professionalism Lapses," Piasecki, M, Dupey, P., Gillis, M., Hug-English, C., Jacobs, N.N., Kuhls, D., Trong, H. Western Group Educational Affairs annual meeting, Asilomar, CA, 4/10

Visiting Professor, Tripler Army Medical Center, Department of Psychiatry, (Topics in Medical Student and Resident Education) Honolulu, HI, 9/10

"Psychiatric Risk Assessment," Grand Rounds, Tripler Army Medical Center, Department of Psychiatry, Honolulu, Hawai'I, 9/10

"Axis II Blues: Personality Disorders," Nevada Department of Vocational Rehabilitation Annual Meeting, Reno, NV, 9/10

"DSM-IV: Friend or Foe ?" Center for the Application of Substance Abuse Technology workshop, Reno and Las Vegas, NV, 11/10

Visiting Professor, Khon Kaen University, Department of Psychiatry, (Topics in Medical Education and Forensic Psychiatry), Khon Kaen, Thailand, 1/11

"Medical Education in Psychiatry," Faculty of Medical Sciences, National University of Laos, Vientiane, Lao People's Democratic Republic, 1/11

"Legal 2000 Updates" In-service, Northern Nevada Medical Center, Sparks, NV 2/11

"Ethical Issues in Informed Consent" Internal Medicine Updates, University of Nevada School of Medicine, Las Vegas, NV 5/11


**Publications**:

Articles:

11

Thienhaus, O.J., Piasecki, M.P., "Suicide Risk Assessment." <u>Psychiatric Services</u>, March, 1997.

Thienhaus O.J., Piasecki, M.P., "Assessment of Psychiatric Patients--Risk of Violence." <u>Psychiatric Services</u>, 49:9, 1129-1147, 1998.

Potter, A., Corwin, J., Lang, J., Piasecki, M.P., Lenox, R., Newhouse, P.A., "Acute effects of the selective cholinergic channel activator (nicotine agonist) ABT-418 in Alzheimer's disease." <u>Psychopharmacology</u>, 142:334-342, 1999.

Netski, A., Piasecki, M.P.; "Lithium-Induced Exacerbation of Stutter." (letter) <u>The Annals of Pharmacotherapy</u>, 35:7 961 2001.

Piasecki, M.P. Steinagel, G., Antonuccio, D.O. and Kohlenberg, B.S; "Unblinding in a  Study of an SSRI." <u>Journal of Behavior Therapy and Experimental Psychiatry</u>, 3 67-71 2002.

Piasecki, MP, Steinagel, G, Thienhaus, OJ, and Kohlenberg, BS; "An Exploratory Study: The Use of Paroxetine for Methamphetamine Craving." <u>Journal of Psychoactive Drugs</u>, 34(3) July-Sept  301-304 2002.

Thienhaus, O.J., Piasecki, M.P.; "Assessment of Geriatric Patients in the Psychiatric Emergency Service." <u>Psychiatric Services</u>, 2004.

Kohlenberg, B.S., Antonuccio, D.O., Hayes, S.C., Gifford, E.V., & Piasecki, M.P. "Suitability of Bupropion SR for Nicotine Dependent Smokers:  Problems in a Practice Setting." <u>Psychotherapy and Psychosomatics</u>, 73 252-254 2004.

Gifford, E. V., Kohlenberg, B. S., Hayes, S. C., Antonuccio, D. O., Piasecki, M. P., Rasmussen-Hall, M. L., & Palm, K.  "Applying a Functional Assessment Model to Smoking Cessation: An Initial Trial of Acceptance and Commitment Therapy." <u>Behavior Therapy</u>, 34 (4) 689-706 2004.

Hayes, S.C., Wilson, K.G., Gifford, E.V., Bissett, R., Piasecki, M.P., Batten, S.V., Byrd, M. and Gregg, J. "A Preliminary Trial of Twelve-Step Facilitation and Acceptance and Commitment Therapy With Polysubstance-Abusing Methadone-Maintained Opiate Addicts." <u>Behavioral Therapy</u>, 35 667-688 2004.

Mason, M.N., Johnson, C.E. and Piasecki, M. "Ziprasidone-induced acute dystonia." (letter) <u>American Journal Psychiatry,</u> 162(3):625-6 2005.

Piasecki, M.P. "Death Row Inmates and Mental Health." (Legal Digest) <u>The Journal of the American Academy of Psychiatry and the Law,</u> 33(3) 406-408 2005.

<u>Abstracts and Poster Presentations</u>:

Abstract: Newhouse, P.A., Potter, A., Corwin, J., Piasecki, M. "Cognitive Effects of Nicotinic Agents in Alzheimer's and Parkinson's Disease." American College of Neuropsychopharmacology Annual Meeting, 1994.

Poster: "Integrating PBL into a Psychiatry Clerkship: A Proposal" Piasecki M.P. presented at Western Group on Educational Affairs, Monterey, CA,1996.

Poster: "The Self Assessment of Problem Solving Skills in a Problem Based Learning Curriculum"; Piasecki M.P., Erickson B., presented Western Group on Educational Affairs, Asilomar, CA 1998.

Poster: "The Difficult interview: A Curriculum for Second Year Medical Students"; presented Western Group on Educational Affairs, Piasecki M.P., Erickson B., Asilomar, CA 1998.

Poster: "Factors Contributing to Patient Adherence in Smoking Cessation Treatment." Gifford, E.V., Walsh, K.M., Piasecki M.P., Kohlenberg B.S., Hayes S.C., & Antonuccio D.O., presented at the Association for the Advancement of Behavior Therapy, New Orleans, LA 2000.

Poster: "Innovation in Behavior Therapy for Nicotine-Dependent Smokers: Experiential Avoidance, Acceptance, and Smoking Cessation." Gifford E.V., Piasecki M.P, Kohlenberg B.S., Antonuccio D.O. and Thienhaus O.J. presented at Nevada Biomedical Research and Education Conference, Las Vegas, NV 2001.

Poster: "Bupropion SR for Nicotine Dependent Smokers: A Practical Treatment for Veterans?" Kohlenberg, B.S., Gifford, E.V., Antonnucio, D.O., Piasecki, M.P., Hayes, S.C., presented at Society for Research on Nicotine and Tobacco annual meeting, Seattle, WA 2001.

Poster: Gifford, E., Hayes, S., Antonuccio, D., & Piasecki, M. "FACT: Functional Analytic Therapy (FAP) and Acceptance and Commitment Therapy (ACT) Integration: Applications for Smoking Cessation." Presented at the Association for the Advancement for Behavior Therapy, 35th Annual Convention, Philadelphia, PA 2001.

13

Poster: Gifford, E., Kohlenberg, B., Piasecki, M., Hayes, S., and Antonuccio, D. Posttreatment and Process Data from a Randomized Clinical Smoking Cessation Trial Comparing Acceptance and Commitment Therapy with Transdermal Nicotine Replacement. Presented at the Association for the Advancement for Behavior Therapy, 35th Annual Convention, Philadelphia, PA 2001.

Chapters:

Newhouse, P.A., Potter, A., Piasecki, M.P. et al. "Nicotinic Modulation of Cognitive Functioning in Humans." In: International Symposium on Nicotine: The Effects of Nicotine on Biologic Systems II, Clarke, PBS, Quik, M., Thurau, K., Aldkofer, F. (Eds.) Birkhauser, Boston, MA1995.

Piasecki, M.P., "Antidepressant Medications: A Review of their Potential Toxicities." In Prescription Privileges for Psychologists: A Critical Appraisal. (Eds.) Hayes, S.C. and Heiby, E.M., Context Press, Reno, NV, 1998.

Piasecki, M.P., "Classification of Mental Disorders." In Pearls of Wisdom. Rebecca Schmidt (Ed.), Boston Medical Publishing, 1999.

Antonuccio, D.O., Lewinsohn, P., Piaseck,i M.P., Ferguson, R., "Major Depressive Episode." In Effective Brief Therapy: A Clinician's Guide. Academic Press, 1999.

Piasecki, M.P.,"Nicotine and Mood." In Nicotine in Psychiatry: Emerging Trends in Psychopathology and Therapeutics (Eds.) Piasecki M.P., and Newhouse P.A., American Psychiatric Press, Washington DC, 2000.

Gifford, E.V., Kohlenberg, B.K. Piasecki, M.P., and Webber, E.J. "The forensic assessment of substance abuse." In O'Donohue, W. & Levensky, E. (Eds.) Handbook of forensic psychology. Elsevier Press, 2004.

Piasecki, M.P. "Women in Corrections." In Thienhaus, O.J. and Piasecki, M.P.(Eds.) Correctional Psychiatry: Practice Guildelines and Strategies, Civic Research Institute Press, New York, NY, 2007.

Encyclopedia of Substance Abuse, Gary Fisher and Nancy Roget Eds., Sage Publishing, 2008
  Anxiolytics, Cardon, N., Sharp, S. and Piasecki, M.P.
  Antidepressants, Prasad, C. and Piasecki, M.P.
  Mood Stabilizers, Parras, M. and Piasecki, M.P.
  Antipsychotics, Anit, L. and Piasecki, M.P.
  Prevention Policy, Levin, M., Draper, C. and Piasecki, M.P.

14

Mental Retardation and The Death Penalty, Piasecki, M.P. and Elwyn, T., in <u>Capital Cases: A Benchbook,</u> Brunson, W., Burns, D. and Wosje, R. (Eds) National Judicial College, 2009.

<u>Books:</u>

Piasecki, M.P. and Newhouse, P.A. (Eds.) <u>Nicotine in Psychiatry: Emerging Trends in Psychopathology and Therapeutics</u>, American Psychiatric Press Inc., Washington DC, 2000.

Piasecki, M.P. <u>Clinical Communication Handbook</u>, Blackwell Publishing, Malden MA, 2003.

Thienhaus, O.J. and Piasecki, M.P. (Eds.) <u>Correctional Psychiatry: Practice Guildelines and Strategies</u>, Civic Research Institute Press, New York, NY, 2007.

Guerrero and Piasecki (Eds.) <u>Problem Based Learning in Psychiatry and Behavioral Science</u>, Springer Publishing, New York, New York 2008.

<u>Other Publications:</u>

Piasecki, M.P, and Zuchowski, S.J. "Not guilty by reason of insanity". <u>Nevada Lawyer</u> pp 21-23, 2006.

Piasecki, M.P. and Antonuccio, D.O. "The DSM Debate: Potential Harms Related to Psychiatric Diagnosis" <u>AAPP newsletter</u>, Volume 17(2), pp 15-18, 2010

Contributor to National Judicial College <u>Sentencing Sex Offenders: A Model Curriculum for Judges,</u> 2010

**Recent Grant Activity:**

Trust Fund for Public Health, Department of Health and Human Services. Near Lethal Suicide Attempts: Analysis and Recommendations. $126,185. 2007-2009. Marta Elliot, Principal Investigator. (Consultant).

Nancy Roget (Principal), Piasecki, Melissa P (Supporting), "NIDA Enters College Grant", Sponsored by DHHS-NIH-NIDA, Federal. 2008-2010

**Administration and Service:**

15

<u>Department of Psychiatry</u>

Chair, Department of Psychiatry Medical Education Committee

Chair, Continuing Medical Education Committee, Coordinator of Department Grand Rounds Series 2005-2010

Assistant Medical Director, University Mental Health Professionals (Dept. of Psychiatry outpatient practice group) 1997-2004

Residency Education Committee 2000-present

<u>University of Nevada School of Medicine</u>

Clerkship Coordinator's Committee (1995-2008)
Year 1 & 2 Course Coordinator's Committee (1996-2002)

Chair, LCME Subcommittee on Clinical Departments 2001

Co-Chair, LCME Subcommittee on Faculty 2009

Faculty Council Psychiatry Representative (1998-2000)

Search Committees: Family Medicine Chair 2001, Dean School of Medicine 1999, Chair of Pharmacology Department 1998

Professionalism Committee, Chair Faculty Development Subcommittee 2006-present

Medical Director, Office of Continuing Medical Education, 2011

<u>University of Nevada, Reno</u>

Excellence in Teaching Program Advisory Committee 2003-2004

Excellence in Teaching Program Faculty Consultant 2004

Conflict of Interest Committee 2010 - present

<u>National</u>

Editorial Board: National Psychiatric Resident Inservice Training Examination (PRITE) 2005- present

16