**AFFIDAVIT/DECLARATION OF** <u>Dennis Putzier</u>
**PURSUANT TO 28 U.S.C. § 1746**

I, Dennis Putzier, do hereby declare

and certify the following pursuant to 28

U.S.C. § 1746:

I met Dustin Honken in 1996 in

the Woodbury County Jail. I was in

E block when I first met him, and

Dustin was in D. I then got into a

fight and was moved to C block.

Dustin and I began to communicate

through a fire door between the cell blocks.

Page __1__ of __11__

Case 3:04-cr-03047-LRR   Document 74-5   Filed 11/03/11   Page 1 of 11

I have never once spoken with Dustin face-to-face. There has always been a window or a door between us when we have talked.

I first got involved in Dustin's case when I testified in front of a grand jury on drug charges that Dustin was facing in federal court at the time. The feds pulled me out of prison in Clarinda to testify. The feds must not have been happy

about my testimony in front of the grand jury, because they came back to Clarinda to visit me again after the grand jury.

When the feds came to see me the second time in Clarinda, they threatened me with a life sentence if I did not say the things they wanted me to say.

Three people came to see me the second time in Clarinda.

Case 3:10-cr-03047-LRR-EM    Doc. 74-45    Filed 11/03/11    Page 3 of 11

I believe there were two agents and one federal prosecutor. I think that one was named Mark Hein and another was a little blond-haired guy. I think his name was Steve Colloton. I do not know who the third person was.

The three of them told me that if I did not tell them that Dustin confessed to the murders and that Dustin was trying to escape

with me that they would change
me with conspiracy to commit murder
against Tim Cutkomp. They placed
a sentencing chart in front of me
and showed me how the conspiracy
to commit murder charge would add up
to a sentence of 360 months
to life.

I told the agents that was
crazy. They knew I had not done
anything to deserve a life sentence

Case 3:04-cr-00047-SRU Document 74-5 Filed 11/03/11 Page 5 of 11

and I was not guilty of conspiracy to commit murder. I told them they could not charge me with that. They responded: "we will because we can."

The feds totally broke my sprit. I feel that what they did to me was illegal. I had no intention of testifying against Dustin Harlen, but I did only because I did not want to spend the rest of

my life in prison.

There was absolutely no way that Dustin would have made it from D block to C block to escape with me, and the feds knew this. I testified that Dustin tried to escape with me only because I was afraid of what the feds would do to me.

Also, everybody in jail talks a lot of garbage and brags about killing

people. You never know what to believe and I really never knew what to believe with Dustin, either. I testified that some of the garbage Dustin talked was like a stone cold confession because I was afraid of what the feds would do to me if I didn't tell them what they wanted to hear.

When I testified at Dustin's sentencing hearing on his 1996 drug charges, everyone who was

CV-10-3074; CR03-3047-ERK-EM Document 74-45 Filed 11/03/11 Page 8 of 11

testifying was in a couple of rooms together. Half of the people did not have any idea what they were talking about. It was basically just a free for all. People were talking just to see if they could get their charges reduced. People were making up stories based on what we were talking about in the witness room.

I was living in Nebraska at the time of Dustin's murder trial. The

Case 3:04-cr-03047-SRR-EM Doc 74-5 Filed 11/03/11 Page 9 of 11

feels paid for me to drive up to Sioux City and paid for a hotel for me. When they prepped me for my testimony, they basically led me through everything they wanted me to say, I felt like I had to say everything exactly how they wanted me to say it.

I have known Dean Donaldson for a long time. He is a sorry, miserable piece of work who has

been in and out of prison his whole

life. You cannot trust one word that

comes out of his mouth. All he has

ever been good for is sitting around and

getting high.

I hereby certify that the facts set forth above are true and correct to the best of my personal

knowledge, information, and belief, subject to penalty of perjury, pursuant to 28 U.S.C. § 1746.

Executed on: _____

Signature: _____