CRIO-4114 MWB

Dear sir,
        I am writing to see about getting a new Attorney. I was told that some how three vidio's of my interviews with the D.E.A. and the Sioux city police. were stolden out of my file from my Attorney's office. They say some one from the cleaning company that cleans his office stold the three Vidios. my Attorney is Tod Deck. He came to see me and told me that the D.E.A. called him and told him that the vidio's are out on the street's. Then he said he was going to make a police report! well he never did. over a week later my mom called the police. Then a day or two later they came to make out a report. My attorney and two police officers. There are people in this Jail who have seen these Vidios. My wife has been thretend at the Jail after a visit, she has been told I am going to be killed, I have been told I am going to be killed and my family is going to be killed The Police told me they are going to have some one watch my mothers and my wife's house. And they called my wife to do her interview. They said the roads were to bad to drive to 2300 clark St. in sioux sity. And they want me to be-

leave they are watching out for my wife and children? The Police told me them selves that they had at least 4 or 5 call's telling them that there were vidio's of me out on the street's. And they did not beleave it! They told me I better not of had any thing to do with it! Because it is like egg in their face! It is like death to me! Knower gang members have some of the vidio's. And I talke about the one on the vidio's. I told the D.E.A. About him having guns. He was watching on a T.V. how to take them apart and put them back together! I do not under stand how that can be. why did my Attorney have the vidio of me with the D.E.A.? my wife's Attorney and case worker had her leave town for a cuple of week's And no one else cares? Pa know I do not trust the fed's. Tim carlton mark Hinze, and one outher D.E.A. officer came to the prison in clarinda, IA. in 98 and told me that if I did not testify on Dustin Honken that they would give me 365 months to life! And they knew I did not know Dustin Honken. I talked

to him through a key hole in a fire door and wrote him some letters. They knew I could not excape, help him excape, and that I was not going to and would not kill any one, And told me that! But said if I did not do what they want I would do life in prison! They even told me how to say everything in court! And when that was over they told me to tell on two outher people and they would drop all the charges, I told them I did not come to tell I came to save my life for doing nothing, I am afraid of the fed's, they can do what ever they want, And told me so! And I beleave Dustin Honken got what he had coming to him, If I would of knowen he killed them people and them children I would of told because it is right! I don't think the fed's have a right to take peoples lives for no reason eather! will you please help me get an attorney that will help me? I have wrote a state Judge and put in for a new attorney through the Jailers. I do not know what else to do, I gave my heart, soul, and mind to

Jesus, That is what is keeping me going! I beleave in Jesus with all of my heart, I am a child of God. Thank you And God Bless you!

Thank you
Dennis Putzier

