

SONY

DVD-R
120min /4.7GB

United States of America v. Honken
CASE NO. 10-CV-3074-LRR
Petitioner's Evidentiary Hearing Exhibit 27

P-27