C000997

USA vs. HONKEN

DISCOVERY MATERIAL

Testimony of DENNIS L. PUTZIER

Taken on April 22, 1997

COPY PROVIDED TO PATRICK BERRIGAN

GRAND JURY MATERIAL

DO NOT COPY

OR

REDISSEMINATE

1-800-332-2225    KOOL & NYGREN, INC.    362-2200

DO NOT COPY OR REDISSEMINATE

COPY TO BE RETURNED TO U.S. ATTORNEY

DISCOVERY MATERIAL

COPY PROVIDED TO PATRICK MCGRATH

GRAND JURY MATERIAL

DO NOT COPY

DO NOT DISSEMINATE

COPY TO BE RETURNED TO U.S. ATTORNEY

Page 3

FEDERAL GRAND JURY PROCEEDINGS

UNITED STATES OF AMERICA, )
)
vs. )
)
HONKEN. )
_____ )

TESTIMONY OF DENNIS LeROY PUTZIER, taken before Heidi L. Weston, Certified Shorthand Reporter of the State of Iowa, in front of the Members of the Federal Grand Jury, at 215 Federal Building, Cedar Rapids, Iowa, on Tuesday, the 22nd day of April, 1997, commencing at 11:03 a.m.

APPEARANCES:

STEVEN M. COLLOTON, Assistant United States Attorney, U.S. Attorney's Office, Northern District of Iowa, P.O. Box 74950, Cedar Rapids, Iowa 52407-4950.

Kool & Nygren, Inc.
Certified Shorthand Reporters
422 Second Avenue, S. E.
Cedar Rapids, Iowa 52401

Q. Do you understand that you may refuse to answer any question if a truthful answer to the question would tend to incriminate you?

A. Yep.

Q. Do you understand that because you're under oath if you should fail to give truthful testimony, you could be potentially prosecuted for the crime of perjury or making false statements to the Grand Jury?

A. Yeah.

Q. Do you understand that anything you do or say may be used against you by the Grand Jury or in a subsequent legal proceeding?

A. Yeah.

Q. If you have retained counsel, the Grand Jury will permit you a reasonable opportunity to step outside the Grand Jury room and consult with your retained counsel if you so desire. Do you understand that?

A. I asked for a lawyer, but they said I couldn't get one or something. I don't understand it all.

Q. But you don't have a lawyer that you've hired or anything?

A. No.

Q. Do you understand then your rights and the rules?

A. I believe so.

Q. Do you have any questions about it?

Page 2

DENNIS LeROY PUTZIER, the witness, was duly sworn by the Foreperson of the Federal Grand Jury to testify to the truth, the whole truth, and nothing but the truth, was examined, and testified as follows:

EXAMINATION

BY MR. COLLOTON:

Q. Please be seated. Would you please state your full name and spell it for the record.

A. Dennis LeRoy Putzier, D-e-n-n-i-s L-e-R-o-y P-u-t-z-i-e-r.

Q. And what's your city of residence when you're not incarcerated?

A. Sioux City.

Q. And where are you incarcerated right now?

A. Clarinda Correctional Facility.

Q. And what's your age?

A. 32.

Q. All right. Mr. Putzier, this is a Federal Grand Jury that's responsible for investigating possible violations of federal criminal law. You've been called here today to testify, and you've just been sworn in by the foreman of the Grand Jury and taken an oath to testify truthfully. Do you understand that oath?

A. Yeah.

Page 4

A. All I can do is answer to the best of my ability. I don't remember much of anything.

Q. All right. Well, let me ask you these questions and I'll ask you to answer to the best of your ability. How long have you been -- Where are you incarcerated now? Did you say Clarinda?

A. Clarinda.

Q. How long have you been at Clarinda?

A. Approximately three months.

Q. Where were you before you were at Clarinda?

A. Oakdale.

Q. And how long were you at Oakdale?

A. About three months.

Q. Where were you before Oakdale?

A. Woodbury County Jail.

Q. How long were you at Woodbury County Jail approximately?

A. Six months, five, six months.

Q. About what months?

A. From July till December.

Q. When you were in the Woodbury Jail, what cell block were you in?

A. They moved me all over.

Q. How many different blocks?

A. Four.

Q. Do you remember which blocks you were in?

Page 5

A. Not for sure.

Q. Do you remember any of the four?

A. E and A. I was in E and A for sure. I believe G. I was in G, C, E, A, G, and C.

Q. Was it in that order, or do you remember?

A. I don't remember which order it was in.

Q. Are --

A. No, it wasn't in that order because I was in A the last. I know that.

Q. When you were in the jail, could you communicate with guys who were in different blocks from you?

A. Yeah, you could write letters.

Q. And you have to send them out through the post office?

A. Through mail, yeah.

Q. Did you do that yourself?

A. Yeah, I've done it, different guys, different girls.

Q. Who were some of the people you corresponded with?

A. I don't -- I really don't remember, a bunch of different people.

Q. Do you remember any of them?

A. Pam Denny, a friend of mine I've known for a long time.

Q. Were there any men?

A. Maybe a few, maybe a couple. I don't know. A couple different ones, I believe.

Q. Do you remember their names?

Page 6

A. I wrote it -- Yeah, I wrote a dude named Dustin.

Q. Do you remember his last name?

A. Yeah, I know his last name, Honken.

Q. Honken. How did you get to know Mr. Honken?

A. How do you get to know anybody in jail, hey, what's up. That's all I know.

Q. Were you in the same cell block with him?

A. No.

Q. So can you talk to people who are not in the same cell block?

A. Yeah, just like you can talk to people in anyplace. I've done a lot of time. You learn how to talk to people.

Q. Tell us how you learned how to talked to Mr. Honken.

A. I'd see him go down the hall, and I'd say hey, just different ways.

Q. Were you guys in cell blocks next to each other?

A. Yeah, a couple different times.

Q. Can you talk through the blocks? Is there any way to talk in between the cell blocks?

A. Yeah, you can talk through the cell blocks. You can holler through the bricks if you want.

Q. Is there any more efficient way than hollering through the bricks?

A. There's all different kinds of ways.

Page 7

Q. What are some of the ways you can talk between blocks?

A. Just you can look in the windows, you know, stuff like that.

Q. Are there doors in between the cell blocks?

A. Yeah.

Q. Can you talk through the doors?

A. Yeah.

Q. Are there openings you can talk through?

A. I don't know about openings. There's a key -- You know, when you're a little kid, you talk through the keyhole and stuff, so yeah.

Q. Is that one way how you got to know Dustin? Is that how you got to know him?

A. Yeah, I don't really even know the dude. I mean, what's so special about Dustin? I mean, why wasn't nothing brought up about Pam?

Q. Well, the Grand Jury's investigation involves some things relating to Mr. Honken, and that's why we have some questions about his activities in the jail, and that's why I'm asking whether you talk to him very much in the jail.

A. Not no more than I talked to anybody else.

Q. But did you have enough of a relationship where you wrote letters to him?

A. I wouldn't call it no relationship. It ain't real --

Page 8

I've been locked up at least seven years in my life. I don't make a lot of relationships in the penitentiaries or the jails.

Q. You knew the guy I guess?

A. Yeah.

Q. And you wrote letters to the guy?

A. Yeah, I've wrote him a couple times.

Q. What kinds of things did you write to him about?

A. I don't recall.

Q. Well, you think it would refresh your memory if we had some copies of them?

A. Yeah, I'm sure it would.

Q. Let me show you some documents, and we'll kind of go through it that way. I'll just mark the first one with Grand Jury Exhibit No. 22. All right?

A. All right.

Q. And I'll hand you that. Here, let me set it in front of you here. I'll show you the front page there is just a copy of an envelope. Do you agree with that?

A. Yeah.

Q. Is that your return address on it?

A. Yeah.

Q. Is that your writing?

A. Yeah.

Q. And it's addressed to Dustin Honken. Would you agree

DISCOVERY MATERIAL
COPY PROVIDED TO
PATRICK GRAND JURY MATERIAL
DO NOT COPY GAN
DO NOT DISSEMINATE
OR REDISSEMINATE
COPY TO BE
RETURNED
TO US ATTORNEY

Page 9

with that?

A. Yeah.

Q. On the second page is a one-page letter addressed to Dustin. Do you agree with that? You can read it in a second. I just to want make sure you agree that that's a letter that's addressed to Dustin and signed by Dennis. Do you agree with that?

A. Yeah. All right.

Q. All right. Have you had a chance to read that?

A. Yeah.

Q. You remember writing that letter?

A. Yeah.

Q. Let me ask you about something at the top part of the letter there where it says Phil's nephew came to see me today. Do you see that?

A. Yeah, that's a friend of mine.

Q. Who's Phil? What's his name? What's his last name?

A. Parmalee.

Q. Who's the nephew?

A. Hold on. I can't think of his name, but --

Q. Is his name Parmalee too?

A. He's got two different last names, but he's -- I used to stay with this Phil and his little nephew, but I can't think of his name right off.

Q. How old's the nephew?

Page 10

A. 19 -- 18, 19.

Q. And he's one who came to see you at the jail?

A. Yeah.

Q. Now, the next sentence says he's the one who got Dean for you. Do you see that?

A. Yeah.

Q. What's that mean?

A. I don't recall. I mean, I don't remember for sure what it was.

Q. You kind of have a general recollection though?

A. No, I don't have no recollection.

Q. No recollection at all?

A. No, I don't.

Q. Well, let me ask you about the next sentence then. You see where it says he's also got some paperwork that Dean had?

A. Paperwork on me, yeah.

Q. What do you mean by that?

A. Me and this dude was in on a case -- our cases together, me and this Dean.

Q. What's Dean's last name?

A. Donaldson.

Q. And you're saying that the paperwork referred to what now?

A. Referred to me, where he told on me.

Page 11

Q. And you thought that Phil's nephew had the paperwork?

A. Yeah, I believe it was at -- See, I stayed there. Then I think Dean stayed there for awhile or was over there for awhile. I'm not sure, but all my paperwork -- I was in jail before this. I bonded out. Okay? And then I was -- this is the second time I was in jail before July. All my paperwork, all my pictures, everything is over there.

Q. Why did you write he has also got some paperwork that Dean had as opposed to paperwork that you had?

A. Dean's got paperwork -- See, our cases are together.

Q. You mean you were charged together?

A. Me and Dean were charged together, and he told on me.

Q. So when were you guys charged together?

A. Well, he was charged with hog theft, and he said that he got the stuff from me, that he got the truck and hogs from me as far as I recall.

Q. Did that case have anything to do with Dustin Honken?

A. No.

Q. Because he was not involved in your stuff in Sioux City; right?

A. No.

Q. Now, the next sentence is I need to know what you want him to do with it. Right? Would you agree with that? You agree that's the next sentence?

Page 12

A. Yeah.

Q. Why were you asking Mr. Honken what Phil's nephew was supposed to do with paperwork that was about a case he's --

A. Because I wanted to show him that he was a snitch, that he was no good.

Q. You wanted to show who that?

A. I'd show anybody that I can when I'm in jail. If I know you're a snitch, I'm going to tell everybody that you're nothing but a snitch, punk, and I'm going to tell you. I don't want anybody to talk to somebody that's going to be in there to tell on you.

Q. Why is it that you wanted Dustin --

A. I tell everybody that.

Q. You tell everybody that Dean was a snitch?

A. Yeah.

Q. Why is it that you --

A. Because they didn't believe me.

Q. Hold on. You're saying the reason you asked Dustin what to do with the paperwork was that Dustin didn't believe you?

A. Yeah, and he was talking all kinds of shit about me.

Q. Who was?

A. That Dean, that I was no good, and I wanted these people to know that he was no good, and I had paperwork. They

DISCOVERY MATERIAL
COPY PROVIDED TO
PATRICK AMERICAN
GRAND JURY MATERIAL
NOT TO BE COPY
DO NOT COPY
OR DISSEMINATE
DO NOT TO BE
OR REDISSEMINATE
COPY TURNED
TO U.S. ATTORNEY

Page 13

had no paperwork on me.

Q. Did Phil's nephew know what was in the paperwork?

A. I'm sure he probably did.

Q. So he knew there was paperwork in there that showed that Dean snitched on you?

A. Yeah.

Q. Did you talk about that with Phil's nephew?

A. Yeah.

Q. Was his name Chuck by chance?

A. Yeah.

Q. Chuck Parmalee or --

A. Yeah.

Q. Do you remember what the other last name was?

A. It's -- No.

Q. Sometimes he went by Chuck Parmalee?

A. Yeah.

Q. Now we've gone through these other two sentences. Now me go through the one sentence, he's the one that got Dean for you?

A. Can't I just plead the Fifth on all this? I'd rather not talk to you at all. I've been over there. I don't even want to talk to you people. I didn't come here to talk to you. You brought me here to talk to you.

Q. You're allowed to plead the Fifth if you believe that a truthful answer to any of these questions would tend to

Page 14

incriminate you.

A. I believe any of this stuff can tend to incriminate me. I plead the Fifth.

Q. Let me just make sure you understand the rules. You're allowed to plead the Fifth if you think a truthful answer could tend to incriminate you, and then that can't be used against you, that you took the Fifth. You can't plead the Fifth if something wouldn't tend to incriminate you, but, you know, you have to make a decision whether you think something would tend to incriminate you, and if you think you fairly can say that, then you can take the Fifth, and then if the government doesn't agree with that, then we have to go to a judge and dispute whether you can take the Fifth, but you have to decide in the first instance if you want to plead the Fifth, and you're free to do that. Do you understand that?

A. Yeah, let's go. Let's start again.

Q. I'm just going to pick up from where we've been going, and you handle it how you want to handle it. Let me ask you to look down further on the letter. Okay? You see down about halfway there's a sentence that says, I tried to call Jimmy on a three-way today?

A. Yeah.

Q. What did you mean by that?

Page 15

A. I tried to call a friend of mine and see if he was there. I was going to -- He's a friend of mine. That's all I can say.

Q. Jimmy is a friend of yours?

A. Yeah.

Q. What's Jimmy's last name?

A. I couldn't tell you that.

Q. How did you know this guy Jimmy?

A. Different occasions. I met him on the street, and I met him in jail, but I do not know his last name.

Q. Why were you trying to call Jimmy back in December on a three-way?

A. I tried to call him for several different things, to bring me money, just see how he was doing, somebody to talk to. I believe at that time -- I think Chuck wanted to talk to Jimmy. I'm not sure.

Q. Now, the next sentence says, but never got an answer, let me know what I should do. Do you see that?

A. Yeah.

Q. So you're asking Dustin what you should do about trying to call Jimmy; is that right?

A. No, that's just -- I don't even know why I wrote that. I mean, I can call him anytime, you know.

Q. Were you calling him Jon Dustin?

A. No, I was calling him for me.

Page 16

Q. So you don't know why you were asking Dustin what you should do?

A. Yeah, I was -- maybe he could tell me a different phone number or something, you know, to get ahold of him.

Q. Now, the next sentence says that Dean is a punk?

A. He is a punk.

Q. Why did you say that?

A. Because he told on me, he snitched on me.

Q. Did he ever snitch on Dustin?

A. I couldn't tell you that. I do not know.

Q. Now, before -- I'm going to go on to another document, but I want to give you one more chance on that sentence where you couldn't remember what it meant where it says he is the one who got Dean for you. Do you remember what that's about now?

A. Not for sure.

Q. Do you have some recollection that you're not sure about but might be right?

A. I'm just not -- No, I'm not for sure why I had him do that.

Q. Well, what does it mean to get Dean? I mean, where was Dean?

A. I don't know where he was. The only time I seen him he was in jail, and they wouldn't let me get close to him.

Q. Did he get out of jail at some point?

USA vs. HONKEN

Page 17

A. I have no idea if he got bailed out or not. I don't -- That ain't none of my business. I don't have nothing to do with him. He done told on me once. I ain't going to let him do it again.

Q. We're just trying to figure out what you meant when you said Phil's nephew is the one who got Dean for Dustin.

A. I'm not sure what I meant on that, no.

Q. Let me grab that one back. I got another --

A. I don't even understand why I'm here. This is crazy. I mean, I'm sitting in jail, end up in federal court.

Q. I'm going to show you another document, Exhibit No. 23.

A. Yeah, that's mine.

Q. Do you see that's another envelope with your name on the front to Dustin?

A. Yeah.

Q. This one is two pages long. Do you agree with that?

A. Yeah.

Q. I'll let you read the whole thing if you want, or I'll just ask you about certain parts of it. Which way do you want to do it?

A. You can go ahead and ask me while I'm reading; right?

Q. Let me ask you about the first six lines there. Do you see where it says, Dayton had a little fallout but now he's talking to me again?

A. Yeah.

Page 18

Q. And then it says, but listen, I know for a fact his mom had nothing to do with finding Dean. Do you see that?

A. Yeah.

Q. What's that mean?

A. Come on, man. I don't know. His mom didn't find him. That's all I know. That's what it means. How can you ask me some crazy stuff like this? I don't even know what it means.

Q. You're the one who wrote the document.

A. You're bringing me in to tell on somebody, and I don't want to tell on somebody. That's exactly what you're doing. I'm in here because somebody told on me. I don't feel you have a right to make me tell on anybody about nothing. It's none of my business. This is none of my business.

Q. Well, --

A. I had nothing to do with none of this. I don't care about none of this. I don't care about that dude. I don't care about neither one of them. I want to do my five years I got to do -- five years. I got fifteen years. I want to do my little five years and go try to make it.

Q. The Grand Jury, though, calls witnesses in when they believe they have information --

A. I don't have no information. I don't have nothing I

Page 19

want to share with nobody. I'm a lonely person. I want to stay lonely.

Q. Well, --

A. So you can punish me because I never done nothing wrong because I want to be myself; right? I can see getting punished for stealing hogs like I did. That's me. I done that. Okay? I didn't go telling on somebody else because they done it too. I done -- I could care -- They asked me if I done it. Yeah, I did it so I can go shoot some cocaine because I like to shoot cocaine. I don't go hurt people. I have never -- I got no forcible felonies. I've got nothing -- I've never hurt anybody. I have never raped a woman, a child. I've never arm-robbed anybody. I shoot dope and I steal hogs. That makes me a bad person.

Q. We're not here to judge whether you're a bad person. These letters --

A. Well, take it upon yourself to realize what you think it means and just go from there.

Q. The way the process works is we, the Grand Jury, and the government call witnesses in to ask them questions about documents like this, and --

A. I'd rather not answer no more questions, none, zero.

Q. You don't really have that option unless you think that you can claim a privilege like the Fifth Amendment.

Page 20

A. I can claim that, I feel like you guys can bring -- the way -- I think you can try to charge me for some perjury or whatever you want to charge me with because I think you people can do whatever you want to do.

Q. Well, if you had some assurances about that, would that change your view about whether you want to testify?

A. I don't want no insurance. I wouldn't testify against nobody. I'm not here to testify against nobody.

Q. We're not asking you to necessarily testify against anybody. We're asking you to testify about what you know and what you meant when you wrote these things.

A. Why? That's none of my business. That's why everybody minds everybody else's business. Why don't you let everybody know. I can see if you're robbing a hog. He deserves to go to jail for that.

Q. Do you have any idea why Dean was out of jail?

A. No, I have no idea, none, zero. He told me he was going to send me some money when he got out. Yeah, thanks, Dean, you told me you wasn't going to tell on me too.

Q. If the government was investigating violent crime, would that make a difference since you said violent crime is different from what you've been involved in?

A. It could make a difference, but it's not me, you know. I can't help it like if you went and killed somebody. It might not be right. I wouldn't like you for it.

DISCOVERY MATERIAL
COPY PROVIDED TO GRAND JURY MATERIAL
PATRICK B. BRENNAN NOT COPY
DO NOT COPY OR REDISSEMINATE
OR REDISSEMINATE
COPY TO BE RETURNED TO U.S. ATTORNEY

Page 21

Q. If you knew something about it, would you provide the information?

A. No, that's none of my business. I wouldn't provide nothing. It's none of my business.

Q. So you think the witnesses who know things about any crime like that don't have any obligation to provide --

A. No.

Q. Well, that's where the procedure disagrees with your view.

A. I understand where the police got a job. That's their job. Why do they got to go use -- You know, I'm not a cop. I don't want to be a cop. I'm a drug addict. I like getting high, and I like staying away from cops. That's my whole life. I want to die shooting dope. That's it.

Q. All right. Well, I want to ask you a few more questions about this letter.

A. Okay.

Q. And I know you've said you don't want to talk about it, but a number of these documents refer to Dean and finding Dean, and that's an important matter to the Grand Jury.

A. The biggest thing about Dean, right, he told on me. Okay? I felt -- I just heard that this dude is messing with Dean. I told him the dude's no good. That's the

Page 22

truth. I'm not going to sit and lie to you. I don't like lying to people. All right? Okay. Dean is no good. I heard he was messing with him. I tried to tell him, Dean's no good. Now, I don't know if any of this is true, because there's so much hearsay here and there and here and there that you can't believe nothing in that jail. You can't trust nobody in that jail, and I heard that he -- he got bonded out through somebody. I wasn't -- and I'm still not positive through who or who did it, but I told him he's stupid to ever get involved with Dean because Dean would tell on him if he ever gets a chance, and that's the bottom line, and that's what I'm trying to refer to him all the way through this so --

Q. So when you said people are trying to find Dean, that's because you heard he got bonded out?

A. Yeah.

Q. Was that through Dustin?

A. No, Dean Donaldson told me, I'm getting bonded out. I talked to Dean on the phone while he was on the streets. I don't care what Dean told you. I talked to him on the -- I talked to him on the streets. I don't like him. I don't trust him. He said, I'm going to try to get you out of jail, all this stuff that don't mean nothing. I mean, in jail people say a lot of stuff that

Page 23

don't mean nothing. It just don't mean nothing.

Q. Fair enough. And the Grand Jury and the government have to try to sort out --

A. -- what means something. I understand what you're saying.

Q. So I'm asking you what you heard and who you heard it from.

A. I heard it from a no-good, lying, somebody-that-told-on-me snitch. Okay? And I don't like to hear nothing from him, and I tried to help this dude because I don't know. I don't know the dude, this Dustin. I know of him. I wrote him. I told him, damn, Dustin, I'm in here, I don't have nothing. Well, if I can help you out, I'll give you a little money on your commissary. I'm in Clarinda as of now. I got a couple good friends there. I don't have a lot. They got a lot. Whatever I need I got. That's just the way -- If you're good people, they stick together. I mean, we might not be good people to you, but we're good people to us. We don't tell on each other. And if we get caught for doing something, we get caught for doing each other.

Q. That's sort of the creed, if you will, just a stand-up guy, you don't tell on anybody?

A. Yeah, and I'm not in no kind of -- I like people. To

Page 24

tell you the truth, I don't even like to fight, but I will fight, and if somebody does something bad to me, I will do something bad to them. That's just in human nature, an eye for an eye, you know.

Q. When you said in this letter that you know for a fact that Dayton's mom had nothing to do with finding Dean, was there some kind of debate about who found Dean?

A. Me and Dayton were just more or less -- Dayton was trying to say that his mom found Dean or something, and it was -- it's all bogus. That's why this is stupid that I'm even here. I'm stupid for writing this letter. He's stupid for writing this letter.

Q. That's what I'm trying to understand. Did somebody offer some money to whoever found Dean?

A. Nobody came straight to me and said, I'll offer you money. But like I said, I'd asked for some money, and I knew if I could help anybody in any way, they would help you. That's just the way it is.

Q. And you know that somebody had put out some money --

A. I'm not sure who.

Q. But you knew somebody had put out some money to bond Dean out?

A. Yeah, I knew that.

Q. Are you saying people were trying to find him because he didn't appear for court or something?

DISCOVERY MATERIAL
COPY PROTECTED
GRAND JURY MATERIAL TO NOT RE DISSEMINATE
PATRICK FOR NOT DISSEMINATE
DO NOT COPY OR REDISSEMINATE
COPY TO BE RETURNED TO U.S. ATTORNEY

Page 25

A. Yeah, that's just what I heard. Like I say, I heard a lot of things through that jail, and I heard that, so -- and a couple different people said, I know somebody that could give you some money. If I could find the dude, I will. He done told on me. If they could find him and put him in a cell, please do.

Q. So you thought if you could find Dean, that whoever put up the money might give you some of the money?

A. Yeah. That was a long question.

Q. Now, where were you talking about that with Dustin? I guess that's the question I have.

A. I didn't only talk to Dustin. I talked to several different people.

Q. Was Dustin the one who was going to put up the money?

A. No, Dustin couldn't. How could he? He's in jail. He couldn't get the money.

Q. Don't people sometimes have friends who come in from the outside and put money on the books?

A. Yeah, you got to have or you can't make it.

Q. Was Dustin the one who put up the money to get -- to bond out Dean?

A. I couldn't say for sure. To the best of my knowledge I do not know who put up the money. It's not even -- See, I hate to get into it, because it's not my business to say, okay, I heard this, I heard that. I've seen people

Page 26

get stuck in the neck because they heard something, and it wasn't even true. I seen a dude get a bunch of his teeth caved in because somebody said he raped their sister or girl or something. Three dudes jumped him and knocked his teeth out and split his head open and knocked him unconscious, and he wasn't even the dude that done it. That's why I don't get into this, and I'm not -- you know, I'm really not -- you can look at me and say I'm a bad person. I'm not, to sit down and talk to, but once I start doing the drugs, that's all I care about. I got two kids. I got an ex-wife that I'll always love. I've tried to be good. I know in my heart that I'm going to die shooting dope, but I don't want to kill nobody doing it. I want to kill myself doing it. My Cub Scouts master taught me how to shoot dope when I was a little kid, and that messed me up all my life. Now, there's good and bad in everything.

Q. Well, you know, the Grand Jury's investigating this matter of Dean and being bonded out. Do you understand that?

A. I understand that.

Q. And I gather you've heard some things about why he got bonded out?

A. Yeah, but it's none of my business. I act like I don't even hear it, so I don't even acknowledge it.

Page 27

Q. But if that were a serious situation?

A. It's not a serious situation in my eyes because it has nothing to do with me. I could care less about Dean Donaldson. He told the cops on me. I don't trust him. I do not trust him. He would lie to you. I could say a lot of other stuff about him that's no good, you know. Everybody thinks Dean Donaldson is something. He ain't nothing. He's a piece of shit. He's why I'm here, because he come back from Texas, oh, I don't have nothing, I don't have -- please help me, if we could just go steal one load of hogs. Okay, Dean, let's go. What's he do, smoke it all up. Let's go steal another one. Dean, he's been wearing the same clothes for a week. I gave him a place to stay, clothes. What's it get me? Like I really want to do something for him. I could careless if that dude died today. I could careless if he choked on a piece of chicken and died.

Q. We're not asking you to do anything to help Dean Donaldson. I'm asking you a couple different things. One is if you know why he got bonded out and the second is what you know about who put up the money to get him bonded out?

A. I'm not for sure who bonded him out or why.

Q. But you did hear some stuff?

A. I did hear he got bonded out.

Page 28

Q. Did you hear some stuff about why he got bonded out?

A. Not for sure. I heard he got bonded out to try to help somebody. In what way, I do not know. Okay?

Q. Did you hear who he was supposed to help?

A. No.

Q. Was he supposed to help Dustin?

A. I'm not positive.

Q. Did you hear that somewhere?

A. No, I never heard that.

Q. Did you hear who he was supposed to help out?

A. No, I never heard. He can go out, this Donaldson, and rob, steal, everything, molest little kids I've heard. Now I can't say that for sure either. All right? But he can do all this and run and tell on somebody else and it's okay. You can go free, Dean. You know, that's the justice system. That ain't right.

Q. Did somebody tell you that Dean went free?

A. No, nobody ever told me that. That's how I feel, and that's how I think. I believe he will be if he can find anybody else to tell on. What kind of sense does that make? Can you sit and tell me that makes any sense at all so he can go straight back out there and do whatever else --

Q. Well, --

A. At least I'll tell you the truth. I'm going to do

**Page 29**

whatever time I got to do in prison and go straight back.

Q. Let me go on with some questions. I know you probably want to get back for lunch.

A. No, it ain't that good.

Q. I think it'll work better if I ask you the questions so we can try to get through it, and then we'll let you go. You see in that letter that I was just looking at there, you say, Dayton's mom had nothing to do with finding Dean. Then you said, I'm not 100 percent Phil's nephew found him.

A. Yeah, see, I ain't going to lie to nobody. I don't know who found him. The cops found him as far as I know.

Q. And then the next line says, that's what he came and told me. That's what Phil's nephew came --

A. Nephew told me, yes.

Q. And then you wrote, I do know he's got that paperwork, so when he comes Monday, I'll tell him to get rid of any and everything he's got. Do you see that?

A. Yeah, that could be my paperwork. That could be some paperwork Dean had with him.

Q. I want to ask you about that because when I asked you about that before, I thought you said that he had some of your paperwork and you wanted to get it; is that right?

**Page 30**

A. Yeah, he does got some paperwork on me I would like to have because he sat in the jail and told a bunch of people -- I almost got into a fight in Clarinda, but I stopped myself because Dean's going around saying I snitched on him; right? And he's telling a bunch of people in jail that I told on him. I did not tell on him.

Q. What I want to ask you is in here, when you say to tell Phil's nephew to get rid of everything he's got, are you talking about other paperwork? Because you wanted to keep your paperwork.

A. Yeah, he's got all kinds of paperwork. I told him to get rid of everything. I heard he had some paperwork on a different case. Now, I'm not sure even what paperwork it was.

Q. Was that something to do with Dustin? Is that why you're telling Dustin?

A. It could have been. I'm not positive.

Q. Did Dustin tell you he wanted Phil's nephew to get rid of that paperwork?

A. I'm not sure what I said, but if I asked him that, you know, I asked him for a reason. I didn't ask --

Q. You mean if you told him to --

A. -- to get rid of it. I never did see the kid after that, never once. Not too long after that I went to

**Page 31**

Oakdale.

Q. Then the next sentence says, if Chuck did really get him, you should really give him a little something. Do you see that?

A. Yeah.

Q. Now, that sounds like, doesn't it, that Dustin is the one who's going to give somebody money?

A. That does make it sound like that, right.

Q. Is that how you remember it?

A. That's how it's there.

Q. You wrote it there.

A. How could Dustin give him something, you know, but maybe -- I don't know. I don't know. I'm not sure. All right? But yeah, if somebody does something for you, they should get paid, if you say you're going to give them something. I'm not sure though.

Q. But somehow you thought at this time that whoever got Dean was doing something for Dustin?

A. They was doing something for me.

Q. But you said Dustin ought to be giving him some money, so they must have been doing something for Dustin too; is that right?

A. They must have been. I'm not sure.

Q. Well, is there anything you can tell us about why they would have been doing something for Dustin?

**Page 32**

A. No, I don't know.

Q. Let me go to the next one then. We got a couple more documents here.

A. All right.

Q. I'm going to mark this one Grand Jury Exhibit No. 24. You see that's another letter addressed to you from Dustin Honken?

A. Yeah.

Q. Do you agree with that?

A. I sure don't remember writing these letters.

Q. Have you had a chance to look at that letter, Exhibit 24?

A. Yeah.

Q. And there you're saying in the middle that if you ever end up with Dean someplace, you'll split his wig; is that right?

A. Yeah.

Q. And that's because you're mad at him for telling on you?

A. Because he snitched on me. Yes, I do mean that. I'll say that right now.

Q. You do mean that you would harm Dean you mean?

A. Yeah. Yes, I do.

Q. I only ask you because you said before you're not violent. But you're saying because of what Dean did to you, you would do that; right?

DISCOVERY MATERIAL
COPY PROVIDED TO GRAND JURY WITNESS PATRICK MCCARTHY AND NOT TO BE COPIED OR DISSEMINATED
DO NOT COPY OR REDISSEMINATE
COPY TO BE RETURNED TO U.S. ATTORNEY

Page 33

A. I think he needs hit in the mouth. Yeah, I do.

Q. Let me go to the last document here. This one is No. 25. It's another letter from you to Dustin. Do you agree with that?

A. Yeah.

Q. All right. Why don't you skip to the second page so you don't have to read the whole thing unless you want to.

A. No.

Q. You see down about -- I guess about seven or eight lines down there's a sentence that starts, did you ever find out who found Dean for sure? I think it's about the seventh line.

A. Yeah.

Q. And then it says, because I'm still not sure?

A. Uh-huh.

Q. You have to answer yes or no.

A. Yes.

Q. Do I understand that Dustin was trying to find out who found Dean?

A. No, I was trying to find -- I said, did you -- I asked that.

Q. You were asking him?

A. Yeah, did you ever find out because I'd like to know.

Q. Was Dustin also trying to find out?

A. Yeah, I believe so.

Page 34

Q. So was he writing back to you with information about that?

A. No, I never got -- not that I know of. I don't -- I don't remember. I really don't even care about this. It's been a long time ago. It happened in the county jail. It's not like nothing was going to happen. They wasn't even going to put Dean with me so I could hit him in the mouth. Is that all on this?

Q. That's all on that one, yes, sir. Thank you. Well, before we get off this topic, I just want to ask you one more general question about the whole matter with Dean, and that is, is there anything else that you can tell the Grand Jury that you heard about why Dean was bonded out or who bonded him out?

A. No.

Q. Now, there's one other matter that I want to ask you some questions about, and I think they talked to you about it at the jail.

A. They have never ever talked to me once, never.

Q. Oh, really? Didn't some guys come to talk to you at jail about --

A. They talked to three other people. They've never come to talk to me.

Q. I'm talking back at Woodbury Jail. Did somebody come to talk to you at Woodbury Jail about allegations that

Page 35

people were trying to escape out of the jail?

A. I had a detective come and ask me about an escape. I told him I don't know nothing, and I don't know nothing. That's all I got to say.

Q. That's all you got to say on that topic?

A. Yeah.

Q. Did he ask you about a hole that the jail found up in a cell?

A. No, he just asked me about attempted escape, and I filled out a little statement that said I don't know nothing. That's all I wrote. And I do not know nothing about it.

Q. So if I asked you about a hole up in C block in the wall, what would you say about that?

A. I don't know nothing.

Q. Did you ever hear about any attempt to escape out of the jail?

A. Sure, they came right to me and asked me about it.

Q. Who did -- You mean the jailers did?

A. Yeah.

Q. Did you overhear about it from any of the inmates?

A. Not that I recall. Can I ask you a question?

Q. Sure.

A. What was it, in my room or something where I was? Is that where it was? Is that why everybody keeps asking

Page 36

me about this?

Q. You're talking about the hole in the wall?

A. Yeah.

Q. Well, what cell were you in?

A. I don't remember the cell.

Q. Do you remember the cell number?

A. No.

Q. Well, do you suppose that people are asking you because they must have had some information from somewhere that you were involved in it?

A. Where are they going to get it from, some people in there doing time? That's where they get information? You just believe anybody, right? You guys can take anybody for a witness.

Q. We're asking you what happened, so --

A. Yeah, I told you I don't know. I didn't -- You know, I do not know.

Q. I think those are all the questions we're going to have for you today, but what I'm going to do is ask you to step out just for a minute, and then we usually can ask the grand jurors what they want to ask you since I've been asking all the questions before you go. And if you have any questions before you go, we'll let you ask, and if you don't, then we'll let you go upstairs. Okay?

A. Yes, sir.

DISCOVERY MATERIAL COPY PROVIDED TO PATRICK BERRIGAN GRAND JURY MATERIAL DO NOT COPY OR REDISSEMINATE COPY TO BE RETURNED TO U.S. ATTORNEY

Page 37

(A discussion was held outside the presence of the witness from 11:50 a.m. to 11:52 a.m.)

MR. COLLOTON: The foreman has got a question he wants to put to you, Mr. Putzier.

GRAND JUROR: Well, as it came about, the correspondence, why were you really corresponding with Dustin Honken? I mean, why were you, you know, writing to him? How did that come about?

THE WITNESS: Because like I said, I've seen him here and there. I've heard different things about him through different people.

GRAND JUROR: But if you saw him, you're not just going to write to him. I mean, what established a relationship to write to him?

THE WITNESS: I talked to him, and I felt like he got mixed up with Donaldson as I got mixed up with Donaldson. I've known Donaldson for years, at least fifteen years. I kind of -- I don't know. I just took a liking to the dude because I talked to him here and there. We talked through the doors. Everybody talks through the -- I'd be sliding newspapers. I get the newspaper. People next door want to see them, and he's not the only one I wrote in there. I wrote several different girls. I wrote other dudes, you know. I'm kind of a friendly person. I like people. I don't know

Page 38

how you can say that, but I do. I'm not really a bad person. I like people. I like to talk to people.

GRAND JUROR: Well, these weren't just friendly letters though as far as some of things in here.

THE WITNESS: Well, no, I'm not real happy about the dude that I was writing about at the time.

BY MR. COLLOTON:
Q. There was another question about whether you ever heard anything about Dustin's girlfriends. Did you ever talk to him about his girlfriends?
A. I've heard him talking. I've never met none of them or nothing.
Q. Did he tell you what their names were?
A. He told me, but I do not remember. I remember one.
Q. Which one do you remember?
A. Angie. That's all. That's all I know.
Q. Did he ever talk to you about his case?
A. No. You know, I know what he was in there for and that's it.
Q. Was he a federal guy or State guy, as far as you know?
A. I knew he was a fed. I don't like knowing a bunch of things about people, because this is what happens, and I didn't even know a bunch about him, and here I am.
Q. Did he ever tell you about another case he had back in

Page 39

1993?
A. No, sir.
Q. What did he tell you about Angie?
A. Just that she was kind of nice looking, and she was a nice girl. That's all. And the reason that was brought up, somebody else said, damn, I seen Dustin out there with this visitor, and jeez, she looks good, she really looks good, and I said, hey, what's up with that, you know, and that's all I really know.
Q. Did he ever tell you if he had any kids?
A. Yeah, he has -- I knew he had some kids. I don't know how many or what. The only reason I know that is because I had some -- a good friend of mine -- he ain't really a good friend of mine. He's a Mexican dude in there. But he do a lot of drawings for me that I would send my stepdaughter and my two sons. I said, hey, I know that my kids would like that, here you can have it.
Q. Dustin said that you mean, that his kids would like the drawings?
A. Yeah, I didn't ask him how many kids you got and all that.
Q. Did you have any letters corresponding with any of Dustin's girlfriends?
A. No.

Page 40

Q. Do you know whether Angie or any other girlfriend of Dustin's had anything to do with bonding out Dean Donaldson?
A. Like I said, I'm not positive who bonded him out.
Q. Did you hear that anywhere, that it was a girlfriend?
A. No, I didn't really hear nothing. I just heard he got bonded out. I wasn't even sure who bonded him out. I didn't want to know. I just told them they was dumb, whoever done it. I asked him.

MR. COLLOTON: Anybody else want to ask -- yes, sir.

GRAND JUROR: Does Dustin know that you're here?

THE WITNESS: I'm not sure if he knows I'm here. He might.

GRAND JUROR: Do you think he would do any harm to you if he knew he was here?

THE WITNESS: Oh, no. Dustin wouldn't, I don't believe, harm me in no way.

GRAND JUROR: He wouldn't harm nobody?

THE WITNESS: No, I do not know him that well. I don't know about that. I said he wouldn't harm me in no way. Like I said, I know Dustin, I see him over in rec, what's up. I talked to him through the door. Get away from the fire door. Yes, sir. So you

DISCOVERY MATERIAL
COPY PROVIDED TO JURY PURSUANT TO PATRICK J. REINERT CORRIGAN
DO NOT COPY OR REDISSEMINATE
COPY TO BE RETURNED TO U.S. ATTORNEY

Page 41

can't really talk, and there's way too many people to talk about any kind of cases, so I don't even like talking about no cases.

MR. COLLOTON: Anybody else have a question for Mr. Putzier?

BY MR. COLLOTON:

Q. I'll give you one last chance if you can remember anything about what you heard about where Dean got bonded out.

A. I'm not sure. I really don't know.

Q. Well, let me put it this way. If you've heard some things about he got bonded out, could you understand why the Grand Jury might be interested in that? Do you think that it is a legitimate inquiry about --

A. I know what you're trying to say. I'm no dummy; right?

Q. That's why I'm asking you. The Grand Jury gets some cases that are just sort of minor cases, and they get some that are more important, and I'm asking if you --

A. I don't believe Donaldson being bonded out was important to anybody. He's not going to do nothing but go down, smoke some crack, sit on a corner, and not have nothing. That's all he's going to do, steal some pigs.

Q. Was he supposed to do anything when he got bonded out?

A. Not that I know of. The dude told on me. I could care less about Donaldson.

Page 42

Q. I'm not asking for Donaldson's benefit. I'm just asking for the benefit of the Grand Jury when he got bonded out, whether he was supposed to do anything when he got bonded out.

A. I have no knowledge of that, no. No.

Q. Nothing you want to share?

A. Not -- No.

Q. I'll tell you what, we'll let you go and you think about that, and -- No, seriously, if you feel like you want to talk to one of the agents outside the Grand Jury -- You don't like law enforcement. You said that before. But if you want to talk to one of the agents about it or you want to come back to the Grand Jury and tell them anything else that you remember, we'll give you an opportunity to do that.

A. Okay. I can't put you people down, but my God, you expect us to come over here and be happy and talk about anything. I'm sleeping on a cement floor. I got one pair of underwear I wash out in the sink. You know, it's freezing over there. They take my mattress and stuff in the morning. I kind of bark at them a little bit. Next thing I know I'm in the hole. I'm starving in the middle of the night. I hate the place.

Q. Just so you know, we call witnesses from all over, and if someone is in custody, they keep them in Linn County

Page 43

because it's the closest one.

A. So why would they keep us for a week?

Q. You'll have to talk to the marshals, but as soon as you're done here, we're going to tell the marshals, and they're going to take you to Clarinda or wherever you came from, so if that's worth anything to you, anything else you wish to --

A. No, sir, I just wish you all the best luck in the world. Thank you.

Q. All right. You're excused.

(The witness was excused at 12 noon.)

Page 44

CERTIFICATE

I, Heidi L. Weston, Certified Shorthand Reporter of the State of Iowa, do hereby certify that, on the 22nd day of April, 1997, at 215 Federal Building, Cedar Rapids, Iowa, there appeared before me the following-named person, to wit, DENNIS LeROY PUTZIER, who was by the Foreperson of the Federal Grand Jury first duly sworn to testify to the truth, the whole truth, and nothing but the truth in the above-entitled cause; that I reported in shorthand the testimony of said witness, reduced the same to printing under my direction and supervision, and that the foregoing transcript is a true record of the testimony given by said witness and of all proceedings had on the taking of said testimony at the above time and place.

I further certify that I am not related to or employed by any of the parties to this proceeding, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have set my hand this 30th day of April, 1997.

_____
Certified Shorthand Reporter

DISCOVERY MATERIAL
COPY PROVIDED TO
PATRICK BERRIGAN
GRAND JURY MATERIAL
DO NOT COPY OR REDISSEMINATE
COPY TO BE RETURNED TO U.S. ATTORNEY

**-1-**

100 [1] 29:10
11:03 [1] 1:13
11:50 [1] 37:2
11:52 [1] 37:2
12 [1] 43:11
18 [1] 10:1
19 [2] 10:1 10:1
1993 [1] 39:1
1997 [3] 1:13 44:7 44:16

**-2-**

215 [2] 1:12 44:7
22 [1] 8:15
22nd [2] 1:12 44:6
23 [1] 17:11
24 [2] 32:5 32:12
25 [1] 33:3

**-3-**

32 [1] 2:18

**-4-**

422 [1] 1:24

**-5-**

52401 [1] 1:25
52407-4950 [1] 1:18

**-7-**

74950 [1] 1:18

**-A-**

a.m [3] 1:13 37:2 37:2
ability [2] 4:1 4:4
above [1] 44:12
above-entitled [1] 44:9
acknowledge [1] 26:25
act [1] 26:24
action [1] 44:15
activities [1] 7:19
addict [1] 21:12
address [1] 8:21
addressed [4] 8:25 9:3 9:6 32:6
again [3] 14:18 17:4 17:24
against [5] 3:11 14:7 20:7 20:8 20:9
age [1] 2:17
agents [2] 42:10

42:12
ago [1] 34:5
agree [11] 8:19 8:25 9:4 9:5 9:7 11:24 11:25 14:13 17:16 32:9 33:4
ahead [1] 17:21
ahold [1] 16:4
ain't [8] 7:25 17:2 17:3 27:7 28:16 29:5 29:12 39:13
allegations [1] 34:25
allowed [2] 13:24 14:5
almost [1] 30:3
always [1] 26:12
Amendment [1] 19:25
AMERICA [1] 1:4
Angie [3] 38:17 39:3 40:1
answer [9] 3:1 3:2 4:1 4:4 13:25 14:6 15:17 19:23 33:19
anyplace [1]
anytime [1] 15:23
appear [1] 24:25
APPEARANCES [1] 1:16
appeared [1] 44:7
April [3] 1:12 44:7 44:16
arm-robbed [1] 19:14
Assistant [1] 1:17
assurances [1] 20:5
attempt [1] 35:16
attempted [1] 35:9
attorney [2] 1:17 44:14
Attorney's [1] 1:18
Avenue [1] 1:24
away [2] 21:13 40:25
awhile [2] 11:3 11:4

**-B-**

bad [7] 19:15 19:16 24:2 24:3 26:9 26:17 38:1
bailed [1] 17:1
bark [1] 42:21
benefit [2] 42:1 42:2
best [4] 4:1 4:4 25:22 43:8
better [1] 29:6
between [3] 6:20 7:1 7:4
biggest [1] 21:23
bit [1] 42:22

block [4] 4:20 6:7 6:10 35:13
blocks [9] 4:23 4:25 5:11 6:17 6:19 6:20 6:21 7:1 7:4
bogus [1] 24:10
bond [2] 24:21 25:21
bonded [23] 11:5 22:8 22:16 22:19 26:19 26:23 27:20 27:22 27:23 27:25 28:1 28:2 34:13 34:14 40:4 40:7 40:7 41:9 41:17 41:19 41:23 42:2 42:4
bonding [1] 40:2
books [1] 25:18
bottom [1] 22:12
Box [1] 1:18
bricks [2] 6:22 6:24
bring [2] 15:14 20:1
bringing [1] 18:10
brought [3] 7:16 13:23 39:5
Building [2] 1:17 44:7
bunch [6] 5:18 26:2 30:2 30:5 38:22 38:24
business [9] 17:2 18:14 18:15 20:12 20:13 21:3 21:4 25:24 26:24

**-C-**

C [3] 5:4 5:4 35:13
calls [1] 18:23
care [9] 18:17 18:18 18:19 19:8 22:21 26:10 27:3 34:4 41:24
careless [2] 27:16 27:17
case [4] 10:19 11:18 12:3 30:14 38:18 38:25
cases [6] 10:19 11:11 41:2 41:3 41:17 41:17
caught [2] 23:21 23:21
caved [1] 26:3
Cedar [4] 1:12 1:18 1:25 44:7
cell [12] 4:20 6:7 6:9 6:17 6:20 6:21 7:4 25:6 35:8 36:4 36:5 36:6
cement [1] 42:18

certain [1] 17:19
CERTIFICATE [1] 44:5
Certified [4] 1:11 1:24 44:6 44:19
certify [2] 44:6 44:13
chance [6] 9:9 13:9 16:12 22:12 32:11 41:7
change [1] 20:6
charge [2] 20:2 20:3
charged [4] 11:12 11:13 11:14 11:15
chicken [1] 27:17
child [1] 19:13
choked [1] 27:17
Chuck [5] 13:9 13:11 13:15 15:15 31:2
city [3] 2:12 2:14 11:20
claim [3] 19:25 20:1
Clarinda [8] 2:16 4:6 4:7 4:8 4:10 23:15 30:3 43:5
close [1] 16:24
closest [1] 43:5
clothes [2] 27:13 27:14
cocaine [2] 19:10 19:10
COMMON [1]
commencing [1] 1:13
commissary [1] 23:15
communicate [1] 5:10
consult [1] 3:16
cop [2] 21:12 21:12
copies [1] 8:11
cops [3] 21:13 27:4 29:13
copy [1] 8:19
corner [1] 41:21
Correctional [1] 2:16
corresponded [1] 5:17
correspondence [1] 37:6
corresponding [2] 37:6 39:23
counsel [3] 3:14 3:16 44:14
county [4] 4:15 4:16 34:5 42:25
couple [8] 5:23

5:23 6:18 8:7 23:15 25:3 27:19 32:2
court [2] 17:10 24:25
crack [1] 41:21
crazy [2] 17:9 18:7
creed [1] 23:23
crime [4] 3:7 20:20 20:21 21:6
criminal [1] 2:21
Cub [1] 26:15
custody [1] 42:25

**-D-**

D-e-n-n-i-s [1] 2:10
damn [2] 23:12 39:6
Dayton [3] 17:23 24:8 24:8
Dayton's [2] 24:6 29:9
Dean [57] 10:4 10:15 10:20 11:3 11:10 11:13 12:15 12:24 13:5 13:19 16:5 16:14 16:21 16:22 17:6 18:2 20:16 20:19 21:20 21:21 21:23 21:25 22:2 22:11 22:11 22:15 22:19 22:20 22:21 24:6 24:7 24:9 24:14 24:22 25:7 25:21 26:19 27:3 27:7 27:11 27:13 27:18 28:15 28:17 29:10 29:21 31:18 32:15 32:21 32:24 33:11 33:19 34:7 34:11 34:13 40:2 41:8
Dean's [4] 10:21 11:11 22:4 30:4
debate [1] 24:7
December [2] 4:19 15:11
decide [1] 14:15
decision [1] 14:10
Dennis [5] 1:10 2:1 2:10 9:7 44:8
Denny [1] 5:21
deserves [1] 20:15
desire [1] 3:17
detective [1] 35:2
die [2] 21:14 26:13
died [2] 27:16 27:17
difference [2] 20:21 20:23
different [21] 4:23 5:11 5:16 5:16 5:18 5:24 6:16 6:18 6:25 9:22 15:9 15:13 16:3

DISCOVERY MATERIAL COPY PROVIDED TO PATRICIA GRANT — GRAND JURY MATERIAL — DO NOT COPY OR REDISSEMINATE — COPY TO BE RETURNED TO U.S. ATTORNEY

```
20:22    25:3    25:13
27:19    30:14   37:10
37:11    37:24
direction [1]    44:10
disagrees [1]    21:8
discussion [1]   37:1
dispute [1]      14:14
District [1]     1:18
document [4]     16:11
17:11    18:9    33:2
documents [4]    8:13
19:22    21:20   32:3
doesn't [2]      14:13
31:6
Donaldson [12]   10:22
22:19    27:4    27:7
27:19    28:11   37:16
37:17    37:17   40:3
41:19    41:25
Donaldson's [1]
42:1
done [12]        5:16
6:12     17:3    19:4
19:7     19:8    19:8
19:9     25:5    26:7
40:9     43:4
door [3] 37:22   40:25
40:25
doors [3]        7:4
7:6      37:20
dope [4] 19:14   21:14
26:13    26:15
down [8]         6:15
14:21    14:22   26:9
33:9     33:10   41:20
42:16
drawing [1]      39:20
drawings [1]     39:15
drug [1] 21:12
drugs [1]        26:10
dude [15]        6:1
7:14     10:19   18:18
21:24    23:11   23:11
25:4     26:2    26:6
27:16    37:19   38:7
39:14    41:24
dude's [1]       21:25
dudes [2]        26:4
37:24
duly [2] 2:2     44:8
dumb [1]         40:8
dummy [1]        41:15
Dustin [44]      6:1
7:12     7:15    8:25
9:4      9:6     11:18
12:13    12:19   12:20
15:20    15:24   16:1
16:9     17:6    17:14
22:18    23:12   23:13
25:10    25:12   25:14
25:15    25:20   28:6
30:16    30:17   30:19
31:6     31:12   31:18
31:20    31:21   31:25
32:7     33:3    33:18
33:24    37:7    39:6

39:19    40:12   40:18
40:23
Dustin's [3]     38:10
39:24    40:2

-E-
E [4]    1:24    5:3
5:3      5:4
efficient [1]    6:23
eight [1] 33:9
either [1]       28:13
employed [2]     44:13
44:14
employee [1]     44:14
end [2]  17:10   32:15
enforcement [1]
42:11
envelope [2]     8:19
17:13
escape [4]       35:1
35:2     35:9    35:16
established [1]  37:13
everybody [9]    12:9
12:14    12:15   20:12
20:13    20:14   27:7
35:25    37:20
ex-wife [1]      26:11
exactly [1]      18:11
EXAMINATION [1]
2:6
examined [1]     2:4
excused [2]      43:10
43:11
Exhibit [4]      8:15
17:11    32:5    32:12
expect [1]       42:17
eye [2]  24:4    24:4
eyes [1] 27:2

-F-
Facility [1]     2:16
fact [2] 18:1    24:5
fail [1] 3:6
Fair [1] 23:2
fairly [1]       14:11
fallout [1]      17:23
false [1] 3:8
far [4]  11:17   29:13
38:4     38:21
fed [1]  38:22
federal [10]     1:1
1:12     1:12    2:3
2:19     2:21    17:10
38:21    44:7    44:8
felonies [1]     19:12
felt [2] 21:24   37:15
few [2]  5:23    21:16
fifteen [2]      18:20
37:18
Fifth [10]       13:20
13:24    14:3    14:5
14:7     14:8    14:12

14:14    14:16   19:25
fight [3] 24:1   24:2
30:3
figure [1]       17:5
filled [1]       35:10
financially [1]  44:14
finding [4]      18:2
21:21    24:6    29:10
fire [1] 40:25
first [4] 8:14   14:15
17:22    44:8
five [4] 4:17    18:20
18:20    18:21
floor [1] 42:18
following-named [1]
44:7
follows [1]      2:5
forcible [1]     19:11
foregoing [1]    44:10
foreman [2]      2:22
37:3
Foreperson [2]   2:2
44:8
found [4]        24:9
24:9     24:11   29:11
29:13    29:13   33:11
33:19    35:7
four [2] 4:24    5:2
free [3] 14:16   28:15
28:17
freezing [1]     42:20
friend [7]       5:21
9:16     15:1    15:2
15:4     39:13   39:14
friendly [2]     37:25
38:4
friends [2]      23:16
25:17
front [4] 1:11   8:17
8:18     17:14
full [1] 2:8

-G-
G [3]    5:3     5:4
5:4
gather [1]       26:22
general [1]      10:10
34:11
girl [2] 26:4    39:5
girlfriend [2]   40:1
40:5
girlfriends [3]  38:10
38:11    39:24
girls [2] 5:16   37:24
given [1]        44:11
giving [1]       31:20
God [1] 42:16
gone [1] 13:17
good [18]        12:6
12:24    12:25   21:25
22:3     22:4    23:16
23:18    23:19   23:19
26:12    26:17   27:6

29:5     39:7    39:8
39:13    39:14
government [4]   14:13
19:21    20:20   23:2
grab [1] 17:8
grand [31]       1:1
1:12     2:3     2:19
2:23     3:8     3:11
3:14     3:15    7:17
8:15     18:23   19:20
21:22    23:2    26:18
32:5     34:13   36:21
37:5     37:12   38:3
40:12    40:16   40:20
41:13    41:16   42:2
42:10    42:13   44:8
guess [3]        8:4
25:11    33:9
guy [6]  8:4     8:6
15:8     23:24   38:21
38:21
guys [7] 5:11    5:16
6:17     11:14   20:1
34:20    36:13
halfway [1]      14:22
hall [1] 6:15
hand [2] 8:17    44:16
handle [2]       14:20
14:20
happy [2]        38:6
42:17
harm [5] 32:21   40:17
40:19    40:20   40:22
hate [1]         24:3
head [1] 6:5
hear [11] 23:10  26:5
27:24    27:25   28:1
28:4     28:8    28:10
35:16    40:5    40:6
heard [26]       21:24
22:3     22:8    22:16
23:6     23:6    23:8
25:1     25:1    25:2
25:25    25:25   26:1
26:22    28:2    28:9
28:11    28:12   30:13
34:13    37:10   38:9
38:12    40:6    41:8
41:11
hearsay [1]      22:5
heart [1] 26:12
Heidi [2]        1:11
44:6
held [1] 37:1
help [11] 20:24  23:10
23:14    24:17   24:17
27:10    27:18   28:2
28:4     28:6    28:10
hereby [1]       44:6
hereto [1]       44:14
hey [4]  6:5     6:15
39:8     39:16
high [1] 21:13
hired [1] 3:20

hit [2]  33:1    34:7
hog [2]  11:15   20:14
hogs [4] 11:16   19:6
19:14    27:11
Hold [2] 9:20    12:19
hole [4] 35:7    35:13
36:2     42:22
holler [1]       6:22
hollering [1]    6:23
Honken [11]      1:6
6:3      6:4     6:4
6:14     7:18    8:25
11:18    12:2    32:7
37:7
human [1]        24:3
hurt [2] 19:11   19:12

-I-
idea [3] 17:1    20:16
20:17
important [3]    21:21
41:18    41:19
Inc [1]  1:23
incarcerated [3]
2:13     2:15    4:5
incriminate [6]  3:3
14:1     14:2    14:6
14:9     14:11
information [6]  18:24
18:25    21:22   34:1
36:9     36:16
inmates [1]      35:21
inquiry [1]      41:14
instance [1]     14:15
insurance [1]    20:7
interested [2]   41:13
44:14
investigating [3]
2:20     20:20   26:18
investigation [1]
7:17
involved [4]     11:20
20:22    22:10   36:10
involves [1]     7:17
Iowa [7] 1:11    1:12
1:18     1:18    1:25
44:6     44:7
it'll [1]        29:6

-J-
jail [33] 4:15   4:16
4:20     5:10    6:5
7:19     7:21    10:2
11:5     11:6    12:8
15:10    16:24   16:25
17:10    20:15   20:16
22:7     22:7    22:24
22:25    25:2    25:15
30:2     30:6    34:6
34:18    34:21   34:24
34:25    35:1    35:7
35:17
jailers [1]      35:19
jails [1] 8:3
```

| jeez [1] 39:7 |
|---|

**Jimmy** [6] 14:23
15:4 15:8 15:11
15:16 15:21

**Jimmy's** [1] 15:6

**job** [2] 21:10 21:11

**judge** [2] 14:14
19:16

**July** [2] 4:19 11:7

**jumped** [1] 26:4

**JUROR** [6] 37:5
37:12 38:3 40:12
40:16 40:20

**jurors** [1] 36:21

**Jury** [22] 1:1 1:12
2:3 2:19 2:23
3:8 3:11 3:14
3:16 8:15 18:23
19:20 21:22 23:2
32:5 34:13 41:13
41:16 42:2 42:10
42:13 44:8

**Jury's** [2] 7:17
26:18

**justice** [1] 28:16

**-K-**

**keep** [3] 30:11 42:25
43:2

**keeps** [1] 35:25

**key** [1] 7:9

**keyhole** [1] 7:10

**kid** [3] 7:10 26:16
30:24

**kids** [7] 26:11 28:12
39:10 39:11 39:17
39:19 39:21

**kill** [2] 26:14 26:14

**killed** [1] 20:24

**kind** [10] 8:13
10:10 23:25 24:7
28:20 37:18 37:25
39:4 41:2 42:21

**kinds** [4] 6:25
8:8 12:22 30:12

**knew** [9] 8:4
13:4 21:1 24:17
24:21 24:23 38:22
39:11 40:17

**knocked** [2] 26:5
26:6

**knowing** [1] 38:22

**knowledge** [2] 25:22
42:5

**known** [2] 5:21
37:17

**knows** [1] 40:14

**Kool** [1] 1:23

**-L-**

**L** [2] 1:11 44:6

**L-e-R-o-y** [1] 2:10

**last** [11] 5:9 6:2
6:3 9:17 9:22

10:21 13:13 15:6
15:10 33:2 41:7

**law** [2] 2:21 42:11

**lawyer** [2] 3:18
3:20

**learn** [1] 6:12

**learned** [1] 6:14

**least** [3] 8:1 28:25
37:17

**legal** [1] 3:12

**legitimate** [1] 41:14

**LeRoy** [4] 1:10
2:1 2:10 44:8

**less** [3] 24:8 27:3
41:25

**letter** [13] 9:3
9:6 9:11 9:14
14:21 21:17 24:5
24:12 24:12 29:8
32:6 32:11 33:3

**letters** [7] 5:12
7:24 8:6 19:17
32:10 38:4 39:23

**lie** [3] 22:1 27:5
29:12

**life** [3] 8:1 21:4
26:16

**liking** [1] 37:19

**line** [3] 22:12 29:14
33:12

**lines** [2] 17:22 33:9

**Linn** [1] 42:25

**listen** [1] 18:1

**load** [1] 27:11

**locked** [1]

**lonely** [2] 19:1
19:2

**look** [4] 7:2 14:21
26:8 32:11

**looking** [2] 29:8
39:4

**looks** [2] 39:7
39:8

**love** [1] 26:12

**luck** [1] 43:8

**lunch** [1] 29:4

**lying** [2] 22:2 23:8

**-M-**

**M** [1] 1:17

**mad** [1] 32:18

**mail** [1] 5:14

**makes** [2] 19:15
28:21

**man** [1] 18:5

**mark** [2] 8:14 32:5

**marshals** [2] 43:3
43:4

**master** [1] 26:15

**matter** [4] 21:21
26:19 34:11 34:16

**mattress** [1] 42:20

**may** [2] 3:1 3:10

**mean** [25] 7:14
7:15 10:7 10:8
10:18 11:12 14:25
15:23 16:21 16:21
17:10 18:4 22:24
22:25 23:1 23:1
23:18 30:23 32:19
32:21 32:21 35:19
37:7 37:13 39:19

**means** [4] 18:6
18:8 19:19 23:4

**meant** [4] 16:13
17:5 17:7 20:11

**Members** [1] 1:11

**memory** [1] 8:10

**men** [1] 5:22

**messed** [1] 26:16

**messing** [2] 21:24
22:3

**met** [3] 15:9 15:9
38:12

**Mexican** [1] 39:14

**middle** [2] 32:14
42:2

**might** [6] 16:18
20:25 23:19 25:8
40:15 41:13

**minds** [1] 20:3

**mine** [7] 5:21 9:16
15:1 15:2 17:12
39:13 39:14

**minor** [1] 41:17

**minute** [1] 36:20

**mixed** [2] 37:16
37:16

**mole** [1] 28:20

**mom** [5] 18:1 18:5
24:6 24:9 29:9

**Monday** [1] 29:18

**money** [19] 15:14
20:18 23:14 24:14
24:16 24:16 24:19
24:21 25:4 25:8
25:8 25:14 25:16
25:18 25:20 25:23
27:21 31:7 31:20

**months** [5] 4:9
4:13 4:17 4:17
4:18

**morning** [1] 42:21

**mouth** [2] 33:1
34:8

**moved** [1] 4:22

**must** [3] 31:21 31:23
36:9

**-N-**

**name** [14] 2:8
6:2 6:3 9:17
9:17 9:20 9:21
9:24 10:21 13:9
13:13 15:6 15:10
17:13

**named** [1] 6:1

**names** [3] 5:25
9:22 38:14

**nature** [1] 24:4

**necessarily** [1] 20:9

**neck** [1] 26:1

**need** [2] 11:23 23:17

**needs** [1] 33:1

**neither** [1] 18:19

**nephew** [14] 9:14
9:19 9:23 9:25
11:1 12:2 13:2
13:7 17:6 29:11
29:15 29:16 30:9
30:10

**never** [15] 15:17
19:4 19:11 19:12
19:13 19:13 28:9
28:11 30:24 30:25
34:3 34:19 34:19
34:22 38:12

**newspaper** [1] 37:22

**newspapers** [1] 37:21

**next** [12] 6:17 10:4
10:14 11:23 11:25
18:5 18:5 29:14
42:2 42:2 37:22
42:22

**nice** [2] 39:4 39:5

**night** [1] 42:23

**no-good** [1] 23:8

**nobody** [9] 19:1
20:8 20:8 22:7
24:15 26:14 28:18
29:12 40:20

**none** [12] 17:2
18:14 18:14 18:17
18:18 19:23 20:12
20:17 21:5 21:4
26:24 38:12

**noon** [1] 43:11

**Northern** [1] 1:18

**nothing** [34] 2:4
7:15 12:10 17:2
18:2 18:14 18:17
18:25 19:4 19:12
21:4 22:6 22:25
23:1 23:1 23:10
23:13 24:6 27:3
27:8 27:10 29:9
34:6 35:3 35:4
35:11 35:11 35:15
38:13 40:6 41:20
41:22 42:6 44:9

**now** [30] 2:15 4:5
10:4 10:24 11:23
13:17 15:17 16:5
16:11 16:15 17:23
22:4 23:15 25:10
26:17 28:13 30:14
31:6 32:20 34:16

**number** [3] 16:4
21:20 36:6

**Nygren** [1] 1:23

**-O-**

**Oakdale** [4] 4:11

**names** [3] 5:25
9:22 38:14

4:12 4:14 31:1

**oath** [3] 2:23 2:24
3:5

**obligation** [1] 21:6

**occasions** [1] 15:9

**off** [2] 9:24 34:10

**offer** [2] 24:14 24:15

**office** [2] 1:18
5:13

**old's** [1] 9:25

**once** [4] 17:3 26:10
30:25 34:19

**one** [34] 3:18 7:12
8:14 10:2 10:4
13:18 13:18 16:12
16:14 17:6 17:8
17:16 18:9 18:19
25:14 25:20 27:11
27:13 27:20 31:7
32:2 32:5 33:2
34:9 34:10 34:16
37:23 38:15 38:16
41:7 42:10 42:12
42:18 43:1

**one-page** [1] 9:3

**ones** [1] 5:24

**open** [1] 26:5

**openings** [2] 7:8
7:9

**opportunity** [2] 3:15
42:15

**opposed** [1] 11:10

**option** [1] 19:24

**order** [3] 5:5 5:6
5:8

**ought** [1] 31:20

**outside** [4] 3:15
25:18 37:1 42:10

**overhear** [1] 35:21

**-P-**

**P-u-t-z-i-e-r** [1]
2:11

**P.O** [1] 1:18

**page** [3] 8:18 9:3
33:6

**pages** [1] 17:16

**paid** [1] 31:15

**pair** [1] 42:19

**Pam** [2] 5:21 7:16

**paperwork** [26] 10:15
10:17 10:23 11:1
11:4 11:7 11:9
11:10 11:11 12:3
12:20 12:25 13:1
13:2 13:4 29:17
29:20 29:21 29:24
30:1 30:10 30:11
30:12 30:13 30:14
30:20

**Parmalee** [4] 9:18
9:21 13:11 13:15

**part** [1] 9:13

**parties** [2] 44:13

DISCOVERY MATERIAL COPY PROVIDED TO PAT GRAND JURY MATERIAL AMERICAN NOT COPY DO NOT COPY OR THE DISSEMINATE COPY TO BE RETURNED TO U.S. ATTORNEY

44:14

parts [1] 17:19

penitentiaries [1]
8:2

people [35]        5:17
5:19      6:9      6:11
6:13      12:24    13:22
19:11     20:4     22:2
22:15     22:25    23:18
23:19     23:19    23:25
24:24     25:3     25:13
25:17     25:25    30:3
30:6      34:22    35:1
36:8      36:11    37:11
37:22     37:25    38:2
38:2      38:23    41:1
42:16

percent [1]        29:10

perjury [2]        3:7
20:2

permit [1]         3:14

person [7]         19:1
19:15     19:16    26:9
37:25     38:2     44:7

Phil [2]  9:17     9:23

Phil's [10]        9:14
11:1      12:2     13:2
13:7      17:6     29:10
29:15     30:9     30:19

phone [2]          16:3
22:20

pick [1]  14:19

pictures [1]       11:7

piece [2] 27:8     27:17

pigs [1]  41:22

place [3]          27:14
42:23     44:12

plead [6]          13:20
13:24     14:3     14:5
14:8      14:16

point [1] 16:25

police [1]         21:10

positive [4]       22:9
28:7      30:18    40:4

possible [1]       2:20

post [1]  5:13

potentially [1]    3:7

presence [1]       37:1

printing [1]       44:10

prison [1]         29:1

privilege [1]      19:25

procedure [1]      21:8

proceeding [2]     3:12
44:13

proceedings [2] 1:1
44:11

process [1]        19:20

prosecuted [1]     3:7

provide [3]        21:1
21:3      21:6

punish [1]         19:4

punished [1]       19:6

punk [3]  12:10    16:5
16:6

put [13]   24:19   24:21
25:6      25:7     25:14
25:18     25:20    25:23
27:21     34:7     37:4
41:11     42:16

Putzier [7]        1:10
2:1       2:10     2:19
37:4      41:5     44:8

-Q-

questions [13]     3:25
4:3       7:19     13:25
19:21     19:23    21:16
29:3      29:6     34:17
36:19     36:22    36:23

-R-

raped [2]          19:13
26:3

Rapids [4]         1:12
1:18      1:25     44:7

rather [2]         13:20
19:23

read [4]   9:4     9:9
17:18     33:7

reading [1]        17:21

real [2]  7:25     38:6

realize [1]        19:18

really [17]        5:18
7:14      19:24    26:8
27:15     31:2     31:3
34:4      34:20    37:6
38:1      39:7     39:9
39:14     40:6     41:1
41:10

reason [4]         12:19
30:22     39:5     39:12

reasonable [1]     3:15

rec [1]   40:24

recollection [4] 10:10
10:11     10:12    16:17

record [2]         2:9
44:11

reduced [1]        44:10

refer [2] 21:20    22:13

referred [2]       10:23
10:25

refresh [1]        8:10

refuse [1]         3:1

related [1]        44:13

relating [1]       7:18

relationship [3] 17:23
7:25      37:14

relationships [1]
8:2

relative [1]       44:14

remember [24]      4:2
4:25      5:2      5:5
5:6       5:18     5:20
5:25      6:2      9:11
10:8      13:13    16:13
16:14     31:9     32:10
34:4      36:5     36:6
38:15     38:15    38:16
41:7      42:14

reported [1]       44:9

Reporter [3]       1:11
44:6      44:19

Reporters [1]      1:24

residence [1]      2:12

responsible [1] 2:20

retained [2]       3:14
3:16

return [1]         8:21

rid [5]   29:18    30:9
30:13     30:19    30:24

right [35]         2:15
2:19      4:3      8:15
8:16      9:3      9:9
9:24      11:21    11:24
15:21     16:18    17:21
18:13     19:5     20:25
21:16     21:23    22:2
28:13     28:16    29:25
30:5      31:8     31:14
31:22     32:4     32:16
32:20     32:25    33:6
35:18     36:13    41:15
43:10

rights [1]         3:23

rob [1]   28:12

robbing [1]        20:4

room [2]  3:16     35:24

rules [2] 3:23     14:4
run [2]   28:14    41:20

-S-

S [1]     1:24

sat [1]   30:2

saw [1]   37:12

says [12] 9:14     10:4
10:15     14:22    15:14
16:5      16:13    17:23
18:1      29:14    31:2
33:14

Scouts [1]         26:15

seated [1]         2:8

second [6]         1:24
9:3       9:5      11:6
27:20     33:6

see [27]  6:15     9:14
9:15      10:2     10:15
10:15     11:2     11:21
14:21     15:1     15:14
15:18     17:13    17:23
18:2      19:5     20:14
25:23     29:8     29:12
29:19     30:24    31:4
32:6      33:9     37:22
40:23

send [3]  5:13     20:18
39:16

sense [2]          28:20
28:21

sentence [11]      10:4
10:14     11:23    11:25
13:18     14:22    15:17
16:5      16:12    31:2
33:10

sentences [1]      13:17

serious [2]        27:1
27:2

seriously [1]      42:9

set [2]   8:17     44:16

seven [2]          8:1
33:9

seventh [1]        33:12

several [3]        15:13
25:12     37:23

share [2] 19:1     42:6

shit [2]  12:22    27:8

shoot [4]          19:10
19:10     19:14    26:15

shooting [2]       21:14
26:13

shorthand [5]      1:11
1:24      44:6     44:9
44:19

show [6]  8:13     8:18
12:5      12:7     12:8
17:11

showed [1]         13:4

signed [1]         9:6

sink [1]  42:19

Sioux [1]          1:11

sister [1]         26:4

sit [4]   23:3     26:9
28:21     41:21

sitting [1]        17:10

situation [2]      27:1
27:2

six [3]   4:17     4:17
17:22

skip [1]  33:6

sleeping [1]       42:8

sliding [1]        37:21

smoke [2]          27:12
41:21

snitch [6]         12:5
12:9      12:10    12:15
16:9      23:9

snitched [4]       13:5
16:8      30:5     32:19

somebody-that-told-on-me
[1]       23:9

someone [1]        42:25

someplace [1]      32:15

sometimes [2]      13:15
25:17

somewhere [2]      28:8
36:9

sons [1]  39:16

soon [1]  43:3

sort [3]  23:3     23:23
41:17

sound [1]          31:8

sounds [1]         31:6

special [1]        7:15

spell [1] 2:9

split [2] 26:5     32:15

stand-up [1]       23:23

start [2] 14:18    26:10

starts [1]         33:10

starving [1]       42:22

state [4] 1:11     2:8
38:21     44:6

statement [1]      35:10

statements [1]     3:8

States [2]         1:4
1:17

stay [3]  9:23     19:2
27:14

stayed [2]         11:2
11:3

staying [1]        21:13

steal [5] 19:14    27:11
27:12     28:12    41:22

stealing [1]       19:6

step [2]  3:15     36:20

stepdaughter [1]
39:16

STEVEN [1]         1:17

stick [1] 23:18

still [2] 22:9     33:14

stopped [1]        30:4

straight [2]       24:15
28:22     29:1

street [1]         15:9

streets [2]        22:21
22:22

stuck [1]          26:1

stuff [12]         7:2
7:11      11:16    11:20
14:2      18:7     22:24
22:25     27:6     27:24
28:11     42:21

Sunday [4]         22:10
24:10     24:11    24:12

subsequent [1]     3:11

supervision [1] 44:10

suppose [1]        36:8

supposed [6]       12:3
28:4      28:6     28:10
41:23     42:3

sworn [3]          2:2
2:22      44:8

system [1]         28:16

-T-

taking [1]         44:11

talks [1] 37:20

taught [1]         26:15

teeth [2] 26:3     26:5

telling [4]        19:7
30:5      30:17    32:18

tend [6]  3:2      13:25
14:2      14:6     14:8
14:10

testified [1]      2:5

testify [9]        2:3
2:22      2:23     20:6
20:7      20:8     20:9
20:10     44:8

testimony [5]      1:10
3:6       44:10    44:11

DISCOVERY MATERIAL
COPY PROVIDED TO PATRICK BERRIGAN
COPY TO BE RETURNED TO U.S. ATTORNEY
GRAND JURY MATERIAL DO NOT COPY OR REDISSEMINATE

44:12
Texas [1]    27:9
Thank [2]    34:9
43:9
thanks [1]    20:18
theft [1] 11:15
They've [1]    34:22
thinks [1]    27:7
thought [4]    11:1
25:7    29:23    31:17
three [4] 4:9    4:13
26:4    34:22
three-way [2]    14:23
15:12
through [22]    5:13
5:14    6:19    6:21
6:22    6:23    7:6
7:8    7:10    8:14
13:17    13:18    22:8
22:9    22:13    22:18
25:2    29:7    37:11
37:20    37:21    40:24
times [2]    6:18
8:7
today [5]    2:21
9:15    14:23    27:16
36:19
together [6]    10:19
11:11    11:12    11:13
11:14    23:18
too [6]    9:21    19:8
20:19    30:25    31:21
41:1
took [2]    14:7    37:18
top [1]    9:13
topic [2] 34:10    35:5
transcript [1]    44:11
tried [6]    14:22    15:1
15:13    22:3    23:10
26:12
truck [1] 11:16
true [3]    22:5    26:2
44:11
trust [4]    22:7    22:23
27:4    27:5
truth [9]    2:3    2:4
2:4    22:1    24:1
28:25    44:8    44:9
44:9
truthful [4]    3:2
3:6    13:25    14:5
truthfully [1]    2:24
try [6]    18:21    20:2
22:23    23:3    28:2
29:7
trying [13]    15:11
15:20    17:5    22:13
22:15    24:9    24:13
24:24    33:18    33:20
33:24    35:1    41:15
Tuesday [1]    1:12
two [5]    9:22    13:17
17:16    26:11    39:16

-U-

U.S [1]    1:18
unconscious [1]
26:6
under [2]    3:5
44:10
understand [17] 2:24
3:1    3:5    3:10
3:17    3:19    3:23
14:4    14:17    17:9
21:10    23:4    24:13
26:19    26:21    33:18
41:12
underwear [1]    42:19
United [2]    1:4
1:17
unless [2]    19:24
33:7
up [20]    6:5    7:16
8:1    14:19    17:10
25:8    25:14    25:20
25:23    26:16    27:12
27:21    32:15    35:7
35:13    37:16    37:16
39:6    39:8    40:24
upstairs [1]    36:24
used [3] 3:11    9:22
14:7
usually [1]    36:20

-V-

view [2] 20:6    21:9
violations [1]    2:20
violent [3]    20:20
20:21    32:24
visitor [1]    39:7
vs [1]    1:5

-W-

wall [2] 35:14    36:2
wants [1]    37:4
wash [1] 42:19
ways [3] 6:16    6:25
7:1
wearing [1]    27:13
week [2] 27:14    43:2
Weston [2]    1:11
44:6
WHEREOF [1] 44:16
wherever [1]    43:5
whole [6]    2:3
17:18    21:14    33:7
34:11    44:9
wig [1]    32:15
windows [1]    7:2
wish [2] 43:7    43:8
wit [1]    44:7
witness [13]    2:2
36:14    37:2    37:9
37:15    38:6    40:14
40:18    40:21    43:11
44:10    44:11    44:16
witnesses [4]    18:23
19:21    21:5    42:24

woman [1]    19:13
Woodbury [5]    4:15
4:16    4:20    34:24
34:25
works [1]    19:20
world [1]    43:9
worth [1]    43:6
write [5] 5:12    8:8
11:9    37:13    37:14
writing [8]    8:23
9:11    24:11    24:12
32:10    34:1    37:7
38:7
wrong [1]    19:4
wrote [15]    6:1
6:1    7:24    8:6
8:7    15:22    18:9
20:11    23:12    29:17
31:11    35:11    37:23
37:23    37:24

-Y-

years [7]    8:1
18:20    18:20    18:21
18:21    37:17    37:18
Yep [1] 3:4
yourself [2]    5:15
19:18

-Z-

zero [2]    19:23    20:17

DISCOVERY MATERIAL
COPY PROVIDED TO
PATRICK BERRIGAN
GRAND JURY MATERIAL
DO NOT COPY OR
REDISSEMINATE
REDISSEMINATE
COPY TO BE
RETURNED
TO U.S. ATTORNEY