A001318

DIVISION OF NARCOTICS ENFORCEMENT
DEPARTMENT OF PUBLIC SAFETY

EXHIBIT #                                          CASE #9605340
INTERVIEW                                          TYPED BY:


NAME:              JOANN LOUISE DEGEUS
ADDRESS:           █████████

SEX:               FEMALE
RACE:              CAUCASIAN
BIRTH DATE:        ████████
SSN:
EMPLOYMENT:        NONE
OCCUPATION:        NONE
PHONE (RES):       ███████
      (BUS):


DATE:              July 11, 1997
TIME:              11:07 A.M.
PLACE:             DEGEUS RESIDENCE
                   BRITT, IOWA

BY:                SPECIAL AGENT LORI LEWIS (DNE)
                   SPECIAL AGENT BILL BASLER (DCI)

DATE DICTATED:     AUGUST 18, 1997

PURPOSE:           INFORMATION REFERENCE DEGEUS WORK SITES

SYNOPSIS


Mrs. DEGEUS stated she generally bills the jobs the same day they are completed.

In response to questioning,, DEGEUS stated she has tickets for three jobs near the time NICHOLSON et al disappeared. She indicated the job billed on July 26, 1993 was for CHARLES HARTWIG near Kanawha. The job for ELMER SWEERS of Britt was billed on July 27, 1993 and the job for KEVIN PACA was billed on July 29, 1993.


12-1

CASE #9605340
Exhibit #   - Page 2

The billing addresses for the aforementioned jobs were provided as follows: CHARLES HARTWIG, Route 1 Box 177, Kanahwa; ELMER SWEERS, 639 1st SW, Britt; and KEVIN PACA at RR1, Britt.

The ticket for HARTWIG indicated ED had used the backhoe at the job site, which was also true for the SWEERS job. JOANN DEGEUS also stated another job where the backhoe was used was for GEORGE TLACH, 880 Division Street, Garner.

In response to questioning, Mrs. DEGEUS stated she could not specifically recall but was fairly confident TERRY DEGEUS would have been working with ED at the HARTWIG farm site.

JOANN stated TERRY had told her that ANGIE JOHNSON had a gun. TERRY did not tell her what type of gun she had. This conversation occurred after HONKEN had moved in with ANGIE.

Mrs. DEGEUS said although TERRY and DUSTIN grew up in the same town, there was enough of an age difference between the two that they did not spend alot of time together while they were growing up. Mrs. DEGEUS stated during the winter of 1992 or early in 1993, TERRY had come to her and asked who HONKEN was. Mrs. DEGEUS stated she thought the question was odd, as TERRY did know HONKEN.

Mrs. DEGEUS stated she was aware TERRY was obsessed with ANGIE and had not gotten over their break up.

Mrs. DEGEUS stated approximately one week prior to his disappearance, TERRY asked her about whether she had received any papers for TERRY indicating he had to go to Cedar Rapids. Mrs. DEGEUS indicated she knew he was referring to a subpoena and told TERRY the government would have to serve him personally with it.

Mrs. DEGEUS stated she had been told by WENDY, TERRY's ex-wife, that ANGIE was mad at TERRY because he maybe would have to testify. According to WENDY, ANGIE was adamant TERRY was not going to testify even though TERRY felt he had to if called.

As DEGEUS had nothing further to add, the interview was concluded at 11:45 a.m.

On Monday, August 18, 1997, JOANN advised she had checked the billing records pertaining to the HARTWIG job. The records indicate HARTWIG was charged for three hours use for the "crawler" and four hours use for the D7 Caterpillar. DEGEUS

A001320

CASE #9605340
Exhibit #   - Page 3

added that typically ED would not bring equipment home unless it was in need of repair or service. Instead, he would take the equipment to the new job site and leave it there.