INTERVIEW:

CASE:      9309932
Typed by: Sharon

NAME:          KRISTIN ROXANNE THOMPSON
ADDRESS:       ███████████████

SEX:           FEMALE
RACE:          CAUCASIAN
BIRTHDATE:     ███████████
SS#:           ████████
EMPLOYMENT:    NEO DATA, CLARION
OCCUPATION:    LABORER
PHONE:(RES)    ████████████
     (BUS)     UNAVAILABLE
DATE:          JANUARY 31, 1994
TIME:          1:24 P.M.
PLACE:         THOMPSON RESIDENCE, GOLDFIELD
CASE AGENT:    SPECIAL AGENT WILLIAM BASLER
BY:            SPECIAL AGENT BASLER; DEPUTY SCOTT DODD

DATE DICTATED: FEBRUARY 23, 1994
PURPOSE:       THE PURPOSE OF THIS INTERVIEW WAS TO ASCERTAIN
               BACKGROUND INFORMATION FROM THOMPSON IN REGARD
               TO TERRY DeGEUS.

          During the interview, THOMPSON stated that she first met DeGEUS when they were both 18 or 19 years of age growing up in Kanawha, Iowa.

          THOMPSON stated that she was aware that TERRY DeGEUS had been in and out of trouble for several years.

          THOMPSON stated that she never dated DeGEUS, nor did she ever live with him, describing them as only being friends, further stating, "He was too mean for me."

          THOMPSON stated that she last saw DeGEUS on Labor Day, 1993, at K.J.'s Bar and Restaurant in Kanawha. THOMPSON stated that DeGEUS had his daughter, ASHLEY, with him at that time, and they were there to watch the parade. THOMPSON stated that she has not talked to DeGEUS since that time.

          THOMPSON stated that she believes that DeGEUS is dead due to DeGEUS's drug activity. THOMPSON stated that she knows from DeGEUS himself that DeGEUS's drug source was flying methamphetamine into Mason City, dropping off the drugs and then flying out again. THOMPSON stated that she learned this last year when THOMPSON would go to DeGEUS's house and watch DeGEUS's daughter. THOMPSON stated that on these occasions, DeGEUS would take her vehicle and be gone for a time. THOMPSON stated that this occurred both during the day and during the evening.

CASE:   9309932

INTERVIEW – KRISTIN ROXANNE THOMPSON – (con't)

THOMPSON stated that her car was a Pontiac 6000 with license plate TJB281.

THOMPSON stated that she believes that DeGEUS was supplying methamphetamine to TERRY KUNKEL from Crystal Lake and also supplying someone from Lake Mills, whose name she did not know.   Additionally, THOMPSON stated that DeGEUS was supplying methamphetamine to DAVE BACH and DENISE HAYUNGS.

THOMPSON then recalled an occasion that occurred last year while it was warm out at DeGEUS's residence.   THOMPSON stated that MISSY BAKER and TERESA PETERS were also at the house at the time.   On this occasion, THOMPSON stated that DeGEUS showed her a large plastic freezer bag which was four or five inches deep with methamphetamine which THOMPSON stated smelled very bad and was an off-white color.   After she saw this bag, THOMPSON stated that DeGEUS then placed this bag in a white box that locked.

THOMPSON remembers that DeGEUS mentioned that DeGEUS had another bag of stuff that he was mixing into the methamphetamine.

THOMPSON stated that another friend of DeGEUS's was RHONDA HANSON.

THOMPSON stated that she was aware of another individual from Britt, Iowa, who wanted to trade cocaine for DeGEUS's methamphetamine.   THOMPSON stated that she could not remember this individual's name, but described him as being in his early 30's, a big guy who worked at the Armour plant and lived in a gray house on a corner in southeast Britt.

THOMPSON further stated that she was aware that approximately a year ago, ANGIE JOHNSON owed DeGEUS two thousand four hundred dollars ($2,400) for methamphetamine.

THOMPSON stated that she has heard the name DUSTIN HONKEN as being involved with TERRY DeGEUS with methamphetamine.

THOMPSON stated that she had been told by DeGEUS that DeGEUS was supposed to have met DUSTIN HONKEN to pick up some drugs the same day that HONKEN was arrested on drug charges.

THOMPSON stated that she has been told by RHONDA HANSON that DeGEUS is in Oregon.   THOMPSON further stated that RHONDA HANSON also mentioned Lake Mills, making THOMPSON think that the person missing from Lake Mills might also be tied into the same situation as TERRY DeGEUS, with these two missing persons possibly being located in the same place in Oregon.

CASE:   9309932

INTERVIEW - KRISTIN ROXANNE THOMPSON - (con't)


THOMPSON then recalled that sometime last year during the winter and prior to DeGEUS going to jail, THOMPSON had ridden with DeGEUS while he traveled to Estherville and someplace in Minnesota to deliver drugs.

THOMPSON stated that she has seen DeGEUS with both handguns and long guns, further stating that DeGEUS always had a handgun in the pickup under the seat.  THOMPSON stated that she believes this handgun to be an automatic, stating that it was shiny with wood on the handle.  THOMPSON recalled that DeGEUS once bought ammunition for this gun at K-Mart in Mason City.

THOMPSON stated that DeGEUS used TERESA PETERS' phone a lot just before he disappeared with PETERS' phone bill sometimes running $300 or $400 per month.

Having nothing further to add, the interview was concluded at approximately 1:51 p.m.


END OF INTERVIEW

12-13-93

2:30 pm

Kris Thompson                    414

About Labor day was the last
Time she see Terry Degeus.
She said he was very uptight
the last few Times she saw him.
She has heard That he thinks
the F B I is looking for him.
She said that Terry is
afraid the Aaron has narced
on him.
Kris has heard That he
has went To California -
he is afraid of the law.
Kris has been a lot of places
with Terry. Does not Know
who lives at each place.
She said she has been
To Esterville.
She also said that as
soon as Sam Origer got out
of prison - origer got

4-7A

Kris said ~~the~~ Terry maybe
did business with a
Deb Johnson
(Bert)   =   Runs Family Bowling Alley
15756 Spruce Ave                    Mason
                                                   City
Mason City            423-2873

Basler will contact her also
And He will do some more
checking with the M.C.P.d. and
the School house apartments

4-7A