BATES G1029

# U.S. DEPARTMENT OF JUSTICE
## DRUG ENFORCEMENT ADMINISTRATION
### REPORT OF INVESTIGATION

1. Program Code:
2. Cross File:
3. File No.           IH-96-0041
4. G-DEP Identifier:  XGA2D
5. By:                STEVE PALMER, TFO
   AT:                DES MOINES
6. File Title:        HONKEN, DUSTIN
7. Closed:      Requested Action Completed      Action Requested By:
8. Date Prepared:     FEBRUARY 20, 1997
9. Other Officers:    DNE SA LORI LEWIS
10. Report Re:        INTERVIEW OR ARLYN JOHNSON

## SYNOPSIS:

ON FEBRUARY 14, 1997, AT APPROXIMATELY 1:22 PM, TFO STEVE PALMER AND SA

LORI LEWIS INTERVIEWED ARLYN JOHNSON, EX-HUSBAND OF ANGIE JOHNSON, AT

FOREST CITY POLICE DEPARTMENT, REFERENCE ANGIE JOHNSON, DUSTIN HONKEN

AND TERRY DEGEUS.

## DETAILS:

1. FOR PURPOSES OF THIS REPORT, ARLYN JOHNSON WILL BE REFERRED TO AS

   JOHNSON. ANGELA JOHNSON WILL BE REFERRED TO AS ANGIE JOHNSON.

   JOHNSON IS THE EX-HUSBAND OF ANGIE JOHNSON.

2. ACCORDING TO JOHNSON, HE FIRST MET ANGIE JOHNSON IN THE SPRING OF

   1981, AND WITHIN ONE YEAR, THEY WERE MARRIED. JOHNSON SAID THEY WERE

   DIVORCED IN 1985, JOHNSON SAID THEY WERE INTRODUCED THROUGH ANGIE

   JOHNSON'S SISTER, WENDY.

3. JOHNSON SAID THAT WHEN HE AND ANGIE JOHNSON MET, SHE WAS USING

   MARIJUANA, BUT WAS NOT DEALING AT THE TIME.

4. JOHNSON SAID THAT HE IS GOING TO TRY AND GET CUSTODY OF HIS DAUGHTER, ALYSSA FROM ANGIE JOHNSON. ALYSSA WANTS TO LIKE WITH JOHNSON. ANGIE JOHNSON HAD ALYSSA FOR OVER SIX MONTHS LAST YEAR. JOHNSON STATED HE THOUGHT ANGIE JOHNSON MOVED TO URBANDALE, IOWA, APPROXIMATELY A YEAR AGO.

5. ACCORDING TO JOHNSON, ANGIE JOHNSON HAS A VERY HOT TEMPER THAT HE KNEW ABOUT, PLUS HIS DAUGHTER ALYSSA, TOLD HIM THAT ANGIE JOHNSON WAS UPSET WITH HER ONE TIME AND SAT ON HER.

6. JOHNSON KNOWS TERRY DEGEUS BEAT UP ANGIE JOHNSON ON SEVERAL OCCASIONS, AND ACTUALLY SAW ANGIE JOHNSON WITH BRUISES ON HER TWO OR THREE TIMES. JOHNSON DOES NOT KNOW HOW SHE MET DEGEUS, BUT DID KNOW ANGIE JOHNSON HAS A HARD TIME GETTING RID OF HIM.

11. DISTRIBUTION:
DIVISION:
DISTRICT:
OTHER:                  HQS:NIID
12. SIGNED:             STEVE PALMER, TFO [SIGNED]
13. DATE:               03-18-97 [HANDWRITTEN]
14. APPROVED SIGNED:    DAVID F. LORINO, RAC [SIGNED]
15. DATE:               3/26/97 [HANDWRITTEN]

BATES  G1030

## U.S. DEPARTMENT OF JUSTICE
### DRUG ENFORCEMENT ADMINISTRATION
### REPORT OF INVESTIGATION
#### (Continuation)

1. File No:            IH-96-0041
2. G-DEP Identifier:   XGA2D
3. File Title:         HONKEN, DUSTIN
4. Page  2  of   5
5. Program Code:
6. Date Prepared:      FEBRUARY 20, 1997

7. ACCORDING TO JOHNSON, HE SAID THAT DEGEUS WOULD COME TO JOHNSON'S FARM IN FOREST CITY AND CRY ON JOHNSON'S SHOULDER ABOUT HOW MUCH HE LOVED AND MISSED ANGIE JOHNSON. JOHNSON WENT ON TO SAY THAT DEGEUS WAS A HOT TEMPERED INDIVIDUAL, BUT THOUGHT AT THE TIME ANGIE JOHNSON HAS A NO CONTACT ORDER AGAINST DEGEUS.

8. ACCORDING TO JOHNSON, ANGIE JOHNSON AND DEGEUS SHARED COMMON POWDER INTERESTS. SOMETIME IN 1995, JOHNSON STOPPED BY ANGIE JOHNSON'S RESIDENCE, AND SHE ASKED JOHNSON IF HE WAS INTERESTED IN DOING ANY METHAMPHETAMINE. AT THIS TIME, MARCH 10, 1995, JOHNSON WAS GOING THROUGH HIS SECOND DIVORCE, JOHNSON ENDED UP DOING A LINE OF METHAMPHETAMINE WITH ANGIE JOHNSON AT HER HOUSE IN CLEAR LAKE. JOHNSON SAID HE MAY HAVE GOTTEN PERSONAL USE METHAMPHETAMINE A FEW OTHER TIMES, BUT NEVER GOT ANY QUANTITY TO RESELL. ANGIE JOHNSON WOULD MAKE COMMENTS ABOUT GETTING MORE, AND TELL JOHNSON TO STOP BACK. JOHNSON STATED HE HAD NO IDEA WHERE SHE WAS GETTING THE METHAMPHETAMINE.

9. JOHNSON SAID THERE WAS AN "OVERLAP" WHEN ANGIE JOHNSON HAD A RESTRAINING ORDER ON DEGEUS, SOMETIME WHILE DATING HONKEN. JOHNSON THINKS DEGEUS AND HONKEN WERE FRIENDS. ANGIE JOHNSON TOLD JOHNSON

THAT SHE MET HONKEN THROUGH DEGEUS. JOHNSON DOES NOT KNOW IF DEGUES AND HONKEN HAD A DRUG RELATIONSHIP OR NOT.

10. DURING THE SUMMER OF 1995, HONKEN, ANGIE JOHNSON AND JOHNSON SMOKED MARIJUANA TOGETHER, MAY HAVE BEEN AT LEAST TWO TIMES. ACCORDING TO JOHNSON, HONKEN SEEMED LIKE A NICE GUY, SEEMED TO BE A GOOD PERSON, THAT HE WAS ALWAYS NICE TO ALYSSA AND ANGIE JOHNSON.

11. ACCORDING TO JOHNSON, HONKEN NEVER GAVE ANY INDICATIONS OF A BAD TEMPER, BUT FOUND THAT HE WAS MOST CAPABLE OF HANDLING ANGIE JOHNSON'S TEMPER, AS HE WOULD LISTEN TO HER, LET HER VENT OFF, THEN HE WOULD GIVE IT SOME TIME BEFORE HONKEN WOULD BE ABLE TO TALK TO ANGIE JOHNSON. JOHNSON KNOWS THAT ANGIE JOHNSON WOULD DO "CRANK" EVERYDAY IF SHE HAD IT.

12. JOHNSON STATED HE FIRST MET HONKEN ONE TO TWO MONTHS AFTER HONKEN AND ANGIE JOHNSON BEGAN DATING. JOHNSON THINKS IT WAS AUGUST OR SEPTEMBER, 1995. ACCORDING TO JOHNSON, HE KNEW HONKEN ONCE LIVED IN ARIZONA. HONKEN TOLD JOHNSON HE WAS ORIGINALLY FROM BRITT, IOWA, AND HAD JUST MOVED BACK TO IOWA. JOHNSON SAID THAT HE KNEW HONKEN LIVED WITH ANGIE JOHNSON FOR AWHILE THEN, WHEN HONKEN AND ANGIE JOHNSON WERE ON THE OUTS, HONKEN WOULD STAY WITH DIFFERENT FRIENDS FROM THE CLEAR LAKE AND MASON CITY AREAS.

13. JOHNSON KNOWS THAT HONKEN RENTED A SMALL HOME IN NORTHEAST MASON CITY. JOHNSON SAID THAT ANGIE JOHNSON TOLD HIM THAT SHE WAS THINKING ABOUT MOVING TO DES MOINES TO LIVE. ANGIE JOHNSON TOLD JOHNSON THAT HONKEN AND SOME FRIENDS HAD RENTED A HOUSE AND THAT HOUSE HAD BEEN RAIDED. SHORTLY AFTER THE RAID, ANGIE JOHNSON MOVED TO URBANDALE, IOWA.

BATES  G1031

## U.S. DEPARTMENT OF JUSTICE
### DRUG ENFORCEMENT ADMINISTRATION
### REPORT OF INVESTIGATION
(Continuation)

1. File No:            IH-96-0041
2. G-DEP Identifier:   XGA2D
3. File Title:         HONKEN, DUSTIN
4. Page  3  of    5
5. Program Code:
6. Date Prepared:      FEBRUARY 20, 1997

14. JOHNSON STATED THAT A FRIEND, WHO WAS THE MANAGER OF THE COUNTRY CLUB, HAS ACCEPTED A JOB AT THE URBANDALE COUNTRY CLUB AND CALLED ANGIE JOHNSON TO GO TO WORK FOR HER IN URBANDALE.

15. JOHNSON WAS AWARE THAT ANGIE JOHNSON USED TO BE A DANCER. ACCORDING TO JOHNSON, ANGIE JOHNSON WAS CAREFUL WHEN SHE DANCED AS TO NOT RUIN HER REPUTATION. JOHNSON HEARS FROM ALYSSA (DAUGHTER) THAT ANGIE JOHNSON IS GOING TO GO SEE HONKEN IN JAIL. ACCORDING TO JOHNSON, HE KNOWS HONKEN IS IN JAIL, BUT DOES NOT KNOW EXACTLY WHY.

16. JOHNSON DOESN'T THINK ANGIE JOHNSON EVER HAD ANY LAB EQUIPMENT AT HER HOUSE, BECAUSE JOHNSON HAD ACCESS TO THE ENTIRE HOUSE (IN CLEAR LAKE) AND NEVER SAW ANYTHING LIKE THAT BEING STORED.

17. JOHNSON TOLD AGENTS THAT HE LIKED HONKEN. ACCORDING TO JOHNSON, THEY HAD CONVERSATIONS ABOUT THEIR JOBS, VEHICLES, AND THEIR KIDS. NO CONVERSATION EVER TOOK PLACE ABOUT GUNS OR HUNTING. JOHNSON DOESN'T THINK HONKEN WAS AN AVID HUNTER. JOHNSON SAID THAT HONKEN TOOK GOOD CARE OF JOHNSON'S DAUGHTER ALYSSA, AND AS FAR AS HE KNOWS, NEVER DID LAY A HAND ON ANGIE JOHNSON.

18. JOHNSON WAS AWARE THAT HONKEN HAD ANOTHER GIRLFRIEND AND ANGIE JOHNSON DID NOT LIKE HER VERY MUCH. ANGIE JOHNSON THREATENED HER TO

JOHNSON. AFTER AWHILE, ANGIE JOHNSON STOPPED TALKING TO JOHNSON, OTHER THAN MAKING THREATENING COMMENTS TO HIM, SOME COMMENTS DID REFER TO HURTING OR HARMING JOHNSON. JOHNSON NEVER SAW HONKEN AFTER THE END OF 1995 (AFTER ANGIE JOHNSON MOVED TO URBANDALE).

19. JOHNSON'S DAUGHTER, ALYSSA, TOLD HIM ON ONE OCCASION WHILE TAKING HER BACK TO DES MOINES, THAT THE DCI WAS WATCHING THEM. ALYSSA DID MENTION THE SEARCH WARRANT THAT WAS EXECUTED AT HER APARTMENT IN URBANDALE IN DECEMBER OF 1996, BUT WOULD NOT ELABORATE ON THE SUBJECT. JOHNSON SAID THAT ANGIE JOHNSON AND HIS FUTURE EX-WIFE TALK REGULARLY TO SCHEME AGAINST JOHNSON.

20. ACCORDING TO JOHNSON, ANGIE JOHNSON WAS NEVER WRONG WHEN IT CAME TO ARGUMENTS. WHEN ASKED IF ANGIE JOHNSON HAD A GUN JOHNSON SAID NO, THAT HE NEVER KNEW HER TO HAVE A GUN OR CARRY A WEAPON OF ANY TYPE, THAT SHE IS BIG ENOUGH TO TAKE CARE OF HERSELF WITHOUT HAVING TO CARRY A GUN. JOHNSON WENT ON TO SAY THAT HE HAD A RUGER MARK II .22 CALIBER LONG RIFLE THAT HIS EX-WIFE, DENISE, HAS.

21. JOHNSON NEVER KNEW DEGEUS TO CARRY A GUN, AND WENT ON TO SAY THAT HE KNEW DEGEUS PRIOR TO MEETING ANGIE JOHNSON.

22. ACCORDING TO JOHNSON, HE AND DEGEUS SMOKED MARIJUANA TOGETHER A FEW TIMES. JOHNSON STATED THAT HE KNEW DEGEUS ALSO DID POWDER DRUGS. JOHNSON SAID THAT DEGEUS LIVED ON THE SOUTH SIDE OF DES MOINES.

BATES  G1032

# U.S. DEPARTMENT OF JUSTICE
## DRUG ENFORCEMENT ADMINISTRATION
### REPORT OF INVESTIGATION
### (Continuation)

1. File No:                  IH-96-0041
2. G-DEP Identifier:         XGA2D
3. File Title:               HONKEN, DUSTIN
4. Page  4  of    5
5. Program Code:
6. Date Prepared:            FEBRUARY 20, 1997

23. ACCORDING TO JOHNSON, WHEN ANGIE JOHNSON'S DAUGHTER, ALYSSA, WAS WITH HIM, SHE WAS SUICIDAL AND CALLED DEGEUS TO COME HELP HER. SHE WAS DRUNK, BUT NOTHING ELSE HAPPENED. IN MARCH OF 1996, DEGEUS MET TERESA LNU, THEY GOT MARRIED, THEN MOVED BACK TO FOREST CITY, IOWA.

24. JOHNSON SAID HE WAS AWARE THAT DEGEUS WENT TO FOREST CITY SCHOOLS, AND THAT HE (JOHNSON) HAD BEEN MARRIED TO ANGIE JOHNSON PRIOR TO DEGEUS AND HER GETTING INVOLVED. DEGEUS TOLD JOHNSON THAT ANGIE JOHNSON HAD ASKED HIM FOR DRUGS BUT DIDN'T GIVE HER ANY AT THE TIME.

25. JOHNSON HAS HEARD THE NAME GREG NICHOLSON, BUT DOES NOT KNOW WHY, AND DOES NOT KNOW HIM PERSONALLY.

26. WHEN ASKED IF JOHNSON KNEW WHY HONKEN MAY HAVE COME BACK TO IOWA, HE SAID NO.

27. ACCORDING TO JOHNSON, HE KNOWS ANGIE JOHNSON CONSIDERED HIM A THREAT BECAUSE HE IS TRYING TO GAIN CUSTODY OF HIS DAUGHTER, ALYSSA. JOHNSON THINKS ANGIE JOHNSON IS SETTING HIM UP TO KEEP HIM FROM GETTING THE DAUGHTER. JOHNSON SAID THAT ALYSSA WANTS TO LIVE WITH HIM.

28. ACCORDING TO JOHNSON, HE KNOWS ANGIE JOHNSON HAD TO TESTIFY BEFORE A GRAND JURY. ANGIE JOHNSON TOLD JOHNSON SHE WAS BEING

SUBPOENAED TO CEDAR RAPIDS, IOWA, BUT JOHNSON DID NOT ASK WHY. ANGIE JOHNSON TOLD JOHNSON THAT WHEN HONKEN WAS BEING HELD IN WATERLOO OR CEDAR RAPIDS, THEY WERE QUESTIONING HIM REFERENCE THE DISAPPEARANCE OF DEGEUS. ANGIE JOHNSON SAID SHE WAS BEING SUBPOENAED FOR THE SAME THING.

29. JOHNSON SAID THAT ANGIE JOHNSON NEVER MADE ANY COMMENTS TO HIM ABOUT BEING INVOLVED WITH DEGEUS' DISAPPEARANCE. SHE ONLY SAID THE POLICE THOUGHT SHE OR HONKEN KNEW WHAT HAPPENED TO DEGEUS.

30. IN DECEMBER OF 1996, JOHNSON WENT TO THE URBANDALE POLICE DEPARTMENT TO HAVE AN OFFICER GO WITH HIM TO ANGIE JOHNSON'S APARTMENT TO TAKE ALYSSA HOME. WHILE IN URBANDALE, THE POLICE ASKED JOHNSON IF HE KNEW A DENISE BAACK, AND JOHNSON SAID SHE USED TO DATE AND LIVED WITH JOHNSON'S EX-BUSINESS PARTNER, TODD GRAHAM.

31. JOHNSON AND GRAHAM USED TO BE IN A MOBILE DJ BUSINESS. GRAHAM LIVES ON WESTGATE DRIVE IN FOREST CITY, IOWA, AND DOES NOT HAVE ANY CONTACT WITH EACH OTHER AT THIS TIME. GRAHAM MARRIED TERESA CROSSLY (RODNESS) IN NOVEMBER OF 1996.

32. JOHNSON HAS NEVER SEEN ANGIE JOHNSON WITH A CAMCORDER.

**INDEXING SECTION:**

1. JOHNSON, ARLYN, NADDIS #4022688.

BATES  G1033

## U.S. DEPARTMENT OF JUSTICE
## DRUG ENFORCEMENT ADMINISTRATION
## REPORT OF INVESTIGATION
### (Continuation)

1. File No:              IH-96-0041
2. G-DEP Identifier:     XGA2D
3. File Title:           HONKEN, DUSTIN
4. Page  5  of    5
5. Program Code:
6. Date Prepared:        FEBRUARY 20, 1997

2.  JOHNSON, ANGIE, NADDIS #3512535.

3.  DEGEUS, TERRY, NADDIS #3332760.

4.  GRAHAM, TODD, NADDIS PENDING; ███████████, 5'10", 175 POUNDS, BLUE

    EYES, ADDRESS – ████████████████████████

5.  NICHOLSON, GREGORY, NADDIS #3331342.

6.  HONKEN, DUSTIN, NADDIS #3331336.


END OF DOCUMENT