## IOWA DIVISION OF CRIMINAL INVESTIGATION
### DEPARTMENT OF PUBLIC SAFETY

Bates A1030

EXHIBIT #22-15

| | |
|---|---|
| **INTERVIEW:** | |
| | **CASE# 9605340** |
| | **TYPED BY: VJG** |
| **NAME:** | MIKELL MARIE OLSON |
| **ADDRESS:** | ██████ █ ████████ |
| | ████████ |
| **SEX:** | FEMALE |
| **RACE:** | CAUCASIAN |
| **BIRTH DATE:** | ███████ |
| **SOC SEC#:** | ███████ |
| **EMPLOYMENT:** | URBANDALE COUNTRY CLUB |
| **OCCUPATION:** | WAITRESS |
| **PHONE: (RES)** | UNKNOWN |
| **(BUS):** | |
| **DATE:** | FEBRUARY 24, 1997 |
| **TIME:** | 1:14 P.M. |
| **PLACE:** | NORM OLSON RESIDENCE |
| | CLEAR LAKE, IOWA |
| **BY:** | SPECIAL AGENT LORI LEWIS (DNE) |
| | DETECTIVE STEVE PALMER (ALTOONA PD) |
| **DATE DICTATED:** | MARCH 10, 1997 |
| **PURPOSE:** | ROOMMATE OF ANGELA JOHNSON |

2

## SYNOPSIS

OLSON STATES SHE HAD KNOWN JOHNSON SINCE OLSON WAS A FRESHMAN IN HIGH SCHOOL.   OLSON'S FATHER OWNED THE COUNTRY KITCHEN IN CLEAR LAKE, IOWA.   BOTH JOHNSON AND OLSON WORKED AT THE RESTAURANT.

OLSON STATED SHE BEGAN BABY-SITTING ALYSSA JOHNSON WHILE OLSON WAS IN HIGH SCHOOL.  SHE STATED JOHNSON LIVED IN VENTURA WHEN THEY FIRST MET,  THEN  JOHNSON MOVED TO 5 SOUGH 19TH STREET, CLEAR LAKE, IOWA.   JOHNSON MOVED TO HER PRESENT ADDRESS IN URBANDALE IN MARCH, 1996.

BATES A1031

CASE # 9605340

EXHIBIT # 22-15 PAGE 5

IN RESPONSE TO QUESTIONING,  OLSON STATES SHE HAD MET TERRY DEGUES ON ONE (1) OCCASION WHEN HE STOPPED AT JOHNSON'S RESIDENCE WHILE OLSON WAS BABY-SITTING.  OLSON WAS NOT AWARE DEGUES WOULD BE STOPPING BY THE RESIDENCE.  ON THIS OCCASION, OLSON HAD DRIVEN JOHNSON'S CAR TO THE RESIDENCE.  DEGUES SAW THE CAR AND  ASSUMED JOHNSON WAS HOME AND JUST NOT ANSWERING THE DOOR.   JOHNSON HAD INSTRUCTED OLSON TO KEEP THE DOORS LOCKED, AND NOT LET DEGUES IN THE HOUSE.  JOHNSON HAD ALSO TOLD OLSON TO CALL THE POLICE IF NECESSARY,  AS THEY WERE AWARE OF THE  SITUATION WITH DEGUES.

OLSON STATED DEGUES SEEMED VIOLENT TO HER, REFERRING TO THIS SITUATION.  SHE  ALSO ADDED JOHNSON WAS PREGNANT WITH MARVEA AT THE TIME.

IN RESPONSE TO QUESTIONING,  JOHNSON NEVER TOLD OLSON SHE WAS AFRAID OF DEGUES.   OLSON NEVER SAW DEGUES BEHAVE VIOLENTLY TOWARDS JOHNSON.   JOHNSON DID TELL HER OF ONE (1) INSTANCE WHERE

DEGUES WAS TRYING TO PUSH HIS WAY INTO THE DOOR, AND THE POLICE WERE CALLED.

IN RESPONSE TO QUESTIONING, JOHNSON NEVER TALKED TO OLSON ABOUT DEGUES' DISAPPEARANCE.  JOHNSON ALSO NEVER TOLD OLSON SHE HAD BEEN TALKED TO BY THE POLICE,  REFERENCE DEGUES' DISAPPEARANCE.

IN RESPONSE TO QUESTIONING, THE LAST TIME OLSON SAW DEGUES WAS THE INCIDENT PREVIOUSLY DESCRIBED WHERE SHE WAS BABY-SITTING FOR ALYSSA.  OLSON RECALLED THIS OCCURRED WHILE SHE WAS HOME VISITING FROM NEW YORK AND BELIEVED IT WAS EITHER NOVEMBER  OR DECEMBER OF 1993.

OLSON STATED SHE DID NOT KNOW HOW JOHNSON AND HONKEN MET. SHE WAS ALSO NOT AWARE IF DEGUES OR HONKEN KNEW EACH OTHER.

OLSON STATES SHE MET HONKEN ON ONE (1) OCCASION,   THAT BEING IN MAY OF 1994.   HONKEN, HIS PARENTS,  ANGIE'S SISTERS, CHRISTI, AND TERRIE ELIASON WERE AT  ANGIE'S RESIDENCE THAT DAY.  OLSON STATED CHRISTI IS MARVEA'S GODMOTHER AND  TERRIE ELIASON IS A "FRUIT LOOP" THAT USED TO WORK FOR OLSON'S FATHER.

OLSON STATED SHE THOUGHT HONKEN WAS A "REALLY NICE PERSON" AND NEVER SAW HIM DISPLAY ANY TEMPER OR BE ANGRY.

IN RESPONSE TO QUESTIONING, OLSON STATES SHE IS NOT SURE WHY HONKEN IS IN JAIL,  AND ADDED SHE DID NOT WANT TO KNOW.  SHE STATED JOHNSON TREATED HER LIKE ONE (1) OF HER OWN CHILDREN AND DOES NOT CONFIDE IN HER ABOUT HONKEN'S SITUATION.

BATES A1032

**CASE # 9605340**
**EXHIBIT # 22-15 PAGE 3**

OLSON STATED SHE HAS NEVER KNOW JOHNSON TO HAVE, OR BE IN POSSESSION OF ANY DRUGS. OLSON STATED JOHNSON NEVER TALKS ABOUT DRUGS.

OLSON STATED JOHNSON IS AWARE THE POLICE ARE TALKING TO HER SISTERS AND INDICATED THIS DID NOT UPSET JOHNSON, BUT THAT JOHNSON WISHES THE SITUATION WERE OVER.

OLSON STATED THE PREVIOUS WEEK, SHE HAD GONE TO JOHNSON'S ATTORNEY'S OFFICE TO SIGN PAPERS NAMING OLSON AS GUARDIAN OF BOTH OF JOHNSON'S CHILDREN. OLSON COULD NOT RECALL THE ATTORNEY'S NAME, BUT INDICATED HIS OFFICE WAS IN THE LIBERTY BUILDING.

IN RESPONSE TO QUESTIONING, JOHNSON TOLD OLSON SHE DID NOT KNOW HOW LONG HONKEN WAS GOING TO BE IN JAIL.

OLSON STATED SHE WAS AWARE JOHNSON HAD A SISTER IN FOREST CITY NAMED HOLLY, AND THAT HOLLY HAS A LITTLE GIRL.

OLSON STATED SHE BELIEVED JOHNSON WAS THE MIDDLE CHILD.   A SISTER, JAIME, MAY BE OLDER, AND HOLLY IS THE YOUNGEST.   OLSON IS AWARE JOHNSON HAS A BROTHER, JIM, BUT DOES NOT KNOW WHERE HE IS RESIDING.

OLSON DESCRIBED JOHNSON AS ONE (1) WHO ENJOYS SPENDING TIME WITH HER CHILDREN, AND IS GOOD MOTHER AND GOOD FRIEND.

OLSON INDICATED JOHNSON IS VERY CLOSE TO VERLEEN VANDERPOOL, THE MANAGER AT THE URBANDALE COUNTRY CLUB.

JOHNSON HAS NOT TALKED TO OLSON CONCERNING ANY FUTURE PLANS JOHNSON MAY HAVE WITH HONKEN.

OLSON STATES SHE HAS NO KNOWLEDGE OF JOHNSON OWNING, BUYING, OR CARRYING A GUN AT ANY TIME.

OLSON STATED SHE WAS NOT AWARE HONKEN HAD BEEN IN LEGAL TROUBLE IN 1993.

OLSON DID STATE JOHNSON WAS "MAD" AFTER THE SEARCH OF THEIR APARTMENT IN DECEMBER 1996.

AS OLSON HAD NOTHING FURTHER TO ADD, THE INTERVIEW WAS

CONCLUDED AT 1:50 P.M.


END OF DOCUMENT