**Bates A1011**

## IOWA DIVISION OF CRIMINAL INVESTIGATION
DEPARTMENT OF PUBLIC SAFETY

EXHIBIT # 22-8

**INTERVIEW:**                                          **CASE# 9605340**
                                                   **TYPED BY: VJG**

**NAME:**            **CHRISTI MARIE GAUBATZ**

**ADDRESS:**         Redacted

                    Redacted

**SEX:**             **FEMALE**

**RACE:**            **CAUCASIAN**

**BIRTH DATE:**      Redacted

**SOC SEC#:**        Redacted

**EMPLOYMENT:**      **MIDWEST CONSTRUCTION**

**OCCUPATION:**      **CLERK**

**PHONE: (RES)**     **UNKNOWN**

        **(BUS):**   Redacted

**DATE:**            **FEBRUARY, 16, 1997**

**TIME:**            **1:45 P.M.**

**PLACE:**           **DIVISION OF NARCOTICS ENFORCEMENT OFFICE**

**BY:**          **SPECIAL AGENT LORI LEWIS (DNE)**

             **DETECTIVE STEVE PALMER (ALTOONA PD)**

**DATE DICTATED:** **FEBRUARY 16, 1997**

**PURPOSE:** **FRIEND OF ANGIE JOHNSON**

### SYNOPSIS

2

GAUBATZ STATED SHE FIRST MET JOHNSON WHEN SHE DISCOVERED JOHNSON WAS SEEING HER HUSBAND.  GAUBATZ STATED SHE AND JOHNSON WERE INVOLVED IN A FIST FIGHT OVER MARTIN COLE,  CHRISTI'S HUSBAND. THIS FIGHT OCCURRED IN JUNE, 1996.  JOHNSON WAS LIVING ON 19TH STREET, CLEAR LAKE, AND GAUBATZ WAS LIVING ON  156H STREET IN MASON CITY AT THE TIME OF THE INCIDENT.

GAUBATZ STATED SHE AND JOHNSON FOUND OUT MARTIN COLE WAS SEEING BOTH OF THEM.  GAUBATZ INDICATED COLE WAS IN PRISON IN CALIFORNIA FOR DRUG CHARGES AND SHE HAS NOT SEEN HIM SINCE 1992.

BATES A1012

**CASE # 9605340**

**EXHIBIT # 12-8 PAGE 2**

IN RESPONSE TO QUESTIONING, GAUBATZ STATED COLE AND JOHNSON HAD MET WHILE THEY BOTH WORKED AT THE COUNTRY KITCHEN IN CLEAR LAKE.

GAUBATZ STATED SHE HAD NOT TALKED WITH JOHNSON FOR APPROXIMATELY ONE YEAR (1 YR.). SHE INDICATED THEIR RELATIONSHIP HAD "FALLEN APART" BECAUSE OF HER CURRENT HUSBAND, SCOTT. GAUBATZ STATED BOTH SHE AND JOHNSON LIKED SCOTT AND HE MADE HER CHOOSE BETWEEN HER RELATIONSHIP WITH JOHNSON AND HER RELATIONSHIP WITH SCOTT. AS SHE CHOSE SCOTT, SHE AND JOHNSON DID NOT PART COMPANY ON GOOD TERMS.

GAUBATZ ALSO STATED SHE KNEW HONKEN AND DID NOT LIKE HIM. ACCORDING TO GAUBATZ, HONKEN WAS JEALOUS OF THE INFLUENCE SHE HAD OVER JOHNSON. HONKEN WANTED ALL OF JOHNSON'S ATTENTION. ON ONE (1) OCCASION, HONKEN HAD MACED GAUBATZ'S GERMAN SHEPHERD. THE NEXT DAY, HONKEN TOLD JOHNSON SHE HAD BETTER KEEP GAUBATZ UNDER CONTROL OR ELSE HE WOULD MACE HER AS WELL. GAUBATZ

4

RECALLS THIS INCIDENT OCCURRING IN 1994, PRIOR TO MARVEA BEING BORN.

IN RESPONSE TO QUESTIONING, GAUBATZ STATED SHE DID LIVE WITH JOHNSON FOR A  SHORT PERIOD OF TIME AFTER MARVEA WAS BORN. GAUBATZ FELT SHE COULD ALWAYS RETURN TO JOHNSON'S AS A PLACE TO STAY, IF NEEDED.

GAUBATZ STATED SHE LIVED ON SEVENTH STREET IN CLEAR LAKE FOR A WHILE AND THAT SHE KNEW JOHNSON DURING THAT PERIOD  GAUBATZ STATED JOHNSON HAD A KEY TO HER APARTMENT AND,  LIKEWISE, GAUBATZ HAD A KEY TO JOHNSON'S HOUSE.

IN RESPONSE TO QUESTIONING, JOHNSON  FIRST BEGAN DATING HONKEN EARLY IN 1993.  GAUBATZ WAS AWARE JOHNSON AND HONKEN WOULD MEET AT A MOTEL BETWEEN MASON CITY AND DES MOINES.

GAUBATZ WAS AWARE JOHNSON AND HONKEN'S RELATIONSHIP WAS, AT FIRST, BASED ON DRUGS AS JOHNSON HAD MENTIONED TO GAUBATZ THAT HONKEN HAD DRUG CONNECTIONS IN ARIZONA.

GAUBATZ STATED SHE WAS AWARE OF AT LEAST THREE (3) MEETINGS BETWEEN JOHNSON AND HONKEN PRIOR TO THE ONSET OF THEIR SEXUAL RELATIONSHIP.

GAUBATZ STATED SHE HAD NO FIRST HAND KNOWLEDGE OF JOHNSON RECEIVING DRUGS FROM HONKEN.

GAUBATZ STATED JOHNSON HAD PERSONAL USE QUANTITIES OF METHAMPHETAMINE TO SHARE, BUT SHE WOULD NOT ALWAYS HAVE IT. JOHNSON NEVER TOLD GAUBATZ WHERE SHE GOT THE DRUGS.   JOHNSON TOLD GAUBATZ "THE LESS SHE KNEW THE BETTER."



6

BATES A1013

CASE # 9605340

EXHIBIT # 12-8 PAGE 3

GAUBATZ  ALSO STATED WHEN JOHNSON SAW THE RELATIONSHIP BETWEEN GAUBATZ AND  HONKEN DETERIORATE,  JOHNSON CUT GAUBATZ OFF FROM RECEIVING ANY ADDITIONAL QUANTITIES OF METHAMPHETAMINE.

IN REFERENCE TO THE RAID AT HONKEN'S RESIDENCE, GAUBATZ STATED SHE WAS NOT AWARE HONKEN HAD MOVED OUT OF  JOHNSON'S RESIDENCE, THUS WHEN JOHNSON CALLED HER TO TELL HER ABOUT THE RAID, GAUBATZ THOUGHT JOHNSON WAS LYING TO HER ABUT THE HOUSE BEING HONKEN'S.

GAUBATZ STATED SHE HAS NO KNOWLEDGE OF JOHNSON BEING INVOLVED WITH THE  LAB HONKEN WAS OPERATING AT HIS RESIDENCE.

IN RESPONSE TO QUESTIONING, GAUBATZ INDICATED JOHNSON HAS A TEMPER AND  THAT SHE IS ALSO EMOTIONAL.  GAUBATZ THOUGHT JOHNSON WOULD GET EMOTIONAL BEFORE SHE WOULD GET VIOLENT.  WHEN HONKEN AND JOHNSON WOULD FIGHT,  JOHNSON WOULD COME OVER TO GAUBATZ'S RESIDENCE.

GAUBATZ STATED JOHNSON WAS VERY UPSET ABOUT HONKEN GETTING TWO (2) WOMEN PREGNANT. HONKEN WOULD ALSO BRING KATHY" BABY OVER TO JOHNSON'S RESIDENCE. ACCORDING TO GAUBATZ, THIS WOULD ALSO UPSET JOHNSON WITH KATHY'S BABY. JOHNSON WAS REPORTEDLY LIVID, BUT WOULD NOT SAY ANYTHING TO HONKEN ABOUT IT WHEN HE CAME INTO THE HOUSE.

GAUBATZ DESCRIBED THE RELATIONSHIP BETWEEN HONKEN AND JOHNSON AS AN EMOTIONAL ROLLER COASTER.

IN RESPONSE TO QUESTIONING, GAUBATZ WAS AWARE HONKEN HAD BEEN ARRESTED AT THE PARK INN MOTEL IN MASON CITY IN MARCH 1993. JOHNSON HAD STOPPED BY GAUBATZ'S APARTMENT. JOHNSON WAS UPSET AND TOLD GAUBATZ THE POLICE HAD SHOWN UP AT THE MOTEL, AND THAT HONKEN AND CUTKOMP WERE IN " A LOT OF TROUBLE". JOHNSON HAD SPENT THE NIGHT AT THE MOTEL WITH HONKEN, AND THE NEXT DAY, HE AND CUTKOMP WERE ARRESTED.

GAUBATZ STATED JOHNSON NEVER SPOKE TO HER ABOUT THE CASE AGAINST HONKEN AND CUTKOMP AFTER THAT DAY. GAUBATZ STATED SHE DID NOT UNDERSTAND WHAT THE OUTCOME WAS OF THE CASE.

8



IN RESPONSE TO QUESTIONING, GAUBATZ STATED SHE HAS NEVER KNOWN JOHNSON OR HONKEN TO CARRY A GUN.   SHE ALSO DID NOT RECALL ANY CONVERSATION INDICATING EITHER  JOHNSON OR HONKEN WANTING A GUN.

BATES A 1014

CASE# 9605340

EXHIBIT # 12-8   PAGE 4

IN RESPONSE TO QUESTIONING, GAUBATZ STATED SHE THOUGHT HONKEN LOOKED LIKE A "NERDY PROFESSOR" AND DESCRIBED HIM AS HAVING BEADY EYES.

IN RESPONSE TO QUESTIONING, GAUBATZ STATED SHE KNEW ABOUT GREG NICHOLSON AND WAS AWARE HE WAS TO TESTIFY AGAINST HONKEN. GAUBATZ WAS TOLD NICHOLSON WAS TO TESTIFY BY JOHNSON.  SHE WAS TOLD NICHOLSON DID NOT SHOW UP FOR COURT BUT HE NEVER GOT IN ANY TROUBLE FOR IT.

IN RESPONSE TO QUESTIONING, GAUBATZ STATED ANYTIME HONKEN DID NOT WANT GAUBATZ TO HEAR WHAT HE WAS SAYING TO JOHNSON, HE WOULD TAKE JOHNSON INTO ANOTHER ROOM.

IN RESPONSE TO QUESTIONING,  JOHNSON NEVER OFFERED AN OPINION TO GAUBATZ AS  TO WHAT HAPPENED TO NICHOLSON.  GAUBATZ STATED SHE DID NOT PERSONALLY KNOW NICHOLSON.

GAUBATZ STATED SHE KNEW TERRY DEGUES, HAVING MET HIM IN 1992, ABOUT THE SAME TIME   JOHNSON WAS SEEING GAUBATZ'S ESTRANGED HUSBAND.   GAUBATZ HAD STOPPED AT A CO-WORKER'S APARTMENT AND DEGUES WAS THERE.   THE WOMAN'S NAME WAS CHERYL, AND SHE WORKED AT THE LAHACIENDA RESTAURANT IN MASON CITY.

GAUBATZ WAS AWARE JOHNSON WAS DEGUES'S GIRLFRIEND , AND THAT JOHNSON WAS ALSO SLEEPING WITH MARTIN COLE,  GAUBATZ'S ESTRANGED HUSBAND.

GAUBATZ DESCRIBED HER RELATIONSHIP WITH DEGUES AS FRIENDS. SHE STATED DEGUES WAS VERY POSSESSIVE OF JOHNSON.  ACCORDING TO GAUBATZ, DEGUES KNEW JOHNSON WAS SEEING MARTIN COLE,   AND HE STILL CONSIDERED HER HIS GIRLFRIEND.   DEGUES WOULD SOMETIMES MAKE A SCENE REGARDING THE SITUATION BETWEEN DEGUES,  JOHNSON, AND COLE.

ACCORDING TO GAUBATZ, DEGUES COULD BE VIOLENT, ALTHOUGH SHE NEVER WITNESSED DEGUES BEING PHYSICALLY VIOLENT TOWARDS JOHNSON.   JOHNSON HAD TOLD  GAUBATZ ABOUT THE INCIDENTS.  GAUBATZ DESCRIBED DEGUES AS BEING ABLE TO  "RADIATE RAGE ABOUT JOHNSON". DEGUES SELDOM TALKED ABOUT JOHNSON IN A NICE WAY.  DEGUES ALSO ACCUSED JOHNSON OF  "MESSING" WITH HIS HEAD.



DUE TO TIME CONSTRAINTS, THIS INTERVIEW  WAS CONCLUDED AT 2:30 P.M.

TO BE  CONTINUED ON FEBRUARY 12, 1997.