BATES    A350

CASE 9309932
TYPED BY: SHARON

| | |
|---|---|
| INTERVIEW NAME: | WENDY JENSEN |
| ADDRESS: | ███████████████ |
| | ████████ |
| SEX: | FEMALE |
| RACE: | CAUCASIAN |
| BIRTH DATE: | ████ |
| SSN: | █████ |
| EMPLOYMENT: | UNI-COVER, GARNER |
| OCCUPATION: | LABORER |
| PHONE: (RES) | █████ |
| (BUS): | 515-923-2865 |
| DATE: | FEBRUARY 19, 1994 |
| TIME: | 3:06 P.M. |
| PLACE: | HANCOCK COUNTY SHERIFF'S OFFICE, GARNER |
| CASE AGENT: | SPECIAL AGENT WILLIAM BASLER |
| BY: | SPECIAL AGENT BASLER; DEPUTY SCOTT DODD |
| DATE DICTATED: | FEBRUARY 24, 1994 |
| PURPOSE: | THE PURPOSE OF THIS INTERVIEW WAS TO ASCERTAIN |

INFORMATION FROM JENSEN IN REGARD TO HER EX-HUSBAND, TERRY DEGEUS.

DURING THE INTERVIEW, JENSEN STATED THAT SHE LAST TALKED TO TERRY DEGEUS ON THE MID-WEEK, POSSIBLY WEDNESDAY, OF THE DAY THAT DEGEUS DISAPPEARED.

JENSEN STATED THAT TERRY HAD THEIR 10-YEAR-OLD DAUGHTER, ASHLEY, ON FRIDAY, AND THAT TERRY HAD DROPPED ASHLEY OFF AT HER GRANDMOTHER'S HOUSE, STATING THAT HE HAD TO GO TALK TO ANGIE JOHNSON AND PROMISED THAT HE WOULD RETURN THAT SAME EVENING.

JENSEN STATED THAT THE FOLLOWING FRIDAY, JENSEN HAD CALLED ANGIE JOHNSON IN CLEAR LAKE AND AT FIRST JOHNSON HAD SAID THAT SHE HADN'T SEEN DEGEUS, BUT THEN STATED THAT SHE HAD TALKED TO DEGEUS AND DEGEUS

2

HAD MENTIONED HAVING TO GO TO MASON CITY, TO MEET SOMEONE WITHOUT SAYING WHO.

JENSEN STATED THAT DEGEUS HAD TOLD THEIR DAUGHTER, ASHLEY, THAT DEGEUS HAD TO MEET ANGIE AT 10:00 P.M. EVEN THOUGHT ANGIE DID NOT GET OFF WORK AT THE COUNTRY CLUB UNTIL MIDNIGHT.

IN RESPONSE TO QUESTIONING, JENSEN STATED THAT SHE THINKS SOMETHING BAD HAS HAPPENED TO DEGEUS.

JENSEN STATED THAT HER EX-HUSBAND, TERRY, HAD LEFT HER FOR ANGIE JOHNSON, THIS OCCURRING IN 1989.

BATES A351

CASE: 9309932

INTERVIEW – WENDY JENSEN – (CON'T)

JENSEN THEN RECALLED THAT ANGIE JOHNSON HAD ALSO MENTIONED ON THE TELEPHONE THAT ANGIE HAD HAD TO TESTIFY AGAINST TERRY DEGEUS IN CEDAR RAPIDS.

JENSEN STATED THAT HER DAUGHTER, ASHLEY, HAS MENTIONED THAT TERRY DEGEUS HAD DATED A GIRL NAMED CHERYL AND ALSO A GIRL NAMED CHRISTY.

JENSEN STATED THAT SHE BELIEVES THAT SOMEONE SHOULD CHECK WITH JIM MCNEESE IN OREGON, FURTHER STATING THAT THIS WAS SOMEONE THAT WOULD HIDE TERRY DEGEUS.

JENSEN WAS THEN SHOWN A PHOTOGRAPH WITH TERRY DEGEUS AND ANOTHER INDIVIDUAL WITH TATTOOS ON HIS ARMS. JENSEN STATED THAT THE TATTOOED MAN HAD BEEN AT DEGEUS'S RESIDENCE LAST SUMMER WITH ANOTHER MAN TRYING TO COLLECT SOME MONEY. JENSEN STATED THAT ASHLEY HAD BEEN THERE AT THE TIME AND THAT ASHLEY HAD MENTIONED THAT HER FATHER SEEMED VERY INTIMIDATED BU THESE TWO MEN.

HAVING NOTHING FURTHER TO ADD, THE INTERVIEW WAS CONCLUDED AT APPROXIMATELY 3:23 P.M.


END OF INTERVIEW

END OF DOCUMENT