BATES    A380

# DIVISION OF NARCOTICS ENFORCEMENT
## DEPARTMENT OF PUBLIC SAFETY

| | | |
|---|---|---|
| **EXHIBIT** | | **CASE #9605340** |
| **INTERVIEW** | | **TYPED BY:** |
| **NAME:** | TERRY HENRY KUNKEL | |
| **ADDRESS:** | Redacted | |
| | Redacted | |
| **SEX:** | MALE | |
| **RACE:** | CAUCASIAN | |
| **BIRTH DATE:** | Redacted | |
| **SSN:** | ▮▮▮▮▮ | |
| **EMPLOYMENT:** | WINNEBAGO INDUSTRIES | |
| **OCCUPATION:** | LABORER | |
| **PHONE: (RES)** | Redacted | |
|       **(BUS):** | | |
| **DATE:** | APRIL 9, 1997 | |
| **TIME:** | 3:15 P.M. | |
| **PLACE:** | WINNEBAGO INDUSTRIES | |
| **BY:** | SPECIAL AGENT LORI LEWIS (DNE) | |
| | SPECIAL AGENT NILES VAN DYKE (DCI) | |
| **DATE DICTATED:** | APRIL 11, 1997 | |
| **PURPOSE:** | FRIEND OF TERRY DEGEUS | |

## SYNOPSIS

KUNKEL INDICATED HE AND DEGUES HAD GROWN UP TOGETHER AND WERE GOOD FRIENDS. HE STATED HE AND DEGEUS WOULD TALK ABOUT "WOMEN PROBLEMS" WITH DEGEUS MOSTLY TALKING ABOUT JOHNSON. KUNKEL STATED HE KNEW ANGIE JOHNSON AND DOES NOT LIKE HER. HE INDICATED ANGIE AND HIS WIFE, SHERRI WERE GOOD FRIENDS. KUNKEL STATED HE THOUGHT ANGIE WAS A "BITCH."

IN RESPONSE TO QUESTIONING, HE THOUGHT DEGEUS FIRST MET ANGIE WHEN SHE OWNED THE SILVER BULLET BAR IN FOREST CITY.

2

BATES A381

CASE #9605340
EXHIBIT # - PAGE 2

KUNKEL STATED HE KNEW DEGEUS HAD ACCESS TO CRANK AS HE WOULD SOMETIMES SHARE IT WITH KUNKEL. KUNKEL INDICATED HE NEVER HAD TO BUY IT FROM DEGEUS AS HE WOULD JUST GIVE IT TO KUNKEL. HE INDICATED DEGEUS WOULD ONLY SHARE PERSONAL USE QUANTITIES WIT HIM.

KUNKEL STATED HE WAS AWARE JOHNSON WAS NOW LIVING IN DES MOINES. HE WAS ALSO AWARE ANGIE WAS BACK IN THE FOREST CITY AREA A FEW WEEKS AGO.

KUNKEL STATED HE THOUGHT HIS WIFE LAST SPOKE TO JOHNSON APPROXIMATELY TWO YEARS AGO.

IN RESPONSE TO QUESTIONING, THE LAST TIME HE SPOKE WITH DEGEUS WAS ON THE WEDNESDAY OR THURSDAY PRIOR TO HIS DISAPPEARANCE. DEGEUS CAME TO THE KUNKEL RESIDENCE AND WAS UPSET ABOUT ANGIE.

DEGEUS NEVER TALKED TO KUNKEL ABOUT WHERE HE OBTAINED HIS DRUGS. KUNKEL IS NOT AWARE OF ANY DRUG CONNECTION BETWEEN HONKEN AND DEGEUS.

KUNKEL INDICATED A FRIEND OF DEGEUS WAS AARON RYERSON. KUNKEL COULD NEVER FIGURE OUT THE ASSOCIATION BETWEEN DEGEUS AND REYERSON AS RYERSON WAS CONSIDERABLY YOUNGER THAN DEGEUS.

IN RESPONSE TO QUESTIONING, KUNKEL STATED DEGEUS WAS "A GOOD GUY TO HAVE ON YOUR SIDE" AND DESCRIBED HIM AS BEING TOUGH.

KUNKEL STATED HE HOPED DEGEUS WAS ALIVE AND WELL SOMEPLACE. DEGEUS HAD MENTIONED WANTING TO GO TO CALIFORNIA OR FLORIDA IN THE PAST. KUNKEL STATED HE WOULD NOT TELL US IF HE DID KNOW WHERE DEGEUS WAS. HE WOULD TELL DEGEUS' MOTHER.

3

KUNKEL INDICATED DEGUES COULD BE VIOLENT, THAT HE NEVER SAW DEGEUS START A FIGHT BUT HE OFTEN FINISHED THEM. ONE OCCASION KUNKEL HEARD OF WAS AN INCIDENT INVOLVING RICK GERDES. GERDES REPORTEDLY STOLE ASHLEY DEGEUS'S PIGGY BANK. DEGEUS WAS RUMORED TO HAVE LURED GERDES OUT TO A COUNTRY ROAD AN THREATENED HIM WITH A GUN. GERDES ADMITTED TO HAVING TAKEN THE BANK. KUNKEL THOUGHT THIS INCIDENT OCCURRED APPROXIMATELY EIGHT TO TEN YEARS AGO AS DEGEUS WAS STILL MARRIED TO WENDY.

DEGEUS NEVER TALKED TO KUNKEL ABOUT HAVING TO TESTIFY AT THE GRAND JURY.

IN RESPONSE TO QUESTIONING, KUNKEL HAS NEVER KNOWN ANGIE TO HAVE A GUN.

4

BATES A382

CASE #9605340
EXHIBIT # - PAGE 3

KUNKEL STATED HIS WIFE, SHERRI, LIVED WITH JOHNSON FOR A PERIOD OF TIME WHILE HE AND SHERRI WERE SEPARATED. HE INDICATED THIS WAS FOR APPROXIMATELY FIVE OR SIX YEARS AGO.

KUNKEL STATED IF SOMEONE DID SOMETHING TO DEGEUS, THEY WOULD HAVE TO SURPRISE HIM.

DEGEUS NEVER TALKED TO KUNKEL ABOUT OWING ANYONE ANY LARGE SUMS OF MONEY. KUNKEL INDICATED HE WOULD SEE DEGEUS A COUPLE OF TIMES A WEEK, THEN WOULD GO FOR TWO MONTHS AT A TIME AND NOT SEE DEGEUS AT ALL.

KUNKEL DESCRIBED DEGEUS AS SOMETIMES BEING "A LITTLE PARANOID."

WITHIN THE LAST SIX MONTHS PRIOR TO HIS DISAPPEARANCE, DEGEUS'S BEHAVIOR DID NOT SEEM OUT OF THE ORDINARY TO KUNKEL.

DEGEUS HAD MENTIONED HONKEN AS HAVING SOMETHING TO DO WITH DRUGS BUT DOES NOT KNOW WHAT THE RELATIONSHIP WAS BETWEEN HONKEN AND DEGEUS.

KUNKEL STATED HE THOUGHT DEGUES COULD "KILL A STRANGER" AND WOULD BE MORE LIKELY TO GIVE A FRIEND ANOTHER CHANCE.

KUNKEL STATED HE THOUGHT ANGIE JOHNSON WAS "JUST A WASTE OF SKIN."

AS KUNKEL HAD NOTHING FURTHER TO ADD, THE INTERVIEW WAS CONCLUDED AT 4:00 P.M.

END OF DOCUMENT