## DECLARATION OF CAROL HILGENBERG
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Carol Hilgenberg. My parents are Nancy Honken and David Honken. Dustin Honken is my paternal cousin. My father and Dustin Honken's father were brothers. I am around ten years older than my cousin Dustin and around four years older than my cousin Jeff.

2. Growing up, my parents, siblings and I went to my uncle Jim and aunt Marvea's house for Thanksgiving and Christmas holidays. I would stay at Jim and Marvea's house when I was a child without my parents from time to time. Also, our parents would rent a cabin in Clear Lake and our families would vacation there. Sometimes, I stayed with Dustin's family during the week and my parents came just for the weekend.

3. Dustin was a cute and smart little guy. I would play with him and carry him around. He got along well other kids.

4. My uncle Jim was a scary guy. He was creepy and strange. My grandparents, and Jim's parents, told me and my sister to stay away from Jim when he was drinking, which was most of the time. He was unpredictable and ornery. My parents were afraid Jim would kill my father because Jim was so jealous of him.

5. One night, when I was staying at Jim and Marvea's house, Alyssa woke up in the middle of the night crying. I got up and fed her a bottle. Jim was out-of-town and Marvea was at the house of a man she was having an affair with. Jeff called the house where Marvea was to tell her to come home. We were fine, I was in my early teen years, but my cousins were definitely too young to be left alone in the middle of the night like that.

6. Another night, when I was about sixteen, I was staying at Jim and Marvea's house and Jim Honken came into my room completely naked and tried to get into bed with me. I was sleeping in

the same room as Dustin and Alyssa. Jeff usually slept in that bed but that night he was sleeping on the couch. I woke up and said something like, "Uncle Jim, what are you doing?" He seemed taken aback and got up and left the room. It was scary because if I hadn't woken up, he would have gotten in bed with me. The next day I felt really uncomfortable and couldn't wait to go home.

7. Jim would get drunk and walk around naked alot. I remember another time when we were up at the cabins and he was walking around naked. He was just a complete weirdo.

8. My grandma and grandpa Honken were very conscious of how people viewed them. They would make sure that we were dressed well and were clean before we went out into town. They dressed up for church on Sundays and didn't work on the Sabbath day. Jim was an embarrassment to them. When he was arrested for bank robbery, it really hurt my grandparents.

9. After Jim and Marvea divorced, my family and Jim's family were more distant. I didn't see Jim much again until after he was released from prison following his bank robbery. When I saw Jim, he would brag about how great all of the guys were that he met in prison. He said that those criminals were the best people who would do anything for you. He really idolized criminals.

9. Once Jim came to my house when my husband had a new Harley Davidson motorcycle. Jim told us that if it disappeared my husband could collect insurance money on it. Jim said he had some good friends who could make that happen for my husband. We were shocked and told him no way.

10. As I heard from my sister, Jim said even worse things about making people disappear. Jim didn't care about other people's lives. I can't imagine Dustin hurting other people, but I can imagine my uncle Jim killing people. Just after her wedding, Jim told my sister Linda that if her husband was hurting her or giving her a hard time, he could "take care of him." Jim meant that he could kill or have Linda's husband murdered. It was bizarre because they had just gotten married and Linda didn't have any problems with him. I don't know what Jim's problem was.

11. I spoke briefly with an investigator working on Dustin's defense on the phone prior to Dustin's trial but was never asked about all the information contained in this Declaration. Had I been asked I would have told Dustin's lawyers all of the information above, and I would have been willing to testify to this information at Dustin's trial.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Carol Hilgenberg

Date: 12/1/10