## DECLARATION OF CAROL HONKEN
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Carol Honken. I was married to Jim Honken for around eight years starting in 1977. When I married him, Jim had two sons and one daughter from his first marriage. I had three sons. We had one daughter together. Dustin Honken is Jim's second born son and my step-son.

2. At Dustin's trial, I testified about Jim's alcoholism. I told the jury how Jim drank himself into a stupor daily. When our daughter was four or five, Jim stopped working. I worked long hours and Jim drank vodka, straight, every day. He had bottles hid all over the house. He'd be stone drunk constantly. I eventually kicked Jim out because I couldn't trust him at home to take care of our daughter. Jim was a terrible father to our daughter; his poor decisions impacted her life in a very negative way.

3. I didn't testify about how Jim was a terrible father to his first three children as well. They knew he was an alcoholic. He would be plastered all weekend when they visited. He never did fatherly things with them like play games or encourage them to do well in school.

4. I didn't testify about how Jim was a liar. Most everything he told me was a lie. It was obvious to me when he was lying because I knew him too well. He lived in a dream world and he made up stuff that he knew wasn't true. In his imaginary world, Jim was a big wheel and important. Jim was into doing a lot of stupid criminal activity. He brought back a truck he had stolen from Minnesota one day. I don't remember all of the stupid things he did, but he had to be pretty sick to do all of that.

5. I didn't testify about Jim's older son, Jeff Honken. Before Jeff moved to Arizona, Jeff would come over to our house to talk with Jim. I don't trust Jeff any further than I can throw him. Jeff got

his father into wanting to make counterfeit money. When I sold the home Jim and I had lived in, the new owners found print outs from the beginnings of the counterfeit operation inside the drop ceiling of the basement. Jeff was the computer guy with the knowledge to get Jim started on the whole thing.

6. I didn't testify about how after Jim robbed the bank, I was worried that Jim was going to come back and kill me and our daughter Ann. My parents were worried that Jim would kill us too. Jim was that kind of person. He was out of control and violent, especially when he was drinking.

7. I didn't testify about Jim's strange thoughts and beliefs. Once Jim got out of jail, he had sobered up for a bit and Ann was old enough to be safe around him. I had some contact with him just as the father of my child. He would come to see Ann. I'd be nice to him– I don't know why– he never did anything for me. Jim told me how prison life was just a great life for him. He talked about how he met a lot of great guys in prison. He was completely out of touch with reality.

8. Prior to testifying at Dustin's trial, I spoke with a woman who worked for Dustin's lawyers. I did not speak with either of Dustin's lawyers until one was asking me questions while I was on the stand. If anyone working on Dustin's defense asked me about the information above, I would have answered them.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


_Carol Honken_
Carol Honken

Date: 5/12/11