# DECLARATION OF STEVE HONKEN
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Steve Honken. Dustin Honken is my paternal cousin. Dustin's father, Jim Honken and my father, David Honken, were brothers. I am around nine years older than Dustin.

2. I wasn't that close to Dustin when we were young. My family would see their family for holidays and during the summer. I was closer in age to Jeff and I played outside with him. We went fishing and did other outdoor activities. Dustin was a good kid. He stayed indoors more with his mom and my sisters.

3. Dustin's father, Jim Honken was unpredictable and frightening. Once I went fishing with my grandpa Honken → my Dad and Jim up in Duluth. Jim came unglued on me in a parking lot after our fishing trip. I had called him uncle James and he started screaming and hollering at me. He was so upset I thought he would hit me. I didn't understand why he got so angry. I asked him what he wanted me to call him and it just upset him more. My grandpa broke it up by telling Jim to get in the car. Jim had been drinking. I was lucky my grandfather was there to intervene. It wasn't until recently that I found out Jim hated to be called James. Nevertheless, his reaction to me was completely disproportionate.

4. Around the time of Dustin's trial, I spoke with an investigator working on his defense. I told her some of the information above and I would have told her all of the information above if she had asked. I would have been willing to testify about the information above.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Steve Honken

Date: 4-19-11