I, Mark Elmer Johnson, declare the following:

My name is Mark Elmer Johnson. I grew up in Britt, Iowa and attended Britt High School. My twin brother, Alan Johnson, and I were one year ahead of Dustin Honken in high school.

I am a Sergeant First Class in the Army. I have been in the Army since I enlisted in 1986. My brother, Alan, enlisted in 1985. He was discharged nine months later.

Alan was in the 82nd Airborne. Something happened on a jump and he didn't want to jump no more. He was pretty shook up. He told me someone was drug by an aircraft and died.

MEJ

After that, he didn't want to jump anymore. Then he was discharged from the Army.

I testified at Dustin's trial about him talking to me about the bank robbery. I was in my senior year of high school or about there. After that, I grew up and stopped associating much with Dustin. I joined the Army and left Iowa.

Before my senior year, Dustin, Tim Cutkomp, Todd Olsen, Brian DeGeus, my brother Alan and I would hang out together. We all did what bored kids do. We stole a car, did other little stuff we shouldn't have done. We drank. Dustin didn't talk any of us ~~tom~~ into doing any of it. We just did it. We could say no, easily.

Dustin wasn't a manipulative person. I never heard him talking any one

MSJ

into anything. Dustin wasn't violent or sadistic. I never saw him hurt anyone.

My brother was trying to join the Broward County Sheriffs office in Florida. He was at a strip club drinking one night. At the end of the night, he gave a stripper and her friend a ride home. A state trooper pulled him over. He told the trooper he was trying to join the Broward County Police Department, so they told him to refuse the breathalizer test. He did and he wasn't allowed to join the Broward County office.

At one point, when I was in the Army and my brother was in Iowa, Dustin was dating a woman named Sherry Slauson. My brother, Alan, had a thing for her. Dustin was dating her and Alan was talking to her. I remember her name from Alan.

Tim Catkomp was just like

ms

anybody. He did the same stupid stuff we all did. He did it on his own. Dustin didn't manipulate or talk him into any of it, as far as I know. I never heard Dustin talk him or anyone into anything.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2010 09 09_

Signature: _Mark E. Jh_