

UNITED STATES GOVERNMENT

# Memorandum

Federal Correctional Institution, Oxford, Wisconsin

Date: June 8, 1999

From: J. T. O'Brien, Warden

Subj: TOKARS, Fredric
        Reg. No. 40099-004

   To: G. L. Hershberger, Regional Director
       North Central Regional Office

Attn: Mark Bezy, Correctional Services Administrator

1.   Name: TOKARS, Fredric
           Reg. No. 40099-004

2.   RATIONAL FOR REDESIGNATION: On May 7, 1999 inmate Tokars was
placed in the Special housing Unit.  Information received from the SIS
office verified the national television show "Dateline" was airing a
one-hour special regarding inmate Tokars' case.  The SIS office
subsequently gathered information indicating inmates within our
general population were discussing the television special as well as
Tokars' case (documentation attached).  In addition, information has
recently been received verifying inmate Tokars is providing
information to the U.S. Attorney's Office concerning the criminal
activities of an inmate confined at FCI, Oxford (Marino, Louis #01094-
424) as well as his son, Dino Marino who is not presently
incarcerated.  It has been discovered Tokars was maintaining written
notes regarding this inmate's case and it is quite likely this inmate
has discovered these notes.

3.   PROPOSED TRANSFER CODE: Close Supervision - 323 (Verified)

4.   CIMS ASSIGNMENT: Separation

5.   RELEASE DESTINATION: Life Sentence - Sentenced out of Northern
Georgia.

FOI EXEMPT

6.   RECOMMENDED INSTITUTION: Due to the notoriety Tokars' case received in the Atlanta, Georgia area and his difficulty encountered during his confinement at USP, Florence as well as this facility, we are recommending redesignation within the Western Region.

7.   MODE OF TRANSPORTATION: Prisoner coordinator

8.   MEDICAL STATUS: Regular Duty (lower bunk, no prolonged standing, 15 pound weight restriction).

9.   DOES INMATE CONCUR WITH TRANSFER: Due to the nature of this referral, the inmate has not been consulted.

10. ADDITIONAL PERTINENT INFORMATION: Inmate Tokars is currently serving a Life sentence for Racketeering, Kidnaping, Use of Telephone to Commit Murder, Conspiracy to Distribute Cocaine and Money Laundering.  During his confinement, although he has experienced difficulties within general populations, he is not considered a management problem.  He has maintained employment within UNICOR, completed his financial obligation and has not received any incident reports.


PREPARED BY:   _J. Bomske_____   __6/4/55__
               N. Bomske, Case Manager      Date

                                              ROUTING SLIP

REVIEWED BY:   _J. Bomske-for_____   __6/4/K__
               W. J. Seely, Unit Manager     DDATE: 6-7-99

                                              TO:  J. T. O'Brien, Warden
REVIEWED BY:   _P. Frederick_____   _6/7_   RE: Tokars, 40099-004
               P. Frederick, CMC          D

REVIEWED BY:   _J. Moorhead_____   _6/8_   FROM:___C. Paige_____
               J. Moorhead, Captain       I

                                         Bomske    Case Manager   WS
                                         Seely      Unit Manager
                                         Frederick         CMC   PF 6/7/9
                                         Moorhead        Captain
                      FOI EXEMPT          Paciorek        AW(P)
                                         O'Brien          Warden