County of Fremont)
State of Colorado)  SS. Affidavit of John T. Hunter

I, John T. Hunter #05837-424, do hereby state the following facts under penalty of perjury:

1.  I am a prisoner incarcerated in cell #212, Unit B/B, in Florence Colorado U.S. Penitentiary.

2.  I arrived at U.S.P. Florence on or about June 18, 1998.

3.  In September of 1999 I was approached by prisoner Ron MacIntosh #12053-086 who requested to purchase food items from the store I operated out of my cell.  I agreed to extend him credit because I knew he made money from hustling drugs, legal services, and homosexual favors inside the prison.

4.  After several weeks of purchasing items from my store, he inquired about the nature of my case and the length of my sentence.

5.  During the last conversation I had with prisoner MacIntosh:

    a.  He inquired whether I wanted to help myself get a time-cut or transfer to another institution.

    b.  MacIntosh stated that he was working on a "project" to get the government to give him a "break" on his sentence.

    c.  MacIntosh inquired how well I knew Dustin Honken #06951-029 and whether the latter trusted me enough to discuss details of his case.  He stated that he had read Honken's legal paperwork under the guise of helping him.

    d.  MacIntosh stated that he planned to concoct a story against, and testify against, Honken regarding the murder of two FBI informants, a woman, and her two children.  [He personally did not believe Honken was guilty but characterized such belief as "irrelevant"].  He inquired whether I would be interested in collaborating with him to support his story (by testimony) to frame Honken and "do ourselves some good".

    e.  MacIntosh further stated that regardless of whether or not Honken was convicted, the government would be bound by their agreement with us.

1

f. Insulted by the scandalous nature of MacIntosh, and further by the fact that he sought my complicity in fabricating a story regarding Honken, I told him I was not interested, to leave my cell, settle his account with my store A.S.A.P., and discontinue **any** association with me in the future.

g. MacIntosh requested that I keep our conversation confidential, and that it was nobody's business but his and mine.

h. I made no commitment to honor his parting request and told him (again) to leave.

I, John T. Hunter #05837-424, swear, declare, and affirm under penalty of perjury, that I am the person in the above Affadavit and that the information contained therein is True and Correct. Pursuant to Title 28 U.S.C. § 1746; Title 18 § 1621

Dated: *AUGUST 24, 2000*

Signed: *John T Hunter*
John T. Hunter
#05837-424 / Unit BB
Florence U.S. Penitentiary
P.O. Box 7000
Florence, CO  81226

cc: file