County of Fremont) SS. Affidavit of Artie DuFur
State of Colorado)

I, Artie DuFur, do hereby make the following statement under penalty of perjury:

1.  I am a prisoner incarcerated in the Federal Penitentiary in Florence, Colorado;

2.  I arrived at this federal institution on July 22, 1999;

3.  I am housed in cellblock B/B, cell No. 211;

4.  In January of 2000, I was approached by a fellow inmate named Ron MacIntosh. He asked me if there was someway he could assist me legally with my case. He said he knew I had been down a long time and that I was going to see the board soon.

5.  After about twenty minutes of general conversation regarding my legal status, he asked me if I would be interested in helping myself. He then stated that he had conceived of a plan that could result in being released from incarceration. He said he was aware of my reputation as a "stand-up convict" and that he had observed me being friendly with Dustin Honken No. 06951-029.

6.  I said I was willing to listen to whatever he had to say. MacIntosh said he would get back to me later because he couldn't talk at that time.

7.  I, in the meantime, made some inquiree about MacIntosh's reputation in the prison community.

8.  I found out that he was a known homosexual who serviced the black prison population; that he was the person to see about purchasing drugs of all types; that he was suspected of being an informer for the prison authorities;

9.  Approximately two months later, some time in early March, MacIntosh visited my cell in 211 and proceeded to talk to me about assisting me with my case. He again asked me if I would be interested about getting out of prison.

10. At this time I asked him about his reputation for being a homosexual, his drug dealing within the prison population, and also his suspicion of being an informant for the prison administration;

Page 1 of 3

11. MacIntosh admitted to his homosexuality and the fact he did sell drugs. He told me that those activities along with giving legal assistance to prisoners was how he made his living in prison. He adamantly denied being an informant. He stated that he trusted me to keep quiet and that he had a plan that was almost foolproof to get me released from Federal custody and back to my state charge in California.

12. I told him that I would be willing to listen to what he had to say.

13. He then told me that he had seen me associating with Dustin Honken; that he had been helping Honken with his case and had read all of the legal documents pertaining to Honken's case. He asked me if I was aware that Honken had killed two government informers and a woman and her two young children.

14. MacIntosh said that he had fabricated a story that we could take to the federal authorities, that would guarantee our release from federal custody. I asked him if anyone else was involved. He said there was another prisoner involved, told me some background information about this person but wouldn't give the individual's name to me at that time.

15. MacIntosh stated that it didn't matter whether Honken was found guilty or not, that once we testified in court against Honken the government would be committed to its agreement with us. He stated that he had spent a great deal of time intensely studying Honken's legal documents and even made copies of specific portions of them. He said that the story he would come up with would be foolproof and that the government would go for it without question.

16. I then asked MacIntosh if Honken was guilty of these murders. MacIntosh stated that it really didn't matter but that it was his personal opinion that Honken was probably innocent. He emphasized, however, that all we were interested in was manipulating the government to get out of prison and start a new life. He stated that it was a "dog-eat-dog world" and it's everybody for himself. He stated that we could just use Honken's case to help ourselves regardless of the outcome.

17. At this time I told him I would get back with him later.

18. He then brought up another matter regarding his need for protection from certain people involving his drug dealing and homosexuality. He stated that he was aware of my reputation for being well respected and of my martial arts prowess. He asked me if I would be willing to protect him and that he would pay me in drugs, cash, commissary, or sexual favors. He stated that he needed me to corroborate his story to obtain freedom.

Page 2 of 3

19.   After a few days had passed, I went to MacIntosh and told him that I wanted no part of him or his plan.  I told him to stay away from me and that I didn't want any association with him.


I, Artie DuFur, swear, declare, and affirm, under penalty of perjury, that I am the person in the above Affidavit and the information contained therein is True and Correct.  Pursuant to Title 28 U.S.C. § 1746; Title 18 § 1621.

Dated: _8- 7- 01_          Signature: _____
                                      Artie DuFur


cc; file


Page 3 of 3