County of Fremont)
State of Colorado)    SS. Affidavit of Jesse J. Mack

I, Jesse J. Mack, do hereby make the following statement under penalty of perjury:

1.  I am a prisoner incarcerated in the Federal Penitentiary in Florence, Colorado;

2.  I arrived at this federal institution on or about the month of February 1998.

3.  I am housed in cellblock C/B, cell no. 219.

4.  In about the middle of October 1998, I was working in the Law Library. I observed over a period of a month from mid-October thru mid-November Fred Rick Tokars #40099-004 and Dustin Honken #06951-029 continuously meeting in the Law Library. I thought this was odd because Tokars was one of the main prison drug dealers and a known homosexual and Honken was a new prisoner (fish) and he appeared to be neither a homosexual or dope fiend.

5.  On several occasions I overheard Tokars forcefully questioning Honken as to murders and if any bodies would be found anywhere. I was extremely suspicious of this conversation because it sounded like Tokars was setting Honken up despite the fact that Honken was consistently denying any knowledge of murders or any knowledge about any bodies.

6.  I overheard Honken over the last few meetings becoming some-what agitated with Tokars because of Tokars continually in-ferring that Honken had information about murders.

7.  Tokars would then reassure that he knew Honken was innocent but he wanted to make sure that Honken was not forgetting some detail that might help to figure out what happened to the missing people.

8.  In the second week of November I approached Tokars on the track about what was his angle on Honken. I asked if it was a homosexual thing or a drug thing.

9.  When I asked him that, Tokars said "no" and started to walk away. At that point I asked him if he was trying to work Honken for a deal from the Feds.

10. At that point Tokars turned around to me and fearfully and cautiously stated for me not to make no trouble for him and that I could get into the deal also.

11. Tokars stated that he had access to Honken's legal work and he could make up a believable story that he and I could take to the Feds to get a deal. He wanted me to verify and back him up that Honken admitted his involvement in murders. I

told him I would think about it and get back to him later.

12. Knowing that Tokars was a drug dealer and homosexual, I kept quiet because of the problems he could cause me in the prison. I did not want to get involved in this type of dealings, so I never brought the subject up with Tokars again.

I, Jesse J. Mack, swear, declare, and affirm, under penalty of perjury, that I am the person in the above Affidavit and the information contained therein is True and Correct. Pursuant to Title 28 U.S.C. § 1746; Title 18 § 1621.

Dated: Aug. 29, '00                    Signed: Jesse James Mack
                                                Jesse J. Mack

cc: file