## DECLARATION OF TIMOTHY CUTKOMP
### PURSUANT TO 28 U.S.C. § 1746

I, Timothy Cutkomp, do hereby declare, affirm, and verify under penalty of perjury the following:

1.     I first met Dustin Honken in about the first grade, but my earliest memories of Dustin really begin around seventh grade, when we started hanging out together as friends. Dustin and I became friends through Tod Olsen.  As adults, Dustin and I became involved in manufacturing methamphetamine.  Eventually, I cooperated with the government's investigation of Dustin and testified at his trial in 2004.

2.     I also knew Dustin's older brother, Jeff.  Jeff was in my sister's class in school. Dustin was always trying to compete with Jeff and please his father, Jim.  Having Jeff and Jim as role models was really bad for Dustin.  They both did all sorts of illegal things.  They were always coming up with scams to steal things or make money.  It was like the family business. Jim raised Dustin to be a criminal.

3.     Almost all of the scams that Jim, Jeff, and Dustin got into were aimed at getting enough money and the right materials to be able to print counterfeit money.  Jim talked about making a printing press for money all the time, and Dustin latched onto Jim's idea and became obsessed with helping his father make it happen.  Jim's bank robbery and insurance schemes were all a first step in getting the counterfeit operation going.  Jeff knew all about Jim's obsession with printing money, and once he sold Jim some cheap printing machinery at a really high price just to rip him off.

4.     Once when we were teenagers, Jim had Dustin and I drive him up north to Albert Lea so that Jim could steal a truck from a used car lot.  We dropped Jim off and he stole a Ford

TC

pick-up from the lot. At the time, Jim already had a run down Ford pick-up of the same model and color. Jim then put the license plate of his run down truck on the stolen one. He drove that truck for years. This happened when we were in high school, and I recall that I drove because Dustin was not yet 16 at the time.

5.      On another occasion, Dustin and I were arrested as juveniles for stealing a car. We had the stolen car at Jim's garage and got word that the cops were on to us. Jim helped us get rid of the car frame. Jim was drunk and said he would drive behind us and crash into the cops if they came after us se we could get away. Jim was totally behind the plan. The cops didn't catch us until later.

6.      Jim was drunk a lot. He drank to get drunk and that was pretty much all the time. There were times when Jim would drink all day long for weeks. Dustin hated the fact that Jim was a drunk.

7.      During the weekdays, Dustin usually lived with his mom, Marvea, and saw Jim on the weekends. By the time I got to know Dustin well, Marvea was already living with Ron Smidt. Ron kept to himself and I never saw him interact with Dustin much. I only saw him talk to Dustin when he would yell at us to keep it down.

8.      As a teenager, Dustin was scornful of Jim's alcoholism and wanted nothing to do with drinking or drugs. But soon after we moved to Arizona and started making methamphetamine, Dustin and I began using it. It quickly became an addiction for Dustin. Dustin used meth almost every day, often multiple times a day. He smoked meth by mixing it with marijuana in a bong, he snorted it in powder form, and he swallowed it in powder and liquid form. He also put meth in gel caps that he would swallow. Dustin used the pure form of meth that we made. I used meth regularly as well, but not as much as Dustin. He used so much meth

that he would hardly sleep at all. I remember being awoken regularly late at night by the sound of Dustin smoking a meth and weed mix from our water bong.

9.     I think that Dustin had low self-esteem and felt the same scorn about himself as he had about his father in earlier years. But it was like Dustin could not help growing into the same type of person that Jim was. Dustin did what he could to cover up his low self-esteem. He talked too much, he was always being really competitive, and he wanted lots of money to fill the hole created by not feeling good about himself.

10.    During the time we were in Arizona and after we came back to Iowa, Dustin also smoked marijuana, drank grain alcohol, and even used cocaine and LSD, but meth was his main drug. When we came back from Arizona and were not manufacturing meth, Dustin still had people at Kraft and around the area who he would get meth from. Even when I was only seeing Dustin occasionally after we came back to Iowa, Dustin still had meth on him and was using meth almost every time I saw him. He had become an addict.

11.    His meth addiction changed Dustin's personality. Before his meth addiction, Dustin had a lot of crazy ideas for various schemes, but after the addiction Dustin's ideas just got crazier and he started following through on more and more of them. When he was high on meth, Dustin was less focused, more impulsive, and stayed up long hours. He would stay high on meth for days and then he would crash, sleeping for a day or two to recover. At Kraft, we would work for four days, then have several days off. Dustin would use meth while at work and then use a lot after the four day shift ended. Then he would have a couple days to crash and recover before going back to work. Dustin often used meth secretly, even when he was around his parents or at work.

12.    On one occasion, Dustin overdosed on meth at Marvea and Ron's house. He

became feverish, felt like his heart was going to jump out of his chest, and couldn't get out of bed without feeling like he would pass out. He couldn't move without his heart rate skyrocketing. It was so bad, he was scared to get out of bed even to go to the bathroom. He had to stay in bed for days, and he just told Marvea that he was sick. This occurred sometime in 1993. There were other times when Dustin would talk about his heart going haywire when he was using meth.

13.     After my first arrest, I had to submit to drug tests, but I continued to use meth anyway. I would have to call into the probation office early in the morning, and they would tell me if I needed to do a drug test within 24 hours or so. When this would happen, I would down a bunch of liquids and get the drug out of my system. As I recall, Dustin and I talked about this, and Dustin also knew that you could fool the tests.

14.     Throughout the time I knew him, Dustin usually was dating more than one woman. I never knew Dustin to be violent with any of them. Dustin seemed to want to have multiple women at the same time to avoid being vulnerable to being cheated on or abandoned himself. Sometimes the women Dustin dated were more submissive, like Kathy Rick, other times they were more assertive, like Angie Johnson. I did not know Angie very well, although I do know that she was a meth addict herself, and may have been using other drugs as well. Angie was hyper and high strung.

15.     Jeff gave Dustin money to get the meth manufacturing operation going, and Jeff was involved in the operation when we were in Arizona. Dustin did not manage or supervise Jeff in this operation at all. Dustin was never in a position to boss Jeff around. After we moved back to Iowa, Jeff was less involved in the operation, but he still was not supervised or managed by Dustin. At best, Jeff was partners with Dustin, but really Jeff was just the money behind the operation and was the boss of the money. Generally, if Jeff was involved with something with

Dustin, Jeff was in charge.

16.     On at least one occasion when we were manufacturing meth, Dustin and I realized that we may have been exposed to a poisonous gas.  We wore masks with breathing filters when we were making the meth, but we realized that the masks may not have worked on the gas we had been exposed to.  We kind of freaked out and went to a payphone to call the poison control center and ask them about the danger we were in.  We were both scared that we may have done damage to ourselves.

17.     I testified at Dustin's trial, but I don't recall that Dustin's lawyers asked me for details about the other topics discussed in this Declaration.  If Dustin's defense team had asked me about these topics at trial or before trial, I would have provided the same truthful information set forth in this Declaration.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746.

Timothy Cutkomp

Dated: 12/01/10