## DECLARATION OF ALYSSA NELSON
## PURSUANT TO 28 U.S.C. § 1746

1.      My name is Alyssa Nelson.  I am a probation officer employed by the state of Nebraska. In 1993, I graduated with a bachelor's degree in criminal justice.  My husband is a police officer employed by the South Sioux City Police.  My father was James Honken and my mother is Marvea Smidt. I am Dustin Honken's younger sister.  My brother Jeff Honken is the oldest, Dustin is in the middle and I am the youngest full sibling.  We also have two step siblings named Bruce Smidt and Karmen Smidt.  And we have a half-sister named Ann who is my father and his second wife's child.

2.      At the penalty phase of Dustin's trial, I testified that our father was an alcoholic.  He was always drunk or passed out on the couch when he was home.  After my parents' divorce, he would chase me around, calling my mom a whore and saying I would be just like her.

3.      I didn't testify about how I was terrified of my dad as a child.  He would scream at me saying I was stupid, fat and ugly.  He worked out-of-town during the week.  When he was home, he was drunk and abusive, or passed out.  One weekend, my dad was home drinking and my mom went out to a neighbor's house down the road.  I was very afraid to be alone with my father.  So, I waited until I thought he wasn't watching and ran out of the house.  I must have been under five years old but I ran as fast as I could to get away from my father.  Nevertheless, he drove up behind me in his old red pick up truck.  He had a piece of wood in his hand that he threatened me with.  He got out and told me to "get your ass in that truck now!"  I was shaking from fear.  That incident is so vivid in my mind.  I went home and hid under my mother's winter coat.  It smelled like her perfume and felt safer than the rest of the house.

4.      I didn't testify about how my dad verbally and emotionally abused his children and my mother.  He harshly criticized my mom's body.  He'd say she was cut up and mutilated from her c-

sections. He told her no one would want her with a body like that. He was really successful at making others feel really terrible. Our dad emotionally and verbally abused Dustin, Jeff and me. He was neglectful. He didn't encourage or help us in any positive way.

5.      My mother would go out a lot when I was very young and Jeff would be left to babysit me and Dustin. Jeff was put into a parenting role and it upset him. Once, Jeff put me in the back of my mom's car when she was headed into town to go out. When my mom noticed I was there, she had to turn around and take me home.

6.      My mom had affairs when I was a young girl. I know she is embarrassed about her behavior now, but at the time she went out and cheated on my father. My mom was only eighteen when she got married. She tried to make her marriage to our dad work, but just couldn't. His alcoholism and violent behavior overwhelmed her. She told me she shouldn't have had more kids with my father after Jeff and she should have left him sooner. That was painful to hear because if she had done that, I would not have been born.

7.      I testified about how after our sister Ann was born, to Dad and his second wife, Carol Hoken, Dustin and I would go see her at our dad's house. I'd want to go over there out of a protective instinct because I knew she was being left alone with our dad. He would be home with Ann, drinking, while Carol worked. Dustin and I would take Ann for walks in her stroller. I testified that Dad didn't change. What I meant was that dad would be drunk or passed out drunk on the couch. Once Ann was around two years old and walking, Dad would be passed out and Ann would be wandering around by herself until we arrived. When he wasn't passed out and I was there, he would scream at me and chase me around the house. When he had me cornered, he'd tell me I was fat, stupid and that I would turn out a slut just like my mom.

8.      I testified about how my parents divorced and both remarried. My father's second wife,

Carol, eventually put him out of her house. Dad was living in some kind of shack when he told Dustin he was going to kill himself if Dustin didn't get our mother's bank key for Dad. Dustin told me about it at that time. Dustin felt terrible but didn't know what else to do because our dad was so manipulative. Dad robbed the bank in Britt, then he robbed another bank in Missouri. He spent time in federal prison after the authorities caught up with him.

9.    I didn't testify about how my dad manipulated me in a similar way, years later, when I turned 21. I was contacted by the state of Iowa because Dad had not paid child support. It was my understanding that Dad's Boilermaker's union pension could be garnished to give me money to make up for the years of unpaid support. All I had to do was sign the letter and return it and I would get the money. I told Dad and he begged me not to do it. He said he would kill himself if I did because he didn't have any money to live on. So, I let it go and did not return the letter.

10.    I testified that our dad bragged to Dustin and Jeff. I also testified that Dustin and Jeff were his lackeys he'd use and get to do stuff for him. I didn't testify about the ways our dad was a braggart. After Dad served time in prison, he talked about how he met mafia guys there. He'd say, if anyone hurts you, let me know and I will take care of them. He meant he would kill or have people killed for us. He'd talk about how he would shoot someone between the eyes and put their body somewhere. He didn't have any qualms about saying it. He talked like he was serious about it, and I didn't want to know if he was telling the truth. I certainly never told him if I was having a problem with anyone. I wouldn't want to risk the possibility that Dad might have hurt him or her.

11.    I testified that when our mother remarried Ron Smidt, the kids were jealous of Ron. I did not testify about how Mom put her man before her children. She would take care of his wants before she took care of our needs. Ron wanted dinner at six o'clock sharp everyday. So, Ron got his dinner every night at six o'clock. It didn't matter what else was going on in our lives– Ron wanted his

dinner at six o'clock.  My mom wasn't present for us because she had to take care of Ron.

12.     I did not testify about how Ron and Mom did not do family things with us all together.  Ron and Mom didn't  play board games with us.  Ron and Mom didn't plan outings with us.  We functioned like clock work around the six o'clock dinner but otherwise we each did our own thing.  If I asked my mom a question about my homework, she would say she didn't understand it and walk away.  She didn't check to make sure we did our homework or take an active interest in our school.  I did my homework because I had been in special classes as a young child and wanted to avoid further ridicule by my peers.  I never saw Dustin open a book as a kid.  Our mom never asked him about his school work.

13.     I did not testify about how  Mom and Ron would spend the evenings behind closed doors.  After dinner, Ron and Mom would be locked in their room.  There  weren't rules we were to follow.  We were just left on our own .  On Sunday afternoons, after church, the kids would have to wait to eat because Ron and Mom would be closed off in their room having sex.  Their room was the only one with an air conditioner in it and the noise was so loud that they wouldn't hear us knocking.  I walked in on them once and was upset by it.

14.     Ron did not take an interest in us as children.  He didn't interact with us.  If we wanted to talk to him, the children had to initiate the conversation.  He was worse with the boys.  He was just there.  He was not a father figure.  He didn't step up to the plate and act as a father to us.  He didn't know how to father.   My mom was left to do all of the parenting on her own and there were things she didn't know how to handle.  For instance, we weren't taught to sit down and talk out differences in my family.

15.     I testified that there were a lot of upsets in our house from having two families thrown together.  I didn't testify about how our step-sister, Karman, had mental health problems that caused

chaos in our home during  the years she lived with us.  Karman is four years older than Dustin and seven years older than me.  Ron and his ex-wife adopted her when she was young.  From around 1977 to 1982, when she lived with us, Dustin and I never knew what we were coming home to.  One moment, Karmen would be nice and affectionate.  The next moment she would be angry and mean. She acted like a different person at different times.  I was under the impression that Karmen and Jeff dated because Karmen told me that Jeff was a horrible kisser.  She said inappropriate things like that she would teach me how to give a blow job on an ice-cream cone.  On multiple occasions, after I had gotten new clothing, she ripped them up in front of me.  Karman ganged up on both me and Dustin. I was around seven years old when Karman first moved in.  No one even told me she was coming to live with us. One day I came home from school and all of her belongings were in my room.  I didn't know whose belongings they were, so I moved them.  When my mom discovered that I moved them, she slapped me across the face.  I was told to put everything back.  Karman and I shared the room briefly until I was kicked out of my own room for good because Karman said I snored. Karman took over my bedroom and all of my furniture in it.  Our mom didn't stand up for us against Karman.  If there was a fight, my mom would not get involved.  Ron came first and the kids were left on our own to figure things out.  I slept in the "piano room" off of the living room for years.  It only had a curtain that partitioned it from the living room.

16.     As the middle child, Dustin was pulled between our mother and father.  He was really in the middle, drifting.  He didn't know where he fit in.  He didn't fit in anywhere.  On the other hand, I was the youngest and a mama's girl.  If Mom wasn't around, Jeff or Dustin would take care of me. Dustin didn't have anyone else to take care of him.  When my parents first divorced, Mom felt sorry for my dad and told him he could take Dustin.  When Dustin told me about this, I was a child and didn't know what to say.  Dustin was really hurt and felt betrayed.  After that, he did not know if our

mother loved him. He believed our mom loved Jeff and me more because she had offered to give him up.

17.    To this day, Ron is very jealous of any attention my mom gives to anyone besides him. He doesn't want to share my mom with anybody, even her own children. Ron won't stay at anyone's house because he needs his privacy. If they visit anywhere overnight, it becomes expensive quickly because they have to pay for a hotel room.

18.    Ron and my mom have co-dependancy issues. My mom does everything for Ron. She packs his lunch, washes his clothes and makes him dinner. He doesn't do anything for himself. My first two children are twins. So, after I gave birth to my son, I had three babies. I was really sick because some remaining placenta in my uterus was infected. I really needed my mother. Ron wouldn't stay with us so he dropped my mom off. She was supposed to stay for four days, but two days later Ron came back and told her it was time for her to come home. The same day he arrived, he turned around and drove her the three and a half hours back to their home.

19.    My brother, Dustin, has been manipulated his whole life. Dustin is smart is some ways, but he lacks common sense and is overly trusting. Our father would manipulate him and glorify criminal behavior. The difference between me and my brothers is that I was not around our dad very much the way Jeff and Dustin were. My dad didn't want much to do with me when I was young. He would tell me he was not sure if he was my biological father. It hurt my feelings then, but looking back I can see it was a good thing. Unlike my brothers, I was not exposed to illegal activities through my father, and to this day I have not had legal problems.

20.    I testified at the guilt phase of Dustin's trial that Jeff was the more dominant brother of the two of them. Jeff is for Jeff. On the other hand, Dustin is loyal and wants the people he loves to be happy. Dustin's priorities are family, friends, and then himself. I did not testify about how Jeff and

our father were involved in a number of different shady things. They burnt the house in Britt down, but there weren't any arson charges. Jeff is a smooth talker and knows how to talk his way out of things. For instance, Jeff rolled a car that Ron had given him when he had been drinking and driving. The car was full of empty beer cans. Ron was really mad at Jeff but Jeff did not get into any real trouble or face any criminal charges from it. Dustin went to Arizona in 1992 to help Jeff out. Jeff's business was facing legal problems, his marriage was falling apart, and it is my understanding that Dustin went down to help Jeff, at Jeff's request.

21. As an adult, Dustin is scared to be close to people emotionally. He tends to have superficial relations. That way he can't get hurt. He is like that because when he was a child he didn't know who was going to be there for him.

22. Jeff had a mini break down after the guilt phase of Dustin's trial and told me that our neighbor in Hutchins, Rick Mattoon, molested him when he was a little boy. Jeff said he tried to tell our mom when he was little. He didn't tell our dad because he was afraid that our dad might hurt Rick. After the family found out about the incident, my father was sick but still threatened to kill Rick. Nothing was ever said or done about it when we were young. Sara was my mom's friend and her sons were Bill, Rick and Terry Mattoon. Being molested must have been really hard on Jeff because he was placed in the adult role when we were kids. I don't know who he would have turned to for help.

23. Angela Johnson was nasty and unpredictable. She was clearly on drugs at least half of the time she was around my family. She was abusive and controlling. She put a gun to Dustin's head during an argument. Their relationship was weird. She would scream at him and he would jump through hoops for her. Dustin would just lay down and take it over and over again. Angela was abused by Terry DeGeus. It seemed to me like she was continuing the abuse cycle by abusing the

man, Dustin, whom she found would take abuse from her.

24.    Like many people in my family, I have a lifelong history of mental health problems. I have had depression and anxiety since I was in the fourth grade. I was diagnosed with major depression when I was 18 years old. I started taking Prozac at that time. I continue to take antidepressants to this day. I also suffer from hypothyroidism, seasonal affect disorder and migraines. My 13-year-old son has depression, anxiety and attention deficit disorder.

25.    My maternal grandfather was an alcoholic. My maternal grandmother was extremely nervous and anxious. She would have been much better off if she had been prescribed Valium. My maternal uncle Tim is an alcoholic. He suffers from anxiety and depression. Tim's oldest children, Courtney and Jason have had substance abuse problems. Jason has had legal problems for driving under the influence of alcohol. Tim's twins have been treated for depression. My maternal aunt, Laurel, has been hospitalized for anxiety and depression. Her son has substance abuse problems and a serious eating disorder.

26.    My father self-medicated his whole life. Dustin suffers from panic attacks and anxiety. He took Buspar for his anxiety. Growing up, Dustin had trouble sitting still. He would pace and he had symptoms that today would be red flags for Attention Deficit Disorder. Our mom has also been prescribed antidepressants before. She has had depression and anxiety problems as far back as I remember. She really needed treatment for these problems when we were growing up but didn't get any treatment until we were older.

27.    If I could have just one wish come true, I would want to have just one hug from my brother. I wouldn't want a new car, I would not want a million dollars, I would just want a hug. I haven't been able to touch my brother since he was arrested in 1996. I try to think of his death sentence as a terminal illness. Otherwise, I just can't make sense of it.

28.     Dustin was a good brother. When I was in college, I was the designated driver for a party a group of college kids went to. All of my friends were drunk when a guy at the party pushed me into a room and raped me. I was trying to join the police force at the time, so I didn't want to report the incident. I thought, who would hire a police officer who was that kind of victim? Dealing with the trauma from being raped was overwhelming for me. I failed out of college after because it was so difficult. The only person I turned to for help was Dustin. My mother would have told me to call the police. Emotionally, she would have told me to brush it off. My father would have wanted to find the guy to physically hurt him. I was worried I might get pregnant and I didn't know what to do. Dustin was protective and supportive of me. He offered his help in the right ways.

29.     I met with C.J. Williams and some other folks working for the prosecution early on because I was subpoenaed to testify. I asked them if they looked at Terry DeGeus as a suspect in the murders of Greg Nicholson, Lori Duncan and her children. I thought this was important because Terry was known to be a violent person. They told me Terry couldn't have been responsible because Terry went missing first. I later found out that wasn't true.

30.     Prior to Dustin's trial, I spoke with a male and a female investigator. I answered their questions, just as I have answered the questions of Dustin's current counsel. I would have been willing to testify about the information above at Dustin's trial.

31.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Alyssa Nelson

Date: 5/26/2011