75

## DECLARATION OF MARVEA MARY SMIDT
## PURSUANT TO 28 U.S.C. § 1746

1.      My name is Marvea Mary Smidt. I am Dustin Honken's mother. I used to be married to his father, James Honken. We divorced years ago. I am now married to Ronald Smidt. We have been married for 33 years.

2.      Dustin was born in 1968. When he was born they told me he was "blue." They took him from me in the hospital and put him in some kind of warmer, maybe an incubator or an oven or something. They said they needed to warm him up. He was in the hospital at least five days before they would let me take him home. He was born by C-section. It was before ultra sounds and things like that and they scheduled the birth before he was at full term. That was part of why there were all those problems.

3.      I had reproductive system problems from a young age. My periods were never regular. I went to the gynecologist for the first time shortly after I was married. They believed that I had a tumor in my uterus. The doctors did an exploratory surgery and told me my uterus was shaped like an hourglass. They removed part of my tissue and told me I should try to get pregnant if I could.

4.      I gave birth to my first son, Jeff, in 1962. I went into labor but the baby was not dropping down. The doctors ordered an x-ray because they couldn't figure out what was going on. They saw how large Jeff was and told me I had to get a c-section. If I hadn't, one or both of us wouldn't have survived the birth. I was too small to deliver such a large baby.

5.      Two years after Jeff was born, I had a miscarriage. I was in bed when I had a

1

feeling like my water broke.  I went into the bathroom and everything came out.

6.      Two years after that, I gave birth to my second son, Matthew.  He died just two days later.  I never had the chance to hold him or see him.  When I got home, Jim and my mother had cleaned all of the baby stuff out of the house.  I had this tremendous sense of loss from the death of my son, but all around me it was as though I had never been pregnant.  I never had the opportunity to mourn.

7.      A year and a few months later, I became pregnant with Dustin.  I was nauseous for five months of the pregnancy.  I couldn't keep food down, so I wasn't gaining weight.  I was very anemic.  Toward the end of the pregnancy, the doctor said I was gaining too much weight.  When Dustin was an infant, he was sickly and had trouble keeping food down– just as I had during my pregnancy.  They took him out too early so his digestive system wasn't fully formed.

8.      My daughter Alyssa was born three years later, in 1971.

9.      Even when Dustin was young, he was always worried about being clean and his clothes.  He would sometimes shower several times a day.  He just could not handle being dirty or for anything to be out of place.  That seemed strange for such a little boy.  That kind of behavior continued as he got older, too.

10.      Dustin is color-blind.  I first noticed it when he was very young - around the age where a child colors - like three, four and five. He could not distinguish any darker colors.  The blues, greens, browns and colors like that all looked the same to him.  As he got older, he always had to ask me about colors of his clothes.  He couldn't tell what the colors were and would always ask me if they matched.  He asked me that constantly, because he was so obsessive about his clothes and being clean and neat.

2

11.     Dustin also had a good amount of anxiety as a child.  He was a nervous type of child; I remember that my brother was like that too.  Dustin was always tapping his legs and restless and seemed really nervous.  I remember one time when Dustin was in the tub when he was small.  I noticed black and blue marks all over his arms.  He didn't want to tell me where he got them.  I heard later in town that there was a teacher in the school who did that to children.  I should have done something about it, but other than asking Dustin about it, I didn't.  He just didn't want to talk about it so I let it go.

12.     There is a lot of mental illness in my family, particularly depression and anxiety. My mother's name was Opal.  She suffered from severe anxiety and depression.  She was treated by doctors.  She was always overly nervous and anxious.  I also remember times when she was severely depressed.  After my sister Laurel was born, my mom was in such a nervous and depressed state that she really couldn't do anything.  She just stayed in her room all the time.  She took something that she called her "nerve medicine."  She also drank alcohol too much.  I remember telling her that she shouldn't drink with that medicine.  I was only eight years old when Laurel was born.  Nevertheless, I did the ironing, scrubbed the floors and walked Laurel— back and forth, while she cried from colic, across the kitchen to try to sooth her.  I don't remember much about that time, but my mother later told me how I filled in for her.  Laurel and my brother Tim are years younger than me.  I spent my late childhood and teen years taking care of them.  When I left the house for any reason, I was told to take the Laurel and Tim with me. Years later, after I had given birth to Jeff, folks around town thought my brother Tim was my child too.  I was out of the house and married to Jim by the time I was eighteen, but Laurel and Tim  were still at home.  I think things at home got worse once I wasn't around.  There were

3

times then when my mom disappeared for days or a week at a time. Our grandmother Ida Hamilton had to come to the house and take care of the children. I think my mom was hospitalized during those times.

13.     My sister Laurel has also had multiple mental issues over the years. When she was younger, she had serious social problems. She was always anxious and afraid of crowds and people. Once when she was in her twenties, she was hospitalized for some time. She had a total nervous breakdown. She has been treated with high levels of medication ever since then. She has severe depression and has often talked about suicide. She has said that the only reason she hasn't killed herself is because of how it would effect me. Her son, Cole, also has serious mental issues. He has been hospitalized numerous times. He currently is struggling with anorexia and bulimia. I think it is going to end up killing him.

14.     My brother Tim has struggled with depression and alcoholism for many years. He has been on medication for depression for the last eight years. Tim's children have also had numerous mental health problems. Tim's daughter, Courtney has struggled with depression, drugs and alcohol issues for years. His son Jason has also had similar problems.

15.     I have been depressed on and off as long as I can remember. At times it has been better than others, but it was bad when I was married to Jim. I also have really bad anxiety at times. About thirty years ago, I was treated by my doctor for anxiety. I was put on medication which I remember calling "nerve pills." They made me feel like a zombie so I stopped taking them after awhile. Again in the mid-nineties, I had to be treated. I was having bouts of depression. My doctor put me on a medication that I think was called Buspar. I was also on anti-anxiety medications at various times over the years. I also take thyroid medication. I was

4

diagnosed when I was young with hypothyroidism. My mom, Opal, and daughter, Alyssa, have also had thyroid problems.

16.     There is also a severe history of alcoholism in the family, both on my side and in my ex-husband Jim's family. My father was a severe alcoholic. He drank while working at the local liquor store during the days. He was out drinking, shooting pool and playing cards at night. I remember my mom always trying to keep his meals warm. His father, my grandfather, Thomas Hamilton, was also a big drinker. He was a huge man and I remember him being loud and boisterous when he drank. He died when I was about thirteen. My brother Tim also has struggled for years with alcoholism.

17.     Dustin's father Jim was a terrible alcoholic. He was a mean, nasty and violent drunk. He drank constantly when we were married and continued after our divorce. In the divorce papers, I wrote that I was in fear for my life and health and for my children. Jim's constant threats, rage and drunkenness caused us to live in a constant state of fear. It also made my depression and anxiety much worse. Jim was basically always drunk when he was at home. Even when we were first married, Jim was a heavy drinker. Before any of our children were born, we lived in a house on a hill in Mason City. He'd come home late and gun his car up the hill. When I saw him coming, I knew he was drunk just by the way he drove. He drank out of the house all the time too. I remember one time when he smashed all the windows out of the car when he was very drunk. The car was sitting in front of our house when he did it. It made no sense.

18.     Jim just got so violent when he was drinking. He was also incredibly mean. He would constantly tell me I was ugly and fat and that nobody would ever want me. He was

5

constantly taunting and yelling at me and saying terrible things about me in front of Dustin and our other children. He'd tell me I was ugly and no one else would want me because my body was all cut up from scars. Many times, when Jim was drunk, I would be afraid of him for me and the children, so I'd load up all of the kids into the car and drive around until he was passed out. Then it would be safe for me and the kids to return.

19.    Sex with Jim was painful for me; he wasn't tender or gentle. It always hurt. He would want sex frequently, and especially when he had been drinking, which was pretty much all the time. I wouldn't want sex, but I wasn't in a position to resist him. He forced me to have sex with him even though I didn't want to. Jim would be desensitized from drinking so it lasted way too long. The pain was terrible. I would just lay there like a zombie, and waited for him to get it over with. That was all I felt I could do. During my entire marriage to Jim, I did not know that a woman could get enjoyment from sex. I didn't know what that meant. His mistreatment of me got worse after my miscarriage and Matthew's death. Later, when I became stronger and stood up to him, he became more forceful. Jim would say I had to do what he wanted because I was his wife. Looking back on it after having been in a happy marriage, Jim abused me in a way that I would call marital rape.

20.    I should have left Jim years before I did, but I didn't have the resources or support. I didn't feel like leaving him was something I could do. I didn't think I deserved to be anything but miserable. My parents knew I was in bad shape, but their attitude was– you made your bed, now you have to lie in it. They hadn't wanted me to marry Jim in the first place. Because I did, I was on my own in their eyes. To this day, I have never lived alone and imagining doing so scares me.

6

21.     I don't think I would have left Jim if I hadn't been involved with Ron. I didn't have the confidence to be on my own. In my years with Jim, I was isolated and I felt bad about myself. After Alyssa was born, I went out to a women's bowling banquet one night. I had a really good time and felt better about myself. This hurt my marriage to Jim because the dynamic depended on me being subservient and submissive.

22.     When Jim and I divorced, I thought Jim might want custody of one of the children. So, I told him he could take Dustin. Jim certainly wasn't able to take care of Dustin. I wish I hadn't offered because Dustin must have felt so unwanted. Besides, Jim taking Dustin would have been a disaster. Sometime later, Dustin said he wanted to go live with Jim. I wouldn't let him because of Jim's drinking and violent behavior. I told Dustin if he still wanted to do that when he was twelve, that he could. By then he didn't want to. He knew by then that his father was just getting worse and worse.

23.     A lot of changes happened in our household after the divorce. Jim was gone, my husband Ron was there, his daughter moved in, and, for the first time as a mother, I started working. I worked at the convenience store just a few blocks from our new house in Britt.

24.     Throughout Dustin's life, he was always able to hold down a job. He worked many steady jobs over the years. When he was in high school, he worked at the A & W store in Britt. He worked there for a couple years. It was owned by Barbara and Al Formanik. Barbara passed away from cancer not long after Dustin's trial. Dustin also worked for my husband, Ron Smidt. Ron owned a salvage yard at the time. He always said Dustin was a great worker. After awhile, he stopped working with Ron because of his obsession about being clean. Dustin also worked at Kraft foods when he got back from Arizona. And for a time he worked at a place

7

called Welbourne Industries doing some kind of computer work.

25.     I testified at Dustin's trial and during the penalty hearing. My daughter, Alyssa, testified too. I remember meeting with the lawyers the night before testifying. It was the first time I had spoken to Dustin's lawyers about him or his life. Alyssa and I met with them together. The meeting with both of us took less than an hour. I had met with a woman named Lisa Rickert before that. She worked for the lawyers  She asked me about Dustin's life and other members of our immediate family. I also met one time with an investigator named King. He asked about character witnesses, but didn't ask any detail about the family. Nobody ever asked about any history of mental illness in our family. I also would have been willing to meet with any mental health people involved in the case. Nobody like that ever came to talk to me or ever tried to. If I had been asked, I would have testified to all of the information contained in this declaration.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

*Marvea Smidt*
Marvea Smidt

Britt, Iowa

DATED:  5/26/2011

8