## DECLARATION OF TERI FRY
## PURSUANT TO 28 U.S.C. § 1746

I, Teri Fry, hereby declare and verify as follows:

1.      In the 1980's and early 1990's, I was a colleague, friend and business partner of Jeff Honken's. Jeff and I co-owned Cadtek, a company that produced prototype printed circuit boards. The company evolved out of a company called Precision Graphics. That company divided and the electronics piece of the company became Cadtek. We initially did Cad work, and then photo plotting, but later we were able to buy some equipment from Phoenix for cheap; so we started making circuit boards. Jeff had a background in chemistry, so this move made sense at the time. Jeff was the production manager and I was in charge of the books and invoices and administration.

2.      Jeff's brother, Dustin Honken, first came down to Arizona shortly after he finished high school. Jeff put him to work doing silk screening, drilling, plating and all of the circuit board making processes. If we needed something pushed through and completed in a hurry, Dustin would be able to do it. He was a reliable employee of our company.

3.      Jeff and Dustin had a typical older brother, younger brother relationship. Jeff was a very smart young man with strong opinions about the way things should work. Jeff and Dustin had occasional disagreements. Jeff would rely on Dustin to push boards through and manage the second shift. Dustin followed Jeff's instructions because Jeff was his boss but also because Jeff was the older brother and authority figure. As far as I know, or remember, when Dustin left Arizona, it wasn't the result of a big disagreement and there wasn't a change in their dynamic.

4.      Jeff had bitter feelings toward his dad, Jim. During the last couple years Cadtek was in business, I learned more details about Jim Honken and what a terrible father he was. I then realized that Dustin moved to Arizona to get away from his father's bad influence and the unhealthy



environment back in Iowa. Jeff wouldn't talk about details but he did say his dad was into a lot of ^as I remember ttf illegal stuff. Jim was an alcoholic, and Dustin wouldn't drink or smoke because he was afraid of becoming like his father. It was really notable to me at the time because it seemed rare for young men that age to not drink. Jeff drank, ^socially ttf and occasionally smoked marijuana. tf

5.      I was very surprised to hear that Dustin was tried for and found guilty of drug crimes and murders. The Dustin I knew didn't seem capable of anything like that. He was a nice kid who didn't even smoke or drink. If he did do those things, he must have had psychological issues and problems that were buried deep inside him.

6.      No one, including lawyers or investigators working for Dustin Honken, approached me or asked about him at the time of his trial. If they had, I would have told them the information above. I would have been willing to testify about this information at Dustin's trial.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Teri Fry

Date: 10/20/2010