A001376



## 0DIVISION OF NARCOTICS ENFORCEMENT
## DEPARTMENT OF PUBLIC SAFETY

**EXHIBIT #**
**INTERVIEW**

**CASE #9605348**
**TYPED BY:** LAL

**NAME:**          ANTHONY CRAIG JOHNSON
**ADDRESS:**       Yankton Federal Correctional Facility
                   Yankton, SD
**SEX:**           Male
**RACE:**          Caucasian
**BIRTH DATE:**        /58
**SSN:**                   4629
**EMPLOYMENT:**    None
**OCCUPATION:**    None
**PHONE (RES):**   None
       **(BUS):**   None

**DATE:**          Thursday, January 22, 1998
**TIME:**          4:43 p.m.
**PLACE:**         Woodbury County Jail

**BY:**            S/A Lori Lewis, DNE
                   S/A Mark Hein, DEA

**DATE DICTATED:** January 26, 1998

**PURPOSE:**       Was in G block with HONKEN and BUGH

### SYNOPSIS

It should be noted that present during the interview was FRANK COSGROVE, an attorney representing ANTHONY JOHNSON. The proffer letter, as amended, was signed by both JOHNSON and COSGROVE.

JOHNSON began by stating he wanted to get something straight, that he knew people were missing in HONKEN's case but that HONKEN had told him he had nothing to do with their disappearance. HONKEN reportedly told JOHNSON ":they all think I'm crazy, which I am, but I don't know what happened to those people." HONKEN also told

GOVERNMENT EXHIBIT
C
C 10-3074

13-9A

A001377

Case #: ~~9605340~~
Exhibit - Page 2

JOHNSON he was aware it was "awfully convenient" that the people disappeared. HONKEN indicated to Johnson he was capable of doing something like that but he did not.

In response to questioning, when BUGH was back in Woodbury County in December 1997, he was offering to sell information to JOHNSON as to where the bodies are located. BUGH wanted JOHNSON to put money on his books in exchange for the information. According to JOHNSON, BUGH offered to sell the same information to DENNIS PUTZIER as well. BUGH told JOHNSON he would not talk until he receives full immunity and is placed in the witness protection program.

JOHNSON stated he thought BUGH was "a piece of shit". BUGH told JOHNSON he did not rip him off, but JOHNSON felt he did.

In response to questioning, JOHNSON stated he, HONKEN and BUGH were the ones responsible for planning the attempted escape. JOHNSON stated DANA RASSMUSSEN was in the cell block at the time but JOHNSON did not think he was aware of the plan.

According to JOHNSON, HONKEN needed money and asked JOHNSON for $1,000. HONKEN would not tell JOHNSON why he needed the money at first. JOHNSON was to receive the recipe for manufacturing methamphetamine in exchange for the money.

JOHNSON stated there were a few people on the street who owed JOHNSON money and that both BUGH and HONKEN knew it.

JOHNSON stated HONKEN ended up with his $1,000. COLEEN BIRKEY, who is JOHNSON's ex-wife, got the money together and gave it to HONKEN's girlfriend. JOHNSON thought the woman's name was ANGIE.

In response to questioning, JOHNSON stated he spoke with COLEEN on the telephone and told her he needed the $1,000. JOHNSON may have given COLEEN's telephone number to HONKEN so ANGIE and COLEEN could make arrangements to meet and exchange the money. JOHNSON then stated he knew he had given the number to HONKEN and HONKEN may have later given JOHNSON ANGIE's number but he isn't certain.

JOHNSON could not advise whether ANGIE knew what the money was for or not. JOHNSON never actually spoke with ANGIE on the phone.

COLEEN told JOHNSON that ANGIE had gotten the money. JOHNSON thought

13-9A

A001378

Case #: ~~9405340~~

Exhibit - Page 3

the women met in Ft. Dodge for the exchange and that COLEEN did not receive anything in return.

HONKEN then began drawing out the recipe for JOHNSON. The plan to escape began to take shape and they both decided JOHNSON did not need the recipe on paper since they were going to be getting out of jail.

JOHNSON stated HONKEN actually had the recipe drawn out and was going over it with JOHNSON. The two of them talked about the recipe for a couple of days and then JOHNSON threw away the paper.

JOHNSON stated he decided to throw the paper away as he and HONKEN were going to break out of jail and run to Mexico and make methamphetamine.

JOHNSON stated he could not recall how long after he was notified the money had been delivered that he got the recipe.

JOHNSON and HONKEN were trying to get BUGH out of jail as it would make it easier to facilitate the escape if he was on the outside to coordinate the planning. JOHNSON was aware BUGH had a $10,000 cash surety bond.

JOHNSON stated BUGH was trying to coordinate activities via telephone. The plan was to arrange to have a missile launched into the side of the Woodbury County Jail and then they would make their escape on snowmobiles.

JOHNSON stated they needed to be able to pay those unnamed individuals who were helping on the outside to make the arrangements. Because of this, he arranged for COLEEN to bring a .9mm pistol and a Beretta 12 gauge shotgun to a bar in Sioux City. She was to give the guns to a representative of BUGH as payment for the escape. BIRKEY did not receive any money for the guns, this was to pay for "services rendered".

JOHNSON stated he had spoken with his father to try and get him to post the security necessary for BUGH's bond. JOHNSON's father would not put up any property for the bond.

JOHNSON stated he had a camper and a trailer house that he tried to use as part of the bond. He stated the bondsman was not willing to take the property for the bond. JOHNSON stated ANGIE tried to talk the bondsman into taking the trailer and camper for the bond.

In response to questioning, the trailer house is in the possession of MICK McMAHON of Spirit Lake. McMAHON owed JOHNSON for a past drug debt and for a

13-9A



A001379

Case #: ~~9605340~~
Exhibit  - Page 4

loan. JOHNSON stated the total amount McMAHON owed him was between $3,000 and $4,000. McMAHON took the trailer and sold it, keeping the money.

JOHNSON stated the camper was in the possession of "Chicago" Dan (LNU) of Ft. Dodge. JOHNSON stated he lives in the trailer court on the north edge of Ft. Dodge and is married with at least one child. JOHNSON indicated he had lent money to DAN, but later stated the money owed was from a previous drug debt. DAN owes JOHNSON $1,800.

JOHNSON stated the conversations concerning the escape involved BUGH, HONKEN and JOHNSON. JOHNSON was aware that HONKEN and BUGH had conversations outside of his presence. Toward the end of BUGH's incarceration at Woodbury County, HONKEN told JOHNSON he did not trust BUGH and had become suspicious of him. BUGH had told HONKEN he was in jail for both state and federal charges. HONKEN began to question how BUGH was going to get released from jail when he had pending federal charges.

In response to questioning, JOHNSON stated he did not recall anytime where he would walk into the cell while BUGH and HONKEN were talking and have them change the subject. JOHNSON does think BUGH and HONKEN talked more frequently than did JOHNSON and HONKEN. JOHNSON stated he believed the bond between HONKEN and BUGH was stronger than with him.

JOHNSON stated HONKEN never gave him any of his commissary.

In response to questioning, JOHNSON stated MOUNT was not part of the plan to escape. MOUNT had told JOHNSON that BUGH was "scamming" JOHNSON.

BUGH had told HONKEN and JOHNSON he either had or could get M-16 rifles. HONKEN never spoke to JOHNSON about having any guns.

In response to questioning, JOHNSON stated HONKEN spoke to him about the witnesses in his case. HONKEN stated his buddy was talking against him. HONKEN also stated "he'll have his time coming" referring to his buddy. HONKEN told JOHNSON "they know I'd get back at them if I want to."

In response to questioning, JOHNSON stated COLEEN had told him she had met one or two guys in a bar, had a couple of drinks and then gave the guns to the men. COLEEN had told JOHNSON she had met the men in a bar in Sioux City. JOHNSON thought the bar could have been Mystik's.

JOHNSON stated BUGH had told him his people only wanted to deal with

13.9A

A001380

Case #: ~~9603340~~
Exhibit - Page 5

ANGIE at first. Later it became necessary for them to meet with COLEEN reference the guns. JOHNSON thought he had given BUGH COLEEN's telephone number and BUGH's "people" then got ahold of COLEEN to make final arrangements for the gun transaction.

JOHNSON stated BUGH was the one saying "my people only want to deal with ANGIE. HONKEN was in agreement with this part of the plan. According to JOHNSON, HONKEN was directing ANGIE to whatever was necessary when BUGH got out of jail.

JOHNSON stated he did not know the names of anyone involved on BUGH's side. JOHNSON was not aware who was actually going to blow the hole in the side of the building.

In response to questioning, JOHNSON stated BUGH would say "this is what needs to be done" then HONKEN would say what ANGIE would or would not do. HONKEN stated "ANGIE's not going to do anything I don't tell her to do."

BUGH had told JOHNSON he had it planned that they would hide out in Sioux City for a week before leaving after the escape.

JOHNSON stated ANGIE was going to tell the bondsman she was related to BUGH so he would accept the bond. JOHNSON was not aware what relationship ANGIE was going to claim.

In response to questioning, HONKEN had told JOHNSON that ANGIE lived in Des Moines. JOHNSON indicated he only saw her on one occasion when she came to visit HONKEN in jail. JOHNSON was told by HONKEN that ANGIE worked at a golf course in one of the Des Moines suburbs.

In response to questioning, HONKEN told JOHNSON he was arrested for manufacturing methamphetamine and that the police had found empty containers during the search of his residence. HONKEN also stated one of his best friends set him up. HONKEN never spoke to JOHNSON about anyone else being involved in his case.

In response to questioning, JOHNSON stated he did not know BUGH before being housed at the Woodbury County Jail together. JOHNSON stated BUGH seemed literate and that he would spend alot of time drawing.

JOHNSON stated HONKEN told him his step-father had a junkyard in Britt but JOHNSON doesn't recall any other personal information HONKEN may have shared

13·9A

A001381

Case #: ~~9605340~~
Exhibit  - Page 6

with him.  JOHNSON stated he was familiar with Britt, Iowa as he had built a hog confinement there several years ago.

JOHNSON stated he tried to have HONKEN help him with his case.  He would have HONKEN explain things so JOHNSON could better understand the case against him.

JOHNSON stated he at first thought HONKEN "looked like a queer."

JOHNSON stated he told DICK WALSTROM about his girlfriend LISA not being true to him and WALSTROM did not like it.

In response to questioning, JOHNSON stated as far as he knew, RASSMUSSEN and MOUNT did not have anything to do with the plan to escape.  JOHNSON indicated someone else in jail may have told RASSMUSSEN without his knowledge.

JOHNSON stated he and HONKEN were going to Mexico together and make methamphetamine.  BUGH was reportedly going to an Indian reservation in Canada. HONKEN never asked JOHNSON to do anything for him once they escaped from jail.

JOHNSON indicated on one or two occasions during the discussions about the escape, HONKEN would say he wasn't going, referring to the escape.  He would later change his mind.

In reference to the guns, JOHNSON stated COLEEN gave the guns to BUGH's people and a couple of days later BUGH was taken out of the Woodbury County jail at 5:30 a.m.  JOHNSON stated he at first thought it was a set up by the cops when BUGH was transferred out so suddenly.  Later JOHNSON decided BUGH simply wanted money on his books when he went on to jail.

In response to questioning, JOHNSON stated the .9mm was worth approximately $300.

JOHNSON stated the night the breakout was to occur, JOHNSON got everyone upstairs so no one would get hurt.  The hole was to be blown in JOHNSON's cell. JOHNSON stated he didn't really think much about the mess and noise the missile would create.  JOHNSON stated he really believed someone was going to blow a hole in the wall and was depressed when it didn't happen.

In response to questioning, JOHNSON stated HONKEN and BUGH had already begun making plans to get BUGH out of jail when JOHNSON was moved into the cell block.

13·9A

A001382

Case #: ~~9605340~~
Exhibit  - Page 7

In reference to the recipe, JOHNSON could only recall it required parts of batteries and it did not require any elaborate glassware.  HONKEN told him it would produce "good shit" but he could not recall the yield potential.

JOHNSON was then shown photographs of twenty five individuals and asked to identify them.  In order, the individual shown in the photograph and JOHNSON's response are listed below:
1. Lawrence Charles Parmelee ...No
2. Michael Patrick Robinson... No
3. Terrance D. Davenport ..."I Don't think so"
4. Dayton Joe Walter Sabasta ...No
5. Dennis Leroy Putzier ...No
6. Michael Gene Elloitt ...No- he looks like someone I might have seen
7. Jose Lopez ...No
8. James Johnathon Brownlee ...No
9. David Lee Lamere ...No
10. Luis Enrique Lopez ...No
11. Dustin Lee HONKEN ...Oh yea, Dustin
12. Daniel Lester Frye ...I met him here the last time back, Danny
13. Tuan Viet Nguyen ...No
14. Derek Vaughn Boggs ...No
15. Ronald Richard Walstrom ...Dick
16. Shawn Alen Hungate ...Hungate
17. Dana Lynn Rasmussen ...Rasmussen
18. Anthony Craig JOHNSON ...Me
19. David James Mount ...Dave Mount
20. David Michael Frigge ... Frigge
21. Nicholas Edward Poppe...The bank robber
22. Shane Anthony Provost...From the side, it looks like Tony [BUGH] but it isn't
23. Anthony Raymond BUGH ...Tony BUGH
24. Dean Lester Donaldson ...I don't remember him, no
25. Sean Glade Hainey ...No

In response to questioning, JOHNSON stated HONKEN told him about trying to bond someone out of jail earlier but JOHNSON could not provide any further details.

JOHNSON stated he did not recall if HONKEN had told him about being arrested previously.

In reference to the missing people, HONKEN told JOHNSON that a husband, wife and child were missing.  HONKEN told him he was glad it happened, but had nothing to do with the disappearance.  HONKEN told JOHNSON "as far as I know they

13-9A

A001383

Case #: 9605540

Exhibit  - Page 8

are somewhere else."

In response to questioning, JOHNSON stated he did not think HONKEN was capable of killing someone and does not know if he could hire someone to do it for him.

JOHNSON stated BUGH talked about possessing or having access to a missile launcher.

JOHNSON stated he did not recall any details about HONKEN's friend that testified against him.  JOHNSON is not aware if the friend has any family or not.

JOHNSON stated DICK WALSTROM had to give COLEEN a list of numbers which indicated dollar amounts owed to WALSTROM for drug debts.  COLEEN was to give the numbers to ANGIE to see if the debts were worth collecting.  If BUGH was successful in getting out of jail, he was to collect the debts.  JOHNSON stated the list only included dollars amounts, not any names or telephone numbers.  JOHNSON thought there were three dollar amounts on the list.  JOHNSON also stated DICK was aware he had someone who was going to collect the debts for him.

JOHNSON indicated he was the one that told COLEEN to obtain the list of amounts from DICK.  JOHNSON stated DICK had to know about the plan to collect on the debts as he gave COLEEN the numbers.  JOHNSON stated the plan was never developed to the point of determining how the money was to get back to DICK.

JOHNSON stated he never saw the list of numbers having only been told of it by COLEEN.

JOHNSON thought ANGIE would have obtained the list from COLEEN the same time she got the $1,000.

In response to questioning, JOHNSON was not aware if HONKEN had a secret way of communicating with ANGIE or anyone else in the jail.

As JOHNSON had nothing further to add, the interview was concluded at 7:02 p.m.

13-9A