## DECLARATION OF TERRY BREGAR
## PURSUANT TO 28 U.S.C. § 1746

I, Terry Bregar, hereby declare and verify as follows:

1. My name is Terry Bregar. I am 65 years old and blind. I live in a nursing home. I testified at the trial of Dustin Honken in 2004. I testified about events that occurred when I was in prison with Honken in Sioux City in 1996.

2. At the time I testified at his trial, I was almost finished serving the sentence I received in 1996, when Bennet sentenced me to 15 years in prison for a drug conspiracy. I had also testified at a hearing in Honken's case in 1997. In return for my testimony and cooperation, the government agreed to request that Judge Bennett knock three years off of my sentence.

3. In 1997, I had a massive stroke while in prison. The stroke left me blind and has affected my memory. I have walked using a cane ever since.

4. I remember when I was in prison in Minneapolis that the prosecutors came to talk to me. There were a bunch of them, agents and lawyers. They were there to prepare me for my testimony at the trial. The prosecutor kept trying to get me to say that Dustin had told me that he had killed some people. He kept pushing me to say that. It wasn't true and I kept telling him that. Despite his talk, Dustin never struck me as a violent person.

5. The government people knew that I had had a stroke. They asked me about it and I told them that it messed up my memory some. They never asked me about that when I testified.

6. I remember when I was brought to Sioux City for Dustin's trial. They picked me up in a prison van from ~~Minnesota~~ Cedar Rapids [B] where I was serving my time. They went to different prisons and jails and picked up a bunch of guys who were going to the trial to testify against Dustin. We were all in the van together and talked a lot about what we were going to say. Everybody was hoping to

get some time knocked off their sentences.

7. At some point after I had testified in front of Judge Bennet, but before I testified in front of the jury, I had a phone conference with Judge Bennet about my own case. As I said, the government had agreed to knock three years off of the fifteen year sentence I was serving in return for my cooperation against Dustin Honken. At the hearing, my lawyer, Beverly Wild, told the judge about my stroke and how it had affected me. The judge agreed to take another year and a half off my sentence. The prosecutor said that the government did not object.

8. I was a methamphetamine addict for a long time before I was sent to prison. When I spent time with Dustin, he and I sometimes talked about using meth. He seemed to be an addict too and would talk about how meth made him feel better and how he wanted to get high.

9. I got out of jail in April 2005, a few months after Honken's trial. I was supposed to be on supervised release for five years. After about two years, they ended it.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

*Attorney Shawn Nolan read this declaration to me and I confirm that it is accurate.*

_Terry Bregar_

Date: 12/1/10

*I certify that I read this declaration in full to Terry Bregar. He confirmed its accuracy and I witnessed his signature.*

_Shawn Nolan_

Shawn Nolan, Esq.    12-1-10