**MELLON & SPIES**
ATTORNEYS AT LAW
411 IOWA STATE BANK & TRUST BUILDING
IOWA CITY, IOWA 52240

SHARON A. MELLON
LEON F. SPIES

FAX 319-337-2396
PHONE 319-337-4193

April 8, 2003

Mr. Charles Rogers
Attorney at Law
Wyrsch, Hobbs and Mirakian, PC
1101 Walnut, Suite 1300
Kansas City, MO 64106-2122

Mr. Alfredo Parrish
Attorney at Law
Parrish, Kruidenier, Moss, Dunn &
Montgomery
2910 Grand Avenue
Des Moines, IA 50312-4297

Re:  United States v. Dustin Honken
     Criminal No. CR96-3004

Dear Charlie and Al:

Late last week I spoke with Dean Stowers about the Honken and Johnson cases. Pat Berrigan
may have already spoken with Charlie about this, but Angela's lawyers are attempting to figure
out a strategy for proposing a resolution of both of these cases. Obviously, Angela's lawyers are
awaiting a ruling from the 8th Circuit on the Massiah issue. Regardless of the Court's ruling, the
government may still have sufficient information -- based on Angela's continued jailhouse
conversations -- to pursue the case to trial.

Dean believes that a joint strategy with us could be fruitful. He is optimistic that the government
would be willing to negotiate a sentence for Angela less than life in prison and apparently
Assistant Attorney General Tom Miller has made some representations that this could be
achieved if he had enough of a chance to speak with local law enforcement officers and the
victims' families. Dean sees the key to a negotiation strategy being whether or not we can
prevail on our legal challenges to the application of the death penalty in Dustin's case. Dean
believes we have a very strong argument in contending that because Dustin has already been
prosecuted and convicted for drug conspiracy, double jeopardy protections prevent him from
being prosecuted for a "greater offense". Dean believes that the sooner we get a motion filed,
litigated, and ruled on, the better.

Assuming a favorable ruling on that issue, and a finding that Dustin is only eligible for a life
sentence, the prosecution would be hard pressed to seek a death penalty against Angela. In
summary, capping Dustin's case at life would provide greater incentive for resolving Angela's
case at a less-than-life level.

Mr. Charles Rogers
and Mr. Alfredo Parrish
April 8, 2003
Page 2

Dean also said that the bodies are still tied up in Angela's case because of Bennett's ruling that the remains cannot be released pending outcome of the interlocutory appeal. Angela's defense team has not yet examined the remains. Next, Dean believes that Angela's case will take the September trial date. Angela has not been particularly helpful in assisting her team in either authorizing or assisting in a non-trial disposition of her case. She apparently continues to hurt her case by her conversations at the jail, and has not yet been able to "come to the plate" in authorizing settlement negotiations.

Dean would like to propose a meeting with both of the defense teams and the prosecution at some convenient time in the near future. After you have reviewed this letter, please give me a call and we can set up a time to speak about it among ourselves. Best wishes to both of you.

Yours very truly,

LEON F. SPIES

LFS:jm

cc:    Mr. Dustin Honken

011337