PARRISH KRUIDENIER MOSS DUNN
BOLES GRIBBLE & COOK, L.L.P.
LAWYERS

2910 GRAND AVENUE · DES MOINES, IOWA 50312-4205
(515) 284-5737 · (800) 532-1405 · FAX (515) 284-1704 · PARRISHLAW.COM

OFFICES ALSO LOCATED IN CEDAR RAPIDS, IOWA

ALFREDO PARRISH
ELIZABETH KRUIDENIER
MAGGI MOSS
ANDREW J. DUNN
MATTHEW M. BOLES
CHARLES E. GRIBBLE
JAMES R. COOK P.C.***
MARGARET R. STUART†
JENNIFER A. LARSON
ERIC KENYATTA PARRISH

TAMMY M. WESTHOFF*
JANE M. WHITE**
MATTHEW OETKER
JOANN M. STONE
EDWARD R. SHERMAN

†ALSO LICENSED IN PENNSYLVANIA
*ALSO LICENSED IN ILLINOIS
**ALSO LICENSED IN SOUTH DAKOTA
***ALSO LICENSED IN WASHINGTON, D.C.

May 28, 2003

**ALFREDO PARRISH, ATTORNEY AT LAW**
**"SPECIAL MAIL-OPEN ONLY IN THE PRESENCE OF THE INMATE"**
Mr. Dustin Honken #06951-029
United States Penitentiary
4500 Prison Road
PO Box 2000
Marion, Illinois 62959

RE:   *United States of America v. Dustin Honken*
      United States Criminal No. CR01-3047 MWB
      Our File No. A-01-260

Dear Dustin:

We will be filing the Double Jeopardy issue prior to the time that we try to reach a settlement. This should be filed within the next week or so by Charlie. I am enclosing the proposed deadline that we have worked out regarding the progress of this case. If you have any questions on this matter, let me know.

I believe you when you say you have done nothing to warrant a transfer, but you should realize you will be scrutinized very close and all the people you are associated with will be scrutinized equally.

I hope you are receiving my mail, and we are working on arrangements to visit with you.

Very truly yours,

PARRISH KRUIDENIER MOSS DUNN
BOLES GRIBBLE & COOK, L.L.P.

BY: _____
      Alfredo Parrish

AP/rd