IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 10-CV-3074-LRR |
| vs. | ) | No. CR 01-3047-MWB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## STIPULATION

The United States of America and Dustin Lee Honken, stipulate and agree that,

had Bill Basler testified at the hearing in this matter, he would have testified as follows:

1.     Bill Basler is a retired Special Agent In Charge for the Iowa Division of Criminal Investigation ("DCI").  He was a Special Agent with the DCI for approximately 32 years.  He was trained in the investigation of homicide cases and taught homicide investigation to others.  Bill Basler was the lead investigating agent into the murders of Greg Nicholson, Lori Duncan, Kandi Duncan, Amber Duncan and Terry DeGeus.

2.     Bill Basler would testify that he was involved in the investigation of the disappearance of Terry DeGeus almost immediately after DeGeus disappeared. Bill Basler concluded upon searching DeGeus's house after his disappearance that he had been murdered, based on the circumstantial evidence.  Bill Basler would testify that he did not become involved in the investigation of the murders of Greg Nicholson and the Duncan family until 1996.

3.     Bill Basler would testify that, during the investigation into the murders of Nicholson and the Duncan family, Bill Basler and other law enforcement agents theorized for a period of time the possibility that Terry DeGeus was involved in the murders or in the burial of the bodies.  DeGeus was seen as a possible suspect in the murder case because he was known to be employed as an excavator.  Agents also learned that DeGeus had excavated a house around the time of the murders.

1

4. Bill Basler would testify that, to the degree that DeGeus was suspected to have had involvement in the murders or the burial, it was only as an aider and abettor of Dustin Honken. Bill Basler would testify that agents never believed Terry DeGeus was involved in the murders by himself. Agents always believed Dustin Honken was the lead suspect for the murders and only considered Terry DeGeus as possibly aiding Honken.

5. Bill Basler would testify that, pursuant to the theory that Terry DeGeus may have aided Honken in burying the victims' bodies, agents twice dug up a site where DeGeus had excavated a house around the time of the murders. When no bodies were recovered from the site, the theory that DeGeus was involved in the murders or the burial of the victims was discounted.

6. Bill Basler would testify that he was present when Terry Bregar was prepped for trial testimony. At no time did Terry Bregar state he had suffered a stroke that affected his memory.


s/ SHAWN NOLAN          11/03/2011          s/ C.J. WILLIAMS          11/03/2011
SHAWN NOLAN                 Date               C.J. WILLIAMS               Date
Supervisory Assistant Federal Defender       Assistant United States Attorney

2