# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.

No. C10-3074

ORDER

_____

With the agreement of the parties, the court accepts and orders the following schedule in the above-entitled matter:

| Date | Event |
| --- | --- |
| January 9, 2012 | Petitioner's Brief due |
| February 6, 2012 | Government's Response Brief due |
| February 27, 2012 | Petitioner's Reply Brief due |

**IT IS SO ORDERED.**

**DATED** this 3rd day of November, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA