# FEDERAL PUBLIC DEFENDER
## NORTHERN AND SOUTHERN DISTRICTS OF IOWA
# TRANSCRIPT ORDER FORM

| | |
|---|---|
| **CASE NAME: UNITED STATES V. HONKEN** | |
| **CASE NO.: C 10-3074-LRR** | **ATTORNEY REQUESTING: Shawn Nolan** |
| **TRANSCRIPT BEING REQUESTED: Evidentiary Hearings** | |
| **DATE OF HEARING: 10/31/2011 - 11/3/2011** | **JUDGE: Linda R. Reade** |
| **COURT REPORTER: Patrice Murray** | |
| **ADDRESS AND PHONE NUMBER: United States Federal Courthouse, 4200 C Street SW, Cedar Rapids, IA 52404, 319-286-2324** | |
| **DATE ORDERED AND VERBALLY CONFIRMED WITH COURT REPORTER: 11/3/2011** | |
| **TYPE OF REQUEST:** ☐ **Expedited** ☐ **14-day Delivery** ■ **Ordinary 30-day** | |

☐  E-Mail Request Attached

☐  PO Number Assigned:

☐  Transcript Received   Date _____

Once the above is completed, please submit this form as well as the transcript invoice to the administrative assistant in Philadelphia, PA for payment.

### Certificate of Service

I served a copy of this document on the attorneys of record of all parties as follows:

1. Method of service:     ( X ) electronic filing
                          ( X ) U.S. Postal Service
                              to Court Reporter

2. Date served:   November 7, 2011

I declare that the statements above are true to the best of my information, knowledge, and belief.

By: _/s/   Shawn Nolan_____