**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

_____
                                        :
UNITED STATES OF AMERICA,    :        No. 3:10– cv– 3074 (LRR)
                                        :
              Respondent,        :     **CAPITAL 2255 PROCEEDINGS**
                                        :
       -v-                        :         HON. LINDA R. READE
                                        :         CHIEF, U.S.D.J.
DUSTIN LEE HONKEN,            :
                                        :
              Petitioner.         :
_____:

**PETITIONER'S UNOPPOSED MOTION FOR TEN DAY
EXTENSION OF TIME TO FILE POST-HEARING BRIEF**

Petitioner, Dustin Lee Honken, through counsel, moves for a ten day extension of time to file his *Post-Hearing Brief*, which is currently due January 9, 2012. The Government does not object to this request. In support, Petitioner states the following.

1.     Pending before the Court is Petitioner's motion pursuant to 28 U.S.C. § 2255 challenging his convictions and sentences, including his death sentences, imposed in the above-captioned matter.

2.     The Court held an evidentiary hearing in this matter from October 31, 2011, to November 3, 2011. Counsel received transcripts from the hearing on

1

December 7, 2011.

3.    On November 3, 2011, the Court had ordered Petitioner's post-hearing brief due on January 9, 2012, Respondent's brief due on February 6, 2012, and Petitioner's reply brief due on February 27, 2012.

4.    Petitioner's lead counsel, Shawn Nolan, just completed a two-week capital post-conviction evidentiary hearing (which was expected to last only a week), has a habeas petition due today in another capital case, is working on a case with a scheduled execution date of January 20, 2012, and has several briefs due in the same time period in other cases.    Several of these deadlines were unanticipated. Petitioner's co-counsel likewise face significant competing deadlines over the next several weeks.

5.    This request is based on a good-faith need for the additional time in order for counsel to provide his client and the Court with properly prepared and concise submissions in this important matter.

6.    Undersigned counsel has communicated with Government counsel, C.J. Williams, who has authorized the undersigned to represent that the Government has no objection to this request.

7.    Government counsel requests that the due date for the Response be delayed ten days as well, and Petitioner requests the same as to the Reply.  The

2

attached proposed Order reflects these requests.

WHEREFORE, Petitioner respectfully requests ten additional days, until January 19, 2012, to file his post-hearing brief.

Respectfully submitted,


 /s/ Shawn Nolan
Shawn Nolan
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
Phone:  215-928-0520
Fax:  215-928-0826

Dated:      Philadelphia, Pennsylvania
            December 29, 2011

Case 3:10-cv-03074-LTS-KEM    Document 88    Filed 12/29/11    Page 3 of 5

# CERTIFICATE OF SERVICE

I, Shawn Nolan, hereby certify that on this 29th day of December, 2011, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825


 /s/ Shawn Nolan 
Shawn Nolan


Dated:     Philadelphia, Pennsylvania
           December 29, 2011

_____        :

UNITED STATES OF AMERICA,        :        No. 3:10– cv– 3074 (LRR)

                                                 :

Respondent,        :        **CAPITAL 2255 PROCEEDINGS**

                                                 :

-v-        :        HON. LINDA R. READE
                                                 :        CHIEF, U.S.D.J.

DUSTIN LEE HONKEN,        :

                                                 :

Petitioner.        :

_____        :

## ORDER

This matter having been brought before the Court on *Petitioner's Unopposed Motion for Ten Day Extension of Time to File Post-Hearing Brief*, and the Court having considered the Motion:

IT IS HEREBY ORDERED that:

Petitioner's Motion is Granted;

Petitioner's Post-Hearing Brief shall be filed by January 19, 2012;

The Government's Response shall be filed by February 16, 2012; and

Petitioner's Reply shall be filed by March 8, 2012.

SO ORDERED on this _____ day of _____, 201____.

_____