**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:10– cv– 3074 (LRR) |
|  | : |  |
| Respondent, | : | **CAPITAL 2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. LINDA R. READE |
|  | : | CHIEF, U.S.D.J. |
| DUSTIN LEE HONKEN, | : |  |
|  | : |  |
| Petitioner. | : |  |

_____ :

## ORDER

This matter having been brought before the Court on *Petitioner's Unopposed Motion for Ten Day Extension of Time to File Post-Hearing Brief*, and the Court having considered the Motion:

IT IS HEREBY ORDERED that:

Petitioner's Motion is Granted;

Petitioner's Post-Hearing Brief shall be filed by January 19, 2012;

The Government's Response shall be filed by February 16, 2012; and

Petitioner's Reply shall be filed by March 8, 2012.

SO ORDERED on this _____ day of _____, 201____.

_____