## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,   :    No. 3:10– cv– 3074 (LRR)

Respondent,   :   **CAPITAL 2255 PROCEEDINGS**

-v-   :   HON. LINDA R. READE
CHIEF, U.S.D.J.

DUSTIN LEE HONKEN,   :

Petitioner.   :

## ORDER

This matter having been brought before the Court on *Petitioner's Unopposed Motion for Ten Day Extension of Time to File Post-Hearing Brief*, and the Court having considered the Motion:

IT IS HEREBY ORDERED that:

Petitioner's Motion is Granted;

Petitioner's Post-Hearing Brief shall be filed by January 19, 2012;

The Government's Response shall be filed by February 16, 2012; and

Petitioner's Reply shall be filed by March 8, 2012.

SO ORDERED on this ___30th___ day of ___December___, 201_1_.

_____
Jon Stuart Scoles
U.S. Magistrate Judge