# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____
|                                    |
UNITED STATES OF AMERICA,        :        No. 3:10– cv– 3074 (LRR)
                                 :
                   Respondent,   :   **CAPITAL 2255 PROCEEDINGS**
                                 :
        -v-                      :        HON. LINDA R. READE
                                 :           CHIEF, U.S.D.J.
DUSTIN LEE HONKEN,               :
                                 :
                   Petitioner.   :
_____ :

**PETITIONER'S UNOPPOSED MOTION FOR FIVE DAY
EXTENSION OF TIME TO FILE POST-HEARING BRIEF**

Petitioner, Dustin Lee Honken, through counsel, moves for a five day extension of time to file his *Post-Hearing Brief*, which is currently due January 19, 2012. The Government does not object to this request. In support, Petitioner states the following.

1.      Pending before the Court is Petitioner's motion pursuant to 28 U.S.C. § 2255 challenging his convictions and sentences, including his death sentences, imposed in the above-captioned matter.

2.      The Court held an evidentiary hearing in this matter from October 31, 2011, to November 3, 2011. Counsel received transcripts from the hearing on December 7, 2011.

3.  On November 3, 2011, the Court had ordered Petitioner's post-hearing brief due on January 9, 2012, Respondent's brief due on February 6, 2012, and Petitioner's reply brief due on February 27, 2012.  As a result of the significant competing deadlines of Petitioner's lead and co-counsel, including some unanticipated deadlines, Petitioner moved for a ten-day adjustment in the briefing schedule, which was granted by this Court on December 30, 2011.  As such, Petitioner's brief is currently due on January 19, 2012.

4.  Petitioner's lead and co-counsel have been working diligently to complete the post-hearing brief in this matter, however counsel require an additional five days to complete the briefing.  Counsel have simultaneously been working on, among other things, a capital case in Delaware (*State v. Robert Gattis*) that has an execution date set for January 20, 2012.

5.  This request is based on a good-faith need for the additional time in order for counsel to provide his client and the Court with properly prepared and concise submissions in this important matter.  Counsel do not anticipate needing to request any further extension of time to file the post-hearing brief.

6.  Undersigned counsel has communicated with Government counsel, C.J. Williams, who has authorized the undersigned to represent that the Government has no objection to this request.

7.      Government counsel requests that the due date for the Response be delayed five days as well, and Petitioner requests the same as to the Reply.  The attached proposed Order reflects these requests.

WHEREFORE, Petitioner respectfully requests five additional days, until January 24, 2012, to file his post-hearing brief.

Respectfully submitted,


 /s/ Shawn Nolan
Shawn Nolan
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
Phone:  215-928-0520
Fax:  215-928-0826

Dated:      Philadelphia, Pennsylvania
            January 17, 2012

3

# CERTIFICATE OF SERVICE

I, Shawn Nolan, hereby certify that on this 17th day of January, 2012, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825


/s/ Shawn Nolan
Shawn Nolan


Dated:      Philadelphia, Pennsylvania
            January 17, 2012