# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

_____   :

UNITED STATES OF AMERICA,   :   No. 3:10– cv– 3074 (LRR)
   :
Respondent,   :   **CAPITAL 2255 PROCEEDINGS**
   :
-v-   :   HON. LINDA R. READE
   :   CHIEF, U.S.D.J.
DUSTIN LEE HONKEN,   :
   :
Petitioner.   :
_____   :

## ORDER

This matter having been brought before the Court on *Petitioner's Unopposed Motion for Five Day Extension of Time to File Post-Hearing Brief*, and the Court having considered the Motion:

IT IS HEREBY ORDERED that:

 Petitioner's Motion is Granted;

 Petitioner's Post-Hearing Brief shall be filed by January 24, 2012;

 The Government's Response shall be filed by February 21, 2012; and

 Petitioner's Reply shall be filed by March 13, 2012.

SO ORDERED on this _____ day of January, 2012.

_____