# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

             Respondent,

    -v-

DUSTIN LEE HONKEN,

             Petitioner.

No. 3:10– cv– 3074 (LRR)

**CAPITAL 2255 PROCEEDINGS**

HON. LINDA R. READE
CHIEF, U.S.D.J.

## ORDER

This matter having been brought before the Court on *Petitioner's Unopposed Motion for Five Day Extension of Time to File Post-Hearing Brief*, and the Court having considered the Motion:

IT IS HEREBY ORDERED that:

    Petitioner's Motion is Granted;

    Petitioner's Post-Hearing Brief shall be filed by January 24, 2012;

    The Government's Response shall be filed by February 21, 2012; and

    Petitioner's Reply shall be filed by March 13, 2012.

SO ORDERED on this ____17th____ day of January, 2012.

Jon Stuart Scoles
U.S. Magistrate Judge