# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

_____
:
UNITED STATES OF AMERICA,      :      No. 3:10– cv– 3074 (LRR)
                               :
             Respondent,       :      **CAPITAL 2255 PROCEEDINGS**
                               :
       -v-                     :      HON. LINDA R. READE
                               :      CHIEF, U.S.D.J.
DUSTIN LEE HONKEN,             :
                               :
             Petitioner.       :
_____
:

### PETITIONER'S UNOPPOSED MOTION FOR TEN DAY EXTENSION OF TIME TO FILE POST-HEARING REPLY BRIEF

Petitioner, Dustin Lee Honken, through counsel, moves for a ten day extension of time, until March 23, 2012, to file his Post-Hearing Reply Brief. The Government does not object to this request. In support, Petitioner states the following.

1. Pending before the Court is Petitioner's motion pursuant to 28 U.S.C. § 2255 challenging his convictions and sentences, including his death sentences, imposed in the above-captioned matter.

2. Petitioner timely filed his Post-Hearing Brief on January 24, 2012, and the Government filed its Post-Hearing Brief in Opposition on February 21, 2012. Petitioner's Post-Hearing Reply Brief is currently due March 13, 2012.

3. Petitioner's lead and co-counsel have been working diligently to

complete the reply brief in this matter, however counsel require an additional ten days to complete their briefing. Undersigned counsel, Nolan, has recently been promoted to the position of Assistant Chief of the Capital Habeas Unit. This change in position has resulted in a significant amount of new administrative duties, in addition to a full case load, which has necessitated this request.

4. This request is based on a good-faith need for the additional time in order for counsel to provide his client and the Court with a properly prepared and thorough submission in this important matter. Counsel do not anticipate needing to request any further extension of time to file this reply brief.

5. Undersigned counsel has communicated with Government counsel, C.J. Williams, who has authorized the undersigned to represent that the Government has no objection to this request.

2

WHEREFORE, Petitioner respectfully requests ten additional days, until March 23, 2012, to file his post-hearing reply brief.

Respectfully submitted,


 /s/ Shawn Nolan
Shawn Nolan
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
Phone:  215-928-0520
Fax:  215-928-0826


Dated:      Philadelphia, Pennsylvania
            March 12, 2012

3

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, hereby certify that on this 12th day of March, 2012, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

 /s/ Shawn Nolan 
Shawn Nolan