# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,     :     No. 3:10 – CV – 3074 (LRR)

            Respondent,     :     **CAPITAL 2255 PROCEEDINGS**

     -v-     :     HON. LINDA R. READE
     :     CHIEF, U.S.D.J.

DUSTIN LEE HONKEN,     :

            Petitioner.     :

_____     :

## ORDER

AND NOW, this ___ day of _____, 2012, upon consideration of *Petitioner's Unopposed Motion for Ten Day Extension of Time to File Post-Hearing Reply Brief*, it is hereby ORDERED:

The Motion is GRANTED. Petitioner will file his reply brief on or before March 23, 2012.

_____
LINDA R. READE,
CHIEF, U.S.D.J.