# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

UNITED STATES OF AMERICA,

      Respondent,

vs.

DUSTIN LEE HONKEN,

      Petitioner.

10-CV-3074 LRR

**ORDER**

_____

AND NOW, this 13th day of March, 2012, upon consideration of Petitioner's Unopposed Motion for Ten Day Extension of Time to File Post-Hearing Reply Brief, it is hereby ORDERED:

The Motion is GRANTED. Petitioner will file his reply brief on or before March 23, 2012.


LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA