# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

_____

UNITED STATES OF AMERICA,

            Respondent,

     -v-

DUSTIN LEE HONKEN,

         Petitioner.

_____

:
:
:
:
:
:
:
:
:
:
:
:

No. 3:10– cv– 3074 (LRR)

**CAPITAL 2255 PROCEEDINGS**

HON. LINDA R. READE
CHIEF, U.S.D.J.

### PETITIONER'S UNOPPOSED MOTION FOR FOUR DAY EXTENSION OF TIME TO FILE POST-HEARING REPLY BRIEF

Petitioner, Dustin Lee Honken, through counsel, moves for a four day extension of time, until March 27, 2012, to file his Post-Hearing Reply Brief. The Government does not object to this request. In support, Petitioner states the following.

1. Pending before the Court is Petitioner's motion pursuant to 28 U.S.C. § 2255 challenging his convictions and sentences, including his death sentences, imposed in the above-captioned matter.

2. Petitioner filed his Post-Hearing Brief on January 24, 2012, and the Government filed its Post-Hearing Brief in Opposition on February 21, 2012. Petitioner's Post-Hearing Reply Brief is currently due March 23, 2012, as this Court

graciously granted a ten day extension.

3.　Petitioner's lead and co-counsel have been working diligently to complete the reply brief in this matter, however, counsel require an additional four days to complete their briefing.　Undersigned counsel, Nolan, has had several emergency administrative matters to deal with his week pursuant to his new position as Assistant Chief of the Capital Habeas Unit, which has necessitated this request.

4.　This request is based on a good-faith need for the additional time in order for counsel to provide his client and the Court with a properly prepared and thorough submission in this important matter.　In our previous request, we noted that we did not anticipate the need to request additional time.　Counsel apologizes to the Court that this request has become necessary.

5.　Undersigned counsel has communicated with Government counsel, C.J. Williams, who has authorized the undersigned to represent that the Government has no objection to this request.

WHEREFORE, Petitioner respectfully requests four additional days, until

March 27, 2012, to file his post-hearing reply brief.

Respectfully submitted,


 /s/ Shawn Nolan
Shawn Nolan
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
Phone:  215-928-0520
Fax:  215-928-0826


Dated:        Philadelphia, Pennsylvania
              March 22, 2012

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, hereby certify that on this 22nd day of March, 2012, I filed the foregoing Motion with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825


 /s/ Shawn Nolan
Shawn Nolan