# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

_____
|
UNITED STATES OF AMERICA,    :    No. 3:10 – CV – 3074 (LRR)
:
              Respondent,    :    **CAPITAL 2255 PROCEEDINGS**
:
        -v-    :    HON. LINDA R. READE
:    CHIEF, U.S.D.J.
DUSTIN LEE HONKEN,    :
:
              Petitioner.    :
_____    :

## ORDER

AND NOW, this ___ day of _____, 2012, upon consideration of

*Petitioner's Unopposed Motion for Four Day Extension of Time to File Post-Hearing*

*Reply Brief*, it is hereby ORDERED:

The Motion is GRANTED. Petitioner will file his reply brief on or before

March 27, 2012.

_____
LINDA R. READE,
CHIEF, U.S.D.J.