# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

DUSTIN LEE HONKEN,

      Movant,

vs.

UNITED STATES OF AMERICA.

No. CV10-3074-LRR
No. CR01-3047-LRR

**ORDER EXTENDING DEADLINE
TO FILE POST-HEARING
REPLY BRIEF**

_____

This matter appears before the court on Dustin Lee Honken's unopposed motion for four day extension of time to file post-hearing reply brief (civil docket no. 96). Dustin Lee Honken ("the movant") filed such motion on March 22, 2012. For the reasons stated by the movant, the court concludes that an extension is warranted. Accordingly, the unopposed motion for four day extension of time to file post-hearing reply brief (civil docket no. 96) is granted. The movant is directed to file his post-hearing reply brief by no later than March 27, 2012.

     **IT IS SO ORDERED**.

     **DATED** this 22nd day of March, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA