**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **DUSTIN LEE HONKEN,** | |
| **Movant,** | **No. CV10-3074-LRR** |
| | **No. CR01-3047-MWB** |
| **vs.** | |
| **UNITED STATES OF AMERICA.** | |

This matter appears before the court on Dustin Lee Honken's motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59 (civil docket no. 101). Dustin Lee Honken ("the movant") filed such motion on November 1, 2013. Consistent with Local Rule 7, the government is directed to respond.

**IT IS SO ORDERED**.

**DATED** this 4th day of November, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA