# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

_____  :
                                    :
UNITED STATES OF AMERICA,           :     No. 3:10– cv– 3074 (LRR)
                                    :
        Respondent-Appellee,        :     **CAPITAL 2255 PROCEEDINGS**
                                    :
        -v-                         :     HON. LINDA R. READE
                                    :     CHIEF, U.S.D.J.
DUSTIN LEE HONKEN,                  :
                                    :
        Petitioner-Appellant.       :
_____  :

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Petitioner-Appellant, Dustin Lee Honken, through counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from this Court's October 4, 2013, *Order* (Docket # 99) and *Judgment* (Docket # 100) denying *Petitioner's Motion for Relief Pursuant to 28 U.S.C. Section 2255 or in the Alternative Pursuant to 28 U.S.C. 2241* (Docket # 1); and from this Court's December 11, 2013, *Order* (Docket # 104) denying *Petitioner's Motion to Alter or Amend the Judgment Pursuant to F.R.Civ.P. 59* (Docket # 101); and from each and every subsidiary adverse ruling and finding forming the bases for said orders and judgment.

Respectfully submitted,


 /s/ Shawn Nolan
Shawn Nolan
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
Phone:  215-928-0520
Fax:  215-928-0826

Dated:        February 7, 2014

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, hereby certify that on this 7th day of February, 2014, I filed the foregoing *Notice of Appeal* with service via the Court's ECF system to be delivered electronically to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825


 /s/ Shawn Nolan 
Shawn Nolan