| | |
|---|---|
| **CAPTION:** | **CASE NO:** |
| USA V HONKEN | C10-3074-LRR |

**APPELLANT:**

DUSTIN LEE HONKEN

**APPELLANT ADDRESS or ATTORNEY'S ADDRESS:**

Aren Adjoian
Ayanna Sala Williams
Shawn Nolan
Timothy Patrick Kane
Federal Community Defender-Eastern Dist. Of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545 W
Philadelphia, PA 19106
(215) 928-0520

**APPELLEE:**

UNITED STATES OF AMERICA

**APPELLEE ATTORNEY ADDRESS:**

Charles J Williams, AUSA
111 7th Avenue SE
Box 1
Cedar Rapids, IA 52401
(319) 363-6333

Thomas Henry Miller
AAG
Hoover State Office Building
2nd Floor
Des Moines, IA 50319
(515) 281-3648

**COURT REPORTER(S):**

Patrice Murray 319-286-2324

**PROCEEDING:**

Evidentiary Hearing 10/31/11-11/3/11

**LENGTH OF TRIAL: None**      **FEE PAID? N**

**IFP FILED? N**          **IFP PENDING? N**

**CRIMINAL ATTORNEY: Shawn Nolan and Timothy Kane**

**PENDING MOTIONS: N**

**LOCAL INTEREST? N**

**SIMULTANEOUS RELEASE? N**

**CRIMINAL CASES/PRISONER PRO SE CASES ONLY**:
Is Defendant incarcerated? **Yes**   If yes, where:

USP Terre Haute, P. O. Box 33, Terre Haute, IN 47808

Please list all other defendants in this case if there were multiple defendants:

*Please return files and documents to:*

*U.S. District Clerk - Northern District of Iowa*
*320 Sixth Street, Suite 301*
*Sioux City, IA 51101*

*Contact Person:*

*Donaline Schmith*
*712-233-3843*

**Special Comments**: