**TO:** **Clerk, USCA 8th Circuit**                      **Date:** 2/13/14
8th Circuit Clerks Office
111 S. 10th St., Room 24.329
St. Louis, MO 63102
**FROM:** **Clerk, District Court, Northern District of Iowa**
Room 301, Federal Building
320 Sixth Street
Sioux City, IA 51101-1210

**APPEAL NO.** 14-1329
**DISTRICT COURT NO.** C10-3074-LRR-1 Honken v. USA

**TRANSMITTED HEREWITH:**

___ Original Files                      ___ Certified Clerk's Records

___ Transcripts***                      ___ Sealed Certified Clerk's Record

                                        ___ PSIR

___ Exhibits:                      _X_ Other:
Sealed Docket Entries:
#22-9, #22-10, #22-11,
#74 Attachments: 2, 8-11, 13-14, 16, 18-25, 27-28, 31-34, 36, 38, 40-42, 47(DVD), 51-63, 65-81, 143-144, 153, 158-172

**COMMENTS:**
Contact person:   Donaline Schmith
(712) 233-3843

********************************************************
**USCA 8th Circuit ACKNOWLEDGMENT**

**RECEIPT**                      **RETURNED TO DISTRICT COURT**

By: _____                      Date: _____

***We do not need these transcripts mailed back as they are on the electronic docket

appeal transmittal form.wpd