# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 29, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Dustin Lee Honken
v. United States
No. 14-7733
(Your No. 14-1329)

C10-3074-LRR

CR01-3047-MWB

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 1, 2014 and placed on the docket December 29, 2014 as No. 14-7733.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst