IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Petitioner, | ) | No. 10-CV-3074-LTS |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Assistant United States Attorney Sean R. Berry hereby enters his

appearance as counsel in this case for the Respondent, United States of America.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, */s/ Sean R. Berry*

SEAN R. BERRY
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Sean.Berry@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020,
I electronically filed the foregoing with the
Clerk of Court using the ECF system,
which will send notification of such filing
to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ RAL*